# Exhibit 9

1  DIANA M. TORRES (S.B. #162284)
2  O'MELVENY & MYERS LLP
   400 South Hope Street
3  Los Angeles, California 90071-2899
   Telephone: (213) 430-6000
4  Facsimile: (213) 430-6407
   Email: dtorres@omm.com
5
   DALE M. CENDALI (*admitted pro hac vice*)
6  MICHAEL KEATS (*admitted pro hac vice*)
   JOHANNA SCHMITT (*admitted pro hac vice*)
7  O'MELVENY & MYERS LLP
   Times Square Tower
8  7 Times Square
   New York, New York 10036
9  Telephone: (212) 326-2000
   Facsimile: (212) 326-2061
10 Email: dcendali@omm.com

11 PATRICIA GLASER (S.B. # 55668)
   CHRISTENSEN, GLASER, FINK,
12 JACOBS, WEIL & SHAPIRO LLP
   10250 Constellation Boulevard, 19th Floor
13 Los Angeles, CA 90067
   Telephone: (310) 553-3000
14 Facsimile: (310) 556-2920
   Email: pglaser@chrisglase.com
15
   Attorneys for Plaintiff
16 MGA Entertainment, Inc.

17

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-09049 SGL (RNBx) (Consolidated with CV 04-9059 and CV 05-2727) |
| Plaintiff, | |
| v. | **MGA'S FIFTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS IN CASE NO. 05-2727** |
| MATTEL, INC., a Delaware Corporation, | |
| Defendant | |
| CONSOLIDATED WITH | |
| MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | |

| | |
|---|---|
| PROPOUNDING PARTY: | MGA ENTERTAINMENT, INC. |
| RESPONDING PARTY: | MATTEL, INC. |
| SET NO. | FIVE |
| NOS. | 470 - 531 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, plaintiff MGA Entertainment, Inc. ("MGA") requests that defendant Mattel, Inc. ("Mattel") produce all DOCUMENTS and tangible things described, in accordance with the Definitions and Instructions set forth below, at 9:00 a.m. on September 4, 2007, at the offices of O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071.

## DEFINITIONS

As used in these Requests:

1. "ACTION" shall mean this action now consolidated under Case No. 04-9049 before the Hon. Stephen Larson and formerly Mattel v. Bryant, Inc., first filed in Los Angeles County Superior Court; Bryant v. Mattel, Inc.; and MGA Entertainment, Inc. v. Mattel, Inc.; and all counterclaims, cross-claims and defenses therein.

2. "ACCELERACERS" means and refers to each image, character, logo, doll, toy, accessory, product, packaging or other thing or matter that is or has ever been manufactured, marketed or sold by MATTEL, or others under license by MATTEL, as part of a line of goods or merchandise commonly known as, or sold and marketed under the name, "AcceleRacerS."

- 1 -

MGA'S FIFTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 9 - Page 34

litigation and/or litigation that any PERSON has asserted against MATTEL regarding infringement by MY SCENE or DIVA STARZ, including, but not limited to, cease and desist letters.

**REQUEST NO. 472:**

All DOCUMENTS REFERRING OR RELATING TO any SIMBA LITIGATION, including, but not limited to, all pleadings, declarations, affidavits, briefs, deposition transcripts, orders or other documents, and any English translations thereof, submitted to the court by MATTEL or SIMBA TOYS in support of its claims and defenses or any rulings or decisions issued by the court.

**REQUEST NO. 473:**

All DOCUMENTS REFERRING OR RELATING TO the creation and development of the "We Believe in Girls" website, found at www.webelieveingirls.com, that also mention BRATZ and/or MGA.

**REQUEST NO. 474:**

All DOCUMENTS REFERRING OR RELATING TO the mention of BRATZ and/or MGA on the "We Believe in Girls" website, including, but not limited to, any community bulletin boards.

**REQUEST NO. 475:**

Copies of all photographs taken by MATTEL (including, but not limited to, MATTEL's counsel) during the course of its inspection of any DOCUMENT or item made available to it by MGA or Bryant, including, but not limited to, products, packaging, samples, sculptures, sketches, or drawings.

**REQUEST NO. 476:**

All DOCUMENTS RELATING TO YOUR efforts, or knowledge of any efforts by any PERSONS, worldwide to monitor, "spy on" or gain knowledge of MGA's trade secrets, non-public information, non-public activities, unreleased products, and product development, including, but not limited to:

    a.    DOCUMENTS REFERRING OR RELATING TO YOUR COMMUNICATIONS or contacts with MGA's current or former employees or contractors about MGA or its business, including, but not limited to, any tape recordings of such COMMUNICATIONS;

    b.    DOCUMENTS REFERRING OR RELATING TO YOUR use or attempts to use confidential informants, spies, or moles within MGA, including, but not limited to, any tape recordings of MGA employees or contractors;

    c.    DOCUMENTS REFERRING OR RELATING TO YOUR knowledge of any MGA product before its release to the public or of any other non-public information about MGA, its business or its products;

    d.    DOCUMENTS REFERRING OR RELATING TO YOUR access, or attempts to gain access, to MGA showrooms, Plan-o-Grams, merchandising displays, Toy Fair displays on false pretenses (including, but not limited to, by using fake business cards);

    f.    DOCUMENTS REFERRING OR RELATING TO YOUR access to MGA's products or showroom at any Toy Fair (including Hong Kong Toy Fair, New York Toy Fair, Dallas Toy Fair, or Nuremberg Toy Fair);

    h.    YOUR access to MGA's confidential product and pricing information through "competitive management agreements" or "category management agreements" with retailers; and

    i.    YOUR access to MGA's confidential product and pricing information from non-public sources and/or through non-public means.

**REQUEST NO. 477:**

All COMMUNICATIONS between YOU and any recruiting agency or service including, but not limited to, Gregory Michaels & Associates, that REFER OR RELATE TO recruiting or contacting any MGA employee to work for YOU.

**REQUEST NO. 478:**

All DOCUMENTS REFERRING OR RELATING to any use or

- 10 -

MGA'S FIFTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 9 - Page 36

All DOCUMENTS that YOU (including YOUR agents and attorneys) provided to law enforcement authorities in Mexico, Canada or the United States, including but not limited to the United States Attorney's Office, the Department of Justice and any national, regional, state or local authorities, concerning any of the allegations in YOUR COUNTERCLAIMS or any other alleged taking of confidential MATTEL information by MGA or persons currently or formerly employed by MGA.

**REQUEST NO. 529:**

All DOCUMENTS that support the information and belief alleged in paragraphs 42, 43, 47, 49, 51, 52, 68, 74 and 77 of YOUR COUNTERCLAIMS.

**REQUEST NO. 530:**

All DOCUMENTS, including but not limited to agreements, draft agreements and correspondence, REFERRING OR RELATING TO the payment or offer of payment of attorneys fees by MATTEL to any PERSON in connection this ACTION.

**REQUEST NO. 531:**

DOCUMENTS sufficient to show YOUR fee arrangement with YOUR counsel Quinn Emanuel Urquhart Oliver & Hedges LLP for services in connection with this ACTION, including, but not limited to, a copy of the fee agreement or retainer agreement between YOU and Quinn Emanuel Urquhart Oliver & Hedges LLP.

Dated: August 3, 2007

O'MELVENY & MYERS LLP

*/s/ Melanie Bradley*

Melanie Bradley
Attorneys for MGA Entertainment, Inc.

1704218

- 19 -

MGA'S FIFTH SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS

Exhibit 9 - Page 37

Exhibit 9 - Page 37