QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a Delaware corporation, et al,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S APPLICATION FOR LEAVE TO FILE AN OVERLENGTH REPLY IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW RE MGA'S CLAIM FOR MISAPPROPRIATION OF TRADE SECRETS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 50(B)**<br><br>[[Proposed] Order Filed Concurrently Herewith] |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Mattel, Inc. respectfully applies for leave to file a 49-page Reply In Support of Motion for Judgment as a Matter of Law Re: MGA's Claim for Misappropriation of Trade Secrets Pursuant to Federal Rule of Civil Procedure 50(B). Given the length of the parties' prior briefing on this motion, the number of claimed trade secrets at issue that each need to be addressed individually, the size of the evidentiary record, and the number and importance of the issues that need to be addressed, additional pages are required to adequately address the issues.

For the foregoing reasons, Mattel respectfully requests that the Court order that Mattel's Reply In Support of Motion for Judgment as a Matter of Law Re: MGA's Claim for Misappropriation of Trade Secrets Pursuant to Federal Rule of Civil Procedure 50(B) may be 49 pages in length.

DATED: May 19, 2011         QUINN EMANUEL URQUHART &
                            SULLIVAN, LLP

                            By /s/ Michael T. Zeller
                               Michael T. Zeller
                               Attorneys for Mattel, Inc.