QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>             Plaintiffs,<br><br>      vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>             Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br><u>Hon. David O. Carter</u><br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S APPLICATION FOR LEAVE TO FILE AN OVERLENGTH REPLY IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW RE MGA'S CLAIM FOR MISAPPROPRIATION OF TRADE SECRETS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 50(B)** |

1 <u>[PROPOSED] ORDER</u>

2  Based on Mattel's concurrently filed Application for Leave to File 49-page
3 Reply In Support of Motion for Judgment as a Matter of Law Re: MGA's Claim for
4 Misappropriation of Trade Secrets Pursuant to Federal Rule of Civil Procedure
5 50(B), dated May 19, 2011, and good cause appearing,

6  IT IS HEREBY ORDERED:

7  Mattel is hereby given leave to file a 49-page Reply In Support of Motion for
8 Judgment as a Matter of Law Re: MGA's Claim for Misappropriation of Trade
9 Secrets Pursuant to Federal Rule of Civil Procedure 50(B).

11 DATED:  May          , 2011
12                    Hon. David O. Carter
                     United States District Judge