Name & Address:
Alexander H. Cote (SBN 211558)
acote@scheperkim.com
Scheper Kim & Harris LLP
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone: (213) 613-4655; Fax (213) 613-4656

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT,<br><br>PLAINTIFF(S)<br>v.<br>MATTEL, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**   Notice of Lodging Thumbdrive; Thumbdrive

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☒ Other

**Reason:**

☐ Under Seal
☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

| | |
|---|---|
| May 20, 2011<br>Date | /s/ Alexander H. Cote<br>Attorney Name<br><br>Carlos Gustavo Machado Gomez<br>Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)            NOTICE OF MANUAL FILING