**SCHEPER KIM & HARRIS LLP**
DAVID C. SCHEPER (State Bar No. 120174)
dscheper@scheperkim.com
ALEXANDER H. COTE (State Bar No. 211558)
acote@scheperkim.com
601 W. Fifth Street, 12th Floor
Los Angeles, CA 90071
Telephone:   (213) 613-4655
Facsimile:    (213) 613-4656

**LAW OFFICES OF MARK E. OVERLAND**
MARK E. OVERLAND (State Bar No. 38375)
mark@overlaw.net
100 Wilshire Blvd., Suite 950
Santa Monica, CA 90401
Telephone: (310) 459-2830
Facsimile: (310) 459-4621

Attorneys for Carlos Gustavo Machado Gomez

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC,, a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04 9059<br>Case No. CV 05-2727<br><br>**NOTICE OF LODGING THUMBDRIVE** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Gustavo Machado will lodge with the Court a thumbdrive containing the following documents:

   1.   GUSTAVO MACHADO'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HIS MOTION FOR ATTORNEYS' FEES PURSUANT TO CAL. CIV. CODE § 3426.4; AND ALL SUPPORTING DOCUMENTS THERETO.

| | | |
|---|---|---|
| 1 | DATED: May 20, 2011 | Respectfully submitted, |
| 2 | | |
| 3 | | SCHEPER KIM & HARRIS LLP<br>ALEXANDER H. COTE |
| 4 | | |
| 5 | | LAW OFFICES OF MARK E. OVERLAND<br>MARK E. OVERLAND |
| 6 | | By:   /s/ *Alexander H. Cote*<br>      ALEXANDER H. COTE |
| 7 | | |
| 8 | | */s/ Mark E. Overland*<br>MARK E. OVERLAND |
| 9 | | |
| 10 | | Attorneys for Carlos Gustavo Machado Gomez |