|   |   |
|---|---|
| 1 | ANNETTE L. HURST (State Bar No. 148738) |
|   | ahurst@orrick.com |
| 2 | WARRINGTON S. PARKER III (State Bar No. 148003) |
|   | wparker@orrick.com |
| 3 | Orrick, Herrington & Sutcliffe LLP |
|   | The Orrick Building |
| 4 | 405 Howard Street |
|   | San Francisco, CA 94105 |
| 5 | Telephone:  415-773-5700 |
|   | Facsimile:   415-773-5759 |

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with: Case No. CV 04-9059 |
| v. | Case No. CV 05-2727 |
| MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
| Defendant. | **DECLARATION OF SERVICE** |
| AND CONSOLIDATED ACTIONS | |

# DECLARATION OF SERVICE

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is USA Network, Inc., 350 S. Figueroa Street, Suite 196, Los Angeles, California 90071.

On May 19, 2011, I served a thumb drive containing true and correct copies of the following documents:

1. **Notice of Manual Filing;**

2. **MGA Parties's Notice of Lodging of Thumbdrive for Supplemental Declaration of Stephen Schultz in Support of MGA parties' Motions for Fees and Costs and Exhibits 1-6;**

3. **Application To File Under Seal;**

4. **[Proposed] Order Granting Application To File Under Seal; and**

5. **Lodged Thumbdrive For Supplemental Declaration Of Stephen Schultz In Support Of MGA Parties' Motions For Fees And Costs And Exhibits 1-6**

☒ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

<u>Counsel for Mattel. Inc.</u>
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
Brett D. Proctor, Esq.
dylanproctor@quinnemanuel.com
Jon D. Corey, Esq.
joncorey@quinnemanuel.com
QUINN EMANUÉL URQUHART
& SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 1 | Executed on May 19, 2011, at Los Angeles, California. |
| 2 | |
| 3 | |
| 4 | _____ <br> USA Network, Inc. <br> *Marvin Duran* |
| 5 | |