ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  (213) 629-2020
Facsimile:   (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone:  (949) 567-6700
Facsimile:   (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CARTER BRYANT, an individual, | Case No.  CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **Hon. David O. Carter** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | **NOTICE OF LODGING OF MGA PARTIES' [PROPOSED] JUDGMENT** |

1

2          PLEASE TAKE NOTICE that, pursuant to this Court's Amended Order on

3   the Parties' Motions for Summary Judgment, the jury verdict, and the MGA

4   Parties' post-trial briefing and proposed findings of fact and law, counter-

5   defendants MGA Entertainment, Inc., MGA Entertainment HK, LTD., MGA de

6   Mexico, S.R.L. de C.V. and Isaac Larian (collectively the "MGA Parties") hereby

7   lodge a [Proposed] Judgment.  MGA Parties lodge this [Proposed] Judgment

8   without waiving their rights to challenge the judgment pursuant to Federal Rule of

9   Civil Procedure 50 or any other applicable law or procedure.

10

11  Dated:  May 23, 2011                Respectfully submitted,

12                                      ORRICK, HERRINGTON & SUTCLIFFE LLP

13

14                                      By: _____ */s/ Melanie D. Phillips*_____
                                             MELANIE D. PHILLIPS
15                                           Attorneys for MGA Parties

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF LODGING OF MGA PARTIES
[PROPOSED] JUDGMENT
CV 04-9049 DOC (RNBx)