ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MATTEL, INC., a Delaware corporation, <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx) <br><br> Consolidated with: <br> Case No. CV 04-9059 <br> Case No. CV 05-2727 <br><br> **Hon. David O. Carter** <br><br> **MGA PARTIES' [PROPOSED] JUDGMENT** |

This action came before the Court pursuant to motions for summary judgment, a jury trial, post-trial motions filed by all parties, and proposed findings of fact and conclusions of law filed by all parties. Pursuant to the Court's granting of motions for summary judgment in part, the jury verdict, the Court's granting of post-trial motions by Counterdefendants MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., MGAE de Mexico S.R.L. de C.V. and Isaac Larian, the Court's findings of fact and conclusions of law, with the grounds and reasons for each set forth in a separate order,

**IT IS HEREBY ORDERED THAT:**

Counterclaimants Mattel, Inc. and Mattel Mexico shall recover nothing, the Fourth Amended Answer and Counterclaims are hereby dismissed on the merits, and Counterdefendants MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., MGAE de Mexico S.R.L. de C.V. and Isaac Larian shall recover costs from Mattel, Inc. in the amount of $32,400,517 and shall recover attorneys fees from Mattel, Inc. in the amount of $129,688,073.

Counterclaimant in Reply MGA Entertainment, Inc. shall recover $88,500,000 in damages for its trade secret misappropriation claims from Mattel, Inc., pursuant to the jury verdict, and shall recover $177,000,000 in punitive damages from Mattel, Inc. for Mattel's willful and malicious trade secret misappropriation.

As set forth in the Court's findings of fact and conclusions of law, MGA Entertainment, Inc. shall recover $ 4,294,000 in restitution from Mattel Inc. for Mattel's unfair competition, and Mattel shall be enjoined as follows:

> Mattel, Inc., along with its respective officers, directors, principals, agents, representatives, servants, employees, affiliates, successors or assigns, and any other person or entity acting on their behalf or in concert or participation with them, are hereby permanently enjoined from entering into arrangements with retailers with the intent to exclude MGA products.

///

///

MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., MGAE de Mexico S.R.L. de C.V. and Isaac Larian shall submit any Notices of Application to Tax Costs with proposed Bill of Costs no later than fifteen (15) days after the entry of this judgment.

Dated: _____, 2011

                                          Hon. David O. Carter
                                      United States District Judge