QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a Delaware corporation, et al,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S REQUEST TO ALLOW SUSAN R. ESTRICH TO PARTICIPATE IN ORAL ARGUMENT AT MAY 25, 2011 HEARING ON PARTIES' POST-TRIAL MOTIONS**<br><br>[[Proposed] Order Filed Concurrently Herewith] |

00505.07975/4155256.1

MATTEL, INC.'S REQUEST TO ALLOW SUSAN R. ESTRICH TO PARTICIPATE IN ORAL ARGUMENT

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Mattel, Inc. respectfully requests that the Court permit Mattel counsel Susan R. Estrich to participate in the oral argument scheduled to commence on May 25, 2010, on the parties' post-trial motions, along with John B. Quinn and Michael T. Zeller.  Mattel submits that this request is justified given the number of issues that will be addressed at the hearing, Ms. Estrich's long-standing role as counsel for Mattel primarily involved in motion practice, and further because, as the Court is aware, Mattel lead counsel William C. Price is presently engaged in the trial of another matter and will be unable to attend the hearing on the parties' post-trial motions.  Mattel has notified counsel for the MGA Parties of this request and received no objection in response.

DATED: May 24, 2011        QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ Michael T. Zeller
   Michael T. Zeller
   Attorneys for Mattel. Inc.