QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>　　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S REQUEST TO ALLOW SUSAN R. ESTRICH TO PARTICIPATE IN ORAL ARGUMENT AT MAY 25, 2011 HEARING ON PARTIES' POST-TRIAL MOTIONS** |

00505.07975/4155298.1

[PROPOSED] ORDER

[PROPOSED] ORDER

Based on Mattel's concurrently filed Request to Allow Susan R. Estrich to Participate in Oral Argument at May 25, 2011 Hearing on Parties' Post-Trial Motions, and good cause appearing,

IT IS HEREBY ORDERED:

Mattel counsel Susan R. Estrich is hereby permitted to participate in the oral argument on the parties' post-trial motions scheduled to commence on May 25, 2011.

DATED: May _____, 2011

Hon. David O. Carter
United States District Judge

00505.07975/4155298.1

-2-

[PROPOSED] ORDER