QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>            Plaintiffs,<br><br>       vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br><u>Hon. David O. Carter</u><br><br>**[PROPOSED] ORDER GRANTING MATTEL, INC.'S MOTION FOR ORDER TO REPLACE DOCKET NO. 10496 WITH FINALIZED VERSIONS OF THE WITNESS AND EXHIBIT LISTS** |

1    [PROPOSED] ORDER

2    Based on Mattel's concurrently filed Motion for Order to Replace
3    Docket No. 10496 with Finalized Versions of the Witness and Exhibit Lists, dated
4    May 24, 2011,

5    IT IS HEREBY ORDERED:

6    The witness and exhibit lists filed as Docket No. 10496 shall be replaced
7    with the finalized versions thereof.

9    DATED: May            , 2011
10                                  Hon. David O. Carter
                                    United States District Judge

00505.07975/4156244.1

-2-

[PROPOSED] ORDER