QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF SUSAN R. ESTRICH IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION FOR ATTORNEYS' FEES AND "FULL COSTS" UNDER SECTION 505 OF THE COPYRIGHT ACT AND THE CALIFORNIA UNIFORM TRADE SECRETS ACT**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D<br><br>**Phase 2:**<br>Discovery Cut-Off: October 4, 2000<br>Pre-trial Conference: January 4, 2011<br>Trial Date: January 11, 2011 |

00505.07975/4168732.2

DECLARATION OF SUSAN R. ESTRICH

# DECLARATION OF SUSAN R. ESTRICH

I, Susan R. Estrich, declare as follows:

1. I am a member of the State Bar of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for plaintiffs Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel") in this action. Unless otherwise noted, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Notice of Motion of Orrick, Herrington & Sutcliffe LLP to Withdraw as Counsel to Defendant MGA Entertainment, Inc., filed in the matter of Belair v. MGA Entertainment, Inc., Case No. 1:09-CV-08870-SAS, Dkt. 57 (S.D.N.Y. May 27, 2011).

3. Attached hereto as Exhibit 2 is a true and correct copy of MGA Entertainment, Inc.'s Memorandum of Law in Support of Motion to Withdraw, filed in the matter of Belair v. MGA Entertainment, Inc., Case No. 1:09-CV-08870-SAS, Dkt. 59 (S.D.N.Y. May 27, 2011).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Annette L. Hurst in support of MGA Entertainment, Inc.'s Memorandum of Law in Support of Motion to Withdraw, filed in the matter of Belair v. MGA Entertainment, Inc., Case No. 1:09-CV-08870-SAS, Dkt. 58 (S.D.N.Y. May 27, 2011).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 1, 2011, at Santa Ana, California.

*Susan R. Estrich*
SUSAN R. ESTRICH