ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**Hon. David O. Carter**<br><br>**APPLICATION TO FILE UNDER SEAL** |

Pursuant to Civil Local Rule 79-5.1, the MGA Parties hereby submit this application for an order to file under seal the following documents:

1. APPLICATION TO FILE UNDER SEAL;

2. [PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;

3. MGA PARTIES' NOTICE OF MOTION AND MOTION FOR EXEMPLARY DAMAGES AND FEES PURSUANT TO CALIFORNIA'S UNIFORM TRADE SECRET ACT, CAL. CIV. CODE §§ 3426.3, 3426.4 [UNREDACTED];

4. MGA PARTIES' MOTION FOR AWARD OF ATTORNEYS' FEES AND "FULL COSTS" UNDER SECTION 505 OF THE COPYRIGHT ACT [UNREDACTED];

5. DECLARATION OF STEPHEN SCHULTZ IN SUPPORT OF MGA PARTIES' MOTION FOR AWARD OF ATTORNEYS' FEES AND "FULL COSTS" UNDER SECTION 305 OF THE COPYRIGHT ACT AND EXHIBITS 1-58 [THUMBDRIVE];

6. DECLARATION OF PETER D. ZEUGHAUSER IN SUPPORT OF MGA PARTIES' MOTIONS FOR FEES AND COSTS; and

7. EXHIBITS TO DECLARATION OF ANNETTE HURST IN SUPPORT OF MGA PARTIES' MOTIONS FOR FEES AND COSTS [THUMBDRIVE]

The above documents and the exhibits attached thereto are replete with references to billing rates, fees and costs for services provided by law firms and legal vendors for the parties in this case. The MGA Parties respectfully request that this information not be filed in the public record. The exhibits to the declarations referenced above have been marked "Attorneys' Eyes Only" making them subject to the Protective Order in this case. *See* Case No. CV 04-9049-DOC(RNBx), Docket No. 54.

For the foregoing reasons, the MGA Parties respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the

1 | above-referenced documents under seal.

2 | Dated: May 5, 2011

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
William A. Molinski
Attorneys for MGA Parties