1
ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
2
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
3
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
4
405 Howard Street
San Francisco, CA  94105-2669
5
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759
6

7
WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
8
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
9
Telephone:  (213) 629-2020
Facsimile:   (213) 612-2499
10

11
THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
12
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
13
Irvine, CA 92614-2258
Telephone:  (949) 567-6700
Facsimile:   (949) 567-6710
14

15
Attorneys for MGA Parties

16
UNITED STATES DISTRICT COURT

17
CENTRAL DISTRICT OF CALIFORNIA

18
SOUTHERN DIVISION

| 19 | CARTER BRYANT, an individual, | Case No.  CV 04-9049 DOC (RNBx) |
|---|---|---|
| 20 | Plaintiff, | Consolidated with: Case No. CV 04-9059 Case No. CV 05-2727 |
| 21 | v. | |
| 22 | MATTEL, INC., a Delaware corporation, | **Hon. David O. Carter** |
| 23 | Defendant. | **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL** |
| 24 | | |
| 25 | AND CONSOLIDATED ACTIONS | |

26

27

28

1       The Court, having been informed by MGA Parties that the following

2 documents and the exhibits attached thereto are replete with references to billing

3 rates, fees and costs for services provided by law firms and legal vendors for the

4 parties in this case, and the exhibits to the declarations referenced above have been

5 designated as "Attorneys' Eyes Only" under the Protective Order, HEREBY

6 ORDERS that the MGA Parties may file under seal the documents listed below:

7      **1.**     **APPLICATION TO FILE UNDER SEAL;**

8
     **2.**    **[PROPOSED] ORDER GRANTING APPLICATION TO FILE**
9 **UNDER SEAL;**

10      **3.**    **MGA PARTIES' NOTICE OF MOTION AND MOTION FOR**
**EXEMPLARY DAMAGES AND FEES PURSUANT TO CALIFORNIA'S**
11 **UNIFORM TRADE SECRET ACT, CAL. CIV. CODE §§ 3426.3, 3426.4**
**[UNREDACTED];**
12

13      **4.**    **MGA PARTIES' MOTION FOR AWARD OF ATTORNEYS'**
**FEES AND "FULL COSTS" UNDER SECTION 505 OF THE COPYRIGHT**
14 **ACT [UNREDACTED];**

15      **5.**    **DECLARATION OF STEPHEN SCHULTZ IN SUPPORT OF**
**MGA PARTIES' MOTIONS FOR FEES AND COSTS;**
16

17      **6.**    **DECLARATION OF PETER D. ZEUGHAUSER IN SUPPORT**
**OF MGA PARTIES' MOTIONS FOR FEES AND COSTS; and**
18

19      **7.**    **EXHIBITS TO DECLARATION OF ANNETTE HURST IN**
**SUPPORT OF MGA PARTIES' MOTIONS FOR FEES AND COSTS.**

20

21 **IT IS HEREBY ORDERED.**

22

23 Dated: May  17 , 2011

24                    *David O. Carter*
                   _____
25                      Hon. David O. Carter
                   United States District Judge

26

27

28