# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CV 04-9049-DOC(RNBx) | Date   June 1, 2011 |
| Title | MATTEL, INC. -V- MGA ENTERTAINMENT INC., ET AL. | |

Present: The Honorable   DAVID O. CARTER, U.S. District Judge

| Julie Barrera | Jane Sutton, Maria Dellaneve | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John Quinn | Jennifer Keller |
| Michael Zeller | Thomas McConville |
| Susan Estrich | Annette Hurst |

Proceedings:   MGA PARTIES' MOTION FOR JUDGMENT ON MATTEL'S INTENTIONAL INTERFERENCE WITH CONTRACT AND UNFAIR COMPETITION CLAIMS [10535]

MATTEL'S MOTION FOR JUDGMENT AS A MATTER OF LAW RE MGA'S CLAIM FOR MISAPPROPRIATION OF TRADE SECRETS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 50(B); AND ALTERNATIVE MOTION FOR REMITTITUR AND/OR NEW TRIAL [10537] [10545]

MGA PARTIES' MOTION FOR EXEMPLARY DAMAGES AND FEES PURSUANT TO CALIFORNIA'S UNIFORM TRADE SECRET ACT, CAL. CIV. CODE 3426.3, 3426.4 [10539]

MGA PARTIES' MOTION FOR AWARD OF ATTORNEYS' FEES AND "FULL COSTS" UNDER SECTION 505 OF THE COPYRIGHT ACT [10542]

MATTEL'S MOTION AND MOTION TO STRIKE AND CONFIRM WAIVED THE MGA PARTIES' UNTIMELY OBJECTIONS TO MATTEL'S PROPSED FINDINGS OF FACT AND CONCLUSIONS OF LAW RE MGA'S UNFAIR COMPETITION CLAIM [10575]

GUSTAVO MACHADO'S MOTION FOR ATTORNEYS' FEES PURSUANT TO CAL.CIV. CODE 3426.4

The case is called and argument continues and concludes.

The motions are taken under submission.

|  |  | 3 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | jcb | | |