QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S SUBMISSION OF MATERIALS REFERENCED IN MATTEL'S ARGUMENT IN OPPOSITION TO MGA'S MOTION FOR EXEMPLARY DAMAGES AND FEES PURSUANT TO THE CALIFORNIA UNIFORM TRADE SECRETS ACT** |

00505.07975/4171115.1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Mattel, Inc. hereby submits a copy of the materials and supporting record evidence received by the Court on June 1, 2011, during oral argument in support of Mattel's Opposition to MGA's Motion for Exemplary Damages and Fees Pursuant to California's Uniform Trade Secret Act. Attached hereto as Attachment A is a true and correct copy of the materials contained in the binder submitted to the Court.

DATED:  June 2, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: *[signature]*

Michael T. Zeller
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.