ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:    415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   213-629-2020
Facsimile:    213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>    Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**MGA PARTIES' RESPONSE TO DECLARATION OF SUSAN R. ESTRICH IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA ENTERTAINMENT, INC.'S MOTION FOR ATTORNEYS' FEES AND "FULL COSTS" UNDER SECTION 505 OF THE COPYRIGHT ACT AND THE CALIFORNIA UNIFORM TRADE SECRETS ACT**<br><br>Trial Date: January 18, 2011<br>Judge:  Hon. David O. Carter |

- 1 -

MGA'S RESPONSE TO ESTRICH DECLARATION ISO MATTEL
OPPOSITION TO MOTION FOR SECTION 505 FEES AND COSTS
CV-04-9049 DOC (RNBX)

1  The MGA Parties file this response in the interest of correcting the record in light of Mattel's argument before this Court on June 1, 2011, regarding MGA's alleged failure to pay attorneys' fees as a reason that Mattel would not be obligated to pay those fees under Section 505 of the Copyright Act. This argument is flawed on the law and the facts and should be disregarded for the reasons advanced in the argument of Annette Hurst on June 1, 2011.

Nonetheless, the declaration of Annette Hurst, filed in the matter of *Belair v. MGA Entertainment, Inc.*, Case No. 1:09-CV-08870-SAS, Dkt. 58 (S.D.N.Y. May 27, 2011), relied on by Mattel at the June 1 hearing, was taken completely out of context and Mattel attempted to convey an inaccurate and misleading picture regarding MGA's payments to its counsel. In order that this Court be aware of the true status of MGA's payments to its counsel, MGA respectfully refers the Court to the Declaration of Stephen Schultz, concurrently filed for this Court's *in camera* review. The Schultz Declaration provides this Court with the true facts regarding the fees paid by MGA, in an effort to correct the record. In further support, the MGA Parties submit the attached declaration of Isaac Larian as Exhibit A.

Dated: June 3, 2011

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Thomas S. McConville*
Thomas S. McConville
Attorneys for MGA Parties

MGA'S RESPONSE TO ESTRICH DECLARATION ISO MATTEL
OPPOSITION TO MOTION FOR SECTION 505 FEES AND COSTS
CV-04-9049 DOC (RNBX))