ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DECLARATION OF ISAAC LARIAN IN SUPPORT OF MGA PARTIES' RESPONSE TO THE DECLARATION OF SUSAN R. ESTRICH IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION FOR ATTORNEYS' FEES AND "FULL COSTS" UNDER SECTION 505 OF THE COPYRIGHT ACT AND THE CALIFORNIA UNIFORM TRADE SECRETS ACT**<br><br>Trial Date: January 18, 2011<br>Judge: Hon. David O. Carter |

I, Isaac Larian, declare as follows:

1. I am currently the CEO of MGA Entertainment, Inc. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. MGA remains committed to paying appropriate fees and expenses billed by its attorneys in connection with this litigation in accordance with its various fee agreements.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on June 3, 2011 at Van Nuys, California.

_____
Isaac Larian