Name & Address:
Annette L. Hurst (State Bar No. 148738)
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S)<br>v.<br><br>MATTEL, INC., a Delaware Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:** APPLICATION TO FILE IN CAMER AND UNDER SEAL; [PROPOSED] ORDER GRANTING APPLICATION TO FILE IN CAMERA AND UNDER SEAL; DECLARATION OF STEPHEN SCHULTZ IN SUPPORT OF MGA PARTIES' RESPONSE TO THE DECLARATION OF SUSAN R. ESTRICH IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION FOR ATTORNEYS' FEES AND "FULL COSTS" UNDER SECTION 505 ;

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☒ Per Court order dated   January 4, 2005

☒ Manual Filing required (*reason*): Application to Seal and Proposed Order must be manually filed per L.R. 79-5 and General Order 10-07

| | |
|---|---|
| June 3, 2011<br>Date | /s/ Thomas S. McConville<br>Attorney Name<br>Thomas S. McConville<br>Party Represented<br>MGA Parties |

Note:  File one Notice in each case, each time you manually file document(s).