ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105
Tel. (415) 773-5700/ Fax: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel. (213) 629-2020/Fax: (213) 612-2499

THOMAS S. McCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | Hon. David O. Carter |
| Defendant. | **MGA'S NOTICE OF LODGING** |
| AND CONSOLIDATED ACTIONS | |

PLEASE TAKE NOTICE that, the MGA Parties have lodged *in camera* DECLARATION OF STEPHEN SCHULTZ IN SUPPORT OF MGA PARTIES' RESPONSE TO THE DECLARATION OF SUSAN R. ESTRICH IN SUPPORT OF MATTEL, INC.'S OPPOSITION TO MGA'S MOTION FOR ATTORNEYS' FEES AND "FULL COSTS" UNDER SECTION 505 OF THE COPYRIGHT ACT AND THE CALIFORNIA UNIFORM TRADE SECRETS ACT.

Dated: June 3, 2011                    ORRICK, HERRINGTON & SUTCLIFFE LLP


                                       By:  /s/ Thomas S. McConville
                                             Thomas S. McConville
                                             Attorneys for MGA Parties