QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017–2543
Telephone:   (213) 443–3000
Facsimile:   (213) 443–3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, et al., | CASE NO. CV 04–9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04–09059<br>Case No. CV 05–02727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | **MATTEL, INC.'S NOTICE OF INTERVENING AUTHORITY CONCERNING MGA ENTERTAINMENT, INC.'S MOTIONS FOR ATTORNEYS' FEES AND COSTS UNDER THE COPYRIGHT ACT AND CUTSA:** *FOX V. VICE*, --- S. Ct. ----, **2011 WL 2175211 (U.S. JUNE 6, 2011)** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | Hearing Date:   TBD<br>Time:           TBD<br>Place:          Courtroom 9D |
| | Discovery Cut–Off:   October 4, 2010<br>Pre–trial Conference: January 4, 2011<br>Trial:                January 18, 2011 |

00505.07975/4191251.1

MATTEL'S NOTICE OF INTERVENING AUTHORITY

1  Mattel, Inc. ("Mattel") hereby notifies the Court of the United States Supreme
2  Court's recent decision in <u>Fox v. Vice</u>, --- S. Ct. ----, 2011 WL 2175211 (U.S. June
3  6, 2011), attached hereto as "Exhibit 1." <u>Fox</u> was decided after the close of briefing
4  on MGA Entertainment, Inc.'s Motion for Attorneys' Fees and "Full Costs" under
5  Section 505 of the Copyright Act and its Motion for Exemplary Damages and Fees
6  Pursuant to California's Uniform Trade Secret Act, Cal. Civ. Code §§ 3426.3,
7  3426.4. If the Court so orders, Mattel will prepare a supplemental brief addressing
8  the relevance of <u>Fox</u> to the Court's evaluation of MGA's fee applications.

DATED: June 10, 2011        QUINN EMANUEL URQUHART &
                            SULLIVAN, LLP

                            /s/ Susan R. Estrich
                            _____
                            Susan R. Estrich
                            Attorneys for Mattel, Inc. and
                            Mattel de Mexico, S.A. de C.V.