QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
William C. Price (Bar. No. 108542)
(williamprice@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., <br><br> Plaintiffs, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al., <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. David O. Carter <br><br> **MATTEL'S REQUEST FOR RELEASE OF SEALED PORTION OF MARCH 28, 2011 TRANSCRIPT TO MATTEL** <br><br> Trial Date: January 18, 2011 |

00505.07975/4139290.1

REQUEST FOR RELEASE OF SEALED PORTION OF TRANSCRIPT

1     In the hearing in this matter on March 28, 2011, the Court conducted an *in camera* examination of a Mattel attorney in the presence of Mattel's lead counsel. The corresponding portion of the transcript of proceedings (Volume 2 of March 28, 2011; 51:17-64:23) has been sealed. Mattel hereby requests that the Court issue the concurrently-filed proposed order directing the sealed portion of transcript of proceedings on March 28, 2011, Volume 2, be released to counsel for Mattel. Mattel agrees to keep the transcript otherwise sealed and will not release it to any other parties.

DATED: June 12, 2011        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ John B. Quinn*
    John B. Quinn
    Attorneys for Mattel, Inc., and
    Mattel de Mexico, S.A. de C.V.