QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>        Plaintiffs,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>        Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER GRANTING MATTEL'S REQUEST FOR RELEASE OF SEALED PORTION OF MARCH 28, 2011 TRANSCRIPT TO MATTEL** |

00505.07975/4139315.1

[PROPOSED] ORDER

[PROPOSED] ORDER

Based on Mattel's concurrently filed Request for Release of Sealed Portion of March 28, 2011 Transcript to Mattel,

IT IS HEREBY ORDERED:

The sealed portion, 51:17-64:23, of Volume 2 of the transcript of proceeding on March 28, 2011 shall be released to counsel for Mattel. The transcript shall otherwise remain under seal and should not be released to any other person or party.

DATED: , 2011

Hon. David O. Carter
United States District Judge