Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Tel: 213.629.7400/Fax: 213.629.7401
Email: obrien.robert@arentfox.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 04-09049 DOC (RNBx) |
| v. | |
| MATTEL, INC., a Delaware corporation, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) Discovery Master Report and Recommendation Re Application For Attorneys' Fees By
(1) Mr. Machado and (2) MGA; (2) Application to File Document Under Seal; and (3) [Proposed] Order Granting Discovery Master's Application to File Document Under Seal; and (4) Proof of Service.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☒ Other

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| June 20, 2011 | /s/ Robert C. O'Brien |
|---|---|
| Date | Attorney Name |
| | Discovery Master |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                **NOTICE OF MANUAL FILING**                American LegalNet, Inc.
www.FormsWorkflow.com