# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. CV 04-9049-DOC(RNBx) | | Date June 20, 2011 |
| Title MATTEL, INC., -V- MGA ENTERTAINMENT, INC., ET AL. | | |

Present: The Honorable  DAVID O. CARTER, U.S. District Judge

| Julie Barrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearances | No Appearance |

Proceedings: (IN CHAMBERS) ORDER RE: DEADLINE FOR SUBMISSION OF ANY OBJECTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION

On June 20, 2011, the Special Master for Discovery filed a Report and Recommendation that addresses the following applications: (1) Carlos Gustavo Machado's Application for Attorneys' Fees under the California Uniform Trade Secrets Act; and (2) MGA Entertainment, Inc., MGA Entertainment (Hong Kong) Ltd., and Isaac Larian's Applications for Attorneys' Fees under the California Uniform Trade Secrets Act and the Copyright Act.

Federal Rule of Civil Procedure 53 provides that "[a] party may file objections to – or a motion to adopt or modify – the master's order, report, or recommendations no later than 21 days after a copy is served, unless the court sets a different date." Fed. R. Civ. P. 53(f)(2). Exercising its discretion under that provision, the Court sets the date of **June 24, 2011** as the deadline for the submission of any objections to the Special Master's Report and Recommendation. Any objections shall address the standard of review that should apply to the Special Master's Report and Recommendation. *See* Fed. R. Civ. P. 53(f)(3)-(4).

| | : | 00 |
|---|---|---|
| Initials of Preparer | jcb | |