LODGED

1  Robert C. O'Brien (SBN 154372)
   ARENT FOX LLP
2  555 West Fifth Street, 48th Floor
   Los Angeles, CA 90013-1065
3  Telephone: 213.629.7400
   Facsimile:  213.629.7401
4  obrien.robert@arentfox.com

5  Discovery Master

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11

12

13  CARTER BRYANT, an individual,        Case No. CV 04-09049 DOC (RNBx)

14            Plaintiff,                 Consolidated with
                                         Case No. CV 04-09059
15        v.                             Case No. CV 05-2727

   MATTEL, INC., a Delaware              **APPLICATION TO FILE
16 Corporation,                          DOCUMENT UNDER SEAL
                                         DISCOVERY MASTER REPORT
17            Defendant.                 AND RECOMMENDATION**

18
   CONSOLIDATED WITH
19 MATTEL, INC. v. BRYANT and
   MGA ENTERTAINMENT, INC. v.
20 MATTEL, INC.

21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/232425.1

APPLICATION TO FILE UNDER SEAL
[Case No. CV 04-09049 DOC (RNBx)]

ORIGINAL

## **APPLICATION**

Pursuant to Central District Local Rule 79-5.1, the Discovery Master respectfully requests that the Court permit him to file under seal the Discovery Master Report and Recommendation Regarding Application For Attorneys' Fees By (1) Mr. Machado and (2) MGA. The basis for filing the Report and Recommendation under seal is that it references *in camera* review by Discovery Master. As such, this information is not available to the public and should remain under seal.

The Discovery Master therefore respectfully requests that the Court grant this Application to File Under Seal. The Discovery Master has lodged a [Proposed] Order concurrently herewith for the Court's consideration.

Dated: June 20, 2011

By: /s/ Robert C. O'Brien
Robert C. O'Brien

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/232425.1

- 1 -

APPLICATION TO FILE UNDER SEAL
[Case No. CV 04-09049 DOC (RNBx)]