1 | Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
2 | 555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
3 | Telephone: 213.629.7400
Facsimile: 213.629.7401
4 | obrien.robert@arentfox.com

5 | Discovery Master

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | SOUTHERN DIVISION

CARTER BRYANT, an individual,

Plaintiff,

v.

MATTEL, INC., a Delaware corporation,

Defendant.

CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC.

Case No. CV 04-09049 DOC (RNBx)

Consolidated with
Case No. CV 04-09059
Case No. CV 05-2727

[~~PROPOSED~~] ORDER GRANTING DISCOVERY MASTER'S APPLICATION TO FILE DOCUMENT UNDER SEAL

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/232427.1

[~~PROPOSED~~] ORDER GRANTING APPLICATION
[Case No. CV 04-09049 DOC (RNBx)]

ORIGINAL

## ORDER

The Court, having considered the Discovery Master's concurrently-filed APPLICATION TO FILE DOCUMENT UNDER SEAL, hereby GRANTS the Application and orders that the Discovery Master Report and Recommendation Regarding Application For Attorneys' Fees By (1) Mr. Machado and (2) MGA be filed under seal.

**IT IS HEREBY ORDERED:**

DATED: 6-20-11

Hon. David O. Carter
United States District Court Judge

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/232427.1

- 1 -

[PROPOSED] ORDER GRANTING APPLICATION
[Case No. CV 04-09049 DOC (RNBx)]