1 Robert C. O'Brien (SBN 154372)
ARENT FOX LLP
2 555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
3 Telephone: 213.629.7400
Facsimile: 213.629.7401
4 obrien.robert@arentfox.com

5 Discovery Master

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>CONSOLIDATED WITH MATTEL, INC. v. BRYANT and MGA ENTERTAINMENT, INC. v. MATTEL, INC. | Case No. CV 04-09049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-2727<br><br>**PROOF OF SERVICE** |

BY FAX

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/471184.1

PROOF OF SERVICE

ORIGINAL

CARTER BRYANT v. MATTEL, INC.
(United States District Court – Central District
Case No. CV-04-09049 DOC (RNBx))

## PROOF OF SERVICE

I am a citizen of the United States. My business address is Arent Fox LLP, 555 W. Fifth Street, 48th Floor, Los Angeles, California 90013. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

1. **NOTICE OF MANUAL FILING;**

2. **APPLICATION TO FILE DOCUMENT UNDER SEAL DISCOVERY MASTER REPORT AND RECOMMENDATION;**

3. **[PROPOSED] ORDER; and**

4. **DISCOVERY MASTER REPORT AND RECOMMENDATION RE APPLICATION FOR ATTORNEYS' FEES BY (1) MR. MACHADO AND (2) MGA;**

☐ **(By Fax)** I transmitted via facsimile, from facsimile number (213) 629-7401, the document(s) to the person(s) on the attached service list at the fax number(s) set forth therein, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is attached to this Proof of Service.

☐ **(BY E-MAIL)** On _____, I personally transmitted the foregoing document(s) via electronic mail to the e-mail address(es) of the person(s) on the attached service list.

☒ **(By Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

☐ **(By Overnight Delivery)** On this date, I placed the documents in envelope(s) addressed to the person(s) on the attached service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served.

**SEE ATTACHED SERVICE LIST**

☒ **(Federal)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 20, 2011 at Los Angeles, California.

Gladys Madrid

- 2 -
PROOF OF SERVICE
LA/471184.1

CARTER BRYANT v. MATTEL, INC.

United States District Court – Central District
Case No. CV-04-09049 DOC (RNBx)

## SERVICE LIST

| | |
|---|---|
| John B. Quinn, Esq.<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543 | Attorneys For<br>MATTEL, INC. |
| Michael T. Zeller, Esq.<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543 | Attorneys For<br>MATTEL, INC |
| Annette L. Hurst, Esq.<br>ORRICK, HERRINGTON<br>& SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, California 94105 | Attorneys For<br>MGA Parties |
| William A. Molinski, Esq.<br>ORRICK HERRINGTON<br>& SUTCLIFFE LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, California 90017 | Attorneys For<br>MGA Parties |
| Thomas S. McConville, Esq.<br>ORRICK HERRINGTON<br>& SUTCLIFFE LLP<br>4 Park Plaza<br>Suite 1600<br>Irvine, CA 92614-2558 | Attorneys For<br>MGA Parties |
| David C. Scheper, Esq.<br>Alexander H. Cote, Esq.<br>SCHEPER KIM & HARRIS LLP<br>601 W. Fifth Street, 12th Floor<br>Los Angeles, CA 90071 | Attorneys For<br>CARLOS GUSTAVO MACHADO GOMEZ |
| Mark E. Overland, Esq.<br>LAW OFFICES OF MARK E. OVERLAND<br>100 Wilshire Blvd., Suite 950<br>Santa Monica, CA 90401 | Attorneys For<br>CARLOS GUSTAVO MACHADO GOMEZ |

- 3 -

PROOF OF SERVICE

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

LA/471184.1