QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF SUSAN R. ESTRICH IN SUPPORT OF MATTEL, INC.'S OBJECTIONS TO THE DISCOVERY MASTER REPORT AND RECOMMENDATION RE APPLICATION FOR ATTORNEYS' FEES BY (1) MR. MACHADO AND (2) MGA**<br><br>Date:          TBD<br>Time:          TBD<br>Place:         Courtroom 9D<br><br>**Phase 2:**<br>Discovery Cut-Off:     October 4, 2000<br>Pre-trial Conference:  January 4, 2011<br>Trial Date:            January 11, 2011 |

00505.07975/4218592.1

DECLARATION OF SUSAN R. ESTRICH ISO MATTEL'S OBJ TO DM REPORT RE ATTORNEYS' FEES

# DECLARATION OF SUSAN R. ESTRICH

I, Susan R. Estrich, declare as follows:

1. I am a member of the State Bar of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for plaintiffs Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel") in this action. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the June 20, 2011 hearing transcript in the matter of <u>O'Melveny & Meyers, LLP v. MGA Entertainment, Inc.</u>, Case No. BC441593, currently pending in Los Angeles County Superior Court before the Honorable Elizabeth A. White and referenced in our Objections.

3. These facts, which MGA has failed to disclose to the Court, were not known to Mattel until June 22, 2011, when Mattel first received a copy of the hearing transcript attached as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 24, 2011, at Los Angeles, California.

*Susan R. Estrich*
SUSAN R. ESTRICH

00505.07975/4218592.1

-1-
DECLARATION OF SUSAN R. ESTRICH ISO MATTEL'S OBJ TO DM REPORT RE ATTORNEYS' FEES