

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 04-9049-DOC(RNBx)   Date: 4-11-11

Title: MATTEL, INC. -V- MGA ENTERTAINMENT INC, ET AL   Time: 1:40 pm

JURY NOTE NUMBER __1__

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

_____  THE JURY REQUESTS THE FOLLOWING:

Other — For your information we will be leaving @ 4pm today. Thank you.

DATE:              SIGNED: ███████████
                   FOREPERSON OF THE JURY