FILED - SOUTHERN DIVISION
CLERK U.S. DISTRICT COURT

APR 11 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 04-9049-DOC(RNBx)     Date: 4-11-11

Title: MATTEL, INC. -V- MGA ENTERTAINMENT INC, ET AL     Time: 2:10 pm

JURY NOTE NUMBER #2

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

Please provide us w/ a table of content / index of what a specific evidence* is; or explain to us to better locate it.

* Exhibits

DATE:                    SIGNED: ███████████
                                 FOREPERSON OF THE JURY