UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 11 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No. CV 04-9049-DOC(RNBx)     Date: 4-11-11

Title: MATTEL, INC. -V- MGA ENTERTAINMENT INC, ET AL     Time: 2:30 pm

JURY NOTE NUMBER 3

____  THE JURY HAS REACHED A UNANIMOUS VERDICT

✓  THE JURY REQUESTS THE FOLLOWING:

Need transcript for both Jan 27 + Jan 28 2011.

DATE:                SIGNED: ████████████
                     FOREPERSON OF THE JURY