FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 11 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 04-9049-DOC(RNBx)    Date: 4-11-11

Title: MATTEL, INC. -V- MGA ENTERTAINMENT INC, ET AL    Time: 3:50 pm

JURY NOTE NUMBER ___4___

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

✓    THE JURY REQUESTS THE FOLLOWING:

1) We request testimony be read back to us with anything related to Alaska Momma (in any context). We believe it may be covered on 1/27/11 or and 1/28/11.

2) Exhibit # to Mattel copyright application for Carter Bryant's drawings (where he assigns drawings to Mattel)

3) " " to Mattel chronological security log and investigative reports.

DATE:    SIGNED: ████████
FOREPERSON OF THE █