Exhibit List for Jury

| Exhibit No. | Description | Date Admitted |
|---|---|---|
| 1 | Bratz Drawing Presented by Bryant (Tangible) | 1/25/2011 |
| 1C | 7/18/03 WSJ Article (REDACTED) | 2/10/2011 |
| 2 | Pitch Drawings Presented to MGA (Tangible) | 4/7/2011 |
| 3 | Black & White Copy of Bryant Bratz Notebook | 1/27/2011 |
| 3 | Bryant Bratz Notebook (Tangible) | 1/28/2011 |
| 4 | HKTF Bratz Display Materials | 2/2/2011 |
| 5 | Bryant Bratz Sketches (Tangible) | 1/25/2011 |
| 5 | Bryant Bratz Sketches (Tangible) | 4/7/2011 |
| 5 | Bryant Bratz Sketches (Tangible) | 1/28/2011 |
| 5 | Bryant Notes re Bratz Characters (Tangible) | 2/1/2011 |
| 5 | Bryant Bratz Drawing (Tangible) | 2/1/2011. |
| 5 | Bryant Drawing (Tangible) | 2/1/2011 |
| 5 | Bryant "Glamour Jade" Sketch (Tangible) | 2/1/2011 |
| 5 | Bryant Sketches for Bratz Evening Dress (Tangible) | 2/1/2011 |
| 5 | Bryant Bratz Drawings (Tangible) | 2/1/2011 |
| 5 | Bratz Face Sketches (Tangible) | 2/2/2011 |
| 5 | Bryant Bratz Sketch (Tangible) | 2/2/2011 |
| 5 | Bryant Bratz Sketches (Tangible) | 2/2/2011 |
| 5 | Bryant Bratz Drawings (Tangible) | 2/2/2011 |
| 5 | Bryant Bratz Sketches (Tangible) | 2/2/2011 |
| 5 | Bryant Boys Sketches (Tangible) | 2/2/2011 |
| 5 | Bryant Bratz Sketches (Tangible) | 2/3/2011 |
| 5 | Bryant Bratz Drawings (Tangible) | 2/11/2011 |
| 5 | Bryant Fiona Boots Sketches (Tangible) | 4/7/2011 |
| 10 | Copy of Bryant Bratz Lupe Drawing from HK Litigation with "8/1998 Annotation" | 2/1/2011 |
| 10 | Copies of Bryant Bratz Drawings from HK Litigation | 4/4/2011 |
| 13 | 12/1/98 Mattel to Bryant Employment Offer Letter | 2/3/2011 |
| 15 | Bryant's Contract w/ MGA | 1/27/2011 |
| 17 | Modification & Clarification of Agreement | 2/9/2011 |
| 18 | 9/22/00 Garcia to Tsang & Rich Email | 1/20/2011 |
| 20 | 11/18/98 Bryant Resume | 2/2/2011 |
| 23 | Bryant's 11/6/95 Mattel Employee Inventions Agreement | 1/27/2011 |
| 24 | Bryant's 11/1/95 Mattel Conflict of Interest Questionnaire | 1/28/2011 |
| 25 | Bryant's 1/4/99 Mattel Employee Inventions Agreement | 2/2/2011 |

1

| | | |
|---|---|---|
| 26 | Bryant's 1/4/99 Mattel Conflict of Interest Questionnaire | 1/28/2011 |
| 27 | Bryant Mattel Proprietary Information Checkout Form | 1/28/2011 |
| 30 | 9/18/00 Bryant to Kinuyo Letter | 1/28/2011 |
| 48A | Toon Teens and Cool Skating Barbie Decal Sketches (Tangible) | 1/19/2011 |
| 48B | Toon Teens and Cool Skating Barbie Decal Sketches (Color) | 1/19/2011 |
| 48C1 | Toon Teen Prototype (Tangible) | 1/19/2011 |
| 48C2 | Toon Teen Prototype (Tangible) | 1/19/2011 |
| 48C3 | Toon Teen Prototype (Tangible) | 1/19/2011 |
| 60 | Photocopies of Notary Book | 2/18/2011 |
| 60A | Original Notary Book (Tangible) | 3/16/2011 |
| 61 | 7/21/04 McClusky (Main) to Prince Letter | 2/18/2011 |
| 62 | 8/99 Notarized Bryant Bratz Sketches (Tangible) | 1/27/2011 |
| 201 | 6/12/00 Rhee Invoice | 1/20/2011 |
| 203 | Photo of Prayer Angels | 1/27/2011 |
| 204 | Photo of Prayer Angels | 1/27/2011 |
| 257 | Photos of Cool Skating Barbie | 1/19/2011 |
| 257A | Cool Skating Barbie (Tangible) | 1/19/2011 |
| 258 | Photos of Cool Skating Theresa | 1/19/2011 |
| 258A | Cool Skating Teresa (Tangible) | 1/19/2011 |
| 259 | Photos of Cool Skating Christie | 1/19/2011 |
| 259A | Cool Skating Christie (Tangible) | 1/19/2011 |
| 261 | Drawing of Cool Skating Barbie Decal | 1/19/2011 |
| 261 | Drawing of Cool Skating Barbie Decal | 1/19/2011 |
| 261 | Drawing of Cool Skating Barbie Decal | 1/19/2011 |
| 261A | Photo of Martinez "L-Board" with Toon Teens Sketches (Tangible) | 1/19/2011 |
| 286 | 11/17/99 Flanker Dolls Focus Group Report | 1/19/2011 |
| 288 | Groovy Girls Photograph | 1/19/2011 |
| 293R | Diagram of Mattel Design Center | 1/18/2011 |
| 293R-1 | Mattel Design Ctr. Diagram w/ Lily "X"s | 1/18/2011 |
| 301 | 9/1/00 MGA Meeting Req. to Garcia & O'Connor | 1/20/2011 |
| 302 | Copy of Bryant's Pitchbook | 1/20/2011 |
| 302B | Bryant Drawing of Bratz in Evening Wear | 2/1/2011 |
| 305 | 10/10/00 Larian/O'Connor/Garcia Email Chain | 1/20/2011 |
| 314 | 1/7/00 Hogan to Pratte Email | 1/19/2011 |
| 316 | Logo Idea Sheet for Diva Starz Project w/ Doll Drawings | 1/19/2011 |
| 320 | 10/12/00 Hogan to Garcia Email | 1/25/2011 |

| 321 | 10/14/00 Hogan to Garcia Email | 1/25/2011 |
|---|---|---|
| 323 | Packet of Materials Provided to Linker | 1/26/2011 |
| 323A | Packet of Materials Provided to Linker (Tangible & Marked) | 1/26/2011 |
| 324 | 10/19/00 Hogan to Garcia Email | 1/26/2011 |
| 325 | 10/20/00 Legg to Linker Email | 1/26/2011 |
| 326 | 10/12/00 Hogan to Hogan Email | 1/26/2011 |
| 389 | Kaye Letter re 2004 Employee Confidential Information and Inventions Agreement | 3/16/2011 |
| 393 | Bryant Prayer Angels Sketches (Tangible) | 1/20/2011 |
| 402B | 4/2/00 Schiaffino to Garcia Email | 1/20/2011 |
| 424 | Chat Brats Logo Designs for Diva Starz | 1/19/2011 |
| 432 | Photo of Diva Starz "Alexa" Doll | 1/19/2011 |
| 433 | Photo of Diva Starz "Nikkie" Doll | 1/19/2011 |
| 497 | 3/10/01 O'Connor to Larian Email | 2/16/2011 |
| 500 | MGA Patent Application for Doll w/ Aesthetic Changeable Footgear | 2/9/2011 |
| 502 | 2/24/03 Bryant Declaration ISO Patent App. For Doll w/Changeable Footgear | 1/27/2011 |
| 504 | First Generation Bratz Jade Doll Package (Tangible) | 1/20/2011 |
| 505 | MGA 12/22/03 Jade Drawing Copyright Application | 2/16/2011 |
| 507 | MGA 12/22/03 Sasha Drawing Copyright Application | 2/16/2011 |
| 509 | MGA 12/22/03 Cloe Drawing Copyright Application | 2/16/2011 |
| 511 | MGA 12/22/03 Yasmin Drawing Copyright Application | 2/16/2011 |
| 513 | MGA Bratz Group Drawing Copyright Registration | 3/8/2011 |
| 537B | 10/25/00 Ward to Wong/Kwok/Garcia/Bryant Email | 3/16/2011 |
| 540 | 11/18/00 Larian to Lingg Email | 2/16/2011 |
| 549 | Bratz Strut It Sasha (Tangible Item) | 4/7/2011 |
| 551 | 9/16/01 Ashong to Garcia Email | 1/25/2011 |
| 557 | MGA Jade Accessories and Packaging Configuration Copyright Registration | 1/27/2011 |
| 558 | MGA 3/28/05 Jade CA Form (Copyright Registration Date Correction) | 1/27/2011 |
| 559 | MGA Sasha Accessories and Packaging Configuration Copyright Registration | 1/27/2011 |
| 560 | MGA 3/28/05 Sasha CA Form (Copyright Registration Date Correction) | 1/27/2011 |
| 561 | MGA Cloe Accessories and Packaging Configuration Copyright Registration | 1/27/2011 |
| 562 | MGA 3/28/05 Cloe CA Form (Copyright Registration Date Correction) | 1/27/2011 |

Exhibit List for Jury

| Number | Description | Date |
|---|---|---|
| 563 | MGA Yasmin Accessories and Packaging Configuration Copyright Registration | 1/27/2011 |
| 564 | MGA 3/28/05 Yasmin CA Form (Copyright Registration Date Correction) | 1/27/2011 |
| 580 | MGA "Bratz" Trademark Application | 2/17/2011 |
| 581 | MGA Yasmin Trademark Application | 2/17/2011 |
| 582 | MGA Sasha Trademark Application | 2/17/2011 |
| 583 | MGA Cloe Trademark Application | 2/17/2011 |
| 584 | MGA Jade Trademark Application | 2/17/2011 |
| 593 | 8/31/00 Bryant Invoice to MGA | 1/28/2011 |
| 597 | 10/12/00 Hogan/Garcia/Linker/Larian Email Chain | 1/25/2011 |
| 606 | 10/26/00 Marlow Invoices to MGA and MGA Purchase Orders | 1/20/2011 |
| 615 | Patent Application for Transparent Trapezoidal Packaging | 2/9/2011 |
| 630 | 6/27/03 Larian to Philips Email | 2/8/2011 |
| 655 | Deloitte Auditor Report of MGA for 2001-2002 | 2/11/2011 |
| 657 | MGA Consolidated Financial Statements for 2003-2004 | 2/11/2011 |
| 659 | MGA Consolidated Financial Statements for 2005-2006 | 2/11/2011 |
| 719 | Bryant Lupe Drawing (Tangible) | 1/28/2011 |
| 777 | Bryant Lupe & Jade Shoe Sketch (Tangible) | 1/28/2011 |
| 779 | Bryant "BRATZ" Drawing (Tangible) | 2/1/2011 |
| 791 | Bryant Bratz Drawing (Tangible) | 2/3/2011 |
| 827 | 5/26/01 Bryant/Larian Email | 2/10/2011 |
| 911 | 1/8/01 Chui to Garcia Email | 1/20/2011 |
| 912 | Photos of Painted Bratz Heads | 1/27/2011 |
| 923 | 10/16/00 MGA Product Development Form | 1/26/2011 |
| 924 | 10/16/00 Garcia to Kwok Email | 1/20/2011 |
| 951B | Sketches of Bratz Eyes | 1/25/2011 |
| 952 | Affirmation of Lee Shiu Cheung | 2/11/2011 |
| 1100 | 12/13/00 Garcia to Larian Email | 2/8/2011 |
| 1103 | MGA Bratz Product Development Form | 1/20/2011 |
| 1107 | Final Fashion Drawing (Tangible) | 1/20/2011 |
| 1108 | Final Fashion Drawing (Tangible) | 1/20/2011 |
| 1109 | Final Fashion Drawing (Tangible) | 1/20/2011 |
| 1110 | Final Fashion Drawing (Tangible) | 1/25/2011 |
| 1112 | 10/2/00 Garcia/Mullen Email Chain | 1/20/2011 |
| 1113 | 8/27/98 Bailey to Garcia Email | 1/25/2011 |
| 1116 | 7/4/97 Garcia Mattel Inventions Agreement | 1/20/2011 |

4

| 1117 | 4/4/00 Tiffany to Garcia MGA Job Offer Letter | 1/20/2011 |
| 1123 | 8/22/00 Leahy Resignation Letter from Mattel | 3/15/2011 |
| 1125 | Bryant Bratz Materials Provided to Leahy and Produced by Leahy | 3/15/2011 |
| 1127 | Steve Madden Ad Produced by Leahy | 1/28/2011 |
| 1129 | Bryant Sketch | 3/16/2011 |
| 1136 | Bryant Sketch | 3/16/2011 |
| 1136 | Photos of Bratz Sculpt | 1/25/2011 |
| 1136A | Bratz Sculpt (Tangible) | 1/25/2011 |
| 137 | Leahy Notebook (Tangible) | 3/15/2011 |
| 1139 | Doll Head Sketches with Notations | 3/16/2011 |
| 1140A | Mold for Bratz Sculpt Legs (Tangible) | 3/15/2011 |
| 1140B | Mold for Bratz Sculpt Torso (Tangible) | 3/15/2011 |
| 1140C | Mold for Bratz Sculpt Arms (Tangible) | 3/15/2011 |
| 1140D | Mold for Bratz Sculpt Head (Tangible) | 3/15/2011 |
| 1141 | Bratz Sculpt (Tangible) | 1/25/2011 |
| 1141A | Bratz Sculpt Minus Head (Tangible) | 1/25/2011 |
| 1154 | Copy of Bryant's Red Notebook | 2/3/2011 |
| 1155C | Bryant Black Notebook (Tangible) | 1/28/2011 |
| 1193 | 8/5/02 Anonymous Letter to Eckert | 3/1/2011 |
| 1194 | De Anda to Kaye Email | 3/3/2011 |
| 1195RS | Mattel Investigation File 02-115 | 3/3/2011 |
| 1195RS | Mattel Investigation File 02-115 | 3/9/2011 |
| 1234 | Bratz Sculpt (Tangible) | 1/25/2011 |
| 1236 | 10/24/00 Garcia/MGA HK/Larian Email Chain | 1/20/2011 |
| 1261 | 2002 My Scene Doll (Tangible) | 3/17/2011 |
| 1277 | 1/9/03 Mattel Consumer Research Report | 3/2/2011 |
| 1291 | 4/7/03 Ross Memo | 1/19/2011 |
| 1307 | 12/8/00 Larian to Tsang & Harris Email | 2/16/2011 |
| 1309 | 9/14/00 Bryant to Rosenbaum Fax | 1/28/2011 |
| 1310 | 8/25/00 Bryant to Kyaw Check | 2/1/2011 |
| 1313C | Bryant Green Notebook (Tangible) | 1/28/2011 |
| 1314 | 10/27/05 Garcia Email | 1/26/2011 |
| 1318 | 11/24/04 Bryant to Larian Email | 2/22/2011 |
| 1319 | 9/8/01 Larian to Garcia & Bryant Email | 2/18/2011 |
| 1320 | 6/29/06 Larian to Pembleton Email | 2/22/2011 |
| 1321 | 12/15/04 Larian to Bryant & Garcia Email | 2/22/2011 |

Exhibit List for Jury

| | | |
|---|---|---|
| 1325 | 2/15/02 Larian/Johnson/Bryant Email | 2/18/2011 |
| 1327 | Bryant Bratz Drawing (Tangible) | 1/27/2011 |
| 1328 | Bryant Sketch of Heads (Tangible) | 1/28/2011 |
| 1329 | Bryant Drawings (Tangible) | 4/7/2011 |
| 1354 | MGA Schedule of Distributions | 2/23/2011 |
| 1356 | Larian 2006 W-2 Form | 2/11/2011 |
| 1357 | Larian 2005 W-2 Form | 2/11/2011 |
| 1358 | Larian 2004 W-2 Form | 2/11/2011 |
| 1359 | Larian 2003 W-2 Form | 2/11/2011 |
| 1360 | Larian 2002 W-2 Form | 2/11/2011 |
| 1361 | Larian 2001 W-2 Form | 2/11/2011 |
| 1362 | Larian 1999 W-2 Form | 2/11/2011 |
| 1363 | Larian 2000 W-2 Form | 2/11/2011 |
| 1364 | MGA Schedule of Distributions | 2/23/2011 |
| 1366 | 2001 MGA Consolidated Statement of Operations | 3/24/2011 |
| 1701 | Larian Decl. ISO Patent Application for Doll w/ Aesthetic Changeable Footgear | 2/9/2011 |
| 1703 | 9/26/02 Brazilian Copyright Registration for Jade, Sasha, Yasmin and Cloe | 4/4/2011 |
| 1762 | 10/5/00 Bryant to Larian Email | 2/1/2011 |
| 1763 | 10/17/00 Garcia/Larian/Ward/Bryant Email Chain | 1/20/2011 |
| 1765 | 10/23/00 Garcia to Bryant Email | 1/28/2011 |
| 1802 | 12/1/1/01 Kilpin to Larian Email | 3/24/2011 |
| 1804 | 2004 Mattel Barbie Marketing Plan (Dated 10/23/03) | 3/2/2011 |
| 1805 | 11/14/03 The Bratz Brief | 3/2/2011 |
| 1806 | Confidential Mattel 2004 Barbie Marketing Plan Update | 3/2/2011 |
| 1807 | 4/15/04 "2005 Barbie Spring Line Review" | 3/1/2011 |
| 1808 | 4/2/04 Kilpin to Others Email | 3/2/2011 |
| 1810 | Mattel MyScene & Bratz: What's Working & What's Not Document | 3/18/2011 |
| 1811 | Mattel MyScene v. Bratz Competitive Analysis & Recommendations | 3/18/2011 |
| 1812A | 8/11/03 MyScene Competitive Analysis | 3/17/2011 |
| 1814 | 5/4/04 "Barbie - The Next Generation Presentation" | 3/18/2011 |
| 1820 | 12/3/03 Kilpin to Russell Email | 3/18/2011 |
| 1905 | 11/29/00 Garcia to Larian/Higgins Email | 2/16/2011 |
| 1932 | 4/06 "Former Mattel Employees" List | 2/9/2011 |
| 1939 | 12/16/04 Malacrida to Larian Email | 3/25/2011 |

6

Exhibit list for Jury

| | | |
|---|---|---|
| 2107 | 10/23/03 Han to Bousquette & Kilpin Email | 3/18/2011 |
| 2115 | 12/14/03 Aarons to Kilpin & Others Email | 3/18/2011 |
| 2158 | 4/27/06 Whaley to Cooney Letter | 2/17/2011 |
| 2201 | 9/14/00 Bryant to Rosenbaum Fax with Mattel Employment Offer Letter | 2/22/2011 |
| 2207 | Wang Redline Draft of Bryant/MGA Contract | 2/22/2011 |
| 2212 | 9/29/00 Wang to Rosenbaum Email | 2/22/2011 |
| 2300 | Mattel 2008 Code of Conduct | 4/1/2011 |
| 2302R | 4/20/04 Eckert to Eckert Email | 3/2/2011 |
| 2305 | Mattel 2004 2Q Earnings Call | 3/2/2011 |
| 3601 | 2/5/04 Kuemmerle to Larian Email | 2/10/2011 |
| 3609 | 3/17/04 Larian to "plot04"/Kuemmerle Email | 2/10/2011 |
| 3610 | 3/23/04 "plot04" Email to Larian / Kuemmerle | 2/23/2011 |
| 3617 | 4/14/04 Kuemmerle to Larian Email | 2/10/2011 |
| 3618 | 4/21/04 "Plot04" to Larian Email | 2/10/2011 |
| 3619 | Continuation of Exh. 6781 | 2/17/2011 |
| 3622 | 12/24/04 Larian to Machado/Vargas/Trueba Email | 2/17/2011 |
| 4237 | 3/9/01 Brawer to MGA Email | 3/31/2011 |
| 4238 | 7/30/03 Gerevas/Larian Email Chain | 2/18/2011 |
| 4239 | 8/24/03 Larian to Gerevas Email | 2/18/2011 |
| 4240 | 9/17/04 MGA to Brawer Compliance with Obligations to Former Employers | 3/30/2011 |
| 4241 | 3/5/04 Bousquette to Mattel Directors | 3/31/2011 |
| 4242 | 3/18/04 Brawer to Bousquette Email | 3/31/2011 |
| 4245 | 5/7/04 Brawer to Larian Email | 3/31/2011 |
| 4248 | 8/10/04 Sharon to Larian Email | 3/30/2011 |
| 4249 | 8/13/04 Brawer to Kimball & Kaye Email | 3/31/2011 |
| 4251 | Brawer Mattel Exit Interview and Checkout Form | 3/31/2011 |
| 4252 | 9/20/04 Inzer to Brawer Letter | 3/31/2011 |
| 4266 | 10/5/04 Brawer Employment Agreement with MGA | 3/31/2011 |
| 4507 | 3/12/02 Larian Email to O'Connor, Malacrida and Others | 1/25/2011 |
| 4509 | 1/1/00 Larian to Harris Email | 2/16/2011 |
| 4529KM | 11/16/00 Gentle Giant Invoice | 3/15/2011 |
| 4551KM | 10/11/00 Gentle Giant Invoice | 3/15/2011 |
| 4598 | GCMS Chromatagrams | 2/24/2011 |
| 4600 | Aginsky Notes | 2/24/2011 |
| 4900 | 6/29/01 Larian to Sales Team Email | 2/16/2011 |

7

Exhibit List for Jury

| No. | Description | Date |
|---|---|---|
| 4905NA | 4/25/01 Garcia to Kwok & Wong Email | 2/18/2011 |
| 4907NA | 5/8/01 Lee to Larian Email | 2/10/2011 |
| 4909NA | 5/7/01 Garcia to Kwok Email | 2/10/2011 |
| 4916 | 4/30/01 F. Larian/Ashong Email | 1/27/2011 |
| 4941 | 7/14/2003 Chris Palmeri to Larian Email | 2/11/2011 |
| 4942 | 2/6/03 Valencia to Larian Email | 2/9/2011 |
| 4944 | 1/31/03 Larian to Saunders & Others Email | 4/6/2011 |
| 5122 | 9/6/02 ConsumerQuest Market Research Report for MGA | 2/17/2011 |
| 5367 | 6/6/03 Eckert to De Anda Email | 4/1/2011 |
| 5480 | 4/14/04 Plot04 to Larian Email | 3/4/2011 |
| 5511 | 4/19/04 Email String between F. Larian and I. Larian | 2/8/2011 |
| 5528 | MGA Bratz U.S. Trademark Registration | 1/27/2011 |
| 5529 | MGA Yasmin Trademark Registration | 1/27/2011 |
| 5561 | 3/18/05 MGA's Attorney Fee Agreement with Marlows | 2/10/2011 |
| 5592 | Receipt of Payment from the Marlows | 2/24/2011 |
| 5593 | Receiptof Payment from the Marlows | 2/24/2011 |
| 5594 | 6/15/05 Reciept of Payment From the Marlows | 2/25/2011 |
| 5599 | Work Records from the Marlows | 2/25/2011 |
| 5620 | Signed Bryant Photo for Ana Cabrera | 2/3/2011 |
| 5667 | Compilation of Payment Receipts for Ana Cabrera for Veronica Marlow Work | 2/25/2011 |
| 5668 | Compilation of Ana Cabrera Work Records & Payment Invoices for V. Marlow Work | 2/25/2011 |
| 5713 | 10/1/99 Larian to Tiffany Email | 2/22/2011 |
| 5723 | Handwritten Time Card for Maria Salazar and Marlow Invoices | 2/24/2011 |
| 5924 | 9/17/04 Barbie Business Update | 3/18/2011 |
| 6024 | P. Marlow 1096 Tax Form for 2005 and W-9 IRS forms for Morales and Cabrera | 2/25/2011 |
| 6401 | Machado Employment Contract with Mattel Servicios | 3/4/2011 |
| 6402 | 12/1/99 Letter to Machado | 3/4/2011 |
| 6403 | Machado's 12/8/00 Mattel Conflict of Interest Questionnaire (signed 1/2/01) | 3/4/2011 |
| 6408 | Machado Resume | 3/4/2011 |
| 6414 | 3/17/04 "Carlos Fuentes" to Larian and Kuemmerle Email | 3/4/2011 |
| 6416 | 3/19/04 Larian to "plot04" Email | 2/10/2011 |
| 6422 | 3/25/04 Trueba to Machado Email | 3/4/2011 |

Exhibit list for Jury

| | | |
|---|---|---|
| 6426 | 4/1/04 Machado to Larian Email | 3/4/2011 |
| 6429 | 4/15/04 Tureba to Machado Email | 3/4/2011 |
| 6437 | 4/21/04 "Plot04" to Larian Email | 3/4/2011 |
| 6462 | Bid Semanal Document | 2/24/2011 |
| 6484 | 3/30/06 MGA Offer Letter to Machado | 3/4/2011 |
| 6486 | 4/16/04 Machado Employment Contract with MGA de Mexico | 3/4/2011 |
| 6577 | 3/13/06 Castilla to Bacon Email | 2/17/2011 |
| 6658T | Excerpts From 4/19/04 Mattel Investigations File #04-0287 | 3/9/2011 |
| 6678 | Mattel Investigation File 02-1680 | 3/3/2011 |
| 6678 | Mattel Investigation File 02-1680 | 3/9/2011 |
| 6715 | 9/10/03 Sales Overview Mattel Mexico Presentation | 3/4/2011 |
| 6734 | Mattel Mexico FRP Report | 3/8/2011 |
| 6738 | Mattel Mexico Point of Sale Data | 3/8/2011 |
| 6739 | 3/4/04 Mattel Consumer Research Girls Mexico Viability Report | 3/10/2011 |
| 6746 | 2/2/06 Machado to Larian Email | 3/4/2011 |
| 6754 | Mexico Documents | 2/10/2011 |
| 6766 | 5/9/06 Villette/Kuemmerle/Larian Email | 2/10/2011 |
| 6767 | 11/21/03 Kuemmerle (Argentrade) to Larian Email | 2/17/2011 |
| 6769 | 11/03/00 Larian to Kuemmerle (Argentrade) Email | 2/17/2011 |
| 6770 | 3/18/04 Mendez to Larian Email | 2/23/2011 |
| 6774 | 3/23/04 Larian to "Plot04" and Kuemmerle Email | 2/23/2011 |
| 6781 | 4/1/04 Rank to Larian Email | 2/17/2011 |
| 6785 | 3/22/04 "plot04" to Larian Email | 2/10/2011 |
| 6793 | 4/16/04 Machado MGA Mexico Contract | 2/17/2011 |
| 6794 | 4/16/04 Vargas MGA Mexico Contract | 2/17/2011 |
| 6795 | 4/16/04 Trueba MGA Mexico Contract | 2/17/2011 |
| 6802 | 5/7/04 Larian to Park/Kuemmerle/Others Email | 2/23/2011 |
| 6803 | 5/7/04 Vargas to Larian & Kuemmerle Email | 2/23/2011 |
| 7052 | 2/21/04 Larian to Garcia Email | 1/25/2011 |
| 7055 | 10/23/02 Larian/O'Connor Email Chain | 2/4/2011 |
| 7056 | 4/11/05 Larian to Brawer Email | 2/10/2011 |
| 7077 | External Plan 2nd Sem 2004 Wal-Mart Module | CD |
| 7078 | 3/5/03 FRP BID 2003 Proyeccion Didaria | CD |
| 7079 | 3/19/04 FRP BID Document | CD |
| 7080 | Mattel Mexico Spreadsheet | 4/7/2011 |

9

| | | |
|---|---|---|
| 7081 | 4/11/04 FRP BODEGA Aurrera | CD |
| 7082 | 3/26/04 Mattel Mexico FRP Carrefour Document | CD |
| 7083 | 3/26/04 Mattel Mexico FRP Gpo Comex Document | CD |
| 7084 | 3/28/04 Mattel Mexico FRP Liverpool Document | CD |
| 7085 | 3/26/04 Mattel Mexico FRP Palacio De Hierro Document | CD |
| 7086 | 4/9/04 Mattel Mexico FRP Soriana Document | CD |
| 7087 | 4/11/04 FRP Walmart Sales Document | CD |
| 7090 | 2003 Top 5 Mattel Mexico Customer Performance Report | CD |
| 7096 | Mattel Mexico Proyeccion 2004 Document | CD |
| 7104 | Barbie 2005 Prelim Line List | 2/10/2011 |
| 7105 | Marketing Budget Document | 3/4/2011 |
| 7106 | Mattel 2004 Media Budget Document | 3/4/2011 |
| 7110 | Barbie Customized Opportunities Fall 2004 | CD |
| 7111 | BOYS Worlwide Trends Document | 3/4/2011 |
| 7112 | 2003 Mattel Brittany Action Plan | CD |
| 7118 | Facturación por Sucursal 2003 Total Año | CD |
| 7119 | Mattel Mexico Spreadsheet | 4/7/2011 |
| 7120 | Mattel Mexico Sales By Brand Document | CD |
| 7124 | 12/6/09 Mattel Mexico Daily Sales Report | CD |
| 7129 | 4/03 Mattel Mexico President's Review Presentation | 3/4/2011 |
| 7130 | Mattel Mexico Net Sales Report for 2002-2004 | CD |
| 7132 | Mattel Overall BOYS Strategies Document | 3/4/2011 |
| 7138 | 4/27/02 Mattel Mexico Regional Bid Document | CD |
| 7140 | 3/25/03 Approved Mattel Mexico Sales Terms for 2004 | CD |
| 7142 | Machado Notes from 4/04 Mattel Mexico Session Estrategica Meeting | 3/4/2011 |
| 7144 | Mattel Mexico "Trends 2004" Document | 3/8/2011 |
| 7148 | Bid Semanal Document | 2/23/2011 |
| 7149 | Lista de Precios FY 2006 Document | 2/24/2011 |
| 7150 | Resumen Ejecutivo Document | 2/23/2011 |
| 7151 | Mattel Toys Memo | 2/23/2011 |
| 7152 | Lista de Precios FY 2005 Document | 2/23/2011 |
| 7153 | Lista de Precios FY 2005 Document | 2/23/2011 |
| 7154 | Plan de la Categoria Document | 2/23/2011 |
| 7155 | Bid Semanal Document | 2/23/2011 |
| 7156 | Bid Semanal Document | 2/23/2011 |
| 7157 | Resumen Ejecutivo Document | 2/23/2011 |

Exhibit list for Jury

| 7158 | Lista de Precios FY 2005 Document | 2/23/2011 |
|------|-----------------------------------|-----------|
| 7159 | Plan de la Categoria Document | 2/23/2011 |
| 7160 | 11/25/03 Trademarking Team Memo | 2/23/2011 |
| 7168 | Mattel International Sales Planning 2005 Enhancement Project Powerpoint | 2/25/2011 |
| 7169 | Mattel International Systems Powerpoint Presentation | 2/25/2011 |
| 7170 | Mattel International Sales Planning 2005 for 2006 Project Update from IT Team Powerpoint | 2/25/2011 |
| 7171 | Mattel International Sales Planning 2005 Project Update Powerpoint | 2/25/2011 |
| 7172 | Mattel Sales Project Enhancement Planning Schedule as of 12/13/05 | 2/25/2011 |
| 7173 | Mattel Sales Project Enhancement Project Testing Schedule Chart | 2/25/2011 |
| 7174 | Mattel ISIS Initial Profile/Forecasting Adjustment Algorithm | 2/25/2011 |
| 7175 | Mattel ISIS Program User Guide Notes | 2/25/2011 |
| 7176 | Mattel ISIS Promotions Notes | 2/25/2011 |
| 7177A | Mattel ISIS Marketing Process Data Flow Diagram | 2/25/2011 |
| 7178 | Draft of Mattel ISIS Sales Planning Enhancements New Definitions | 2/25/2011 |
| 7179 | Mattel ISIS Sales Planning Enhancements | 2/25/2011 |
| 7180 | Mattel Global Sales Planning Enhancement Project 2005 Business Requirements | 2/25/2011 |
| 7181 | Draft of Mattel International Forecasting Process Framework Spring '06 Schedule | 2/25/2011 |
| 7182 | Mattel ISIS Training and Enhancements Table | 2/25/2011 |
| 7183 | 2/15/05 Mattel Sales Planning Enhancement Project Initial Concepts Memo | 2/25/2011 |
| 7184 | Mattel Sales Planning Enhancement Project "Sprint Strawman" Diagram | 2/25/2011 |
| 7185 | Mattel Sales Planning Enhancement Project "Sprint 9 Sales Planning" Spreadsheet | 2/25/2011 |
| 7186 | Mattel International Project 110 Target Dates as of 10/31/05 Table | 2/25/2011 |
| 7187 | Mattel International Project 110 Target Dates as of 9/12/05 Table | 2/25/2011 |
| 7188 | Mattel International Project 110 Progress Diagram as of 2/15/06 Table | 2/25/2011 |
| 7189 | Mattel ISIS Forecasting Product Backlog Spreadsheet (2005) | 2/25/2011 |
| 7191 | Mattel International Planning Personnel Document | 2/25/2011 |
| 7192 | Castilla Mid-Year Performance Evaluation | 3/1/2011 |
| 7193 | Mattel 2/2/06 International Business Planning Powerpoint Presentation | 2/25/2011 |

Exhibit List for Jury

| 7194 | Mattel Data Elements and System Relationships Chart | 2/25/2011 |
|------|------|------|
| 7195 | Mattel Business Process Mapping Diagrams | 2/25/2011 |
| 7197 | One Page Draft of Mattel Business Process Mapping Presentation Blurb | |
| 7203 | Mattel 10/27/05 Inventory Update Report | 2/25/2011 |
| 7204 | Mattel International Planning Quotas and Milestones Chart | 2/25/2011 |
| 7207 | Mattel 8/31/05 Inventory Update Report | 2/25/2011 |
| 7210 | Mattel 7/6/05 Inventory Update Report | 2/25/2011 |
| 7211 | Mattel 5/25/05 Inventory Update Report | 2/25/2011 |
| 7212 | Mattel 2005 Inventory Update Report | 2/25/2011 |
| 7218 | Mattel 2005 International Planning Calendar | 2/25/2011 |
| 7219 | Mattel 2/2/05 Inventory Update Report | 2/25/2011 |
| 7220 | Mattel 2/2/05 Inventory Update Report | 2/25/2011 |
| 7222 | Mattel 2005 International Planning Calendar | 2/25/2011 |
| 7223 | Mattel Level One Seasonal Process Mapping Chart | 2/25/2011 |
| 7224 | Mattel 12/14/04 Inventory Update Report | 2/25/2011 |
| 7225 | Mattel 11/1/04 Inventory Update Report | 2/25/2011 |
| 7226 | Mattel Enterprise Data Warehouse Data Mining Collection Measures List | 2/25/2011 |
| 7228 | Mattel SMAPE Business Case Powerpoint Presentation | 2/25/2011 |
| 7230 | Mattel International Data Warehouse Hands on Training Module | 2/25/2011 |
| 7232 | Mattel International Sales Implementation System (ISIS) User Guide | 2/25/2011 |
| 7233 | Mattel ISIS User Guide | 2/25/2011 |
| 7234 | Mattel ISIS User Guide | 2/25/2011 |
| 7236 | Hands on Training Guide for Mattel International Data Warehouse | 2/25/2011 |
| 7237 | Mattel International Data Warehouse Hands on Training Module | 2/25/2011 |
| 7239 | Mattel International Data Warehouse Powerplay Windows Module | 2/25/2011 |
| 7240 | Mattel International Data Warehouse Hands on Training Module | 2/25/2011 |
| 7241 | Mattel International Data Warehouse Power User "Cheat Sheet" of Terms | 2/25/2011 |
| 7242 | Mattel International Data Warehouse Training Overview Guide | 2/25/2011 |
| 7243 | Mattel ISIS User Guide | 2/25/2011 |
| 7245 | Mattel ISIS to Omni System Conversion & Comparison Document | 2/25/2011 |
| 7246 | Mattel ISIS to Omni System Conversion & Comparison Document | 2/25/2011 |
| 7247 | Mattel ISIS to Omni System Conversion & Comparison Document | 2/25/2011 |
| 7248 | Mattel ISIS to Omni System Conversion & Comparison Document | 2/25/2011 |

Exhibit List for Jury

| Exhibit | Description | Date |
|---|---|---|
| 7249 | Mattel ISIS to Omni System Conversion & Comparison Document | 2/25/2011 |
| 7252 | Mattel Manugistics Pilot Program Sales Data Chart | 2/25/2011 |
| 7253 | Mattel Manugistics Pilot Program Backcasting Chart | 2/25/2011 |
| 7254 | Mattel Manugistics Pilot Program Demand Planning Diagram | 2/25/2011 |
| 7255 | Mattel Manugistics Pilot Program User Training Guide | 2/25/2011 |
| 7256 | Draft Mattel UK Best Practices Term Glossary for Mattel Manugistics Pilot Prog. | 2/25/2011 |
| 7258 | Mattel International Planning Roles Diagram for Mattel Manugistics Pilot Program | 2/25/2011 |
| 7283 | Mattel/Castilla Employee Confidential Information Inventions Agreement | 4/7/2011 |
| 7284 | Mattel/Castilla Conflict of Interest Questionnaire | 4/7/2011 |
| 7501 | 2000 Mattel Annual Report | 4/1/2011 |
| 7502 | 2001 Mattel 10K | 3/2/2011 |
| 7503 | 2002 Mattel 10K | 3/2/2011 |
| 7504 | 2003 Mattel Annual Report | 3/2/2011 |
| 7506 | 2005 Mattel Annual Report & 10K | 4/4/2011 |
| 7507 | 2005 Mattel 10K | 3/3/2011 |
| 7508 | 2007 Mattel 10K | 3/3/2011 |
| 7509 | 2008 Mattel 10K | 3/3/2011 |
| 7520 | Bryant/Mattel Settlement Agreement | 2/1/2011 |
| 7523 | 11/1/05 Mattel Board of Directors Meeting Minutes | 3/3/2011 |
| 7540 | 2/3/06 Hocut/Larian Emails | 2/10/2011 |
| 7544 | 2/24/06 Larian to Brawer Email | 2/10/2011 |
| 7790 | 2/2/04 Kiplin to Bousquette/Zablow/Park/Arons Email | 3/18/2011 |
| 7795 | 1/15/04 Totzke Email | 3/18/2011 |
| 7900 | 2/22/04 Larian to Garcia & Bermudas Email | 2/18/2011 |
| 7903 | 5/2/03 MGA Weekly Status Report | 2/18/2011 |
| 7904 | 2/21/05 Larian to Garcia Email | 2/22/2011 |
| 7905 | 4/9/07 Su to Suen & Pembleton Email | 2/22/2011 |
| 7906 | 9/22/06 Garcia to Wong Email | 2/22/2011 |
| 7907 | 8/24/06 Soal to Storer/Jefferies/Garcia Email | 2/22/2011 |
| 7908 | 3/18/04 Garcia to Storer Email | 2/22/2011 |
| 7971 | 7/19/06 Wickham to Mattel Letter | 3/31/2011 |
| 7978 | Mattel Investigative File for Ron Brawer | 3/31/2011 |
| 8089 | 5/5/10 De La Cruz to Molinski Email | 2/23/2011 |
| 8099 | 2/3/97 Mattel Consumer Research Report | 3/10/2011 |

Exhibit list for Jury

| No. | Description | Date |
|---|---|---|
| 8100 | 8/27/1996 Mattel Consumer Research Report | 3/10/2011 |
| 8101 | 7/21/97 Mattel Consumer Research Report | 3/10/2011 |
| 8102 | 10/7/97 Mattel Consumer Research Report on Older Girls and Barbie | 3/10/2011 |
| 8105A | 1/18/98 Mattel Consumer Research Report | 3/10/2011 |
| 8106A | 6/1/98 Mattel Consumer Research Girls Tracking Study in Europe | 4/4/2011 |
| 8120 | 7/7/06 Hocut to Hibbert/Ashbrook Email | 2/22/2011 |
| 8124R2 | 3/12/09 Ma to Larian Email | 2/23/2011 |
| 8129 | 11/7/06 Wing to Tonnu Email | 3/9/2011 |
| 8147 | 3/11/04 Trueba to Nordquist Email | |
| 8149 | Barbie 2005 Prelim Line List | CD |
| 8152 | Mattel Personnel Organizational Chart | 1/19/2011 |
| 8154 | 2/20/02 Franke to McShane Fax | 3/17/2011 |
| 8172 | 9/28/99 Mattel Consumer Research Report | 3/10/2011 |
| 8175 | 12/3/02 Polk to Willensky Memo | 3/10/2011 |
| 8176 | 3/15/03 Mattel Research Team Report | 3/10/2011 |
| 8190 | 8/25/04 Mattel Consumer Research Girls Monthly Brand Tracking Study | 3/10/2011 |
| 8193 | 5/12/05 Mattel Consumer Research 1991-99 Consumer Insights - Barbie Brand | 3/17/2011 |
| 8225 | 10/10/02 Sonal to Lee Email | 2/22/2011 |
| 8235 | 9/2/03 Garcia to Sales Dept. Email | 2/22/2011 |
| 8237 | 12/16/03 Lee to Kwok & Chan Email | 2/22/2011 |
| 8241 | 7/21/06 Lee to Larian Email | 2/22/2011 |
| 8243 | 11/16/06 Chui to Law & Garcia Email | 2/22/2011 |
| 8248 | 12/9/02 Lee to Larian Email | 2/18/2011 |
| 8277 | Patent & Trademark Office History for Animal Control Application Filed by McShane | 3/17/2011 |
| 8412 | The Toy Tree Business Card | 3/22/2011 |
| 8466 | Mattel Mexico Sales Tracking Packet Recovered from MGA Mexico | 2/10/2011 |
| 8471 | Mattel Mexico Sales Document | 4/7/2011 |
| 8522 | 2006 Mattel Competitive Toy Overview | 4/1/2011 |
| 8572 | 6/25/04 Mattel Sales Memo | 4/4/2011 |
| 8616 | 6/12/04 Brawer to Larian Letter | 3/30/2011 |
| 8621 | 5/24/04 Brawer to Larian Email | 3/31/2011 |
| 8627 | 9/23/05 Larian to Garcia Email | 1/25/2011 |
| 8629 | 3/21/04 Larian to Nick Austin Email | 2/9/2011 |
| 8676 | 6/18/04 Eckert to Kilpin, Bossick & Luther Email | 3/2/2011 |

Exhibit List for Jury

| | | |
|---|---|---|
| 8677 | Mattel 2004 Corporate Strategic Plan | 3/3/2011 |
| 8685 | 11/16/04 Luther to Kilpin Email | 3/11/2011 |
| 8719 | Bratz Pampered Pupz – Yasmin (Tangible Item) | 4/7/2011 |
| 8722 | Bratz – Cloe (Tangible Item) | 4/7/2011 |
| 8724 | MGA Bratz Neon Pop Divaz Sasha (Tangible Item) | 4/7/2011 |
| 8725 | MGA Bratz Rock Angelz Sasha (Tangible Item) | 4/7/2011 |
| 8729 | MGA Bratz Passion 4 Fashion Spotlight Collection Cloe (Tangible Item) | 4/7/2011 |
| 8730 | MGA Bratz Wild Life Safari Meygan (Tangible Item) | 4/7/2011 |
| 8738 | Summary of Bryant Royalty Payments | 2/1/2011 |
| 8741 | 2008-09 MGA Accounting Due to/from Larian Family Trust | 2/23/2011 |
| 8751 | 12/5/03 Kilpin to Zablow email | 3/18/2011 |
| 8753 | Mattel "Project: Double Trouble" | 3/18/2011 |
| 8758 | 4/6/04 Kilpin to Nordquist Email | 3/18/2011 |
| 8762 | 10/27/03 Luther to Kilpin Email | 3/18/2011 |
| 8765 | 4/7/04 Luther to Arons, Kilpin & Willensky Email | 3/11/2011 |
| 8766 | 4/8/04 Kilpin to Aarons Email | 3/18/2011 |
| 8768 | 8/27/04 Kilpin to Aarons Email | 3/18/2011 |
| 8769 | 7/26/04 Arons to Kilpin Email | 3/18/2011 |
| 8772 | Wee 3 Friends Slide Presentation | 3/18/2011 |
| 8776 | 4/30/04 Mattel State of Girls Barbie/MyScene Presentation | 3/18/2011 |
| 8785 | 7/14/04 Barbie Business Update w/ Handwritten Notes | 3/18/2011 |
| 8804 | 2009 Happy Birthday Barbie (Tangible) | 3/17/2011 |
| 8806 | MGA 4-Ever Best Friends Girl Party Dolls (Tangible) | 3/18/2011 |
| 8853 | Exit Agreement from Mattel Servicios | 3/4/2011 |
| 8855 | Copy of CD from Mexico (Tangible) | 3/4/2011 |
| 8855A | CD From Mexico (Tangible) | 2/22/2011 |
| 8858 | 3/30/04 MGA Mexico Employment Offer Letter to Machado | 3/4/2011 |
| 8859 | Machado/Vargas/Trueba Memo to Larian and Park | 2/10/2011 |
| 8862 | Mattel Mexico International Marketing Plan | CD |
| 8864 | 4/15/04 Trueba to Machado Email | 3/4/2011 |
| 8865 | 10/15/04 Machado to Larian Email | 2/10/2011 |
| 8866 | Sales Forecast Document | 3/4/2011 |
| 8870 | Machado Final Settlement Agreement | 3/4/2011 |
| 8874 | MGA's Attorney Fee Agreement for Machado | 2/10/2011 |
| 8875 | 5/4/07 Gronich to Machado Letter | 3/4/2011 |
| 8928 | 10/3/02 Larian to Garcia Email | 2/10/2011 |

Exhibit List for Jury

| | | |
|---|---|---|
| 8930 | 2/9/07 Garcia Declaration | 1/25/2011 |
| 8931 | 2/3/03 Larian to Garcia Email | 3/25/2011 |
| 8936 | 2/2/2005 Larian Email | 1/25/2011 |
| 8947 | 1/29/04 Garcia to Larian Email | 2/10/2011 |
| 8953 | 1/28/04 Garcia to Larian Email | 2/18/2011 |
| 8968 | 3/6/02 Mattel Board of Directors Meeting Minutes | 3/2/2011 |
| 8969 | 5/22/02 Mattel Board of Directors Meeting Minutes | 3/2/2011 |
| 8972 | 11/28/06 Eckert to Friedman Email | 4/4/2011 |
| 8973 | 1/19/04 Douglas to Eckert, Bousquette & Kilpin Email | 3/2/2011 |
| 8980 | Mattel Inc. 2004 TRACS Document | 3/2/2011 |
| 8987 | 8/2/04 "Project Doll" Bain Project Update | 3/2/2011 |
| 8989 | 7/19/04 Nordquist to Kilpin | 3/9/2011 |
| 9072 | 2009 Toy Story Barbie Loves Buzz (Tangible) | 3/18/2011 |
| 9073 | 2009 Toy Story Barbie Loves Woodle (Tangible) | 3/18/2011 |
| 9074 | 2009 Toy Story Barbie Loves Allen (Tangible) | 3/18/2011 |
| 9077 | 1975 Mattel Employee Patent and Confidence Agreement | 3/16/2011 |
| 9081 | 1978 Mattel Employee Patent and Confidence Agreement | 3/16/2011 |
| 9083 | 1985 Mattel Employee Patent and Confidence Agreement | 3/16/2011 |
| 9084 | 1986 Mattel Employee Patent and Confidence Agreement | 3/16/2011 |
| 9085 | 1989 Mattel Employee Patent and Confidence Agreement | 3/16/2011 |
| 9086 | 1991 Mattel Employee Patent and Confidence Agreement | 3/16/2011 |
| 9087 | March, 1992 Mattel Employee Patent and Confidence Agreement | 3/16/2011 |
| 9088 | October, 1992 Mattel Employee Patent and Confidence Agreement | 3/16/2011 |
| 9089 | 1993 Mattel Employee Patent and Confidence Agreement | 3/16/2011 |
| 9090 | 1994 Mattel Employee Confidential Information and Inventions Agreement | 3/16/2011 |
| 9091 | Bryant's 1/4/99 Mattel Employee Inventions Agreement | 3/16/2011 |
| 9156 | 7/11/06 Ganey to Hocut Email | 4/4/2011 |
| 9165 | 8/5/02 Larian to O'Connor Email | 2/4/2011 |
| 9216 | 11/14/03 "The Bratz Brief" | 3/1/2011 |
| 9218 | 6/3/04 Bousquette/Aarons/Salat/Kilpin Email Chain | 3/2/2011 |
| 9222 | 7/29/04 Bain & Co. Project Doll Document | 4/4/2011 |
| 9225 | 9/7/04 Bain "Project Doll - Final Handover Materials" Document | 3/3/2011 |
| 9231 | 4/17/07 Larian to Castilla/Brawer/Cooney Email | 2/17/2011 |
| 9232 | 8/4/06 Larian to Brawer Email | 2/17/2011 |
| 9257 | 9/26/00 Rosenbaum to O'Connor Email | 2/4/2011 |

Exhibit List for Jury

| No. | Description | Date |
|---|---|---|
| 9258 | 9/19/00 Rosenbaum to O'Connor Email | 2/4/2011 |
| 9259A | 6/29/01 Larian to Glasser Email | 2/16/2011 |
| 9263 | 7/19/01 Girls' College Consumer Research Presentation | 3/11/2011 |
| 9264 | 1990 "Role of Marketing Research at Mattel" Document | 3/11/2011 |
| 9266 | Villasenor and Mattel Separation Agreement | 3/15/2011 |
| 9272 | 2/03 Mattel Executives Organizational Chart - Boys/Entertainment | 3/22/2011 |
| 9273 | 5/13/03 WW Strategic Planning & Business Dev. Report re MGA/Bratz Update! | 3/22/2011 |
| 9274 | 5/22/03 Villasenor to Bousquette, Vollero, Turetzky & Page Email | 3/23/2011 |
| 9275 | 4/22/03 WW Strategic Planning & Business Development Dept. NYTF 2003 Competitive Review | 3/15/2011 |
| 9284 | 2/11/04 Market Intelligence Dept. "MGA Update 2004" Report | 3/18/2011 |
| 9286 | 2004 Competitive Toy Review Presentation Theatre Announcement | 3/22/2011 |
| 9288 | 6/1/04 Market Intelligence Dept. "E3 2004 Report" | 3/18/2011 |
| 9291 | 4/8/05 Villasenor Email | 3/18/2011 |
| 9293 | 11/16/06 Villasenor to Machado Email | 3/23/2011 |
| 9298 | 1/16/07 Villasenor to Brawer Email | 3/31/2011 |
| 9301 | MGA Fall 2005 Domestic Price List | 3/24/2011 |
| 9334 | 1/27/04 Larian to Brawer Email | 3/25/2011 |
| 9335 | 6/6/03 Caspi to Larian Email | 1/25/2011 |
| 9339 | Mattel Documents | 3/25/2011 |
| 9340 | Mattel Documents | 3/25/2011 |
| 9350 | 2/19/2005 ASM Toy Fair 2005 Coverage Article | 3/18/2011 |
| 9353 | 2009 MGA Consolidated Statement of Operations | 3/24/2011 |
| 9358 | Business Card for "The Toy Tree" | 3/29/2011 |
| 9368 | 3/11/02 Mattel Promotion Recommendation for Carey Plunkett | 3/22/2011 |
| 9369 | 4/8/02 Mattel HR Document | 3/22/2011 |
| 9402 | DRAFT 2007-08 MGA Consolidated Balance Sheet | 3/24/2011 |
| 9418 | 1/31/05 Raspide to Larian/Brawer/Garcial Email | 4/6/2011 |
| 9424 | 3/7/02 Larian Email | 3/25/2011 |
| 9427 | 1/19/05 Larian to Saunders & Brawer Email | 3/25/2011 |
| 9441 | 10/24/02 MyScene 360 Task Force Meeting Minutes | 3/22/2011 |
| 9442 | 2002 Mattel Annual Girls Division Goals Spreadsheet | 3/22/2011 |
| 9443 | Turetzky Mattel Termination Agreement | 3/22/2011 |
| 9449 | Mattel Payment of Expense Report | 3/22/2011 |
| 9450 | 3/3/04 Villasenor Notification | 3/22/2011 |

17

Exhibit list for Jury

| | | |
|---|---|---|
| 9475 | MGA Product Catalog | 3/24/2011 |
| 9480 | Business Card for "The Toy Shop" | 3/22/2011 |
| 9484 | 12/22/05 Villasenor to Normile, Kimball & Moore Email | 3/11/2011 |
| 9484AR | 12/22/05 Villasenor to Normile, Kimball & Moore Email | 3/29/2011 |
| 9486 | 8/2/99 Villasenor Mattel Review | 3/22/2011 |
| 9487 | 3/16/00 Villasenor Mattel Review | 3/22/2011 |
| 9488 | 2004 Competitive Toy Review Presentation (Video) | 3/24/2011 |
| 9489 | 1999 Mattel Market Intelligence Presentation (Video) | 3/24/2011 |
| 9496 | 6/30/00 Villasenor Mattel Assessment | 3/22/2011 |
| 9497 | 12/31/01 Villasenor Mattel Assessment | 3/22/2011 |
| 9498 | 4/00 WW Boys Marketing Research Report | 3/22/2011 |
| 9499 | 5/00 WW Girls Marketing Research Report | 3/22/2011 |
| 9502 | 2/16/01 Villasenor to Boys Business Unit Email | 3/22/2011 |
| 9503 | MGA Fall 2001 Price List | 3/22/2011 |
| 9504 | 4/01 Boys Marketing Research Toy Fair 2001 Competitive Toy Review | 3/15/2011 |
| 9506 | 6/26/01 Villasenor Expense Report | 3/22/2011 |
| 9507 | 3/20/02 Mattel WW Boys Marketing Research Dept. 2002 Competitive Toy Review | 3/22/2011 |
| 9508 | MGA Fall 2002 Price List | 3/22/2011 |
| 9509 | 2/4/03 Villasenor Expense Report | 3/22/2011 |
| 9510 | 1/15/03 Villasenor Email | 3/22/2011 |
| 9511 | 11/20/02 Villasenor Email | 3/22/2011 |
| 9512 | MGA Fall 2003 Short Price List Sell Sheet | 3/24/2011 |
| 9516 | 1/04 Villasenor Expense Report | 3/22/2011 |
| 9517 | 2/25/04-3/17/04 Villasenor Expense Report | 3/22/2011 |
| 9518 | 2004 Villasenor Compensation Summary | 3/22/2011 |
| 9519 | 3/3/04 Villasenor Notification | 3/22/2011 |
| 9521 | 2/3/05 Villasenor Expense Report | 3/22/2011 |
| 9525 | 1/11/06 Barerra to Wagner Letter | 3/23/2011 |
| 9528 | 1/31/05 Raspide to Larian Email | 3/25/2011 |
| 9533 | 2/3/07 Sternberg to Larian Email | 3/24/2011 |
| 9539 | 2/3/07 Brewer to Koehler Email | 3/25/2011 |
| 9546 | 2/7/07 Saunders to Garcia Email | 3/25/2011 |
| 9566 | American International Toy Fair Commpetitive Toy Overview 2006 | 4/1/2011 |
| 9591 | MGA Spring 2004 Domestic Price List | 3/24/2011 |
| 9593 | 2005 NYTF Trend & Manufacturer Overview | 3/22/2011 |

18

Exhibit List for Jury

| 9594 | MGA Fall 2003 Long Price List | 3/24/2011 |
|------|-------------------------------|-----------|
| 9604 | 2004 Trends, Licenses, Toys Document | 3/24/2011 |
| 9616 | 2/3/07 Kohler to Larian Email | 3/31/2011 |
| 9626 | 8/24/05 Larian to Brawer Email | 2/18/2011 |
| 9633 | Excerpts from Mattel Privilege Log | 3/17/2011 |
| 9634 | 9/1/05 Mattel Strategic Plan Offsite Memo | 3/2/2011 |
| 9640 | "Project Toy Fair" Document | 3/23/2011 |
| 9643 | 2/21/02 Tyler to Franke, Ross, Tauber, Park & Gaudio Email | 3/17/2011 |
| 9650 | 1/22/09 Larian to Brune Email | 4/6/2011 |
| 9653 | 5/13/03 Larian to Saunders & Others Email | 4/1/2011 |
| 9656 | 2004 NYTF Report | 4/1/2011 |
| 9687A | Bryant Mattel Personnel File (Tangible) | 3/16/2011 |
| 9698 | 1/14/02 Mattel Consumer Research New Brand Cannibalization Study Report | 3/10/2011 |
| 9699 | 1/14/02 Mattel Consumer Research New Brand Cannibalization Study Report | 3/10/2011 |
| 9700 | 1/14/02 Mattel Consumer Research New Brand Cannibalization Study Report | 3/10/2011 |
| 9701 | 4/19/99 Mattel Consumer Research Focus Groups for Megan's World Report | 3/11/2011 |
| 9703 | 11/19/99 Mattel Consumer Research Barbie Ethnic Focus Groups Hispanic Report | 3/11/2011 |
| 9704 | 11/19/99 Mattel Consumer Research Barbie Ethnic Focus Groups African American Report | 3/11/2011 |
| 9705 | 9/7/04 "Project Doll" Bain & Company Report | 3/11/2011 |
| 9789 | 2009 Toy Story Made for Each Other Barbie (Tangible) | 3/17/2011 |
| 9790 | 2009 Toy Story Great Shape Barbie (Tangible) | 3/17/2011 |
| 9819 | List of MGA Licensees | 4/4/2011 |
| 9826 | 6/25/03 Larian to Jens Email | 2/22/2011 |
| 9827 | 6/23/03 Larian to Woods Email | 2/22/2011 |
| 9828 | 1/15/03 Larian to Lee Email | 2/22/2011 |
| 9829 | 12/13/01 Larian to Johnson Email | 2/22/2011 |
| 9850 | 6/10/02 Tumaliuan MGA Agreement | 2/22/2011 |
| 9854 | 2/13/08 Sternberg to Larian Email | 3/24/2011 |
| 9855 | 6/29/01 Larian to Glaser Email | 2/8/2011 |
| 9856 | 1/16/01 Hitch to Romanoma Email | 2/16/2011 |

Exhibit list for Jury

| | | |
|---|---|---|
| 9869 | 2/10/09 Allmark to Stockton & Bossick Email | 3/25/2011 |
| 9875 | 4/30/02 Larian to Argentrade Email | 3/25/2011 |
| 9879 | 2/8/06 Reuters Article | 3/25/2011 |
| 9882 | Bratz-World.diaryland.com Blog Entry Titled "Toy Fair and MGA 2006" | 4/6/2011 |
| 9898A | Mattel Mexico Point of Sales Data | 3/8/2011 |
| 9924 | Bryant's 1/4/99 Mattel Employee Inventions Agreement (Original) | 1/28/2011 |
| 10001 | 5/01/01 Garcia to Peterson Email | 1/20/2011 |
| 10053 | 12/15/00 Larian to Lee Email | 2/16/2011 |
| 10056 | Bryant to Marlow Fax Dated 5/21/00 | 2/3/2011 |
| 10105 | 10/13/00 Garcia to Larian Email | 2/16/2011 |
| 10175 | MGA HK Civil Complaint ("Copies of Claim Form & Particulars of Claim") (REDACTED) | 2/11/2011 |
| 10179 | 8/99 Issue of "Seventeen" Magazine (Tangible) | 2/3/2011 |
| 10188 | 7/12/01 Auditor Statement for ABC International Traders | 2/8/2011 |
| 10200 | June '01 Bryant Royalty Statement | 2/1/2011 |
| 10201 | June '02 Bryant Royalty Statement | 2/1/2011 |
| 10202 | June '03 Bryant Royalty Statement | 2/1/2011 |
| 10477 | 10/4/00 Rosenbaum to Wang Email ccing O'Connor | 2/4/2011 |
| 10480 | 5/27/98 Bryant Letter | 2/2/2011 |
| 10565 | Bryant Drawing Marked 1/6/98 | 4/7/2011 |
| 10624 | 4/4/1999 Portfolio Drawing–Rainy Day Rascals Greeting Card (Tangible) | 2/2/2011 |
| 10729 | Work Records from the Marlows | 2/24/2011 |
| 10737 | 1/28/98 Bryant Barbie Drawing | 2/2/2011 |
| 10738 | 1/28/98 Bryant Barbie Drawing #2 | 2/2/2011 |
| 10739 | 1/28/98 Bryant Barbie Drawing #3 | 2/2/2011 |
| 10740 | 1/28/98 Bryant Barbie Drawing #4 | 2/2/2011 |
| 10741 | 1/28/98 Bryant Barbie Drawing #5 | 2/2/2011 |
| 10742 | 1/28/98 Bryant Barbie Drawing #6 | 2/2/2011 |
| 10756 | Bryant Barbie Sketch | 1/28/2011 |
| 11101 | 12/28/00 Harris to Larian Email | 2/16/2011 |
| 11146 | 12/22/00 Larian to Lingg Email | 2/16/2011 |
| 11152 | 11/13/00 Maurus to Larian Email | 2/8/2011 |
| 11179 | 9/1/01 Shinohara to Garcia Email | 2/22/2011 |
| 11192 | Bratz Trademark Docket Sheet | 1/27/2011 |
| 11203 | 11/30/00 Larian to Yip/Bartels | 2/9/2011 |

20

Exhibit List for Jury

| | | |
|---|---|---|
| 11205 | 12/12/00 Larian to Medechi Email | 2/16/2011 |
| 11220 | 7/30/2001 Garcia to Budford & Kwok Email | 2/1/2011 |
| 11225 | Dec. '01 Bryant Royalty Statement | 2/1/2011 |
| 11226 | Dec. '03 Bryant Royalty Statement | 2/1/2011 |
| 11228 | Dec. '02 Bryant Royalty Statement | 2/1/2011 |
| 11229 | March '02 Bryant Royalty Statement | 2/1/2011 |
| 11230 | Dec. '05 Bryant Royalty Statement | 2/1/2011 |
| 11239 | Dec. '04 Bryant Royalty Statement | 2/1/2011 |
| 11239A | Carter Bryant 2004 Royalty Statement | 3/24/2011 |
| 11239B | Carter Bryant 2005 Royalty Statement | 3/24/2011 |
| 11240 | Sept. '05 Bryant Royalty Statement | 2/1/2011 |
| 11245 | 10/31/00 Wong to Ward & Garcia, cc Larian | 2/18/2011 |
| 11254 | 1/23/03 Larian/Johnson/Garcia Email | 2/18/2011 |
| 11255 | 6/27/03 Larian to Raspide & Salazar Email | 2/22/2011 |
| 11263 | 10/28/03 Larian to Foti/Oakley/Gaworecki Email | 2/22/2011 |
| 11264 | 6/19/05 Larian to Villete Email | 2/9/2011 |
| 11269 | 6/21/01 Larian to Lynch Email | 2/9/2011 |
| 11270 | 1/30/02 Larian to Johnson Email | 2/18/2011 |
| 11276 | 10/16/00 Larian to Garcia Email | 1/25/2011 |
| 11277 | 10/3/00 Larian Email to Tsang in HK | 2/8/2011 |
| 11328 | 8/18/00 MGA Meeting Req. to Garcia & O'Connor | 1/20/2011 |
| 11336 | 11/02/02 Larian to Harris Forward of Maurus Email | 2/8/2011 |
| 11338 | 12/6/00 Larian to Brown Email | 2/16/2011 |
| 11342 | Lovins, Inc. Registration for Bratz Trademark | 4/4/2011 |
| 11359 | June '04 Bryant Royalty Statement | 2/1/2011 |
| 11559 | Sept. '04 Bryant Royalty Statement | 2/1/2011 |
| 11604 | 12/29/00 Garcia to Larian Email | 2/16/2011 |
| 11636 | 1/12/01 Larian to Higgins/Davis/Garcia Email | 2/16/2011 |
| 11641 | 10/17/00 Garcia to Larian/Ward/Bryant Email | 2/10/2011 |
| 11647 | 12/19/00 Garcia to Candle/Higgins/Harris/Ross/Larian Email | 2/16/2011 |
| 11670 | 10/5/00 Larian to Bryant Email | 2/16/2011 |
| 11690 | 1/9/01 Larian to Harris & Hamilton Email | 2/16/2011 |
| 11840 | 2/13/04 Modification & Clarification of "the Agreement Dated Sept. 18, 2000" | 2/9/2011 |
| 11843 | 1/27/04 Rhee Agreement with MGA | 1/27/2011 |
| 11856 | 11/20/99 Larian to Tiffany Email | 2/9/2011 |

Exhibit list for Jury

| | | |
|---|---|---|
| 11869 | 9/8/03 Larian to Lee Email | 2/22/2011 |
| 11889 | 7/8/02 Report of Bratz Royalty Payments to Bryant | 1/20/2011 |
| 11889 | 7/8/02 Report of Bratz Royalty Payments to Bryant | 1/20/2011 |
| 11889 | MGA Bratz Expense Report Form | 1/20/2011 |
| 11889 | 8/31/00 Bryant Invoice for Prayer Angels Sketches | 1/25/2011 |
| 11889 | 9/15/00 Legg to Macolm Email | 2/18/2011 |
| 11895 | 3/29/01 Garcia to Malacidan/Ross Email | 1/26/2011 |
| 11897 | 12/7/00 Arant to Garcia Fax | 1/27/2011 |
| 11898 | 8/03 Rose to Bryant Fax Cover Letter | 1/27/2011 |
| 11902 | 11/28/06 Larian to Garcia Email | 2/17/2011 |
| 11904 | 10/5/00 Invoice | 1/28/2011 |
| 11905 | 10/20/00 Bill of Lading | 1/28/2011 |
| 11907 | 10/23/02 Larian/O'Connor Email Chain | 2/9/2011 |
| 11967 | Work Records from the Marlows | 2/25/2011 |
| 11972 | Work Records from the Marlows | 2/24/2011 |
| 11976 | Work Records from the Marlows | 2/25/2011 |
| 11980 | Work Records from the Marlows | 2/24/2011 |
| 11980 | Work Records from the Marlows | 2/24/2011 |
| 11983 | Work Records from the Marlows | 2/25/2011 |
| 11986 | Work Records from the Marlows | 2/25/2011 |
| 11989 | Work Records from the Marlows | 2/25/2011 |
| 11994 | Work Records from the Marlows | 2/25/2011 |
| 11996 | Work Records from the Marlows | 2/24/2011 |
| 11998 | Work Records from the Marlows | 2/25/2011 |
| 12002 | Work Records from the Marlows | 2/25/2011 |
| 12005 | Work Records from the Marlows | 2/25/2011 |
| 12008 | Work Records from the Marlows | 2/25/2011 |
| 12012 | Work Records from the Marlows | 2/25/2011 |
| 12037 | 12/26/00 Garcia to Ward Email | 2/16/2011 |
| 12114 | 8/17/00 Trademark Search Results | 1/27/2011 |
| 12118 | Bryant Bratz Sketches | 3/15/2011 |
| 12167 | 4/22/96 Brawer Employee Inventions Agreement with Tyco | 3/31/2011 |
| 12286 | First Generation Bratz Cloe Doll Package (Tangible) | 1/20/2011 |
| 12822 | Cheng to Garcia Email | 1/25/2011 |
| 12834 | Encuesta Linea 1H 2006 Document | 2/23/2011 |
| 12842 | 6/26/02 Fabienne to Larian Email | 2/16/2011 |
| 12844 | 10/13/00 O'Higgins to Warner/Larian/Brown Email | 3/24/2011 |

Exhibit list for Jury

| | | |
|---|---|---|
| 12845 | 11/1/01 Larian to Tsang Email | 2/16/2011 |
| 13067 | 12/10/00 Larian to Lee Email | 2/16/2011 |
| 13120 | 2002 MGA Consolidated Statement of Operations | 3/24/2011 |
| 13123 | 2005 MGA Consolidated Statement of Operations | 3/24/2011 |
| 13172 | 8/27/04 $8k Check from Peter & Veronica Marlow to Garcia | 1/20/2011 |
| 13223 | 6/20/05 P. Marlow to Garcia Email | 1/20/2011 |
| 13382 | 1/31/01 Larian Email to All Marketing/PD/Sales | 2/9/2011 |
| 13383 | 7/3/01 O'Connor to Glaser Fax | 2/4/2011 |
| 13423 | 1/26/03 P. Marlow to Larian Email | 2/25/2011 |
| 13425 | 4/5/02 P. Marlow to Garcia Email | 2/25/2011 |
| 13520 | 3/01 MGA Business Plan | 1/25/2011 |
| 13532 | MGA Confidentiality Agreement | 2/4/2011 |
| 13538 | Mattel Design Ctr. Workspace Photo | 1/18/2011 |
| 13539 | Mattel Design Ctr. Workspace Photo #2 | 1/18/2011 |
| 13541 | Photo of Mattel Design Ctr. Entrance | 1/18/2011 |
| 13548 | Mattel Design Ctr. "Model Shop" Area Photo | 1/18/2011 |
| 13564 | Cabbage Patch Doll | 1/20/2011 |
| 13578 | Demonstrative of Notary Book Entry | 2/24/2011 |
| 13606 | 3/1/01 Hitch to Larian/Williams/Medici Email | 2/9/2011 |
| 13614 | Eckert's Mattel Inventions Agreement | 3/1/2011 |
| 13620 | 5/24/99 Gilmore MGA Inventions Agreement | 2/8/2011 |
| 13621 | Bryant/MGA Contract | 2/9/2011 |
| 13622 | Multiple Bryant Royalty Statements with Cumulative Totals | 2/1/2011 |
| 13624 | 1/26/03 Larian/Marlow Email | 2/10/2011 |
| 13626 | 2/28/01 MGA Meeting Agenda | 2/18/2011 |
| 13634 | ESDA Lift of Exh. 5-42 (Tangible) | 2/3/2011 |
| 13635 | ESDA Lift of Exh. 5-39 (Tangible) | 2/3/2011 |
| 13647 | 10/23/00 P. Marlow Record of Projects and Time | 2/25/2011 |
| 13649 | 7/99 Bryant Mattel Federal Credit Union Statement | 1/28/2011 |
| 13656 | Grand Entrance Barbie Doll (blonde hair) | 1/18/2011 |
| 13656A | Grand Entrance Barbie Doll (Tangible) | 1/19/2011 |
| 13657 | 2/99 Bryant Autographed Barbie Photo | 1/28/2011 |
| 13666 | 11/99 Bryant Mattel Federal Credit Union Statement | 1/28/2011 |
| 13667 | 12/99 Bryant Mattel Federal Credit Union Statement | 1/28/2011 |
| 13691 | Exhibits to Affirmation of Lee Shiu Cheung ISO HK Action (Bryant Bratz Drawings) | 2/11/2011 |

Exhibit List for Jury

| | | |
|---|---|---|
| 13757A | 11/6/06 Mattel Copyright Certificate of Recordation for Jade Drawing | 3/3/2011 |
| 13794 | 11/17/03 Larian to Foti Email | 2/22/2011 |
| 13858 | 3/15/2002 Larian to Giochi Email | 2/22/2011 |
| 13859 | 11/8/02 Garcia to Larian Email | 1/25/2011 |
| 13860 | MGA Bratz Petz Report | 1/25/2011 |
| 13873 | 10/30/06 Mattel Bratz Copyright Registration for "Drawing of Doll Number 1" | 3/2/2011 |
| 13874 | 10/30/06 Mattel Bratz Copyright Registration for "Drawing of Doll Number 2" | 3/2/2011 |
| 13880 | 10/30/06 Mattel Bratz Copyright Registration for "Drawing of Doll Number 7" | 3/2/2011 |
| 13917 | 12/7/04 Pembleton to Larian & Garcia Email | 2/22/2011 |
| 13918 | 12/7/04 Larian to Garcia Email | 2/22/2011 |
| 13974 | 11/25/01 Larian to Garcia, Kwok & Wong Email | 2/18/2011 |
| 14001 | Bratz Welcome to Fabulous Bratz Yasmin (Tangible Item) | 4/7/2011 |
| 14003 | Bratz Dynamite Nevra (Tangible Item) | 4/7/2011 |
| 14005 | Bratz Sleep Over Meygan (Tangible Item) | 4/7/2011 |
| 14009 | Design Your Own Bratz Yasmin (Tangible Item) | 4/7/2011 |
| 14010 | Bratz Welcome to Fabulous Bratz Sasha (Tangible Item) | 4/7/2011 |
| 14011 | Bratz Birthday Bash Sasha (Tangible Item) | 4/7/2011 |
| 14014 | Bratz Hollywood Style Cloe (Tangible Item) | 4/7/2011 |
| 14015 | Bratz Step Out! Yasmin (Tangible Item) | 4/7/2011 |
| 14016 | Bratz Step Out! Jade (Tangible Item) | 4/7/2011 |
| 14017 | Bratz Tokyo-A-Go Go! Cloe (Tangible Item) | 4/7/2011 |
| 14020 | Bratz Wintertime Collection Yasmin (Tangible Item) | 4/7/2011 |
| 14021 | Bratz Wintertime Collection Jade (Tangible Item) | 4/7/2011 |
| 14031 | Bratz S07 Adventure Gritz Cloe (Tangible Item) | 4/7/2011 |
| 14032 | Bratz S07 Adventure Gritz Yasmin (Tangible Item) | 4/7/2011 |
| 14033 | Bratz S07 Adventure Gritz Sasha (Tangible Item) | 4/7/2011 |
| 14036 | Bratz Birthday Yasmin (Tangible Item) | 4/7/2011 |
| 14037 | Bratz Birthday Cloe (Tangible Item) | 4/7/2011 |
| 14040 | Bratz Birthday Bash Yasmin Doll (Tangible Item) | 4/7/2011 |
| 14043 | Bratz XTreme Skate Boarding RC Yasmin (Tangible Item) | 4/7/2011 |
| 14046 | Bratz CampFire Cloe (Tangible Item) | 4/7/2011 |
| 14048 | Bratz CampFire Dana (Tangible Item) | 4/7/2011 |
| 14053 | Bratz Fashion Pixiez – Breeana (Tangible Item) | 4/7/2011 |