FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 12 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 04-9049-DOC(RNBx)        Date: 4-12-11

Title: <u>MATTEL, INC. -V- MGA ENTERTAINMENT INC, ET AL</u>   Time: 11:25 AM

JURY NOTE NUMBER  5

____  THE JURY HAS REACHED A UNANIMOUS VERDICT

✓  THE JURY REQUESTS THE FOLLOWING:

① Regarding page 13 (Verdict form) #11 what are the following dates in relation to?
   4/27/01
   4/13/02
   11/23/02
   11/20/03  (Do they tie to a piece of evidence?)

② Jury will need to leave at 3:00 pm 4-14-11 (Thurs)

DATE:                SIGNED: ████████████
                              FOREPERSON OF THE

③ When not stated, when do we apply preponderance of the evidence versus clear & convincing evidence.