UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

Case No. CV 04-9049-DOC(RNBx)                     Date: 4/3/11

Title: <u>MATTEL, INC. -V- MGA ENTERTAINMENT INC, ET AL</u>   Time: 10:40

JURY NOTE NUMBER __6__

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

__✓__    THE JURY REQUESTS THE FOLLOWING:

Please provide the e-mail exhibit that references the "little ladies". We are unable to locate. Thank you.

DATE:                   SIGNED: _____
                                FOREPERSON OF THE JURY

Dear Jury:

Below are my responses to your questions in jury note numbers 6, 7, and 8.

A.  Re: Jury Note Number 6

   **You Asked**: "Please provide the e-mail exhibit that references the 'little ladies.' We are unable to locate. Thank you."

   **Response**: The parties believe that your note is referring to Trial Exhibit Numbers 1763 and 11641, both of which reflect the same e-mail chain. Please let me know if those are not the exhibits you are seeking to locate.

B.  Re: Jury Note Number 7

   **You Asked (Question 1)**: "Re question 16, the description does not offer any exhibit/tangible numbers. We need them."

   **Response**: It is not necessary for you to match up exhibit/tangible numbers with the descriptions in Question 16. I have instructed you that certain types of valuable information may qualify as trade secrets, whether or not that information is stored in an exhibit/tangible. If you are requesting specific exhibits, I will consult with the parties and see if you can be directed to those exhibits that have been received into evidence.

   **You Asked (Question 2)**: "Once we have the info on above 1) to what Mattel product do we make the comparison?

   **Response**: In the instructions that concern the parties' claims for trade secret misappropriation, I have not instructed you to compare any of the claimed trade secrets identified in the chart in Question 16 to any Mattel products. To determine whether an entity or person has misappropriated a particular trade secret, refer to Instructions 61, 62, 63, and 64.

**You Asked (Question 3)**: "Need release dates of both MGA and Mattel products."

**Response**: I cannot provide you with any evidence that is not already in the record. However, I can arrange for the re-reading of specific testimony and the identification of specific exhibits at your request.

**You Asked (Question 4)**: "Need reports for Mr. Wagner and Mr. Malackowski."

**Response**: The reports prepared by Mr. Wagner and Mr. Malackowski are not in evidence. However, you can have the testimony of Mr. Wagner and/or Mr. Malackowski re-read to you, or any portion of their testimony, at your request.

**You Asked (Question 5)**: "e-mail to Michael Moore re Mga law suit filed in Hong Kong."

**Response**: The parties believe that the written communication to which you are referring was not received into evidence. However, Mr. Moore testified about the communication and you can have that testimony re-read to you at your request.

C.  Re: Jury Note Number 8

**You Asked**: "Need exhibit # for case filed dated 3-19-02 IR 02-115 (theft of proprietary info)."

**Response**: The parties believe that you are referring to either a Mattel file or a Mattel investigation log. The Mattel file is marked with Trial Exhibit number 1195RS and the Mattel investigation log is marked with Trial Exhibit number 36114.

Judge Carter

*/s/ David O. Carter*

*April 14, 2011*