

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 04-9049-DOC(RNBx)                 Date: 4-14-11

Title: <u>MATTEL, INC. -V- MGA ENTERTAINMENT INC, ET AL</u>   Time: 10:00 AM

JURY NOTE NUMBER   9

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

✓         THE JURY REQUESTS THE FOLLOWING:

1) Would like to hear Michael Moore's testimony.

2) All testimony regarding "little ladies".

3) Please provide us with copies of jury notes everytime one is submitted; thank you.

DATE:                       SIGNED: ▓▓▓▓▓▓▓▓▓▓
                                    FOREPERSON OF THE