FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 15 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 04-9049-DOC(RNBx)                           Date: 4-15-11

Title: <u>MATTEL, INC. -V- MGA ENTERTAINMENT INC, ET AL</u>   Time: 8:50

JURY NOTE NUMBER __10__

☐ THE JURY HAS REACHED A UNANIMOUS VERDICT

☑ THE JURY REQUESTS THE FOLLOWING:

We would like to narrow Michael Moore testimony to the Hong Kong law suit.

DATE:                    SIGNED: ████████████
                                 FOREPERSON OF THE JURY