UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No. CV 04-9049-DOC(RNBx)                Date: 4-15-11

Title: MATTEL, INC. -V- MGA ENTERTAINMENT INC, ET AL   Time: 11:15 AM

JURY NOTE NUMBER  11

____   THE JURY HAS REACHED A UNANIMOUS VERDICT

✓   THE JURY REQUESTS THE FOLLOWING:

We need the investigative report/summary log for LR# 02-115. We did not find the information we needed on exhibit #1195 RS. If it helps, we recall seeing a handwritten note (entry) referring to Guy Rosa and Bill Martinez, and search for info on Ricardo Yarian. Thank you.

DATE: _____       SIGNED: ████████████
                            FOREPERSON OF THE JURY

Dear Jury,

In response to your question in note 11, the parties believe that you are looking for page 66 in Exhibit 1195RS.

*David O. Carter*

Judge Carter