FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 15 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 04-9049-DOC(RNBx)                Date: 4-15-11

Title: MATTEL, INC. -V- MGA ENTERTAINMENT INC, ET AL   Time: 11:40 AM

JURY NOTE NUMBER 12

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

✓          THE JURY REQUESTS THE FOLLOWING:

Regarding jury note #11. We do not
have page "66". We only have
the following pages.
pg 4-5
pg 8-12
pg 21&24
pg 26-28
pg 35-38
pg 60
pg 68-76
pg 86-87

DATE:                 SIGNED: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                              FOREPERSON OF THE JURY

Dear Jury:

Both parties agree that there is a typographical error on page 26, question 17. The parenthetical should read "total of all amounts in column 4" and not "total of all amounts in column 6."

Judge Carter

*/s/ David O. Carter*

17. What is the total amount owed to MGA Entertainment, Inc., if any, on its claim for trade secret misappropriation?

$ _____ (total of all amounts in column #4 /6)

18. On or before November 20, 2003, did MGA Entertainment, Inc. discover, or should it have discovered through the exercise of reasonable diligence, facts that would have caused a reasonable person to suspect that Mattel has misappropriated any trade secrets listed in Question 16?

Yes _____
No _____

19. Has MGA Entertainment, Inc. proven by clear and convincing evidence that Mattel, Inc. acted willfully and maliciously in the misappropriation of any trade secrets?

Yes _____
No _____