UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 15 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No. CV 04-9049-DOC(RNBx)     Date: 4-15-11

Title: <u>MATTEL, INC. -V- MGA ENTERTAINMENT INC, ET AL</u>     Time: 3:00 pm

JURY NOTE NUMBER __13__

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

✓  THE JURY REQUESTS THE FOLLOWING:

Please inform us if the verdict dates on pages 4 + 13 are correct. Thank you.

DATE:                    SIGNED: _____
                                  FOREPERSON OF THE JURY

Dear Jury:

The dates on pages 4 and 13 are the correct dates we are asking about, and they are different than the dates on page 28.

*David O. Carter*

Judge Carter