UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Case No. CV 04-9049-DOC(RNBx)     Date: 4-18-11

Title: <u>MATTEL, INC. -V- MGA ENTERTAINMENT INC, ET AL</u>    Time: 10:35 AM

JURY NOTE NUMBER ___14___

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

___✓___  THE JURY REQUESTS THE FOLLOWING:

Under the heading "Mattels claim for Trade Secret Misappropriation," question #9 #75 we are missing document TX 20474. Please provide doc. Thank you.

DATE:                    SIGNED: ███████████
                                 FOREPERSON OF THE JURY