UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 04-9049-DOC(RNBx)        Date: 4-18-11

Title: <u>MATTEL, INC. -V- MGA ENTERTAINMENT INC, ET AL</u>   Time: 1:15 pm

JURY NOTE NUMBER 15

____    THE JURY HAS REACHED A UNANIMOUS VERDICT

✓    THE JURY REQUESTS THE FOLLOWING:

We are unable to locate the exhibit # for e-mail from Mr. Turetzky to Villaseñor, where he communicates to Villaseñor, he saved Mattel a million dollars. Thank you. Please provide us the exhibit number. Thank you.

DATE:        SIGNED: _____
                            FOREPERSON OF THE JURY