FILED
CLERK, U.S. DISTRICT COURT

APR 18 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 04-9049-DOC(RNBx)  Date: 4-18-11

Title: <u>MATTEL, INC. -V- MGA ENTERTAINMENT INC, ET AL</u>  Time: 3:20 pm

JURY NOTE NUMBER __16__

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

1) Question: How do we apply instruction #69? Please clarify. Also, what is the difference between punitive damages and total damages.

2) Need more blank jury notes; mx.

3) The jury needs to leave at 3:00pm on 4/19/11.

DATE:  SIGNED: ████████████
FOREPERSON OF THE JURY

Dear Jury,

Please read the following responses to the issues you identify in note number 16:

**First Issue**: How do we apply instruction number 69?

**Response**: Instruction 69 asks you to make a finding about the proof of willful and malicious conduct by clear and convincing evidence. However, as instruction number 69 states, you do not determine the amount of any punitive damages that result from a finding of willful and malicious conduct. The Court will later determine that amount on the basis of your finding.

**Second Issue**: What is the difference between punitive damages and total damages?

**Response**: For the reasons explained in my response to your first question, your application of instruction number 69 has no effect on your calculation of total damages. The Court will calculate any amount of punitive damages.

**Third Issue**: We need more sheets for jury notes.

**Response**: The Clerk of Court will provide you with additional sheets that you can use to communicate with the Court.

**Fourth Issue**: The jury needs to leave at 3:00 p.m. on April 19, 2011.

**Response**: You are excused at 3:00 p.m. on April 19, 2011.

*David O. Carter*
Judge Carter