UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 19 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No. CV 04-9049-DOC(RNBx)    Date: 4-19-11

Title: <u>MATTEL, INC. -V- MGA ENTERTAINMENT INC, ET AL</u>    Time: 9:15 AM

JURY NOTE NUMBER  17

____ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

The jury would like to hear the testimony of the following:

a) Mr. Keller's direct on Mr. Malackowski.

b) Mr. Wagner's testimony on 4/5/11 (his recall)

Thank you.

DATE:    SIGNED: [redacted]
FOREPERSON OF THE JURY