

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 04-9049-DOC(RNBx)　　　　　　　　　　　Date: 4-19-11

Title: <u>MATTEL, INC. -V- MGA ENTERTAINMENT INC, ET AL</u>　Time: 1:20 pm

JURY NOTE NUMBER 18

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

We apologize your Honor; we were wrong. We will move forward with reading asked on question (jury note #17 b). Thank you

DATE:　　　　　　　　SIGNED: ▓▓▓▓▓▓▓▓▓▓▓▓
　　　　　　　　　　　　　　　　FOREPERSON OF THE JURY