UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No. CV 04-9049-DOC(RNBx)  Date: 4/20/11

Title: <u>MATTEL, INC. -V- MGA ENTERTAINMENT INC, ET AL</u>  Time: 1:30 pm

JURY NOTE NUMBER 19

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

*Is it necessary to complete the verdict form in ink?*

DATE:                    SIGNED: _____
                                  FOREPERSON OF THE JURY

Dear Jury:

In response to your question in Note 19, the verdict form must be completed in ink.

*David O. Carter*
Judge Carter