

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 20 2011

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 04-9049-DOC(RNBx)     Date: 4-20-11

Title: <u>MATTEL, INC. -V- MGA ENTERTAINMENT INC, ET AL</u>     Time: 2:10 pm

JURY NOTE NUMBER __20__

__✓__     THE JURY HAS REACHED A UNANIMOUS VERDICT

_____     THE JURY REQUESTS THE FOLLOWING:

DATE: 4-20-11          SIGNED: ███████████
                              FOREPERSON OF THE JURY