ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx).<br>Consolidated with:<br>Case No. CV 04-9059<br>Case No. CV 05-2727<br><br>**PROOF OF SERVICE BY ELECTRONIC DELIVERY**<br><br>Date:<br>Time: 8:30 a.m.<br>Place: Courtroom 9D<br>Judge: Hon. David O. Carter |

PROOF OF SERVICE
CV 04-9049 DOC (RNBX)

**PROOF OF SERVICE BY ELECTRONIC DELIVERY**

I, Melanie D. Phillips, declare I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Orrick, Herrington & Sutcliffe, 777 S. Figueroa Street, Suite 3200, Los Angeles CA  90017.

On June 29, 2011, I served the following document(s):

1.   **APPLICATION TO FILE UNDER SEAL;**

2.   **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL;**

3.   **MGA PARTIES' RESPONSES TO MATTEL'S OBJECTIONS TO THE DISCOVERY MASTER REPORT AND RECOMMENDATION RE APPLICATION FOR ATTORNEYS' FEES BY MGA**

☒    (by Electronic Mail), I caused such documents to be transmitted by electronic mail to the offices of the addressees below.

<u>Counsel for Mattel. Inc.</u>

John Quinn, Esq.
johnquinn@quinnemanuel.com
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2011, at Los Angeles, California.

_____
Melanie D. Phillips

- 1 -