ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**NOTICE OF ADDITIONAL COST INVOICES SUBMITTED *IN CAMERA* TO DISCOVERY MASTER**<br><br>Judge: Hon. David O. Carter |
| AND CONSOLIDATED ACTIONS | |

1  TO THE DISCOVERY SPECIAL MASTER, THE COURT, ALL
2  PARTIES, AND THEIR COUNSEL OF RECORD:
3      PLEASE TAKE NOTICE THAT: the MGA Parties are submitting 50
4  additional cost invoices to the Discovery Master in connection their pending motion
5  for costs under the Copyright Act and the Uniform Trade Secrets Act.  These
6  invoices all relate to vendors who were previously identified by the MGA Parties in
7  their pending motions.  The invoices were not previously submitted because they
8  relate to costs recently incurred in May or June 2011, or because the MGA Parties
9  only recently received the invoices, or because the invoices were inadvertently
10 omitted from previous submissions.   The MGA Parties respectfully request that the
11 Court and the Discovery Special Master consider these 50 additional invoices in
12 connection with the MGA Parties' pending motion for costs under the Copyright
13 Act and the Uniform Trade Secrets Act.  A redacted set of these invoices will be
14 served on counsel for Mattel.

16 Dated: June 30, 2011        Respectfully submitted,

17                                 ORRICK, HERRINGTON & SUTCLIFFE LLP

19                                 By:  */s/ William A. Molinski*
20                                        William A. Molinski
                            Attorneys for MGA ENTERTAINMENT, INC.,
21                           MGA ENTERTAINMENT HK, LTD., MGA de
                          MEXICO, S.R.L. de C.V., and ISAAC LARIAN