ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**NOTICE OF COMPLIANCE WITH DISCOVERY MASTER'S JUNE 20, 2011 REPORT AND RECOMMENDATION**<br><br>Judge:  Hon. David O. Carter |

Pursuant to the Discovery Master's Report and Recommendation of June 20, 2011, the MGA Parties are submitting the following *in camera* to the Discovery Master:

1) Binders containing true and correct copies of invoices reflecting costs the MGA Parties seek to recover through their pending motions under the Copyright Act and the Uniform Trade Secrets Act (Dkt. Nos. 10539 & 10542). Per the Discovery Master's recommendation, the invoices are organized chronologically and tabbed by month. A summary cover page reflecting the total costs for each month and showing the constituent components of that total by vendor and amount have also been included.

2) A thumb drive containing three folders. The first folder contains pdf files with images of the aforementioned cost invoices organized by month. The second folder contains Word files of the aforementioned monthly summary pages. The third folder contains a separate grouping of 50 additional cost invoices the MGA Parties' have submitted in connection with their motion for costs under the Copyright Act and the Uniform Trade Secrets Act. These 50 invoices all relate to vendors who were previously identified by the MGA Parties in their pending motions, but the invoices were not previously submitted because they relate to costs incurred in May or June 2011, or because they were inadvertently omitted from previous submissions. A redacted set of these invoices will be served on counsel for Mattel. Unredacted versions have been incorporated into the cost binders referenced above. The summary page for each month notes which (if any) of the invoices for that month are newly added.

/ / /

/ / /

/ / /

The MGA Parties submit these items *in camera* because the invoices reflect confidential attorney client communications and information protected by the attorney work product doctrine.

Dated: June 30, 2011

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _/s/ William A. Molinski_
William A. Molinski
Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN