QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al., <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al., <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. David O. Carter <br><br> APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 COMPELLING ISSUANCE OF SUBPOENAS FOR THE TAKING OF TESTIMONY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO LETTER ROGATORY <br><br> [Memorandum of Points and Authorities in support thereof and Declaration of Jon Corey filed concurrently herewith] <br><br> Hearing Date: TBD <br> Time: TBD <br> Place: TBD <br><br> Trial: January 18, 2011 |

Pursuant to 28 U.S.C. § 1782(a) and the Letter Rogatory issued by the Tenth District Court of Federal Criminal Proceedings in the Federal District of Mexico (the "Letters Rogatory" attached as Exhibit A to the accompanying and concurrently filed Declaration of Jon Corey) and based upon the accompanying Memorandum of Points and Authorities, application is made for an order granting Jon Corey, counsel for Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively "Mattel"), who was appointed by the authorized consular officer to present the Letters Rogatory to this Court, leave to serve Isaac Larian, Jahanghir Makabi, Thomas Park and Daphne Gronich with the subpoenas annexed to the Corey Declaration at Exhibit C. An order to show cause why the subpoenas should not issue is further requested.

Pursuant to the direction received from the Clerk's Office of this Court, with guidance from the Court, this Application is made to this Court in Case No. 04-9049 consolidated with Case Nos. 04-9059 and 05-2727, rather than as an original miscellaneous action. The requirements of Section 1782 are met by this Application. Each witness from whom testimony is sought by this Application resides in the Central District of California. The discovery sought has been requested by a foreign tribunal for use in a foreign proceeding, namely the ongoing prosecution of Gustavo Machado and Mariana Trueba pending before the Tenth District Court of Federal Criminal Proceedings in the Federal District of Mexico, Case No. 130/2007. The Application is pursuant to a letter rogatory issued by a foreign tribunal.

In addition, the discretionary factors identified by the Supreme Court in <u>Intel Corp. v. Advanced Micro Devices, Inc.</u>, 542 U.S. 241, 249 (2004) each weigh in favor of granting the Application. Those factors are (a) whether the person from whom the discovery is sought is a participant in the foreign proceeding, (b) the receptivity of the foreign tribunal to the assistance of a federal court, (c) whether the request conceals an attempt to circumvent foreign proof-gathering restrictions, and (d) whether the request is unduly intrusive or burdensome.

1  None of the witnesses identified in the Letter Rogatory is a participant in the Mexico action.  The Mexican court will be receptive to the assistance of the federal court.  It specifically sought that assistance to collect the testimony of these witnesses.  The Application does not attempt to circumvent foreign proof-gathering restrictions; the Mexican court specifically approved the collection of this testimony for presentation to it in connection with the ongoing prosecution.  The requested testimony from four witnesses is neither intrusive nor burdensome, particularly when balanced with the relevance of the testimony sought to the role of these persons in the misappropriation of Mattel trade secrets that is the subject of the pending prosecution.

Accordingly, the Court should issue an order permitting the issuance of subpoenas for Isaac Larian, Jahanghir Makabi, Thomas Park and Daphne Gronich.  The Court should further order that the questioning may be done by Francisco Tiburcio and/or Juan Carlos Montoya, counsel for Mattel in Mexico, to ensure that the questioning is done in a fashion acceptable to the Mexican Court.  Finally, the Court should further order that the transcript or transcripts of each witnesses testimony, once prepared, shall be certified by apostille by a clerk of the Court to be returned to an authorized consular officer for delivery directly to the Mexican court consistent with the Letter Rogatory.

DATED:  June 30, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Jon Corey
Jon Corey
Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.