UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING APPLICATION UNDER 28 U.S.C. § 1782 COMPELLING ISSUANCE OF SUBPOENAS FOR THE TAKING OF TESTIMONY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO LETTER ROGATORY<br><br>[Memorandum of Points and Authorities in support thereof and Declaration of Jon Corey filed concurrently herewith]<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>Trial: January 18, 2011 |

00505.07975/4212476.1

[PROPOSED] ORDER

The Court, finding good cause after considering the Application and all other briefing, evidence and argument presented, hereby GRANTS the Application Under 28 U.S.C. § 1782 Compelling Issuance of Subpoenas for the Taking of Testimony for Use in a Foreign Proceeding Pursuant to Letter Rogatory.

IT IS HEREBY ORDERED that:

1. Leave is granted to counsel for Mattel, Inc. and Mattel de Mexico to issue subpoenas to Isaac Larian, Jahanghir Makabi, Thomas Park and Daphne Gronich for purposes of obtaining their testimony as requested by letter rogatory from the Tenth Federal Criminal Court of the Federal District of Mexico for use in Case No. 130/2007 (the "Mexico Action").

2. To ensure that the testimony is obtained in a manner that may be required by Mexican law, counsel for Mattel, Inc. and its subsidiaries in the Mexico Action, Francisco Tiburcio and/or Juan Carlos Manrique, may conduct any or all portions of the questioning of Isaac Larian, Jahanghir Makabi, Thomas Park and Daphne Gronich.

3. The testimony shall occur no later than four weeks after counsel for the accused in Mexico, Ricardo Franco Guzman and/or Cesar Antonio Prieto Palma, are notified when and where the testimony shall be taken.

4. When the transcript or transcripts of the testimony of the witnesses are prepared, then any clerk of the Court, upon presentation of this order and the transcripts, shall certify them by apostille and shall return them to the representative of counsel so that he or she may deliver the certified transcripts with the original letter rogatory to the authorized officer of the Mexican consulate in Los Angeles for delivery to the Tenth Federal Criminal Court.

IT IS SO ORDERED.

Date: _____, 2011

_____
United States District Court Judge