QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al., <br><br> Plaintiff, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al., <br><br> Defendant. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br><br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 <br><br> Hon. David O. Carter <br><br> DECLARATION OF JON COREY IN SUPPORT OF APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 COMPELLING ISSUANCE OF SUBPOENAS FOR THE TAKING OF TESTIMONY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO LETTER ROGATORY <br><br> Hearing Date: TBD <br> Time: TBD <br> Place: TBD <br><br> Trial: January 18, 2011 |

## DECLARATION OF JON COREY

I, Jon Corey, declare as follows:

1. I am a member of the bars of the State of California, the District of Columbia and the State of New York. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel"). I make this declaration in support of the Application For An Order Under 28 U.S.C. § 1782 Compelling Issuance Of Subpoenas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of Letter Rogatory 56/2010-2/2010 dated August 11, 2010 issued by the Tenth Federal Criminal Court of the Federal District of Mexico ("Letter Rogatory") and a certified translation of the portion of the Letter Rogatory that was not translated before delivery to the Mexican consulate.

3. Attached as Exhibit B is a true and correct copy of the Acta Circunstanciada evidencing the request by an authorized officer in the Mexican consulate that I tender the Letter Rogatory to the Court to obtain the requested testimony, among other things, and a certified translation thereof.

4. Attached hereto as Exhibit C is a true and correct copy of subpoenas to Isaac Larian, Jahangir Makabi, Thomas Park and Daphne Gronich, each dated June 23, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 23, 2011, at Los Angeles, California.

/s/ Jon Corey
Jon Corey