# QUESTIONS FOR WITNESS
## _ISAAC LARIAN_

Translation

## QUESTIONS FOR WITNESS ISAAC LARIAN, IN CONNECTION WITH CAUSE OF ACTION 130/2007-V FILED WITH THE TENTH FEDERAL CRIMINAL COURT OF THE FEDERAL DISTRICT

1. What do you know about the facts of this case?

2. Do you have knowledge of the corporation MATTEL, INC.?

3. When did you first gain knowledge of the corporation MATTEL, INC.?

4. How did you come to have knowledge of the corporation MATTEL, INC.?

5. Do you know what the corporate purpose is of the corporation MATTEL, INC.?

6. Do you know whether MATTEL, INC., in relation to the activities carried out as part of its corporate purpose maintains confidential information (trade secrets) strictly reserved for said activities?

7. Do you know whether MATTEL, INC. has internal policies which prohibit anyone from taking possession without right or without consent of MATTEL, INC. of confidential information (trade secrets) of MATTEL, INC. for use or disclosure to a third party?

8. Do you have knowledge of the corporation MATTEL DE MÉXICO, S.A. DE C.V.?

9. When did you first gain knowledge of the corporation MATTEL DE MÉXICO, S.A. DE C.V.?

10. How did you come to have knowledge of the corporation MATTEL DE MÉXICO, S.A. DE C.V.?

11. Do you know what the corporate purpose is of the corporation MATTEL DE MÉXICO, S.A. DE C.V.?

12. Do you know whether MATTEL DE MÉXICO, S.A. DE C.V. in relation to the activities carried out as part of its corporate purpose maintains confidential information (trade secrets) strictly reserved for said activities?

13. Do you know whether MATTEL DE MÉXICO, S.A. DE C.V. has internal policies which prohibit anyone from taking possession without right or without consent of confidential information (trade secrets) of MATTEL DE MÉXICO, S.A. DE C.V. for use or disclosure to a third party?

14. Do you have knowledge of the corporation MATTEL SERVICIOS, S.A. DE C.V.?

15. When did you first gain knowledge of the corporation MATTEL SERVICIOS, S.A. DE C.V.?

16. How did you come to have knowledge of the corporation MATTEL SERVICIOS, S.A. DE C.V.?

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

2

17. Do you know what the corporate purpose is of the corporation MATTEL SERVICIOS, S.A. DE C.V.?

18. Do you know whether MATTEL SERVICIOS, S.A. DE C.V. in relation to the activities carried out as part of its corporate purpose maintains confidential information (trade secrets) strictly reserved for said activities?

19. Do you know whether MATTEL SERVICIOS, S.A. DE C.V. has internal policies which prohibit anyone from taking possession without right or without consent of MATTEL SERVICIOS, S.A. DE C.V. of confidential information (trade secrets) of MATTEL SERVICIOS, S.A. DE C.V. for use or disclosure to a third party?

20. Do you have knowledge of the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V.?

21. When did you first gain knowledge of the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V.?

22. How did you come to have knowledge of the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V.?

23. Do you know what the corporate purpose is of the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V.?

24. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. in relation to the activities carried out as part of its corporate purpose maintains confidential information (trade secrets) strictly reserved for said activities?

25. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. has internal policies which prohibit anyone from taking possession without right or without consent of MGAE DE MÉXICO, S. DE R.L. DE C.V. of confidential information (trade secrets) of MGAE DE MEXICO, S. DE R.L. DE C.V. for use or disclosure to a third party?

26. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. has policies which prohibit the possession, use or disclosure of confidential information (trade secrets) to competitors of said company?

27. Do you know whether the policies referred to in the preceding question are similar to those of companies in other countries which are part of the same interest group to which MGAE DE MÉXICO, S. DE R.L. DE C.V. belongs?

28. Do you have knowledge of the corporation MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC.?

29. When did you first gain knowledge of the corporation MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC.?

30. How did you come to have knowledge of the corporation MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC.?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

Exhibit A
Page 41

3

31. Do you know what the corporate purpose is of the corporation MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC.?

32. Do you know whether MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. in relation to the activities carried out as part of its corporate purpose maintains confidential information (trade secrets) strictly reserved for said activities?

33. Do you know whether MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. has internal policies which prohibit anyone from taking possession without right or without consent of MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. of confidential information (trade secrets) of MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. for use or disclosure to a third party?

34. Do you know whether MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. has policies which prohibit the possession, use or disclosure of confidential information (trade secrets) to competitors of said company?

35. Do you know whether the policies referred to in the preceding question are similar to those of companies in other countries which are part of the same interest group to which MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. belongs?

36. Do you know CARLOS GUSTAVO MACHADO GÓMEZ?

37. How long have you known CARLOS GUSTAVO MACHADO GÓMEZ?

38. How did you come to know CARLOS GUSTAVO MACHADO GÓMEZ?

39. Do you know in what position CARLOS GUSTAVO MACHADO GÓMEZ worked during the period 2004 to 2007?

40. Do you know whether CARLOS GUSTAVO MACHADO GÓMEZ worked for MATTEL SERVICIOS, S.A. DE C.V.?

41. Do you know whether CARLOS GUSTAVO MACHADO GÓMEZ carried out activities for MATTEL DE MEXICO, S.A. DE C.V.?

42. Do you know whether CARLOS GUSTAVO MACHADO GÓMEZ carried out activities for MATTEL INC.?

43. Do you know in what place or places CARLOS GUSTAVO MACHADO GÓMEZ worked during the period 2004 to 2007?

44. Do you know whether defendant CARLOS GUSTAVO MACHADO GÓMEZ at any time was named an attorney-in-fact for litigations and collections, acts of administration and granting and subscribing negotiable instruments on behalf of MGAE DE MEXICO, S. DE R.L. DE C.V.?

María del Socorro Muñevo Melchor
Perito Traductor ante el
Tribunal Superior de Justicia de
D. F

4

45. Do you know when defendant CARLOS GUSTAVO MACHADO GÓMEZ was named an attorney-in-fact in the terms set out in the foregoing question?

46. Do you know why defendant CARLOS GUSTAVO MACHADO GÓMEZ was named attorney-in-fact in the terms of the foregoing two questions?

47. Do you know why the power of attorney referred to in the three prior questions was revoked?

48. Do you know whether defendant CARLOS GUSTAVO MACHADO GÓMEZ allegedly caused the loss of information from a computer assigned to him as a work tool by MATTEL DE MÉXICO, S.A. DE C.V.?

49. When did you learn of the fact mentioned in the preceding question?

50. How did you learn of the fact mentioned in the two preceding questions?

51. Do you know whether defendant CARLOS GUSTAVO MACHADO GÓMEZ allegedly took possession of confidential information (trade secrets) kept by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

52. When did you learn of the fact stated in the previous question?

53. How did you learn of the facts stated in the previous two questions?

54. What did you do upon learning of the facts stated in the previous three questions?

55. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. learned whether defendant CARLOS GUSTAVO MACHADO GÓMEZ allegedly took possession of confidential information (trade secrets) held by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

56. Do you at what time MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts stated in the previous question?

57. Do you know how MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts stated in the previous two questions?

58. Do you know what MGAE DE MÉXICO, S. DE R.L. DE C.V. did upon learning of the facts stated in the previous three questions?

59. Did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

60. How many times did you meet with the defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

61. For what reason or reasons were your meetings with defendant CARLOS GUSTAVO MACHADO GÓMEZ held during the year 2004?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia de
D. F.

5

62. Where were your meetings with defendant CARLOS GUSTAVO MACHADO GÓMEZ held during the year 2004?

63. Did you have telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

64. How many telephone conversations did you have with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

65. What were the reasons for the telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

66. Did you have communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by means of electronic mail during the year 2004?

67. How many times did you carry out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2004?

68. What were the reasons for which you carried out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2004?

69. Did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

70. How many times did you meet with the defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

71. For what reasons did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

72. Where were your meetings with defendant CARLOS GUSTAVO MACHADO GÓMEZ held during the year 2005?

73. Did you have telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

74. How many telephone conversations did you have with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

75. What the reasons were for the telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

76. Did you have communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by means of electronic mail during the year 2005?

77. How many times did you carry out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2005?

78. For what reason did you carry out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2005?

Maria del Socorro Munive Melón
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

6

79. Did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

80. How many times did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

81. For what reasons did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

82. Where were your meetings with defendant CARLOS GUSTAVO MACHADO GÓMEZ held during the year 2006?

83. Did you have telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

84. How many telephone conversations did you have with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

85. What were the reasons for the telephone conversations held with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

86. Did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

87. How many times did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

88. What were the reasons for your meetings with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

89. Where were your meetings with defendant CARLOS GUSTAVO MACHADO GÓMEZ held during the year 2007?

90. Did you have telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

91. How many times did you hold telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

92. What were the reasons for the telephone conversations held with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

93. Did you have communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by means of electronic mail during the year 2007?

94. How many times did you have communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by means of electronic mail during the year 2007?

95. For what reasons did you carry out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2007?

Manuel del Socorro Munive M
Perito Traductor xnf
Tribunal Superior de Just
D. F.

7

96. Do you know PABLO VARGAS SAN JOSÉ?

97. How long have you known PABLO VARGAS SAN JOSÉ?

98. How did you come to know PABLO VARGAS SAN JOSÉ?

99. Do you what in what job PABLO VARGAS SAN JOSÉ worked during the period 2004 to 2007?

100. Do you know whether PABLO VARGAS SAN JOSÉ worked for MATTEL SERVICIOS, S.A. DE C.V.?

101. Do you know whether PABLO VARGAS SAN JOSÉ carried out activities for MATTEL DE MEXICO, S.A. DE C.V.?

102. Do you know whether PABLO VARGAS SAN JOSÉ carried out activities for MATTEL INC.?

103. Do you know in what place or places PABLO VARGAS SAN JOSÉ worked during the period 2004 to 2007?

104. Do you know that defendant PABLO VARGAS SAN JOSÉ allegedly took confidential information (trade secrets) held by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

105. When did you learn of the facts stated in the preceding question?

106. How did you learn of the facts stated in the preceding two questions?

107. What did you do when you learned of the facts stated in the three preceding questions?

108. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. learned that defendant PABLO VARGAS SAN JOSÉ allegedly took confidential information (trade secrets) held by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

109. Do you know when MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts stated in the previous question?

110. Do you know how MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts stated in the previous two questions?

111. Do you know what MGAE DE MÉXICO, S. DE R.L. DE C.V. did upon learning of the facts stated in the previous three questions?

112. Did you meet with PABLO VARGAS SAN JOSÉ during the year 2004?

113. How many times did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

María del Socorro Munive Melón
Perito Traductor en el
Tribunal Superior de Justicia del
D.F.

8

114. For what reasons did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

115. Where were your meetings with defendant PABLO VARGAS SAN JOSÉ held during the year 2004?

116. Did you have telephone conversations with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

117. How many telephone conversations did you have with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

118. What were the reasons for the telephone conversations you had with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

119. Did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

120. How many times did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

121. What were the reasons for your electronic mail communication with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

122. Did you meet with PABLO VARGAS SAN JOSÉ during the year 2005?

123. How many times did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

124. For what reasons did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

125. Where were the meetings with defendant PABLO VARGAS SAN JOSÉ held during the year 2005?

126. Did you have telephone conversations with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

127. How many telephone conversations did you have with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

128. What were the reasons for the telephone conversations you had with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

129. Did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

130. How many times did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

María del Socorro Munive Melcho
Perito Traductor ante el
Tribunal Superior de Justicia de
D. F.

9

131. What were the reasons for your electronic mail communication with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

132. Did you meet with PABLO VARGAS SAN JOSÉ during the year 2006?

133. How many times did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

134. For what the reasons did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

135. Where were your meetings with defendant PABLO VARGAS SAN JOSÉ held during the year 2006?

136. Did you have telephone conversations with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

137. How many telephone conversations did you have with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

138. What were the reasons for the telephone conversations you had with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

139. Did you meet with PABLO VARGAS SAN JOSÉ during the year 2007?

140. How many times did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

141. For what reason(s) was (were) your meetings with defendant PABLO VARGAS SAN JOSÉ held during the year 2007?

142. Where were the reasons for your meetings with defendant PABLO VARGAS SAN JOSÉ held during the year 2007?

143. Did you have telephone conversations with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

144. How many telephone conversations did you have with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

145. For what reasons were the telephone conversations held with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

146. Did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

147. How many times did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

148. What were the reasons for your electronic mail communication with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

María del Socorro Muniva Mer
Perito Traductor ante el
Tribunal Superior de Justicia
D. F.

149. Do you know MARIANA TRUEBA ALMADA?

150. How long have you known MARIANA TRUEBA ALMADA?

151. How did you come to know MARIANA TRUEBA ALMADA?

152. Do you know in what job MARIANA TRUEBA ALMADA worked during the period 2004 to 2007?

153. Do you know whether MARIANA TRUEBA ALMADA worked for MATTEL SERVICIOS, S.A. DE C.V.?

154. Do you know whether MARIANA TRUEBA ALMADA carried out activities for MATTEL DE MÉXICO, S.A. DE C.V.?

155. Do you know whether MARIANA TRUEBA ALMADA carried out activities for MATTEL INC.?

156. Do you know in what location or locations MARIANA TRUEBA ALMADA worked during the period 2004 to 2007?

157. Do you know whether the defendant MARIANA TRUEBA ALMADA allegedly took confidential information (trade secrets) kept by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

158. When did you learn of the facts of the preceding question?

159. How did you learn of the facts of the preceding two questions?

160. What did you do when you learned of the facts of the preceding three questions?

161. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. learned that the defendant MARIANA TRUEBA ALMADA allegedly took confidential information (trade secrets) kept by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

162. Do you know when MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts of the preceding question?

163. Do you know how MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts of the preceding two questions?

164. Do you know what MGAE DE MÉXICO, S. DE R.L. DE C.V. did upon learning of the facts of the preceding three questions?

165. Did you meet with defendant MARIANA TRUEBA ALMADA during the year 2004?

166. How many times did you meet with defendant MARIANA TRUEBA ALMADA during the year 2004?

María del Socorro Muñive Meje
Perito Traductor ante el
Tribunal Superior de Justicia
D. F.

11

167.  What were the reasons for your meetings with defendant MARIANA TRUEBA ALMADA during the year 2004?

168. Where were your meetings with defendant MARIANA TRUEBA ALMADA held during the year 2004?

169. Did you have phone conversations with defendant MARIANA TRUEBA ALMADA during the year 2004?

170. How many telephone conversations did you have with defendant MARIANA TRUEBA ALMADA during the year 2004?

171. What were the reasons for the telephone conversations which you held with defendant MARIANA TRUEBA ALMADA during the year 2004?

172. Did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2004?

173. How many times did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2004?

174.  What were the reasons for the electronic mail communication with defendant MARIANA TRUEBA ALMADA during the year 2004?

175. Did you meet with defendant MARIANA TRUEBA ALMADA during the year 2005?

176. How many times did you meet with defendant MARIANA TRUEBA ALMADA during the year 2005?

177. What were the reasons for your meetings with defendant MARIANA TRUEBA ALMADA during the year 2005?

178. Where were your meetings with defendant MARIANA TRUEBA ALMADA held during the year 2005?

179. Did you have telephone conversations with defendant MARIANA TRUEBA ALMADA during the year 2005?

180. How many telephone conversations did you have defendant MARIANA TRUEBA ALMADA during the year 2005?

181.  What were the reasons for the telephone conversations which you held with defendant MARIANA TRUEBA ALMADA during the year 2005?

182. Did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2005?

183. How many times did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2005?

Maria del Socorro Munive Meir
Perito Traductor ante el
Tribunal Superior de Justicia
D. F.

184.   What were the reasons for the electronic mail communication with defendant MARIANA TRUEBA ALMADA during the year 2005?

185.  Did you meet with defendant MARIANA TRUEBA ALMADA during the year 2006?

186.  How many times did you meet with defendant MARIANA TRUEBA ALMADA during the year 2006?

187.   What were the reasons for your meetings with defendant MARIANA TRUEBA ALMADA during the year 2006?

188.  Where were your meetings with defendant MARIANA TRUEBA ALMADA held during the year 2006?

189.  Did you have telephone conversations with defendant MARIANA TRUEBA ALMADA during the year 2006?

190.  How many telephone conversations did you have with defendant MARIANA TRUEBA ALMADA during the year 2006?

191.  What were the reasons for the telephone conversations which you held with defendant MARIANA TRUEBA ALMADA during the year 2006?

192.  Did you meet with defendant MARIANA TRUEBA ALMADA during the year 2007?

193.  How many times did you meet with defendant MARIANA TRUEBA ALMADA during the year 2007?

194.   What were the reasons for your meetings with defendant MARIANA TRUEBA ALMADA during the year 2007?

195.  Where were your meetings with defendant MARIANA TRUEBA ALMADA held during the year 2007?

196.  Did you have telephone conversations with defendant MARIANA TRUEBA ALMADA during the year 2007?

197.  How many telephone conversations did you have with defendant MARIANA TRUEBA ALMADA during the year 2007?

198.  What were the reasons for the telephone conversations which you held with defendant MARIANA TRUEBA ALMADA during the year 2007?

199.  Did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2007?

200.  How many times did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2007?

201.  What were the reasons for the electronic mail communication with defendant MARIANA TRUEBA ALMADA during the year 2007?

María del Socorro Monive Melci
Perito Traductor ante el
Tribunal Superior de Justicia
D. F.

13

202. Do you know JEAN PAUL FARAH?

203. How long have you known JEAN PAUL FARAH?

204. How did you come to know JEAN PAUL FARAH?

205. Do you know what job is held by JEAN PAUL FARAH?

206. Do you know THOMAS PARK?

207. How long have you known THOMAS PARK?

208. How did you come to know THOMAS PARK?

209. Do you know what job is held by THOMAS PARK?

210. Do you know DAPHNE GRONICH?

211. How long have you known DAPHNE GRONICH?

212. How did you come to know DAPHNE GRONICH?

213. Do you know what job is held by DAPHNE GRONICH?

214. Do you know SUSANA KUEMMERLE?

215. How long have you known SUSANA KUEMMERLE?

216. How did you come to know SUSANA KUEMMERLE?

217. Do you know what job is held by SUSANA KUEMMERLE?

218. Do you know MARÍA DEL CARMEN MÉNDEZ HERNÁNDEZ?

219. How long have you know MARÍA DEL CARMEN MÉNDEZ HERNÁNDEZ?

220. How did you come to know MARÍA DEL CARMEN MÉNDEZ HERNÁNDEZ?

221. Do you know what job is held by MARÍA DEL CARMEN MÉNDEZ HERNÁNDEZ?

222. Do you know the electronic mail address Larianl1@mgae.com?

223. How long have you known the electronic mail address Larianl1@mgae.com?

224. How did you come to known the electronic mail address Larianl1@mgae.com?

225. Do you know to whom the electronic mail address Larianl1@mgae.com belongs?

226. Do you know the electronic mail address Plof04@aol.com?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

14

227. How long have you known the electronic mail address Plot04@aol.com?

228. How did you come to know the electronic mail address Plot04@aol.com?

229. Do you know to whom the electronic mail address Plot04@aol.com belongs?

230. Do you know the electronic mail address Cmendez14@aol.com?

231. How long have you known the electronic mail address Cmendez14@aol.com?

232. How did you come to know the electronic mail address Cmendez14@aol.com?

233. Do you know to whom the electronic mail address Cmendez14@aol.com belongs?

234. Do you know the electronic mail address DGronich@mgae.com?

235. How long have you known the electronic mail address DGronich@mgae.com?

236. How did you come to know the electronic mail address DGronich@mgae.com?

237. Do you know to whom the electronic mail address DGronich@mgae.com belongs?

238. Do you know the electronic mail address Argentrade@aol.com?

239. How long have you known the electronic mail address Argentrade@aol.com?

240. How did you come to know the electronic mail address Argentrade@aol.com?

241. Do you know to whom the electronic mail address Argentrade@aol.com belongs?

242. Do you know the electronic mail address jpfarah@rhm.com.mx?

243. How long have you known the electronic mail address jpfarah@rhm.com.mx?

244. How did you come to know the electronic mail address jpfarah@rhm.com.mx?

245. Do you know to whom the electronic mail address jpfarah@rhm.com.mx belongs?

246. Do you know the electronic mail address TPark@mgae.com?

247. How long have you known the electronic mail address TPark@mgae.com?

248. How did you come to know the electronic mail address TPark@mgae.com?

249. Do you know to whom the electronic mail address TPark@mgae.com belongs?

250. Do you know what the documents before you, which documents are attached to the complaint as EXHIBIT 81, refer to?

251. Do you recognize the documents before you, which documents are attached to the complaint as EXHIBIT 81?

María del Socorro Muneve Melcho
Perito Traductor ante el
Tribunal Superior de Justicia d
D. F.

16

252. Do you know why the electronic mail was sent from the address Plot04@aol.com to the address Larianl1@mgae.com on March 22, 2004, which message is included in the attachment to the complaint exhibit 81?

253. Do you know why the electronic mail was sent from the address Cmendez14@aol.com to Larianl1@mgae.com on April 2, 2004, which message is included in the attachment to the complaint exhibit 81?

254. Do you know why the electronic mail was sent from the address Larianl1@mgae.com to the address Plot04@aol.com and others, on April14, 2004, which message is included in the attachment to the complaint exhibit 81?

255. Do you know why your name appears beside the address Larianl1@mgae.com, in the electronic mail sent from the address Larianl1@mgae.com to the address Plot04@aol.com and others, on April 14, 2004, which message is included in the attachment to the complaint exhibit 81?

256. Do you know why the electronic mail was sent from the address postmaster@mgae.com to the address Plot04@aol.com, on April 14, 2004, to which is attached an electronic mail sent from the address Plot04@aol.com to TPark@mgae.com with copy to the electronic mail address Larianl1@mgae.com, which message is included in the attachment to the complaint exhibit 81?

257. Do you know why the electronic mail was sent from the address Argentrade@aol.com to the address Plot04@aol.com, on April 15, 2004, to which is attached an electronic mail sent on April 14, 2004, from the address Argentrade@aol.com to the electronic mail address Larianl1@mgae.com and another, which message is included in the attachment to the complaint exhibit 81?

258. Do you know why the electronic mail was sent from the address Plot04@aol.com to the address TPark@mgae.com, on April 15, 2004, with copy to the electronic mail address Larianl1@mgae.com and another, which message is included in the attachment to the complaint exhibit 81?

259. Do you know what the document before you, which document is attached to the complaint as EXHIBIT 84, refers to?

260. Do you recognize the document before you, which document is attached to the complaint as EXHIBIT 84?

261. Do you know why the electronic mail was sent from the address Plot04@aol.com to the address jpfarah@rhm.com.mx, on April 15, 2004, with copy, among others, to the electronic mail address Larianl1@mgae.com, which message is included in the attachment to the complaint exhibit 84.

262. Do you know why the electronic mail was sent from the address Plot04@aol.com to the address jpfarah@rhm.com.mx, on April 15, 2004, with copy to the electronic mail address Larianl1@mgae.com and others, which message is included in the attachment to the complaint exhibit 84?

María del Socorro Murúve Melcho
Perito Traductor ante el
Tribunal Superior de Justicia d
D. F.

16

263. Do you know the telephone number 59054119?

264. How long have you known the telephone number 59054119?

265. How did you come to know the telephone number 59054119?

266. Do you know to whom the telephone number 59054119 belongs?

267. Do you know the telephone number 59054114?

268. How long have you known the telephone number 59054114?

269. How did you come to know the telephone number 59054114?

270. Do you know to whom the telephone number 59054114 belongs?

271. Do you know the telephone number 59054113?

272. How long have you known the telephone number 59054113?

273. How did you come to know the telephone number 59054113?

274. Do you know to whom the telephone number 59054113 belongs?

275. Do you know the telephone number 10419032?

276. How long have you known the telephone number 10419032?

277. How did you come to know the telephone number 10419032?

278. Do you know to whom the telephone number 10419032 belongs?

279. Do you know the telephone number 10407847?

280. How long have you known the telephone number 10407847?

281. How did you come to know the telephone number 10407847?

282. Do you know to whom the telephone number 10407847 belongs?

283. Do you know the telephone number 044 55 54 38 92 44?

284. How long have you known the telephone number 044 55 54 38 92 44?

285. How did you come to know the telephone number 044 55 54 38 92 44?

286. Do you know to whom the telephone number 044 55 54 38 92 44 belongs?

287. Do you know what a USB device is and what the purpose of same is?

Maria del Socorro Munive H
Perito Traductor an
Tribunal Superior de Just
D. F.

288. Have you worked in a management position for the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V.?

289. For what period(s) did you work in a management position for the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V.?

290. What were your duties in the exercise of your management position with the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V.?

291. What polices have you implemented in your management position for the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V., for the purpose of preventing use or disclosure by said company of confidential information (trade secrets) of third party competitors?

292. What polices did you implement in your management position for the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V., for the purpose of preventing use or disclosure by said company of confidential information (trade secrets) of MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

293. If you have left said management position with the corporation MGAE DE MEXICO, S. DE R.L. DE C.V., please state why you have done so?

294. In relation to the facts of the previous question, when did you leave such position?

295. Do you know who is (are) the current manager(s) of MGAE DE MEXICO, S. DE R.L. DE C.V.?

296. Are you familiar with the domicile Avenida Insurgentes Sur número 1989, piso 15, colonia Florida, Código Postal 01030, México Distrito Federal, at which is located the building known as "Torre Sigium"?

297. Do you know whether MGAE DE MEXICO, S. DE R.L. DE C.V. has as its domicile the place mentioned in the previous question?

298. Do you know for how long MGAE DE MEXICO, S. DE R.L. DE C.V. has had the place mentioned in the previous two questions as its domicile?

299. Do you know who carried out the operations to establish the domicile mentioned in the three previous questions?

300. Do you know whether the search ordered by the Fifth Federal Court of Criminal Proceedings of the Federal District was carried out in the domicile mentioned in the four preceding questions?

301. Do you know the result of the search mentioned in the preceding question?

302. Do you know what measures were taken by MGAE DE MÉXICO, S. DE R.L. DE C.V. in relation to the carrying out of the search referred to in the three foregoing questions in connection with the three defendants involved in the instant case?

303. Do you know what measures were taken by MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT, INC. in relation to the carrying out of

Maria del Socorro Munive Moli
Perito Traductor and-
Tribunal Superior de Justicia,
D. F.

the search referred to in the three foregoing questions in connection with the three defendants involved in the instant case?

304. Do you know what measures were taken, individually, and as managers of MGAE DE MÉXICO, S. DE R.L. DE C.V., in relation to the carrying out of the search referred to in the three foregoing questions in connection with the three defendants involved in the instant case?

305. Do you know what measures were taken, individually, and as general manager of MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT, INC. in relation to the carrying out of the search referred to in the five foregoing questions in connection with the three defendants involved in the instant case?

306. Do you know JOSE CARLOS AGUIRRE MALDONADO?

307. How long have you known JOSE CARLOS AGUIRRE MALDONADO?

308. How did you come to know JOSE CARLOS AGUIRRE MALDONADO?

309. Do you know what job is held by JOSE CARLOS AGUIRRE MALDONADO?

310. Do you know why during the carrying out of the search referred to in question 300, JOSÉ CARLOS AGUIRRE MALDONADO stated that the documents contained in the hard disk seized by the authorities were confidential information belonging to MGAE DE MÉXICO, S. DE R.L. DE C.V.?

311. Would it be useful for a company to know and/or use confidential information of its competitors relating to sales, marketing and finances?

312. For what purposes would it be useful for a company to know and/or use the information referred to in the preceding question?

313. Would it be useful for MGAE DE MÉXICO, S. DE R.L. DE C.V. to know and/or use confidential information of its competitors in the toy market relating to sales, marketing and finances?

314. For what purposes would it be useful for MGAE DE MÉXICO, S. DE R.L. DE C.V. to know and/or use the information referred to in the preceding question?

315. Do you know what the document before you, attached to the complaint as exhibit 77, refers to?

316. Do you recognize the document before you, which is attached to the complaint as exhibit 77?

317. Do you know what the document before you, attached to the complaint as exhibit 78, refers to?

318. Do you recognize the document before you, which is attached to the complaint as exhibit 78?

19

319. Do you know what the document before you, attached to the complaint as exhibit 79, refers to?

320. Do you recognize the document before you, which is attached to the complaint as exhibit 79?

321. Do you know what the document before you, attached to the complaint as exhibit 80, refers to?

322. Do you recognize the document before you, which is attached to the complaint as exhibit 80?

323. For what reason did MGAE DE MÉXICO, S. DE R.L. DE C.V. make the job offer set out in the document attached to the complaint as exhibit 77?

324. Why does your name appear at the end of the job offer referred to in exhibit 77 attached to the complaint?

325. For what reason did MGAE DE MÉXICO, S. DE R.L. DE C.V. make the job offer set out in the document attached to the complaint as exhibit 78?

326. Why does your name appear at the end of the job offer referred to in exhibit 78 attached to the complaint?

327. For what reason did MGAE DE MÉXICO, S. DE R.L. DE C.V. make the job offer set out in the document attached to the complaint as exhibit 79?

328. Why does your name appear at the end of the job offer referred to in exhibit 79 attached to the complaint?

329. For what reason did MGAE DE MÉXICO, S. DE R.L. DE C.V. prepare the employment contract referred to in exhibit 80 attached to the complaint?

330. Do you know the amount of monthly salary received by the accused CARLOS GUSTAVO MACHADO GÓMEZ from MGAE DE MÉXICO, S. DE R.L. DE C.V. during the year 2004?

331. Do you know the amount of monthly salary received by the accused CARLOS GUSTAVO MACHADO GÓMEZ from MGAE DE MÉXICO, S. DE R.L. DE C.V. during the year 2005?

332. Do you know the amount of monthly salary received by the accused CARLOS GUSTAVO MACHADO GÓMEZ from MGAE DE MÉXICO, S. DE R.L. DE C.V. during the year 2006?

333. Do you know the amount of monthly salary received by the accused CARLOS GUSTAVO MACHADO GÓMEZ from MGAE DE MÉXICO, S. DE R.L. DE C.V. during the year 2007?

María del Socorro Munive Melohr
Perito Traductor ante el
Tribunal Superior de Justicia
D. F.

334. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during the year 2004?

335. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

336. Do you know the reason why the performance bonus or bonuses referred to in the two previous questions were paid?

337. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

338. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

339. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

340. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

341. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

342. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

343. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

344. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

345. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

346. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2004?

347. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

348. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

Maria del Socorro Muñave Melchr
Perito Traductor ante el
Tribunal Superior de Justicia d
D. F.

21

349. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2005?

350. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

351. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

352. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2006?

353. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

354. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

355. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2007?

356. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

357. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

358. Do you know the specific duties performed by defendant CARLOS GUSTAVO MACHADO GÓMEZ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

359.- Do you know the specific duties performed by defendant CARLOS GUSTAVO MACHADO GÓMEZ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

360. Do you know the specific duties performed by defendant CARLOS GUSTAVO MACHADO GÓMEZ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

361. Do you know the specific duties performed by defendant CARLOS GUSTAVO MACHADO GÓMEZ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

362. Do you know whether CARLOS GUSTAVO MACHADO GÓMEZ used within MGAE DE MÉXICO, S. DE R.L. DE C.V. the confidential information (trade secrets) that he allegedly took belonging to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

363. Do you know the way in which defendant CARLOS GUSTAVO MACHADO GÓMEZ used the confidential information referred to in the preceding question?

María del Socorro Munive Melch
Perito Traductor ante el
Tribunal Superior de Justicia
D. F.

364. Do you know the business benefits brought by the use of such confidential information by CARLOS GUSTAVO MACHADO GOMEZ which is referred to in the two preceding questions?

365. Do you know the monthly salary paid to defendant PABLO VARGAS SAN JOSÉ by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

366. Do you know the monthly salary paid to defendant PABLO VARGAS SAN JOSÉ by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

367. Do you know the monthly salary paid to defendant PABLO VARGAS SAN JOSÉ by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

368. Do you know the monthly salary paid to defendant PABLO VARGAS SAN JOSÉ by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

369. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

370. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

371. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

372. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

373. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

374. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

375. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

376. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

377. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

378. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

Maria del Socorro Muniva Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

23

379. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

380. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

381. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2004?

382. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

383. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

384. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2005?

385. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

386. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

387. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2006?

388. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

389. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

390. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2007?

391. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

392. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

393. Do you know the specific duties performed by defendant PABLO VARGAS SAN JOSÉ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

394. Do you know the specific duties performed by defendant PABLO VARGAS SAN JOSÉ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

María del Socorro Munive M~
Perito Traductor an~
~unal Superior de Jusc~.
D. F.

24

395. Do you know the specific duties performed by defendant PABLO VARGAS SAN JOSÉ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

396. Do you know the specific duties performed by defendant PABLO VARGAS SAN JOSÉ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

397. Do you know whether PABLO VARGAS SAN JOSÉ used within MGAE DE MÉXICO, S. DE R.L. DE C.V. the confidential information (trade secrets) that he allegedly took, and that belongs to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

398. Do you know the way in which defendant PABLO VARGAS SAN JOSÉ used the confidential information referred to in the preceding question?

399. Do you know the business benefits brought by the use of such confidential information by PABLO VARGAS SAN JOSÉ which is referred to in the two preceding questions?

400. Do you know the monthly salary paid to defendant MARIANA TRUEBA ALMADA by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

401. Do you know the monthly salary paid to defendant MARIANA TRUEBA ALMADA by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

402. Do you know the monthly salary paid to defendant MARIANA TRUEBA ALMADA by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

403. Do you know the monthly salary paid to defendant MARIANA TRUEBA ALMADA by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

404. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

405. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

406. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

407. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

408. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

409. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

María del Socorro Muniva M[...]
Perito Traductor ar[...]
[...]nal Superior de Justicia[...]
D. F.

25

410. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

411. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

412. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

413. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

414. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

415. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

416. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2004?

417. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

418. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

419. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2005?

420. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

421. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

422. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2006?

423. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

424. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

María del Socorro Munive Mel
rito Traductor ante el
Superior de Justicia :
D. F.

425. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2007?

426. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

427. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

428. Do you know the specific duties performed by defendant MARIANA TRUEBA ALMADA for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

429. Do you know the specific duties performed by defendant MARIANA TRUEBA ALMADA for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

430. Do you know the specific duties performed by defendant MARIANA TRUEBA ALMADA for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

431. Do you know the specific duties performed by defendant MARIANA TRUEBA ALMADA for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

432. Do you know whether MARIANA TRUEBA ALMADA used within MGAE DE MÉXICO, S. DE R.L. DE C.V. the confidential information (trade secrets) that she allegedly took and that belongs to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

433. Do you know the way in which defendant MARIANA TRUEBA ALMADA used the confidential information referred to in the preceding question?

434. Do you know the business benefits brought by the use of such confidential information by MARIANA TRUEBA ALMADA which is referred to in the two preceding questions?

435. Do you know whether the development of the new BRATZ line for 2005 changed after the defendants ceased working for MATTEL SERVICIOS, S.A. DE C.V. and, consequently for MATTEL DE MÉXICO, S.A. DE C.V.?

436. Do you know whether such changes derived from the information provided and/or used by the current defendants?

437. Do you know whether the strategies related to advertising and promotions in Mexico changed after the defendants ceased working for MATTEL SERVCIOS, S.A. DE C.V. and, consequently for MATTEL DE MÉXICO, S.A. DE C.V.?

438. Do you know whether such changes derived from the information provided and/or used by the current defendants?

439. Do you know whether the strategies related to the prices, margins and discounts in Mexico changed after the defendants ceased working for MATTEL SERVICIOS, S.A. DE C.V. and, consequently for MATTEL DE MÉXICO, S.A. DE C.V.?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

27

440. Do you know whether such changes derived from the information provided and/or used by the current defendants?

441. Do you know whether defendants made proposals and plans related to MGAE DE MÉXICO, S. DE R.L. DE C.V. and its operations (including marketing, price policy, etcetera) and/or any company of the same group, before they resigned from their position held in MATTEL SERVICIOS, S.A. DE C.V. to start working for MGAE DE MÉXICO, S. DE R.L. DE C.V.?

442. Do you know what were the proposals and plans referred to in the preceding question?

443. Do you know whether defendants prepared any analysis of the Mexican toy market and how to grow in such market for MGAE DE MÉXICO, S. DE R.L. DE C.V., before they resigned from the position they held in MATTEL SERVICIOS, S.A. DE C.V. to start working for MGAE DE MÉXICO, S. DE R.L. DE C.V.?

444. Do you know how defendants carried out the analysis referred to in the preceding question?

445. Can you state if you had before you, at any time, the confidential information (trade secrets) that was allegedly taken by defendant CARLOS GUSTAVO MACHADO GÓMEZ, referring to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC. and which is related to the present case?

446. Can you state in what location you had before you the confidential information (trade secrets) referred to in the preceding paragraph?

447. Can you state what was the confidential information (trade secrets) referred to in the two preceding questions?

448. Can you state whether you had at any time knowledge of all or part of the confidential information (trade secrets) that was allegedly taken by defendant CARLOS GUSTAVO MACHADO GÓMEZ, which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and is related to the present case?

449. Can you state whether any person related to the interest group headed by MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT, INC. had at any time knowledge of all or part of the confidential information (trade secrets), which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which was taken by defendant CARLOS GUSTAVO MACHADO GÓMEZ?

450. Can you state whether you had before you the confidential information (trade secrets) that was allegedly taken by defendant PABLO VARGAS SAN JOSÉ, which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which is related to the present case?

451. Can you state in what location you had before you the confidential information (trade secrets) referred to in the preceding paragraph?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

452. Can you state what was the confidential information (trade secrets) referred to in the two preceding questions?

453. Can you state whether you had at any time knowledge of all or part of the confidential information (trade secrets) that was allegedly taken by defendant PABLO VARGAS SAN JOSÉ, which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which is related to the present case?

454. Can you state whether any person related to the interest group headed by MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT, INC. had at any time knowledge of all or part of the confidential information (trade secrets), which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which was allegedly taken by defendant PABLO VARGAS SAN JOSÉ?

455. Can you state whether you had before you the confidential information (trade secrets) that was allegedly taken by defendant MARIANA TRUEBA ALMADA which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which is related to the present case?

456. Can you state in what location you had before you the confidential information (trade secrets) referred to in the preceding paragraph?

457. Can you state what was the confidential information (trade secrets) referred to in the two preceding questions?

458. Can you state whether you had at any time knowledge of all or part of the confidential information (trade secrets) that was allegedly taken by defendant MARIANA TRUEBA ALMADA, which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which is related to the present case?

459. Can you state whether any person related to the interest group headed by MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT, INC. had at any time knowledge of all or part of the confidential information (trade secrets), which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which was allegedly taken by defendant MARIANA TRUEBA ALMADA?

460. Do you know whether defendants after leaving MATTEL DE MÉXICO, S.A. DE C.V. or any employee of MGAE DE MÉXICO, S. DE R.L. DE C.V. used confidential information (trade secrets) of MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC. in communications or proposals to the customers of MGAE DE MÉXICO, S. DE R.L. DE C.V.?

461. Can you state whether you know JAHANGIR MAKABI?

462. Can you state how long you have known JAHANGIR MAKABI?

463. Can you state how you came to know JAHANGIR MAKABI?

María del Socorro Nuñve Melcrior
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

464. Do you know whether JAHANGIR MAKABI is or was manager of MGAE DE MÉXICO, S. DE R.L. DE C.V.?

29

465. Do you know what duties were performed by JAHANGIR MAKABI as manager of MGAE DE MÉXICO, S. DE R.L. DE C.V.?

466. Do you know the reasons why CARLOS GUSTAVO MACHADO GÓMEZ, PABLO VARGAS SAN JOSÉ and MARIANA TRUEBA ALMADA are currently defendants in this case?

467. Can you state the reason for your testimony?

I, the undersigned, Ma. del Socorro Munive Melchor, SPANISH/ENGLISH expert translator, hereby certify that, to the best of my knowledge and belief, the foregoing is true and complete translation in twenty-nine (29) pages of the document in the Spanish language which is attached hereto.

Mexico City, December 5, 2007.

MA. DEL SOCORRO MUNIVE MELCHOR
Calle 9 No. 115, Depto. 2
Col. Patrimonio La Raza
02980  México, D.F.
Tel. 5597-1469

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

# EXHIBIT
# 81

906



907

x | AOL Mail

907

Asunto:  Re: Nueva cuenta
Fecha:   Lun, 15 Mar 2004 10:50:14 AM Hora estándar de México
De:      Argentrade
Para:    Plot04, Cmendez14

HOLA A TODOS;

ISAAC NO CONTESTO EL EMAIL EN DONDE LE DIJE Q    UE RECONFIRMARA LA VISITA DE UDS.. Y SE QUE ESTA REVOLOTEANDO POR TODOS LADOS MENOS EN LOS ANGELES..........AHORA ES MI TURNO ENFOCARLO PARA QUE SE TERMINE DE MOVER..............
POR SUPUESTO, EN (...) SEPA ALGO DE EL.............LES AVISO A UDS.............

BESOS.........

MARY:  SI MAL NO RECUERDO ESTE FIN DE SEMANA ERA TU CUMPLE NO?? .............

BUENO..............

## APIOS VERDES TU YOUUUUUUUUUUUUUUUUUU~!!!!!!!!

THANK YOU AND BEST REGARDS

SUSANA KUEMMERLE
PHONE: 856-642-1793
TEMPORARY EMAIL NUMBER: 413-714-9416
CELL: 856-313-0571

x Guardar Como    x Bo...    Impr...        F    3 de 7    F

Incluir el texto original en respuesta.

x | F
Responder

x | F
Reenviar

x | F
Responder
a Todos

x | /
Agregar
Direcciones

v | A



PROCURADURÍA GEN:
SUBPROCURADURÍ
ESTATORIZADA EN L
UNIDAD ESPECIALIZA
DE DELITOS CONTRA LO.
Y LA PROPIEDA

x| AOL Mail

908

Asunto: ISAAC
Fecha:  Mar, 16 Mar 2004 1:03:09 PM Hora estándar de México
De:     Argentrade
Para:   Plot04

HABLE CON ISAAC, Y COMO LES COMENTE, ESTA RECONTRA SUPER OCUPADO...........DIJO QUE IBA A MANDAR UNA CONTRA PROPUESTA POR EMAIL HOY POR LA TARDE............

PERO, PARA DECIR LA VERDAD SUENA MUY TRISTE Y ALGO ANDA MAL CON EL PAPA............SI TARDA, TENGANLE PACIENCIA..............

SABE Y TIENE SUPER CLARO QUE MGA MEXICO ES LO MEJOR QUE PODRIA PASARLE AL TERRITORIIO..............VEAMOS COMO SIGUE LA COSA.......

BESOS

SUSANA

THANK YOU AND BEST REGARDS

SUSANA KUEMMERLE
PHONE: 856-642-1793
TEMPORARY EMAIL NUMBER: 413-714-9416
CELL: 856-313-0571

x| F
Responder

x| F
Reenviar

x| F
Responder
a Todos

x| A
Agregar
Direcciones

x| A

x| Guardar Como   x| Bor   x| Imp            x|  1 de 1  x|

☐ Incluir el texto original en respuesta.



x| AOL Mail

909

| | |
|---|---|
| Asunto: | RE: Mexico |
| Fecha: | Mar, 23 Mar 2004 5:24:48 PM Hora estándar de México |
| De: | Marlene Parker <MParker@mgae.com> |
| Para: | "Isaac Larian (President / CEO)" <Larianl1@mgae.com>, "'Plot04@aol.com'" <Plot04@aol.com>, "'plot04@yahoo.com.mx'"<plot04@yahoo.com.mx> |
| Copiar a:: | "Susana (Argentrade)" <argentrade@aol.com>,   "Tom Park (Chief Operating Officer)" <TPark@mgae.com> |

Enviado desde Internet (Detalles)

Hello Gustavo,

As Isaac has [...] m is currently traveling in Canada and returns to the office this Th[...]
Tom has aske[...] [...] schedule a conference call with you on Thursday upon his return. [...] advise your availability and I will make arrangements for you and T[...] will accommodate any timing that meets your schedule.

Kind regards,

Marlene
Marlene Parker
Executive Assistant to Chief Operating Officer
MGA Entertainment
Office: (818) 894-2525 x504.
Fax:  (818) 894-7865
Mobile: (818) 207-056[...]

www.mgae.com

Meet the girls with a Passion for Fashion
www.BRATZpack.com

> -----Original Message-----
> **From:** Isaac Larian (President / CEO)
> **Sent:** Monday, March 22, 2004 10:22 PM
> **To:** 'Plot04@aol.com'; plot04@yahoo.com.mx
> **Cc:** Susana (Argentrade); Tom Park (Chief Operating Officer)
> **Subject:** RE: Mexico

Gustavo,

Thanks.

x| F
Responder

ix| F
Reenviar

x| F
Responder
a Todos

x| /
Agregar
Direcciones

v| A



910

Congratulations to Mariana. She better STOP smoking!

The package we offered you give all of you the same or MORE than what you asked for. It just has a performance clause ( bonuses) based on performance.

As a company policy, we do not give anyone signing bonus.

Tom is in Canada and be back Thursday and will explain the offer.



Isaac Larian
CEO
Please note my new email address below
MGA ENTERTAINMENT
*A Consumer Entertainment Product Company*
16730 Schoenborn Street
North Hills, California, 91343-6122
Tel: 818-894-3150
Fax:818-894-1267
Larian11@MGAE.COM
www.MGAE.COM
Meet the girls with Passion for Fashion
www.Bratzpack.com

-----Original Message-----
**From:** Plot04@aol.com [mailto:Plot04@aol.com]
**Sent:** Monday, March 22, 2004 6:36 PM
**To:** Larian11@mgae.com; plot04@yahoo.com.mx
**Cc:** Argentrade@aol.com; TPark@mgae.com
**Subject:** Re: Mexico



911

911

Dear Isaac & Tom,

Please find attached our analisys, for our further discussion. We will be available weeknights after 16:30 LA time, please confirm.

Regards.

[x] Guardar Como   [x] Bo!   [x] Imr                    [x] F→   2 de 7   [x] F→

[ ] Incluir el texto original en la respuesta.





Asunto:    RE: México
Fecha:     Mar, 23 Mar 2004 5:24:48 PM Hora estándar de Mexico
De:        Marlene Parker <MParker@mgae.com>
Para:      "Isaac Larian (President / CEO)" <LarianII@mgae.com>. "'Plot04f5>,aol.coni'" <Plot04fa).aol,com>, "plot04(g),yahoo.com.mx'"<plot04(@,yahoo.com.mx>
Copiará::  "Susana (Argentrade)" <argentrade@,aol.com>, "Tom Park f Gerente de Operaciones)" <TPark@mgae.com> Enviado desde Internet (Detalles)

Hola Gustavo,

Tal y como Isaac lo expone más adelante, Tom se encuentra de viaje por Canadá y regresará a esta oficina el jueves (18 de marzo).

Tom me ha pedido que te contacte para programar una conferencia telefónica contigo el jueves para cuando él regrese. ¿Puedes por favor decirme tu disponibilidad? y haré los arreglos para contactarlos a ti y Tom. Nos adaptaremos al horario que te resulte más conveniente.

Saludos,

Marlene
Marlene Parker
Asistente Ejecutiva del Gerente de Operaciones
MGA Entertainment
Office: (818) 894-2525 x504
Fax: (818)894-7865
Mobile: (818) 207-0560
www.mgae.com
Meet the girls with the Pasión for Fashion www.BRATZpack.com

        Mensaje Original
De: Isaac Larian (President / CEO)
Enviado: Lunes 22 de marzo de 2004 10:22 p.m.
Para:: 'Plot04@aol.com'; plot04@yahoo,com,mx
Cc: Susana (Argentrade); Tom Park (Chief Operating Officer)
Asunto: RE: México

    Gustavo,

    Gracias.



9/3

Felicidades a Mariana. ¡Más le vale que DEJE de fumar!

913

El paquete que les ofrecimos les da a todos lo mismo o MÁS de lo solicitado.
Solamente cuenta con una cláusula de rendimiento (bonos) basándose en el
desempeño.

Como un [...] de la compañía no otorgamos bono de contratación a nadie.

Tom está [...] por Canadá y regresará el jueves, y explicará la oferta de empleo.

Isaac Larian
Director General
Favor de registrar mi nueva dirección de correo electrónico
MGA ENTERTAINMENT
*A Consumer Entertainment Product Company*
16750 Schoenborn Street
North Hills, California, 91343-6122
Tel:818-894-3150
Fax:818-894-1267
LarianIl@MGAE.COM
www.MGAE.COM
Meet the girls with Passion for Fashion
www.Bratzpack.com

---Mensaje Original---
**De:** Plot04@aol.com [mailto:Plot04@aol.com]
**Enviado:** Lunes 22 de marzo, 2004 6:36 p.m.
**Para**: LarianIl@mgae.com; plot04@yahoo.com.mx
**Cc**: Argentrade@aol.com; TPark@mgae.com
**Asunto:** Re: México

Estimados Isaac y Tom,



*914*

**914**

Anexo encontrarán nuestro análisis para discusión posterior.  Estaremos disponibles durante la semana en las noches después de las 16:30, hora de Los Angeles, favor de confirmar.

Saludos.



La suscrita, MA. DEL SOCORRO MUNIBE, perito traductor INGLES-ESPAÑOL, autorizado por el H. Tribunal Superior de Justicia del Distrito Federal, certifica que, a su leal saber y entender, la que antecede es traducción fiel y correcta en 3 (tres) fojas útiles del documento en inglés que se acompaña.

México, D.F., a 25 de marzo de 2005.

MA. DEL SOCORRO MUNIBE
Calle 8 No. 115, Depto. 4
Col. La Raza
México, D.F.
Tel. 5597-1469



×| AOL Mail

915

Asunto:    RE: Offer Letters
Fecha:     Lun, 12 Abr 2004 10:57:22 AM Hora estándar de México
De:        "Tom Park (Chief Operating Officer)" <TPark@mgae.com>
Para:      "'plot04@aol.com'" <plot04@aol.com>
Archivo:   Carlos Gustavo Machado Gomez Offer Letter_Mar 30.DOC, Mariana
           Trueba Almada Offer Letter_Mar 30.DOC, Pablo Vargas San Jose Offer
           Letter_Mar 30.DOC
Enviado desde Internet (Detalles)

×| F
Responder

×| F
Reenviar

×| F
Responder
a Todos

×| 
Agregar
Direcciones

×| A

> Dear Gustavo and Pablo,
>
> Please find attached your official letters.  I'm sorry for the
delay, I
> don't know what happened but here is a re-send.  We will contact the
local
> attorneys and have a copy of the offer letters drafted in Spanish
today.
> Please call me as soon as you get this so I know that you received
it.
>
> Tom
>
>
>    -----Original Message-----
>  From:    Tom Park (Chief Operating Officer)
>  Sent:    Tuesday, March 30, 2004 6:26 PM
>  To: 'plot04@aol.com'
>  Cc: Isaac Larian (President / CEO)
>  Subject:    FW: Offer Letters
>  Importance: High
>
>
>   Dear Gustavo,
>
>   Attached please find the revised draft of our offer letters for
you,
> Pablo and Mariana per our discussion this morning.  On the base
salary, we
> have increased it to $11,000 USD per month, which represents a
significant
> increase from your current base compensation.  Please keep in mind
that
> MGA has an annual performance review and salary increase pl___ ___ch
you
> will participate in.  Additionally, we have increased ___ ___
allowance ___
> ___ ___ ___  We have also included the $10,000 ___ ___ ___
allowance ___
> ___ ___ ___ ___.
>
>   ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

...RIA GENE
...RADURI
...IN EN D
...CIALIZAI
...TRA LOS
LA PROPIEDA



grow
> MGAE de Mexico, S. DE R.L. DE C.V. and are looking forward to
meeting with
> you in Los Angeles on April 19th.
>
>    Congratulations and please feel free to call me with any
questions.
>
>    Tom
>
>
>    <<Carlos _____ Machado Gomez Offer Letter_Mar 30.DOC>>
 <<Mariana
> Trueba Alm____ ____etter_Mar 30.DOC>>  <<Pablo Vargas San Jose
Offer
> Letter_Mar ____

☑ Hacer    ☑ Gu_____ _____    ☑ Bo_  ☑ Imr                    ☑ F-i   2 de 3   ☑ F-i

☐ Incluir el texto original en respuesta.

Traducción

9/7

Asunto: RE: Cartas de Oferta
Fecha:   Lun, 12 Abr 2004 10:50:28 AM Hora estándar de Mexico
De:      "Tom Park f Chief Operating Officer" <TPark@mgae.com>
Para:    "plot04@.aol.com'"<plot04@.aol.com>
Enviado desde Internet (Detalles)

917

Estimados Gustavo y Pablo,

Sírvanse encontrar adjuntas sus cartas oficiales. Discúlpenme por el retraso:  no sé qué ocurrió
pero aquí está ahora y ya contactaremos a nuestros abogados locales y tendrán una copia de las
cartas de oferta a finales del día de hoy.  Les suplico me llamen en cuanto les hayan llegado
para que yo sepa que las recibieron.

Tom

    ---------- Mensaje original -----------
> De:    Tom Park (Director de Operaciones)
> Enviado:  Martes 30 de marzo de 2004, 6:26 p.m.
> Para:   'plot04@aol.com'
> Cc:   Isaac Larian (Presidente / Director General)
> Asunto: RV
Importancia:  Alta

   > Estimado Gustavo:
   Adjunto encontrarán el proyecto revisado de nuestras propuestas de oferta de trabajo para ti,
   Pablo y Mariana de acuerdo a nuestra plática de esta mañana. El salario base lo hemos
   incrementado a $11,000.00 dólares estadounidenses por mes, lo cual representa un incremento
   significativo respecto a su compensación actual. Por favor ten en mente que MGA revisa
   anualmente su desempeño, por lo que podrían ser candidatos al plan de incrementos de
   salarios. Asimismo, hemos incrementado el bono para automóvil utilitario a $27,500.00
   dólares estadounidenses. Del mismo modo, hemos incluido el finiquito de $40,000.00
   dólares estadounidenses que habíamos convenido.

Estamos emocionados de que formen parte de nuestra compañía, de que nos ayuden a hacer que
MGAE de Mexico, S. DE R.L. DE C.V. crezca y de reunirnos en Los Ángeles el 19 de abril.

Felicitaciones y por favor ponte en contacto conmigo si tienes alguna pregunta.

Tom

> « Archivo:  Carlos Gustavo Machado Gomez: Carta Oferta  Mar 30 doc »

Exhibit A
Page 92



Archivo: Mariana Trueba Almada Carta Oferta Mar_30DOC > Vargas San Jose Carta
Oferta Mar 30.DOC »

9/P

318



La suscrita, MA. DEL SOCORRO MUNIBE, perito traductor INGLES-ESPAÑOL autorizado por
el H. Tribunal Superior de Justicia del Distrito Federal, certifica que, a su leal saber y entender,
la que antecede es traducción fiel y correcta en 2 (dos) fojas útiles del documento en inglés que
se acompaña.

México, D.F., a 25 de marzo de 2005.

MA. DEL SOCORRO MUNIBE
Calle 8 No. 115, Depto. 4
Col. La Raza
México, D.F.
Tel. 5597-1469

PROCURA
SUBPRO
ESPECIAL
UNIDAD ES
DE DELITOS

9/9

AOL Mail

Asunto: buildings
Fecha: Vie, 2 Abr 2004 11:05:16 PM Hora estándar de México
De: Cmendez14
Para: Larianl1@mgac.com, LSmall1321, Tpark@mgae.com
Copiar a:: Argentrade, Alfredo_Name@cushwake.com, fbarroso@grupodiproca.com

Hi Isaac/Tom:

For your information, we went on a new building scouting today, from all optios we saw, there is a good one that come very close to what you like when you were here, this is call Siglum and it is in the south in Insurgentes Avenue (where we saw the first tall building) .

Alfredo Name, ............... hired by Less as our brocker here in Mexico will be sending pictures and base.......... to have a better idea. This space is already ocupy by a company and th............... save money here. Federico, the architect went with us in this scouting and th..................

Corum:
space conditioning ..............
US190.00 per s................es disign and show room)
time: 6 weeks

Torre San Angel:
complete construction: US$280.00 per sq ,meter, includes the same
time: 12 weeks

As soon as you have the complete information is important to have a written authorization for any option so Alfredo can start as soon as possible with negotiations.

I´m not in the city for the following two weeks but I´ll be the next one "on line" and the two weeks in my cell phone 011 52 555 438 92 44

Please, let me know if you need any additional information. Tom: I´ll be in my cell to discuss the pending issues we have.

best personal regards,

Mary Carmen

Guardar Como        Bo        Imr                        F-  6 de 17

Incluir ch........to originaf en respuesta.

Responder

Reenviar

Responder a Todos

Agregar Direcciones

Asunto:     edificios
Fecha:      Vier, 2 de abril de 2004 11:05:16 Hora estándar de México
De:         Cmendez
Para:       Larian11@mgae.com, Lsmall1321, Tpark@mgae.com
Copiar a:   Argentrade, Alfredo_Name@cushwake.com, fbarroso@grupodiproca.com

920

Hola Isaac/Tom:

Para su información, fuimos a inspeccionar al nuevo edificio hoy, de todas las opciones que vimos, hay uno que se ve bien y se acerca mucho a lo que ustedes querían cuando estuvieron aquí, se llama Siglum, está en el sur en Ave. Insurgentes (donde vimos el primer edificio alto).

Alfredo Name, quien es la persona que contrató Less como nuestro corredor aquí en México, les enviará fotografías y precios, para que tengan una mejor idea. Este espacio está ocupado por una compañía y, por lo tanto, nos ahorraríamos dinero. Federico, el arquitecto fue con nosotros en esta inspección. La comparación es como sigue:

Corum:
condiciones: con divisiones de espacio
US$190.00 por metro cuadrado (incluye diseño y sala de exhibición)
tiempo: 6 semanas

Torre San Angel:
construcción completa. US$280.00 por metro cuadrado, incluye lo mismo
tiempo: 12 semanas

Tan pronto como tengas la información completa, es importante contar con una autorización por escrito respecto a cualquier opción, para que Alfredo pueda empezar tan rápido como sea posible las negociaciones.

No estoy en la ciudad durante las siguientes dos semanas, pero la siguiente semana estaré "en línea" y las dos semanas en mi celular 011 52 555 438 92 44.

Por favor, hazme saber si necesitas mayor información. Tom: estaré en mi celular para discutir los asuntos que tengamos pendientes.

Saludos,

Mary Carmen

La suscrita, MA. DEL SOCORRO MUNIBE, perito traductor INGLES-ESPAÑOL autorizado por el H. Tribunal Superior de Justicia del Distrito Federal, certifica que, a su leal saber y entender, la que antecede es traducción fiel y correcta en 1 (una) foja útil del documento en inglés que se acompaña.

México, D.F. a 25 de marzo de 2005

MA. DEL SOCORRO MUNIBE
Calle 8 No. 115, Depto. 4
Col. La Raza
México, D.F.
Tel. 5597-1469

**Exhibit A**
**Page 98**

92/

921

x | AOL Mail



Asunto: Re: buildings
Fecha:    Dom, 4 Abr 2004 12:33:29 AM Hora estándar de México
De:        Cmendez14
Para:       Argentrade

LES VOY A PEDIR QUE VAYAN, ES MUY BUEN EDIFICIO TIENE BUSINESS CENTER,
ESTA BONITO SI A MI ME PREGUNTAS ME GUSTA MAS LA TORRE SAN ANGEL, PERO
TE JURO QUE ESTE NUEVO NO ES PARA NADA UNA MALA ALTERNATIVA, SOLO QUE
A LO MEJOR EL OTRO ES MAS "NICE" O MAS EXCLUSIVO PERO CREO QUE HAN
INSISTIDO EN AHORRAR TIEMPO Y COSTOS EN CONSTRUCCION Y SI ES ASI ESTA ES
LA MEJOR OPCION SIN DUDA, ESPERO QUE LES MANDEN LAS FOTOS!!

FELICES VACACIONES

Responder

Reenviar

Responder
a Todos

Agregar
Direcciones

x | Guardar Como    x | Borrar    x | Imp    x | F↵    4 de 17    x | F↵

☐ Incluir el texto original en respuesta.

x | A



922

322

x | AOL Mail

Asunto: message
Fecha: Mie, 7 Abr 2004 11:42:05 AM Hora estándar de México
De: Cmendez14
Para: Tpark@mgae.com

Dear Tom:

sorry for not answering yesterday, Iwas at the beach and I do not
check my voice mail till night. Im gonna be available at my cell phone
all day, in case you have a chance to call me.

regards

mary carmen

x | Guardar Como

Responder

x |

Reenviar

x |

Responder
a Todos

x |

Agregar
Direcciones

2 de 17

] Incluir el texto original en respuesta.



Traducción

Asunto:  mensaje
Fecha:   Mie, 7 de abril de 2004 11:42:05 Hora estándar de México
De:      Cmendez
Para:    Tpark@mgae.com

923

923

Estimado Tom:

discúlpame  por no haberte contestado ayer, estaba en la playa y no revisé mi correo de voz sino hasta en la noche.  Estaré en mi celular todo el día, en caso de que puedas llamarme.

saludos

mary carmen

La suscrita, MA. DEL SOCORRO MUNIBE, perito traductor INGLES-ESPAÑOL autorizado por el H. Tribunal Superior de Justicia del Distrito Federal, certifica que, a su leal saber y entender, la que antecede es traducción fiel y correcta en 1 (una) foja útil del documento en inglés que se acompaña.

México, D.F. a 25 de marzo de 2005



MA. DEL SOCORRO MUNIBE
Calle 8 No. 115, Depto. 4
Col. La Raza
México, D.F.
Tel. 5597-1469

Exhibit A
Page 104





924

924

Asunto: RE: Contracts
Fecha:   Mie, 14 Abr 2004 6:03:39 PM Hora estándar de México
De:      "Isaac Larian (President / CEO)" <LarianI1@mgae.com>
Para:    "'Plot04@aol.com'" <Plot04@aol.com>.  "Tom Park (Chief Operating
         Officer)" <TPark@mgae.com>,  Daphne Gronich<DGronich@mgae.com>
Enviado desde Internet (Detalles)

Responder

Reenviar

Responder
a Todos

Agregar
Direcciones

Tom, Dapne: What is going on with this? Lets call the Mexican Lawyers
NOW.

Isaac Larian
CEO
Please note my new e mail address below
MGA ENTERTAINMENT
A Consumer Entertainment  Product  Company
16730 Schoenborn Street
North Hills, California, 91343-6122
Tel: 818-894-3150
Fax:818-894-1267
LarianI1@MGAE.COM
www.MGAE.COM
Meet the girls with passion for Fashion
www.Bratzpack.com


-----Original Message-----
From: Plot04@aol.com [mailto:Plot04@aol.com]
Sent: Wednesday, April 14, 2004 3:48 PM
To: LarianI1@mgae.com; TPark@mgae.com
Subject: Contracts

Guys,

We just spoke to the legal firm in Mexico and they have not received
any
papers from you yet. We are worried because we MUST  resign on
Wednesday
bdue to that afternoon the directors and ourselves would have to fly
to
Buffalo, and then to LA to see the Spring  5 line (returning may 3rd)
and
that would delay the process even more.

In our experience these legal affairs need time and it is important

We need all your support to bring this to a speedy close.

Regards,



Guardar Como      Bo      Imp                          1 de 1      Bte.

925
325

Incluir el texto original en respuesta.



Asunto: RE: Contratos
Fecha:    Mie, 14 Abr 2004 6:03:39 PM Hora estándar de México
De:       "Isaac Larian (President / CEOT <Larianll@mgae.com>
Para:     "Tlot04@.aol.corri" <Plot04@.aol.com>.  "Tom Park (Chief Operating OfficerV'
<TPark@ragae.com>.  Daphne
Gronich<DGronich(g).mgae .com> Enviado desde Internet (Detalles)


Tom, Dapne:  ¿Qué está pasando con esto?  Llama a los abogados mexicanos AHORA.

Isaac Larian
CEO ':
Favor de tomar nota de mi nueva dirección de corre electrónico:
MGA ENTERTAINMENT
A Consumer Entertainment Product  Company
16730 Schoenborn Street
North Hills, California 91343-6122
Tel: 818-894-2525
Fax:818-894-7205
LarianIl@MGAE.COM
www.MGAE.COM
Meet the girls with Passion for Fashion
www.Bratzpack.com


----Mensaje original ---
De: Plot04@aol.com [mailto:PlotQ4@aol.com]
Enviado: 14 de abril de 2004 3:48 PM
Para: Larianll@mgae.com; TPark@mgae.com

Asunto: Contratos


Chicos

Acabamos de hablar con el despacho de México y ellos no han recibido ningún documento de
ustedes todavía.  Estamos preocupados porque DEBEMOS renunciar el miércoles ya que ese día
por la tarde, los directores y nosotros tendríamos que volar a Buffalo y luego a Los Angeles para
ver la línea de Primavera 2005 (regresando en mayo 3) y ello podría retrasar el proceso aún más.

En nuestra experiencia, estos aspectos legales toman largo tiempo para ser finalizados.

Necesitamos todo su apoyo para resolver este problema cuanto antes.

La suscrita, MA. DEL SOCORRO MUNIBE, perito traductor INGLES-ESPAÑOL autorizado por el H. Tribunal Superior de Justicia del Distrito Federal, certifica que, a su leal saber y entender, la que antecede es traducción fiel y correcta en  1 ( una) foja útil del documento en inglés que se acompaña.

México, D.F. a 25 de marzo de 2005.

MA. DEL SOCORRO MUNIBE
Calle 8 No. 115, Depto. 4
Col. La Raza
México, D.F.
Tel. 5597-1469

["



925

925

] Guardar Como   x Bo   x Imr        x   1 de 1   x

] Incluir el texto original en respuesta.

. DE LA FEDERACION