# QUESTIONS FOR WITNESS
## _JAHANGIR MAKABI_

Translation

## QUESTIONS FOR WITNESS JAHANGIR MAKABI, IN CONNECTION WITH CAUSE OF ACTION 130/2007-V FILED WITH THE TENTH FEDERAL CRIMINAL COURT OF THE FEDERAL DISTRICT

1. What do you know about the facts of this case?

2. Do you have knowledge of the corporation MATTEL, INC.?

3. When did you first gain knowledge of the corporation MATTEL, INC.?

4. How did you come to have knowledge of the corporation MATTEL, INC.?

5. Do you know what the corporate purpose is of the corporation MATTEL, INC.?

6. Do you know whether MATTEL, INC., in relation to the activities carried out as part of its corporate purpose maintains confidential information (trade secrets) strictly reserved for said activities?

7. Do you know whether MATTEL, INC. has internal policies which prohibit anyone from taking possession without right or without consent of MATTEL, INC. of confidential information (trade secrets) of MATTEL, INC. for use or disclosure to a third party?

8. Do you have knowledge of the corporation MATTEL DE MÉXICO, S.A. DE C.V.?

9. When did you first gain knowledge of the corporation MATTEL DE MÉXICO, S.A. DE C.V.?

10. How did you come to have knowledge of the corporation MATTEL DE MÉXICO, S.A. DE C.V.?

11. Do you know what the corporate purpose is of the corporation MATTEL DE MÉXICO, S.A. DE C.V.?

12. Do you know whether MATTEL DE MÉXICO, S.A. DE C.V. in relation to the activities carried out as part of its corporate purpose maintains confidential information (trade secrets) strictly reserved for said activities?

13. Do you know whether MATTEL DE MÉXICO, S.A. DE C.V. has internal policies which prohibit anyone from taking possession without right or without consent of confidential information (trade secrets) of MATTEL DE MÉXICO, S.A. DE C.V. for use or disclosure to a third party?

14. Do you have knowledge of the corporation MATTEL SERVICIOS, S.A. DE C.V.?

15. When did you first gain knowledge of the corporation MATTEL SERVICIOS, S.A. DE C.V.?

16. How did you come to have knowledge of the corporation MATTEL SERVICIOS, S.A. DE C.V.?

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

2

17. Do you know what the corporate purpose is of the corporation MATTEL SERVICIOS, S.A. DE C.V.?

18. Do you know whether MATTEL SERVICIOS, S.A. DE C.V. in relation to the activities carried out as part of its corporate purpose maintains confidential information (trade secrets) strictly reserved for said activities?

19. Do you know whether MATTEL SERVICIOS, S.A. DE C.V. has internal policies which prohibit anyone from taking possession without right or without consent of MATTEL SERVICIOS, S.A. DE C.V. of confidential information (trade secrets) of MATTEL SERVICIOS, S.A. DE C.V. for use or disclosure to a third party?

20. Do you have knowledge of the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V.?

21. When did you first gain knowledge of the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V.?

22. How did you come to have knowledge of the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V.?

23. Do you know what the corporate purpose is of the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V.?

24. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. in relation to the activities carried out as part of its corporate purpose maintains confidential information (trade secrets) strictly reserved for said activities?

25. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. has internal policies which prohibit anyone from taking possession without right or without consent of MGAE DE MEXICO, S. DE R.L. DE C.V. of confidential information (trade secrets) of MGAE DE MEXICO, S. DE R.L. DE C.V. for use or disclosure to a third party?

26. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. has policies which prohibit the possession, use or disclosure of confidential information (trade secrets) to competitors of said company?

27. Do you know whether the policies referred to in the preceding question are similar to those of companies in other countries which are part of the same interest group to which MGAE DE MÉXICO, S. DE R.L. DE C.V. belongs?

28. Do you have knowledge of the corporation MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC.?

29. When did you first gain knowledge of the corporation MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC.?

30. How did you come to have knowledge of the corporation MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC.?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

3

31. Do you know what the corporate purpose is of the corporation MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC.?

32. Do you know whether MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. in relation to the activities carried out as part of its corporate purpose maintains confidential information (trade secrets) strictly reserved for said activities?

33. Do you know whether MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. has internal policies which prohibit anyone from taking possession without right or without consent of MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. of confidential information (trade secrets) of MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. for use or disclosure to a third party?

34. Do you know whether MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. has policies which prohibit the possession, use or disclosure of confidential information (trade secrets) to competitors of said company?

35. Do you know whether the policies referred to in the preceding question are similar to those of companies in other countries which are part of the same interest group to which MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. belongs?

36. Do you know CARLOS GUSTAVO MACHADO GÓMEZ?

37. How long have you known CARLOS GUSTAVO MACHADO GÓMEZ?

38. How did you come to know CARLOS GUSTAVO MACHADO GÓMEZ?

39. Do you know in what position CARLOS GUSTAVO MACHADO GÓMEZ worked during the period 2004 to 2007?

40. Do you know whether CARLOS GUSTAVO MACHADO GÓMEZ worked for MATTEL SERVICIOS, S.A. DE C.V.?

41. Do you know whether CARLOS GUSTAVO MACHADO GÓMEZ carried out activities for MATTEL DE MEXICO, S.A. DE C.V.?

42. Do you know whether CARLOS GUSTAVO MACHADO GÓMEZ carried out activities for MATTEL, INC.?

43. Do you know in what place or places CARLOS GUSTAVO MACHADO GÓMEZ worked during the period 2004 to 2007?

44. Do you know whether defendant CARLOS GUSTAVO MACHADO GÓMEZ at any time was named an attorney-in-fact for litigations and collections, acts of administration and granting and subscribing negotiable instruments on behalf of MGAE DE MEXICO, S. DE R.L. DE C.V.?

María del Socorro Muniza Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

4

45. Do you know when defendant CARLOS GUSTAVO MACHADO GÓMEZ was named an attorney-in-fact in the terms set out in the foregoing question?

46. Do you know why defendant CARLOS GUSTAVO MACHADO GÓMEZ was named attorney-in-fact in the terms of the foregoing two questions?

47. Do you know why the power of attorney referred to in the three prior questions was revoked?

48. Do you know whether defendant CARLOS GUSTAVO MACHADO GÓMEZ allegedly caused the loss of information from a computer assigned to him as a work tool by MATTEL DE MÉXICO, S.A. DE C.V.?

49. When did you learn of the fact mentioned in the preceding question?

50. How did you learn of the fact mentioned in the two preceding questions?

51. Do you know whether defendant CARLOS GUSTAVO MACHADO GÓMEZ allegedly took possession of confidential information (trade secrets) kept by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

52. When did you learn of the fact stated in the previous question?

53. How did you learn of the facts stated in the previous two questions?

54. What did you do upon learning of the facts stated in the previous three questions?

55. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. learned whether defendant CARLOS GUSTAVO MACHADO GÓMEZ allegedly took possession of confidential information (trade secrets) held by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

56. Do you at what time MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts stated in the previous question?

57. Do you know how MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts stated in the previous two questions?

58. Do you know what MGAE DE MÉXICO, S. DE R.L. DE C.V. did upon learning of the facts stated in the previous three questions?

59. Did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

60. How many times the company has met with the defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

61. For what reason were the meetings held with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

María del Socorro Muniva Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

5

62. Where the meetings were held with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

63. Did you have telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

64. How many telephone conversations did you have with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

65. What were the reasons for the telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

66. Did you have communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by means of electronic mail during the year 2004?

67. How many times did you carry out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2004?

68. What were the reasons for which you carried out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2004?

69. Did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

70. How many times the company has met with the defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

71. For what reasons did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

72. Where were the meetings held with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

73. Did you have telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

74. How many telephone conversations did you have with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

75. What the reasons were for the telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

76. Did you have communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by means of electronic mail during the year 2005?

77. How many times did you carry out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2005?

78. For what reason did you carry out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2005?

María del Socorro Murave Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

8

79. Did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

80. How many times did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

81. For what reasons did you meet held with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

82. Where the meetings were held with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

83. Did you have telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

84. How many telephone conversations did you have with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

85. What were the reasons for the telephone conversations held with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

86. Did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

87. How many times did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

88. What were the reasons for the meetings held with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

89. Where were the meetings held with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

90. Did you have telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

91. How many times did you hold telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

92. What were the reasons for the telephone conversations held with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

93. Did you have communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by means of electronic mail during the year 2007?

94. How many times did you have communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by means of electronic mail during the year 2007?

95. For what reasons did you carry out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2007?

María del Socorro Mulevo Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

7

96. Do you know PABLO VARGAS SAN JOSÉ?

97. How long have you known PABLO VARGAS SAN JOSÉ?

98. How did you come to know PABLO VARGAS SAN JOSÉ?

99. Do you what in what job PABLO VARGAS SAN JOSÉ worked during the period 2004 to 2007?

100. Do you know whether PABLO VARGAS SAN JOSÉ worked for MATTEL SERVICIOS, S.A. DE C.V.?

101. Do you know whether PABLO VARGAS SAN JOSÉ carried out activities for MATTEL DE MÉXICO, S.A. DE C.V.?

102. Do you know whether PABLO VARGAS SAN JOSÉ carried out activities for MATTEL INC.?

103. Do you know in what place or places PABLO VARGAS SAN JOSÉ worked during the period 2004 to 2007?

104. Do you know that defendant PABLO VARGAS SAN JOSÉ allegedly took confidential information (trade secrets) held by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

105. When did you learn of the facts stated in the preceding question?

106. How did you learn of the facts stated in the preceding two questions?

107. What did you do when you learned of the facts stated in the three preceding questions?

108. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. learned that defendant PABLO VARGAS SAN JOSÉ allegedly took confidential information (trade secrets) held by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

109. Do you know when MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts stated in the previous question?

110. Do you know how MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts stated in the previous two questions?

111. Do you know what MGAE DE MÉXICO, S. DE R.L. DE C.V. did upon learning of the facts stated in the previous three questions?

112. Did you meet with PABLO VARGAS SAN JOSÉ during the year 2004?

113. How many times did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

María del Socorro Muñive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

8

114. For what reasons did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

115. Where the meetings held with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

116. Did you have telephone conversations with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

117. How many telephone conversations did you have with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

118. What were the reasons for the telephone conversations you had with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

119. Did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

120. How many times did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

121. What were the reasons for your electronic mail communication with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

122. Did you meet with PABLO VARGAS SAN JOSÉ during the year 2005?

123. How many times did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

124. For what reasons did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

125. Where were the meetings held with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

126. Did you have telephone conversations with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

127. How many telephone conversations did you have with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

128. What were the reasons for the telephone conversations you had with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

129. Did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

130. How many times did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

Maria del Socorro Munive Melo
Perito Traductor ante el
Tribunal Superior de Justicia de
D. F.

9

131. What were the reasons for your electronic mail communication with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

132. Did you meet with PABLO VARGAS SAN JOSÉ during the year 2006?

133. How many times did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

134. For what the reasons did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

135. Where the meetings were held with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

136. Did you have telephone conversations with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

137. How many telephone conversations did you have with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

138. What were the reasons for the telephone conversations you had with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

139. Did you meet with PABLO VARGAS SAN JOSÉ during the year 2007?

140. How many times did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

141. For what reasons were the meetings held with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

142. Where the meetings were held with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

143. Did you have telephone conversations with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

144. How many telephone conversations did you have with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

145. For what reasons were the telephone conversations held with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

146. Did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

147. How many times did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

148. What were the reasons for your electronic mail communication with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

María del Socorro Munive Malcho
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

10

149. Do you know MARIANA TRUEBA ALMADA?

150. How long have you known MARIANA TRUEBA ALMADA?

151. How did you come to know MARIANA TRUEBA ALMADA?

152. Do you know in what job MARIANA TRUEBA ALMADA worked during the period 2004 to 2007?

153. Do you know whether MARIANA TRUEBA ALMADA worked for MATTEL SERVICIOS, S.A. DE C.V.?

154. Do you know whether MARIANA TRUEBA ALMADA carried out activities for MATTEL DE MEXICO, S.A. DE C.V.?

155. Do you know whether MARIANA TRUEBA ALMADA carried out activities for MATTEL INC.?

156. Do you know in what location or locations MARIANA TRUEBA ALMADA worked during the period 2004 to 2007?

157. Do you know whether the defendant MARIANA TRUEBA ALMADA allegedly took confidential information (trade secrets) kept by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

158. When did you learn of the facts of the preceding question?

159. How did you learn of the facts of the preceding two questions?

160. What did you do when you learned of the facts of the preceding three questions?

161. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. learned that the defendant MARIANA TRUEBA ALMADA allegedly took confidential information (trade secrets) kept by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

162. Do you know when MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts of the preceding question?

163. Do you know how MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts of the preceding two questions?

164. Do you know what MGAE DE MÉXICO, S. DE R.L. DE C.V. did upon learning of the facts of the preceding three questions?

165. Did you meet with defendant MARIANA TRUEBA ALMADA during the year 2004?

166. How many times did you meet with defendant MARIANA TRUEBA ALMADA during the year 2004?

María del Socorro Muñive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

11

167.   What were the reasons for the meetings you held with defendant MARIANA TRUEBA ALMADA during the year 2004?

168. Where were the meetings held with defendant MARIANA TRUEBA ALMADA during the year 2004?

169. Did you have phone conversations with defendant MARIANA TRUEBA ALMADA during the year 2004?

170. How many telephone conversations did you have with defendant MARIANA TRUEBA ALMADA during the year 2004?

171. What were the reasons for the telephone conversations which you held with defendant MARIANA TRUEBA ALMADA during the year 2004?

172.   Did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2004?

173. How many times did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2004?

174.   What were the reasons for the electronic mail communication with defendant MARIANA TRUEBA ALMADA during the year 2004?

175. Did you meet with defendant MARIANA TRUEBA ALMADA during the year 2005?

176. How many times did you meet with defendant MARIANA TRUEBA ALMADA during the year 2005?

177. What were the reasons for the meetings you held with defendant MARIANA TRUEBA ALMADA during the year 2005?

178. Where were the meetings held with defendant MARIANA TRUEBA ALMADA during the year 2005?

179. Did you have telephone conversations with defendant MARIANA TRUEBA ALMADA during the year 2005?

180. How many telephone conversations did you have defendant MARIANA TRUEBA ALMADA during the year 2005?

181.   What were the reasons for the telephone conversations which you held with defendant MARIANA TRUEBA ALMADA during the year 2005?

182. Did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2005?

183. How many times did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2005?

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

12

184.  What were the reasons for the electronic mail communication with defendant MARIANA TRUEBA ALMADA during the year 2005?

185.  Did you meet with defendant MARIANA TRUEBA ALMADA during the year 2006?

186.  How many times did you meet with defendant MARIANA TRUEBA ALMADA during the year 2006?

187.  What were the reasons for the meetings you held with defendant MARIANA TRUEBA ALMADA during the year 2006?

188.  Where were the meetings held with defendant MARIANA TRUEBA ALMADA during the year 2006?

189.  Did you have telephone conversations with defendant MARIANA TRUEBA ALMADA during the year 2006?

190.  How many telephone conversations did you have with defendant MARIANA TRUEBA ALMADA during the year 2006?

191.  What were the reasons for the telephone conversations which you held with defendant MARIANA TRUEBA ALMADA during the year 2006?

192.  Did you meet with defendant MARIANA TRUEBA ALMADA during the year 2007?

193.  How many times did you meet with defendant MARIANA TRUEBA ALMADA during the year 2007?

194.  What were the reasons for the meetings you held with defendant MARIANA TRUEBA ALMADA during the year 2007?

195.  Where were the meetings held with defendant MARIANA TRUEBA ALMADA during the year 2007?

196.  Did you have telephone conversations with defendant MARIANA TRUEBA ALMADA during the year 2007?

197.  How many telephone conversations did you have with defendant MARIANA TRUEBA ALMADA during the year 2007?

198.  What were the reasons for the telephone conversations which you held with defendant MARIANA TRUEBA ALMADA during the year 2007?

199.  Did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2007?

200.  How many times did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2007?

201.  What were the reasons for the electronic mail communication with defendant MARIANA TRUEBA ALMADA during the year 2007?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

13

202. Do you know JEAN PAUL FARAH?

203. How long have you known JEAN PAUL FARAH?

204. How did you come to know JEAN PAUL FARAH?

205. Do you know what job is held by JEAN PAUL FARAH?

206. Do you know THOMAS PARK?

207. How long have you known THOMAS PARK?

208. How did you come to know THOMAS PARK?

209. Do you know what job is held by THOMAS PARK?

210. Do you know DAPHNE GRONICH?

211. How long have you known DAPHNE GRONICH?

212. How did you come to know DAPHNE GRONICH?

213. Do you know what job is held by DAPHNE GRONICH?

214. Do you know SUSANA KUEMMERLE?

215. How long have you known SUSANA KUEMMERLE?

216. How did you come to know SUSANA KUEMMERLE?

217. Do you know what job is held by SUSANA KUEMMERLE?

218. Do you know MARÍA DEL CARMEN MÉNDEZ HERNÁNDEZ?

219. How long have you know MARÍA DEL CARMEN MÉNDEZ HERNÁNDEZ?

220. How did you come to know MARÍA DEL CARMEN MÉNDEZ HERNÁNDEZ?

221. Do you know what job is held by MARÍA DEL CARMEN MÉNDEZ HERNÁNDEZ?

222. Do you know the electronic mail address Lariani1@mgae.com?

223. How long have you known the electronic mail address Lariani1@mgae.com?

224. How did you come to known the electronic mail address Lariani1@mgae.com?

225. Do you know to whom the electronic mail address Lariani1@mgae.com belongs?

226. Do you know the electronic mail address Plof04@aol.com?

María del Socorro Merino Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

14

227. How long have you known the electronic mail address Plot04@aol.com?

228. How did you come to know the electronic mail address Plot04@aol.com?

229. Do you know to whom the electronic mail address Plot04@aol.com belongs?

230. Do you know the electronic mail address Cmendez14@aol.com?

231. How long have you known the electronic mail address Cmendez14@aol.com?

232. How did you come to know the electronic mail address Cmendez14@aol.com?

233. Do you know to whom the electronic mail address Cmendez14@aol.com belongs?

234. Do you know the electronic mail address DGronich@mgae.com?

235. How long have you known the electronic mail address DGronich@mgae.com?

236. How did you come to know the electronic mail address DGronich@mgae.com?

237. Do you know to whom the electronic mail address DGronich@mgae.com belongs?

238. Do you know the electronic mail address Argentrade@aol.com?

239. How long have you known the electronic mail address Argentrade@aol.com?

240. How did you come to know the electronic mail address Argentrade@aol.com?

241. Do you know to whom the electronic mail address Argentrade@aol.com belongs?

242. Do you know the electronic mail address jpfarah@rhm.com.mx?

243. How long have you known the electronic mail address jpfarah@rhm.com.mx?

244. How did you come to know the electronic mail address jpfarah@rhm.com.mx?

245. Do you know to whom the electronic mail address jpfarah@rhm.com.mx belongs?

246. Do you know the electronic mail address TPark@mgae.com?

247. How long have you known the electronic mail address TPark@mgae.com?

248. How did you come to know the electronic mail address TPark@mgae.com?

249. Do you know to whom the electronic mail address TPark@mgae.com belongs?

250. Do you know what the documents before you, which documents are attached to the complaint as EXHIBIT 81, refer to?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

16

251. Do you know why the electronic mail was sent from the address Plot04@aol.com to the address Larian11@mgae.com on March 22, 2004, which message is included in the attachment to the complaint exhibit 81?

252. Do you know why the electronic mail was sent from the address Cmendez14@aol.com to Larian11@mgae.com on April 2, 2004, which message is included in the attachment to the complaint exhibit 81?

253. Do you know why the electronic mail was sent from the address Larian11@mgae.com to the address Plot04@aol.com and others, on April 14, 2004, which message is included in the attachment to the complaint exhibit 81?

254.- Do you know why the name Isaac Larian appears beside the electronic mail address Larian11@mgae.com in the electronic mail sent from the address Larian11@mgae.com to the address Plot04@aol.com and others on April 14, 2004, which message is included in the attachment to the complaint exhibit 81?

255. Do you know why the electronic mail was sent from the address postmaster@mgae.com to the address Plot04@aol.com, on April 14, 2004, to which is attached an electronic mail sent from the address Plot04@aol.com to TPark@mgae.com with copy to the electronic mail address Larian11@mgae.com, which message is included in the attachment to the complaint exhibit 81?

256.- Do you know why the electronic mail was sent from the address Argentrade@aol.com to the address Plot04@aol.com, on April 15, 2004, to which is attached an electronic mail sent on April 14, 2004, from the address Argentrade@aol.com to the electronic mail address Larian11@mgae.com and another, which message is included in the attachment to the complaint exhibit 81?

257.- Do you know why the electronic mail was sent from the address Plot04@aol.com to the address TPark@mgae.com, on April 15, 2004, with copy to the electronic mail address Larian11@mgae.com and another, which message is included in the attachment to the complaint exhibit 81?

258. Do you know what the document before you, which document is attached to the complaint as EXHIBIT 84, refers to?

259.- Do you know why the electronic mail was sent from the address Plot04@aol.com to the address jpfarah@rhm.com.mx, on April 15, 2004, with copy, among others, to the electronic mail address Larian11@mgae.com, which message is included in the attachment to the complaint exhibit 84?

260. Do you know why the electronic mail was sent from the address Plot04@aol.com to the address jpfarah@rhm.com.mx, on April 15, 2004, with copy to the electronic mail address Larian11@mgae.com and others, which message is included in the attachment to the complaint exhibit 84?

261. Do you know the telephone number 59054119?

262. How long have you known the telephone number 59054119?

Alma del Socorro Murillo Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

16

263. How did you come to know the telephone number 59054119?

264. Do you know to whom the telephone number 59054119 belongs?

265. Do you know the telephone number 59054114?

266. How long have you known the telephone number 59054114?

267. How did you come to know the telephone number 59054114?

268. Do you know to whom the telephone number 59054114 belongs?

269. Do you know the telephone number 59054113?

270. How long have you known the telephone number 59054113?

271. How did you come to know the telephone number 59054113?

272. Do you know to whom the telephone number 59054113 belongs?

273. Do you know the telephone number 10419032?

274. How long have you known the telephone number 10419032?

275. How did you come to know the telephone number 10419032?

276. Do you know to whom the telephone number 10419032 belongs?

277. Do you know the telephone number 10407847?

278. How long have you known the telephone number 10407847?

279. How did you come to know the telephone number 10407847?

280. Do you know to whom the telephone number 10407847 belongs?

281. Do you know the telephone number 044 55 54 38 92 44?

282. How long have you known the telephone number 044 55 54 38 92 44?

283. How did you come to know the telephone number 044 55 54 38 92 44?

284. Do you know to whom the telephone number 044 55 54 38 92 44 belongs?

285. Do you know what a USB device is and what the purpose of same is?

286.- Have you worked in a management position for the corporation MGAE DE MEXICO, S. DE R.L. DE C.V.?

Maria del Socorro Muniva Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

287. For what period(s) did you work in a management position for the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V.?

288. What were your duties in the exercise of your management position with the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V.?

289. What polices have you implemented in your management position for the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V., for the purpose of preventing use or disclosure by said company of confidential information (industrial secrets) of third party competitors?

290. What polices did you implement in your management position for the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V., for the purpose of preventing use or disclosure by said company of confidential information (industrial secrets) of MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

291. If you have left said management position with the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V., please state why you have done so.

292. In relation to the facts of the previous question, when did you leave such position?

293. Do you know who is (are) the current manager(s) of MGAE DE MÉXICO, S. DE R.L. DE C.V.?

294. Are you familiar with the domicile Avenida Insurgentes Sur número 1989, piso 15, colonia Florida, Código Postal 01030, México Distrito Federal, at which is located the building known as "Torre Siglum"?

295. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. has as its domicile the place mentioned in the previous question?

296. Do you know for how long MGAE DE MÉXICO, S. DE R.L. DE C.V. has had the place mentioned in the previous two questions as its domicile?

297. Do you know who carried out the operations to establish the domicile mentioned in the three previous questions?

298. Do you know whether the search ordered by the Fifth Federal Court of Criminal Proceedings of the Federal District was carried out in the domicile mentioned in the four preceding questions?

299 - Do you know the result of the search mentioned in the preceding question?

300.- Do you know what measures were taken by MGAE DE MÉXICO, S. DE R.L. DE C.V. in relation to the carrying out of the search referred to in the two foregoing questions in connection with the three defendants involved in the instant case?

301. Do you know what measures were taken by MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT, INC. in relation to the carrying out of the search referred to in the three foregoing questions in connection with the three defendants involved in the instant case?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

18

302. Do you know what measures were taken, individually, and as managers of MGAE DE MÉXICO, S. DE R.L. DE C.V., in relation to the carrying out of the search referred to in the four foregoing questions in connection with the three defendants involved in the instant case?

303. Do you know what measures were taken, individually, and as general manager of MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT, INC in relation to the carrying out of the search referred to in the five foregoing questions in connection with the three defendants involved in the instant case?

304. Do you know JOSE CARLOS AGUIRRE MALDONADO?

305. How long have you known JOSE CARLOS AGUIRRE MALDONADO?

306. How did you come to know JOSE CARLOS AGUIRRE MALDONADO?

307. Do you know what job is held by JOSE CARLOS AGUIRRE MALDONADO?

308. Do you know why during the carrying out of the search referred to in question 298, JOSÉ CARLOS AGUIRRE MALDONADO stated that the documents contained in the hard disk seized by the authorities were confidential information belonging to MGAE DE MÉXICO, S. DE R.L. DE C.V.?

309. Would it be useful for a company to know and/or use confidential information of its competitors relating to sales, marketing and finances?

310. For what purposes would it be useful for a company to know and/or use the information referred to in the preceding question?

311.- Would it be useful for MGAE DE MÉXICO, S. DE R.L. DE C.V. to know and/or use confidential information of its competitors in the toy market relating to sales, marketing and finances?

312.- For what purposes would it be useful for MGAE DE MÉXICO, S. DE R.L. DE C.V. to know and/or use the information referred to in the preceding question?

313.- Do you know what the document before you, attached to the complaint as exhibit 77, refers to?

314.- Do you recognize the document before you, which is attached to the complaint as exhibit 78?

315.- Do you know what the document before you, attached to the complaint as exhibit 79, refers to?

316.- Do you recognize the document before you, which is attached to the complaint as exhibit 80?

317. For what reason did MGAE DE MÉXICO, S. DE R.L. DE C.V. make the job offer set out in the document attached to the complaint as exhibit 77?

Maria del Socorro Muñive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

19

318. For what reason did MGAE DE MÉXICO, S. DE R.L. DE C.V. make the job offer set out in the document attached to the complaint as exhibit 78?

319. For what reason did MGAE DE MÉXICO, S. DE R.L. DE C.V. make the job offer set out in the document attached to the complaint as exhibit 79?

320. For what reason did MGAE DE MÉXICO, S. DE R.L. DE C.V. make the job offer set out in the document attached to the complaint as exhibit 80?

321. Do you know the amount of monthly salary received by the accused CARLOS GUSTAVO MACHADO GÓMEZ de MGAE DE MÉXICO, S. DE R.L. DE C.V. during the year 2004?

322. Do you know the amount of monthly salary received by the accused CARLOS GUSTAVO MACHADO GÓMEZ from MGAE DE MÉXICO, S. DE R.L. DE C.V. during the year 2005?

323. Do you know the amount of monthly salary received by the accused CARLOS GUSTAVO MACHADO GÓMEZ from MGAE DE MÉXICO, S. DE R.L. DE C.V. during the year 2006?

324. Do you know the amount of monthly salary received by the accused CARLOS GUSTAVO MACHADO GÓMEZ from MGAE DE MÉXICO, S. DE R.L. DE C.V. during the year 2007?

325. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during the year 2004?

326. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

327. Do you know the reason why the performance bonus or bonuses referred to in the two previous questions were paid?

328. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

329. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

330. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

331. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

332.- Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

333.- Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

334.- Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

335.- Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

336. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

337. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2004?

338.- Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

339.- Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

340. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2005?

341. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

342. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

343. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2006?

344. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

345. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

346. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2007?

347. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia de D. F.

21

348. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

349.- Do you know the specific duties performed by defendant CARLOS GUSTAVO MACHADO GÓMEZ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

350.- Do you know the specific duties performed by defendant CARLOS GUSTAVO MACHADO GÓMEZ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

351. Do you know the specific duties performed by defendant CARLOS GUSTAVO MACHADO GÓMEZ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

352. Do you know the specific duties performed by defendant CARLOS GUSTAVO MACHADO GÓMEZ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

353. Do you know whether CARLOS GUSTAVO MACHADO GÓMEZ used within MGAE DE MÉXICO, S. DE R.L. DE C.V. the confidential information (trade secrets) that he allegedly took belonging to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

354. Do you know the way in which defendant CARLOS GUSTAVO MACHADO GÓMEZ used the confidential information referred to in the preceding question?

355. Do you know the business benefits brought by the use of such confidential information by CARLOS GUSTAVO MACHADO GÓMEZ which is referred to in the two preceding questions?

356. Do you know the monthly salary paid to defendant PABLO VARGAS SAN JOSÉ by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

357. Do you know the monthly salary paid to defendant PABLO VARGAS SAN JOSÉ by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

358. Do you know the monthly salary paid to defendant PABLO VARGAS SAN JOSÉ by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

359. Do you know the monthly salary paid to defendant PABLO VARGAS SAN JOSÉ by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

360. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

361. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

362. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

363. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

22

364. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

365. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

366. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

367. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

368. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

369. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

370. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

371. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

372. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2004?

373. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

374. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

375. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC., during 2005?

376. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

377. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

378. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC., during 2006?

María del Socorro Muñive Melch.
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

23

379. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

380. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

381. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC., during 2007?

382. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

383. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

384. Do you know the specific duties performed by defendant PABLO VARGAS SAN JOSÉ for MGAE DE MÉXICO, S. DE R.L. DE C.V., during 2004?

385. Do you know the specific duties performed by defendant PABLO VARGAS SAN JOSÉ for MGAE DE MÉXICO, S. DE R.L. DE C.V., during 2005?

386. Do you know the specific duties performed by defendant PABLO VARGAS SAN JOSÉ for MGAE DE MÉXICO, S. DE R.L. DE C.V., during 2006?

387. Do you know the specific duties performed by defendant PABLO VARGAS SAN JOSÉ for MGAE DE MÉXICO, S. DE R.L. DE C.V., during 2007?

388. Do you know whether PABLO VARGAS SAN JOSÉ used within MGAE DE MÉXICO, S. DE R.L. DE C.V. the confidential information (trade secrets) that he allegedly took belonging to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

389. Do you know the way in which defendant PABLO VARGAS SAN JOSÉ used the confidential information referred to in the preceding question?

390. Do you know the business benefits brought by the use of such confidential information by PABLO VARGAS SAN JOSÉ which is referred to in the two preceding questions?

391. Do you know the monthly salary paid to defendant MARIANA TRUEBA ALMADA by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

392. Do you know the monthly salary paid to defendant MARIANA TRUEBA ALMADA by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

393. Do you know the monthly salary paid to defendant MARIANA TRUEBA ALMADA by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

394. Do you know the monthly salary paid to defendant MARIANA TRUEBA ALMADA by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007.

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

24

395. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

396. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

397. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

398. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

399. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

400. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

401. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

402. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

403. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

404. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

405. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

406. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

407. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2004?

408. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

409. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

María del Socorro Muriva Melchu
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

25

410. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2005?

411. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

412. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

413. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2006?

414. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

415. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

416. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2007?

417. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

418. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

419. Do you know the specific duties performed by defendant MARIANA TRUEBA ALMADA for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

420. Do you know the specific duties performed by defendant MARIANA TRUEBA ALMADA for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

421. Do you know the specific duties performed by defendant MARIANA TRUEBA ALMADA for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

422. Do you know the specific duties performed by defendant MARIANA TRUEBA ALMADA for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

423. Do you know whether MARIANA TRUEBA ALMADA used within MGAE DE MÉXICO, S. DE R.L. DE C.V. the confidential information (trade secrets) that she allegedly took belonging to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

424. Do you know the way in which defendant MARIANA TRUEBA ALMADA used the confidential information referred to in the preceding question?

María del Socorro Muñoz Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

26

425.- Do you know the business benefits brought by the use of such confidential information by MARIANA TRUEBA ALMADA which is referred to in the two preceding questions

426. Do you know whether the development of the new BRATZ line for 2005 changed after the defendants ceased working for MATTEL SERVICIOS, S.A. DE C.V. and, consequently for MATTEL DE MÉXICO, S.A. DE C.V.?

427. Do you know whether such changes derived from the information provided and/or used by the current defendants?

428. Do you know whether the strategies related to advertising and promotions in Mexico changed after the defendants ceased working for MATTEL SERVCIOS, S.A. DE C.V. and, consequently for MATTEL DE MÉXICO, S.A. DE C.V.?

429. Do you know whether such changes derived from the information provided and/or used by the current defendants?

430. Do you know whether the strategies related to the prices, margins and discounts in Mexico changed after the defendants ceased working for MATTEL SERVCIOS, S.A. DE C.V. and, consequently for MATTEL DE MÉXICO, S.A. DE C.V.?

431. Do you know whether such changes derived from the information provided and/or used by the current defendants?

432. Do you know whether defendants made proposals and plans related to MGAE DE MÉXICO, S. DE R.L. DE C.V. and its operations (including marketing, price policy, etcetera) and/or any company of the same group, before they resigned from their position held in MATTEL SERVICIOS, S.A. DE C.V. to start working for MGAE DE MÉXICO, S. DE R.L. DE C.V.?

433. Do you know what were the proposals and plans referred to in the preceding question?

434. Do you know whether defendants prepared any analysis of the Mexican toy market and how to grow in such market for MGAE DE MÉXICO, S. DE R.L. DE C.V., before they resigned from the position they held in MATTEL SERVICIOS, S.A. DE C.V. to start working for MGAE DE MEXICO, S. DE R.L. DE C.V.?

435. Do you know how defendants carried out the analysis referred to in the preceding question?

436. Can you state if you had before you, at any time, the confidential information (trade secrets) that was allegedly taken by defendant CARLOS GUSTAVO MACHADO GÓMEZ, referring to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC. and which is related to the present case?

437. Can you state in what location you had before you the confidential information (trade secrets) referred to in the preceding paragraph?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

27

438. Can you state what was the confidential information (trade secrets) referred to in the two preceding questions?

439. Can you state whether you had at any time knowledge of all or part of the confidential information (trade secrets) that was allegedly taken by defendant CARLOS GUSTAVO MACHADO GÓMEZ, which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and is related to the present case?

440. Can you state whether any person related to the interest group headed by MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT, INC. had at any time knowledge of all or part of the confidential information (trade secrets), which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which was taken by defendant CARLOS GUSTAVO MACHADO GÓMEZ?

441. Can you state whether you had before you the confidential information (trade secrets) that was allegedly taken by defendant PABLO VARGAS SAN JOSÉ, which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which is related to the present case?

442. Can you state in what location you had before you the confidential information (trade secrets) referred to in the preceding paragraph?

443. Can you state what was the confidential information (trade secrets) referred to in the two preceding questions?

444. Can you state whether you had at any time knowledge of all or part of the confidential information (trade secrets) that was allegedly taken by defendant PABLO VARGAS SAN JOSÉ, which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which is related to the present case?

445. Can you state whether any person related to the interest group headed by MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT, INC. had at any time knowledge of all or part of the confidential information (trade secrets), which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which was allegedly taken by defendant PABLO VARGAS SAN JOSÉ?

446. Can you state whether you had before you the confidential information (trade secrets) that was allegedly taken by defendant MARIANA TRUEBA ALMADA which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which is related to the present case?

447. Can you state in what location you had before you the confidential information (trade secrets) referred to in the preceding paragraph?

448. Can you state what was the confidential information (trade secrets) referred to in the two preceding questions?

449. Can you state whether you had at any time knowledge of all or part of the confidential information (trade secrets) that was allegedly taken by defendant MARIANA TRUEBA ALMADA, which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which is related to the present case?

María del Socorro Muñoz Mújica
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

28

450. Can you state whether any person related to the interest group headed by MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT, INC. had at any time knowledge of all or part of the confidential information (trade secrets), which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which was allegedly taken by defendant MARIANA TRUEBA ALMADA?

451. Do you know whether defendants after leaving MATTEL DE MÉXICO, S.A. DE C.V. or any employee of MGAE DE MÉXICO, S. DE R.L. DE C.V. used confidential information (trade secrets) of MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC. in communications or proposals to the customers of MGAE DE MÉXICO, S. DE R.L. DE C.V.?

452. Can you state whether you know ISAAC LARIAN?

453. Can you state how long you have known ISAAC LARIAN?

454. Can you state how you came to know ISAAC LARIAN?

455. Do you know whether ISAAC LARIAN is or was manager of MGAE DE MÉXICO, S. DE R.L. DE C.V.?

456. Do you know what duties were performed by ISAAC LARIAN as manager of MGAE DE MÉXICO, S. DE R.L. DE C.V.?

457. Do you know the reasons why CARLOS GUSTAVO MACHADO GÓMEZ, PABLO VARGAS SAN JOSÉ and MARIANA TRUEBA ALMADA are currently defendants in this case?

458. Can you state the reason for your testimony?

I, the undersigned, Ma. del Socorro Munive Melchor, SPANISH/ENGLISH expert translator, hereby certify that, to the best of my knowledge and belief, the foregoing is true and complete translation in twenty-eight (28) pages of the document in the Spanish language which is attached hereto.

Mexico City, December 5, 2007.

MA. DEL SOCORRO MUNIVE MELCHOR
Calle 8 No. 119, Depto. 2
Col. Patrimonio La Raza
02980 México, D.F.
Tel. 5597-1469

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

**PREGUNTAS QUE DEBERÁ CONTESTAR EL TESTIGO JAHANGIR MAKABI, EN RELACIÓN A LA CAUSA 130/2007-V DEL ÍNDICE DEL JUZGADO DÉCIMO DE DISTRITO DE PROCESOS PENALES FEDERALES EN EL DISTRITO FEDERAL**

1.- Que diga qué es lo que sabe de los hechos materia de la causa en la que se actúa.

2.- Que diga si conoce a la persona moral denominada MATTEL, INC.

3.- Que diga desde cuándo conoce a la persona moral denominada MATTEL, INC.

4.- Que diga por qué conoce a la persona moral denominada MATTEL, INC.

5.- Que diga si sabe cuál es el objeto social de la persona moral denominada MATTEL, INC.

6.- Que diga si sabe si MATTEL, INC., con motivo de las actividades inherentes a su objeto social, guarda información confidencial (secretos industriales) reservada estrictamente para dichas actividades.

7.- Que diga si sabe si MATTEL, INC. cuenta con políticas internas que prohíben el que alguien se apodere sin derecho y sin su consentimiento de su información confidencial (secretos industriales), para usarla o revelarla a un tercero.

8.- Que diga si conoce a la persona moral denominada MATTEL DE MÉXICO, S.A. DE C.V.

9.- Que diga desde cuándo conoce a la persona moral denominada MATTEL DE MÉXICO, S.A. DE C.V.

10.- Que diga por qué conoce a la persona moral denominada MATTEL DE MÉXICO, S.A. DE C.V.

11.- Que diga si sabe cuál es el objeto social de la persona moral denominada MATTEL DE MÉXICO, S.A. DE C.V.

12.- Que diga si sabe si MATTEL DE MÉXICO, S.A. DE C.V., con motivo de las actividades inherentes a su objeto social, guarda información confidencial (secretos industriales) reservada estrictamente para dichas actividades.

13.- Que diga si sabe si MATTEL DE MÉXICO, S.A. DE C.V. cuenta con políticas internas que prohíben el que alguien se apodere sin derecho y sin su consentimiento de su información confidencial (secretos industriales), para usarla o revelarla a un tercero.

14.- Que diga si conoce a la persona moral denominada MATTEL SERVICIOS, S.A. DE C.V.

15.- Que diga desde cuándo conoce a la persona moral denominada MATTEL SERVICIOS, S.A. DE C.V.

16.- Que diga por qué conoce a la persona moral denominada MATTEL SERVICIOS, S.A. DE C.V.

17.- Que diga si sabe cuál es el objeto social de la persona moral denominada MATTEL SERVICIOS, S.A. DE C.V.

18.- Que diga si sabe si MATTEL SERVICIOS, S.A. DE C.V., con motivo de las actividades inherentes a su objeto social, guarda información confidencial (secretos industriales) reservada estrictamente para dichas actividades.

19.- Que diga si sabe si MATTEL SERVICIOS, S.A. DE C.V. cuenta con políticas internas que prohíben el que alguien se apodere sin derecho y sin su consentimiento de la información confidencial (secretos industriales), para usarla o revelarla a un tercero.

20.- Que diga si conoce a la persona moral denominada MGAE DE MEXICO, S. DE R.L. DE C.V.

21.- Que diga desde cuándo conoce a la persona moral denominada MGAE DE MEXICO, S. DE R.L. DE C.V.

22.- Que diga por qué conoce a la persona moral denominada MGAE DE MEXICO, S. DE R.L. DE C.V.

23.- Que diga si sabe cuál es el objeto social de la persona moral denominada MGAE DE MEXICO, S. DE R.L. DE C.V.

24.- Que diga si sabe si MGAE DE MÉXICO, S. DE R.L. DE C.V., con motivo de las actividades inherentes a su objeto social, guarda información confidencial (secretos industriales) reservada estrictamente para dichas actividades.

25.- Que diga si sabe si MGAE DE MÉXICO, S. DE R.L. DE C.V. cuenta con políticas internas que prohíben el que alguien se apodere sin derecho y sin su consentimiento de su información confidencial (secretos industriales), para usarla o revelarla a un tercero.

26.- Que diga si sabe si MGAE DE MÉXICO, S. DE R.L. DE C.V. cuenta con políticas que prohíben poseer, usar o revelar información confidencial (secretos industriales) de competidores de dicha empresa.

27.- Que diga si sabe si las políticas a que se refiere la pregunta que antecede, son similares a las que en otros países tienen empresas del mismo grupo de interés al que pertenece MGAE DE MÉXICO, S. DE R.L. DE C.V.

28.- Que diga si conoce a la persona moral denominada MGA ENTERTAINMENT  INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

29.- Que diga desde cuándo conoce a la persona moral denominada MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

30.- Que diga por qué conoce a la persona moral denominada MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

3

31.- Que diga si sabe cuál es el objeto social de la persona moral denominada MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

32.- Que diga si sabe si MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC., con motivo de las actividades inherentes a su objeto social, guarda información confidencial (secretos industriales) reservada estrictamente para dichas actividades.

33.- Que diga si sabe si MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC. cuenta con políticas internas que prohíben el que alguien se apodere de su información confidencial (secretos industriales), para usarla o revelarla a un tercero.

34.- Que diga si sabe si MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC. cuenta con políticas que prohíben poseer, usar o revelar información confidencial (secretos industriales) de competidores de dicha empresa.

35.- Que diga si sabe si las políticas a que se refiere la pregunta que antecede, son similares a las que en otros países tienen empresas del mismo grupo de interés al que pertenece MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

36.- Que diga si conoce al señor CARLOS GUSTAVO MACHADO GÓMEZ.

37.- Que diga desde cuándo conoce al señor CARLOS GUSTAVO MACHADO GÓMEZ.

38.- Que diga por qué conoce al señor CARLOS GUSTAVO MACHADO GÓMEZ.

39.- Que diga si sabe a qué se ha dedicado el señor CARLOS GUSTAVO MACHADO GÓMEZ en el período comprendido del año 2004 al año 2007.

40.- Que diga si sabe si el señor CARLOS GUSTAVO MACHADO GÓMEZ laboró para MATTEL SERVICIOS, S.A. DE C.V.

41.- Que diga si sabe si el señor CARLOS GUSTAVO MACHADO GÓMEZ realizó actividades para MATTEL DE MEXICO, S.A. DE C.V.

42.- Que diga si sabe si el señor CARLOS GUSTAVO MACHADO GÓMEZ realizó actividades para MATTEL INC.

43.- Que diga si sabe en qué lugar o lugares ha trabajado el señor CARLOS GUSTAVO MACHADO GÓMEZ en el período comprendido del año 2004 al año 2007.

44.- Que diga si sabe si el procesado CARLOS GUSTAVO MACHADO GÓMEZ en algún momento fue nombrado apoderado para pleitos y cobranzas, actos de administración y para otorgar y suscribir títulos de crédito, en nombre y representación de MGAE DE MEXICO, S. DE R.L. DE C.V.

45.- Que diga si sabe desde cuándo el procesado CARLOS GUSTAVO MACHADO GÓMEZ fue nombrado como apoderado en términos de la pregunta que antecede.

4

46.- Que diga si sabe el motivo por el cual el procesado CARLOS GUSTAVO MACHADO GÓMEZ fue nombrado como apoderado en términos de las dos preguntas que anteceden.

47.- Que diga si sabe el motivo por el cual se revocó el poder a que se refieren las tres preguntas que anteceden.

48.- Que diga si sabe si el procesado CARLOS GUSTAVO MACHADO GÓMEZ presumiblemente provocó pérdida de información en una computadora que le asignó MATTEL DE MÉXICO, S.A. DE C.V. como herramienta de trabajo.

49.- Que diga desde cuándo sabe el hecho mencionado en la pregunta que antecede.

50.- Que diga cómo se enteró del hecho mencionado en las dos preguntas que anteceden.

51.- Que diga si sabe si el procesado CARLOS GUSTAVO MACHADO GÓMEZ presumiblemente se apoderó de información confidencial (secretos industriales) que guardan MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC.

52.- Que diga desde cuándo sabe lo expuesto en la pregunta que antecede.

53.- Que diga cómo se enteró de lo expuesto en las dos preguntas que anteceden.

54.- Que diga qué hizo cuando se enteró de lo expuesto en las tres preguntas que anteceden.

55.- Que diga si sabe si MGAE DE MÉXICO, S. DE R.L. DE C.V. se enteró que el procesado CARLOS GUSTAVO MACHADO GÓMEZ presumiblemente se apoderó de información confidencial (secretos industriales) que guardan MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC.

56. Do you at what time MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts stated in the previous question?

57. Do you know how MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts stated in the previous two questions?

58. Do you know what MGAE DE MÉXICO, S. DE R.L. DE C.V. did upon learning of the facts stated in the previous three questions?

59. Did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

60. How many times did you meet with the defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

61. For what reason or reasons were your meetings with defendant CARLOS GUSTAVO MACHADO GÓMEZ held during the year 2004?

62. Where were your meetings with defendant CARLOS GUSTAVO MACHADO GÓMEZ held during the year 2004?

5

63. Did you have telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

64. How many telephone conversations did you have with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

65. What were the reasons for the telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

66. Did you have communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by means of electronic mail during the year 2004?

67. How many times did you carry out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2004?

68. What were the reasons for which you carried out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2004?

69. Did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

70. How many times did you meet with the defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

71. For what reasons did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

72.- Where were your meetings with defendant CARLOS GUSTAVO MACHADO GÓMEZ held during the year 2005?

73. Did you have telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

74. How many telephone conversations did you have with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

75. What the reasons were for the telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

76. Did you have communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by means of electronic mail during the year 2005?

77. How many times did you carry out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2005?

78. For what reason did you carry out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2005?

79. Did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

6

80. How many times did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

81. For what reasons did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

82. Where were your meetings with defendant CARLOS GUSTAVO MACHADO GÓMEZ held during the year 2006?

83. Did you have telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

84. How many telephone conversations did you have with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

85. What were the reasons for the telephone conversations held with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

86. Did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

87. How many times did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

88. What were the reasons for your meetings with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

89. Where were your meetings with defendant CARLOS GUSTAVO MACHADO GÓMEZ held during the year 2007?

90. Did you have telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

91. How many times did you hold telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

92. What were the reasons for the telephone conversations held with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

93. Did you have communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by means of electronic mail during the year 2007?

94. How many times did you have communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by means of electronic mail during the year 2007?

95. For what reasons did you carry out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2007?

96. Do you know PABLO VARGAS SAN JOSÉ?

97. How long have you known PABLO VARGAS SAN JOSÉ?

98. How did you come to know PABLO VARGAS SAN JOSÉ?

99. Do you what in what job PABLO VARGAS SAN JOSÉ worked during the period 2004 to 2007?

100. Do you know whether PABLO VARGAS SAN JOSÉ worked for MATTEL SERVICIOS, S.A. DE C.V.?

101. Do you know whether PABLO VARGAS SAN JOSÉ carried out activities for MATTEL DE MEXICO, S.A. DE C.V.?

102. Do you know whether PABLO VARGAS SAN JOSÉ carried out activities for MATTEL INC.?

103. Do you know in what place or places PABLO VARGAS SAN JOSÉ worked during the period 2004 to 2007?

104. Do you know that defendant PABLO VARGAS SAN JOSÉ allegedly took confidential information (trade secrets) held by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

105. When did you learn of the facts stated in the preceding question?

106. How did you learn of the facts stated in the preceding two questions?

107. What did you do when you learned of the facts stated in the three preceding questions?

108. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. learned that defendant PABLO VARGAS SAN JOSÉ allegedly took confidential information (trade secrets) held by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

109. Do you know when MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts stated in the previous question?

110. Do you know how MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts stated in the previous two questions?

111. Do you know what MGAE DE MÉXICO, S. DE R.L. DE C.V. did upon learning of the facts stated in the previous three questions?

112. Did you meet with PABLO VARGAS SAN JOSÉ during the year 2004?

113. How many times did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

114. For what reasons did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

8

115. Where were your meetings with defendant PABLO VARGAS SAN JOSÉ held during the year 2004?

116. Did you have telephone conversations with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

117. How many telephone conversations did you have with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

118. What were the reasons for the telephone conversations you had with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

119. Did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

120. How many times did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

121. What were the reasons for your electronic mail communication with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

122. Did you meet with PABLO VARGAS SAN JOSÉ during the year 2005?

123. How many times did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

124. For what reasons did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

125. Where were the meetings with defendant PABLO VARGAS SAN JOSÉ held during the year 2005?

126. Did you have telephone conversations with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

127. How many telephone conversations did you have with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

128. What were the reasons for the telephone conversations you had with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

129. Did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

130. How many times did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

131. What were the reasons for your electronic mail communication with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

132. Did you meet with PABLO VARGAS SAN JOSÉ during the year 2006?

9

133. How many times did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

134. For what the reasons did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

135. Where were your meetings with defendant PABLO VARGAS SAN JOSÉ held during the year 2006?

136. Did you have telephone conversations with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

137. How many telephone conversations did you have with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

138. What were the reasons for the telephone conversations you had with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

139. Did you meet with PABLO VARGAS SAN JOSÉ during the year 2007?

140. How many times did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

141. For what reasons or reasons were your meetings with defendant PABLO VARGAS SAN JOSÉ held during the year 2007?

142. Where were your meetings with defendant PABLO VARGAS SAN JOSÉ held during the year 2007?

143. Did you have telephone conversations with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

144. How many telephone conversations did you have with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

145. For what reasons were the telephone conversations held with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

146. Did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

147. How many times did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

148. What were the reasons for your electronic mail communication with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

149. Do you know MARIANA TRUEBA ALMADA?

150. How long have you known MARIANA TRUEBA ALMADA?

10

151. How did you come to know MARIANA TRUEBA ALMADA?

152. Do you know in what job MARIANA TRUEBA ALMADA worked during the period 2004 to 2007?

153. Do you know whether MARIANA TRUEBA ALMADA worked for MATTEL SERVICIOS, S.A. DE C.V.?

154. Do you know whether MARIANA TRUEBA ALMADA carried out activities for MATTEL DE MEXICO, S.A. DE C.V.?

155. Do you know whether MARIANA TRUEBA ALMADA carried out activities for MATTEL INC.?

156. Do you know in what location or locations MARIANA TRUEBA ALMADA worked during the period 2004 to 2007?

157. Do you know whether the defendant MARIANA TRUEBA ALMADA allegedly took confidential information (trade secrets) kept by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

158. When did you learn of the facts of the preceding question?

159. How did you learn of the facts of the preceding two questions?

160. What did you do when you learned of the facts of the preceding three questions?

161. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. learned that the defendant MARIANA TRUEBA ALMADA allegedly took confidential information (trade secrets) kept by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

162. Do you know when MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts of the preceding question?

163. Do you know how MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts of the preceding two questions?

164. Do you know what MGAE DE MÉXICO, S. DE R.L. DE C.V. did upon learning of the facts of the preceding three questions?

165. Did you meet with defendant MARIANA TRUEBA ALMADA during the year 2004?

166. How many times did you meet with defendant MARIANA TRUEBA ALMADA during the year 2004?

167. What were the reasons for your meetings with defendant MARIANA TRUEBA ALMADA during the year 2004?

168. Where were your meetings with defendant MARIANA TRUEBA ALMADA held during the year 2004?

11

169. Did you have phone conversations with defendant MARIANA TRUEBA ALMADA during the year 2004?

170. How many telephone conversations did you have with defendant MARIANA TRUEBA ALMADA during the year 2004?

171. What were the reasons for the telephone conversations which you held with defendant MARIANA TRUEBA ALMADA during the year 2004?

172. Did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2004?

173. How many times did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2004?

174. What were the reasons for the electronic mail communication with defendant MARIANA TRUEBA ALMADA during the year 2004?

175. Did you meet with defendant MARIANA TRUEBA ALMADA during the year 2005?

176. How many times did you meet with defendant MARIANA TRUEBA ALMADA during the year 2005?

177. What were the reasons for your meetings with defendant MARIANA TRUEBA ALMADA during the year 2005?

178. Where were your meetings with defendant MARIANA TRUEBA ALMADA held during the year 2005?

179. Did you have telephone conversations with defendant MARIANA TRUEBA ALMADA during the year 2005?

180. How many telephone conversations did you have defendant MARIANA TRUEBA ALMADA during the year 2005?

181. What were the reasons for the telephone conversations which you held with defendant MARIANA TRUEBA ALMADA during the year 2005?

182. Did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2005?

183. How many times did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2005?

184. What were the reasons for the electronic mail communication with defendant MARIANA TRUEBA ALMADA during the year 2005?

185. Did you meet with defendant MARIANA TRUEBA ALMADA during the year 2006?

12

186. How many times did you meet with defendant MARIANA TRUEBA ALMADA during the year 2006?

187. What were the reasons for your meetings with defendant MARIANA TRUEBA ALMADA during the year 2006?

188. Where were your meetings with defendant MARIANA TRUEBA ALMADA held during the year 2006?

189. Did you have telephone conversations with defendant MARIANA TRUEBA ALMADA during the year 2006?

190. How many telephone conversations did you have with defendant MARIANA TRUEBA ALMADA during the year 2006?

191. What were the reasons for the telephone conversations which you held with defendant MARIANA TRUEBA ALMADA during the year 2006?

192. Did you meet with defendant MARIANA TRUEBA ALMADA during the year 2007?

193. How many times did you meet with defendant MARIANA TRUEBA ALMADA during the year 2007?

194. What were the reasons for your meetings with defendant MARIANA TRUEBA ALMADA during the year 2007?

195. Where were your meetings with defendant MARIANA TRUEBA ALMADA held during the year 2007?

196. Did you have telephone conversations with defendant MARIANA TRUEBA ALMADA during the year 2007?

197.- Que diga cuántas veces sostuvo conversaciones telefónicas con la procesada MARIANA TRUEBA ALMADA durante el año 2007.

198.- Que diga cuál o cuáles fueron los motivos de las conversaciones telefónicas que sostuvo con la procesada MARIANA TRUEBA ALMADA durante el año 2007.

199.- Que diga si sostuvo comunicaciones vía correo electrónico con la procesada MARIANA TRUEBA ALMADA durante el año 2007.

200.- Que diga cuántas veces sostuvo comunicaciones vía correo electrónico con la procesada MARIANA TRUEBA ALMADA durante el año 2007.

201.- Que diga cuál o cuáles fueron los motivos de las comunicaciones vía correo electrónico que sostuvo con la procesada MARIANA TRUEBA ALMADA durante el año 2007.

202.- Que diga si conoce al señor JEAN PAUL FARAH.

203.- Que diga desde cuándo conoce al señor JEAN PAUL FARAH.

Exhibit A
Page 215

204.- Que diga por qué conoce al señor JEAN PAUL FARAH.

205.- Que diga si sabe a qué se dedica el señor JEAN PAUL FARAH.

206.- Que diga si conoce al señor THOMAS PARK.

207.- Que diga desde cuándo conoce al señor THOMAS PARK.

208.- Que diga por qué conoce al señor THOMAS PARK.

209.- Que diga si sabe a qué se dedica el señor THOMAS PARK.

210.- Que diga si conoce a la señora DAPHNE GRONICH.

211.- Que diga desde cuándo conoce a la señora DAPHNE GRONICH.

212.- Que diga por qué conoce a la señora DAPHNE GRONICH.

213.- Que diga si sabe a qué se dedica la señora DAPHNE GRONICH.

214.- Que diga si conoce a la señora SUSANA KUEMMERLE.

215.- Que diga desde cuándo conoce a la señora SUSANA KUEMMERLE.

216.- Que diga por qué conoce a la señora SUSANA KUEMMERLE.

217.- Que diga si sabe a qué se dedica la señora SUSANA KUEMMERLE.

218.- Que diga si conoce a la señora MARÍA DEL CARMEN MÉNDEZ HERNÁNDEZ.

219.- Que diga desde cuándo conoce a la señora MARÍA DEL CARMEN MÉNDEZ HERNÁNDEZ.

220.- Que diga por qué conoce a la señora MARÍA DEL CARMEN MÉNDEZ HERNÁNDEZ.

221.- Que diga si sabe a qué se dedica la señora MARÍA DEL CARMEN MÉNDEZ HERNÁNDEZ.

222.- Que diga si conoce la dirección de correo electrónico Larianl1@mgae.com.

223.- Que diga desde cuándo conoce la dirección de correo electrónico Larianl1@mgae.com

224.- Que diga por qué conoce la dirección de correo electrónico Larianl1@mgae.com

225.- Que diga si sabe a quién pertenece la dirección de correo electrónico Larianl1@mgae.com

226.- Que diga si conoce la dirección de correo electrónico Plot04@aol.com.

14

227.- Que diga desde cuándo conoce la dirección de correo electrónico Plot04@aol.com.

228.- Que diga por qué conoce la dirección de correo electrónico Plot04@aol.com.

229.- Que diga si sabe a quién pertenece la dirección de correo electrónico Plot04@aol.com.

230.- Que diga si conoce la dirección de correo electrónico Cmendez14@aol.com.

231.- Que diga desde cuándo conoce la dirección de correo electrónico Cmendez14@aol.com.

232.- Que diga por qué conoce la dirección de correo electrónico Cmendez14@aol.com.

233.- Que diga si sabe a quién pertenece la dirección de correo electrónico Cmendez14@aol.com.

234.- Que diga si conoce la dirección de correo electrónico DGronich@mgae.com.

235.- Que diga desde cuándo conoce la dirección de correo electrónico DGronich@mgae.com.

236.- Que diga por qué conoce la dirección de correo electrónico DGronich@mgae.com.

237.- Que diga si sabe a quién pertenece la dirección de correo electrónico DGronich@mgae.com.

238.- Que diga si conoce la dirección de correo electrónico Argentrade@aol.com.

239.- Que diga desde cuándo conoce la dirección de correo electrónico Argentrade@aol.com.

240.- Que diga por qué conoce la dirección de correo electrónico Argentrade@aol.com.

241.- Que diga si sabe a quién pertenece la dirección de correo electrónico Argentrade@aol.com.

242.- Que diga si conoce la dirección de correo electrónico jpfarah@rhm.com.mx.

243.- Que diga desde cuándo conoce la dirección de correo electrónico jpfarah@rhm.com.mx.

244.- Que diga por qué conoce la dirección de correo electrónico jpfarah@rhm.com.mx.

245.- Que diga si sabe a quién pertenece la dirección de correo electrónico jpfarah@rhm.com.mx.

246.- Que diga si conoce la dirección de correo electrónico TPark@mgae.com.

15

247.- Que diga desde cuándo conoce la dirección de correo electrónico TPark@mgae.com.

248.- Que diga por qué conoce la dirección de correo electrónico TPark@mgae.com.

249.- Que diga si sabe a quién pertenece la dirección de correo electrónico TPark@mgae.com.

250.- Una vez que le sean puestos a la vista los documentos que como ANEXO 81 se acompañaron al escrito de denuncia y querella que diga si sabe a qué se refieren.

251.- Que diga si sabe el por qué se envió el correo electrónico de la dirección Plot04@aol.com a la dirección Larianl1@mgae.com el día 22 de marzo de 2004, mismo que obra en el legajo que como anexo 81 se acompañó al escrito de denuncia y/o querella.

252.- Que diga si sabe el por qué se envió el correo electrónico de la dirección Cmendez14@aol.com a Larianl1@mgae.com el día 2 de abril de 2004, mismo que obra en el legajo como anexo 81 se acompañó al escrito de denuncia y/o querella.

253.- Que diga si sabe el por qué se envió el correo electrónico de la dirección Larianl1@mgae.com a la dirección Plot04@aol.com y otras, el día 14 de abril de 2004, mismo que obra en el legajo como anexo 81 se acompañó al escrito de denuncia y/o querella.

254.- Que diga si sabe el motivo por el cual aparece el nombre de Isaac Larian a un lado de la dirección de correo electrónico Larianl1@mgae.com, en el correo electrónico enviado de la dirección Larianl1@mgae.com a la dirección Plot04@aol.com y otras, el día 14 de abril de 2004, mismo que obra en el legajo como anexo 81 se acompañó al escrito de denuncia y/o querella.

255.- Que diga si sabe el por qué se envió el correo electrónico de la dirección postmaster@mgae.com a la dirección Plot04@aol.com, el día 14 de abril de 2004, en el que se anexa un correo electrónico enviado de la dirección Plot04@aol.com a TPark@mgae.com con copia para la dirección de correo electrónico Larianl1@mgae.com, mismo que obra en el legajo como anexo 81 se acompañó al escrito de denuncia y/o querella.

256.- Que diga si sabe el por qué se envió el correo electrónico de la dirección Argentrade@aol.com a la dirección Plot04@aol.com, el día 15 de abril de 2004, en el que se anexa un correo electrónico enviado el día 14 de abril de 2004, de la dirección Argentrade@aol.com a la dirección de correo electrónico Larianl1@mgae.com y otra, mismo que obra en el legajo como anexo 81 se acompañó al escrito de denuncia y/o querella.

257.- Que diga si sabe el por qué se envió el correo electrónico de la dirección Plot04@aol.com a la dirección TPark@mgae.com, el día 15 de abril de 2004, en el que se marca copia a la dirección de correo electrónico Larianl1@mgae.com y otra, mismo que obra en el legajo como anexo 81 se acompañó al escrito de denuncia y/o querella.

16

258.- Una vez que le sean puestos a la vista los documentos que como ANEXO 84 se acompañaron al escrito de denuncia y querella que diga si sabe a qué se refieren.

259.- Que diga si sabe el por qué se envió el correo electrónico de la dirección Plot04@aol.com a la dirección jpfarah@rhm.com.mx, el día 15 de abril de 2004, con copia, entre otras direcciones, a la dirección de correo electrónico Larianl1@mgae.com, mismo que obra en el legajo como anexo 84 se acompañó al escrito de denuncia y/o querella.

260.- Que diga si sabe el por qué se envió el correo electrónico de la dirección Plot04@aol.com a la dirección jpfarah@rhm.com.mx, el día 15 de abril de 2004, en el que se marca copia a la dirección de correo electrónico Larianl1@mgae.com y otras, mismo que obra en el legajo como anexo 84 se acompañó al escrito de denuncia y/o querella.

261.- Que diga si conoce el número telefónico 59054119

262.- Que diga desde cuándo conoce el número telefónico 59054119

263.- Que diga por qué conoce el número telefónico 59054119

264.- Que diga si sabe a quién pertenece el número telefónico 59054119

265.- Que diga si conoce el número telefónico 59054114

266.- Que diga desde cuándo conoce el número telefónico 59054114

267.- Que diga por qué conoce el número telefónico 59054114

268.- Que diga si sabe a quién pertenece el número telefónico 59054114

269.- Que diga si conoce el número telefónico 59054113

270.- Que diga desde cuándo conoce el número telefónico 59054113

271.- Que diga por qué conoce el número telefónico 59054113

272.- Que diga si sabe a quién pertenece el número telefónico 59054113

273.- Que diga si conoce el número telefónico 10419032

274.- Que diga desde cuándo conoce el número telefónico 10419032

275.- Que diga por qué conoce el número telefónico 10419032

276.- Que diga si sabe a quién pertenece el número telefónico 10419032

277.- Que diga si conoce el número telefónico 10407847

278.- Que diga desde cuándo conoce el número telefónico 10407847

279.- Que diga por qué conoce el número telefónico 10407847

17

280.- Que diga si sabe a quién pertenece el número telefónico 10407847

281.- Que diga si conoce el número telefónico  044 55 54 38 92 44

282.- Que diga desde cuándo conoce el número telefónico 044 55 54 38 92 44

283.- Que diga por qué conoce el número telefónico 044 55 54 38 92 44

284.- Que diga si sabe a quién pertenece el número telefónico 044 55 54 38 92 44

285.- Que diga si sabe qué es un dispositivo USB y para qué sirve.

286.- Que diga si ha tenido el cargo de gerente en la persona moral MGAE DE MEXICO, S. DE R.L. DE C.V.

287.- Que diga el período o períodos que ha desempeñado el cargo de gerente en la persona moral MGAE DE MÉXICO, S. DE R.L. DE C.V.

288.- Que diga las funciones que ha desempeñado ejerciendo el cargo de gerente en la persona moral MGAE DE MÉXICO, S. DE R.L. DE C.V.

289.- Que diga qué políticas ha implementado como gerente de la persona moral MGAE DE MÉXICO, S. DE R.L. DE C.V., para evitar que en dicha empresa se utilice o revele información confidencial (secretos industriales) que corresponde a terceros competidores.

290.- Que diga qué políticas implementó como gerente de la persona moral MGAE DE MÉXICO, S. DE R.L. DE C.V., para evitar que en dicha empresa se utilizara o revelara información confidencial (secretos industriales) que corresponde a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC.

291.- Si ha dejado de tener dicho cargo de gerente en la persona moral MGAE DE MEXICO, S. DE R.L. DE C.V., que diga por qué motivo dejó de serlo.

292.- En relación a lo expuesto en la pregunta que antecede, que diga desde cuándo dejó de serlo.

293.- Que diga si sabe quién o quiénes en su caso son los actuales gerentes de MGAE DE MEXICO, S. DE R.L. DE C.V.

294.- Que diga si conoce el domicilio ubicado en Avenida Insurgentes Sur número 1989, piso 15, colonia Florida, Código Postal 01030, México Distrito Federal, en el que se encuentra el edificio conocido como "Torre Siglum".

295.- Que diga si sabe si MGAE DE MEXICO, S. DE R.L. DE C.V. tiene como su domicilio el mencionado en la pregunta que antecede.

296.- Que diga si sabe desde cuándo tiene MGAE DE MEXICO, S. DE R.L. DE C.V. como su domicilio el mencionado en las dos preguntas que anteceden.

297.- Que diga si sabe quien llevó a cabo la negociación para establecer el domicilio mencionado en las tres preguntas que anteceden.

298.- Que diga si sabe si en el domicilio mencionado en las cuatro preguntas que anteceden, se llevó a cabo un cateo ordenado por la Juez Quinto de Procesos Penales Federales en el Distrito Federal.

299.- Que diga si conoce los resultados del cateo identificado en la pregunta que antecede.

300.- Que diga si sabe qué medidas asumió MGAE DE MÉXICO, S. DE R.L. DE C.V. con motivo de la celebración del cateo a que se refiere las dos preguntas que anteceden, en relación con los tres procesados vinculados a la causa en la que se actúa.

301.- Que diga si sabe qué medidas asumió MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT, INC. con motivo de la celebración del cateo a que se refieren las tres preguntas que anteceden, en relación con los tres procesados vinculados a la causa en la que se actúa.

302.- Que diga las medidas que en lo personal y como gerente de MGAE DE MÉXICO, S. DE R.L. DE C.V., asumió con motivo de la celebración del cateo a que se refieren las cuatro preguntas que anteceden, en relación con los tres procesados vinculados a la causa en la que se actúa.

303.- Que diga las medidas que en lo personal y como directivo de MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT, INC. asumió con motivo de la celebración del cateo a que se refieren las cinco preguntas que anteceden, en relación con los tres procesados vinculados a la causa en la que se actúa.

304.- Que diga si conoce al señor JOSE CARLOS AGUIRRE MALDONADO.

305.- Que diga desde cuándo conoce al señor JOSE CARLOS AGUIRRE MALDONADO.

306.- Que diga por qué conoce al señor JOSE CARLOS AGUIRRE MALDONADO.

307.- Que diga si sabe a qué se dedica el señor JOSE CARLOS AGUIRRE MALDONADO.

308.- Que diga si sabe el por qué en la diligencia de cateo a que se refiere la pregunta 298, el señor JOSÉ CARLOS AGUIRRE MALDONADO estableció que los documentos contenidos en el disco duro asegurado por la autoridad correspondía a información confidencial correspondiente a MGAE DE MÉXICO, S. DE R.L. DE C.V.

309.- Que diga si para una empresa sería útil conocer y/o utilizar información confidencial relativa a ventas, mercadotecnia y finanzas de las empresas que representan su competencia.

310.- Que diga el motivo por el cual sería útil para una empresa conocer y/o utilizar lo expuesto en la pregunta que antecede.

311.- Que diga si sería útil para MGAE DE MEXICO, S. DE R.L. DE C.V. conocer y/o utilizar información confidencial relativa a ventas, mercadotecnia y finanzas de las empresas que representan su competencia en el mercado de juguetes.

312.- Que diga el motivo por el cual sería útil para MGAE DE MEXICO, S. DE R.L. DE C.V. conocer y/o utilizar lo expuesto en la pregunta que antecede.

313.- Que diga, una vez que le sea puesto a la vista el anexo 77 del escrito de denuncia y/o querella, si sabe a qué se refiere.

314.- Que diga, una vez que le sea puesto a la vista el anexo 78 del escrito de denuncia y/o querella, si sabe a qué se refiere.

315.- Que diga, una vez que le sea puesto a la vista el anexo 79 del escrito de denuncia y/o querella, si sabe a qué se refiere.

316.- Que diga, una vez que le sea puesto a la vista el anexo 80 del escrito de denuncia y/o querella, si sabe a qué se refiere.

317.- Que diga el motivo por el cual MGAE DE MEXICO, S. DE R.L. DE C.V. hizo la oferta de trabajo contenida en el documento que como anexo 77 se acompañó al escrito de denuncia y/o querella.

318.- Que diga el motivo por el cual MGAE DE MEXICO, S. DE R.L. DE C.V. hizo la oferta de trabajo contenida en el documento que como anexo 78 se acompañó al escrito de denuncia y/o querella.

319.- Que diga el motivo por el cual MGAE DE MEXICO, S. DE R.L. DE C.V. hizo la oferta de trabajo contenida en el documento que como anexo 79 se acompañó al escrito de denuncia y/o querella.

320.- Que diga el motivo por el cual MGAE DE MEXICO, S. DE R.L. DE C.V. preparó el contrato de trabajo a que se refiere el anexo 80 que se acompañó al escrito de denuncia y/o querella.

321.- Que diga si sabe el monto mensual que como salario percibió el procesado CARLOS GUSTAVO MACHADO GÓMEZ de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2004.

322.- Que diga si sabe el monto mensual que como salario percibió el procesado CARLOS GUSTAVO MACHADO GÓMEZ de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2005.

323.- Que diga si sabe el monto mensual que como salario percibió el procesado CARLOS GUSTAVO MACHADO GÓMEZ de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2006.

324.- Que diga si sabe el monto mensual que como salario percibe el procesado CARLOS GUSTAVO MACHADO GÓMEZ de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2007.

325.- Que diga si sabe si durante el año 2004 el procesado CARLOS GUSTAVO MACHADO GÓMEZ recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

326.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

327.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

328.- Que diga si sabe si durante el año 2005 el procesado CARLOS GUSTAVO MACHADO GÓMEZ recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

329.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

330.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

331.- Que diga si sabe si durante el año 2006 el procesado CARLOS GUSTAVO MACHADO GÓMEZ recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

332.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

333.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

334.- Que diga si sabe si durante el año 2007 el procesado CARLOS GUSTAVO MACHADO GÓMEZ recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

335.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

336.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

337.- Que diga si sabe si durante el año 2004 el procesado CARLOS GUSTAVO MACHADO GÓMEZ recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

338.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

339.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

21

340.- Que diga si sabe si durante el año 2005 el procesado CARLOS GUSTAVO MACHADO GÓMEZ recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

341.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

342.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

343.- Que diga si sabe si durante el año 2006 el procesado CARLOS GUSTAVO MACHADO GÓMEZ recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

344.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

345.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

346.- Que diga si sabe si durante el año 2007 el procesado CARLOS GUSTAVO MACHADO GÓMEZ recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

347.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

348.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

349.- Que diga si sabe las actividades que en específico desarrolló el procesado CARLOS GUSTAVO MACHADO GÓMEZ al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2004.

350.- Que diga si sabe las actividades que en específico desarrolló el procesado CARLOS GUSTAVO MACHADO GÓMEZ al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2005.

351.- Que diga si sabe las actividades que en específico desarrolló el procesado CARLOS GUSTAVO MACHADO GÓMEZ al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2006.

352.- Que diga si sabe las actividades que en específico desarrolló el procesado CARLOS GUSTAVO MACHADO GÓMEZ al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2007.

353.- Que diga si sabe si CARLOS GUSTAVO MACHADO GÓMEZ utilizó al interior de MGAE DE MÉXICO, S. DE R.L. DE C.V. la información confidencial (secretos industriales) de la que presumiblemente se apoderó y que corresponde a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC.

354.- Que diga si sabe de qué manera el procesado CARLOS GUSTAVO MACHADO GÓMEZ utilizó la información confidencial a que se refiere la pregunta anterior.

355.- Que diga si sabe los beneficios comerciales que trajo aparejada la utilización de la información confidencial por parte de CARLOS GUSTAVO MACHADO GÓMEZ a que se refieren las dos preguntas anteriores.

356.- Que diga si sabe el monto mensual que como salario percibió el procesado PABLO VARGAS SAN JOSÉ de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2004.

357.- Que diga si sabe el monto mensual que como salario percibió el procesado PABLO VARGAS SAN JOSÉ de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2005.

358.- Que diga si sabe el monto mensual que como salario percibió el procesado PABLO VARGAS SAN JOSÉ de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2006.

359.- Que diga si sabe el monto mensual que como salario percibe el procesado PABLO VARGAS SAN JOSÉ de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2007.

360.- Que diga si sabe si durante el año 2004 el procesado PABLO VARGAS SAN JOSÉ recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

361.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

362.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

363.- Que diga si sabe si durante el año 2005 el procesado PABLO VARGAS SAN JOSÉ recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

364.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

365.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

366.- Que diga si sabe si durante el año 2006 el procesado PABLO VARGAS SAN JOSÉ recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

367.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

368.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

369.- Que diga si sabe si durante el año 2007 el procesado PABLO VARGAS SAN JOSÉ recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

370.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

371.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

372.- Que diga si sabe si durante el año 2004 el procesado PABLO VARGAS SAN JOSÉ recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

373.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

374.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

375.- Que diga si sabe si durante el año 2005 el procesado PABLO VARGAS SAN JOSÉ recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

376.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

377.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las preguntas que anteceden.

378.- Que diga si sabe si durante el año 2006 el procesado PABLO VARGAS SAN JOSÉ recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

379.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

380.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

381.- Que diga si sabe si durante el año 2007 el procesado PABLO VARGAS SAN JOSÉ recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

382.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

383.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

384.- Que diga si sabe las actividades que en específico desarrolló el procesado PABLO VARGAS SAN JOSÉ al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2004.

385.- Que diga si sabe las actividades que en específico desarrolló el procesado PABLO VARGAS SAN JOSÉ al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2005.

24

386.- Que diga si sabe las actividades que en específico desarrolló el procesado PABLO VARGAS SAN JOSÉ al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2006.

387.- Que diga si sabe las actividades que en específico desarrolló el procesado PABLO VARGAS SAN JOSÉ al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2007.

388.- Que diga si sabe si PABLO VARGAS SAN JOSÉ utilizó al interior de MGAE DE MÉXICO, S. DE R.L. DE C.V. la información confidencial (secretos industriales) de la que presumiblemente se apoderó y que corresponde a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC.

389.- Que diga si sabe de qué manera el procesado PABLO VARGAS SAN JOSÉ utilizó la información confidencial a que se refiere la pregunta anterior.

390.- Que diga si sabe los beneficios comerciales que trajo aparejada la utilización de la información confidencial por parte de PABLO VARGAS SAN JOSÉ a que se refieren las dos preguntas anteriores.

391.- Que diga si sabe el monto mensual que como salario percibió la procesada MARIANA TRUEBA ALMADA de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2004.

392.- Que diga si sabe el monto mensual que como salario percibió la procesada MARIANA TRUEBA ALMADA de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2005.

393.- Que diga si sabe el monto mensual que como salario percibió la procesada MARIANA TRUEBA ALMADA de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2006.

394.- Que diga si sabe el monto mensual que como salario percibe la procesada MARIANA TRUEBA ALMADA de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2007.

395.- Que diga si sabe si durante el año 2004 la procesada MARIANA TRUEBA ALMADA recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

396.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

397.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

398.- Que diga si sabe si durante el año 2005 la procesada MARIANA TRUEBA ALMADA recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

399.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

400.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

401.- Que diga si sabe si durante el año 2006 la procesada MARIANA TRUEBA ALMADA recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

402.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

403.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

404.- Que diga si sabe si durante el año 2007 la procesada MARIANA TRUEBA ALMADA recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

405.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

406.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

407.- Que diga si sabe si durante el año 2004 la procesada MARIANA TRUEBA ALMADA recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

408.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

409.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

410.- Que diga si sabe si durante el año 2005 la procesada MARIANA TRUEBA ALMADA recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

411.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

412.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

413.- Que diga si sabe si durante el año 2006 la procesada MARIANA TRUEBA ALMADA recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

414.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

415.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

416.- Que diga si sabe si durante el año 2007 la procesada MARIANA TRUEBA ALMADA recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

417.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

418.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

419.- Que diga si sabe las actividades que en específico desarrolló la procesada MARIANA TRUEBA ALMADA al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2004.

420.- Que diga si sabe las actividades que en específico desarrolló la procesada MARIANA TRUEBA ALMADA al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2005.

421.- Que diga si sabe las actividades que en específico desarrolló la procesada MARIANA TRUEBA ALMADA al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2006.

422.- Que diga si sabe las actividades que en específico desarrolló la procesada MARIANA TRUEBA ALMADA al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2007.

423.- Que diga si sabe si MARIANA TRUEBA ALMADA utilizó al interior de MGAE DE MÉXICO, S. DE R.L. DE C.V. la información confidencial (secretos industriales) de la que presumiblemente se apoderó y que corresponde a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC.

424.- Que diga si sabe de qué manera la procesada MARIANA TRUEBA ALMADA utilizó la información confidencial a que se refiere la pregunta anterior.

425.- Que diga si sabe los beneficios comerciales que trajo aparejada la utilización de la información confidencial por parte de MARIANA TRUEBA ALMADA a que se refieren las dos preguntas anteriores.

426.- Que diga si sabe si el desarrollo de la nueva línea BRATZ para el año 2005 observó cambios una vez que los procesados dejaron de trabajar para MATTEL SERVICIOS, S.A. DE C.V. y por ende para MATTEL DE MÉXICO, S.A. DE C.V.

427.- Que diga si sabe si dichos cambios obedecieron a información proporcionada y/o utilizada por los ahora procesados.

428.- Que diga si sabe si estrategias relacionadas con publicidad y promociones en México observaron cambios una vez que los procesados dejaron de trabajar para MATTEL SERVCIOS, S.A. DE C.V. y por ende para MATTEL DE MÉXICO, S.A. DE C.V.

429.- Que diga si sabe si dichos cambios obedecieron a información proporcionada y/o utilizada por los ahora procesados.

430.- Que diga si sabe si estrategias relacionadas con precios, márgenes y descuentos en México observaron cambios una vez que los procesados dejaron de trabajar para MATTEL SERVCIOS, S.A. DE C.V. y por ende para MATTEL DE MÉXICO, S.A. DE C.V.

431.- Que diga si sabe si dichos cambios obedecieron a información proporcionada y/o utilizada por los ahora procesados.

432.- Que diga si sabe si los procesados formularon propuestas y planes con respecto a MGAE DE MÉXICO, S. DE R.L. DE C.V. y sus operaciones (incluyendo mercadotecnia, política de precios, etc.) y/o alguna empresa de su mismo grupo de interés, antes de que renunciaran al puesto que ocupaban en MATTEL SERVICIOS, S.A. DE C.V. para irse a trabajar a MGAE DE MÉXICO, S. DE R.L. DE C.V.

433.- Que diga si sabe en qué consistieron las propuestas y planes a que se refiere la pregunta que antecede.

434.- Que diga si sabe si los procesados prepararon algún análisis del mercado mexicano de juguetes y cómo crecer en el mismo por parte de MGAE DE MÉXICO, S. DE R.L. DE C.V., antes de que renunciaran al puesto que ocupaban en MATTEL SERVICIOS, S.A. DE C.V. para irse a trabajar a MGAE DE MÉXICO, S. DE R.L. DE C.V.

435.- Que diga si sabe en qué consistió el análisis apuntado en la pregunta que antecede.

436.- Que diga si en algún momento tuvo a la vista la información confidencial (secretos industriales) de la cual presumiblemente se apoderó el procesado CARLOS GUSTAVO MACHADO GÓMEZ vinculada a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC. y que se encuentra relacionada con la presente causa.

437.- Que diga en dónde tuvo a la vista la información confidencial (secretos industriales) a que se refiere la pregunta que antecede.

438.- Que diga en qué consistió la información confidencial (secretos industriales) a que se refieren las dos preguntas que anteceden.

439.- Que diga si en algún momento tuvo conocimiento de parte o de la totalidad de la información confidencial (secretos industriales) de la cual presumiblemente se apoderó el procesado CARLOS GUSTAVO MACHADO GÓMEZ, vinculada a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC., y que se encuentra relacionada con la presente causa.

440.- Que diga si sabe si en algún momento alguna persona vinculada al grupo de interés encabezado por MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT, INC. tuvo conocimiento  de parte o de la totalidad de la información confidencial (secretos industriales), vinculada a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC., de la cual se apoderó el procesado CARLOS GUSTAVO MACHADO GÓMEZ.

441.- Que diga si en algún momento tuvo a la vista la información confidencial (secretos industriales) de la cual presumiblemente se apoderó el procesado PABLO VARGAS SAN

JOSÉ vinculada a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC. y que se encuentra relacionada con la presente causa.

442.- Que diga en dónde tuvo a la vista la información confidencial (secretos industriales) a que se refiere la pregunta que antecede.

443.- Que diga en qué consistió la información confidencial (secretos industriales) a que se refieren las dos preguntas que anteceden.

444.- Que diga si en algún momento tuvo conocimiento de parte o de la totalidad de la información confidencial (secretos industriales) de la cual presumiblemente se apoderó el procesado PABLO VARGAS SAN JOSÉ, vinculada a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC., y que se encuentra relacionada con la presente causa.

445.- Que diga si sabe si en algún momento alguna persona vinculada al grupo de interés encabezado por MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT, INC. tuvo conocimiento de parte o de la totalidad de la información confidencial (secretos industriales), vinculada a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC., de la cual presumiblemente se apoderó el procesado PABLO VARGAS SAN JOSÉ.

446.- Que diga si en algún momento tuvo a la vista la información confidencial (secretos industriales) de la cual presumiblemente se apoderó la procesada MARIANA TRUEBA ALMADA vinculada a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC. y que se encuentra relacionada con la presente causa.

447.- Que diga en dónde tuvo a la vista la información confidencial (secretos industriales) a que se refiere la pregunta que antecede.

448.- Que diga en qué consistió la información confidencial (secretos industriales) a que se refieren las dos preguntas que anteceden.

449.- Que diga si en algún momento tuvo conocimiento de parte o de la totalidad de la información confidencial (secretos industriales) de la cual presumiblemente se apoderó la procesada MARIANA TRUEBA ALMADA, vinculada a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC., y que se encuentra relacionada con la presente causa.

450.- Que diga si sabe si en algún momento alguna persona vinculada al grupo de interés encabezado por MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT, INC. tuvo conocimiento de parte o de la totalidad de la información confidencial (secretos industriales), vinculada a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC., de la cual presumiblemente se apoderó la procesada MARIANA TRUEBA ALMADA.

451.- Que diga si sabe si con posterioridad a la salida de los procesados de MATTEL DE MÉXICO, S.A. DE C.V., éstos o cualquier empleado de MGAE DE MÉXICO, S. DE R.L. DE C.V. utilizaron información confidencial (secretos industriales) de MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC. en comunicaciones o propuestas con clientes de MGAE DE MÉXICO, S. DE R.L. DE C.V.

452.- Que diga si conoce al señor ISAAC LARIAN.

453.- Que diga desde cuando conoce al señor ISAAC LARIAN.

454.- Que diga por qué conoce al señor ISAAC LARIAN.

455.- Que diga si sabe si el señor ISAAC LARIAN es o fue administrador de MGAE DE MÉXICO, S. DE R.L. DE C.V.

456.- Que diga si sabe qué funciones desempeñó el señor ISAAC LARIAN como administrador de MGAE DE MÉXICO, S. DE R.L. DE C.V.

457.- Que diga si sabe el motivo por el cual se encuentran procesados los señores CARLOS GUSTAVO MACHADO GÓMEZ, PABLO VARGAS SAN JOSÉ y MARIANA TRUEBA ALMADA.

458.- Que diga la razón de su dicho.