# QUESTIONS FOR WITNESS
# *THOMAS PARK*

Translation

## QUESTIONS FOR WITNESS THOMAS PARK, IN CONNECTION WITH CAUSE OF ACTION 130/2007-V FILED WITH THE TENTH FEDERAL CRIMINAL COURT OF THE FEDERAL DISTRICT

1. What do you know about the facts of this case?

2. Do you have knowledge of the corporation MATTEL, INC.?

3. When did you first gain knowledge of the corporation MATTEL, INC.?

4. How did you come to have knowledge of the corporation MATTEL, INC.?

5. Do you know what the corporate purpose is of the corporation MATTEL, INC.?

6. Do you know whether MATTEL, INC., in relation to the activities carried out as part of its corporate purpose maintains confidential information (trade secrets) strictly reserved for said activities?

7. Do you know whether MATTEL, INC. has internal policies which prohibit anyone from taking possession without right or without consent of MATTEL, INC. of confidential information (trade secrets) of MATTEL, INC. for use or disclosure to a third party?

8. Do you have knowledge of the corporation MATTEL DE MÉXICO, S.A. DE C.V.?

9. When did you first gain knowledge of the corporation MATTEL DE MÉXICO, S.A. DE C.V.?

10. How did you come to have knowledge of the corporation MATTEL DE MÉXICO, S.A. DE C.V.?

11. Do you know what the corporate purpose is of the corporation MATTEL DE MÉXICO, S.A. DE C.V.?

12. Do you know whether MATTEL DE MÉXICO, S.A. DE C.V. in relation to the activities carried out as part of its corporate purpose maintains confidential information (trade secrets) strictly reserved for said activities?

13. Do you know whether MATTEL DE MÉXICO, S.A. DE C.V. has internal policies which prohibit anyone from taking possession without right or without consent of confidential information (trade secrets) of MATTEL DE MÉXICO, S.A. DE C.V. for use or disclosure to a third party?

14. Do you have knowledge of the corporation MATTEL SERVICIOS, S.A. DE C.V.?

15. When did you first gain knowledge of the corporation MATTEL SERVICIOS, S.A. DE C.V.?

16. How did you come to have knowledge of the corporation MATTEL SERVICIOS, S.A. DE C.V.?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

2

17. Do you know what the corporate purpose is of the corporation MATTEL SERVICIOS, S.A. DE C.V.?

18. Do you know whether MATTEL SERVICIOS, S.A. DE C.V. in relation to the activities carried out as part of its corporate purpose maintains confidential information (trade secrets) strictly reserved for said activities?

19. Do you know whether MATTEL SERVICIOS, S.A. DE C.V. has internal policies which prohibit anyone from taking possession without right or without consent of MATTEL SERVICIOS, S.A. DE C.V. of confidential information (trade secrets) of MATTEL SERVICIOS, S.A. DE C.V. for use or disclosure to a third party?

20. Do you have knowledge of the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V.?

21. When did you first gain knowledge of the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V.?

22. How did you come to have knowledge of the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V.?

23. Do you know what the corporate purpose is of the corporation MGAE DE MÉXICO, S. DE R.L. DE C.V.?

24. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. in relation to the activities carried out as part of its corporate purpose maintains confidential information (trade secrets) strictly reserved for said activities?

25. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. has internal policies which prohibit anyone from taking possession without right or without consent of MGAE DE MÉXICO, S. DE R.L. DE C.V. of confidential information (trade secrets) of MGAE DE MÉXICO, S. DE R.L. DE C.V. for use or disclosure to a third party?

26. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. has policies which prohibit the possession, use or disclosure of confidential information (trade secrets) to competitors of said company?

27. Do you know whether the policies referred to in the preceding question are similar to those of companies in other countries which are part of the same interest group to which MGAE DE MÉXICO, S. DE R.L. DE C.V. belongs?

28. Do you have knowledge of the corporation MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC.?

29. When did you first gain knowledge of the corporation MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC.?

30. How did you come to have knowledge of the corporation MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC.?

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

3

31. Do you know what the corporate purpose is of the corporation MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC.?

32. Do you know whether MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. in relation to the activities carried out as part of its corporate purpose maintains confidential information (trade secrets) strictly reserved for said activities?

33. Do you know whether MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. has internal policies which prohibit anyone from taking possession without right or without consent of MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. of confidential information (trade secrets) of MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. for use or disclosure to a third party?

34. Do you know whether MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. has policies which prohibit the possession, use or disclosure of confidential information (trade secrets) to competitors of said company?

35. Do you know whether the policies referred to in the preceding question are similar to those of companies in other countries which are part of the same interest group to which MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. belongs?

36. Do you know CARLOS GUSTAVO MACHADO GÓMEZ?

37. How long have you known CARLOS GUSTAVO MACHADO GÓMEZ?

38. How did you come to know CARLOS GUSTAVO MACHADO GÓMEZ?

39. Do you know in what position CARLOS GUSTAVO MACHADO GÓMEZ worked during the period 2004 to 2007?

40. Do you know whether CARLOS GUSTAVO MACHADO GÓMEZ worked for MATTEL SERVICIOS, S.A. DE C.V.?

41. Do you know whether CARLOS GUSTAVO MACHADO GÓMEZ carried out activities for MATTEL DE MEXICO, S.A. DE C.V.?

42. Do you know whether CARLOS GUSTAVO MACHADO GÓMEZ carried out activities for MATTEL INC.?

43. Do you know in what place or places CARLOS GUSTAVO MACHADO GOMEZ worked during the period 2004 to 2007?

44. Do you know whether defendant CARLOS GUSTAVO MACHADO GÓMEZ at any time was named an attorney-in-fact for litigations and collections, acts of administration and granting and subscribing negotiable instruments on behalf of MGAE DE MEXICO, S. DE R.L. DE C.V.?

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

4

45. Do you know when defendant CARLOS GUSTAVO MACHADO GÓMEZ was named
an attorney-in-fact in the terms set out in the foregoing question?

46. Do you know why defendant CARLOS GUSTAVO MACHADO GÓMEZ was named
attorney-in-fact in the terms of the foregoing two questions?

47. Do you know why the power of attorney referred to in the three prior questions was
revoked?

48. Do you know whether defendant CARLOS GUSTAVO MACHADO GÓMEZ allegedly
caused the loss of information from a computer assigned to him as a work tool by MATTEL
DE MÉXICO, S.A. DE C.V.?

49. When did you learn of the fact mentioned in the preceding question?

50. How did you learn of the fact mentioned in the two preceding questions?

51. Do you know whether defendant CARLOS GUSTAVO MACHADO GÓMEZ allegedly
took possession of confidential information (trade secrets) kept by MATTEL DE MÉXICO,
S.A. DE C.V. and/or MATTEL, INC.?

52. When did you learn of the fact stated in the previous question?

53. How did you learn of the facts stated in the previous two questions?

54. What did you do upon learning of the facts stated in the previous three questions?

55. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. learned whether
defendant CARLOS GUSTAVO MACHADO GÓMEZ allegedly took possession of
confidential information (trade secrets) held by MATTEL DE MÉXICO, S.A. DE C.V.
and/or MATTEL, INC.?

56. Do you at what time MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts
stated in the previous question?

57. Do you know how MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts stated
in the previous two questions?

58. Do you know what MGAE DE MÉXICO, S. DE R.L. DE C.V. did upon learning of the
facts stated in the previous three questions?

59. Did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the
year 2004?

60. How many times did you meet with the defendant CARLOS GUSTAVO MACHADO
GÓMEZ during the year 2004?

61. For what reason or reasons were your meetings with defendant CARLOS GUSTAVO
MACHADO GÓMEZ held during the year 2004?

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

5

62. Where were your meetings with defendant CARLOS GUSTAVO MACHADO GÓMEZ held during the year 2004?

63. Did you have telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

64. How many telephone conversations did you have with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2004?

65. What were the reasons for the telephone conversations with defendant CARLOS GUSTAVO MACHADO GOMEZ during the year 2004?

66. Did you have communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by means of electronic mail during the year 2004?

67. How many times did you carry out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2004?

68. What were the reasons for which you carried out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2004?

69. Did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

70. How many times did you meet with the defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

71. For what reasons did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

72.- Where were your meetings with defendant CARLOS GUSTAVO MACHADO GÓMEZ held during the year 2005?

73. Did you have telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

74. How many telephone conversations did you have with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

75. What the reasons were for the telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2005?

76. Did you have communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by means of electronic mail during the year 2005?

77. How many times did you carry out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2005?

78. For what reason did you carry out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2005?

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

6

79. Did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

80. How many times did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

81. For what reasons did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

82. Where were your meetings with defendant CARLOS GUSTAVO MACHADO GÓMEZ held during the year 2006?

83. Did you have telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

84. How many telephone conversations did you have with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

85. What were the reasons for the telephone conversations held with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2006?

86. Did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

87. How many times did you meet with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

88. What were the reasons for your meetings with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

89. Where were your meetings with defendant CARLOS GUSTAVO MACHADO GÓMEZ held during the year 2007?

90. Did you have telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

91. How many times did you hold telephone conversations with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

92. What were the reasons for the telephone conversations held with defendant CARLOS GUSTAVO MACHADO GÓMEZ during the year 2007?

93. Did you have communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by means of electronic mail during the year 2007?

94. How many times did you have communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by means of electronic mail during the year 2007?

95. For what reasons did you carry out communication with defendant CARLOS GUSTAVO MACHADO GÓMEZ by electronic mail during the year 2007?

María del Socorro Muñive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

7

96. Do you know PABLO VARGAS SAN JOSÉ?

97. How long have you known PABLO VARGAS SAN JOSÉ?

98. How did you come to know PABLO VARGAS SAN JOSÉ?

99. Do you what in what job PABLO VARGAS SAN JOSÉ worked during the period 2004 to 2007?

100. Do you know whether PABLO VARGAS SAN JOSÉ worked for MATTEL SERVICIOS, S.A. DE C.V.?

101. Do you know whether PABLO VARGAS SAN JOSÉ carried out activities for MATTEL DE MEXICO, S.A. DE C.V.?

102. Do you know whether PABLO VARGAS SAN JOSÉ carried out activities for MATTEL INC.?

103. Do you know in what place or places PABLO VARGAS SAN JOSÉ worked during the period 2004 to 2007?

104. Do you know that defendant PABLO VARGAS SAN JOSÉ allegedly took confidential information (trade secrets) held by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

105. When did you learn of the facts stated in the preceding question?

106. How did you learn of the facts stated in the preceding two questions?

107. What did you do when you learned of the facts stated in the three preceding questions?

108. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. learned that defendant PABLO VARGAS SAN JOSÉ allegedly took confidential information (trade secrets) held by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

109. Do you know when MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts stated in the previous question?

110. Do you know how MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts stated in the previous two questions?

111. Do you know what MGAE DE MÉXICO, S. DE R.L. DE C.V. did upon learning of the facts stated in the previous three questions?

112. Did you meet with PABLO VARGAS SAN JOSÉ during the year 2004?

113. How many times did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

María del Socorro Muñive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

8

114. For what reasons did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

115. Where were your meetings with defendant PABLO VARGAS SAN JOSÉ held during the year 2004?

116. Did you have telephone conversations with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

117. How many telephone conversations did you have with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

118. What were the reasons for the telephone conversations you had with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

119. Did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

120. How many times did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

121. What were the reasons for your electronic mail communication with defendant PABLO VARGAS SAN JOSÉ during the year 2004?

122. Did you meet with PABLO VARGAS SAN JOSÉ during the year 2005?

123. How many times did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

124. For what reasons did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

125. Where were the meetings with defendant PABLO VARGAS SAN JOSÉ held during the year 2005?

126. Did you have telephone conversations with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

127. How many telephone conversations did you have with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

128. What were the reasons for the telephone conversations you had with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

129. Did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

130. How many times did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

9

131. What were the reasons for your electronic mail communication with defendant PABLO VARGAS SAN JOSÉ during the year 2005?

132. Did you meet with PABLO VARGAS SAN JOSÉ during the year 2006?

133. How many times did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

134. For what the reasons did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

135. Where were your meetings with defendant PABLO VARGAS SAN JOSÉ held during the year 2006?

136. Did you have telephone conversations with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

137. How many telephone conversations did you have with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

138. What were the reasons for the telephone conversations you had with defendant PABLO VARGAS SAN JOSÉ during the year 2006?

139. Did you meet with PABLO VARGAS SAN JOSÉ during the year 2007?

140. How many times did you meet with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

141. For what reasons or reasons were your meetings with defendant PABLO VARGAS SAN JOSÉ held during the year 2007?

142. Where were your meetings with defendant PABLO VARGAS SAN JOSÉ held during the year 2007?

143. Did you have telephone conversations with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

144. How many telephone conversations did you have with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

145. For what reasons were the telephone conversations held with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

146. Did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

147. How many times did you communicate by electronic mail with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

148. What were the reasons for your electronic mail communication with defendant PABLO VARGAS SAN JOSÉ during the year 2007?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

149. Do you know MARIANA TRUEBA ALMADA?

150. How long have you known MARIANA TRUEBA ALMADA?

151. How did you come to know MARIANA TRUEBA ALMADA?

152. Do you know in what job MARIANA TRUEBA ALMADA worked during the period 2004 to 2007?

153. Do you know whether MARIANA TRUEBA ALMADA worked for MATTEL SERVICIOS, S.A. DE C.V.?

154. Do you know whether MARIANA TRUEBA ALMADA carried out activities for MATTEL DE MEXICO, S.A. DE C.V.?

155. Do you know whether MARIANA TRUEBA ALMADA carried out activities for MATTEL INC.?

156. Do you know in what location or locations MARIANA TRUEBA ALMADA worked during the period 2004 to 2007?

157. Do you know whether the defendant MARIANA TRUEBA ALMADA allegedly took confidential information (trade secrets) kept by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

158. When did you learn of the facts of the preceding question?

159. How did you learn of the facts of the preceding two questions?

160. What did you do when you learned of the facts of the preceding three questions?

161. Do you know whether MGAE DE MÉXICO, S. DE R.L. DE C.V. learned that the defendant MARIANA TRUEBA ALMADA allegedly took confidential information (trade secrets) kept by MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

162. Do you know when MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts of the preceding question?

163. Do you know how MGAE DE MÉXICO, S. DE R.L. DE C.V. learned of the facts of the preceding two questions?

164. Do you know what MGAE DE MÉXICO, S. DE R.L. DE C.V. did upon learning of the facts of the preceding three questions?

165. Did you meet with defendant MARIANA TRUEBA ALMADA during the year 2004?

166. How many times did you meet with defendant MARIANA TRUEBA ALMADA during the year 2004?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

167.  What were the reasons for your meetings with defendant MARIANA TRUEBA ALMADA during the year 2004?

168. Where were your meetings with defendant MARIANA TRUEBA ALMADA held during the year 2004?

169. Did you have phone conversations with defendant MARIANA TRUEBA ALMADA during the year 2004?

170. How many telephone conversations did you have with defendant MARIANA TRUEBA ALMADA during the year 2004?

171. What were the reasons for the telephone conversations which you held with defendant MARIANA TRUEBA ALMADA during the year 2004?

172. Did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2004?

173. How many times did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2004?

174.  What were the reasons for the electronic mail communication with defendant MARIANA TRUEBA ALMADA during the year 2004?

175. Did you meet with defendant MARIANA TRUEBA ALMADA during the year 2005?

176. How many times did you meet with defendant MARIANA TRUEBA ALMADA during the year 2005?

177. What were the reasons for your meetings with defendant MARIANA TRUEBA ALMADA during the year 2005?

178. Where were your meetings with defendant MARIANA TRUEBA ALMADA held during the year 2005?

179. Did you have telephone conversations with defendant MARIANA TRUEBA ALMADA during the year 2005?

180. How many telephone conversations did you have defendant MARIANA TRUEBA ALMADA during the year 2005?

181.  What were the reasons for the telephone conversations which you held with defendant MARIANA TRUEBA ALMADA during the year 2005?

182. Did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2005?

183. How many times did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2005?

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

12

184.  What were the reasons for the electronic mail communication with defendant MARIANA TRUEBA ALMADA during the year 2005?

185.  Did you meet with defendant MARIANA TRUEBA ALMADA during the year 2006?

186.  How many times did you meet with defendant MARIANA TRUEBA ALMADA during the year 2006?

187.  What were the reasons for your meetings with defendant MARIANA TRUEBA ALMADA during the year 2006?

188.  Where were your meetings with defendant MARIANA TRUEBA ALMADA held during the year 2006?

189.  Did you have telephone conversations with defendant MARIANA TRUEBA ALMADA during the year 2006?

190.  How many telephone conversations did you have with defendant MARIANA TRUEBA ALMADA during the year 2006?

191.  What were the reasons for the telephone conversations which you held with defendant MARIANA TRUEBA ALMADA during the year 2006?

192.  Did you meet with defendant MARIANA TRUEBA ALMADA during the year 2007?

193.  How many times did you meet with defendant MARIANA TRUEBA ALMADA during the year 2007?

194.  What were the reasons for your meetings with defendant MARIANA TRUEBA ALMADA during the year 2007?

195.  Where were your meetings with defendant MARIANA TRUEBA ALMADA held during the year 2007?

196.  Did you have telephone conversations with defendant MARIANA TRUEBA ALMADA during the year 2007?

197.  How many telephone conversations did you have with defendant MARIANA TRUEBA ALMADA during the year 2007?

198.  What were the reasons for the telephone conversations which you held with defendant MARIANA TRUEBA ALMADA during the year 2007?

199.  Did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2007?

200.  How many times did you communicate by electronic mail with defendant MARIANA TRUEBA ALMADA during the year 2007?

201.  What were the reasons for the electronic mail communication with defendant MARIANA TRUEBA ALMADA during the year 2007?

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

13

202. Do you know JEAN PAUL FARAH?

203. How long have you known JEAN PAUL FARAH?

204. How did you come to know JEAN PAUL FARAH?

205. Do you know what job is held by JEAN PAUL FARAH?

206. Do you know JAHANGIR MAKABI?

207. How long have you known JAHANGIR MAKABI?

208. How did you come to know JAHANGIR MAKABI?

209. Do you know what job is held by JAHANGIR MAKABI?

210. Do you know DAPHNE GRONICH?

211. How long have you known DAPHNE GRONICH?

212. How did you come to know DAPHNE GRONICH?

213. Do you know what job is held by DAPHNE GRONICH?

214. Do you know SUSANA KUEMMERLE?

215. How long have you known SUSANA KUEMMERLE?

216. How did you come to know SUSANA KUEMMERLE?

217. Do you know what job is held by SUSANA KUEMMERLE?

218. Do you know MARÍA DEL CARMEN MÉNDEZ HERNÁNDEZ?

219. How long have you know MARÍA DEL CARMEN MÉNDEZ HERNÁNDEZ?

220. How did you come to know MARÍA DEL CARMEN MÉNDEZ HERNÁNDEZ?

221. Do you know what job is held by MARÍA DEL CARMEN MÉNDEZ HERNÁNDEZ?

222. Do you know the electronic mail address Larianl1@mgae.com?

223. How long have you known the electronic mail address  Larianl1@mgae.com?

224. How did you come to known the electronic mail address  Larianl1@mgae.com?

225. Do you know to whom the electronic mail address Larianl1@mgae.com belongs?

226. Do you know the electronic mail address Piot04@aol.com?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

14

227. How long have you known the electronic mail address Plot04@aol.com?

228. How did you come to know the electronic mail address Plot04@aol.com?

229. Do you know to whom the electronic mail address Plot04@aol.com belongs?

230. Do you know the electronic mail address Cmendez14@aol.com?

231. How long have you known the electronic mail address Cmendez14@aol.com?

232. How did you come to know the electronic mail address Cmendez14@aol.com?

233. Do you know to whom the electronic mail address Cmendez14@aol.com belongs?

234. Do you know the electronic mail address DGronich@mgae.com?

235. How long have you known the electronic mail address DGronich@mgae.com?

236. How did you come to know the electronic mail address DGronich@mgae.com?

237. Do you know to whom the electronic mail address DGronich@mgae.com belongs?

238. Do you know the electronic mail address Argentrade@aol.com?

239. How long have you known the electronic mail address Argentrade@aol.com?

240. How did you come to know the electronic mail address Argentrade@aol.com?

241. Do you know to whom the electronic mail address Argentrade@aol.com belongs?

242. Do you know the electronic mail address jpfarah@rhm.com.mx?

243. How long have you known the electronic mail address jpfarah@rhm.com.mx?

244. How did you come to know the electronic mail address jpfarah@rhm.com.mx?

245. Do you know to whom the electronic mail address jpfarah@rhm.com.mx belongs?

246. Do you know the electronic mail address TPark@mgae.com?

247. How long have you known the electronic mail address TPark@mgae.com?

248. How did you come to know the electronic mail address TPark@mgae.com?

249. Do you know to whom the electronic mail address TPark@mgae.com belongs?

250. Do you know what the documents before you, which documents are attached to the
complaint as EXHIBIT 81, refer to?

251. Do you recognize the documents before you, which documents are attached to the
complaint as EXHIBIT 81?

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

15

252. Do you know why the electronic mail was sent from the address Plot04@aol.com to the address Lariani1@mgae.com on March 22, 2004, which message is included in the attachment to the complaint exhibit 81?

253. Do you know why the electronic mail was sent from the address Cmendez14@aol.com to TPark@mgae.com on April 2, 2004, which message is included in the attachment to the complaint exhibit 81?

254. Do you know why the electronic mail was sent from the address Lariani1@mgae.com to the address TPark@mgae.com and others, on April14, 2004, which message is included in the attachment to the complaint exhibit 81?

255. Do you know why your name appears beside the address TPark@mgae.com, in the electronic mail sent from the address Lariani1@mgae.com to the address Plot04@aol.com and others, on April 14, 2004, which message is included in the attachment to the complaint exhibit 81?

256. Do you know why the electronic mail was sent from the address postmaster@mgae.com to the address Plot04@aol.com, on April 14, 2004, to which is attached an electronic mail sent from the address Plot04@aol.com to TPark@mgae.com with copy to the electronic mail address Lariani1@mgae.com, which message is included in the attachment to the complaint exhibit 81?

257. Do you know why the electronic mail was sent from the address Plot04@aol.com to the address TPark@mgae.com, on April 15, 2004, with copy to the electronic mail address Lariani1@mgae.com and another, which message is included in the attachment to the complaint exhibit 81?

258. Do you know what the document before you, which document is attached to the complaint as EXHIBIT 84, refers to?

259. Do you know the telephone number 59054119?

260. How long have you known the telephone number 59054119?

261. How did you come to know the telephone number 59054119?

262. Do you know to whom the telephone number 59054119 belongs?

263. Do you know the telephone number 59054114?

264. How long have you known the telephone number 59054114?

265. How did you come to know the telephone number 59054114?

266. Do you know to whom the telephone number 59054114 belongs?

267. Do you know the telephone number 59054113?

268. How long have you known the telephone number 59054113?

María del Socorro Mueve Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

16

269. How did you come to know the telephone number 59054113?

270. Do you know to whom the telephone number 59054113 belongs?

271. Do you know the telephone number 10419032?

272. How long have you known the telephone number 10419032?

273. How did you come to know the telephone number 10419032?

274. Do you know to whom the telephone number 10419032 belongs?

275. Do you know the telephone number 10407847?

276. How long have you known the telephone number10407847?

277. How did you come to know the telephone number 10407847?

278. Do you know to whom the telephone number 10407847 belongs?

279. Do you know the telephone number 044 55 54 38 92 44?

280. How long have you known the telephone number 044 55 54 38 92 44?

281. How did you come to know the telephone number 044 55 54 38 92 44?

282. Do you know to whom the telephone number 044 55 54 38 92 44 belongs?

283. Do you know what a USB device is and what the purpose of same is?

284. Do you know who is (are) the current manager(s) of MGAE DE MEXICO, S. DE R.L. DE C.V.?

285. Are you familiar with the domicile Avenida Insurgentes Sur número 1989, piso 15, colonia Florida, Código Postal 01030, México Distrito Federal, at which is located the building known as "Torre Siglum"?

286. Do you know whether MGAE DE MEXICO, S. DE R.L. DE C.V. has as its domicile the place mentioned in the previous question?

287. Do you know for how long MGAE DE MEXICO, S. DE R.L. DE C.V. has had the place mentioned in the previous two questions as its domicile?

288. Do you know who carried out the operations to establish the domicile mentioned in the three previous questions?

289. Do you know whether the search ordered by the Fifth Federal Court of Criminal Proceedings of the Federal District was carried out in the domicile mentioned in the four preceding questions?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

290. Do you know the result of the search mentioned in the preceding question?

291. Do you know what measures were taken by MGAE DE MÉXICO, S. DE R.L. DE C.V. in relation to the carrying out of the search referred to in the two foregoing questions in connection with the three defendants involved in the instant case?

292. Do you know what measures were taken by MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT, INC. in relation to the carrying out of the search referred to in the three foregoing questions in connection with the three defendants involved in the instant case?

293. Do you know what measures were taken by MGAE DE MÉXICO, S. DE R.L. DE C.V., in relation to the carrying out of the search referred to in the four foregoing questions in connection with the three defendants involved in the instant case?

294. Do you know what measures were taken, individually, and as general manager of MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT, INC. in relation to the carrying out of the search referred to in the five foregoing questions in connection with the three defendants involved in the instant case?

295. Do you know JOSE CARLOS AGUIRRE MALDONADO?

296. How long have you known JOSE CARLOS AGUIRRE MALDONADO?

297. How did you come to know JOSE CARLOS AGUIRRE MALDONADO?

298. Do you know what job is held by JOSE CARLOS AGUIRRE MALDONADO?

299. Do you know why during the carrying out of the search referred to in question 289, JOSÉ CARLOS AGUIRRE MALDONADO stated that the documents contained in the hard disk seized by the authorities were confidential information belonging to MGAE DE MÉXICO, S. DE R.L. DE C.V.?

300. Would it be useful for a company to know and/or use confidential information of its competitors relating to sales, marketing and finances?

301. For what purposes would it be useful for a company to know and/or use the information referred to in the preceding question?

302. Would it be useful for MGAE DE MÉXICO, S. DE R.L. DE C.V. to know and/or use confidential information of its competitors in the toy market relating to sales, marketing and finances?

303. For what purposes would it be useful for MGAE DE MÉXICO, S. DE R.L. DE C.V. to know and/or use the information referred to in the preceding question?

304. Do you know what the document before you, attached to the complaint as exhibit 77, refers to?

305. Do you recognize the document before you, which is attached to the complaint as exhibit 78?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

18

306. Do you know what the document before you, attached to the complaint as exhibit 79, refers to?

307. Do you recognize the document before you, which is attached to the complaint as exhibit 80?

308. For what reason did MGAE DE MÉXICO, S. DE R.L. DE C.V. make the job offer set out in the document attached to the complaint as exhibit 77?

309. For what reason did MGAE DE MÉXICO, S. DE R.L. DE C.V. make the job offer set out in the document attached to the complaint as exhibit 78?

310. For what reason did MGAE DE MÉXICO, S. DE R.L. DE C.V. make the job offer set out in the document attached to the complaint as exhibit 79?

311. For what reason did MGAE DE MÉXICO, S. DE R.L. DE C.V. prepare the employment contract referred to in exhibit 80 attached to the complaint?

312. Do you know the amount of monthly salary received by the accused CARLOS GUSTAVO MACHADO GÓMEZ from MGAE DE MÉXICO, S. DE R.L. DE C.V. during the year 2004?

313. Do you know the amount of monthly salary received by the accused CARLOS GUSTAVO MACHADO GÓMEZ from MGAE DE MÉXICO, S. DE R.L. DE C.V. during the year 2005?

314. Do you know the amount of monthly salary received by the accused CARLOS GUSTAVO MACHADO GÓMEZ from MGAE DE MÉXICO, S. DE R.L. DE C.V. during the year 2006?

315. Do you know the amount of monthly salary received by the accused CARLOS GUSTAVO MACHADO GÓMEZ from MGAE DE MÉXICO, S. DE R.L. DE C.V. during the year 2007?

316. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during the year 2004?

317. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

318. Do you know the reason why the performance bonus or bonuses referred to in the two previous questions were paid?

319. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

320. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

19

321. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

322. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

323. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

324. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

325. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

326. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

327. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

328. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2004?

329. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

330. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

331. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2005?

332. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

333. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

334. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2006?

335. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

20

336. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

337. Do you know whether the defendant CARLOS GUSTAVO MACHADO GÓMEZ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2007?

338. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

339. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

340. Do you know the specific duties performed by defendant CARLOS GUSTAVO MACHADO GÓMEZ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

341.- Do you know the specific duties performed by defendant CARLOS GUSTAVO MACHADO GÓMEZ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

342. Do you know the specific duties performed by defendant CARLOS GUSTAVO MACHADO GÓMEZ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

343. Do you know the specific duties performed by defendant CARLOS GUSTAVO MACHADO GÓMEZ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

344. Do you know whether CARLOS GUSTAVO MACHADO GÓMEZ used within MGAE DE MÉXICO, S. DE R.L. DE C.V. the confidential information (trade secrets) that he allegedly took belonging to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

345. Do you know the way in which defendant CARLOS GUSTAVO MACHADO GÓMEZ used the confidential information referred to in the preceding question?

346. Do you know the business benefits brought by the use of such confidential information by CARLOS GUSTAVO MACHADO GÓMEZ which is referred to in the two preceding questions?

347. Do you know the monthly salary paid to defendant PABLO VARGAS SAN JOSÉ by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

348. Do you know the monthly salary paid to defendant PABLO VARGAS SAN JOSÉ by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

349. Do you know the monthly salary paid to defendant PABLO VARGAS SAN JOSÉ by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

350. Do you know the monthly salary paid to defendant PABLO VARGAS SAN JOSÉ by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

351. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

Exhibit A
Page 253

21

352.  Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

353.  Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

354.  Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

355. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

356. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

357. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

358. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

359.  Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

360.  Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

361. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

362. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

363.  Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2004?

364. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

365. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

366. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2005?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

22

367. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

368. Do you know the reason why the performance bonus or bonuses referred to in the preceding questions were paid?

369. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2006?

370. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

371. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

372. Do you know whether the defendant PABLO VARGAS SAN JOSÉ received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2007?

373. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

374. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

375. Do you know the specific duties performed by defendant PABLO VARGAS SAN JOSÉ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

376. Do you know the specific duties performed by defendant PABLO VARGAS SAN JOSÉ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

377. Do you know the specific duties performed by defendant PABLO VARGAS SAN JOSÉ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

378. Do you know the specific duties performed by defendant PABLO VARGAS SAN JOSÉ for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007.

379. Do you know whether PABLO VARGAS SAN JOSÉ used within MGAE DE MÉXICO, S. DE R.L. DE C.V. the confidential information (trade secrets) that he allegedly took belonging to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

380. Do you know the way in which defendant PABLO VARGAS SAN JOSÉ used the confidential information referred to in the preceding question?

381. Do you know the business benefits brought by the use of such confidential information by PABLO VARGAS SAN JOSÉ which is referred to in the two preceding questions?

María del Socorro Muneve Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

23

382. Do you know the monthly salary paid to defendant MARIANA TRUEBA ALMADA by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

383. Do you know the monthly salary paid to defendant MARIANA TRUEBA ALMADA by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

384. Do you know the monthly salary paid to defendant MARIANA TRUEBA ALMADA by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

385. Do you know the monthly salary paid to defendant MARIANA TRUEBA ALMADA by MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007.

386. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

387. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

388. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

389. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

390. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

391. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

392. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

393. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

394. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

395. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

396. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

397. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

Maria del Socorro Muniva Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

34

398. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2004?

399. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

400. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

401. Do you know whether the defendant   MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2005?

402. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

403. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

404. Do you know whether the defendant   MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2006?

405. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

406. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

407. Do you know whether the defendant MARIANA TRUEBA ALMADA received performance bonus or bonuses from MGA ENTERTAINMENT INC. or MICRO GAMES OF AMERICA ENTERTAINMENT INC. during 2007?

408. Do you know the amount of the performance bonus or bonuses referred to in the preceding question?

409. Do you know the reason why the performance bonus or bonuses referred to in the two preceding questions were paid?

410. Do you know the specific duties performed by defendant MARIANA TRUEBA ALMADA for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2004?

411. Do you know the specific duties performed by defendant MARIANA TRUEBA ALMADA for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2005?

412. Do you know the specific duties performed by defendant MARIANA TRUEBA ALMADA for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2006?

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

25

413. Do you know the specific duties performed by defendant MARIANA TRUEBA ALMADA for MGAE DE MÉXICO, S. DE R.L. DE C.V. during 2007?

414. Do you know whether MARIANA TRUEBA ALMADA used within MGAE DE MÉXICO, S. DE R.L. DE C.V. the confidential information (trade secrets) that she allegedly took belonging to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC.?

415. Do you know the way in which defendant MARIANA TRUEBA ALMADA used the confidential information referred to in the preceding question?

416.- Do you know the business benefits brought by the use of such confidential information by MARIANA TRUEBA ALMADA which is referred to in the two preceding questions

417. Do you know whether the development of the new BRATZ line for 2005 changed after the defendants ceased working for MATTEL SERVICIOS, S.A. DE C.V. and, consequently for MATTEL DE MÉXICO, S.A. DE C.V.?

418. Do you know whether such changes derived from the information provided and/or used by the current defendants?

419. Do you know whether the strategies related to advertising and promotions in Mexico changed after the defendants ceased working for MATTEL SERVCIOS, S.A. DE C.V. and, consequently for MATTEL DE MÉXICO, S.A. DE C.V.?

420. Do you know whether such changes derived from the information provided and/or used by the current defendants?

421. Do you know whether the strategies related to the prices, margins and discounts in Mexico changed after the defendants ceased working for MATTEL SERVCIOS, S.A. DE C.V. and, consequently for MATTEL DE MÉXICO, S.A. DE C.V.?

422. Do you know whether such changes derived from the information provided and/or used by the current defendants?

423. Do you know whether defendants made proposals and plans related to MGAE DE MÉXICO, S. DE R.L. DE C.V. and its operations (including marketing, price policy, etcetera) and/or any company of the same group, before they resigned from their position held in MATTEL SERVICIOS, S.A. DE C.V. to start working for MGAE DE MÉXICO, S. DE R.L. DE C.V.?

424. Do you know what were the proposals and plans referred to in the preceding question?

425. Do you know whether defendants prepared any analysis of the Mexican toy market and how to grow in such market for MGAE DE MÉXICO, S. DE R.L. DE C.V., before they resigned from the position they held in MATTEL SERVICIOS, S.A. DE C.V. to start working for MGAE DE MÉXICO, S. DE R.L. DE C.V.?

426. Do you know how defendants carried out the analysis referred to in the preceding question?

María del Socorro Muñive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

26

427. Can you state if you had before you, at any time, the confidential information (trade secrets) that was allegedly taken by defendant CARLOS GUSTAVO MACHADO GÓMEZ, referring to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC. and which is related to the present case?

428. Can you state in what location you had before you the confidential information (trade secrets) referred to in the preceding paragraph?

429. Can you state what was the confidential information (trade secrets) referred to in the two preceding questions?

430. Can you state whether you had at any time knowledge of all or part of the confidential information (trade secrets) that was allegedly taken by defendant CARLOS GUSTAVO MACHADO GÓMEZ, which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and is related to the present case?

431. Can you state whether any person related to the interest group headed by MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT, INC. had at any time knowledge of all or part of the confidential information (trade secrets), which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which was taken by defendant CARLOS GUSTAVO MACHADO GÓMEZ?

432. Can you state whether you had before you the confidential information (trade secrets) that was allegedly taken by defendant PABLO VARGAS SAN JOSÉ, which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which is related to the present case?

433. Can you state in what location you had before you the confidential information (trade secrets) referred to in the preceding paragraph?

434. Can you state what was the confidential information (trade secrets) referred to in the two preceding questions?

435. Can you state whether you had at any time knowledge of all or part of the confidential information (trade secrets) that was allegedly taken by defendant PABLO VARGAS SAN JOSÉ, which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which is related to the present case?

436. Can you state whether any person related to the interest group headed by MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT, INC. had at any time knowledge of all or part of the confidential information (trade secrets), which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which was allegedly taken by defendant PABLO VARGAS SAN JOSÉ?

437. Can you state whether you had before you the confidential information (trade secrets) that was allegedly taken by defendant MARIANA TRUEBA ALMADA which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which is related to the present case?

María del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

438. Can you state in what location you had before you the confidential information (trade secrets) referred to in the preceding paragraph?

439. Can you state what was the confidential information (trade secrets) referred to in the two preceding questions?

440.   Can you state whether you had at any time knowledge of all or part of the confidential information (trade secrets) that was allegedly taken by defendant MARIANA TRUEBA ALMADA, which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which is related to the present case?

441. Can you state whether any person related to the interest group headed by MGA ENTERTAINMENT, INC. or MICRO GAMES OF AMERICA ENTERTAINMENT, INC. had at any time knowledge of all or part of the confidential information (trade secrets), which refers to MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC., and which was allegedly taken by defendant MARIANA TRUEBA ALMADA?

442. Do you know whether defendants after leaving MATTEL DE MÉXICO, S.A. DE C.V. or any employee of MGAE DE MÉXICO, S. DE R.L. DE C.V. used confidential information (trade secrets) of MATTEL DE MÉXICO, S.A. DE C.V. and/or MATTEL, INC. in communications or proposals to the customers of MGAE DE MÉXICO, S. DE R.L. DE C.V.?

443. Can you state whether you know ISAAC LARIAN?

444. Can you state how long you have known ISAAC LARIAN?

445. Can you state how you came to know ISAAC LARIAN?

446. Do you know whether ISAAC LARIAN is or was manager of MGAE DE MÉXICO, S. DE R.L. DE C.V.?

447. Do you know what duties were performed by ISAAC LARIAN as manager of MGAE DE MEXICO, S. DE R.L. DE C.V.?

448. Do you know the reasons why CARLOS GUSTAVO MACHADO GÓMEZ, PABLO VARGAS SAN JOSE and MARIANA TRUEBA ALMADA are currently defendants in this case?

449. Can you state the reason for your testimony?

I, the undersigned, Ms. del Socorro Munive Melchor, SPANISH/ENGLISH expert translator, hereby certify that, to the best of my knowledge and belief, the foregoing is true and complete translation in twenty-seven (27) pages of the document in the Spanish language which is attached hereto.

Mexico City, December 5, 2007.

MA. DEL SOCORRO MUNIVE MELCHOR
Calle 6 No. 115, Depto. 2
Col. Patrimonio La Raza
02980 México, D.F.
Tel. 5597-1469

Maria del Socorro Munive Melchor
Perito Traductor ante el
Tribunal Superior de Justicia del
D. F.

# EXHIBIT
# 81

906



907

x| ACL Mail

Asunto: Re: Nueva cuenta
Fecha: Lun, 15 Mar 2004 10:50:14 AM Hora estándar de México
De: Argentrade
Para: Plot04, Cmendez14

HOLA A TODOS;

ISAAC NO CONTESTO EL EMAIL EN DONDE LE DIJE Q    UE RECONFIRMARA LA VISITA DE UDS.. Y SE QUE ESTA REVOLOTEANDO POR TODOS LADOS MENOS EN LOS ANGELES...........AHORA ES MI TURNO ENFOCARLO PARA QUE SE TERMINE DE MOVER.............
POR SUPUESTO, EN         EPA ALGO DE EL.............LES AVISO A UDS.............

BESOS........

MARY: SI MAL NO RECUERDO ESTE FIN DE SEMANA ERA TU CUMPLE NO??  ............

BUENO..............

# APIOS VERDES TU YOUUUUUUUUUUUUUUUUUU~!!!!!!!!

THANK YOU AND BEST REGARDS

SUSANA KUEMMERLE
PHONE: 856-642-1793
TEMPORARY EMAIL NUMBER:413-714-9416
CELL: 856-313-0571

x| Guardar Como    x| Bo     x| Impr.                    x| F    3 de 7    x| F-

□ Incluir el texto original en respuestas

Responder

Reenviar

Responder a Todos

Agregar Direcciones



x| AOL Mail

Asunto: ISAAC
Fecha:    Mar, 16 Mar 2004 1:03:09 PM Hora estándar de México
De:          Argentrade
Para:       Plot04

HABLE CON ISAAC, Y COMO LES COMENTE, ESTA RECONTRA SUPER OCUPADO...........DIJO QUE IBA A MANDAR UNA CONTRA PROPUESTA POR EMAIL HOY POR LA TARDE.............

PERO, PARA DECIR LA VERDAD SUENA MUY TRISTE Y ALGO ANDA MAL CON EL PAPA............SI TARDA, TENGANLE PACIENCIA..............

SABE Y TIENE SUPER CLARO QUE MGA MEXICO ES LO MEJOR QUE PODRIA PASARLE AL TERRITORIIO..............VEAMOS COMO SIGUE LA COSA........

BESOS

SUSANA


THANK YOU AND BEST REGARDS

SUSANA KUEMMERLE
PHONE: 856-642-1793
TEMPORARY EMAIL NUMBER: **413-714-9416**
CELL: 856-313-0571

x| Guardar Como     | x| Bor   x| Imp                    x|    1 de 1    |x|

☐ Incluir el texto original en respuesta.

Responder

Reenviar

Responder a Todos

Agregar Direcciones



×| AOL Mail

506

Asunto:     RE: Mexico
Fecha:      Mar, 23 Mar 2004 5:24:48 PM Hora estándar de México
De:         Marlene Parker <MParker@mgae.com>
Para:       "Isaac Larian (President / CEO)" <LarianI1@mgae.com>,
            "'Plot04@aol.com'" <Plot04@aol.com>,
            "'plot04@yahoo.com.mx'"<plot04@yahoo.com.mx>
Copiar a::   "Susana (Argentrade)" <argentrade@aol.com>,   "Tom Park (Chief
            Operating Officer)" <TPark@mgae.com>
Enviado desde Internet (Detalles)

Hello Gustavo,

As Isaac has [...] m is currently traveling in Canada and returns to the office this Thu[...] Tom has asked [...] schedule a conference call with you on Thursday upon his retur[...] advise your availability and I will make arrangements for you and T[...] will accommodate any timing that meets your schedule.

Kind regards, JUDICIAL DE LA FEDERACIÓN

Marlene
Marlene Parker
Executive Assistant to Chief Operating Officer
MGA Entertainment
Office: (818) 894-2525 x504
Fax:   (818) 894-7865
Mobile: (818) 207-0560

www.mgae.com

Meet the girls with a Passion for Fashion
www.BRATZpack.com

> -----Original Message-----
> **From:** Isaac Larian (President / CEO)
> **Sent:** Monday, March 22, 2004 10:22 PM
> **To:** 'Plot04@aol.com'; plot04@yahoo.com.mx
> **Cc:** Susana (Argentrade); Tom Park (Chief Operating Officer)
> **Subject:** RE: Mexico

Gustavo,



Thanks.



Congratulations to Mariana. She better STOP smoking!

910

The package we offered you give all of you the same or MORE than what you asked for. It just has a performance clause ( bonuses) based on performance.

As a company policy, we do not give anyone signing bonus.

Tom is flying into Canada and be back Thursday and will explain the offer.

Isaac Larian
CEO
Please note my new email address below
MGA ENTERTAINMENT
*A Consumer Entertainment Product Company*
16730 Schoenborn Street
North Hills, California, 91343-6122
Tel: 818-894-3150
Fax:818-894-1267
Larian11@MGAE.COM
www.MGAE.COM
Meet the girls with Passion for Fashion
www.Bratzpack.com

-----Original Message-----
**From:** Plot04@aol.com [mailto:Plot04@aol.com]
**Sent:** Monday, March 22, 2004 6:36 PM
**To:** Larian11@mgae.com; plot04@yahoo.com.mx
**Cc:** Argentrade@aol.com; TPark@mgae.com
**Subject:** Re: Mexico



911

911

Dear Isaac & Tom,

Please find attached our analisys, for our further discussion. We will be available weeknights after 16:30 LA time, please confirm.

Regards.

[✗] Guardar Como    [✗] Bor    [✗] Imp                    [✗] Fr    2 de 7    [✗] Fr

☐ Incluir el texto original en la respuesta.





Exhibit A
Page 272

912

Asunto:     RE: México
Fecha:      Mar, 23 Mar 2004 5:24:48 PM Hora estándar de Mexico
De:         Marlene Parker <MParker@mgae.com>
Para:       "Isaac Larian (President / CEO)" <LarianI1@mgae.com>. '"Plot04f5>,aol.coni"'
            <Plot04fa).aol,com>, "plot04(g).yahoo.com.mx"'<plot04@,yahoo.com.mx>
Copiará::   "Susana (Argentrade)" <argentrade@.aol.com>, "Tom Park f Gerente de
Operaciones)" <TPark@mgae.com> Enviado desde Internet (Detalles)

Hola Gustavo,

Tal y como Isaac lo expone más adelante, Tom se encuentra de viaje por Canadá y
regresará a esta oficina el jueves (18 de marzo).

Tom me ha pedido que te contacte para programar una conferencia telefónica contigo el
jueves para cuando él regrese. ¿Puedes por favor decirme tu disponibilidad? y haré los
arreglos para contactarlos a ti y Tom.  Nos adaptaremos al horario que te resulte más
conveniente.

Saludos,

Marlene
Marlene Parker
Asistente Ejecutiva del Gerente de Operaciones
MGA Entertainment
Office: (818) 894-2525 x504
Fax: (818) 894-7865
Mobile: (818) 207-0560
www.mgae.com

Meet the girls with the Pasión for Fashion www.BRATZpack.com

        Mensaje Original
De: Isaac Larian (President / CEO)
Enviado: Lunes 22 de marzo de 2004 10:22 p.m.
Para:: 'Plot04@aol.com'; plot04@yahoo.com,mx
Cc: Susana (Argentrade); Tom Park (Chief Operating Officer)
Asunto: RE México

        Gustavo,

        Gracias.



Felicidades a Mariana. ¡Más le vale que DEJE de fumar!

913

El paquete que les ofrecimos les da a todos lo mismo o MÁS de lo solicitado. Solamente cuenta con una cláusula de rendimiento (bonos) basándose en el desempeño.

Como una [...] de la compañía no otorgamos bono de contratación a nadie.

Tom está [...] por Canadá y regresará el jueves, y explicará la oferta de empleo.

Isaac Larian
Director General
Favor de registrar mi nueva dirección de correo electrónico
MGA ENTERTAINMENT
*A Consumer Entertainment Product Company*
16730 Schoenbom Street
North Hills, California, 91343-6122
Tel:818-894-3150
Fax:818-894-1267
LarianIl@MGAE.COM
www.MGAE.COM
Meet the girls with Passion for Fashion
www.Bratzpack.com

---Mensaje Original---
**De:** Plot04@aol.com [mailto:Plot04@aol.com]
**Enviado:** Lunes 22 de marzo, 2004 6:36 p.m.
**Para:** LarianIl@mgae.com; plot04@yahoo.com.mx
**Cc:** Argentrade@aol.com; TPark@mgae.com
**Asunto:** Re: México

Estimados Isaac y Tom,



Anexo encontrarán nuestro análisis para discusión posterior. Estaremos disponibles durante la semana en las noches después de las 16:30, hora de Los Angeles, favor de confirmar.

914

Saludos.





La suscrita, MA. DEL SOCORRO MUNIBE, perito traductor INGLES-ESPAÑOL autorizado por el H. Tribunal Superior de Justicia del Distrito Federal, certifica que, a su leal saber y entender, la que antecede es traducción fiel y correcta en 3 (tres) fojas útiles del documento en inglés que se acompaña.

México, D.F., a 25 de marzo de 2005.

MA. DEL SOCORRO MUNIBE
Calle 8 No. 115 Depto. 4
Col. La Raza
México, D.F.
Tel. 5597-1469

x| AOL Mail

91E

Asunto:    RE: Offer Letters
Fecha:     Lun, 12 Abr 2004 10:57:22 AM Hora estándar de México
De:        "Tom Park (Chief Operating Officer)" <TPark@mgae.com>
Para:      "'plot04@aol.com'" <plot04@aol.com>
Archivo:   Carlos Gustavo Machado Gomez Offer Letter_Mar 30.DOC, Mariana
           Trueba Almada Offer Letter_Mar 30.DOC, Pablo Vargas San Jose Offer
           Letter_Mar 30.DOC
Enviado desde Internet (Detalles)

x| F
Responder

x| F
Reenviar

x| F
Responder
a Todos

x| F
Agregar
Direcciones

> Dear Gustavo and Pablo,
>
> Please find attached your official letters.  I'm sorry for the delay, I
> don't know what happened but here is a re-send.  We will contact the local
> attorneys and have a copy of the offer letters drafted in Spanish today.
> Please call me as soon as you get this so I know that you received it.
>
> Tom
>
>     -----Original Message-----
> From:    Tom Park (Chief Operating Officer)
> Sent:    Tuesday, March 30, 2004 6:26 PM
> To: 'plot04@aol.com'
> Cc: Isaac Larian (President / CEO)
> Subject:    FW: Offer Letters
> Importance: High
>
>
> Dear Gustavo,
>
> Attached please find the revised draft of our offer letters for you,
> Pablo and Mariana per our discussion this morning.  On the base salary, we
> have increased it to $11,000 USD per month, which represents a significant
> increase from your current base compensation.  Please keep in mind that
> MGA has an annual performance review and salary increase p[...]





grow
> MGAE de Mexico, S. DE R.L. DE C.V. and are looking forward to
meeting with
> you in Los Angeles on April 19th.
>
>    Congratulations and please feel free to call me with any
questions.
>
>    Tom
>
>
>
>    <<Carlos          Machado Gomez Offer Letter_Mar 30.DOC>>
 <<Mariana
> Trueba Alma          tter_Mar 30.DOC>>  <<Pablo Vargas San Jose
Offer
> Letter_Mar

☑ Hacer    ☑ Guardar Como    ☑ Bo    ☑ Imr                    ☑ F-    2 de 3    ☑ F-

☐ Incluir el texto original en respuesta.



Traducción

9/7

917

Asunto: RE: Cartas de Oferta
Fecha:   Lun, 12 Abr 2004 10:50:28 AM Hora estándar de Mexico
De:      "Tom Park f Chief Operating Officer)" <TPark@mgae.com>
Para:    "'plot04@.aol.com'"<plot04@.aol.com>
Enviado desde Internet (Detalles)

Estimados Gustavo y Pablo,

Sírvanse encontrar adjuntas sus cartas oficiales. Discúlpenme por el retraso: no sé qué ocurrió pero aquí está. Mañana contactaremos a nuestros abogados locales y tendrán una copia de las cartas de oferta antes del día de hoy. Les suplico me llamen en cuanto les hayan llegado para que yo sepa que las recibieron.

Tom

--------- Mensaje original ---------
> De:   Tom Park (Director de Operaciones)
> Enviado:  Martes 30 de marzo de 2004, 6:26 p.m.
> Para:  'plot04@aol.com'
> Cc:  Isaac Larian (Presidente / Director General)
> Asunto:  RV:
Importancia:  Alta

> Estimado Gustavo:

Adjunto encontrarán el proyecto revisado de nuestras propuestas de oferta de trabajo para ti, Pablo y Mariana de acuerdo a nuestra plática de esta mañana. El salario base lo hemos incrementado a $11,000.00 dólares estadounidenses por mes, lo cual representa un incremento significativo respecto a su compensación actual. Por favor ten en mente que MGA revisa anualmente su desempeño, por lo que podrían ser candidatos al plan de incrementos de salarios. Asimismo, hemos incrementado el bono para automóvil utilitario a $27,500.00 dólares estadounidenses. Del mismo modo, hemos incluido el finiquito de $40,000.00 dólares estadounidenses que habíamos convenido.

Estamos emocionados de que formen parte de nuestra compañía, de que nos ayuden a hacer que MGAE de Mexico, S. DE R.L. DE C.V. crezca y de reunirnos en Los Ángeles el 19 de abril.

Felicitaciones y por favor ponte en contacto conmigo si tienes alguna pregunta.

Tom

> « Archivo: Carlos Gustavo Machado Gómez Carta Oferta Mar 30 doc »



Archivo: Mariana Trueba Almada Carta Oferta Mar_30DOC > Vargas San Jose Carta
Oferta Mar 30.DOC »

918



La suscrita, MA. DEL SOCORRO MUNIBE, perito traductor INGLES-ESPAÑOL autorizado por
el H. Tribunal Superior de Justicia del Distrito Federal, certifica que, a su leal saber y entender,
la que antecede es traducción fiel y correcta en 2 (dos) fojas útiles del documento en inglés que
se acompaña.

México, D.F., a 25 de marzo de 2005.

MA. DEL SOCORRO MUNIBE
Calle 8 No. 115, Depto. 4
Col. La Raza
México, D.F.
Tel. 5597-1469

PROCURA
GUBERO
ESPECIAL
UNIDAD ES
DE DELITOS

9/9

×| AOL Mail

| | |
|---|---|
| Asunto: | buildings |
| Fecha: | Vie, 2 Abr 2004 11:05:16 PM Hora estándar de México |
| De: | Cmendez14 |
| Para: | Larian11@mgae.com, LSmall1321, Tpark@mgae.com |
| Copiar a:: | Argentrade, Alfredo_Name@cushwake.com, fbarroso@grupodiproca.com |

Hi Isaac/Tom:

For your information, we went on a new building scouting today, from all optios we saw, there is a good one that come very close to what you like when you were here, this is call Siglum and it is in the south in Insurgentes Avenue (where we saw the first tall building) .

Alfredo Name, [obscured] person hired by Less as our brocker here in Mexico will be sending pictures and base price [obscured] to have a better idea. This space is already ocupy by a company and [obscured] save money here. Federico, the architect went with us in this scouting and [obscured]

Corum:
space conditioning [obscured]
US190.00 per sq [obscured] es disign and show room)
time: 6 weeks

Torre San Angel:
complete construction: US$280.00 per sq ,meter, includes the same
time: 12 weeks

As soon as you have the complete information is important to have a written authorization for any option so Alfredo can start as soon as possible with negotiations.

I´m not in the city for the following two weeks but I´ll be the next one "on line" and the two weeks in my cell phone 011 52 555 438 92 44

Please, let me know if you need any additional information. Tom: I´ll be in my cell to discuss the pending issues we have.

best personal regards,

Mary Carmen

Incluir el texto original en respuesta.



Asunto:    edificios
Fecha:     Vier, 2 de abril de 2004 11:05:16 Hora estándar de México
De:        Cmendez
Para:      Larian11@mgae.com, Lsmall1321, Tpark@mgae.com
Copiar a:  Argentrade, Alfredo_Name@cushwake.com, fbarroso@grupodiproca.com

Hola Isaac/Tom:

Para su información, fuimos a inspeccionar al nuevo edificio hoy, de todas las opciones que vimos, hay uno que se ve bien y se acerca mucho a lo que ustedes querían cuando estuvieron aquí, se llama Siglum, está en el sur en Ave. Insurgentes (donde vimos el primer edificio alto).

Alfredo Name, quien es la persona que contrató Less como nuestro corredor aquí en México, les enviará fotografías y precios, para que tengan una mejor idea. Este espacio está ocupado por una compañía y por lo tanto, nos ahorraríamos dinero. Federico, el arquitecto fue con nosotros en esta inspección, la comparación es como sigue:

Corum:
condiciones: con limitaciones de espacio
US$190.00 por metro cuadrado (incluye diseño y sala de exhibición)
tiempo: 6 semanas

Torre San Ángel:
construcción completa: US$280.00 por metro cuadrado, incluye lo mismo
tiempo: 12 semanas

Tan pronto como tengas la información completa, es importante contar con una autorización por escrito respecto a cualquier opción, para que Alfredo pueda empezar tan rápido como sea posible las negociaciones.

No estoy en la ciudad durante las siguientes dos semanas, pero la siguiente semana estaré "en línea" y las dos semanas en mi celular 011 52 555 438 92 44.

Por favor, hazme saber si necesitas mayor información. Tom: estaré en mi celular para discutir los asuntos que tengamos pendientes.

Saludos,

Mary Carmen

La suscrita, MA. DEL SOCORRO MUNIBE, perito traductor INGLES-ESPAÑOL autorizado por el H. Tribunal Superior de Justicia del Distrito Federal, certifica que, a su leal saber y entender, la que antecede es traducción fiel y correcta en 1 (una) foja útil del documento en inglés que se acompaña.

México, D.F. a 25 de marzo de 2005

MA. DEL SOCORRO MUNIBE
Calle 8 No. 115, Depto. 4
Col. La Raza
México, D.F.
Tel. 5597-1469

Exhibit A
Page 289



921

921

x| AOL Mail

Asunto:  Re: buildings
Fecha:   Dom, 4 Abr 2004 12:33:29 AM Hora estándar de México
De:      Cmendez14
Para:    Argentrade

LES VOY A PEDIR QUE VAYAN, ES MUY BUEN EDIFICIO TIENE BUSINESS CENTER, ESTA BONITO SI A MI ME PREGUNTAS ME GUSTA MAS LA TORRE SAN ANGEL, PERO TE JURO QUE ESTE NUEVO NO ES PARA NADA UNA MALA ALTERNATIVA, SOLO QUE A LO MEJOR EL OTRO ES MAS "NICE" O MAS EXCLUSIVO PERO CREO QUE HAN INSISTIDO EN AHORRAR TIEMPO Y COSTOS EN CONSTRUCCION Y SI ES ASI ESTA ES LA MEJOR OPCION SIN DUDA, ESPERO QUE LES MANDEN LAS FOTOS!!

FELICES VACACIONES

x| Guardar Como      x| Im   x| Imr            x| F.  4 de 17   x| F.

Responder

x| F

Reenviar

x| F
e

Responder
a Todos

x| l
t

Agregar
Direcciones

⬜ Incluir el texto original en respuesta.

x| A





×| AOL Mail

Asunto:  message
Fecha:   Mie, 7 Abr 2004 11:42:05 AM Hora estándar de México
De:      Cmendez14
Para:    Tpark@mgae.com

Dear Tom:

sorry for not answering yesterday, Iwas at the beach and I do not
check my voice mail till night. Im gonna be available at my cell phone
all day, in case you have a chance to call me.

regards

mary carmen

Responder

Reenviar

Responder
a Todos

Agregar
Direcciones

Guardar Como          2 de 17

Incluir el texto original en respuesta.

Traducción

923

923

| Asunto: | mensaje |
|---|---|
| Fecha: | Mie, 7 de abril de 2004 11:42:05 Hora estándar de México |
| De: | Cmendez |
| Para: | Tpark@mgae.com |

Estimado Tom:

discúlpame  por no haberte contestado ayer, estaba en la playa y no revisé mi correo de voz sino hasta en la noche.  Estaré en mi celular todo el día, en caso de que puedas llamarme.

saludos

mary carmen



La suscrita, MA. DEL SOCORRO MUNIBE, perito traductor INGLES-ESPAÑOL autorizado por el H. Tribunal Superior de Justicia del Distrito Federal, certifica que, a su leal saber y entender, la que antecede es traducción fiel y correcta en 1 (una) foja útil del documento en inglés que se acompaña.

México, D.F. a 25 de marzo de 2005

MA. DEL SOCORRO MUNIBE
Calle 8 No. 115, Depto. 4
Col. La Raza
México, D.F.
Tel. 5597-1469





~DER JUDICIAL

Exhibit A
Page 296

924

x| AOL Mail

924

Asunto: RE: Contracts
Fecha:   Mie, 14 Abr 2004 6:03:39 PM Hora estándar de México
De:      "Isaac Larian (President / CEO)" <LarianI1@mgae.com>
Para:    "Plot04@aol.com" <Plot04@aol.com>,  "Tom Park (Chief Operating
         Officer)" <TPark@mgae.com>,  Daphne Gronich<DGronich@mgae.com>
Enviado desde Internet (Detalles)

x| F
Responder

x| F
Reenviar

x| F
Responder
a Todos

x| A
Agregar
Direcciones

x| A

Tom, Dapne: What is going on with this? Lets call the Mexican Lawyers
NOW.

Isaac Larian
CEO
Please note my new e mail address below
MGA ENTERTAINMENT
A Consumer Entertainment  Product  Company
16730 Schoenborn Street
North Hills, California, 91343-6122
Tel: 818-894-3150
Fax:818-894-1267
LarianI1@MGAE.COM
www.MGAE.COM
Meet the girls with a passion for Fashion
www.Bratzpack.com


-----Original Message-----
From: Plot04@aol.com [mailto:Plot04@aol.com]
Sent: Wednesday, April 14, 2004 3:48 PM
To: LarianI1@mgae.com; TPark@mgae.com
Subject: Contracts

Guys,

We just spoke to the legal firm in Mexico and they have not received
any
papers from you yet. We are worried because we MUST  resign on
Wednesday
bdue to that afternoon the directors and ourselves would have to fly
to
Buffalo, and then to LA to see the Spring  line (returning may 3rd)
and
that would delay the process even more.

In our experience these legal affairs take  ing time to be closed in

We need all your support to bring  g our around.

Regards



925
325

x] Guardar Como     ⊽] Bo     ⊽] Imp          ⊽]   1 de 1   v.le,

_] Incluir el texto original en respuesta.

Asunto: RE: Contratos
Fecha:   Mie, 14 Abr 2004 6:03:39 PM Hora estándar de México
De:      "Isaac Larian (President / CEOT <LarianIl@mgae.com>
Para:    "Tlot04(@).aol.corri" <Plot04@).aol.com>.  "Tom Park (Chief Operating OfficerV'
<TPark@ragae.com>.  Daphne
Gronich<DGronich(g).mgae.com> Enviado desde Internet (Detalles)


Tom, Dapne:  ¿Qué está pasando con esto?  Llama a los abogados mexicanos AHORA.


Isaac Larian
CEO ':
Favor de tomar nota de mi nueva dirección de corre electrónico:
MGA ENTERTAINMENT
A Consumer Entertainment Product Company
16730 Schoenborn Street
North Hills, California 91343-6122
Tel: 818-894-
Fax:818-894-
LarianIl@MGAE.COM
www.MGAE.COM
Meet the girls with Passion for Fashion
www.Bratzpack.com


---Mensaje original ---
De: Plot04@aol.com [mailto:PlotQ4@aol.com]
Enviado:  14 de abril de 2004 3:48 PM
Para: LarianIl@mgae.com; TPark@mgae.com
Asunto: Contratos


Chicos

Acabamos de hablar con el despacho de México y ellos no han recibido ningún documento de ustedes todavía.  Estamos preocupados porque DEBEMOS renunciar el miércoles ya que ese día por la tarde, los directores y nosotros tendríamos que volar a Buffalo y luego a Los Angeles para ver la línea de Primavera 2005 (regresando en mayo 3) y ello podría retrasar el proceso aún más.

En nuestra experiencia, estos aspectos legales toman largo tiempo para ser finalizados.

Necesitamos todo su apoyo para resolver este problema cuanto antes.

La suscrita, MA. DEL SOCORRO MUNIBE, perito traductor INGLES-ESPAÑOL autorizado por el H. Tribunal Superior de Justicia del Distrito Federal, certifica que, a su leal saber y entender, la que antecede es traducción fiel y correcta en  1 ( una) foja útil del documento en inglés que se acompaña.

México, D.F. a 25 de marzo de 2005.

MA. DEL SOCORRO MUNIBE
Calle 8 No. 115, Depto. 4
Col. La Raza
México, D.F.
Tel. 5597-1469

927

x| AOL Mail



927

Asunto:  Undeliverable: RE: Offer Letters
Fecha:   Mie, 14 Abr 2004 12:19:25 PM Hora estándar de México
De:      System Administrator <postmaster@mgae.com>
Para:    Plot04@aol.com
Enviado desde Internet (Detalles)

Responder

Reenviar

Your message

   To:      TPark@
   Cc:      larian         argentrade@aol.com
   Subject: RE: Of
   Sent:    Thu, 1         A:18:44 +0800

Responder
a Todos

did not reach the        recipient(s):

larian1@mgae.com       Thu, 15 Apr 2004 01:17:22 +0800
    The recipient             recognized
    The MTS-ID of the original message is: c=us;a= ;p=abc
internationa;       MGAEMAIL040414171728P7SCFG
    MSEXCH:IMS:ABC International Traders:MGALA:MGAEMAIL 0 (O00C05A6)
Unknown
Recipient

Agregar
Direcciones

Asunto: RE: Offer Letters
   Fecha: Mie, 14 Abr 2004 12:18:44 PM Hora estándar de México
      De: Plot04@aol.com
    Para: TPark@mgae.com
Copiar a:: larian1@mgae.com, argentrade@aol.com

Tom,

we just spoke with Jean Paul, he told us we would make the draft of
the
contract today for your approval, and then he would send it to us for
signing. We ask him to send it as soon it is approved by you. We
cannot sign
until the company is fully registered, that depends on the papers
you are
sending today and that would be on friday if all goes well.

That is not everything and we are counting everything will be cleared
by
friday.

PROCURADURIA GENE
PROCURADURIA (
LIZADA EN DE
ESPECIALIZADA
CONTRA LOS D
Y LA PROPIEDAD

928
926

|☒| Guardar Como   |☒| Bor   |☒| Imr     | |☒|   1 de 1   |☒| |

☐ Incluir el texto original en respuesta.



Asunto:  No entregable: RE: Cartas Oferta
Fecha:   Mie, 14 Abr 2004 12:19:25 PM Hora estándar de Mexico
De:         System Administrator <postmaster@mgae.com>
Para:      Plot04@aol.coin
Enviado desde Internet (Detalles)

Su mensaje:

Para:  .    TPark@mgae.com
Cc:          larianl@mgae.com; argentrade@aol.com
Asunto:    RE: Cartas Oferta
Enviado: ; Jueves 15 de Abril de 2004 01:18:44 +0800

no fue entregado a los siguientes destinatarios:

larianl@mgae.com 15 de abril 2004 01:17:22 +0800
     No se reconoce el nombre del destinatario.
El MTS-ID del mensaje original es: c=us;a= ;p=abc
International;l=MGAEMAIL040414171728P7SCFG
;MSEXCH:IMS:ABC International Traders: MGALA:MGAEMAIL 0 (OOOC05A6)
Destinatario Desconocido

_____

Asunto: RE: Cartas Oferta Fecha: Mie, 14 Abr 2004 12:18:44 p.m.

Hora estándar de México

De: Plot04@aol.com Para: TPark@mgae.com
larianl@mgae.com, argentrade@aol.com

Tom,

Acabamos de hablar con Jean, Paul y nos dijo que va a hacer el proyecto de nuestro contrato para su aprobación y después nos lo enviará para firma.  Le pedimos que nos lo envíe en cuanto lo hayas aprobado.  No podemos firmar hasta que la compañía esté legalmente registrada (que depende de los documentos que nos envíes hoy) y que podrá ser el viernes, si todo va bien.

Gracias por todo y esperamos que todo quede resuelto antes del viernes.

Saludos.



La suscrita, MA. DEL SOCORRO MUNIBE, perito traductor INGLES-ESPAÑOL autorizado por el H. Tribunal Superior de Justicia del Distrito Federal, certifica que, a su leal saber y entender, la que antecede es traducción fiel y correcta en 1 ( una) foja útil del documento en inglés que se acompaña.

México, D.F. a 25 de marzo de 2005.

MA. DEL SOCORRO MUNIBE
Calle 8 No. 115, Depto. 4
Col. La Raza
México, D.F.
Tel. 5597-1469









x | AOL Mail

930

Asunto:  Fwd: No Subject
Fecha:   Jue, 15 Abr 2004 1:13:39 PM Hora estándar de México
De:      Argentrade
Para:    Plot04

HOLA MIS DULCES

LES ENVIO COPIA DEL EMAIL DE AYER.....

BEST REGARDS

SUSANA KUEMMERLE

Asunto:  No Subject
Fecha:   Mier, 14 Abr 2004 11:14:18 PM Hora estándar de México
De:      Argentrade
Para:    LARIAN@MGAE.COM, TPARK@MGAE.COM

HELLO

JUST ARRIVED FROM SOUTH AMERICA AND TALKED WITH GUSTAVO MACHADO, AS OF TODAY THEY HAVE NOT RECEIVED THE CONTRACTS.   GUSTAVO TALKED WITH THE MEXICAN LAWYERS AND HE WAS TOLD THAT THEY DO NOT HAVE A POWER OF ATTORNEY TO HANDLE THESE CONTRACTS.

GUSTAVO, MARIANA AND PABLO WANT TO RESIGN (ALL AT THE SAME TIME, AND YOU CAN'T BELIEVE MY SMILE!) NEXT WEDNESDAY, BUT WITHOUT A CONTRACT SIGNED, THEY WILL NOT BE ABLE TO DO IT.

IF YOU NEED MORE INFORMATION, PLEASE CALL ME I AM AT HOME...........856-642-1793

REGARDS

SUSANA

BEST REGARDS

SUSANA KUEMMERLE

Responder

Reenviar

Responder a Todos

Agregar Direcciones

x | Guardar Como     x | Bor     x | Imp                    x | F     2 de 2     x |

Incluir el texto original en respuesta.



931

Asunto: Sin Asunto
Fecha: Mie, 14 Abr 2004 11:14:18 PM
Hora estándar de México
De: Argentrade
Para: LARIAN11@MGAE.COM, TPARK@MGAE.COM

931

HOLA:

ACABO DE LLEGAR DE SUDAMÉRICA Y HABLÉ CON GUSTAVO MACHADO Y AL DÍA DE HOY ELLOS NO HAN RECIBIDO LOS CONTRATOS. GUSTAVO HABLÓ CON LOS ABOGADOS MEXICANOS Y FUE INFORMADO QUE ELLOS NO TIENEN EL PODER PARA MANEJAR ESTOS CONTRATOS.

GUSTAVO, MARIANA Y PABLO QUIEREN RENUNCIAR (TODOS AL MISMO TIEMPO, ¡NO PUEDEN CREER MI SONRISA!) EL PRÓXIMO MIÉRCOLES, PERO SIN UN CONTRATO FIRMADO, NO ESTARÁN EN POSIBILIDAD DE HACERLO.

SI NECESITAS MÁS INFORMACIÓN, LLÁMENME A MI CASA... 856-642-1793

SALUDOS

SUSANA

SALUDOS

La suscrita, MA. DEL SOCORRO MUNIBE, perito traductor INGLES-ESPAÑOL autorizado por el H. Tribunal Superior de Justicia del Distrito Federal, certifica que, a su leal saber y entender, la que antecede es traducción fiel y correcta en 1 (una) hoja útil del documento en inglés que se acompaña.

México, D.F., a 25 de marzo de 2005.

MA. DEL SOCORRO MUNIBE
Calle 3 No. 115, Depto. 4
Col. La Raza
México D.F.
Tel. 5597-1469

