×| AOL Mail

832

| | |
|---|---|
| Asunto: | Contrato MGA |
| Fecha: | Jue, 15 Abr 2004 3:06:33 PM Hora estándar de México |
| De: | "Jean Paul Farah" <jpfarah@rhm.com.mx> |
| Para: | <plot04@aol.com> |
| Copiar a:: | <DGronich@mgae.com>, "Humberto Padilla" <HPadilla@rhm.com.mx> |
| Archivo: | 10TH02!.DOC |

Enviado desde Internet (Detalles) ↑

Dear Pablo and

Attached herew... ...ind the proposed form of Employment
Agreement for ... ...ntation of your employment with MGAE de
México, S. de ... ..., which incorporates the terms of the offer
discussed with ... Please note that such form is still subject
to the review ... ...ents by our client.

Upon your confi... ...on as to your satisfaction to the terms of such
form we will conform such form to the specifics (charge, salary and
bonus) for each of you.

Should you have any questions or comments, please do not hesitate to
contact me.

Best regards,

JPF

Jean Paul Farah
RITCH, HEATHER Y MUELLER, S.C.
Torre del Bosque
Blvd. M. Ávila Camacho No. 24, Piso 20
Col. Lomas de Chapultepec
11000 México, D.F.
México
Telephone: (5255) 9178-7000
Facsimile: (5255) 9178-7095
jpfarah@rhm.com.mx
www.rhm.com.mx

Este mensaje es confidencial. ...

Responder

Reenviar

Responder
a Todos

Agregar
Direcciones



PROCURADU
SUBPROCU
ESPECIALE
UNIDAD ESP
DE DELITOS CO.
Y LA P.

This email is confidential and may also be privileged.  If you are not the intended recipient please immediately advise the sender by reply e-mail and delete this message and its attachments from your computer without retaining a copy. You should not copy it or use it for any purpose nor disclose its contents to any other person. Thank you.

933

Hacer   Guardar Como   Bor   Imr   1 de 2   E-

Incluir el texto del mensaje de respuesta.

DE LA FEDERACIÓN

DE LA REPÚBLICA
INVESTIGACIÓN
TOS FEDERALES,
EN INVESTIGACIÓN
DERECHOS DE AUTOR
INDUSTRIAL.



Exhibit A
Page 316

Asunto: :   Contrato MGA
Fecha:  :   Jue, 15 Abr 2004 3:06:33 PM Hora estándar de México
De:         "Jean Paul Farah" <jpfarah(%rhm.com.irrx>
Para:       <plot04@aol.com>
Copiar a:: <DGronich@mgae.com>.  "Humberto PadiUa" <EDPadilla(g>.mm.com.mx>
Archivo:   10TH02LDOC
Enviado desde Internet (Detalles)

Querios Pablo y Gustavo:

Adjunto encontrarán la propuesta de Contrato de Trabajo para la coordinación de su empleo en

MGAE de Mexico, S. de R. L. de C.V., el cual incorpora los términos de la oferta discutidos con

Tom Park.  Por favor tomen en cuenta que dicho formato todavía estará sujeto a revisión y

comentarios de nuestro cliente.

Una vez que nos confirmen su consentimiento respecto de dicho formato, le incluiremos los

puntos específicos de cada uno de ustedes, tales como cargo, salario, bonos, etc.

Si tienen algún otro comentario o pregunta, estoy a sus órdenes.

Atentamente,   DE LA FEDERACION

JPF

Jean Paul Farah
RITCH, HEATHER Y MUELLER, S.C.
Torre del Bosque
Blvd. M. Avila Camacho No. 24, Piso 20
Col. Lomas de Chapultepec
11000 Mexico D.F.
Mexico
Telephone: (5255) 9178-7000
Facsimile: (5255) 9178-7095
jpfarah@rhm.com.mx
www.rhm.com.mx

Este mensaje es confidencial.  Si usted no es el destinatario de este mensaje, le suplicamos se lo

notifique al remitente mediante un correo electrónico y que borre el presente mensaje y sus

anexos de su computadora sin retener una copia de los mismos. No debe copiar este mensaje o

usarlo para cualquier propósito ni divulgar su contenido. Muchas gracias.

Exhibit A
Page 317

La suscrita, MA. DEL SOCORRO MUNIBE, perito traductor INGLES-ESPAÑOL autorizado por el H. Tribunal Superior de Justicia del Distrito Federal, certifica que, a su leal saber y entender, la que antecede es traducción fiel y correcta en 1 ( una) foja útil del documento en inglés que se acompaña.

México, D.F. a 25 de marzo de 2005.

MA. DEL SOCORRO MUNIBE
Calle 8 No. 115, Depto. 4
Col. La Raza
México, D.F.
Tel. 5697-1469



905

x| AOL Mail

Asunto:     Fwd: Contrato MGA
Fecha:      Jue, 15 Abr 2004 7:32:51 PM Hora estándar de México
De:         Plot04
Para:       TPark@mgae.com
Copiar a::  jpfarah@rhm.com.mx,  Larian11@mgae.com
Archivo:    10TH02!.DOC

Responder

Reenviar

Responder
a Todos

Agregar
Direcciones

Tom,

We reviewed the contract Jean Paul sent to us. We sent our comments to
Jean Paul and we are sending them to you, if you agree please let Jean
Paul know in order for us to sign at 2PM tomorrow. Our comments are
the following:

1.  In several statements, the document says that the employee may
work either in Mexico or any place in the world. We think that in case
of moving to any other place, this contract should be revised and/or
replaced.
2.  In Clause 6 b states that the Company will assign the vacation
days once we complete our first year. We had the agreement with you of
having 15 days from start, as we have been enjoying that benefit in
Mattel every year, based in our seniority.
3.  In Clause (allowance) states that the allowance has to be
used exclusively for the car purchase. We agreed that it may be used
for the car (insurance, taxes, gas, etc) so in the case we
buy a car of less than the allowance, the balance can be used
for expenses.
4.  In Clause (insurances) there is no specification of the kind
and amount of insurances and it does not include spouses and children,
which is common style in Mexico.
5.  The adjustments to this contracts will be revised in18 months, but
is common practice in Mexico that the salary is revised every year. Do
we agree on a yearly salary revision?

If you agree, please inform Jean Paul so the contracts can be signed
at noon.

Saludos

Asunto: Contrato MGA
Fecha: Jue, 15 Abr 2004 3:06:33 PM Hora estándar de México
De: "Jean Paul Farah" <jpfarah@rhm.com.mx>
Para: <plot04@aol.com>
Copiar a:: <DGronich@mgae.com>, "Humberto Padilla" <HPadilla@rhm.com.mx>



Attached herewith, please find the proposed form of Employment Agreement for the instrumentation of your employment with MGAE de México, S. de R. L. de C.V., which incorporates the terms of the offer discussed with om Park. Please note that such form is still subject to the review omments by our client.

Upon your confirmation as to your satisfaction to the terms of such form we will conform such form to the specifics (charge, salary and bonus) for each you.

Should you have any questions or comments, please do not hesitate to contact me.

Best regards,

JPF

Jose Paul Farah
RITCH, HEATHER Y MUELLER, S.C.
Torre del Bosque
Blvd. M. Ávila Camacho No. 24, Piso 20
Col. Lomas de Chapultepec
11000 México, D.F.
México
Telephone: (5255) 9178-7000
Facsimile: (5255) 9178-7095
jpfarah@rhm.com.mx
www.rhm.com.mx

Este mensaje es confidencial. Si usted no es el destinarario de este mensaje, le suplicamos se lo notifique al remitente mediante un correo electrónico y que borre el presente mensaje y sus anexos de su computadora sin retener una copia de los mismos. No debe copiar este mensaje o usarlo para cualquier propósito ni divulgar su contenido. Muchas gracias.

This email is confidential and may also be privileged. If you are not the intended recipient please immediately advise the sender by reply e-mail and delete this message and its attachments from your computer without retaining a copy. You should not copy it or use it for any purpose nor disclose its contents to any other person. Thank you.

x| Hacer     x| Guardar Como     x| Bor   |x| Imr                x| F-|  2 de 25   |x| F-

¡ Incluir el texto original en respuesta.

*937*

*937*

Asunto:     RV: Contrato MGA
Fecha:      Jue, 15 Abr 2004 7:32:51 PM Hora estándar de México
De:         Plot04
Para:       TPark@ingae.com
Copiar a::  ipfarah@rlim.com.mx.   Lariaull@jngae.com
Archivo:    10TH02I.DOC

Tom,

Ya hemos revisado el contrato que Jean Paul nos envió. Enviamos nuestros comentarios a Jean Paul y también se los mandamos a ti. Si estás de acuerdo por favor háganselo saber a Jean Paul a efecto de firmar mañana a las 2 p.m. Nuestros comentarios son los siguientes:

1.   En diversas partes el documento establece que el empleado puede trabajar ya sea en México o en cualquier parte del mundo.  Pensamos que, en caso de que el empleado tenga que cambiar de residencia, el contrato se debe revisar y/o reemplazar.

2.   La Cláusula Sexta estipula que la Compañía asignará el número de días de vacaciones tras haberse completado el primer año.
Nosotros habíamos acordado en que nos otorgarían 15 días de vacaciones desde el principio, dado que disfrutábamos de esa prestación en Mattel con base en nuestra antigüedad.

3.   La Cláusula Sexta, inciso c) ("Bono para automóvil utilitario") establece que dicho bono se otorga exclusivamente para la compra de dicho automóvil.  Nosotros convenimos en que dicho bono puede ser para la compra del automóvil y los gastos que de ello deriven (seguros, impuestos, gasolinas, etc.).  Así, si adquirimos un auto con un costo menor al del bono, el saldo podría aprovecharse para cubrir dichos gastos.

4.   En esa misma Cláusula Sexta, inciso d) ("Seguros") no se especifica el tipo ni el monto de los seguros, ni tampoco si sus beneficios se extienden a los cónyuges e hijos (lo cual es una práctica común en México).

        Las modificaciones a dichos contratos se llevarán a cabo dentro de 18 meses; sin embargo, cabe mencionar que en México los salarios se ajustan anualmente. ¿Estamos de acuerdo en realizar una revisión de salarios cada año?

        Si estás de acuerdo, por favor infórmaselo a Jean Paul para firmar los contratos al mediodía.

Saludos

Asunto:  Contrato MGA



Fecha:      Jue, 15 Abr 2004 3:06:33 PM Hora estándar de México
De:         "Jean Paul Farah" <jpfarah(%hm.com.irrx>
Para:       <plot04@aol. com>
Copiar a::  <DGronich@rngae. com>.   "Humberto PadiUa" <EDPadilla(g>.rnrn.com.mx>
Archivo:    10TH02LDOC
Enviado desde Internet (Detalles)


Queridos Pablo y Gustavo:

Adjunto encontrarán la propuesta de Contrato de Trabajo para la coordinación de su empleo en

MGAE de Mexico, S. de R.L. de C.V., el cual incorpora los términos de la oferta discutidos con

Tom Park.  Por favor tomen en cuenta que dicho formato todavía estará sujeto a revisión y

comentarios de nuestra cliente.

Una vez que nos proporcionen su consentimiento respecto de dicho formato, le incluiremos los

puntos específicos de cada uno de ustedes, tales como cargo, salario, bonos, etc.

Si tienen algún otro comentario o pregunta, estoy a sus órdenes.

Atentamente,


JPF
Jean Paul Farah
RITCH, HEATHER Y MUELLER, S.C.
Torre del Bosque
Blvd. M. Avila Camacho No. 24, Piso 20
Col. Lomas de Chapultepec
11000 Mexico, D.F.
Mexico
Telephone:' (5255) 9178-7000
Facsimile: (5255) 9178-7095
jpfarah@rhm.com.mx
www.rhm.com.mx


Este mensaje es confidencial.  Si usted no es el destinatario de este mensaje, le suplicamos se lo

notifique al remitente mediante un correo electrónico y que borre el presente mensaje y sus

anexos de su computadora sin retener una copia de los mismos. No debe copiar este mensaje o

usarlo para cualquier propósito ni divulgar su contenido. Muchas gracias.



La suscrita, MA. DEL SOCORRO MUNIBE, perito traductor INGLES-ESPAÑOL autorizado por el H. Tribunal Superior de Justicia del Distrito Federal, certifica que, a su leal saber y entender, la que antecede es traducción fiel y correcta en 2 (dos) fojas útiles del documento en inglés que se acompaña.

México, D.F. a 25 de marzo de 2005.

MA. DEL SOCORRO MUNIBE
Calle 8 No. 115, Depto. 4
Col. La Raza
México, D.F.
Tel. 5597-1469

**PREGUNTAS QUE DEBERÁ CONTESTAR EL TESTIGO THOMAS PARK, EN RELACIÓN A LA CAUSA 130/2007-V DEL ÍNDICE DEL JUZGADO DÉCIMO DE DISTRITO DE PROCESOS PENALES FEDERALES EN EL DISTRITO FEDERAL**

1.- Que diga qué es lo que sabe de los hechos materia de la causa en la que se actúa.

2.- Que diga si conoce a la persona moral denominada MATTEL, INC.

3.- Que diga desde cuándo conoce a la persona moral denominada MATTEL, INC.

4.- Que diga por qué conoce a la persona moral denominada MATTEL, INC.

5.- Que diga si sabe cuál es el objeto social de la persona moral denominada MATTEL, INC.

6.- Que diga si sabe si MATTEL, INC., con motivo de las actividades inherentes a su objeto social, guarda información confidencial (secretos industriales) reservada estrictamente para dichas actividades.

7.- Que diga si sabe si MATTEL, INC. cuenta con políticas internas que prohíben el que alguien se apodere sin derecho y sin su consentimiento de su información confidencial (secretos industriales), para usarla o revelarla a un tercero.

8.- Que diga si conoce a la persona moral denominada MATTEL DE MÉXICO, S.A. DE C.V.

9.- Que diga desde cuándo conoce a la persona moral denominada MATTEL DE MÉXICO, S.A. DE C.V.

10.- Que diga por qué conoce a la persona moral denominada MATTEL DE MÉXICO, S.A. DE C.V.

11.- Que diga si sabe cuál es el objeto social de la persona moral denominada MATTEL DE MÉXICO, S.A. DE C.V.

12.- Que diga si sabe si MATTEL DE MÉXICO, S.A. DE C.V., con motivo de las actividades inherentes a su objeto social, guarda información confidencial (secretos industriales) reservada estrictamente para dichas actividades.

13.- Que diga si sabe si MATTEL DE MÉXICO, S.A. DE C.V. cuenta con políticas internas que prohíben el que alguien se apodere sin derecho y sin su consentimiento de su información confidencial (secretos industriales), para usarla o revelarla a un tercero.

14.- Que diga si conoce a la persona moral denominada MATTEL SERVICIOS, S.A. DE C.V.

15.- Que diga desde cuándo conoce a la persona moral denominada MATTEL SERVICIOS, S.A. DE C.V.

2

16.- Que diga por qué conoce a la persona moral denominada MATTEL SERVICIOS, S.A. DE C.V.

17.- Que diga si sabe cuál es el objeto social de la persona moral denominada MATTEL SERVICIOS, S.A. DE C.V.

18.- Que diga si sabe si MATTEL SERVICIOS, S.A. DE C.V., con motivo de las actividades inherentes a su objeto social, guarda información confidencial (secretos industriales) reservada estrictamente para dichas actividades.

19.- Que diga si sabe si MATTEL SERVICIOS, S.A. DE C.V. cuenta con políticas internas que prohíben el que alguien se apodere sin derecho y sin su consentimiento de la información confidencial (secretos industriales), para usarla o revelarla a un tercero.

20.- Que diga si conoce a la persona moral denominada MGAE DE MEXICO, S. DE R.L. DE C.V.

21.- Que diga desde cuándo conoce a la persona moral denominada MGAE DE MEXICO, S. DE R.L. DE C.V.

22.- Que diga por qué conoce a la persona moral denominada MGAE DE MEXICO, S. DE R.L. DE C.V.

23.- Que diga si sabe cuál es el objeto social de la persona moral denominada MGAE DE MEXICO, S. DE R.L. DE C.V.

24.- Que diga si sabe si MGAE DE MÉXICO, S. DE R.L. DE C.V., con motivo de las actividades inherentes a su objeto social, guarda información confidencial (secretos industriales) reservada estrictamente para dichas actividades.

25.- Que diga si sabe si MGAE DE MÉXICO, S. DE R.L. DE C.V. cuenta con políticas internas que prohíben el que alguien se apodere sin derecho y sin consentimiento de su información confidencial (secretos industriales), para usarla o revelarla a un tercero.

26.- Que diga si sabe si MGAE DE MÉXICO, S. DE R.L. DE C.V. cuenta con políticas que prohíben poseer, usar o revelar información confidencial (secretos industriales) de competidores de dicha empresa.

27.- Que diga si sabe si las políticas a que se refiere la pregunta que antecede, son similares a las que en otros países tienen empresas del mismo grupo de interés al que pertenece MGAE DE MÉXICO, S. DE R.L. DE C.V.

28.- Que diga si conoce a la persona moral denominada MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

29.- Que diga desde cuándo conoce a la persona moral denominada MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

30.- Que diga por qué conoce a la persona moral denominada MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

31.- Que diga si sabe cuál es el objeto social de la persona moral denominada MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

32.- Que diga si sabe si MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC., con motivo de las actividades inherentes a su objeto social, guarda información confidencial (secretos industriales) reservada estrictamente para dichas actividades.

33.- Que diga si sabe si MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC. cuenta con políticas internas que prohíben el que alguien se apodere de su información confidencial (secretos industriales), para usarla o revelarla a un tercero.

34.- Que diga si sabe si MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC. cuenta con políticas que prohíben poseer, usar o revelar información confidencial (secretos industriales) de competidores de dicha empresa.

35.- Que diga si sabe si las políticas a que se refiere la pregunta que antecede, son similares a las que en otros países tienen empresas del mismo grupo de interés al que pertenece MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

36.- Que diga si conoce al señor CARLOS GUSTAVO MACHADO GÓMEZ.

37.- Que diga desde cuándo conoce al señor CARLOS GUSTAVO MACHADO GÓMEZ.

38.- Que diga por qué conoce al señor CARLOS GUSTAVO MACHADO GÓMEZ.

39.- Que diga si sabe a qué se ha dedicado el señor CARLOS GUSTAVO MACHADO GÓMEZ en el período comprendido del año 2004 al año 2007.

40.- Que diga si sabe si el señor CARLOS GUSTAVO MACHADO GÓMEZ laboró para MATTEL SERVICIOS, S.A. DE C.V.

41.- Que diga si sabe si el señor CARLOS GUSTAVO MACHADO GÓMEZ realizó actividades para MATTEL DE MEXICO, S.A. DE C.V.

42.- Que diga si sabe si el señor CARLOS GUSTAVO MACHADO GÓMEZ realizó actividades para MATTEL INC.

43.- Que diga si sabe en qué lugar o lugares ha trabajado el señor CARLOS GUSTAVO MACHADO GÓMEZ en el período comprendido del año 2004 al año 2007.

44.- Que diga si sabe si el procesado CARLOS GUSTAVO MACHADO GÓMEZ en algún momento fue nombrado apoderado para pleitos y cobranzas, actos de administración y para otorgar y suscribir títulos de crédito, en nombre y representación de MGAE DE MEXICO, S. DE R.L. DE C.V.

45.- Que diga si sabe desde cuándo el procesado CARLOS GUSTAVO MACHADO GÓMEZ fue nombrado como apoderado en términos de la pregunta que antecede.

4

46.- Que diga si sabe el motivo por el cual el procesado CARLOS GUSTAVO MACHADO GÓMEZ fue nombrado como apoderado en términos de las dos preguntas que anteceden.

47.- Que diga si sabe el motivo por el cual se revocó el poder a que se refieren las tres preguntas que anteceden.

48.- Que diga si sabe si el procesado CARLOS GUSTAVO MACHADO GÓMEZ presumiblemente provocó pérdida de información en una computadora que le asignó MATTEL DE MÉXICO, S.A. DE C.V. como herramienta de trabajo.

49.- Que diga desde cuándo sabe el hecho mencionado en la pregunta que antecede.

50.- Que diga cómo se enteró del hecho mencionado en las dos preguntas que anteceden.

51.- Que diga si sabe si el procesado CARLOS GUSTAVO MACHADO GÓMEZ presumiblemente se apoderó de información confidencial (secretos industriales) que guardan MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC.

52.- Que diga desde cuándo sabe lo expuesto en la pregunta que antecede.

53.- Que diga cómo se enteró de lo expuesto en las dos preguntas que anteceden.

54.- Que diga qué hizo cuando se enteró de lo expuesto en las tres preguntas que anteceden.

55.- Que diga si sabe si MGAE DE MÉXICO, S. DE R.L. DE C.V. se enteró que el procesado CARLOS GUSTAVO MACHADO GÓMEZ presumiblemente se apoderó de información confidencial (secretos industriales) que guardan MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC.

56.- Que diga si sabe desde cuándo MGAE DE MÉXICO, S. DE R.L. DE C.V. se enteró de lo expuesto en la pregunta que antecede.

57.- Que diga si sabe cómo MGAE DE MÉXICO, S. DE R.L. DE C.V. se enteró de lo expuesto en las dos preguntas que anteceden.

58.- Que diga si sabe qué hizo MGAE DE MÉXICO, S. DE R.L. DE C.V. cuando se enteró de lo expuesto en las tres preguntas que anteceden.

59.- Que diga si se reunió con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2004.

60.- Que diga cuántas veces se reunió con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2004.

61.- Que diga cuál o cuáles fueron los motivos de las reuniones que tuvo con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2004.

62.- Que diga en dónde fueron las reuniones que tuvo con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2004.

63.- Que diga si sostuvo conversaciones telefónicas con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2004.

64.- Que diga cuántas veces sostuvo conversaciones telefónicas con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2004.

65.- Que diga cuál o cuáles fueron los motivos de las conversaciones telefónicas que sostuvo con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2004.

66.- Que diga si sostuvo comunicaciones vía correo electrónico con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2004.

67.- Que diga cuántas veces sostuvo comunicaciones vía correo electrónico con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2004.

68.- Que diga cuál o cuáles fueron los motivos de las comunicaciones vía correo electrónico que sostuvo con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2004.

69.- Que diga si se reunió con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2005.

70.- Que diga cuántas veces se reunió con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2005.

71.- Que diga cuál o cuáles fueron los motivos de las reuniones que tuvo con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2005.

72.- Que diga en dónde fueron las reuniones que tuvo con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2005.

73.- Que diga si sostuvo conversaciones telefónicas con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2005.

74.- Que diga cuántas veces sostuvo conversaciones telefónicas con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2005.

75.- Que diga cuál o cuáles fueron los motivos de las conversaciones telefónicas que sostuvo con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2005.

76.- Que diga si sostuvo comunicaciones vía correo electrónico con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2005.

77.- Que diga cuántas veces sostuvo comunicaciones vía correo electrónico con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2005.

78.- Que diga cuál o cuáles fueron los motivos de las comunicaciones vía correo electrónico que sostuvo con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2005.

79.- Que diga si se reunió con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2006.

80.- Que diga cuántas veces se reunió con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2006.

81.- Que diga cuál o cuáles fueron los motivos de las reuniones que tuvo con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2006.

82.- Que diga en dónde fueron las reuniones que tuvo con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2006.

83.- Que diga si sostuvo conversaciones telefónicas con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2006.

84.- Que diga cuántas veces sostuvo conversaciones telefónicas con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2006.

85.- Que diga cuál o cuáles fueron los motivos de las conversaciones telefónicas que sostuvo con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2006.

86.- Que diga si se reunió con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2007.

87.- Que diga cuántas veces se reunió con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2007.

88.- Que diga cuál o cuáles fueron los motivos de las reuniones que tuvo con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2007.

89.- Que diga en dónde fueron las reuniones que tuvo con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2007.

90.- Que diga si sostuvo conversaciones telefónicas con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2007.

91.- Que diga cuántas veces sostuvo conversaciones telefónicas con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2007.

92.- Que diga cuál o cuáles fueron los motivos de las conversaciones telefónicas que sostuvo con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2007.

93.- Que diga si sostuvo comunicaciones vía correo electrónico con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2007.

94.- Que diga cuántas veces sostuvo comunicaciones vía correo electrónico con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2007.

95.- Que diga cuál o cuáles fueron los motivos de las comunicaciones vía correo electrónico que sostuvo con el procesado CARLOS GUSTAVO MACHADO GÓMEZ durante el año 2007.

#:323035

7

96.- Que diga si conoce al señor PABLO VARGAS SAN JOSÉ.

97.- Que diga desde cuándo conoce al señor PABLO VARGAS SAN JOSÉ.

98.- Que diga por qué conoce al señor PABLO VARGAS SAN JOSÉ.

99.- Que diga si sabe a qué se dedicó el señor PABLO VARGAS SAN JOSÉ en el período comprendido del año 2004 al año 2007.

100.- Que diga si sabe si el señor PABLO VARGAS SAN JOSÉ laboró para MATTEL SERVICIOS, S.A. DE C.V.

101.- Que diga si sabe si el señor PABLO VARGAS SAN JOSÉ realizó actividades para MATTEL DE MEXICO, S.A. DE C.V.

102.- Que diga si sabe si el señor PABLO VARGAS SAN JOSÉ realizó actividades para MATTEL INC.

103.- Que diga si sabe en qué lugar o lugares ha trabajado el señor PABLO VARGAS SAN JOSÉ en el período comprendido del año 2004 al año 2007.

104.- Que diga si sabe si el procesado PABLO VARGAS SAN JOSÉ presumiblemente se apoderó de información confidencial (secretos industriales) que guarda MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC.

105.- Que diga desde cuándo sabe lo expuesto en la pregunta que antecede.

106.- Que diga cómo se enteró de lo expuesto en las dos preguntas que anteceden.

107.- Que diga qué hizo cuando se enteró se enteró de lo expuesto en las tres preguntas que anteceden.

108.- Que diga si sabe si MGAE DE MÉXICO, S. DE R.L. DE C.V. se enteró que el procesado PABLO VARGAS SAN JOSÉ presumiblemente se apoderó de información confidencial (secretos industriales) que guardan MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC.

109.- Que diga si sabe desde cuándo MGAE DE MÉXICO, S. DE R.L. DE C.V. se enteró de lo expuesto en la pregunta que antecede.

110.- Que diga si sabe cómo MGAE DE MÉXICO, S. DE R.L. DE C.V. se enteró de lo expuesto en las dos preguntas que anteceden.

111.- Que diga si sabe qué hizo MGAE DE MÉXICO, S. DE R.L. DE C.V. cuando se enteró de lo expuesto en las tres preguntas que anteceden.

112.- Que diga si se reunió con el procesado PABLO VARGAS SAN JOSÉ durante el año 2004.

Page 333

8

113.- Que diga cuántas veces se reunió con el procesado PABLO VARGAS SAN JOSÉ durante el año 2004.

114.- Que diga cuál o cuáles fueron los motivos de las reuniones que tuvo con el procesado PABLO VARGAS SAN JOSÉ durante el año 2004.

115.- Que diga en dónde fueron las reuniones que tuvo con el procesado PABLO VARGAS SAN JOSÉ durante el año 2004.

116.- Que diga si sostuvo conversaciones telefónicas con el procesado PABLO VARGAS SAN JOSÉ durante el año 2004.

117.- Que diga cuántas veces sostuvo conversaciones telefónicas con el procesado PABLO VARGAS SAN JOSÉ durante el año 2004.

118.- Que diga cuál o cuáles fueron los motivos de las conversaciones telefónicas que sostuvo con el procesado PABLO VARGAS SAN JOSÉ durante el año 2004.

119.- Que diga si sostuvo comunicaciones vía correo electrónico con el procesado PABLO VARGAS SAN JOSÉ durante el año 2004.

120.- Que diga cuántas veces sostuvo comunicaciones vía correo electrónico con el procesado PABLO VARGAS SAN JOSÉ durante el año 2004.

121.- Que diga cuál o cuáles fueron los motivos de las comunicaciones vía correo electrónico que sostuvo con el procesado PABLO VARGAS SAN JOSÉ durante el año 2004.

122.- Que diga si se reunió con el procesado PABLO VARGAS SAN JOSÉ durante el año 2005.

123.- Que diga cuántas veces se reunió con el procesado PABLO VARGAS SAN JOSÉ durante el año 2005.

124.- Que diga cuál o cuáles fueron los motivos de las reuniones que tuvo con el procesado PABLO VARGAS SAN JOSÉ durante el año 2005.

125.- Que diga en dónde fueron las reuniones que tuvo con el procesado PABLO VARGAS SAN JOSÉ durante el año 2005.

126.- Que diga si sostuvo conversaciones telefónicas con el procesado PABLO VARGAS SAN JOSÉ durante el año 2005.

127.- Que diga cuántas veces sostuvo conversaciones telefónicas con el procesado PABLO VARGAS SAN JOSÉ durante el año 2005.

128.- Que diga cuál o cuáles fueron los motivos de las conversaciones telefónicas que sostuvo con el procesado PABLO VARGAS SAN JOSÉ durante el año 2005.

129.- Que diga si sostuvo comunicaciones vía correo electrónico con el procesado PABLO VARGAS SAN JOSÉ durante el año 2005.

130.- Que diga cuántas veces sostuvo comunicaciones vía correo electrónico con el procesado PABLO VARGAS SAN JOSÉ durante el año 2005.

131.- Que diga cuál o cuáles fueron los motivos de las comunicaciones vía correo electrónico que sostuvo con el procesado PABLO VARGAS SAN JOSÉ durante el año 2005.

132.- Que diga si se reunió con el procesado PABLO VARGAS SAN JOSÉ durante el año 2006.

133.- Que diga cuántas veces se reunió con el procesado PABLO VARGAS SAN JOSÉ durante el año 2006.

134.-  Que diga cuál o cuáles fueron los motivos de las reuniones que tuvo con el procesado PABLO VARGAS SAN JOSÉ durante el año 2006.

135.- Que diga en dónde fueron las reuniones que tuvo con el procesado PABLO VARGAS SAN JOSÉ durante el año 2006.

136.- Que diga si sostuvo conversaciones telefónicas con el procesado PABLO VARGAS SAN JOSÉ durante el año 2006.

137.- Que diga cuántas veces sostuvo conversaciones telefónicas con el procesado PABLO VARGAS SAN JOSÉ durante el año 2006.

138.-  Que diga cuál o cuáles fueron los motivos de las conversaciones telefónicas que sostuvo con el procesado PABLO VARGAS SAN JOSÉ durante el año 2006.

139.- Que diga si se reunió con el procesado PABLO VARGAS SAN JOSÉ durante el año 2007.

140.- Que diga cuántas veces se reunió con el procesado PABLO VARGAS SAN JOSÉ durante el año 2007.

141.- Que diga cuál o cuáles fueron los motivos de las reuniones que tuvo con el procesado PABLO VARGAS SAN JOSÉ durante el año 2007.

142.- Que diga en dónde fueron las reuniones que tuvo con el procesado PABLO VARGAS SAN JOSÉ durante el año 2007.

143.- Que diga si sostuvo conversaciones telefónicas con el procesado PABLO VARGAS SAN JOSÉ durante el año 2007.

144.- Que diga cuántas veces sostuvo conversaciones telefónicas con el procesado PABLO VARGAS SAN JOSÉ durante el año 2007.

145.-  Que diga cuál o cuáles fueron los motivos de las conversaciones telefónicas que sostuvo con el procesado PABLO VARGAS SAN JOSÉ durante el año 2007.

10

146.- Que diga si sostuvo comunicaciones vía correo electrónico con el procesado PABLO VARGAS SAN JOSÉ durante el año 2007.

147.- Que diga cuántas veces sostuvo comunicaciones vía correo electrónico con el procesado PABLO VARGAS SAN JOSÉ durante el año 2007.

148.-  Que diga cuál o cuáles fueron los motivos de las comunicaciones vía correo electrónico que sostuvo con el procesado PABLO VARGAS SAN JOSÉ durante el año 2007.

149.- Que diga si conoce a la señora MARIANA TRUEBA ALMADA.

150.- Que diga desde cuándo conoce a la señora MARIANA TRUEBA ALMADA.

151.- Que diga por qué conoce a la señora MARIANA TRUEBA ALMADA.

152.- Que diga si sabe a qué se dedicó la señora MARIANA TRUEBA ALMADA en el período comprendido del año 2004 al año 2007.

153.- Que diga si sabe si la señora MARIANA TRUEBA ALMADA laboró para MATTEL SERVICIOS, S.A. DE C.V.

154.- Que diga si sabe si la señora MARIANA TRUEBA ALMADA realizó actividades para MATTEL DE MEXICO, S.A. DE C.V.

155.- Que diga si sabe si la señora MARIANA TRUEBA ALMADA realizó actividades para MATTEL INC.

156.- Que diga si sabe en qué lugar o lugares ha trabajado la señora MARIANA TRUEBA ALMADA en el período comprendido del año 2004 al año 2007.

157.- Que diga si sabe si la procesada MARIANA TRUEBA ALMADA presumiblemente se apoderó de información confidencial (secretos industriales) que guardan MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC.

158.- Que diga desde cuándo sabe lo expuesto en la pregunta que antecede.

159.- Que diga cómo se enteró de lo expuesto en las dos preguntas que anteceden.

160.- Que diga qué hizo cuando se enteró se enteró de lo expuesto en las tres preguntas que anteceden.

161.- Que diga si sabe si MGAE DE MÉXICO, S. DE R.L. DE C.V. se enteró que la procesada MARIANA TRUEBA ALMADA presumiblemente se apoderó de información confidencial (secretos industriales) que guardan MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC.

162.- Que diga si sabe desde cuándo MGAE DE MÉXICO, S. DE R.L. DE C.V. se enteró de lo expuesto en la pregunta que antecede.

163.- Que diga si sabe cómo MGAE DE MÉXICO, S. DE R.L. DE C.V. se enteró de lo expuesto en las dos preguntas que anteceden.

164.- Que diga si sabe qué hizo MGAE DE MÉXICO, S. DE R.L. DE C.V. cuando se enteró de lo expuesto en las tres preguntas que anteceden.

165.- Que diga si se reunió con la procesada MARIANA TRUEBA ALMADA durante el año 2004.

166.- Que diga cuántas veces se reunió con la procesada MARIANA TRUEBA ALMADA durante el año 2004.

167.- Que diga cuál o cuáles fueron los motivos de las reuniones que tuvo con la procesada MARIANA TRUEBA ALMADA durante el año 2004.

168.- Que diga en dónde fueron las reuniones que tuvo con la procesada MARIANA TRUEBA ALMADA durante el año 2004.

169.- Que diga si sostuvo conversaciones telefónicas con la procesada MARIANA TRUEBA ALMADA durante el año 2004.

170.- Que diga cuántas veces sostuvo conversaciones telefónicas con la procesada MARIANA TRUEBA ALMADA durante el año 2004.

171.- Que diga cuál o cuáles fueron los motivos de las conversaciones telefónicas que sostuvo con la procesada MARIANA TRUEBA ALMADA durante el año 2004.

172.- Que diga si sostuvo comunicaciones vía correo electrónico con la procesada MARIANA TRUEBA ALMADA durante el año 2004.

173.- Que diga cuántas veces sostuvo comunicaciones vía correo electrónico con la procesada MARIANA TRUEBA ALMADA durante el año 2004.

174.- Que diga cuál o cuáles fueron los motivos de las comunicaciones vía correo electrónico que sostuvo con la procesada MARIANA TRUEBA ALMADA durante el año 2004.

175.- Que diga si se reunió con la procesada MARIANA TRUEBA ALMADA durante el año 2005.

176.- Que diga cuántas veces se reunió con la procesada MARIANA TRUEBA ALMADA durante el año 2005.

177.- Que diga cuál o cuáles fueron los motivos de las reuniones que tuvo con la procesada MARIANA TRUEBA ALMADA durante el año 2005.

178.- Que diga en dónde fueron las reuniones que tuvo con la procesada MARIANA TRUEBA ALMADA durante el año 2005.

179.- Que diga si sostuvo conversaciones telefónicas con la procesada MARIANA TRUEBA ALMADA durante el año 2005.

12

180.- Que diga cuántas veces sostuvo conversaciones telefónicas con la procesada MARIANA TRUEBA ALMADA durante el año 2005.

181.- Que diga cuál o cuáles fueron los motivos de las conversaciones telefónicas que sostuvo con la procesada MARIANA TRUEBA ALMADA durante el año 2005.

182.- Que diga si sostuvo comunicaciones vía correo electrónico con la procesada MARIANA TRUEBA ALMADA durante el año 2005.

183.- Que diga cuántas veces sostuvo comunicaciones vía correo electrónico con la procesada MARIANA TRUEBA ALMADA durante el año 2005.

184.- Que diga cuál o cuáles fueron los motivos de las comunicaciones vía correo electrónico que sostuvo con la procesada MARIANA TRUEBA ALMADA durante el año 2005.

185.- Que diga si se reunió con la procesada MARIANA TRUEBA ALMADA durante el año 2006.

186.- Que diga cuántas veces se reunió con la procesada MARIANA TRUEBA ALMADA durante el año 2006.

187.- Que diga cuál o cuáles fueron los motivos de las reuniones que tuvo con la procesada MARIANA TRUEBA ALMADA durante el año 2006.

188.- Que diga en dónde fueron las reuniones que tuvo con la procesada MARIANA TRUEBA ALMADA durante el año 2006.

189.- Que diga si sostuvo conversaciones telefónicas con la procesada MARIANA TRUEBA ALMADA durante el año 2006.

190.- Que diga cuántas veces sostuvo conversaciones telefónicas con la procesada MARIANA TRUEBA ALMADA durante el año 2006.

191.- Que diga cuál o cuáles fueron los motivos de las conversaciones telefónicas que sostuvo con la procesada MARIANA TRUEBA ALMADA durante el año 2006.

192.- Que diga si se reunió con la procesada MARIANA TRUEBA ALMADA durante el año 2007.

193.- Que diga cuántas veces se reunió con la procesada MARIANA TRUEBA ALMADA durante el año 2007.

194.- Que diga cuál o cuáles fueron los motivos de las reuniones que tuvo con la procesada MARIANA TRUEBA ALMADA durante el año 2007.

195.- Que diga en dónde fueron las reuniones que tuvo con la procesada MARIANA TRUEBA ALMADA durante el año 2007.

13

196.- Que diga si sostuvo conversaciones telefónicas con la procesada MARIANA TRUEBA ALMADA durante el año 2007.

197.- Que diga cuántas veces sostuvo conversaciones telefónicas con la procesada MARIANA TRUEBA ALMADA durante el año 2007.

198.- Que diga cuál o cuáles fueron los motivos de las conversaciones telefónicas que sostuvo con la procesada MARIANA TRUEBA ALMADA durante el año 2007.

199.- Que diga si sostuvo comunicaciones vía correo electrónico con la procesada MARIANA TRUEBA ALMADA durante el año 2007.

200.- Que diga cuántas veces sostuvo comunicaciones vía correo electrónico con la procesada MARIANA TRUEBA ALMADA durante el año 2007.

201.- Que diga cuál o cuáles fueron los motivos de las comunicaciones vía correo electrónico que sostuvo con la procesada MARIANA TRUEBA ALMADA durante el año 2007.

202.- Que diga si conoce al señor JEAN PAUL FARAH.

203.- Que diga desde cuándo conoce al señor JEAN PAUL FARAH.

204.- Que diga por qué conoce al señor JEAN PAUL FARAH.

205.- Que diga si sabe a qué se dedica el señor JEAN PAUL FARAH.

206.- Que diga si conoce al señor JAHANGIR MAKABI.

207.- Que diga desde cuándo conoce al señor JAHANGIR MAKABI.

208.- Que diga por qué conoce al señor JAHANGIR MAKABI.

209.- Que diga si sabe a qué se dedica el señor JAHANGIR MAKABI.

210.- Que diga si conoce a la señora DAPHNE GRONICH.

211.- Que diga desde cuándo conoce a la señora DAPHNE GRONICH.

212.- Que diga por qué conoce a la señora DAPHNE GRONICH.

213.- Que diga si sabe a qué se dedica la señora DAPHNE GRONICH.

214.- Que diga si conoce a la señora SUSANA KUEMMERLE.

215.- Que diga desde cuándo conoce a la señora SUSANA KUEMMERLE.

216.- Que diga por qué conoce a la señora SUSANA KUEMMERLE.

217.- Que diga si sabe a qué se dedica la señora SUSANA KUEMMERLE.

14

218.- Que diga si conoce a la señora MARÍA DEL CARMEN MÉNDEZ HERNÁNDEZ.

219.- Que diga desde cuándo conoce a la señora MARÍA DEL CARMEN MÉNDEZ
HERNÁNDEZ.

220.- Que diga por qué conoce a la señora MARÍA DEL CARMEN MÉNDEZ
HERNÁNDEZ.

221.- Que diga si sabe a qué se dedica la señora MARÍA DEL CARMEN MÉNDEZ
HERNÁNDEZ.

222.- Que diga si conoce la dirección de correo electrónico Larianl1@mgae.com.

223.- Que diga desde cuándo conoce la dirección de correo electrónico
Larianl1@mgae.com

224.- Que diga por qué conoce la dirección de correo electrónico  Larianl1@mgae.com

225.- Que diga si sabe a quién pertenece la dirección de correo electrónico
Larianl1@mgae.com

226.- Que diga si conoce la dirección de correo electrónico Plot04@aol.com.

227.- Que diga desde cuándo conoce la dirección de correo electrónico Plot04@aol.com.

228.- Que diga por qué conoce la dirección de correo electrónico Plot04@aol.com.

229.- Que diga si sabe a quién pertenece la dirección de correo electrónico
Plot04@aol.com.

230.- Que diga si conoce la dirección de correo electrónico Cmendez14@aol.com.

231.- Que diga desde cuándo conoce la dirección de correo electrónico
Cmendez14@aol.com.

232.- Que diga por qué conoce la dirección de correo electrónico Cmendez14@aol.com.

233.- Que diga si sabe a quién pertenece la dirección de correo electrónico
Cmendez14@aol.com.

234.- Que diga si conoce la dirección de correo electrónico DGronich@mgae.com.

235.- Que diga desde cuándo conoce la dirección de correo electrónico
DGronich@mgae.com.

236.- Que diga por qué conoce la dirección de correo electrónico DGronich@mgae.com.

237.- Que diga si sabe a quién pertenece la dirección de correo electrónico
DGronich@mgae.com.

238.- Que diga si conoce la dirección de correo electrónico Argentrade@aol.com.

15

239.- Que diga desde cuándo conoce la dirección de correo electrónico Argentrade@aol.com.

240.- Que diga por qué conoce la dirección de correo electrónico Argentrade@aol.com.

241.- Que diga si sabe a quién pertenece la dirección de correo electrónico Argentrade@aol.com.

242.- Que diga si conoce la dirección de correo electrónico jpfarah@rhm.com.mx.

243.- Que diga desde cuándo conoce la dirección de correo electrónico jpfarah@rhm.com.mx.

244.- Que diga por qué conoce la dirección de correo electrónico jpfarah@rhm.com.mx.

245.- Que diga si sabe a quién pertenece la dirección de correo electrónico jpfarah@rhm.com.mx.

246.- Que diga si conoce la dirección de correo electrónico TPark@mgae.com.

247.- Que diga desde cuándo conoce la dirección de correo electrónico TPark@mgae.com.

248.- Que diga por qué conoce la dirección de correo electrónico TPark@mgae.com.

249.- Que diga si sabe a quién pertenece la dirección de correo electrónico TPark@mgae.com.

250.- Una vez que le sean puestos a la vista los documentos que como ANEXO 81 se acompañaron al escrito de denuncia y querella que diga si sabe a qué se refieren.

251.- Una vez que le sean puestos a la vista los documentos que como ANEXO 81 se acompañaron al escrito de denuncia y querella que diga si los reconoce.

252.- Que diga si sabe el por qué se envió el correo electrónico de la dirección Plot04@aol.com a la dirección Larianl1@mgae.com el día 22 de marzo de 2004, mismo que obra en el legajo que como anexo 81 se acompañó al escrito de denuncia y/o querella.

253.- Que diga si sabe el por qué se envió el correo electrónico de la dirección Cmendez14@aol.com a TPark@mgae.com el día 2 de abril de 2004, mismo que obra en el legajo como anexo 81 se acompañó al escrito de denuncia y/o querella.

254.- Que diga si sabe el por qué se envió el correo electrónico de la dirección Larianl1@mgae.com a la dirección TPark@mgae.com y otras, el día 14 de abril de 2004, mismo que obra en el legajo como anexo 81 se acompañó al escrito de denuncia y/o querella.

255.- Que diga el motivo por el cual aparece su nombre a un lado de la dirección de correo electrónico TPark@mgae.com, en el correo electrónico enviado de la dirección

16

Lariani1@mgae.com a la dirección Plot04@aol.com y otras, el día 14 de abril de 2004, mismo que obra en el legajo como anexo 81 se acompañó al escrito de denuncia y/o querella.

256.- Que diga si sabe el por qué se envió el correo electrónico de la dirección postmaster@mgae.com a la dirección Plot04@aol.com, el día 14 de abril de 2004, en el que se anexa un correo electrónico enviado de la dirección Plot04@aol.com a TPark@mgae.com con copia para la dirección de correo electrónico Lariani1@mgae.com, mismo que obra en el legajo como anexo 81 se acompañó al escrito de denuncia y/o querella.

257.- Que diga si sabe el por qué se envió el correo electrónico de la dirección Plot04@aol.com a la dirección TPark@mgae.com, el día 15 de abril de 2004, en el que se marca copia a la dirección de correo electrónico Lariani1@mgae.com y otra, mismo que obra en el legajo como anexo 81 se acompañó al escrito de denuncia y/o querella.

258.- Una vez que le sean puestos a la vista los documentos que como ANEXO 84 se acompañaron al escrito de denuncia y querella que diga si sabe a qué se refieren.

259.- Que diga si conoce el número telefónico 59054119

260.- Que diga desde cuándo conoce el número telefónico 59054119

261.- Que diga por qué conoce el número telefónico 59054119

262.- Que diga si sabe a quién pertenece el número telefónico 59054119

263.- Que diga si conoce el número telefónico  59054114

264.- Que diga desde cuándo conoce el número telefónico 59054114

265.- Que diga por qué conoce el número telefónico 59054114

266.- Que diga si sabe a quién pertenece el número telefónico 59054114

267.- Que diga si conoce el número telefónico  59054113

268.- Que diga desde cuándo conoce el número telefónico 59054113

269.- Que diga por qué conoce el número telefónico 59054113

270.- Que diga si sabe a quién pertenece el número telefónico 59054113

271.- Que diga si conoce el número telefónico  10419032

272.- Que diga desde cuándo conoce el número telefónico 10419032

273.- Que diga por qué conoce el número telefónico 10419032

274.- Que diga si sabe a quién pertenece el número telefónico 10419032

275.- Que diga si conoce el número telefónico 10407847

276.- Que diga desde cuándo conoce el número telefónico 10407847

277.- Que diga por qué conoce el número telefónico 10407847

278.- Que diga si sabe a quién pertenece el número telefónico 10407847

279.- Que diga si conoce el número telefónico 044 55 54 38 92 44

280.- Que diga desde cuándo conoce el número telefónico 044 55 54 38 92 44

281.- Que diga por qué conoce el número telefónico 044 55 54 38 92 44

282.- Que diga si sabe a quién pertenece el número telefónico 044 55 54 38 92 44

283.- Que diga si sabe qué es un dispositivo USB y para qué sirve.

284.- Que diga si sabe quién o quiénes han sido desde su constitución los gerentes de MGAE DE MEXICO, S. DE R.L. DE C.V.

285.- Que diga si conoce el domicilio ubicado en Avenida Insurgentes Sur número 1989, piso 15, colonia Florida, Código Postal 01030, México Distrito Federal, en el que se encuentra el edificio conocido como "Torre Siglum".

286.- Que diga si sabe si MGAE DE MEXICO, S. DE R.L. DE C.V. tiene como su domicilio el mencionado en la pregunta que antecede.

287.- Que diga si sabe desde cuándo tiene MGAE DE MEXICO, S. DE R.L. DE C.V. como su domicilio el mencionado en las dos preguntas que anteceden.

288.- Que diga si sabe quien llevó a cabo la negociación para establecer el domicilio mencionado en las tres preguntas que anteceden.

289.- Que diga si sabe si en el domicilio mencionado en las cuatro preguntas que anteceden, se llevó a cabo un cateo ordenado por la Juez Quinto de Procesos Penales Federales en el Distrito Federal.

290.- Que diga si conoce los resultados del cateo identificado en la pregunta que antecede.

291.- Que diga si sabe qué medidas asumió MGAE DE MÉXICO, S. DE R.L. DE C.V. con motivo de la celebración del cateo a que se refiere las dos preguntas que anteceden, en relación con los tres procesados vinculados a la causa en la que se actúa.

292.- Que diga si sabe qué medidas asumió MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT, INC. con motivo de la celebración del cateo a que se refieren las tres preguntas que anteceden, en relación con los tres procesados vinculados a la causa en la que se actúa.

18

293.- Que diga si sabe las medidas que MGAE DE MÉXICO, S. DE R.L. DE C.V., asumió con motivo de la celebración del cateo a que se refieren las cuatro preguntas que anteceden, en relación con los tres procesados vinculados a la causa en la que se actúa.

294.- Que diga las medidas que en lo personal y como directivo principal de  MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT, INC. asumió con motivo de la celebración del cateo a que se refieren las cinco preguntas que anteceden, en relación con los tres procesados vinculados a la causa en la que se actúa.

295.- Que diga si conoce al señor JOSE CARLOS AGUIRRE MALDONADO.

296.- Que diga desde cuándo conoce al señor JOSE CARLOS AGUIRRE MALDONADO.

297.- Que diga por qué conoce al señor JOSE CARLOS AGUIRRE MALDONADO.

298.- Que diga si sabe a qué se dedica el señor JOSE CARLOS AGUIRRE MALDONADO.

299.- Que diga si sabe el por qué en la diligencia de cateo a que se refiere la pregunta 289, el señor JOSÉ CARLOS AGUIRRE MALDONADO estableció que los documentos contenidos en el disco duro asegurado por la autoridad correspondía a información confidencial correspondiente a MGAE DE MÉXICO, S. DE R.L. DE C.V.

300.- Que diga si para una empresa sería útil conocer y/o utilizar información confidencial relativa a ventas, mercadotecnia y finanzas de las empresas que representan su competencia.

301.- Que diga el motivo por el cual sería útil para una empresa conocer y/o utilizar lo expuesto en la pregunta que antecede.

302.- Que diga si sería útil para MGAE DE MEXICO, S. DE R.L. DE C.V. conocer y/o utilizar información confidencial relativa a ventas, mercadotecnia y finanzas de las empresas que representan su competencia en el mercado de juguetes.

303.- Que diga el motivo por el cual sería útil para MGAE DE MEXICO, S. DE R.L. DE C.V. conocer y/o utilizar lo expuesto en la pregunta que antecede.

304.- Que diga, una vez que le sea puesto a la vista el anexo 77 del escrito de denuncia y/o querella, si sabe a qué se refiere.

305.- Que diga, una vez que le sea puesto a la vista el anexo 78 del escrito de denuncia y/o querella, si sabe a qué se refiere.

306.- Que diga, una vez que le sea puesto a la vista el anexo 79 del escrito de denuncia y/o querella, si sabe a qué se refiere.

307.- Que diga, una vez que le sea puesto a la vista el anexo 80 del escrito de denuncia y/o querella, si sabe a qué se refiere.

308.- Que diga el motivo por el cual MGAE DE MEXICO, S. DE R.L. DE C.V. hizo la oferta de trabajo contenida en el documento que como anexo 77 se acompañó al escrito de denuncia y/o querella.

309.- Que diga el motivo por el cual MGAE DE MEXICO, S. DE R.L. DE C.V. hizo la oferta de trabajo contenida en el documento que como anexo 78 se acompañó al escrito de denuncia y/o querella.

310.- Que diga el motivo por el cual MGAE DE MEXICO, S. DE R.L. DE C.V. hizo la oferta de trabajo contenida en el documento que como anexo 79 se acompañó al escrito de denuncia y/o querella.

311.- Que diga el motivo por el cual MGAE DE MEXICO, S. DE R.L. DE C.V. preparó el contrato de trabajo a que se refiere el anexo 80 que se acompañó al escrito de denuncia y/o querella.

312.- Que diga si sabe el monto mensual que como salario percibió el procesado CARLOS GUSTAVO MACHADO GÓMEZ de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2004.

313.- Que diga si sabe el monto mensual que como salario percibió el procesado CARLOS GUSTAVO MACHADO GÓMEZ de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2005.

314.- Que diga si sabe el monto mensual que como salario percibió el procesado CARLOS GUSTAVO MACHADO GÓMEZ de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2006.

315.- Que diga si sabe el monto mensual que como salario percibe el procesado CARLOS GUSTAVO MACHADO GÓMEZ de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2007.

316.- Que diga si sabe si durante el año 2004 el procesado CARLOS GUSTAVO MACHADO GÓMEZ recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

317.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

318.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

319.- Que diga si sabe si durante el año 2005 el procesado CARLOS GUSTAVO MACHADO GÓMEZ recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

320.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

321.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

322.- Que diga si sabe si durante el año 2006 el procesado CARLOS GUSTAVO MACHADO GÓMEZ recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

323.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

324.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

325.- Que diga si sabe si durante el año 2007 el procesado CARLOS GUSTAVO MACHADO GÓMEZ recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

326.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

327.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

328.- Que diga si sabe si durante el año 2004 el procesado CARLOS GUSTAVO MACHADO GÓMEZ recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

329.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

330.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

331.- Que diga si sabe si durante el año 2005 el procesado CARLOS GUSTAVO MACHADO GÓMEZ recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

332.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

333.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

334.- Que diga si sabe si durante el año 2006 el procesado CARLOS GUSTAVO MACHADO GÓMEZ recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

335.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

336.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

337.- Que diga si sabe si durante el año 2007 el procesado CARLOS GUSTAVO MACHADO GÓMEZ recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

338.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

339.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

340.- Que diga si sabe las actividades que en específico desarrolló el procesado CARLOS GUSTAVO MACHADO GÓMEZ al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2004.

341.- Que diga si sabe las actividades que en específico desarrolló el procesado CARLOS GUSTAVO MACHADO GÓMEZ al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2005.

342.- Que diga si sabe las actividades que en específico desarrolló el procesado CARLOS GUSTAVO MACHADO GÓMEZ al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2006.

343.- Que diga si sabe las actividades que en específico desarrolló el procesado CARLOS GUSTAVO MACHADO GÓMEZ al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2007.

344.- Que diga si sabe si CARLOS GUSTAVO MACHADO GÓMEZ utilizó al interior de MGAE DE MÉXICO, S. DE R.L. DE C.V. la información confidencial (secretos industriales) de la que presumiblemente se apoderó y que corresponde a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC.

345.- Que diga si sabe de qué manera el procesado CARLOS GUSTAVO MACHADO GÓMEZ utilizó la información confidencial a que se refiere la pregunta anterior.

346.- Que diga si sabe los beneficios comerciales que trajo aparejada la utilización de la información confidencial por parte de CARLOS GUSTAVO MACHADO GÓMEZ a que se refieren las dos preguntas anteriores.

347.- Que diga si sabe el monto mensual que como salario percibió el procesado PABLO VARGAS SAN JOSÉ de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2004.

348.- Que diga si sabe el monto mensual que como salario percibió el procesado PABLO VARGAS SAN JOSÉ de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2005.

349.- Que diga si sabe el monto mensual que como salario percibió el procesado PABLO VARGAS SAN JOSÉ de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2006.

350.- Que diga si sabe el monto mensual que como salario percibe el procesado PABLO VARGAS SAN JOSÉ de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2007.

351.- Que diga si sabe si durante el año 2004 el procesado PABLO VARGAS SAN JOSÉ recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

352.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

353.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

354.- Que diga si sabe si durante el año 2005 el procesado PABLO VARGAS SAN JOSÉ recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

355.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

356.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

357.- Que diga si sabe si durante el año 2006 el procesado PABLO VARGAS SAN JOSÉ recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

358.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

359.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

360.- Que diga si sabe si durante el año 2007 el procesado PABLO VARGAS SAN JOSÉ recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

361.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

362.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

363.- Que diga si sabe si durante el año 2004 el procesado PABLO VARGAS SAN JOSÉ recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

364.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

365.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

366.- Que diga si sabe si durante el año 2005 el procesado PABLO VARGAS SAN JOSÉ recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

367.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

368.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las preguntas que anteceden.

369.- Que diga si sabe si durante el año 2006 el procesado PABLO VARGAS SAN JOSÉ recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

370.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

371.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

372.- Que diga si sabe si durante el año 2007 el procesado PABLO VARGAS SAN JOSÉ recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

373.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

374.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

375.- Que diga si sabe las actividades que en específico desarrolló el procesado PABLO VARGAS SAN JOSÉ al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2004.

376.- Que diga si sabe las actividades que en específico desarrolló el procesado PABLO VARGAS SAN JOSÉ al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2005.

377.- Que diga si sabe las actividades que en específico desarrolló el procesado PABLO VARGAS SAN JOSÉ al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2006.

378.- Que diga si sabe las actividades que en específico desarrolló el procesado PABLO VARGAS SAN JOSÉ al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2007.

379.- Que diga si sabe si PABLO VARGAS SAN JOSÉ utilizó al interior de MGAE DE MÉXICO, S. DE R.L. DE C.V. la información confidencial (secretos industriales) de la que presumiblemente se apoderó y que corresponde a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC.

380.- Que diga si sabe de qué manera el procesado PABLO VARGAS SAN JOSÉ utilizó la información confidencial a que se refiere la pregunta anterior.

381.- Que diga si sabe los beneficios comerciales que trajo aparejada la utilización de la información confidencial por parte de PABLO VARGAS SAN JOSÉ a que se refieren las dos preguntas anteriores.

382.- Que diga si sabe el monto mensual que como salario percibió la procesada MARIANA TRUEBA ALMADA de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2004.

383.- Que diga si sabe el monto mensual que como salario percibió la procesada MARIANA TRUEBA ALMADA de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2005.

384.- Que diga si sabe el monto mensual que como salario percibió la procesada MARIANA TRUEBA ALMADA de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2006.

385.- Que diga si sabe el monto mensual que como salario percibe la procesada MARIANA TRUEBA ALMADA de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2007.

386.- Que diga si sabe si durante el año 2004 la procesada MARIANA TRUEBA ALMADA recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

387.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

388.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

389.- Que diga si sabe si durante el año 2005 la procesada MARIANA TRUEBA ALMADA recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

390.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

391.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

392.- Que diga si sabe si durante el año 2006 la procesada MARIANA TRUEBA ALMADA recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

393.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

394.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

395.- Que diga si sabe si durante el año 2007 la procesada MARIANA TRUEBA ALMADA recibió bono o bonos por desempeño de MGAE DE MÉXICO, S. DE R.L. DE C.V.

396.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

397.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

398.- Que diga si sabe si durante el año 2004 la procesada MARIANA TRUEBA ALMADA recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

399.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

400.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

401.- Que diga si sabe si durante el año 2005 la procesada MARIANA TRUEBA ALMADA recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

402.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

403.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

404.- Que diga si sabe si durante el año 2006 la procesada MARIANA TRUEBA ALMADA recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

405.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

406.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

407.- Que diga si sabe si durante el año 2007 la procesada MARIANA TRUEBA ALMADA recibió bono o bonos por desempeño de MGA ENTERTAINMENT INC. o MICRO GAMES OF AMERICA ENTERTAINMENT INC.

408.- Que diga si sabe el monto del bono o bonos por desempeño a que se refiere la pregunta que antecede.

409.- Que diga si sabe el motivo por el cual se pagó el bono o bonos por desempeño a que se refieren las dos preguntas que anteceden.

410.- Que diga si sabe las actividades que en específico desarrolló la procesada MARIANA TRUEBA ALMADA al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2004.

26

411.- Que diga si sabe las actividades que en especifico desarrolló la procesada MARIANA TRUEBA ALMADA al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2005.

412.- Que diga si sabe las actividades que en especifico desarrolló la procesada MARIANA TRUEBA ALMADA al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2006.

413.- Que diga si sabe las actividades que en especifico desarrolló la procesada MARIANA TRUEBA ALMADA al servicio de MGAE DE MÉXICO, S. DE R.L. DE C.V. por el año 2007.

414.- Que diga si sabe si MARIANA TRUEBA ALMADA utilizó al interior de MGAE DE MÉXICO, S. DE R.L. DE C.V. la información confidencial (secretos industriales) de la que presumiblemente se apoderó y que corresponde a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC.

415.- Que diga si sabe de qué manera la procesada MARIANA TRUEBA ALMADA utilizó la información confidencial a que se refiere la pregunta anterior.

416.- Que diga si sabe los beneficios comerciales que trajo aparejada la utilización de la información confidencial por parte de MARIANA TRUEBA ALMADA a que se refieren las dos preguntas anteriores.

417.- Que diga si sabe si el desarrollo de la nueva línea BRATZ para el año 2005 observó cambios una vez que los procesados dejaron de trabajar para MATTEL SERVICIOS, S.A. DE C.V. y por ende para MATTEL DE MÉXICO, S.A. DE C.V.

418.- Que diga si sabe si dichos cambios obedecieron a información proporcionada y/o utilizada por los ahora procesados.

419.- Que diga si sabe si estrategias relacionadas con publicidad y promociones en México observaron cambios una vez que los procesados dejaron de trabajar para MATTEL SERVCIOS, S.A. DE C.V. y por ende para MATTEL DE MÉXICO, S.A. DE C.V.

420.- Que diga si sabe si dichos cambios obedecieron a información proporcionada y/o utilizada por los ahora procesados.

421.- Que diga si sabe si estrategias relacionadas con precios, márgenes y descuentos en México observaron cambios una vez que los procesados dejaron de trabajar para MATTEL SERVCIOS, S.A. DE C.V. y por ende para MATTEL DE MÉXICO, S.A. DE C.V.

422.- Que diga si sabe si dichos cambios obedecieron a información proporcionada y/o utilizada por los ahora procesados.

423.- Que diga si sabe si los procesados formularon propuestas y planes con respecto a MGAE DE MÉXICO, S. DE R.L. DE C.V. y sus operaciones (incluyendo mercadotecnia, política de precios, etc.) y/o alguna empresa de su mismo grupo de interés, antes de que renunciaran al puesto que ocupaban en MATTEL SERVICIOS, S.A. DE C.V. para irse a trabajar a MGAE DE MÉXICO, S. DE R.L. DE C.V.

424.- Que diga si sabe en qué consistieron las propuestas y planes a que se refiere la pregunta que antecede.

425.- Que diga si sabe si los procesados prepararon algún análisis del mercado mexicano de juguetes y cómo crecer en el mismo por parte de MGAE DE MÉXICO, S. DE R.L. DE C.V., antes de que renunciaran al puesto que ocupaban en MATTEL SERVICIOS, S.A. DE C.V. para irse a trabajar a MGAE DE MÉXICO, S. DE R.L. DE C.V.

426.- Que diga si sabe en qué consistió el análisis apuntado en la pregunta que antecede.

427.- Que diga si en algún momento tuvo a la vista la información confidencial (secretos industriales) de la cual presumiblemente se apoderó el procesado CARLOS GUSTAVO MACHADO GÓMEZ vinculada a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC. y que se encuentra relacionada con la presente causa.

428.- Que diga en dónde tuvo a la vista la información confidencial (secretos industriales) a que se refiere la pregunta que antecede.

429.- Que diga en qué consistió la información confidencial (secretos industriales) a que se refieren las dos preguntas que anteceden.

430.- Que diga si en algún momento tuvo conocimiento de parte o de la totalidad de la información confidencial (secretos industriales) de la cual presumiblemente se apoderó el procesado CARLOS GUSTAVO MACHADO GÓMEZ, vinculada a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC., y que se encuentra relacionada con la presente causa.

431.- Que diga si sabe si en algún momento alguna persona vinculada al grupo de interés encabezado por MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT, INC. tuvo conocimiento de parte o de la totalidad de la información confidencial (secretos industriales), vinculada a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC., de la cual se apoderó el procesado CARLOS GUSTAVO MACHADO GÓMEZ.

432.- Que diga si en algún momento tuvo a la vista la información confidencial (secretos industriales) de la cual presumiblemente se apoderó el procesado PABLO VARGAS SAN JOSÉ vinculada a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC. y que se encuentra relacionada con la presente causa.

433.- Que diga en dónde tuvo a la vista la información confidencial (secretos industriales) a que se refiere la pregunta que antecede.

434.- Que diga en qué consistió la información confidencial (secretos industriales) a que se refieren las dos preguntas que anteceden.

435.- Que diga si en algún momento tuvo conocimiento de parte o de la totalidad de la información confidencial (secretos industriales) de la cual presumiblemente se apoderó el procesado PABLO VARGAS SAN JOSÉ, vinculada a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC., y que se encuentra relacionada con la presente causa.

436.- Que diga si sabe si en algún momento alguna persona vinculada al grupo de interés encabezado por MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA

ENTERTAINMENT, INC. tuvo conocimiento  de parte o de la totalidad de la información confidencial (secretos industriales), vinculada a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC., de la cual presumiblemente se apoderó el procesado PABLO VARGAS SAN JOSÉ.

437.- Que diga si en algún momento tuvo a la vista la información confidencial (secretos industriales) de la cual presumiblemente se apoderó la procesada MARIANA TRUEBA ALMADA vinculada a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC. y que se encuentra relacionada con la presente causa.

438.- Que diga en dónde tuvo a la vista la información confidencial (secretos industriales) a que se refiere la pregunta que antecede.

439.- Que diga en qué consistió la información confidencial (secretos industriales) a que se refieren las dos preguntas que anteceden.

440.- Que diga si en algún momento tuvo conocimiento de parte o de la totalidad de la información confidencial (secretos industriales) de la cual presumiblemente se apoderó la procesada MARIANA TRUEBA ALMADA, vinculada a MATTEL DE MÉXICO, S.A. DE C.V. y/o  MATTEL, INC., y que se encuentra relacionada con la presente causa.

441.- Que diga si sabe si en algún momento alguna persona vinculada al grupo de interés encabezado por MGA ENTERTAINMENT, INC. o MICRO GAMES OF AMERICA ENTERTAINMENT, INC. tuvo conocimiento  de parte o de la totalidad de la información confidencial (secretos industriales), vinculada a MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC., de la cual presumiblemente se apoderó la procesada MARIANA TRUEBA ALMADA.

442.- Que diga si sabe si con posterioridad a la salida de los procesados de MATTEL DE MÉXICO, S.A. DE C.V., éstos o cualquier empleado de MGAE DE MÉXICO, S. DE R.L. DE C.V. utilizaron información confidencial (secretos industriales) de MATTEL DE MÉXICO, S.A. DE C.V. y/o MATTEL, INC. en comunicaciones o propuestas con clientes de MGAE DE MÉXICO, S. DE R.L. DE C.V.

443.- Que diga si conoce al señor ISAAC LARIAN.

444.- Que diga desde cuando conoce al señor ISAAC LARIAN.

445.- Que diga por qué conoce al señor ISAAC LARIAN.

446.- Que diga si sabe si el señor ISAAC LARIAN es o fue administrador de MGAE DE MÉXICO, S. DE R.L. DE C.V.

447.- Que diga si sabe qué funciones desempeñó el señor ISAAC LARIAN como administrador de MGAE DE MÉXICO, S. DE R.L. DE C.V.

448.- Que diga si sabe el motivo por el cual se encuentran procesados los señores CARLOS GUSTAVO MACHADO GÓMEZ, PABLO VARGAS SAN JOSÉ y MARIANA TRUEBA ALMADA.

449.- Que diga la razón de su dicho.