CAUSA PENAL 130/2007-V

UNIDAD DE ALMACENAMIENTO MASIVO (USB) QUE CONTIENE LOS INTERROGATORIOS QUE DEBERÁN SER FORMULADOS A LOS TESTIGOS ISAAC LARIAN, JAHANGIR MAKABI, THOMAS PARK, DAPHNE GRONICH Y MARLENE PARKER, LOS QUE FUERON EXHIBIDOS EN LOS IDIOMAS CASTELLANO E INGLÉS, ARCHIVOS QUE SE ENCUENTRAN ALMACENADOS EN FORMATOS "WORD" Y "RTF".