**MÉXICO 2010**

GOBIERNO FEDERAL | CONSULADO GENERAL DE MÉXICO EN LOS ÁNGELES

Consulado General de México en Los Ángeles, California

### ACTA CIRCUNSTANCIADA

En la ciudad de Los Ángeles, California, siendo las 11:30 horas del día 25 de febrero de 2011, el suscrito Roberto Luján Gutiérrez, en mi carácter de cónsul autorizado para diligenciar exhortos y cartas rogatorias encomendadas por autoridades judiciales mexicanas, con fundamento en los artículos 5, inciso J), de la Convención de Viena Sobre Relaciones Consulares; 44, fracción V, de la Ley del Servicio Exterior Mexicano y 78, Fracción VIII, y 87 de su Reglamento, asistido por la C. Annel Delgado Ayala y el C. Sergio Flores Anguiano, en su carácter de testigos de asistencia, hago constar lo siguiente:-----------------------------------------
1. Que mediante el exhorto número 56/2010-2/2010, librado por la Lic. Lourdes Rosales Cabrera, Secretaria del Juzgado Décimo de Distrito de Procesos Penales Federales en el Distrito Federal, en funciones de Juez de Distrito, deducido de la causa penal número 130/2007 que se instruye en contra de Mariana Trueba Almada, Pablo Vargas San José y Carlos Gustavo Machado Gómez, por el delito previsto en el Artículo 223, Fracción V, de la Ley de la Propiedad Industrial y otro, el Juzgado exhortante solicitó, literalmente, "*al Juez competente en el Estado de California, con sede en los (sic) Ángeles, de los Estados Unidos de América, a fin de que de no existir impedimento de conformidad con la legislación interna de ese país...se sirva desahogar la prueba testimonial y reconocimiento de documentos a cargo de **ISAAC LARIAN, JAHANGIR MAKABI, TOMAS (sic) PARK, DAPHNE GRONICH Y MARLENE PARKER** (quienes pueden ser localizados en el 16300 Roscoe Blvd., Suite 150, Van Nuys, California, código postal 91406-1257), al tenor de los interrogatorios formulados por escrito*" que se acompañan al exhorto de mérito.--------------------
2. Que mediante Acta Circunstanciada del 17 de diciembre de 2010 se devolvió sin diligenciar el exhorto número 56/2010-2/2010 al Juzgado exhortante, haciendo de su conocimiento, entre otras cosas, que la imposibilidad de llevar a cabo la diligencia solicitada se debía a que las autoridades estadounidenses han manifestado su negativa para desahogar las solicitudes ofrecidas por la defensa, argumentando que "*... el Departamento de Justicia no ejecuta solicitudes de esta naturaleza presentadas por la defensa, y por lo tanto no es el conducto apropiado para solicitar el desahogo de las mismas*", agregándose que "*En este sentido, debido a que el Departamento de Justicia no puede intervenir en el desahogo de solicitudes enviadas por tribunales extranjeros a petición de la defensa, el Departamento de Estado solicitó información a la Oficina de Administración de las Cortes de los Estados Unidos de América respecto a la posibilidad de que dichas Cortes desahoguen directamente una carta rogatoria. En respuesta, dicha oficina indicó que ha recomendado a las Cortes que, en general, no intervengan en el desahogo de una carta rogatoria, **a menos que cuenten con una solicitud de un abogado con licencia para practicar esta profesión en su jurisdicción.** Asimismo, dicha oficina recomienda a quienes estén sujetos a proceso contratar a un abogado con licencia para practicar ante la Corte Federal en la que se presente el asunto, a fin de que éste funja como mandatario y actúe de conformidad en caso de que la Corte ordene el desahogo de la diligencia*".-----------------------------------------------

2401 West 6th Street. Los Ángeles, California 90057
Tel: (213) 351-6800 Página de internet: www.sre.gob.mx/losangeles

Exhibit B
Page 612



Consulado General de México en Los Ángeles, California

3. Que debido a lo anterior, esta Representación Consular respetuosamente sugería que se recomendara al abogado que solicitó las testimoniales entrar en contacto con algún Bufete Legal cuyos abogados tuvieran licencia para practicar esta profesión en la jurisdicción del Condado de Los Ángeles y pudieran fungir como mandatarios ante la Corte Federal de Distrito en Los Ángeles, actuando de conformidad en caso de que la Corte ordenara el desahogo de la diligencia.------------------------------------------------------------------------------------------

4. Que mediante oficio 941, del 02 de febrero de 2011, la C. Verónica Judith Sánchez, Jueza Décimo de Distrito de Procesos Penales Federales en el Distrito Federal, reiteró el envío a este Consulado General del exhorto número 56/2010-2/2010, junto con sus anexos, con el fin de hacerlos llegar a la instancia judicial con competencia para ordenar el desahogo de las diligencias solicitadas y, acorde con lo sugerido por esta Representación Consular, teniendo *"también por autorizado para intervenir en el exhorto de mérito al abogado norteamericano Jon Corey, de la firma Quinn, Emanuel, Urquhart & Sullivan, LLP, con licencia 185066"*. Así mismo, la Jueza Décimo de Distrito de Procesos Penales Federales en el Distrito Federal indica que, una vez determinados el lugar, día y hora para el desahogo de las testimoniales ofrecidas, las autoridades estadounidenses deberán comunicar con la debida anticipación esos datos para que les sean proporcionados a los licenciados Ricardo Franco Guzmán y César Antonio Prieto Palma, defensores particulares de los inculpados Mariana Trueba Almada y Carlos Gustavo Machado Gómez, con el fin de que puedan estar presentes en dichas diligencias.------------------------------------------------------------------------------------------

5. Que para dar cumplimiento a la solicitud del Juzgado exhortante, se citó al abogado Jon Corey el día y hora en que se actúa en las oficinas del Consulado General, quien se presentó y se identificó con licencia de conducir del Estado de California número B9376883, con fecha de vencimiento del 08 de julio de 2011, documento cuya fotografía concuerda con sus rasgos fisonómicos y del que se da fe tener a la vista, devolviéndoselo en este acto por no haber para ello inconveniente legal alguno y anexándose una copia fotostática a la presente Acta.---

6. Que con el fin de que el abogado Jon Corey pueda fungir como mandatario ante la instancia judicial con competencia para ordenar el desahogo de las diligencias solicitadas por el Juzgado Décimo de Distrito de Procesos Penales Federales en el Distrito Federal y pueda actuar de conformidad en caso de que la instancia judicial competente ordene el desahogo de dichas diligencias, en este acto le hago entrega de los siguientes documentos:-----------------

a) Original del exhorto número 56/2010-2/2010.-------------------------------------------------------
b) Traducción al idioma inglés del exhorto número 56/2010-2/2010.----------------------------
c) Copia certificada y apostillada de las páginas 1 y 2 y 35 a la 38 de la resolución de la toca penal 106/2008.----------------------------------------------------------------------------------------
d) Traducción al idioma inglés de parte de la toca penal 106/2008 (no se remitió a este Consulado General la traducción al idioma inglés de todo el documento).-------------------

2401 West 6th Street. Los Ángeles, California 90057
Tel: (213) 351-6800 Página de internet: www.sre.gob.mx/losangeles



Consulado General de México en Los Ángeles, California

e) Sobre cerrado en el que, de acuerdo con la inscripción en su carátula, se encuentra una *"unidad de almacenamiento masivo (USB) que contiene los interrogatorios que deberán ser formulados a los testigos Isaac Larian, Jahangir Makabi, Thomas Park, Daphne Gronich y Marlene Parker, los que fueron exhibidos en los idiomas Castellano e Inglés, archivos que se encuentran almacenados en formatos "Word" y "RTF"".*----------------------------------------------------

f) Cinco documentos que contienen, en Inglés y en Español, los interrogatorios que deberán ser formulados a cada uno de los testigos: *Isaac Larian, Jahangir Makabi, Thomas Park, Daphne Gronich y Marlene Parker,* así como los documentos que, en su caso, dichas personas deberán reconocer.----------------------------------------------------------------------------------

7. Que acto seguido, se le solicita al abogado Jon Corey que, con el fin de que este Consulado General pueda darle un seguimiento adecuado al estado que guarda la solicitud de auxilio judicial hecha por el Juzgado Décimo de Distrito de Procesos Penales Federales en el Distrito Federal, remita a esta Representación Consular copia certificada de todos los documentos que se deriven de sus actuaciones para llevar a cabo su cometido, es decir, obtener una orden de la autoridad judicial competente para que se puedan desahogar la prueba testimonial y reconocimiento de documentos a cargo de *Isaac Larian, Jahangir Makabi, Thomas Park, Daphne Gronich y Marlene Parker.* Asimismo, una vez determinados por las autoridades estadounidenses el lugar, día y hora para el desahogo de las testimoniales y reconocimiento de documentos ofrecidas, se le requiere informar a este Consulado General con la debida anticipación esos datos, para que se proceda a comunicar lo conducente al Juzgado Décimo de Distrito de Procesos Penales Federales en el Distrito Federal, con el fin de que éste se los notifique a los licenciados Ricardo Franco Guzmán y César Antonio Prieto Palma, defensores particulares de los inculpados Mariana Trueba Almada y Carlos Gustavo Machado Gómez, para que puedan estar presentes en dichas diligencias. Igualmente, se le hace saber que deberá proporcionar copia certificada de los resultados del desahogo de las testimoniales y reconocimiento de documentos a cargo de *Isaac Larian, Jahangir Makabi, Thomas Park, Daphne Gronich y Marlene Parker,* para que esta Representación Consular pueda remitirlos al Juzgado exhortante y concluir debidamente la diligencia solicitada por dicho Juzgado.--------------------------------------------------------------------

No habiendo más que hacer constar se cierra la presente acta a las 12:00 horas del día en que se actúa y firman al margen y al calce quienes en ella intervinieron y así quisieron hacerlo.----------------------------------------------------------------------------------------------

Jon Corey
Abogado

Annel Delgado Ayala

Testigo de Asistencia
CONSULADO GENERAL DE MÉXICO
LOS ANGELES, CALIFORNIA

Roberto Luján Gutiérrez
Cónsul

Sergio Flores Anguiano

2401 West 6th Street. Los Ángeles, California 90057
Tel: (213) 351-6800 Página de internet: www.sre.gob.mx/losangeles

Exhibit B
Page 614