[seal:] United Mexican States.  Mexico 2010
Federal Government.  General Consulate of Mexico in Los Angeles

**General Consulate of Mexico in Los Angeles, California**

DETAILED RECORD

In the city of Los Angeles, California, at 11:30 a.m., on February 25, 2011, Roberto Luján Gutiérrez, in my capacity as consul authorized to process letters rogatory and official requests by judicial authorities of Mexico, in accordance with Article 5(J) of the Vienna Convention on Consular Relations; Section 44(V) of the Mexican Foreign Service Law; and Section 78(VIII) and 87 of its Regulations, assisted by Consul Annel Delgado Ayala and Consul Sergio Flores Anguiano, in their capacities as acknowledging witnesses, I hereby represent as follows: ------------------------------------------------------------------------

1. Through letters rogatory No. 56/2010-2/2010, issued by *Lic.* Lourdes Rosales Cabrera, Clerk of the 10th District Court on Federal Criminal Proceedings in and for the Federal District, acting in her capacity as District Judge, for the purposes of criminal case No. 130/2007, brought against Mariana Trueba Almada, Pablo Vargas San José and Carlos Gustavo Machado Gómez, for the offense defined in Section 223(V) of the Industrial Property Law and others, the requesting Court expressly asked *"the competent Judge of the State of California, in and for los [sic.] Angeles, United States of America, -should no impediment exist in accordance with domestic legislation of that country...- to receive the testimonial and documentary evidence corresponding to* **ISAAC LARIAN, JAHANGIR MAKABI, TOMAS [sic.] PARK, DAPHNE GRONICH and MARLENE PARKER** *(who may be contacted at 16300 Roscoe Blvd., Suite 150, Van Nuys, California, postal code 91406-1257), pursuant to the interrogatories submitted in writing"*, which are attached to the aforementioned letters rogatory. -----------------------

2. Through the Detailed Record dated December 17, 2010, letters rogatory No. 56/2010-2/2010 were returned to the requesting Court without being processed, stating that, among other things, the requested procedure could not be carried out since the authorities of the United States have refused to comply with the requests submitted by the defense, on the grounds that *."... the Department of Justice does not perform requests of that kind submitted by the defense and, therefore, it is not the appropriate body to receive any such requests"*. Moreover, *"in that sense, given that the Department of Justice cannot participate in complying with the requests submitted by foreign courts at the request of the defense, the Department of State requested information to the Court Administration Office of the United States regarding the possibility that such Courts may process letters rogatory directly. In response, such office indicated that it has recommended the Courts, in general, not to intervene in the processing of letters rogatory,* **unless they receive a request from an attorney-at-law licensed to practice in the appropriate jurisdiction.** *Moreover, such office recommends those who are subject to legal proceedings to seek the assistance of an attorney-at-law licensed to practice in the Federal Court where the case is being heard, in order for such attorney-at-law to act as attorney-in-fact and to serve accordingly in the event that the Court orders to process such request."* ----------------------------------------------------------------------

[signatures]

2401 West 6th Street, Los Angeles, California 90057
Phone: (213) 351-6800 Website: www.sre.gob.mx/losangeles

Exhibit B
Page 616

[seal:] United Mexican States.                                  Mexico 2010
Federal Government.                                  General Consulate of Mexico in Los Angeles
**General Consulate of Mexico in Los Angeles, California**

3.  Based on the foregoing, this Consular Office respectfully suggested that the attorney who requested the testimonial evidence be advised to contact any Legal Firm whose attorneys-at-law are licensed to practice in the jurisdiction of the County of Los Angeles and to act as attorney-in-fact before the Federal Court of the District of Los Angeles, and to further serve as such, should the Court order the processing of such request. ---------------------------------------------------------------------------------------------------

4.  Through official notice No. 941 dated February 2, 2011, Consul Verónica Judith Sánchez, Judge sitting on the 10th District Court on Federal Criminal Proceedings in and for the Federal District, submitted again to this General Consulate letters rogatory No. 56/2010-2/2010, and their annexes, to have them reach the judicial authority with jurisdiction to order compliance with the requests contained herein and, as suggested by this Consular Office, *"also to declare the United States attorney-at-law, Jon Corey, from Quinn, Emanuel, Urquhart & Sullivan, LLP, holder of license No. 185066, authorized to take part in the processing of the letters rogatory specified herein."* Furthermore, the Judge sitting on the 10th District Court on Federal Criminal Proceedings in and for the Federal District states that, after determination of the place, date and time for processing the testimonial evidence offered, the authorities of the United States should deliver that information duly in advance in order for it to be supplied to *Lics.* Ricardo Franco Guzmán and César Antonio Prieto Palma, private defense attorneys of defendants Mariana Trueba Almada and Carlos Gustavo Machado Gómez, in order for them to be present during proceedings. -------------------------------------------------------------------------------------------

5.  In order to comply with the petition of the requesting Court, attorney-at-law Jon Corey was summonsed on the date and time of these proceedings to appear at the offices of the General Consulate, who was present and identified himself with driving license No. B9376883 issued by the State of California, expiring on July 8, 2011. I attest that I had such license before me, whose picture is consistent with the physiognomic features of the aforementioned individual; such document was hereby returned to him given the lack of any legal impediment and a photostatic copy thereof is attached to this Record. -----------------------------------------------------------------------------------------------------

6.  In order for attorney-at-law Jon Corey to be able to act as attorney-in-fact before the judicial authority having jurisdiction to order compliance with the procedures requested by the 10th District Court on Federal Criminal Proceedings in and for the Federal District and to serve as such, should the competent judicial authority order processing of such requests, I hereby deliver the following documents: -----------------------------------------------------------------------------------------------

a)  Original letters rogatory No. 56/2010-2/2010. ----------------------------------------------------------
b)  Translation into English of letters rogatory No. 56/2010-2/2010. --------------------------------------
c)  Certified copy, with the appropriate *apostille*, of pages 1, 2, 35 to 38 of the resolution of criminal case record No. 106/2008. ------------------------------------------------------------------------------------
d)  Translation into English of part of criminal case record No. 106/2008 (this General Consulate has not received a translation into English of the entire document). ---------------------------------------

[signatures]

[seal:] United Mexican States.  Mexico 2010
Federal Government.  General Consulate of Mexico in Los Angeles
**General Consulate of Mexico in Los Angeles, California**

e)   Closed envelope containing, in accordance with the cover registration, *"a universal serial bus (USB) containing the interrogatories that must be answered by the witnesses Isaac Larian, Jahangir Makabi, Thomas Park, Daphne Gronich and Marlene Parker, which were drafted in English and Spanish, whose files were stored in 'Word' and 'RTF' format."* ----------------------------------------------------------------

f)   *Five documents containing*, in English and Spanish, the interrogatories that must be answered by each witness: *Isaac Larian, Jahangir Makabi, Thomas Park, Daphne Gronich and Marlene Parker,* and the documents that, if appropriate, such individuals should acknowledge. --------------------------------

7.   In order for this General Consulate to properly update the State that keeps the judicial assistance request made by the 10th District Court on Federal Criminal Proceedings in and for the Federal District, attorney-at-law Jon Corey was then asked to deliver to this Consular Office a certified copy of all documents connected with procedures carried out to comply with the assignment; i.e. to obtain an order from the competent judicial authority to process testimonial and documentary recognition evidence in connection with *Isaac Larian, Jahangir Makabi, Thomas Park, Daphne Gronich and Marlene Parker.* Furthermore, after determination by United States authorities of the place, date and time for processing the testimonial and documentary recognition evidence offered, this General Consulate shall be informed duly in advance of that information in order to notify as appropriate the 10th District Court on Federal Criminal Proceedings in and for the Federal District, for the latter to notify *Lics.* Ricardo Franco Guzmán and César Antonio Prieto Palma, private defense attorneys of defendants Mariana Trueba Almada and Carlos Gustavo Machado Gómez, to allow them to be present during such proceedings. Similarly, it is hereby informed that a certified copy of the product of the testimonial and documentary recognition evidence received in connection with *Isaac Larian, Jahangir Makabi, Thomas Park, Daphne Gronich and Marlene Parker* shall be submitted to allow this Consular Office to send such copy to the requesting Court and to duly comply with the procedure ordered by such Court. ------------------------

No further issue being pending, this record is closed at 12:00 a.m. on the date hereof, and signed on the margins by hand by those who participated herein and were willing to do so. ---------------------------

[signature:]                                                                                  [signature:]
Jon Corey, attorney-at-law                                           Roberto Luján Gutiérrez
                                                                                              Consul

                                        [seal:]
                                        United Mexican States [illegible]
                                        **GENERAL CONSULATE OF MEXICO**
                                        **LOS ANGELES, CALIFORNIA**

[signature:]                                                                                  [signature:]
Annel Delgado Ayala                                                  Sergio Flores Anguiano

2401 West 6th Street, Los Angeles, California 90057
Phone: (213) 351-6800 Website: www.sre.gob.mx/losangeles

Exhibit B
Page 618