QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017–2543
Telephone: (213) 443–3000
Facsimile: (213) 443–3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04–9049 DOC (RNBx)<br>Consolidated with<br>Case No. CV 04–09059<br>Case No. CV 05–02727<br><br><u>Hon. David O. Carter</u><br><br>**MATTEL, INC.'S OBJECTIONS TO MGA'S NOTICE OF ALLEGED COMPLIANCE WITH THE DISCOVERY MASTER'S JUNE 20, 2011 REPORT AND RECOMMENDATION AND MGA'S NOTICE OF ADDITIONAL COST INVOICES SUBMITTED *IN CAMERA* TO THE DISCOVERY MASTER;**<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF, OR TO STRIKE, COST MATERIALS AND ADDITIONAL COST INVOICES SUBMITTED *IN CAMERA* TO THE DISCOVERY MASTER**<br><br>Discovery Cut–Off:   October 4, 2010<br>Pre–trial Conference: January 4, 2011<br>Trial:                        January 18, 2011 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on such date and time as the Court may order, before the Honorable David O. Carter, United States District Judge, located at 411 West Fourth Street, Santa Ana, California 92701, Mattel, Inc. ("Mattel") will and hereby does move this Court to compel production to Mattel of all cost materials—including but not limited to the thumb drive and invoice binders—submitted *in camera* to the Discovery Master. See Dkt. 10670-1. Mattel also moves to compel production to Mattel of 50 additional cost invoices that MGA submitted *in camera* to the Discovery Master on June 30, 2011. See Dkt. 10669. In the alternative, the Court should strike MGA's improper and late-filed submissions.

For all the reasons explained in Mattel's previous briefing, which Mattel incorporates herein by reference,[1] MGA has failed to carry its heavy burden of demonstrating that the materials submitted *in camera* to the Discovery Master on June 30, 2011 contain privileged or otherwise protected information and that the disfavored practice of *in camera* review—which deprives Mattel of the ability to meaningfully challenge MGA's evidence in support of its request for costs—is

---

[1] Mattel, Inc.'s Notice of Motion and Motion to Compel MGA Entertainment, Inc. to Produce Attorney Billing Records Submitted to the Discovery Master Pursuant to the Court's May 9, 2011 Order (5/19/11) (Sealed: N/A) (Public Redacted: Dkt. 10583); Mattel, Inc.'s Reply in Support of Motion to Compel MGA Entertainment, Inc. and Mr. Machado to Produce Attorney Billing Records Submitted to the Discovery Master Pursuant to the Court's May 9, 2011 Order (5/22/11) (Dkt. 10597); Mattel, Inc.'s Objection to MGA Entertainment Inc.'s Request to Submit the Declaration of Stephen Schultz *In Camera* and Notice of Motion and Motion to Compel Production of the Schultz Declaration (6/9/11) (Dkt. 10634); Mattel, Inc.'s Opposition to MGA Entertainment, Inc.'s *Ex Parte* Application to Compel Production of Evidence in Connection with Hearing on Motions for Attorneys' Fees (5/19/11) (Sealed: N/A) (Public Redacted: Dkt. 10584); Mattel, Inc.'s Surreply in Opposition to MGA Entertainment, Inc.'s *Ex Parte* Application to Compel Production of Evidence in Connection with Hearing on Motions for Attorneys' Fees (5/19/11) (Dkt. 10591).

1  justified. MGA's submissions are improper under Ninth Circuit law and a violation
2  of due process. The Court should also strike MGA's improper and late-filed
3  submissions because MGA failed to provide the materials by the May 12, 2011
4  deadline set by the Court. <u>See</u> Dkt. 10547. Nor has MGA satisfactorily explained
5  why "certain invoices were inadvertently omitted from previous submissions." Dkt.
6  10669.

7  For the foregoing reasons, Mattel respectfully requests that the Court strike
8  the submissions or, alternatively, compel production to Mattel of all materials
9  submitted *in camera* to the Discovery Master on June 30, 2011, including but not
10 limited to the 50 additional cost invoices and any other materials submitted *in*
11 *camera* to the Discovery Master.

13 DATED: June 30, 2011           QUINN EMANUEL URQUHART &
14                                SULLIVAN, LLP

16                                By /s/ Michael T. Zeller
                                      Michael T. Zeller
17                                    Attorneys for Mattel, Inc.