# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   CV 04-9049-DOC(RNBx)                                        Date   June 30, 2011

Title   MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL.

Present: The Honorable      DAVID O. CARTER, U.S. District Judge

| Julie Barrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearances | No Appearance |

Proceedings:      (IN CHAMBERS) ORDER DENYING UNDER SEAL DOCUMENTS

     All applications to file under seal documents received after April 25, 2011, are hereby DENIED.  Parties are instructed to file on the public docket all requested under seal documents promptly.

                                                                                    :      00

                                          Initials of Preparer      jcb