QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF COMPLIANCE WITH THE COURT'S JUNE 30, 2011 ORDER (DKT. 10673)**<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>Discovery Cutoff: October 4, 2010<br>Pre-trial Conference: January 4, 2010<br>Trial: January 11, 2011 |

1  Mattel, Inc. ("Mattel") hereby respectfully gives notice that it has complied
2  with the Court's June 30, 2011 Order, Dkt. 10673, by filing publicly the documents
3  that it proposed be filed under seal on or after April 25, 2011.
4
5  DATED: July 6, 2011         QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP
6
7
                               By  /s/ Susan R. Estrich
8                              _____
                                Susan R. Estrich
9                               Attorney for Mattel, Inc.