QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>              Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF B. DYLAN PROCTOR IN SUPPORT OF MATTEL, INC.'S REPLY IN SUPPORT OF OBJECTIONS TO THE DISCOVERY MASTER REPORT AND RECOMMENDATION RE APPLICATION FOR ATTORNEYS' FEES BY (1) MR. MACHADO AND (2) MGA**<br><br>Trial Date:         January 18, 2011 |

## DECLARATION OF B. DYLAN PROCTOR

I, B. Dylan Proctor, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for plaintiff and counter-defendant, Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ( collectively "Mattel"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Order Denying MGA's Motion to Quash Subpoenas and Related Joinders and Certain Insurers' Motions for Protective Order, dated May 3, 2011, in O'Melveny & Myers LLP v. MGA Entertainment, Inc. et al, Case No. BC 441593, as retrieved from the docket for that action.

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from O'Melveny & Myers's Opposition to MGA Entertainment, Inc.'s Motion to Quash Subpoenas and Request for Attorneys Fees and/or Sanctions, dated March 9, 2011, in O'Melveny & Myers LLP v. MGA Entertainment, Inc. et al, Case No. BC 441593, as retrieved from the docket for that action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 7, 2011, at Los Angeles, California.

/s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.