ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**NOTICE OF WITHDRAWAL OF MGA PARTIES' JUNE 3, 2011 NOTICE OF LODGING AND NOTICE OF MANUAL FILING**<br><br>Judge:  Hon. David O. Carter |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  On June 3, 2011, the MGA Parties filed a Notice of Manual Filing (Docket

3  No. 10632) and Notice of Lodging (Docket No. 10633) in connection with a

4  Declaration of Stephen Schultz in Support of MGA Parties' Response To The

5  Declaration of Susan R. Estrich In Support Of Mattel, Inc.'s Opposition To MGA's

6  Motion For Attorneys' Fees and "Full Costs" Under Section 505 Of The Copyright

7  Act And The Uniform Trade Secrets Act.  The MGA Parties sought to submit this

8  declaration in camera for the Court's review, but the Court would not accept or

9  consider it and the declaration never became part of the record in this action.  With

10  this notice, the MGA Parties respectfully withdraw their application to file under

11  seal, the proposed order thereon, the Notice of Manual Filing, and the Notice of

12  Lodging for the aforementioned declaration.

13

14  Dated:  July 8, 2011                    Respectfully submitted,

15                                          ORRICK, HERRINGTON & SUTCLIFFE LLP

16

17                                          By:     _____/s/ Thomas S. McConville_____
                                                    Thomas S. McConville
18                                          Attorneys for MGA ENTERTAINMENT, INC.,
                                            MGA ENTERTAINMENT HK, LTD., MGA de
19                                          MEXICO, S.R.L. de C.V., and ISAAC LARIAN

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF JUNE 3, 2011 NOTICE OF
LODGING AND NOTICE OF MANUAL FILING
CV-04-9049 DOC (RNBx)