ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**SUPPLEMENTAL DECLARATION OF STEPHEN SCHULTZ IN SUPPORT OF MGA PARTIES' MOTIONS FOR FEES AND COSTS**<br><br>Date:  May 24, 2011<br>Time:  8:30 a.m.<br>Dept:  Courtroom 9D<br>Judge: Hon. David O. Carter |

I, Stephen Schultz declare as follows:

1. I am currently the Vice President Controller at MGA Entertainment, Inc. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. In my role as Controller, I supervise accounting and finance within MGA. I am familiar with the invoices that MGA has received and processed from legal service providers, experts, vendors and other third parties in connection with this litigation.

3. This declaration supplements my declaration dated May 5, 2011. In particular, attached to this declaration are invoices that MGA has obtained since that date and complete versions of invoices that MGA has since located. I am informed and believe that these documents were submitted by MGA to the Special Master for Discovery on or about May 12 or May 13, 2011.

4. Attached hereto as **Exhibit 1** is a true and correct copy of Orrick invoice number 1305750 dated May 12, 2011 in connection with MGA's affirmative claims (matter number 2004). The total invoiced fee amount for this matter is $123,020.50; the total invoiced costs amount is $5.85.

5. Attached hereto as **Exhibit 2** is a true and correct copy of Orrick invoice number 1305751 dated May 12, 2011 in connection with MGA's defense of Mattel's claims (matter number 2006). The total invoiced fee amount for this matter is $1,942,505.85; the total invoiced cost amount is $74,648.60.

6. Attached hereto as **Exhibit 3** is a true and correct copy of Keller Rackackaus invoice number 5 dated May 10, 2011. The total invoiced fees amount is $67,200; the total invoiced cost amount is $586.50.

7. Attached hereto as **Exhibit 4** is a true and correct copy of Trial Asset invoice dated May 9, 2011. The total invoiced fee amount is $8,145.

- 1 -

SUPP SCHULTZ DECL. ISO MGA'S MOTIONS
FOR FEES AND COSTS
CV-04-9049 DOC (RNBx)

8. Attached hereto as **Exhibit 5** are true and correct copies of additional invoices from Special Counsel. The total invoiced fee amount for these invoices is $80,555.60.

9. The total amount of additional fees reflected in the invoices for Orrick matter number 2006 (MGA's defense of Mattel's claims), Keller Rackackaus, Trial Asset and Special Counsel is $2,098,406; the total amount of additional invoiced costs is $75,235.

10. Attached hereto as **Exhibit 6** are true and correct copies of Skadden invoices numbered 1183266, 1185588, 1191384, 1197247, 1198375, and 1206689. The previously submitted copies of these invoices did not identify the timekeeper detail included with these copies.

11. Finally, I note that in paragraph 47 of my May 5, 2011 declaration, I inadvertently stated that Albert Lyter was the expert from Speckin Forensic Labs. Instead, I am informed and believe that Robert Kullman was the forensic examiner retained by MGA from Speckin Forensic Labs.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was hereby executed on May _19_, 2011 at Van Nuys, California.

_Stephen Schultz_
Stephen Schultz