# EXHIBIT 1

MGA Entertainment, Inc.  May 12, 2011
16360 Roscoe Boulevard  Client No. 22161
Van Nuys, CA 91406  Invoice No. 1305750

Orrick Contact: Annette L. Hurst

| | | |
|---|---:|---:|
| FOR SERVICES RENDERED through April 30, 2011 in connection with the matters described on the attached pages: | $ | 144,730.00 |
| *LESS 15% CLIENT DISCOUNT* | | (21,709.50) |
| SUBTOTAL | $ | 123,020.50 |
| DISBURSEMENTS as per attached pages: | | 5.85 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount)**: | $ | **123,026.35** |

Matter(s):  22161/2004 – Phase 2 Affirmative Claims

**DUE UPON RECEIPT**

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP<br>Dept 34461<br>P.O. Box 39000<br>San Francisco, CA  94139<br>Reference: 22161/ Invoice: 1305750 | *ACH& Wire Transfers:*<br>*ABA Number 121000248*<br>**SWIFT CODE:  WFBIUS6S**<br>*Wells Fargo*<br>*420 Montgomery Street*<br>*San Francisco, CA  94104*<br>*Account of*<br>*Orrick, Herrington & Sutcliffe LLP*<br>*Account Number: 4123701088*<br>*Reference: 22161/ Invoice: 1305750*<br>*E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP<br>c/o Wells Fargo Lockbox<br>Attn:  Dept  34461<br>3440 Walnut Avenue<br>Building A, Window H<br>Fremont, CA  94538<br>(213) 614-3248<br>Reference: 22161/ Invoice: 1305750 |

MGA Entertainment, Inc.  
16360 Roscoe Boulevard  
Van Nuys, CA 91406

May 12, 2011  
Client No. 22161  
Invoice No. 1305750

Orrick Contact: Annette L. Hurst

For Legal Services Rendered Through April 30, 2011 in Connection With:

**Matter:  2004 - Phase 2 Affirmative Claims**

| Date | Timekeeper | Code | | Hours | Amount |
|---|---|---|---|---|---|
| 11/23/10 | A. Hurst | L400 | | 8.10 | 6,399.00 |
| 11/24/10 | A. Hurst | L400 | | 5.30 | 4,187.00 |
| 12/04/10 | A. Hurst | L340 | | 0.30 | 237.00 |
| 12/04/10 | A. Hurst | L250 | | 3.80 | 3,002.00 |
| 04/01/11 | G. Liu | L420 | | 8.75 | 4,637.50 |
| 04/01/11 | M. Suzuki Graham | L420 | | 2.10 | 1,113.00 |
| 04/01/11 | C. Lock | L420 | | 2.00 | 1,300.00 |
| 04/01/11 | M. Wine | L420 | | 2.50 | 2,050.00 |
| 04/02/11 | G. Liu | L420 | | 6.50 | 3,445.00 |
| 04/02/11 | M. Salas Jr. | L440 | | 2.10 | 514.50 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                        Exhibit 1 - Page 4

MGA Entertainment, Inc. - 22161  
page 2

May 12, 2011  
Invoice No. 1305750

| Date | Name | Code | | Hours | Amount |
|---|---|---|---|---|---|
| 04/02/11 | M. Suzuki Graham | L420 | | 5.60 | 2,968.00 |
| 04/02/11 | M. Wine | L420 | | 4.50 | 3,690.00 |
| 04/03/11 | G. Liu | L420 | | 14.75 | 7,817.50 |
| 04/03/11 | M. Suzuki Graham | L420 | | 13.50 | 7,155.00 |
| 04/03/11 | C. Lock | L420 | | 3.50 | 2,275.00 |
| 04/03/11 | C. Lock | L420 | | 2.50 | 1,625.00 |
| 04/03/11 | C. Lock | L420 | | 4.80 | 3,120.00 |
| 04/03/11 | M. Wine | L420 | | 7.25 | 5,945.00 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 1 - Page 5**

| | | | | | |
|---|---|---|---|---|---|
| MGA Entertainment, Inc. - 22161 | | | | | May 12, 2011 |
| page 3 | | | | | Invoice No. 1305750 |
| 04/04/11 | G. Liu | L420 | | 11.00 | 5,830.00 |
| 04/04/11 | M. Suzuki Graham | L420 | | 9.70 | 5,141.00 |
| 04/04/11 | M. Suzuki Graham | L450 | | 5.10 | 2,703.00 |
| 04/04/11 | C. Lock | L420 | | 4.70 | 3,055.00 |
| 04/04/11 | C. Lock | L450 | | 9.70 | 6,305.00 |
| 04/04/11 | M. Wine | L420 | | 5.00 | 4,100.00 |
| 04/05/11 | G. Liu | L420 | | 7.50 | 3,975.00 |
| 04/05/11 | M. Suzuki Graham | L450 | | 11.70 | 6,201.00 |
| 04/05/11 | C. Lock | L450 | | 11.70 | 7,605.00 |
| 04/05/11 | M. Wine | L420 | | 5.50 | 4,510.00 |

MGA Entertainment, Inc. - 22161  
page 4

May 12, 2011  
Invoice No. 1305750

| Date | Name | Code | Hours | Amount |
|---|---|---|---|---|
| 04/06/11 | M. Salas Jr. | L440 | 8.70 | 2,131.50 |
| 04/07/11 | G. Liu | L440 | 6.25 | 3,312.50 |
| 04/07/11 | M. Salas Jr. | L440 | 14.20 | 3,479.00 |
| 04/07/11 | M. Suzuki Graham | L430 | 1.60 | 848.00 |
| 04/07/11 | C. Watson | L440 | 16.00 | 3,680.00 |
| 04/07/11 | M. Wine | L420 | 1.00 | 820.00 |
| 04/13/11 | M. Suzuki Graham | L440 | 0.80 | 424.00 |
| 04/18/11 | M. Phillips | L460 | 3.50 | 1,855.00 |
| 04/19/11 | M. Phillips | L460 | 1.50 | 795.00 |

MGA Entertainment, Inc. - 22161  
page 5

May 12, 2011  
Invoice No. 1305750

| Date | Attorney | Code | Hours | Amount |
|---|---|---|---|---|
| 04/21/11 | M. Wine | L450 | 1.00 | 820.00 |
| 04/25/11 | M. Phillips | L460 | 3.50 | 1,855.00 |
| 04/26/11 | A. Hurst | L460 | 1.30 | 1,066.00 |
| 04/26/11 | A. Hurst | L460 | 0.50 | 410.00 |
| 04/26/11 | A. Hurst | L460 | 1.30 | 1,066.00 |
| 04/26/11 | G. Liu | L430 | 7.50 | 3,975.00 |
| 04/26/11 | M. Phillips | L460 | 3.00 | 1,590.00 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**　　　　**Exhibit 1 - Page 8**

MGA Entertainment, Inc. - 22161  
page 6

May 12, 2011  
Invoice No. 1305750



| Date | Attorney | Task | Hours | Amount |
|---|---|---|---|---|
| 04/27/11 | G. Liu | L460 | 9.25 | 4,902.50 |
| 04/28/11 | G. Liu | L460 | 1.50 | 795.00 |

|  | Hours | Amount |
|---|---|---|
| Total Hours | 261.85 |  |
| Total For Services |  | $144,730.00 |
| *Less 15% Client Discount* |  | *(21,709.50)* |
| Total Fees | 261.85 | $123,020.50 |

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE L200 – PRE-TRIAL PLEADINGS & MOTIONS** | | | |
| L250 | | 3.80 | 3,002.00 |
| **PHASE L200 – PRE-TRIAL PLEADINGS & MOTIONS TOTALS** | | 3.80 | 3,002.00 |
| **PHASE L300 – DISCOVERY** | | | |
| L340 | | 0.30 | 237.00 |
| **PHASE L300 – DISCOVERY TOTALS** | | 0.30 | 237.00 |
| **PHASE L400 – TRIAL PREPARATION AND TRIAL** | | | |
| L400 | | 13.40 | 10,586.00 |
| L420 | | 122.65 | 74,572.00 |
| L430 | | 9.10 | 4,823.00 |
| L440 | | 48.05 | 13,541.50 |
| L450 | | 39.20 | 23,634.00 |
| L460 | | 25.35 | 14,334.50 |
| **PHASE L400 – TRIAL PREPARATION AND TRIAL TOTALS** | | 257.75 | 141,491.00 |
| | Totals | 261.85 | $144,730.00 |
| | *Less 15% Client Discount* | | *(21,709.50)* |
| | Total Fees | | $123,020.50 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 1 - Page 9**

MGA Entertainment, Inc. - 22161            May 12, 2011
page 7            Invoice No. 1305750

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Annette L. Hurst | 17.50 | 790.00 | 13,825.00 |
| Annette L. Hurst | 3.10 | 820.00 | 2,542.00 |
| Glen Liu | 73.00 | 530.00 | 38,690.00 |
| Cynthia L. Lock | 38.90 | 650.00 | 25,285.00 |
| Melanie D. Phillips | 11.50 | 530.00 | 6,095.00 |
| Manuel A. Salas Jr. | 25.00 | 245.00 | 6,125.00 |
| Misasha C. Suzuki Graham | 50.10 | 530.00 | 26,553.00 |
| Cheryl M. Watson | 16.00 | 230.00 | 3,680.00 |
| Mark P. Wine | 26.75 | 820.00 | 21,935.00 |
| Total All Timekeepers | 261.85 | | $144,730.00 |
| | | *Less 15% Client Discount* | *(21,709.50)* |
| | | Total Fees | $123,020.50 |

Disbursements:



| 04/03/11 | Document Reproduction | | 4.50 |
| 04/07/11 | Telephone | | 0.72 |
| 04/07/11 | Telephone | | 0.36 |
| 04/07/11 | Telephone | | 0.27 |
| | | Disbursements Total | $5.85 |

Disbursements
    Document Reproduction     4.50
    Telephone     1.35
    Total Disbursements     $5.85

**Total For This Matter**     **$123,026.35**