# EXHIBIT 3

# KELLER RACKAUCKAS

[LP

**18500 Von Karman Ave., Suite 560**
**Irvine, CA 92612**
**(949) 476-8700**

## Invoice Statement for Attorney Services Rendered

| | |
|---|---|
| **To:** | **Isaac Larian, MGA Entertainment** |
| **Date:** | **May 10, 2011** |
| **Re:** | **Mattel v. MGA Entertainment** |

|  | **HRS/RATE** | **AMT** |
|---|---|---|
| **Attorney Hours:** | | |
| **4/9/11 – 5/10/11** | 89.60<br>750.00/hr | 67,200.00 |
| **Time Charges Sub-Total:** | | **$67,200.00** |
| **Reimbursables:** | | |
| 1. B&W Copies (4/1/11-5/10/11) 660x.05 | | 33.00 |
| Color Copies (4/1/11-5/10/11) 51x.50 | | 25.50 |
| 2. RENTACRATE invoice for shredding of documents | | 465.00 |
| 3. Parking Fees: $7.00/day x 9 | | 63.00 |
| **Reimbursables Sub-Total:** | | **$586.50** |
| **BALANCE DUE:** | | 567,786.50 |

PREVIOUS BALANCE:

## TOTAL BALANCE DUE:

Wage

# KELLER RACKAUCKAS LLP

18500 **Von Karman Ave., Suite 560**
Irvine, CA 92612
(949) 476-8700

## Invoice Statement for Attorney Services Rendered

May 10, 2011
Invoice No. 5

MGA Entertainment
do Isaac Larian
16380 Roscoe Blvd
Van Nuys, CA

Client Number: 123504 Isaac Larian MGA Entertainment
Matter Number CIVIL2011 Carter Bryant v. Mattel
**For Services Rendered from 4/9/2011 Through 5/10/2011.**

### Fees

| Date | Timekeeper Description | Hours | Amount |
|---|---|---|---|
| 04/11/2011 | JK | 13.00 | $9,750.00 |
| 04/1212011 | JK | 13.50 | $10,125.00 |
| 04/13/2011 | .1K | 8.50 | $6,375.00 |
| 04/14/2011 | JK | 0.50 | $375.00 |
| 04/14/2011 | JK | 7.00 | $5,250.00 |
| 04/15/2011 | JK | 6.50 | $4,875.00 |
| 04/18/2011 | JK | 8.50 | $6,375.00 |
| 04/19/2011 | JK | 6.50 | $4,875.00 |
| 04/20/2011 | JK | 8.00 | $6,000.00 |
| 04/21/2011 | JK | 8.50 | $6,375.00 |

**Continued On Next Page**

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                **Exhibit 3 - Page 109**

**Client Number:** 123504  
**Matter Number:** CIVIL2011

05/10/2011  
Page: 2

| Date | TK | | Hours | Amount |
|---|---|---|---|---|
| 04/21/2011 | JK | | 2.00 | $1,500.00 |
| 05/04/2011 | JK | | 1.20 | $900.00 |
| 05/05/2011 | JK | | 1.00 | $750.00 |
| 05/05/2011 | JK | | 1.30 | $975.00 |
| 05/05/2011 | JK | | 0.50 | $375.00 |
| 05/06/2011 | JK | | 0.50 | $375.00 |
| 05/07/2011 | JK | | 0.70 | $525.00 |
| 05/09/2011 | JK | | 1.10 | $825.00 |
| 05/10/2011 | JK | | 0.80 | $600.00 |

Billable Hours / Fees: **89.60 567,200.00**

## Timekeeper Summary

Timekeeper JK worked 89.60 hours at $750.00 per **hour, totaling $67,200.00.**

|  |  |
|---|---|
| Current **Fees:** | $67,200.00 |
| **Advanced Costs:** | $0.00 |
| **TOTAL AMOUNT DUE:** | **$67,200.00** |

If You Have Any Questions About This Hill, please contact  
Danielle Frederick at (949) 476-8700