# EXHIBIT 4



# TRIAL ASSET <small>Pre-Trial and Trial Technology</small>

May 9, 2011

Jeanine Pisoni, Esq.
Senior Vice President and General Counsel
MGA Entertainment
16380 Roscoe Boulevard
Van Nuys, California 91406

Re:   Invoice for Services Rendered April 2011

Dear Jeanine:

| | | |
|---|---|---|
| MGA adv. Mattel: | 90.50 @ 90.00 | $ 8,145.00 |

Outstanding balance:
Amount due this invoice:   $ 8,145.00
TOTAL DUE:

Please contact me if you have any questions or concerns.

Very truly yours,

*Lynne Nadeau CLA*
Digitally signed by Lynne Nadeau, CLA
DN: cn=Lynne Nadeau, CLA, email=lynne@trialasset.com, c=US
Date: 2011.05.09 17:44:29 -07'00'

Lynne Nadeau, CLA
Trial Asset

Attachments

Please make payment to Trial Asset.

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

1 Park Plaza, Suite 600, Irvine, California 92614
Phone (714) 225-0140 4 www.trialasset.com 4 Fax (714) 389-6927

Exhibit 4 - Page 111

| Date | Description | Hours |
|---|---|---|
| 4/1/2011 | | 2.70 |
| | | 2.80 |
| | | 6.50 |
| 4/3/2011 | | 1.50 |
| | | 8.50 |
| 4/4/2011 | | 2.90 |
| | | 2.90 |
| | | 0.70 |
| | | 8.50 |
| 4/5/2011 | | 9.30 |
| | | 1.50 |
| 4/6/2011 | | 9.60 |



**CONFIDENTIAL - ATTORNEYS' EYES ONLY**



| Date | Value |
|---|---|
| 4/7/2011 | 18.10 |
| 4/8/2011 | 11.50 |
| | 3.50 |
| | 90.50 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 4 - Page 113**