# EXHIBIT 5

# SPECIAL
# COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

Customer

**ORRICK HERRINGTON SUTCLIFFE, LLP**
**ROBERT FREITAS**

**1000 MARSH ROAD**
**MENLO PARK, CA 94025**

| | |
|---|---|
| Invoice No: | 4337079 |
| Invoice Date: | 1/30/2011 |
| Customer Number: | SCI0000455 |
| Payment Terms: | NET15 |
| Branch: | DCO20 |
| Dept. No.: | |

**COPY**

| AMOUNT DUE | $884.00 |
|---|---|

Federal Tax **ID:** 52-1736703
For billing questions, please call 888-301-3623

| Line | WIE Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| | 01/30/11 | ARANT, ASHONG, RIME | | 156.00 | 4.25 | 663.00 |
| | | Day 8: 1/27/2011 | | | | |
| | | Vols 1 to 4 | | | | |
| 2 | 01/30/11 | BRYANT | | 52.00 | 4.25 | 221.00 |
| | | Day 1/28/2011 | | | | |
| | | Vol 3 | | | | |
| | | **SUBTOTAL** | | 208.00 | | 884.00 |

| | | |
|---|---|---|
| TOTAL AMOUNT DUE | | 884.00 |

Exhibit 5 - Page 114

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# INVOICE SEPARATION PAGE

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 115

# SPECIAL
# III COUNSEL

Please Remit To:
POST OFFICE BOX 1024140
ATLANTA, GA 30368-4140

| | |
|---|---|
| Invoice No: | 4349038 |
| Invoice Date: | 2/13/2011 |
| Customer Number: | SC10000455 |
| Payment Terms: | NET15 |

Customer

ORRICK HERRINGTON SUTCLIFFE, LLP
ROBERT FREITAS

| | |
|---|---|
| Branch: | DCO20 |
| Dept. No.: | |

1000 MARSH ROAD
MENLO PARK, CA 94025

COPY

AMOUNT DUE     $5,308.25

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|------|----------|-----------|-------------|---------|------|--------|
| 1 | 02/06/1I | DAY 9: VOL 1 OF 3 01/28/11 | | 120.00 | 4.25 | 510.00 |
| 2 | 02/06/11 | DAY 9: VOL 2 OF 3 01/28/11 | | 91.00 | 4.25 | 386.75 |
| 3 | 02/06/11 | DAY 10: VOL I OF 4 02/01/11 | | 112.00 | 4.25 | 476.00 |
| 4 | 02/06/11 | DAY 10: VOL 2 OF 4 02/01/11 | | 139.00 | 4.25 | 590.75 |
| | 02/06/11 | DAY 10: VOL 3 OF 4 02/01/11 | | 39.00 | 4.25 | 165.75 |
| 6 | 02/06/11 | DAY 11: VOL 2 OF 3 02/02/11 | | 102.00 | 4.25 | 433.50 |
| 7 | 02/06/11 | DAY 11: VOL 3 OF 3 02/02111 | | 54.00 | 4.25 | 229.50 |
| | 02/06/11 | DAY 12: VOL 1 OF 3 02/03/11 | | 153.00 | 4.25 | 650.25 |
| 9 | 02/06/11 | DAY 12: VOL 2 OF 3 02/03/11 | | 93.00 | 4.25 | 395.25 |
| 10 | 02/06/11 | DAY 12: VOL 3 OF 3 02/03/11 | | 51.00 | 4.25 | 216.75 |
| 11 | 02/06/11 | DAY 13: VOL 1 OF 3 02/04/11 | | 143.00 | 4.25 | 607.75 |
| 12 | 02/06/11 | DAY 13: VOL 2 OF 3 02/04/11 | | 93.00 | 4.25 | 395.25 |

CONFIDENTIAL. -_ATTORNEYKEYES ONLY

Exhibit 5 - Page 116

# 1⁻ &DENI.L

Please Remit To:

**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

Customer

**ORRICK HERRINGTON SUTCLIFFE, LLP**
**ROBERT FREITAS**

**1000 MARSH ROAD**
**MENLO PARK, CA 94025**

COPY

| | |
|---|---|
| Invoice No: | 4349038 |
| Invoice Date: | 2113/2011 |
| Customer Number: | SC10000455 |
| Payment Terms: | NET15 |
| Branch: | DCO20 |
| Dept. No: | |

AMOUNT DUE          $5,308.25

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|------|----------|-----------|-------------|---------|------|--------|
| 13 | 02/06/11 | DAY 13: VOL 3 OF 3 02/04/11 | | 59.00 | 4.25 | 250.75 |
| | | **SUBTOTAL** | | 1,249.00 | | 5,308.25 |
| | | **TOTAL AMOUNT DUE** | | | | 5,308.25 |

CONFIDENTIAL- ATTORNEYS! EYES .ANT V

**Exhibit 5 - Page 117**

# INVOICE SEPARATION PAGE

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 118

# SPECIAL COUNSEL



Please Remit To:
POST OFFICE BOX 1024140
ATLANTA, GA 30368-4140

| | |
|---|---|
| Invoice No: | 4358883 |
| Invoice Date: | 2/20/2011 |
| Customer Number: | SC10000455 |
| Payment Terms: | NET15 |

Customer

ORRICK HERRINGTON SUTCLIFFE, LLP
ROBERT FREITAS

1000 MARSH ROAD
MENLO PARK, CA 94025

| | |
|---|---|
| Branch: | DCO20 |
| Dept. No.: | JAN 18-27 |

COPY

AMOUNT DUE        $5,404.75

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | WIE Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | 02/13/11 | DAY 3: VOL 1 OF 2 01/18/11 pp 17-105 | | 89.00 | 3.25 | 289.25 |
| 2 | 02/13/11 | DAY 3: VOL 2 OF 2 01/18/11 | !WI | 127.00 | 3.25 | 412.75 |
| 3 | 02/13/11 | DAY 4: VOL 1 OF 3 01/19/11 | | 155.00 | 3.25 | 503.75 |
| 4 | 02/13/11 | DAY 4: VOL 2 OF 3 01/19/11 | n166.00 | 3.25 | 539.50 |
| 5 | 02/13/11 | DAY 4: VOL 3 OF 3 01/19/11 | | 22.00 | 3.25 | 71.50 |
| 6 | 02/13/11 | DAY 5: VOL I OF 2 01/20/11 | | 124.00 | 3.25 | 403.00 |
| 7 | 02/13/11 | DAY 5: VOL 2 OF 2 01/20/11 | | 120.00 | 3.25 | 390.00 |
| 8 | 02/13/11 | DAY 6: VOL 1 OF 3 01125/11 | | 135.00 | 3.25 | 438.75 |
| 9 | 02/13/11 | DAY 6: VOL 2 OF 3 01/25/11 | | 135.00 | 3.25 | 438.75 |
| 10 | 02/13/11 | DAY 6: VOL 3 OF 3 01/25/11 | | 54.00 | 3.25 | 175.50 |
| 11 | 02/13/11 | DAY 7: VOL 1 OF 3 01/26/11 | | 134.00 | 3.25 | 435.50 |
| 12 | 02/13/11 | DAY 7: VOL 3 OF 3 olawl | | 83.00 | 3.25 | 269.75 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 119

# 7 SPECIAL
# 11° COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

Customer

**ORRICK HERRINGTON SUTCLIFFE, LLP**
**ROBERT FREITAS**

**1000 MARSH ROAD**
**MENLO PARK, CA 94025**



| | |
|---|---|
| Invoice No: | 4358883 |
| Invoice Date: | 2/20/2011 |
| Customer Number: | SC10000455 |
| Payment Terms: | NET15 |
| Branch: | DCO20 |
| Dept. No.: | JAN 18-27 |

| | AMOUNT DUE | $5,404.75 |
|---|---|---|

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | IME Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 13 | 02/13111 | DAY 8: VOL 2 OF 4<br>01/27/11 | | 26.00 | 3.25 | 84.50 |
| 14 | 02/13/11 | DAY 8: VOL 3 OF 4<br>01/27/11 | | 132.00 | 3.25 | 429.00 |
| 15 | 02/13/11 | DAY 8: VOL 4 OF 4<br>01/27/11 | | 70,00 | 3,25 | 227.50 |
| 16 | 02/13/11 | DAY7: VOL 2 OF 3<br>01/26/11 | | 91.00 | 3.25 | 295.75 |
| | | **SUBTOTAL** | | 1,663.00 | | 5,404.75 |
| | | TOTAL AMOUNT DUE | | | | 5,404.75 |

**Exhibit 5 - Page 120**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# INVOICE SEPARATION PAGE

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 121

# COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

Customer

**ORRICK HERRINGTON SUTCLIFFE, LLP**
**ROBERT FREITAS**

**1000 MARSH ROAD**
**MENLO PARK, CA 94025**

| | |
|---|---|
| Invoice No: | 4358923 |
| Invoice Date: | 2/20/2011 |
| Customer Number: | SC10000455 |
| Payment Terms: | NET15 |
| Branch: | DCO20 |
| Dept. No: | WE 2-13-11 |



AMOUNT DUE          $6,596.00

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | WIE Date | Associate | Description | Until Trs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | 02/13/11 | DAY 11: VOL 1 OF 3 02/02/11 | | 155.00 | 4.25 | 658.75 |
| 2 | 02/13/11 | DAY 14: VOL 1 OF 3 02/08/11 | | 156.00 | 4.25 | 663.00 |
| 3 | 02/13/11 | DAY 14: VOL 2 OF 3 02/08/11 | | 122.00 | 4.25 | 518.50 |
| 4 | 02/13/11 | DAY 14: VOL 3 OF 3 02/08/11 | | 67.00 | 4.25 | 284.75 |
| 5 | 02/13/11 | DAY 15: VOL 1 OF 3 02/09/11 | | 147.00 | 4.25 | 624.75 |
| 6 | 02/13/11 | DAY 15: VOL 2 OF 3 02/09/11 | | 65.00 | 4.25 | 276.25 |
| 7 | 02/13/11 | DAY 15: VOL 3 OF 3 02/09/11 | | 115.00 | 4.25 | 488.75 |
| 8 | 02/13/11 | DAY 16: VOL 1 OF 4 02/10/11 | | 135.00 | 4.25 | 573.75 |
| 9 | 02/13/11 | DAY 16: VOL 2 OF 4 02/10/11 | | 65.00 | 4.25 | 276.25 |
| 10 | 02/13/1I | DAY 16: VOL 3 OF 4 02/10/11 | | 111.00 | 4.25 | 471.75 |
| 11 | 02/13/11 | DAY 16: VOL 4 OF 4 02/10/11 | | 110.00 | 4.25 | 467.50 |
| 12 | 02/13/11 | DAY 17: VOL 1 OF 3 02/11/11 | | 137.00 | 4.25 | 582.25 |

**Exhibit 5 - Page 122**

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# SPECIAL COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140
ATLANTA, GA 30368-4140**

Customer

**ORRICK HERRINGTON SUTCLIFFE, LLP
ROBERT FREITAS**

**1000 MARSH ROAD
MENLO PARK, CA 94025**

| | |
|---|---|
| Invoice No: | 4358923 |
| Invoice Date: | 2/20/2011 |
| Customer Number: | SC10000455 |
| Payment Terms: | NET15 |
| Branch: | DCO20 |
| Dept. No.: | WE 2-13-11 |



| | |
|---|---|
| AMOUNT DUE | $6,596.00 |

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 13 | 02/13/11 | DAY 17: VOL 2 OF 4 92/11/11 | | 40.00 | 4.25 | 170.00 |
| 14 | 02/13/11 | DAY 17: VOL 3 OF 4 2/14/2011 | | 68.00 | 4.25 | 289.00 |
| 15 | 02/13/11 | DAY 17: VOL 4 OF 4 02/11/11 | | 59.00 | 4.25 | 250.75 |
| | | **SUBTOTAL** | | 1,552.00 | | 6,596.00 |
| | | TOTAL AMOUNT DUE | | | | 6,596.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Exhibit 5 - Page 123**

# INVOICE SEPARATION PAGE

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 124

# ⫿⫿⫿ SPECIAL COUNSEL

Please Remit To:

**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Invoice No: | 4368179 |
| Invoice Date: | 2/27/2011 |
| Customer Number: | SCI0000455 |
| Payment Terms: | NET15 |

Customer

**ORRICK HERRINGTON SUTCLIFFE, LLP**
**ROBERT FREITAS**

**1000 MARSH ROAD**
**MENLO PARK, CA 94025**

| | |
|---|---|
| Branch: | DCO20 |
| Dept. No: | VVE022011 |



| | |
|---|---|
| **AMOUNT DUE** | $3,259.75 |

Federal Tax **ID:** 52-1736703
For billing questions, please call 888-301-3623

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | 02/20/11 | DAY 18: VOL I OF 3 2/16/2011 | | 136.00 | 4.25 | 578.00 |
| 2 | 02120111 | DAY 18: VOL 2 OF 3 2/16/2011 | | 138.00 | 4.25 | 586.50 |
| 3 | 02/20/11 | DAY 18: VOL 3 OF 3 2/16/2011 | | 84.00 | 4.25 | 357.00 |
| 4 | 02/20/11 | DAY 19: VOL 1 OF 4 2/17/2011 | | 135.00 | 4.25 | 573.75 |
| 5 | 02/20/11 | DAY 19: VOL 3 OF 4 2/17/2011 | | 123.00 | 4.25 | 522,75 |
| | 02/20/11 | DAY 20: VOL 1 OF 3 2/18/2011 | | 151.00 | 4.25 | 641.75 |
| | | **SUBTOTAL** | | 767.00 | | 3,259.75 |
| | | TOTAL AMOUNT DUE | | | | 3,259.75 |

**Exhibit 5 - Page 125**

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# INVOICE SEPARATION PAGE

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 126



# SPECIAL COUNSEL

**Please Remit To:**
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

Customer

**ORRICK HERRINGTON SUTCLIFFE, LLP**
**ROBERT FREITAS**

**1000 MARSH ROAD**
**MENLO PARK, CA 94025**

| | |
|---|---|
| Invoice No: | 4377885 |
| Invoice Date: | 3/6/2011 |
| Customer Number: | SC10000455 |
| Payment Terms: | NET15 |
| Branch: | DCO20 |
| Dept. No.: | VVE022711 |

COPY

| | |
|---|---|
| AMOUNT **DUE** | $6,642.75 |

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | WIE Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | 02/27/11 | DAY 19: VOL 2 OF 3 2/17/2011 | | 50.00 | 4.25 | 212.50 |
| 2 | 02/27/11 | DAY 19: VOL 4 OF 4 2/17/2011 | | 91.00 | 4.25 | 386.75 |
| 3 | 02/27/11 | DAY 20: VOL 2 OF 3 2/18/2011 | | 82.00 | 4.25 | 348.50 |
| 4 | 02/27/11 | DAY 20: VOL 3 OF 3 2/18/2011 | | 59.00 | 4.25 | 250.75 |
| 5 | 02/27/11 | DAY 21: VOL 1 OF 3 2/22/2011 | | 160.00 | 4.25 | 680.00 |
| 6 | 02/27/11 | DAY 21: VOL 2 OF 3 2/22/2011 | | 172.00 | 4.25 | 731.00 |
| 7 | 02/27/11 | DAY 21: VOL 3 OF 3 2/22/2011 | | 21.00 | 4.25 | 89.25 |
| 8 | 02/27/11 | DAY 22: VOL 1 OF 4 23-FEB | | 159.00 | 4.25 | 675.75 |
| 9 | 02/27/11 | DAY 22: VOL 2 OF 4 2/23/2011 | | 106.00 | 4.25 | 450.50 |
| 10 | 02/27/11 | DAY 22: VOL 3 OF 4 2/23/2011 | | 50.00 | 4.25 | 212.50 |
| 11 | 02/27/11 | DAY 22: VOL 4 OF 4 2/23/2011 | | 11.00 | 4.25 | 46.75 |
| 12 | 02/27/11 | DAY 23: VOL 1 OF 3 2/24/2011 | | 126.00 | 4.25 | 535.50 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Exhibit 5 - Page 127**



# COUNSEL

**Please Remit To:**
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

**Customer**

**ORRICK HERRINGTON SUTCLIFFE, LLP**
**ROBERT FREITAS**

**1000 MARSH ROAD**
**MENLO PARK, CA 94025**

| | |
|---|---|
| Invoice No: | 4377885 |
| Invoice Date: | 3/6/2011 |
| Customer Number: | SCI0000455 |
| Payment Terms: | NET15 |
| Branch: | DCO20 |
| Dept. No.: | VVE022711 |

COPY

| | AMOUNT DUE | $6,642.75 |
|---|---|---|

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 13 | 02/27/11 | DAY 23: VOL 2 OF 3<br>2/24/2011 | | 125.00 | 4.25 | 531.25 |
| 14 | 02/27/11 | DAY 23: VOL 3 OF 3<br>2/24/2011 | | 35.00 | 4.25 | 148.75 |
| 15 | 02/27/11 | DAY 24: VOL I OF 2<br>2/25/2011 | | 167.00 | 4.25 | 709.75 |
| 16 | 02/27/11 | DAY 24: VOL 2 OF 2<br>2/25/2011 | | 149.00 | 4.25 | 633.25 |
| | | **SUBTOTAL** | | 1,563.00 | | 6,642.75 |
| | | TOTAL AMOUNT DUE | | | | 6,642.75 |

**Exhibit 5 - Page 128**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# INVOICE SEPARATION PAGE

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 129

# SPECIAL COUNSEL

Please Remit To:

**POST OFFICE BOX 1024140
ATLANTA, GA 30368-4140**

Customer

**ORRICK HERRINGTON SUTCLIFFE, LLP
LYNN HALL**

**1000 MARSH ROAD
MENLO PARK, CA 94025**

COPY

| | |
|---|---|
| Invoice No: | 4393065 |
| Invoice Date: | 3/13/2011 |
| Customer Number: | SC10000455 |
| Payment Terms: | NET15 |
| Branch: | DCO20 |
| Dept. No.: | 2011DEPOS |

| | |
|---|---|
| AMOUNT DUE | $13,619.85 |

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|------|----------|-----------|-------------|---------|------|--------|
| 1 | 03/06/11 | CASTILLA, JORGE VOL 11<br>2/26/2011 | | 264.00 | 3.25 | 858.00 |
| 2 | 03/06/11 | DE ANDA, RICHARD<br>1/28/2011<br>VOL III | | 201.00 | 3.25 | 653.25 |
| 3 | 03/06/11 | JOACITIMETRALER, ERICH<br>12/10/2010<br>VOL **H** | | 275.00 | 3.25 | 893.75 |
| 4 | 03/06/11 | WAGNER, MICHAEL VOL V<br>2/8/2011 | | 157.00 | 3.25 | 51025 |
| 5 | 03/06/11 | BASSOK, YE1TUDA<br>2/11/2011 | | 285.00 | 2.85 | 812.25 |
| 6 | 03/06/11 | BERMAN, LAURENCE VOL I<br>2/16/2011 | | 154.00 | 2.85 | 438.90 |
| 7 | 03/06/11 | DRAWER, RONALD VOL I<br>12/30/2010 | | 366.00 | 2.85 | 1,043.10 |
| 8 | 03/06/11 | DUFFY, JAN VOL II<br>12/16/2010 | | 256.00 | 2.85 | 729.60 |
| 9 | 03/06/11 | FARNSWORTH, BRAD<br>1/28/2011<br>VOL I | | 180.00 | 2.85 | 513.00 |
| 10 | 03/06/11 | FOTI, JANICE VOL I<br>1/29/2011 | | 188.00 | 2,85 | 3`35.80 |
| 11 | 03/06/11 | KIVETZ, RAN VOL II<br>12/17/2010 | | 208.00 | 2.85 | 592.80 |
| 12 | 03/06/11 | MALACKOWSKI, JAMES VOL I<br>2/8/11 | | 304.00 | 2.85 | 866.40 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 130

# SPECIAL
# COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Invoice No: | 4393065 |
| Invoice Date: | 3113/2011 |
| Customer Number: | SCI0000455 |
| Payment Terms: | NET15 |

Customer
**ORRICK HERRINGTON SUTCLIFFE, LLP**
**LYNN HALL**

| | |
|---|---|
| Branch: | DCO20 |
| Dept. No.: | 2011DEPOS |

**1000 MARSH ROAD**
**MENLO PARK, CA 94025**



| | |
|---|---|
| AMOUNT DUE | $13,619.85 |

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 13 | 03/06/11 | RONALD BRAWER VOL<br>12/30/2010 | | 366.00 | 2.85 | 1,043.10 |
| 14 | 03/06/11 | RUBIN, SAMUEL VOL II<br>12/13/2010 | | 262.00 | 2.85 | 746.70 |
| 15 | 03/06/11 | SANDERS, NADA VOL 1<br>12/17/10 | | 241.00 | 2.85 | 686.85 |
| 16 | 03/06/11 | TRAUGHBER, DAVID VOL I<br>2/8/2011 | | 94.00 | 2.85 | 267.90 |
| 17 | 03/06/11 | VILPPU, GLENN VOL II<br>12/15/10 | | 241.00 | 2.85 | 686.85 |
| 18 | 03/06/11 | WAGNER, MICHAEL VOL V<br>2/8/2011 | | 157.00 | 3.25 | 510.25 |
| 19 | 03/06/11 | WEBSTER, 'SHIRLEY VOL 1<br>12/15/2010 | | 258.00 | 2.85 | 735.30 |
| 20 | 03/06/11 | WILLENSKV,ALLISON VOL I<br>1/31/2011 | | 240.00 | 2.85 | 684.00 |
| | | SUBTOTAL | | 4,653.00 | | 13,619.85 |
| | | TOTAL AMOUNT DUE | | | | 13,619.85 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 131

# INVOICE SEPARATION PAGE

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 132

# SPECIAL
# HI' COUNSEL

**Please Remit To:**
POST OFFICE BOX 1024140
ATLANTA, GA 30368.4140

| | |
|---|---|
| Invoice No: | 4393066 |
| Invoice Date: | 3/13/2011 |
| Customer Number: | SCI0000455 |
| Payment Terms: | NET15 |

**Customer**
ORRICK HERRINGTON SUTCLIFFE, LLP
LYNN HALL

1000 MARSH ROAD
MENLO PARK, CA 94025

| | |
|---|---|
| Branch: | DCO20 |
| Dept. No.: | WE030611 |

COPY

| AMOUNT **DUE** | $5,146.75 |
|---|---|

Federal Tax ID: 52-1736703
For billing questions, please call 868-301-3623

| Line | W/E Date | Associate | Description | | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|---|
| | 03/06/11 | DAY 25 VOL 1 OF 3<br>3/1/2011 | | | 150.00 | 4.25 | 637.50 |
| 2 | 03/06/11 | DAY 25 VOL 2 OF 3<br>3/1/2011 | | | 157.00 | 4.25 | 667.25 |
| 3 | 03/06/11 | DAY 25 VOL 3 OF 3<br>3/1/2011 | | 7 | 96.00 | 4.25 | 408,00 |
| 4 | 03/06/11 | DAY 26 VOL I OF 4<br>3/2/2011 | | | 140.00 | 4.25 | 595.00 |
| 5 | 03/06/11 | DAY 26 VOL 2 OF 4<br>3/2/2011 | | | 95.00 | 4.25 | 403.75 |
| 6 | 03/06/11 | DAY 26 VOL 3 OF 4<br>3/2/2011 | | 7 | 45.00 | 4.25 | 191.25 |
| 7 | 03/116/11 | DAY 26 VOL 4 OF 4<br>3012011 | | | 62.00 | 4.25 | 263.50 |
| a | 03/06/11 | DAY 27 VOL I OF 4<br>3/3/2011 | | | 159.00 | 4.25 | 675.75 |
| 9 | 03/06/11 | DAY 27 VOL 2 OF 4<br>3/3/2011 | | | 92.00 | 4.25 | 391.00 |
| 10 | 03/06/11 | DAY 27 VOL 30F 4<br>3/3/2011 | | | 57.00 | 425 | 242.25 |
| 11 | 03/06/11 | DAY 27 VOL 4 OF 4<br>3/3/2011 | | | 12.00 | 4.25 | 51.00 |
| 12 | 03/06/11 | DAY 28 VOL I OF 4<br>3/4/2011 | | | 72.00 | 4.25 | 306.00 |

C-ONFIDEN-TIAL - ATTORNEYS' EYES ONLY

**Exhibit 5 - Page 133**



# SPECIAL

## IP COUNSEL

Please Remit To:
POST OFFICE BOX 1024140
ATLANTA, GA 30368-4140

| | |
|---|---|
| Invoice No: | 4393066 |
| Invoice Date: | 3/1312011 |
| Customer Number: | SCI0000455 |
| Payment Terms: | NET15 |
| Branch: | DCO20 |
| Dept. No.: | WE030611 |

Customer

ORRICK HERRINGTON SUTCLIFFE, LLP
LYNN HALL

1000 MARSH ROAD
MENLO PARK, CA 94025

**COPY**

AMOUNT DUE     $5,146.75

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | WIE Date | Associate | Description | UnIIHrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 13 | awootii 3/4/2011 | DAY 28 VOL 3 OF 4 | | 74.00 | 4.25 | 314,50 |
| | | **SUBTOTAL** | | 1,21100 | | 5.146.75 |
| | | | | | | |

| TOTAL AMOUNT DUE | 5,146.75 |
|---|---|

YES ONLY

**Exhibit 5 - Page 134**

# INVOICE SEPARATION PAGE

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 135

# Tr KEN\ L

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

Customer

**ORRICK HERRINGTON SUTCLIFFE, LLP**
**ROBERT FREITAS**

**1000 MARSH ROAD**

**MENLO PARK, CA 94025**

| Invoice No: | 4403764 |
|---|---|
| Invoice Date: | 3/20/2011 |
| Customer Number: | SC10000455 |
| Payment Terms: | NET15 |
| Branch: | DCO20 |
| Dept. No.: | VVE031311 |

COPY 

| | AMOUNT DUE | $5,248.75 |
|---|---|---|

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | WE Date | Associate | Description | Until-11's | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | 03/13/11 | DAY 28 VOL 2 OF 4 3/4/2011 | | 64.00 | 4.25 | 272.00 |
| 2 | 03/13/11 | DAY 28 VOL 4 OF 4 3/4/2011 | | 87.00 | 4.25 | 369.75 |
| 3 | 03/13/11 | DAY 29 VOL 1 OF 2 3/9/2011 | | 130.00 | 4.25 | 552.50 |
| 4 | 03/13/11 | DAY 29 VOL 2 OF 2 3/8/2011 | | 99.00 | 4.25 | 420.75 |
| 5 | 03/13/11 | DAY 30 VOL 1 OF 2 3/9/2011 | | 150.00 | 4.25 | 637.50 |
| 6 | 03/13/11 | DAY 30 VOL 2 OF 2 3/9/11 | | 116.00 | 4.25 | 493.00 |
| 7 | 03/13/11 | DAY 31 VOL 1 OF 3 3/10/2011 | | 138.00 | 4.25 | 586.50 |
| 8 | 03/13/11 | DAY 31 VOL 2 OF 3 3/10/2011 | | 138.00 | 4.25 | 586.50 |
| 9 | 03/13/11 | DAY 31 VOL 3 OF 3 3/10/2011 | | 29.00 | 4.25 | 123.25 |
| 10 | 03/13/11 | DAY 32 VOL 1 OF 4 3/11/2011 | | 119.00 | 4.25 | 505.15 |
| 11 | 03/13/11 | DAY 32 VOL 2 OF 4 3/11/2011 | | 65.00 | 4.25 | 276.25 |
| 12 | 03/13/11 | DAY 32 VOL 3 OF 4 3/11/2011 | | 69.00 | 4.25 | 293.25 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Exhibit 5 - Page 136**

 SPECIAL

Please Remit To:

POST OFFICE BOX 1024140
ATLANTA, GA 30368-4140

| | |
|---|---|
| Invoice No: | 4403764 |
| Invoice Date: | 3/20/2011 |
| Customer Number: | SC10000455 |
| Payment Terms: | NET15 |

Customer

ORRICK HERRINGTON SUTCLIFFE, LLP
ROBERT FREITAS

| | |
|---|---|
| Branch: | DCO20 |
| Dept. No.: | WE031311 |

1000 MARSH ROAD

MENLO PARK, CA 94025

COPY

AMOUNT DUE          $5,248.75

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 13 | 03/13/11 | DAY 32 VOL 4 OF 4 3/11/2011 | | 31.00 | 4.25 | 131.75 |
| | | SUBTOTAL | | 1,235.00 | | 5,248.75 |
| | | TOTAL AMOUNT DUE | | | | 5,248.75 |

**Exhibit 5 - Page 137**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# INVOICE SEPARATION PAGE

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 138

# SPECIAL COUNSEL

Please Remit To:

**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

Customer

**ORRICK HERRINGTON SUTCLIFFE, LLP**
**LYNN HALL**

**1000 MARSH ROAD**
**MENLO PARK, CA 94025**

| | |
|---|---|
| Invoice No: | 4411809 |
| Invoice Date: | 3/20/2011 |
| Customer Number: | SCI0000455 |
| Payment Terms: | NET15 |
| Branch: | DCO20 |
| Dept. No.: | DEPO |



| | |
|---|---|
| AMOUNT DUE | $559.00 |

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | ME Date | Associate | Description | Until-fro | Rate | Amount |
|------|---------|-----------|-------------|-----------|------|--------|
| 1 | 03/20/11 | MCSIIANE, **MICIIELE** | | 172.00 | 3.25 | 559,00 |
| | | **03107/11** | | | | |
| | | **SUBTOTAL** | | 172.00 | | 559.00 |
| | | TOTAL AMOUNT DUE | | | | **559.00 I** |

**Exhibit 5 - Page 139**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# INVOICE SEPARATION PAGE

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 140

# SPECIAL
# IP' COUNSEL



Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

Customer

**ORRICK HERRINGTON SUTCLIFFE, LLP**
**CHERYL WATSON**

**1000 MARSH ROAD**
**MENLO PARK, CA 94025**

| | |
|---|---|
| Invoice No: | 4415999 |
| Invoice Date: | 3/27/2011 |
| Customer Number: | SC10000455 |
| Payment Terms: | NET15 |
| Branch: | DCO20 |
| Dept. No.: | |

| | | |
|---|---|---|
| | **AMOUNT DUE** | $5,622.75 |

Federal Tax **ID:** 52-1736703
For billing questions, please call 888-301-3623

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | 03/20/11 | DAY 33 VOL 1 OF 3 03/15/1I | | 166.00 | 4.25 | 705.50 |
| 2 | 03/20/11 | DAY 33 VOL 2 OF 3' 03/15/11 | | 121.00 | 4.25 | 514.25 |
| 3 | 03/20/11 | DAY 33 VOL 3 OF 3 03/15/11 | | 49.00 | 4.25 | 208.25 |
| 4 | 03/20/11 | DAY 34 VOL 1 OF 4 03/16/11 | | 134.00 | 4.25 | 569.50 |
| 5 | 03/20/11 | DAY 34 VOL 2 OF 4 03/16/11 | | 69.00 | 4.25 | 293.25 |
| 6 | 03/20/11 | DAY 34 VOL 3 OF 4 03/16/11 | | 108.00 | 4.25 | 459.00 |
| 7 | 03/20/11 | DAY 34 VOL 4 OF 4 03/16/11 | | 48.00 | 4.25 | 204.00 |
| 8 | 03/20/11 | DAY 35 VOL 1 OF 3 03/17/11 | | 157.00 | 4.25 | 667.25 |
| 9 | 03/20/11 | DAY 35 VOL 2 OF 3 03/17/11 | | 112.00 | 4.25 | 476.00 |
| 10 | 03/20/11 | DAY 35 VOL 3 OF 3 03/17/11 | | 53.00 | 4.25 | 225.25 |
| 11 | 03/20/11 | DAY 36 VOL I OF 3 03/18/11 | | 132.00 | 4.25 | 561.00 |
| 12 | 03/20/11 | DAY 36 VOL 2 OF 3 03/18/11 | | 114.00 | 4.25 | 484.50 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 141

# SPECIAL COUNSEL

Please Remit To:

POST OFFICE BOX 1024140
ATLANTA, GA 30368-4140

Customer

ORRICK HERRINGTON SUTCLIFFE, LLP
CHERYL WATSON

1000 MARSH ROAD
MENLO PARK, CA 94025

| | |
|---|---|
| Invoice No: | 4415999 |
| Invoice Date: | 3/27/2011 |
| Customer Number: | SCI0000455 |
| Payment Terms: | NET15 |
| | |
| Branch: | DCO20 |
| Dept. No.: | |



| | |
|---|---|
| AMOUNT DUE | $5,622.75 |

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|------|----------|-----------|-------------|---------|------|--------|
| 13 | 03120/11 | DAY 36 VOL 3 OF 3<br>03/18/11 | | 60.00 | 4.25 | 255.00 |
| | | **SUBTOTAL** | | 1,323.00 | | 5,622.75 |
| | | | TOTAL AMOUNT DUE | | | 5,622.75 |

**Exhibit 5 - Page 142**

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# INVOICE SEPARATION PAGE

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 143

# LEMIL

Piease Remit To:
POST OFFICE BOX 1024140
ATLANTA, GA 30368-4140

Customer

ORRICK HERRINGTON SUTCLIFFE, LLP
CHERYL WATSON

1000 MARSH ROAD
MENLO PARK, CA 94025

| Invoice No: | 4427467 |
| Invoice Date: | 4/3/2011 |
| Customer Number: | SCI0000455 |
| Payment Terms: | NET15 |
| | |
| Branch: | DCO20 |
| Dept. No.: | |



|  |  | AMOUNT DUE | $2,943.00 |

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | W/E Date | Associate | Description | | Unt/Hrs | Rate | Amount |
|------|----------|-----------|-------------|---|---------|------|--------|
|  | 03/27/11 | DAY 37 VOL I OF 3 03122/2011 | | | 173.00 | 4.25 | 735.25 |
| 2 | 03/27/11 | DAY 37 VOL 2 OF 3 3/22/2011 | | | 134.00 | 4.25 | 569.50 |
| 3 | 03/27/11 | DAY 37 VOL 3 OF 3 3/22/2011 | | | 53.00 | 4.25 | 225.25 |
| 4 | 03/27/11 | DAY 38 VOL I OF 3 03/23/2011 | | | 137.00 | 4.50 | 616.50 |
| 5 | 03/27/11 | DAY 38 VOL 2 OF 3 03/23/2011 | | | 108.00 | 4:50 | 486.00 |
| 6 | 03/27/11 | DAY 38 VOl 3 OF 3 3/23/2011 | | | 69.00 | 4.50 | 310.50 |
| | | **SUBTOTAL** | | | 674.00 | | 2,943.00 |
| | | [ TOTAL AMOUNT DUE | | | | | 2,943.00 |

**Exhibit 5 - Page 144**

CONFIDENTIAL ATTORNEYS' EYES ONLY

# INVOICE SEPARATION PAGE

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 145

# SPECIAL COUNSEL

Please Remit To:

POST OFFICE BOX 1024140
ATLANTA, GA 303684140

Customer

ORRICK HERRINGTON SUTCLIFFE, LLP
CHERYL WATSON

1000 MARSH ROAD
MENLO PARK, CA 94025

| | |
|---|---|
| Invoice No: | 4441633 |
| Invoice Date: | 4/10/2011 |
| Customer Number: | SC10000455 |
| Payment Terms: | NET15 |
| Branch: | DCO20 |
| Dept. No.: | |

**COPY**

| | |
|---|---|
| AMOUNT DUE | $7,593.25 |

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|------|----------|-----------|-------------|---------|------|--------|
| 1 | 04/03/11 | DAY 39 VOL 1<br>3/24/2011 | | 153.00 | 4.50 | 688.50 |
| 2 | 04/03/11 | DAY 39 VOL 2<br>3/24/2011 | | 169.00 | 4.50 | 760.50 |
| 3 | 04/03/11 | DAY 39 VOL 3<br>3/24/2011 | | 8.00 | 4.50 | 36.00 |
| 4 | 04/03/11 | DAY 40 VOL 1<br>3/25/2011 | | 159.00 | 4.50 | 715.50 |
| 5 | 04/03/11 | DAY 40 VOL 2<br>3/25/2011 | | 97.00 | 430 | 43630 |
| 6 | 04/03/11 | DAY 41 VOL 1<br>3/29/2011 | | 153.00 | 4.50 | 688.50 |
| 7 | 04/03/11 | DAY 41 VOL 2<br>3/29/2011 | | 185.00 | 4.50 | 832.50 |
| 8 | 04/03/11 | DAY 41 VOL 3<br>3/29/2011 | | 83.00 | 4.25 | 352.75 |
| 9 | mon! | DAY 42 VOL 2<br>3/30/2011 | | 134.00 | 4.50 | 603.00 |
| 10 | 04/03/11 | DAY 42 VOL 1<br>3/30/2011 | | 151.00 | 4.50 | 67930 |
| 11 | 04/03/11 | DAY 42 VOL 3<br>3/30/2011 | | 135.00 | 4.50 | 60750 |
| 12 | 04/03/11 | DAY 43 VOL 1<br>3/31/2011 | | 88.00 | 4:50 | 396.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 146

# SPECIAL
# Ⅲ' COUNSEL

Please Remit To:

**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

| | |
|---|---|
| Invoice No: | 4441'633 |
| Invoice Date: | 4/10/2011 |
| Customer Number: | SC10000455 |
| Payment Terms: | NET15 |

Customer

**ORRICK HERRINGTON SUTCLIFFE, LLP**
**CHERYL WATSON**

**1000 MARSH ROAD**
**MENLO PARK, CA 94025**

| | |
|---|---|
| Branch: | DCO20 |
| Dept. No.: | |



|  | **AMOUNT DUE** | **$7,593.25** |
|---|---|---|

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | W/E Date | Associate | Description | | lint/Firs | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 13 | 04/03/11 | DAY 43 VOL 2<br>3/3/2011 | | | 115.00 | 4.50 | 517.50 |
| 14 | 04/03/11 | DAY 43 VOL 3<br>3/31/2011 | | | 62.00 | 4.50 | 279.00 |
| | | **SUBTOTAL** | | | 1,692.00 | | 7,593.25 |
| | | **TOTAL AMOUNT DUE** | | | | | 7,593.25 |

**Exhibit 5 - Page 147**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# INVOICE SEPARATION PAGE

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 148

# IN SPECIAL

**Please Remit To:**
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

**Customer**

    **ORRICK HERRINGTON SUTCLIFFE, LLP**
    **LYNN HALL**

    **1000 MARSH ROAD**
    **MENLO PARK, CA 94025**

| | |
|---|---|
| Invoice No: | 4451737 |
| Invoice Date: | 4/17/2011 |
| Customer Number: | SCI0000455 |
| Payment Terms: | **NETT 5** |
| Branch: | DCO20 |
| Dept. No.: | |



| | |
|---|---|
| AMOUNT DUE | $350.00 |

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|------|----------|-----------|-------------|---------|------|--------|
| 1 | 03/20/11 | TRIAL INDEX SET UP FEE | | 1.00 | 350.00 | 350.00 |
| | | **SUBTOTAL** | | 1.00 | | 350.00 |
| | | **TOTAL AMOUNT DUE** | | | | 350.00 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 5 - Page 149**

# INVOICE SEPARATION PAGE

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 150

# SPECIAL COUNSEL



Please Remit To:

    POST OFFICE BOX 1024140
    ATLANTA, GA 30368-4140

Customer

    ORRICK HERRINGTON SUTCLIFFE, LLP
    LYNN HALL

    1000 MARSH ROAD
    MENLO PARK, CA 94025

| | |
|---|---|
| Invoice No: | 4451738 |
| Invoice Date: | 4/17/2011 |
| Customer Number: | SC10000455 |
| Payment Terms: | NET15 |
| Branch: | DCO20 |
| Dept. No.: | |

| | |
|---|---|
| AMOUNT DUE | $50.00 |

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | 03/27/11 | WEEKLY TRIAL INDEX FEE | | 1.00 | 50.00 | 50.00 |
| | | **SUBTOTAL** | | 1.00 | | 50.00 |
| | | TOTAL AMOUNT DUE | | | | %C |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Exhibit 5 - Page 151**

# INVOICE SEPARATION PAGE

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 152

# SPECIAL
# COUNSEL

Please Remit To:
**POST OFFICE BOX 1024140**
**ATLANTA, GA 30368-4140**

|  |  |
|---|---|
| invoice No: | 4453245 |
| **Invoice** Date: | 4/1712011 |
| Customer Number: | SC10000455 |
| Payment Terms: | NET15 |

Customer
**ORRICK HERRINGTQN SUTCLIFFE, LLP**
**CHERYL WATSON**

| Branch: | DCO20 |
|---|---|
| Dept. No.: | |

**1000 MARSH ROAD**
**MENLO PARK, CA 94025**

| | **AMOUNT DUE** | **$7,061.00** |

---

Federal Tax **ID:** 52-1736703
For billing questions, please call 888-301-3623

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | 04/10/11 | DAY 44 VOL 1<br>4/1/2011 | | 143.00 | 4.50 | 643.50 |
| 2 | 04/10/11 | DAY 44 VOL 2<br>4/1/2011 | | 80.00 | 4.50 | 360.00 |
| 3 | 04/10/11 | DAY 44 VOL 3<br>4/1/2011 | | 13.00 | 4.50 | 58.50 |
| 4 | 04/10/11 | DAY 45 VOL 1<br>4/4/2011 | | 156.00 | 4.50 | 702.00 |
| 5 | 04/10/11 | DAY 45 VOL 2<br>4/4/2011 | | 131.00 | 4.50 | 589.50 |
| 6 | 04/10/11 | DAY 45 VOL 3<br>4/4/2011 | | 68.00 | 4.50 | 306.00 |
| 7 | 04/10/11 | DAY 45 VOL 4<br>4/4/2011 | | 23.00 | 4.50 | 103.50 |
| 8 | 04/10/11 | DAY 46 VOL 1<br>4/5/2011 | | 72.00 | 4:50 | 324.00 |
| 9 | 04/10/11 | DAY 46 VOL 2<br>4/5/2011 | | 76.00 | 4:50 | 342.00 |
| 10 | 04/10/11 | DAY 46 VOL 3 | | 100.00 | 4.50 | 450.00 |
| 11 | 04/10/11 | DAY 46 VOL 4<br>4/5/2011 | | 45.00 | 4.50 | 202.50 |
| 12 | 04/10/11 | DAY 46 VOL 5 | | 77.00 | 4.50 | 346.50 |

-GONFIDENTIA-L-ATTORNEYS-EYES-ONLY

**Exhibit 5 - Page 153**

# lll SPECIAL COUNSEL



**Please Remit To:**
POST OFFICE BOX 1024140
ATLANTA, GA 30368-4140

**Customer**
ORRICK HERRINGTON SUTCLIFFE, LLP
CHERYL WATSON

1000 MARSH ROAD
MENLO PARK, CA 94025

| | |
|---|---|
| Invoice No: | 4453245 |
| Invoice Date: | 4/17/2011 |
| Customer Number: | SC10000455 |
| Payment Terms: | NET15 |
| | |
| Branch: | DCO20 |
| Dept. No.: | |

| | |
|---|---|
| AMOUNT DUE | $7,061.00 |

Federal Tax ID: 52-1736703
For billing questions, please call 885-301-3623

| Line | ME Date | Associate | Description | UntlHrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 13 | 04/10/11 | DAY 47 VOL I<br>4/6/2011 | | 55.00 | 4.50 | 247.50 |
| 14 | 04/10/11 | DAY 47 VOL 2<br>4/6/2011 | | 103.00 | 4.50 | 463.50 |
| 15 | 04/10/11 | DAY 47 VOL 3<br>4/6/2011 | | 89.00 | 4.50 | 400.50 |
| 16 | 04/10/11 | DAY 47 VOL 4<br>4/6/2011 | | 177.00 | 4.25 | 752.25 |
| 17 | 04/10/11 | DAY 48 VOL I<br>4/7/2011 | | 102.00 | 4.25 | 433.50 |
| 18 | 04/10/11 | DAY 48 VOL 2<br>4/7/2011 | | 79.00 | 4.25 | 335.75 |
| | | **SUBTOTAL** | | 1,589.00 | | 7,061.00 |
| | | I TOTAL AMOUNT DUE | | 5 | | 7,061.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 154

# INVOICE SEPARATION PAGE

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Exhibit 5 - Page 155**



Please Remit To:

**POST OFFICE BOX 1024140
ATLANTA, GA 30368-4140**

Customer

**ORRICK HERRINGTON SUTCLIFFE, LLP
LYNN HALL**

**1000 MARSH ROAD
MENLO PARK, CA 94025**

| | |
|---|---|
| Invoice No: | 4462425 |
| Invoice Date: | 4/24/2011 |
| Customer Number: | SC10000455 |
| Payment Terms: | NET15 |
| | |
| Branch: | DCO20 |
| Dept. No.: | |

| | AMOUNT DUE | $2,550.00 |
|---|---|---|

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3523

| Line | ME Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | 04/03/11 | MASTER INDEX (UPDATED) | | 1.00 | 750.00 | 750.00 |
| 2 | 04/03/11 | TRIAL INDEX - 03/22/11 | | 1.00 | 150.00 | 150.00 |
| 3 | 04/03/11 | TRIAL INDEX - 03/23/11 | | 1.00 | 150.00 | 150.00 |
| 4 | 04/03/11 | TRIAL INDEX - 03/24/11 | | 1.00 | 150.00 | 150.00 |
| 5 | 04/03/11 | TRIAL INDEX - 03/25/11 | | 1.00 | 150.00 | 150.00 |
| 6 | 04/03/11 | TRIAL INDEX - 03/29/1111 | | 1.00 | 150.00 | 150.00 |
| 7 | 04/03/11 | TRIAL INDEX - 03/30/11 | | 1.00 | 150.00 | 150.00 |
| 8 | 04/03/11 | TRIAL INDEX - 03/31/11 | | 1.00 | 150.00 | 150.00 |
| 9 | 04/03/11 | TRIAL INDEX -04/01/11 | | 1.00 | 150.00 | 150.00 |
| 10 | 04/03/11 | TRIAL INDEX - 04/04/11 | | 1.00 | 150.00 | 150.00 |
| 11 | 04/03/11 | TRIAL INDEX - 04/05/11 | | 1.00 | 150.00 | 150.00 |
| 12 | 04/03/11 | TRIAL INDEX - 04/06/1I | | 1.00 | 150.00 | 150.00 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 5 - Page 156**

# SPECIAL
# Ⅲ' COUNSEL

Please Remit To:

POST OFFICE BOX 1024140
ATLANTA, GA 30368-4140

| | |
|---|---|
| Invoice No: | 4462425 |
| Invoice Date: | 4/24/2011 |
| Customer Number: | SCI0000455 |
| Payment Terms: | NET15 |
| | |
| Branch: | DCO20 |
| Dept. No.: | |

Customer

ORRICK HERRINGTON SUTCLIFFE, LLP
LYNN HALL

1000 MARSH ROAD
MENLO PARK, CA 94025



AMOUNT DUE          $2,550.00

Federal Tax ID: 52-1736703
For billing questions, please call 888-301-3623

| Line | W/E Date | Associate | Description | Lint/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 13 | 04/03/11 | TRIAL INDEX - 04/07/11 | | 1.00 | 150.00 | 150.00 |
| | | **SUBTOTAL** | | 13.00 | | 2,550.00 |
| | | TOTAL AMOUNT DUE | | | | 2,550.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 157

# INVOICE SEPARATION PAGE

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 5 - Page 158

# SPECIAL
# IP' COUNSEL

Please Remit To:
    POST OFFICE BOX 1024140
    ATLANTA, GA 303684140

| | |
|---|---|
| Invoice No: | 4463686 |
| Invoice Date: | 4/24/2011 |
| Customer Number: | SC10000455 |
| Payment Terms: | NET15 |

Customer
    ORRICK HERRINGTON SUTCLIFFE, LLP
    CHERYL WATSON

    1000 MARSH ROAD
    MENLO PARK, CA 94025

| | |
|---|---|
| Branch: | DCO20 |
| Dept. No.: | |



|  | AMOUNT DUE | $1,715.75 |
|---|---|---|

Federal Tax ID: 52-1736703
For billing questions, please calf 888-301-3623

| Line | WIE Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
|  | 04/17/11 | DAY 48 VOL 3<br>4/7/11 |  | 84.00 | 4.25 | 357.00 |
| 2 | 04/17/11 | DAY 49 VOL 1<br>4/8/2011 |  | 124.00 | 4.25 | 527.00 |
| 3 | 04/17/11 | DAY 49 VOL 2<br>4/8/2011 |  | 100.00 | 4.25 | 425.00 |
| 4 | 04/17/11 | DAY 49 VOL 3<br>4/8/2011 |  | 29.00 | 4.25 | 123.25 |
| 5 | 04/17/11 | DAY 50 VOL 1<br>4/11/2013 |  | 45.00 | 4.50 | 202.50 |
|  | 04/17/11 | DAY 50 VOL 2<br>4/11/2011 |  | 18.00 | 4.50 | 81.00 |
|  | **SUBTOTAL** |  |  | 400.00 |  | 1,715.75 |

| TOTAL AMOUNT DUE | $ | 1,715.75 |
|---|---|---|

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Exhibit 5 - Page 159**