ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**SECOND SUPPLEMENTAL DECLARATION OF STEPHEN SCHULTZ IN SUPPORT OF MGA PARTIES' MOTIONS FOR FEES AND COSTS**<br><br>Judge: Hon. David O. Carter |

I, Stephen Schultz declare as follows:

1.      I am currently the Vice President Controller at MGA Entertainment, Inc.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      In my role as Controller, I supervise accounting and finance within MGA.  I am familiar with the invoices that MGA has received and processed from legal service providers, experts, vendors and other third parties in connection with this litigation.

3.      This declaration supplements my declarations of May 5 and May 19, 2011.  In particular, attached to this declaration are additional cost invoices that were recently received and/or inadvertently omitted from the MGA Parties' previous filings in connection with their motion for fees and costs pursuant to the Copyright Act and the Uniform Trade Secret Act (Dkt. Nos. 10539 & 10542).  I am informed and believe that unredacted versions of these cost invoices have been submitted to the Discovery Master pursuant to his June 20, 2011 Report and Recommendation.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of an invoice from Mission Inn for the period of May 13 to May 31, 2008.  The total amount charged on this invoice is $75,541.

5.      Attached hereto as **Exhibit 2** is a true and correct copy of an invoice from Mission Inn for the period of June 1 to June 30, 2008.  The total amount charged on this invoice is $150,913.37.

6.      Attached hereto as **Exhibit 3** is a true and correct copy of an invoice from Mission Inn for the period of July 1 to July 31, 2008.  The total amount charged on this invoice is $111,538.65.

7.      Attached hereto as **Exhibit 4** is a true and correct copy of an invoice from Mission Inn for the period of August 1 to August 8, 2008.  The total amount charged on this invoice is $30,314.42.

- 1 -

8.      Attached hereto as **Exhibit 5** is true and correct copy of an invoice from Mission Inn for the period of August 8 to August 21, 2008.  The total amount charged on this invoice is $68,108.87.

9.      Attached hereto as **Exhibit 6** is a true and correct copy of an invoice from the Hyatt Regency Hotel for the period of December 28, 2010 to January 28, 2011.  The total amount charged on this invoice is $71,981.97.

10.      Attached hereto as **Exhibit 7** is a true and correct copy of an invoice from the Hyatt Regency Hotel for the period of March 28 to April 28, 2011.  The total amount charged on this invoice is $48, 124.36.

11.      Attached hereto as **Exhibit 8** is a true and correct copy of an invoice from Encore Discovery Solutions for April and May, 2011.  The total amount charged on this invoice is $115,339.25.

12.      Attached hereto as **Exhibit 9** is a true and correct copy an invoice from Encore Discovery Solutions for May and June, 2011.  The total amount charged on this invoice is $112.632.63.

13.      Attached hereto as **Exhibit 10** is a true and correct copy of an invoice from Executive Presentations for the period of April 1 to April 30, 2011.  The total amount charged on this invoice is $71,309.70.

14.      Attached hereto as **Exhibit 11** is a true and correct copy of an invoice from Arent Fox for the period of March, 2011.  The total amount charged on this invoice is $55,818.34.

15.      Attached hereto as **Exhibit 12** is a true and correct copy of an invoice from Arent Fox for the period of April, 2011.  The total amount charged on this invoice is $15,198.74.

16.      Attached hereto as **Exhibit 13** is a true and correct copy of an invoice from Arent Fox for the period of July, 2009.  The total amount charged on this invoice is $6,832.96.

17.      Attached hereto as **Exhibit 14** is a true and correct copy of an invoice

from Stroz Friedberg for the period ending October 31, 2010.  The total amount charged on this invoice is $188,163.93.

18.     Attached hereto as **Exhibit 15** is a true and correct copy of an invoice from Stroz Friedberg for the period ending March 31, 2011.  The total amount charged on this invoice is $85.80.

19.     Attached hereto as **Exhibit 16** is a true and correct copy of an invoice from Stroz Friedberg for the period ending March 31, 2011.  The total amount charged on this invoice is $15,049.38.

20.     Attached hereto as **Exhibit 17** is a true and correct copy of an invoice from Stroz Friedberg for the period ending April 30, 2011.  The total amount charged on this invoice is $85.80.

21.     Attached hereto as **Exhibit 18** is a true and correct copy of an invoice from Stroz Friedberg for the period ending April 30, 2011.  The total amount charged on this invoice is $42,015.55.

22.     Attached hereto as **Exhibit 19** is a true and correct copy of an invoice from Stroz Friedberg for the period ending May 31, 2011.  The total amount charged on this invoice is $85.80.

23.     Attached hereto as **Exhibit 20** is a true and correct copy of an invoice from Stroz Friedberg for the period ending May 31, 2011.  The total amount charged on this invoice is $16,798.10.

24.     Attached hereto as **Exhibit 21** is a true and correct copy of an invoice from A&E Court Reporters dated November 5, 2010.  The total amount charged on this invoice is $1,735.45.

25.     Attached hereto as **Exhibit 22** is a true and correct copy of an invoice from A&E Court Reporters dated January 7, 2011.  The total amount charged on this invoice is $1,872.78.

26.     Attached hereto as **Exhibit 23** is a true and correct copy of an invoice from A&E Court Reporters dated February 15, 2011.  The total amount charged on

1   this invoice is $1,216.83.

2          27.     Attached hereto as **Exhibit 24** is a true and correct copy of an invoice

3   from A&E Court Reporters dated February 28, 2011.  The total amount charged on

4   this invoice is $1,607.09.

5          28.     Attached hereto as **Exhibit 25** is a true and correct copy of an invoice

6   from A&E Court Reporters dated March 1, 2011.  The total amount charged on this

7   invoice is $1,219.45.

8          29.     Attached hereto as **Exhibit 26** is a true and correct copy of an invoice

9   from A&E Court Reporters dated March 9, 2011.  The total amount charged on this

10  invoice is $1,346.67.

11         30.     Attached hereto as **Exhibit 27** is a true and correct copy of an invoice

12  from A&E Court Reporters dated March 25, 2011.  The total amount charged on

13  this invoice is $2,001.02.

14         31.     Attached hereto as **Exhibit 28** is a true and correct copy of an invoice

15  from A&E Court Reporters dated April 1, 2011.  The total amount charged on this

16  invoice is $959.57.

17         32.     Attached hereto as **Exhibit 29** is a true and correct copy of an invoice

18  from First Legal San Francisco Legal Support dated March 31, 2011.  The total

19  amount charged on this invoice is $2,761.30.

20         33.     Attached hereto as **Exhibit 30** is a true and correct copy of an invoice

21  from Veritext San Francisco Reporting Co. dated April 15, 2011.  The total amount

22  charged on this invoice is $807.00.

23         34.     Attached hereto as **Exhibit 31** is a true and correct copy of an invoice

24  from Veritext San Francisco Reporting Co. dated April 15, 2011.  The total amount

25  charged on this invoice is $987.50.

26         35.     Attached hereto as **Exhibit 32** is a true and correct copy of an invoice

27  from Veritext San Francisco Reporting Co. dated April 29, 2011.  The total amount

28  charged on this invoice is $1,225.00.

36.     Attached hereto as **Exhibit 33** is a true and correct copy of an invoice from EED dated April 30, 2011.  The total amount charged on this invoice is $1,000.00.

37.     Attached hereto as **Exhibit 34** is a true and correct copy of an invoice from EED dated April 30, 2011.  The total amount charged on this invoice is $1,000.00.

38.     Attached hereto as **Exhibit 35** is a true and correct copy of an invoice from EED dated May 31, 2011.  The total amount charged on this invoice is $1,000.00.

39.     Attached hereto as **Exhibit 36** is a true and correct copy of an invoice from EED dated May 31, 2011.  The total amount charged on this invoice is $1,000.00.

40.     Attached hereto as **Exhibit 37** is a true and correct copy of an invoice from Ocean Tomo dated May 5, 2011.  The total amount charged on this invoice is $151,795.00.

41.     Attached hereto as **Exhibit 38** is a true and correct copy of an invoice from Ocean Tomo dated June 2, 2011.  The total amount charged on this invoice is $9,589.00.

42.     Attached hereto as **Exhibit 39** is a true and correct copy of an invoice from Copier Rental Inc. dated May 4, 2011.  The total amount charged on this invoice is $1,704.00.

43.     Attached hereto as **Exhibit 40** is a true and correct copy of an invoice from Copier Rental Inc. dated June 4, 2011.  The total amount charged on this invoice is $1,704.00.

44.     Attached hereto as **Exhibit 41** is a true and correct copy of an invoice from SABP Reprographics dated May 6, 2011.  The total amount charged on this invoice is $2,995.00.

45.     Attached hereto as **Exhibit 42** is a true and correct copy of an invoice

from SABP Reprographics dated May 17, 2011.  The total amount charged on this invoice is $2,045.48.

46.   Attached hereto as **Exhibit 43** is a true and correct copy of an invoice from SABP Reprographics dated May 17, 2011.  The total amount charged on this invoice is $25,392.72.

47.   Attached hereto as **Exhibit 44** is a true and correct copy of an invoice from SABP Reprographics dated May 23, 2011.  The total amount charged on this invoice is $9,871.16.

48.   Attached hereto as **Exhibit 45** is a true and correct copy of an invoice from SABP Reprographics dated May 23, 2011.  The total amount charged on this invoice is $2,451.05.

49.   Attached hereto as **Exhibit 46** is a true and correct copy of an invoice from International Litigation Services, Inc. dated May 11, 2011.  The total amount charged on this invoice is $8,515.00.

50.   Attached hereto as **Exhibit 47** is a true and correct copy of an invoice from International Litigation Services, Inc. dated June 9, 2011.  The total amount charged on this invoice is $4,170.00.

51.   Attached hereto as **Exhibit 48** is a true and correct copy of an invoice from Orrick, Herrington & Sutcliffe LLP dated June 10, 2011.  The total amount charged on this invoice is $13,952.09.

52.   Attached hereto as **Exhibit 49** is a true and correct copy of an invoice from JAMS, Inc. dated June 14, 2011.  The total amount charged on this invoice is $3,000.

53.   Attached hereto as **Exhibit 50** is a true and correct copy of an invoice from Skadden, Arps, Slate, Meagher & Flom LLP dated June 16, 2011.  The total amount charged on this invoice is $701.50.

1        I declare under penalty of perjury that the foregoing is true and correct

2    and that this Declaration was executed on July 1, 2011 at Van Nuys, California.

3

4        _____

     Stephen Schultz

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND SUPPLEMENTAL SCHULTZ DECLARATION
                                          CV-04-9049 DOC (RNBx)

# DECLARATION OF SERVICE

I declare I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is US Legal, Inc., 800 West First Street, Suite 200B, Los Angeles, California 90012.

On July 1, 2011, I served the following documents:

**SECOND SUPPLEMENTAL DECLARATION OF STEPHEN SCHULTZ IN SUPPORT OF MGA PARTIES' MOTIONS FOR FEES AND COSTS**

☒     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below:

Counsel for Mattel. Inc.
Susan Estrich, Esq.
susanestrich@quinnemanuel.com
Michael T. Zeller, Esq.
michaelzeller@quinnemanuel.com
John B. Quinn, Esq.
johnquinn@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile:  (213) 443-3100

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2011, at Los Angeles, California.

_____       _____
Marvin Duran                                 US Legal, Inc.

OHS West:260690921.1             - 1 -