# EXHIBIT 4

MGA Entertainment
16300 Roscoe Boulevard
Van Nuys, CA 91406

| | |
|---|---|
| Arrival date: | 05-14-08 |
| Departure date: | 08-29-08 |
| No. in party: | 0 / 0 |
| Room No.: | 9001 |
| Account No.: | |
| BookingNo.: | |
| Page No.: | 1 of 17 |
| Invoice .: | |

**INFORMATION INVOICE**                                                                                               08-08-08

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 08-01-08 | Banquet Invoice | 40204 | 906.40 | |
| 08-01-08 | Parking-Valet Overnight | Routed From Uslaner Jonathan Of Room #349 | 10.00 | |
| 08-01-08 | Room-Group | Routed From MGA Storage Room Of Room #132 | 99.00 | |
| 08-01-08 | Occupancy Tax | Routed From MGA Storage Room Of Room #132 | 10.89 | |
| 08-01-08 | Room-Group | Routed From Turnipseed Alissa Of Room #230 | 99.00 | |
| 08-01-08 | Occupancy Tax | Routed From Turnipseed Alissa Of Room #230 | 10.89 | |
| 08-01-08 | Room-Group | Routed From Feirman Jordan Of Room #233 | 99.00 | |
| 08-01-08 | Occupancy Tax | Routed From Feirman Jordan Of Room #233 | 10.89 | |
| 08-01-08 | Room-Group | Routed From Aguiar Lauren Of Room #286 | 189.00 | |
| 08-01-08 | Occupancy Tax | Routed From Aguiar Lauren Of Room #286 | 20.79 | |
| 08-01-08 | Room-Group | Routed From Shorr Aaron Of Room #303 | 99.00 | |
| 08-01-08 | Occupancy Tax | Routed From Shorr Aaron Of Room #303 | 10.89 | |
| 08-01-08 | Room-Group | Routed From Lybrand Steve Of Room #314 | 99.00 | |
| 08-01-08 | Occupancy Tax | Routed From Lybrand Steve Of Room #314 | 10.89 | |
| 08-01-08 | Room-Group | Routed From Rogosa Diana Of Room #316 | 99.00 | |
| 08-01-08 | Occupancy Tax | Routed From Rogosa Diana Of Room #316 | 10.89 | |
| 08-01-08 | Room-Group | Rinker Greg #317=>MGA Entertainment #9001 | 99.00 | |
| 08-01-08 | Occupancy Tax | Rinker Greg #317=>MGA Entertainment #9001 | 10.89 | |
| 08-01-08 | Room-Group | Routed From Herrington Rob Of Room #328 | 99.00 | |
| 08-01-08 | Occupancy Tax | Routed From Herrington Rob Of Room #328 | 10.89 | |
| 08-01-08 | Room-Group | Routed From Harden Susan Of Room #345 | 99.00 | |
| 08-01-08 | Occupancy Tax | Routed From Harden Susan Of Room #345 | 10.89 | |
| 08-01-08 | Room-Group | Routed From Uslaner Jonathan Of Room #349 | 99.00 | |
| 08-01-08 | Occupancy Tax | Routed From Uslaner Jonathan Of Room #349 | 10.89 | |
| 08-01-08 | Room-Group | Routed From Hansen David Of Room #377 | 99.00 | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 4 - Page 310

MGA Entertainment  
16300 Roscoe Boulevard  
Van Nuys, CA 91406

| | |
|---|---|
| Arrival date: | 05-14-08 |
| Departure date: | 08-29-08 |
| No. in party: | 0 / 0 |
| Room No.: | 9001 |
| Account No.: | |
| BookingNo.: | |
| Page No.: | 2 of 17 |
| Invoice .: | 08-08-08 |

**INFORMATION INVOICE**

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 08-01-08 | Occupancy Tax | Routed From Hansen David Of Room #377 | 10.89 | |
| 08-01-08 | Room-Group | Routed From Nolan Tom Of Room #435 | 500.00 | |
| 08-01-08 | Occupancy Tax | Routed From Nolan Tom Of Room #435 | 55.00 | |
| 08-02-08 | Banquet Invoice | 40205 | 842.82 | |
| 08-02-08 | Room-Group | Routed From MGA Storage Room Of Room #132 | 99.00 | |
| 08-02-08 | Occupancy Tax | Routed From MGA Storage Room Of Room #132 | 10.89 | |
| 08-02-08 | Room-Group | Routed From Turnipseed Alissa Of Room #230 | 99.00 | |
| 08-02-08 | Occupancy Tax | Routed From Turnipseed Alissa Of Room #230 | 10.89 | |
| 08-02-08 | Room-Group | Routed From Feirman Jordan Of Room #233 | 99.00 | |
| 08-02-08 | Occupancy Tax | Routed From Feirman Jordan Of Room #233 | 10.89 | |
| 08-02-08 | Room-Group | Routed From Aguiar Lauren Of Room #286 | 189.00 | |
| 08-02-08 | Occupancy Tax | Routed From Aguiar Lauren Of Room #286 | 20.79 | |
| 08-02-08 | Room-Group | Routed From Shorr Aaron Of Room #303 | 99.00 | |
| 08-02-08 | Occupancy Tax | Routed From Shorr Aaron Of Room #303 | 10.89 | |
| 08-02-08 | Room-Group | Routed From Lybrand Steve Of Room #314 | 99.00 | |
| 08-02-08 | Occupancy Tax | Routed From Lybrand Steve Of Room #314 | 10.89 | |
| 08-02-08 | Room-Group | Routed From Rogosa Diana Of Room #316 | 99.00 | |
| 08-02-08 | Occupancy Tax | Routed From Rogosa Diana Of Room #316 | 10.89 | |
| 08-02-08 | Room-Group | Routed From Rinker Greg Of Room #317 | 99.00 | |
| 08-02-08 | Occupancy Tax | Routed From Rinker Greg Of Room #317 | 10.89 | |
| 08-02-08 | Room-Group | Routed From Herrington Rob Of Room #328 | 99.00 | |
| 08-02-08 | Occupancy Tax | Routed From Herrington Rob Of Room #328 | 10.89 | |
| 08-02-08 | Room-Group | Routed From Harden Susan Of Room #345 | 99.00 | |
| 08-02-08 | Occupancy Tax | Routed From Harden Susan Of Room #345 | 10.89 | |
| 08-02-08 | Room-Group | Routed From Uslaner Jonathan Of Room #349 | 99.00 | |
| 08-02-08 | Occupancy Tax | Routed From Uslaner Jonathan Of Room #349 | 10.89 | |
| 08-02-08 | Room-Group | Routed From Hansen David Of Room #377 | 99.00 | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY   Exhibit 4 - Page 311

MGA Entertainment  
16300 Roscoe Boulevard  
Van Nuys, CA 91406

| | |
|---|---|
| Arrival date: | 05-14-08 |
| Departure date: | 08-29-08 |
| No. in party: | 0 / 0 |
| Room No.: | 9001 |
| Account No.: | |
| BookingNo.: | |
| Page No.: | 3 of 17 |
| Invoice .: | |

**INFORMATION INVOICE**  08-08-08

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 08-02-08 | Occupancy Tax | Routed From Hansen David Of Room #377 | 10.89 | |
| 08-02-08 | Room-Group | Routed From Nolan Tom Of Room #433 | 159.00 | |
| 08-02-08 | Occupancy Tax | Routed From Nolan Tom Of Room #433 | 17.49 | |
| 08-03-08 | Comm-Long Distance | 09:12 00:02:00 lost Interface #9500=>MGA Entertainment #9001 | 1.21 | |
| 08-03-08 | Comm-Long Distance | 09:12 00:01:00 lost Interface #9500=>MGA Entertainment #9001 | 0.98 | |
| 08-03-08 | Comm-Long Distance | 09:12 00:01:00 lost Interface #9500=>MGA Entertainment #9001 | 0.98 | |
| 08-03-08 | Comm-Long Distance | 09:12 00:05:00 lost Interface #9500=>MGA Entertainment #9001 | 1.90 | |
| 08-03-08 | Comm-Long Distance | 09:12 00:06:00 lost Interface #9500=>MGA Entertainment #9001 | 2.13 | |
| 08-03-08 | Room Service | Line# 225 : CHECK# 0042933 Holden Craig #225=>MGA Entertainment #9001 | 37.80 | |
| 08-03-08 | Banquet Invoice | DINNER40284 | 683.73 | |
| 08-03-08 | Parking-Valet Overnight | Routed From Shorr Aaron Of Room #303 | 15.00 | |
| 08-03-08 | Parking-Valet Overnight | Routed From Harden Susan Of Room #345 | 15.00 | |
| 08-03-08 | Parking-Valet Overnight | Routed From Uslaner Jonathan Of Room #349 | 15.00 | |
| 08-03-08 | Parking-Valet Overnight | Routed From Lopez Alex Of Room #176 | 15.00 | |
| 08-03-08 | Parking-Valet Overnight | Routed From Roth Carl Of Room #202 | 15.00 | |
| 08-03-08 | Parking-Valet Overnight | Routed From Russell Jason Of Room #220 | 15.00 | |
| 08-03-08 | Parking-Valet Overnight | Routed From Weinsten Ryan Of Room #260 | 15.00 | |
| 08-03-08 | Parking-Valet Overnight | Routed From Sloan Matt Of Room #343 | 15.00 | |
| 08-03-08 | Parking-Valet Overnight | Routed From Holden Craig Of Room #225 | 15.00 | |
| 08-03-08 | Parking-Valet Overnight | Routed From Falk Jerome Of Room #119 | 15.00 | |
| 08-03-08 | Room-Group | Routed From Falk Jerome Of Room #119 | 99.00 | |
| 08-03-08 | Occupancy Tax | Routed From Falk Jerome Of Room #119 | 10.89 | |
| 08-03-08 | Room-Group | Routed From Hammon Patrick Of Room #128 | 99.00 | |
| 08-03-08 | Occupancy Tax | Routed From Hammon Patrick Of Room #128 | 10.89 | |
| 08-03-08 | Room-Group | Routed From MGA Storage Room Of Room #132 | 99.00 | |
| 08-03-08 | Occupancy Tax | Routed From MGA Storage Room Of Room | 10.89 | |

MGA Entertainment
16300 Roscoe Boulevard
Van Nuys, CA 91406

| | |
|---|---|
| Arrival date: | 05-14-08 |
| Departure date: | 08-29-08 |
| No. in party: | 0 / 0 |
| Room No.: | 9001 |
| Account No.: | |
| BookingNo.: | |
| Page No.: | 4 of 17 |
| Invoice .: | |

**INFORMATION INVOICE**  08-08-08

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| | | #132 | | |
| 08-03-08 | Room-Group | Routed From Kennedy Raoul Of Room #158 | 189.00 | |
| 08-03-08 | Occupancy Tax | Routed From Kennedy Raoul Of Room #158 | 20.79 | |
| 08-03-08 | Room-Group | Routed From Lopez Alex Of Room #176 | 99.00 | |
| 08-03-08 | Occupancy Tax | Routed From Lopez Alex Of Room #176 | 10.89 | |
| 08-03-08 | Room-Group | Routed From Roth Carl Of Room #202 | 189.00 | |
| 08-03-08 | Occupancy Tax | Routed From Roth Carl Of Room #202 | 20.79 | |
| 08-03-08 | Room-Group | Routed From Russell Jason Of Room #220 | 99.00 | |
| 08-03-08 | Occupancy Tax | Routed From Russell Jason Of Room #220 | 10.89 | |
| 08-03-08 | Room-Group | Routed From Holden Craig Of Room #225 | 99.00 | |
| 08-03-08 | Occupancy Tax | Routed From Holden Craig Of Room #225 | 10.89 | |
| 08-03-08 | Room-Group | Routed From Turnipseed Alissa Of Room #230 | 99.00 | |
| 08-03-08 | Occupancy Tax | Routed From Turnipseed Alissa Of Room #230 | 10.89 | |
| 08-03-08 | Room-Group | Routed From Feirman Jordan Of Room #233 | 99.00 | |
| 08-03-08 | Occupancy Tax | Routed From Feirman Jordan Of Room #233 | 10.89 | |
| 08-03-08 | Room-Group | Routed From Weinsten Ryan Of Room #260 | 99.00 | |
| 08-03-08 | Occupancy Tax | Routed From Weinsten Ryan Of Room #260 | 10.89 | |
| 08-03-08 | Room-Group | Routed From Aguiar Lauren Of Room #286 | 189.00 | |
| 08-03-08 | Occupancy Tax | Routed From Aguiar Lauren Of Room #286 | 20.79 | |
| 08-03-08 | Room-Group | Routed From Shorr Aaron Of Room #303 | 99.00 | |
| 08-03-08 | Occupancy Tax | Routed From Shorr Aaron Of Room #303 | 10.89 | |
| 08-03-08 | Room-Group | Routed From Lybrand Steve Of Room #314 | 99.00 | |
| 08-03-08 | Occupancy Tax | Routed From Lybrand Steve Of Room #314 | 10.89 | |
| 08-03-08 | Room-Group | Routed From Rogosa Diana Of Room #316 | 99.00 | |
| 08-03-08 | Occupancy Tax | Routed From Rogosa Diana Of Room #316 | 10.89 | |
| 08-03-08 | Room-Group | Routed From Rinker Greg Of Room #317 | 99.00 | |
| 08-03-08 | Occupancy Tax | Routed From Rinker Greg Of Room #317 | 10.89 | |
| 08-03-08 | Room-Group | Routed From Herrington Rob Of Room #328 | 99.00 | |
| 08-03-08 | Occupancy Tax | Docuted From Herrington Rob Of Room #328 | 10.89 | |
| 08-03-08 | Room-Group | Routed From Sloan Matt Of Room #343 | 99.00 | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY   Exhibit 4 - Page 313

MGA Entertainment
16300 Roscoe Boulevard
Van Nuys, CA 91406

| | |
|---|---|
| Arrival date: | 05-14-08 |
| Departure date: | 08-29-08 |
| No. in party: | 0 / 0 |
| Room No.: | 9001 |
| Account No.: | |
| BookingNo.: | |
| Page No.: | 5 of 17 |
| Invoice .: | |

**INFORMATION INVOICE**  08-08-08

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 08-03-08 | Occupancy Tax | Routed From Sloan Matt Of Room #343 | 10.89 | |
| 08-03-08 | Room-Group | Routed From Harden Susan Of Room #345 | 99.00 | |
| 08-03-08 | Occupancy Tax | Routed From Harden Susan Of Room #345 | 10.89 | |
| 08-03-08 | Room-Group | Routed From Uslaner Jonathan Of Room #349 | 99.00 | |
| 08-03-08 | Occupancy Tax | Routed From Uslaner Jonathan Of Room #349 | 10.89 | |
| 08-03-08 | Room-Group | Routed From Hansen David Of Room #377 | 99.00 | |
| 08-03-08 | Occupancy Tax | Routed From Hansen David Of Room #377 | 10.89 | |
| 08-03-08 | Room-Group | Routed From Nolan Tom Of Room #435 | 500.00 | |
| 08-03-08 | Occupancy Tax | Routed From Nolan Tom Of Room #435 | 55.00 | |
| 08-04-08 | Room Service | Line# 225 : CHECK# 0042953 Holden Craig #225=>MGA Entertainment  #9001 | 24.78 | |
| 08-04-08 | Comm-Long Distance | 14:43 00:01:00 lost Interface  #9500=>MGA Entertainment  #9001 | 0.98 | |
| 08-04-08 | Comm-Long Distance | 14:43 00:01:00 lost Interface  #9500=>MGA Entertainment  #9001 | 0.98 | |
| 08-04-08 | Comm-Long Distance | 14:43 00:01:00 lost Interface  #9500=>MGA Entertainment  #9001 | 0.98 | |
| 08-04-08 | Comm-Long Distance | 14:43 00:02:00 lost Interface  #9500=>MGA Entertainment  #9001 | 1.21 | |
| 08-04-08 | Comm-Long Distance | 14:43 00:01:00 lost Interface  #9500=>MGA Entertainment  #9001 | 0.98 | |
| 08-04-08 | Comm-Long Distance | 14:43 00:01:00 lost Interface  #9500=>MGA Entertainment  #9001 | 0.98 | |
| 08-04-08 | Comm-Long Distance | 14:43 00:01:00 lost Interface  #9500=>MGA Entertainment  #9001 | 0.98 | |
| 08-04-08 | Comm-Long Distance | 14:43 00:01:00 lost Interface  #9500=>MGA Entertainment  #9001 | 0.98 | |
| 08-04-08 | Comm-Long Distance | 14:43 00:01:00 lost Interface  #9500=>MGA Entertainment  #9001 | 0.98 | |
| 08-04-08 | Comm-Long Distance | 14:43 00:01:00 lost Interface  #9500=>MGA Entertainment  #9001 | 0.98 | |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**          Exhibit 4 - Page 314

MGA Entertainment  
16300 Roscoe Boulevard  
Van Nuys, CA 91406

| | |
|---|---|
| Arrival date: | 05-14-08 |
| Departure date: | 08-29-08 |
| No. in party: | 0 / 0 |
| Room No.: | 9001 |
| Account No.: | |
| BookingNo.: | |
| Page No.: | 6 of 17 |
| Invoice .: | 08-08-08 |

**INFORMATION INVOICE**

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 08-04-08 | Comm-Long Distance | 14:43 00:02:00 lost Interface #9500=>MGA Entertainment #9001 | 1.21 | |
| 08-04-08 | Comm-Long Distance | 14:43 00:03:00 lost Interface #9500=>MGA Entertainment #9001 | 1.44 | |
| 08-04-08 | Comm-Long Distance | 14:43 00:01:00 lost Interface #9500=>MGA Entertainment #9001 | 0.98 | |
| 08-04-08 | Comm-Long Distance | 14:43 00:01:00 lost Interface #9500=>MGA Entertainment #9001 | 0.98 | |
| 08-04-08 | Comm-Long Distance | 09:46 00:02:00 lost Interface #9500=>MGA Entertainment #9001 | 1.21 | |
| 08-04-08 | Banquet Invoice | 40207 | 1,166.07 | |
| 08-04-08 | Comm-Long Distance | 09:46 00:02:00 lost Interface #9500=>MGA Entertainment #9001 | 1.21 | |
| 08-04-08 | Comm-Long Distance | 09:46 00:02:00 lost Interface #9500=>MGA Entertainment #9001 | 1.21 | |
| 08-04-08 | Banquet Invoice | 40285 | 678.95 | |
| 08-04-08 | Parking-Valet Overnight | Routed From Uslaner Jonathan Of Room #349 | 15.00 | |
| 08-04-08 | Parking-Valet Overnight | Routed From Gronich Daphne Of Room #210 | 15.00 | |
| 08-04-08 | Parking-Valet Overnight | Routed From Lopez Alex Of Room #176 | 15.00 | |
| 08-04-08 | Parking-Valet Overnight | Routed From Roth Carl Of Room #202 | 15.00 | |
| 08-04-08 | Parking-Valet Overnight | Routed From Weinsten Ryan Of Room #260 | 15.00 | |
| 08-04-08 | Parking-Valet Overnight | Routed From Sloan Matt Of Room #343 | 15.00 | |
| 08-04-08 | Parking-Valet Overnight | Routed From Nolan Tom Of Room #435 | 15.00 | |
| 08-04-08 | Parking-Valet Overnight | Routed From Shorr Aaron Of Room #303 | 15.00 | |
| 08-04-08 | Parking-Valet Overnight | Routed From Harden Susan Of Room #345 | 15.00 | |
| 08-04-08 | Parking-Valet Overnight | Routed From Isomoto Becky Of Room #355 | 15.00 | |
| 08-04-08 | Parking-Valet Overnight | Routed From Uslaner Jonathan Of Room #349 | 15.00 | |
| 08-04-08 | Room-Group | Routed From Hammon Patrick Of Room #128 | 99.00 | |
| 08-04-08 | Occupancy Tax | Routed From Hammon Patrick Of Room #128 | 10.89 | |
| 08-04-08 | Room-Group | Routed From Kennedy Raoul Of Room #158 | 189.00 | |
| 08-04-08 | Occupancy Tax | Routed From Kennedy Raoul Of Room #158 | 20.79 | |
| 08-04-08 | Room-Group | Routed From Lopez Alex Of Room #176 | 99.00 | |
| 08-04-08 | Occupancy Tax | Routed From Lopez Alex Of Room #176 | 10.89 | |

MGA Entertainment
16300 Roscoe Boulevard
Van Nuys, CA 91406

| | |
|---|---|
| Arrival date: | 05-14-08 |
| Departure date: | 08-29-08 |
| No. in party: | 0 / 0 |
| Room No.: | 9001 |
| Account No.: | |
| BookingNo.: | |
| Page No.: | 7 of 17 |
| Invoice .: | |

**INFORMATION INVOICE**                                                                                                              08-08-08

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 08-04-08 | Room-Group | Routed From Roth Carl Of Room #202 | 189.00 | |
| 08-04-08 | Occupancy Tax | Routed From Roth Carl Of Room #202 | 20.79 | |
| 08-04-08 | Room-Group | Routed From Gronich Daphne Of Room #210 | 99.00 | |
| 08-04-08 | Occupancy Tax | Routed From Gronich Daphne Of Room #210 | 10.89 | |
| 08-04-08 | Room-Group | Routed From Holden Craig Of Room #225 | 129.00 | |
| 08-04-08 | Occupancy Tax | Routed From Holden Craig Of Room #225 | 14.19 | |
| 08-04-08 | Room-Group | Routed From Turnipseed Alissa Of Room #230 | 99.00 | |
| 08-04-08 | Occupancy Tax | Routed From Turnipseed Alissa Of Room #230 | 10.89 | |
| 08-04-08 | Room-Group | Routed From Feirman Jordan Of Room #233 | 99.00 | |
| 08-04-08 | Occupancy Tax | Routed From Feirman Jordan Of Room #233 | 10.89 | |
| 08-04-08 | Room-Group | Routed From Franco Max Of Room #257 | 99.00 | |
| 08-04-08 | Occupancy Tax | Routed From Franco Max Of Room #257 | 10.89 | |
| 08-04-08 | Room-Group | Routed From Weinsten Ryan Of Room #260 | 99.00 | |
| 08-04-08 | Occupancy Tax | Routed From Weinsten Ryan Of Room #260 | 10.89 | |
| 08-04-08 | Room-Group | Routed From Aguiar Lauren Of Room #286 | 189.00 | |
| 08-04-08 | Occupancy Tax | Routed From Aguiar Lauren Of Room #286 | 20.79 | |
| 08-04-08 | Room-Group | Routed From Shorr Aaron Of Room #303 | 99.00 | |
| 08-04-08 | Occupancy Tax | Routed From Shorr Aaron Of Room #303 | 10.89 | |
| 08-04-08 | Room-Group | Routed From Lybrand Steve Of Room #314 | 99.00 | |
| 08-04-08 | Occupancy Tax | Routed From Lybrand Steve Of Room #314 | 10.89 | |
| 08-04-08 | Room-Group | Routed From Rogosa Diana Of Room #316 | 99.00 | |
| 08-04-08 | Occupancy Tax | Routed From Rogosa Diana Of Room #316 | 10.89 | |
| 08-04-08 | Room-Group | Routed From Rinker Greg Of Room #317 | 99.00 | |
| 08-04-08 | Occupancy Tax | Routed From Rinker Greg Of Room #317 | 10.89 | |
| 08-04-08 | Room-Group | Routed From Herrington Rob Of Room #328 | 99.00 | |
| 08-04-08 | Occupancy Tax | Routed From Herrington Rob Of Room #328 | 10.89 | |
| 08-04-08 | Room-Group | Routed From Sloan Matt Of Room #343 | 99.00 | |
| 08-04-08 | Occupancy Tax | Routed From Sloan Matt Of Room #343 | 10.89 | |
| 08-04-08 | Room-Group | Docuted From Harden Susan Of Room #345 | 99.00 | |
| 08-04-08 | Occupancy Tax | Routed From Harden Susan Of Room #345 | 10.89 | |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                                                       Exhibit 4 - Page 316

MGA Entertainment
16300 Roscoe Boulevard
Van Nuys, CA 91406

| | |
|---|---|
| Arrival date: | 05-14-08 |
| Departure date: | 08-29-08 |
| No. in party: | 0 / 0 |
| Room No.: | 9001 |
| Account No.: | |
| BookingNo.: | |
| Page No.: | 8 of 17 |
| Invoice .: | |

**INFORMATION INVOICE**                                                                                           08-08-08

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 08-04-08 | Room-Group | Routed From Uslaner Jonathan Of Room #349 | 99.00 | |
| 08-04-08 | Occupancy Tax | Routed From Uslaner Jonathan Of Room #349 | 10.89 | |
| 08-04-08 | Room-Group | Routed From Isomoto Becky Of Room #355 | 99.00 | |
| 08-04-08 | Occupancy Tax | Routed From Isomoto Becky Of Room #355 | 10.89 | |
| 08-04-08 | Room-Group | Routed From Hansen David Of Room #377 | 99.00 | |
| 08-04-08 | Occupancy Tax | Routed From Hansen David Of Room #377 | 10.89 | |
| 08-04-08 | Room-Group | Routed From Nolan Tom Of Room #435 | 500.00 | |
| 08-04-08 | Occupancy Tax | Routed From Nolan Tom Of Room #435 | 55.00 | |
| 08-05-08 | Room Service | Line# 225 : CHECK# 0042991 Holden Craig #225=>MGA Entertainment  #9001 | 18.27 | |
| 08-05-08 | Comm-Long Distance | 10:16 00:03:00 lost Interface  #9500=>MGA Entertainment  #9001 | 1.44 | |
| 08-05-08 | Comm-Long Distance | 10:16 00:02:00 lost Interface  #9500=>MGA Entertainment  #9001 | 1.21 | |
| 08-05-08 | Comm-Long Distance | 10:16 00:04:00 lost Interface  #9500=>MGA Entertainment  #9001 | 1.67 | |
| 08-05-08 | Comm-Long Distance | 10:16 00:01:00 lost Interface  #9500=>MGA Entertainment  #9001 | 0.98 | |
| 08-05-08 | Banquet Invoice | 40208 | 842.82 | |
| 08-05-08 | Comm-Long Distance | 10:16 00:02:00 lost Interface  #9500=>MGA Entertainment  #9001 | 1.21 | |
| 08-05-08 | Comm-Long Distance | 10:16 00:01:00 lost Interface  #9500=>MGA Entertainment  #9001 | 0.98 | |
| 08-05-08 | Banquet Invoice | dinner40286 | 678.95 | |
| 08-05-08 | Parking-Valet Overnight | Mumford Marcus #150=>MGA Entertainment  #9001 | 15.00 | |
| 08-05-08 | Parking-Valet Overnight | Lopez Alex #176=>MGA Entertainment #9001 | 15.00 | |
| 08-05-08 | Parking-Valet Overnight | Holden Craig #225=>MGA Entertainment #9001 | 15.00 | |
| 08-05-08 | Room-Group | Routed From Hammon Patrick Of Room #128 | 99.00 | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          Exhibit 4 - Page 317

MGA Entertainment
16300 Roscoe Boulevard
Van Nuys, CA 91406

| | |
|---|---|
| Arrival date: | 05-14-08 |
| Departure date: | 08-29-08 |
| No. in party: | 0 / 0 |
| Room No.: | 9001 |
| Account No.: | |
| BookingNo.: | |
| Page No.: | 9 of 17 |
| Invoice .: | |

**INFORMATION INVOICE**  08-08-08

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 08-05-08 | Occupancy Tax | Routed From Hammon Patrick Of Room #128 | 10.89 | |
| 08-05-08 | Room-Group | Routed From Lanstra Allen Of Room #146 | 99.00 | |
| 08-05-08 | Occupancy Tax | Routed From Lanstra Allen Of Room #146 | 10.89 | |
| 08-05-08 | Room-Group | Routed From Mumford Marcus Of Room #150 | 99.00 | |
| 08-05-08 | Occupancy Tax | Routed From Mumford Marcus Of Room #150 | 10.89 | |
| 08-05-08 | Room-Group | Routed From Kennedy Raoul Of Room #158 | 189.00 | |
| 08-05-08 | Occupancy Tax | Routed From Kennedy Raoul Of Room #158 | 20.79 | |
| 08-05-08 | Room-Group | Routed From Lopez Alex Of Room #176 | 99.00 | |
| 08-05-08 | Occupancy Tax | Routed From Lopez Alex Of Room #176 | 10.89 | |
| 08-05-08 | Room-Group | Routed From Roth Carl Of Room #202 | 189.00 | |
| 08-05-08 | Occupancy Tax | Routed From Roth Carl Of Room #202 | 20.79 | |
| 08-05-08 | Room-Group | Routed From Holden Craig Of Room #225 | 129.00 | |
| 08-05-08 | Occupancy Tax | Routed From Holden Craig Of Room #225 | 14.19 | |
| 08-05-08 | Room-Group | Routed From Turnipseed Alissa Of Room #230 | 99.00 | |
| 08-05-08 | Occupancy Tax | Routed From Turnipseed Alissa Of Room #230 | 10.89 | |
| 08-05-08 | Room-Group | Routed From Feirman Jordan Of Room #233 | 99.00 | |
| 08-05-08 | Occupancy Tax | Routed From Feirman Jordan Of Room #233 | 10.89 | |
| 08-05-08 | Room-Group | Routed From Franco Max Of Room #257 | 99.00 | |
| 08-05-08 | Occupancy Tax | Routed From Franco Max Of Room #257 | 10.89 | |
| 08-05-08 | Room-Group | Routed From Weinsten Ryan Of Room #260 | 99.00 | |
| 08-05-08 | Occupancy Tax | Routed From Weinsten Ryan Of Room #260 | 10.89 | |
| 08-05-08 | Room-Group | Routed From Aguiar Lauren Of Room #286 | 189.00 | |
| 08-05-08 | Occupancy Tax | Routed From Aguiar Lauren Of Room #286 | 20.79 | |
| 08-05-08 | Room-Group | Routed From Shorr Aaron Of Room #303 | 99.00 | |
| 08-05-08 | Occupancy Tax | Routed From Shorr Aaron Of Room #303 | 10.89 | |
| 08-05-08 | Room-Group | Routed From Lybrand Steve Of Room #314 | 99.00 | |
| 08-05-08 | Occupancy Tax | Routed From Lybrand Steve Of Room #314 | 10.89 | |
| 08-05-08 | Room-Group | Routed From Rogosa Diana Of Room #316 | 99.00 | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 4 - Page 318

MGA Entertainment
16300 Roscoe Boulevard
Van Nuys, CA 91406

| | |
|---|---|
| Arrival date: | 05-14-08 |
| Departure date: | 08-29-08 |
| No. in party: | 0 / 0 |
| Room No.: | 9001 |
| Account No.: | |
| BookingNo.: | |
| Page No.: | 10 of 17 |
| Invoice .: | |

**INFORMATION INVOICE**  08-08-08

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 08-05-08 | Occupancy Tax | Routed From Rogosa Diana Of Room #316 | 10.89 | |
| 08-05-08 | Room-Group | Routed From Rinker Greg Of Room #317 | 99.00 | |
| 08-05-08 | Occupancy Tax | Routed From Rinker Greg Of Room #317 | 10.89 | |
| 08-05-08 | Room-Group | Routed From Herrington Rob Of Room #328 | 99.00 | |
| 08-05-08 | Occupancy Tax | Routed From Herrington Rob Of Room #328 | 10.89 | |
| 08-05-08 | Room-Group | Routed From Sloan Matt Of Room #343 | 99.00 | |
| 08-05-08 | Occupancy Tax | Routed From Sloan Matt Of Room #343 | 10.89 | |
| 08-05-08 | Room-Group | Routed From Harden Susan Of Room #345 | 99.00 | |
| 08-05-08 | Occupancy Tax | Routed From Harden Susan Of Room #345 | 10.89 | |
| 08-05-08 | Room-Group | Routed From Uslaner Jonathan Of Room #349 | 99.00 | |
| 08-05-08 | Occupancy Tax | Routed From Uslaner Jonathan Of Room #349 | 10.89 | |
| 08-05-08 | Room-Group | Routed From Isomoto Becky Of Room #355 | 99.00 | |
| 08-05-08 | Occupancy Tax | Routed From Isomoto Becky Of Room #355 | 10.89 | |
| 08-05-08 | Room-Group | Routed From Hansen David Of Room #377 | 99.00 | |
| 08-05-08 | Occupancy Tax | Routed From Hansen David Of Room #377 | 10.89 | |
| 08-05-08 | Room-Group | Routed From Nolan Tom Of Room #435 | 500.00 | |
| 08-05-08 | Occupancy Tax | Routed From Nolan Tom Of Room #435 | 55.00 | |
| 08-06-08 | Comm-Long Distance | 10:16 00:01:00 lost Interface #9500=>MGA Entertainment #9001 | 0.98 | |
| 08-06-08 | Banquet Invoice | 40209 | 906.40 | |
| 08-06-08 | Comm-Long Distance | 11:19 00:01:00 lost Interface #9500=>MGA Entertainment #9001 | 0.98 | |
| 08-06-08 | Comm-Long Distance | 11:19 00:01:00 lost Interface #9500=>MGA Entertainment #9001 | 0.98 | |
| 08-06-08 | American Express | XXXXXXXXXX6006          XX/XX | | 60,000.00 |
| 08-06-08 | Parking-Self Overnight | Routed From Franco Max Of Room #257 | 5.00 | |
| 08-06-08 | Comm-Long Distance | 10:18 00:04:00 lost Interface #9500=>MGA Entertainment #9001 | 1.67 | |
| 08-06-08 | Comm-Local Calls | 18:16 00:02:00 Routed From Holden Craig Of Room #225 | 0.75 | |
| 08-06-08 | Comm-Long Distance | 10:18 00:03:00 lost Interface #9500=>MGA | 1.44 | |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**            Exhibit 4 - Page 319

MGA Entertainment
16300 Roscoe Boulevard
Van Nuys, CA 91406

| | |
|---|---|
| Arrival date: | 05-14-08 |
| Departure date: | 08-29-08 |
| No. in party: | 0 / 0 |
| Room No.: | 9001 |
| Account No.: | |
| BookingNo.: | |
| Page No.: | **11 of 17** |
| Invoice .: | |

**INFORMATION INVOICE**                                                                                      08-08-08

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| | | Entertainment #9001 | | |
| 08-06-08 | Comm-Long Distance | 10:18 00:04:00 lost Interface #9500=>MGA Entertainment #9001 | 1.67 | |
| 08-06-08 | Comm-Long Distance | 10:18 00:01:00 lost Interface #9500=>MGA Entertainment #9001 | 0.98 | |
| 08-06-08 | Banquet Invoice | dinner | 688.49 | |
| 08-06-08 | Comm-Long Distance | 10:18 00:09:00 lost Interface #9500=>MGA Entertainment #9001 | 9.53 | |
| 08-06-08 | Comm-Long Distance | 10:18 00:02:00 lost Interface #9500=>MGA Entertainment #9001 | 1.21 | |
| 08-06-08 | Parking-Valet Overnight | Routed From Isomoto Becky Of Room #355 | 10.00 | |
| 08-06-08 | Parking-Valet Overnight | Routed From Harden Susan Of Room #345 | 10.00 | |
| 08-06-08 | Parking-Valet Overnight | Routed From Shorr Aaron Of Room #303 | 10.00 | |
| 08-06-08 | Parking-Valet Overnight | Routed From Sloan Matt Of Room #343 | 10.00 | |
| 08-06-08 | Parking-Valet Overnight | Routed From Lanstra Allen Of Room #146 | 10.00 | |
| 08-06-08 | Parking-Valet Overnight | Routed From Weinsten Ryan Of Room #260 | 10.00 | |
| 08-06-08 | Parking-Valet Overnight | Routed From Roth Carl Of Room #202 | 10.00 | |
| 08-06-08 | Parking-Valet Overnight | Routed From Lopez Alex Of Room #176 | 10.00 | |
| 08-06-08 | Parking-Valet Overnight | Routed From McFarland Larry Of Room #108 | 10.00 | |
| 08-06-08 | Parking-Valet Overnight | Routed From Mumford Marcus Of Room #150 | 10.00 | |
| 08-06-08 | Parking-Valet Overnight | Routed From Uslaner Jonathan Of Room #349 | 10.00 | |
| 08-06-08 | Room-Group | Routed From McFarland Larry Of Room #108 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From McFarland Larry Of Room #108 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Hammon Patrick Of Room #128 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Hammon Patrick Of Room #128 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Leahy Margaret Of Room #143 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Leahy Margaret Of Room #143 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Lanstra Allen Of Room #146 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Lanstra Allen Of Room #146 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Mumford Marcus Of Room | 99.00 | |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                         **Exhibit 4 - Page 320**

MGA Entertainment
16300 Roscoe Boulevard
Van Nuys, CA 91406

| | |
|---|---|
| Arrival date: | 05-14-08 |
| Departure date: | 08-29-08 |
| No. in party: | 0 / 0 |
| Room No.: | 9001 |
| Account No.: | |
| BookingNo.: | |
| Page No.: | 12 of 17 |
| Invoice .: | |

**INFORMATION INVOICE**                                                                                   08-08-08

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| | | #150 | | |
| 08-06-08 | Occupancy Tax | Routed From Mumford Marcus Of Room #150 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Kennedy Raoul Of Room #158 | 189.00 | |
| 08-06-08 | Occupancy Tax | Routed From Kennedy Raoul Of Room #158 | 20.79 | |
| 08-06-08 | Room-Group | Routed From Garcia Paula Of Room #160 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Garcia Paula Of Room #160 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Lopez Alex Of Room #176 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Lopez Alex Of Room #176 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Jain Deepak Of Room #178 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Jain Deepak Of Room #178 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Roth Carl Of Room #202 | 189.00 | |
| 08-06-08 | Occupancy Tax | Routed From Roth Carl Of Room #202 | 20.79 | |
| 08-06-08 | Room-Group | Routed From Holden Craig Of Room #225 | 129.00 | |
| 08-06-08 | Occupancy Tax | Routed From Holden Craig Of Room #225 | 14.19 | |
| 08-06-08 | Room-Group | Routed From Turnipseed Alissa Of Room #230 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Turnipseed Alissa Of Room #230 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Feirman Jordan Of Room #233 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Feirman Jordan Of Room #233 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Franco Max Of Room #257 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Franco Max Of Room #257 | 10.89 | |
| 08-06-08 | Parking-Self Overnight | Routed From Franco Max Of Room #257 | 5.00 | |
| 08-06-08 | Room-Group | Routed From Weinsten Ryan Of Room #260 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Weinsten Ryan Of Room #260 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Aguiar Lauren Of Room #286 | 189.00 | |
| 08-06-08 | Occupancy Tax | Routed From Aguiar Lauren Of Room #286 | 20.79 | |
| 08-06-08 | Room-Group | Routed From Shorr Aaron Of Room #303 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Shorr Aaron Of Room #303 | 10.89 | |
| 08-06-08 | Room-Group | Douted From Lybrand Steve Of Room #314 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Lybrand Steve Of Room #314 | 10.89 | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                       Exhibit 4 - Page 321

MGA Entertainment
16300 Roscoe Boulevard
Van Nuys, CA 91406

| | |
|---|---|
| Arrival date: | 05-14-08 |
| Departure date: | 08-29-08 |
| No. in party: | 0 / 0 |
| Room No.: | 9001 |
| Account No.: | |
| BookingNo.: | |
| Page No.: | 13 of 17 |
| Invoice .: | |

**INFORMATION INVOICE**                                                                                      08-08-08

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 08-06-08 | Room-Group | Routed From Rogosa Diana Of Room #316 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Rogosa Diana Of Room #316 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Rinker Greg Of Room #317 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Rinker Greg Of Room #317 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Herrington Rob Of Room #328 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Herrington Rob Of Room #328 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Sloan Matt Of Room #343 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Sloan Matt Of Room #343 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Harden Susan Of Room #345 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Harden Susan Of Room #345 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Uslaner Jonathan Of Room #349 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Uslaner Jonathan Of Room #349 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Isomoto Becky Of Room #355 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Isomoto Becky Of Room #355 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Hansen David Of Room #377 | 99.00 | |
| 08-06-08 | Occupancy Tax | Routed From Hansen David Of Room #377 | 10.89 | |
| 08-06-08 | Room-Group | Routed From Nolan Tom Of Room #435 | 500.00 | |
| 08-06-08 | Occupancy Tax | Routed From Nolan Tom Of Room #435 | 55.00 | |
| 08-07-08 | Comm-Long Distance | 10:18 00:07:00 lost Interface #9500=>MGA Entertainment #9001 | 2.36 | |
| 08-07-08 | Comm-Long Distance | 14:51 00:03:00 lost Interface #9500=>MGA Entertainment #9001 | 1.44 | |
| 08-07-08 | Banquet Invoice | 40289 | 842.82 | |
| 08-07-08 | Comm-Long Distance | 11:25 00:01:00 lost Interface #9500=>MGA Entertainment #9001 | 0.98 | |
| 08-07-08 | Comm-Long Distance | 11:25 00:02:00 lost Interface #9500=>MGA Entertainment #9001 | 1.21 | |
| 08-07-08 | Comm-Long Distance | 11:25 00:01:00 lost Interface #9500=>MGA Entertainment #9001 | 0.98 | |
| 08-07-08 | Comm-Long Distance | 11:25 00:01:00 lost Interface #9500=>MGA Entertainment #9001 | 0.98 | |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                    **Exhibit 4 - Page 322**

MGA Entertainment  
16300 Roscoe Boulevard  
Van Nuys, CA 91406

| | |
|---|---|
| Arrival date: | 05-14-08 |
| Departure date: | 08-29-08 |
| No. in party: | 0 / 0 |
| Room No.: | 9001 |
| Account No.: | |
| BookingNo.: | |
| Page No.: | **14 of 17** |
| Invoice .: | |

**INFORMATION INVOICE**  08-08-08

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 08-07-08 | Comm-Long Distance | 11:25 00:01:00 lost Interface #9500=>MGA Entertainment #9001 | 0.98 | |
| 08-07-08 | Comm-Long Distance | 11:25 00:01:00 lost Interface #9500=>MGA Entertainment #9001 | 0.98 | |
| 08-07-08 | Banquet Invoice | 40288 | 674.19 | |
| 08-07-08 | Parking-Valet Overnight | Routed From Holden Craig Of Room #225 | 10.00 | |
| 08-07-08 | Parking-Valet Overnight | Mumford Marcus #150=>MGA Entertainment #9001 | 10.00 | |
| 08-07-08 | Parking-Valet Overnight | Routed From Uslaner Jonathan Of Room #349 | 10.00 | |
| 08-07-08 | Parking-Valet Overnight | Routed From Isomoto Becky Of Room #355 | 10.00 | |
| 08-07-08 | Parking-Valet Overnight | Routed From Harden Susan Of Room #345 | 10.00 | |
| 08-07-08 | Parking-Valet Overnight | Routed From Shorr Aaron Of Room #303 | 10.00 | |
| 08-07-08 | Parking-Valet Overnight | Routed From Nolan Tom Of Room #435 | 10.00 | |
| 08-07-08 | Parking-Valet Overnight | Routed From Sloan Matt Of Room #343 | 10.00 | |
| 08-07-08 | Parking-Valet Overnight | Routed From Weinsten Ryan Of Room #260 | 10.00 | |
| 08-07-08 | Parking-Valet Overnight | Routed From Roth Carl Of Room #202 | 10.00 | |
| 08-07-08 | Parking-Valet Overnight | Routed From Lopez Alex Of Room #176 | 10.00 | |
| 08-07-08 | Parking-Valet Overnight | Routed From McFarland Larry Of Room #108 | 10.00 | |
| 08-07-08 | Parking-Valet Overnight | Routed From Mumford Marcus Of Room #150 | 10.00 | |
| 08-07-08 | Parking-Valet Overnight | Routed From Garcia Paula Of Room #160 | 10.00 | |
| 08-07-08 | Room-Group | Routed From McFarland Larry Of Room #108 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From McFarland Larry Of Room #108 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Hammon Patrick Of Room #128 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From Hammon Patrick Of Room #128 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Leahy Margaret Of Room #143 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From Leahy Margaret Of Room #143 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Lanstra Allen Of Room #146 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From Lanstra Allen Of Room #146 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Mumford Marcus Of Room #150 | 99.00 | |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit 4 - Page 323

MGA Entertainment
16300 Roscoe Boulevard
Van Nuys, CA 91406

| | |
|---|---|
| Arrival date: | 05-14-08 |
| Departure date: | 08-29-08 |
| No. in party: | 0 / 0 |
| Room No.: | 9001 |
| Account No.: | |
| BookingNo.: | |
| Page No.: | 15 of 17 |
| Invoice .: | |

**INFORMATION INVOICE**                                                                                             08-08-08

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 08-07-08 | Occupancy Tax | Routed From Mumford Marcus Of Room #150 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Kennedy Raoul Of Room #158 | 189.00 | |
| 08-07-08 | Occupancy Tax | Routed From Kennedy Raoul Of Room #158 | 20.79 | |
| 08-07-08 | Room-Group | Routed From Garcia Paula Of Room #160 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From Garcia Paula Of Room #160 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Lopez Alex Of Room #176 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From Lopez Alex Of Room #176 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Roth Carl Of Room #202 | 189.00 | |
| 08-07-08 | Occupancy Tax | Routed From Roth Carl Of Room #202 | 20.79 | |
| 08-07-08 | Room-Group | Routed From Holden Craig Of Room #225 | 129.00 | |
| 08-07-08 | Occupancy Tax | Routed From Holden Craig Of Room #225 | 14.19 | |
| 08-07-08 | Room-Group | Routed From Turnipseed Alissa Of Room #230 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From Turnipseed Alissa Of Room #230 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Feirman Jordan Of Room #233 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From Feirman Jordan Of Room #233 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Franco Max Of Room #257 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From Franco Max Of Room #257 | 10.89 | |
| 08-07-08 | Parking-Self Overnight | Routed From Franco Max Of Room #257 | 5.00 | |
| 08-07-08 | Room-Group | Routed From Weinsten Ryan Of Room #260 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From Weinsten Ryan Of Room #260 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Aguiar Lauren Of Room #286 | 189.00 | |
| 08-07-08 | Occupancy Tax | Routed From Aguiar Lauren Of Room #286 | 20.79 | |
| 08-07-08 | Room-Group | Routed From Shorr Aaron Of Room #303 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From Shorr Aaron Of Room #303 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Lybrand Steve Of Room #314 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From Lybrand Steve Of Room #314 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Rogosa Diana Of Room #316 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From Rogosa Diana Of Room #316 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Rinker Greg Of Room #317 | 99.00 | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 4 - Page 324

MGA Entertainment
16300 Roscoe Boulevard
Van Nuys, CA 91406

| | |
|---|---|
| Arrival date: | 05-14-08 |
| Departure date: | 08-29-08 |
| No. in party: | 0 / 0 |
| Room No.: | 9001 |
| Account No.: | |
| BookingNo.: | |
| Page No.: | **16 of 17** |
| Invoice .: | |

**INFORMATION INVOICE**                                                                                   08-08-08

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 08-07-08 | Occupancy Tax | Routed From Rinker Greg Of Room #317 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Herrington Rob Of Room #328 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From Herrington Rob Of Room #328 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Sloan Matt Of Room #343 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From Sloan Matt Of Room #343 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Harden Susan Of Room #345 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From Harden Susan Of Room #345 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Uslaner Jonathan Of Room #349 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From Uslaner Jonathan Of Room #349 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Isomoto Becky Of Room #355 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From Isomoto Becky Of Room #355 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Hansen David Of Room #377 | 99.00 | |
| 08-07-08 | Occupancy Tax | Routed From Hansen David Of Room #377 | 10.89 | |
| 08-07-08 | Room-Group | Routed From Nolan Tom Of Room #435 | 500.00 | |
| 08-07-08 | Occupancy Tax | Routed From Nolan Tom Of Room #435 | 55.00 | |
| 08-08-08 | Comm-Long Distance | 11:25 00:04:00 lost Interface #9500=>MGA Entertainment #9001 | 5.35 | |
| 08-08-08 | Comm-Long Distance | 11:25 00:01:00 lost Interface #9500=>MGA Entertainment #9001 | 0.98 | |
| 08-08-08 | Comm-Long Distance | 11:25 00:04:00 lost Interface #9500=>MGA Entertainment #9001 | 1.67 | |
| 08-08-08 | Comm-Long Distance | 11:25 00:02:00 lost Interface #9500=>MGA Entertainment #9001 | 1.21 | |
| 08-08-08 | Comm-Long Distance | 11:25 00:01:00 lost Interface #9500=>MGA Entertainment #9001 | 0.98 | |
| 08-08-08 | Comm-Long Distance | 11:25 00:01:00 lost Interface #9500=>MGA Entertainment #9001 | 0.98 | |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit 4 - Page 325

MGA Entertainment
16300 Roscoe Boulevard
Van Nuys, CA 91406

| | |
|---|---|
| Arrival date: | 05-14-08 |
| Departure date: | 08-29-08 |
| No. in party: | 0 / 0 |
| Room No.: | 9001 |
| Account No.: | |
| BookingNo.: | |
| Page No.: | **17 of 17** |
| Invoice .: | |

**INFORMATION INVOICE**                                                                                       08-08-08

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| | | **Total** | 30,314.42 | 60,000.00 |
| | | **Balance** | -29,685.58 | |

Cashier:  35

I agree to be held personally liable in the event that
the indicated person, company or association fails to pay all or
part of these charges.

Signature _____

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                        **Exhibit 4 - Page 326**