# EXHIBIT 8



Your Service Center

# INVOICE

| | |
|---|---|
| Invoice #: | 87752 |
| Invoice Date | 4/30/2011 |
| Terms | Net 30 |
| Due Date | 5/30/2011 |
| Amt Due | $115339.25 |

Tax ID # 20-0392563

Your complete satisfaction is very important to us. If you have any questions or concerns with your order, please contact either your Sales Consultant or Project Manager at your earliest convenience so that we may resolve the matter quickly.

| Bill To | Ship To |
|---|---|
| Jeanine Pisoni, Esq.<br>MGA Entertainment<br>16360 Roscoe Blvd<br>Suite 105<br>Van Nuys CA 91406 | Ms. Rosa Colorado<br>MGA Entertainment<br>16360 Roscoe Blvd.<br>Suite 105<br>Van Nuys CA 91406 |

| Requested By | Client Matter# | Client Case Name | Shipped | Ship Via |
|---|---|---|---|---|
| Jeanine Pisoni Esq | MGA v Mattel | MGA v. Mattel | 5/31/2011 | Local |
| **Sales Consultant** | **Project Manager** | **Tracking Numbers** | | |
| House Account (LA) | Rastello, Kenneth | | | |

| Product or Service | Detailed Description | Qty Billed | Price | Units | Amount | Tax Code |
|---|---|---|---|---|---|---|
| Recurring Monthly Fees --Relativity Logins -- April | James Rosen (Added 04/07/2011)<br>Ryan Saba (Added 04/07/2011)<br>William Gwire (Added 04/07/2011) | 3 | 99.00 | Item | 297.00 | -Not Taxable- |
| Recurring Monthly Fees --Relativity Logins -- May | | 126 | 99.00 | Item | 12,474.00 | -Not Taxable-<br>-Not Taxable- |
| Recurring Monthly Fees--Relativity Database Hosting -- May | Database Name: Documents Produced (MGA Mattel 3rd Party) / MGA Documents Collected | 6604.175 | 15.00 | GB | 99,062.63 | -Not Taxable- |
| Recurring Monthly Fees--Relativity Database Hosting -- April - Partial Month Hosting (50%) | | 1.4777 | 7.50 | GB | 11.08 | -Not Taxable-<br>-Not Taxable- |
| Data Loading into Relativity Database | | 14.6846 | 125.00 | hr | 1,835.58 | -Not Taxable-<br>-Not Taxable- |
| Data Loading -- Relativity Non-Volume Data Overlay | WO#: CO00426-CA0008-P001-W00770<br> Date: 4/1/2011; Invoice Description: overlay existing exhibits<br><br> WO#: CO00426-CA0008-P001-W00776<br> Date: 4/2/2011; Invoice Description: update existing exhibits<br><br> WO#: CO00426-CA0008-P001-W00781<br> Date: 4/5/2011; Invoice Description: overlay the existing exhibits: ImageKey Phase 2 Trial_Ex_Num ProdIK01037766 24830 ProdIK01037767 24831<br><br> WO#: CO00426-CA0008-P001-W00787<br> Date: 4/7/2011; Invoice Description: update New Bates Start/New Bates End<br><br> WO#: CO00426-CA0008-P001-W00788<br> Date: 4/8/2011; Invoice Description: update existing exhibits | .75 | 125.00 | hr | 93.75 | -Not Taxable- |

Page 1 of 3

| Product or Service | Detailed Description | Qty Billed | Price | Units | Amount | Tax Code |
|---|---|---|---|---|---|---|
| Data Loading--Relativity - Data Overlay | Date: 4/9/2011; Batch Name: MATTEX057_PH11098232152; WO#: CO00426-CA0008-P001-W00790; Invoice Description: update existing exhibit | .5 | 125.00 | hr | 62.50 | -Not Taxable- |
| Hosted Database Maintenance--Relativity - User Security Modification | CO00426-CA0008-P001-W00772; 4/1/2011 | .5 | 125.00 | hr | 62.50 | -Not Taxable- -Not Taxable- |
| Hosted Database Setup --Relativity User Setup | WO#: CO00426-CA0008-P001-W00783  Date: 4/7/2011; User Name: James Rosen;  Date: 4/7/2011; User Name: Ryan Saba;  Date: 4/7/2011; User Name: William Gwire; | 3 | 100.00 | Item | 300.00 | -Not Taxable- -Not Taxable- |
| OCR - Optical Character Recognition | CO00426-CA0008-P001-W00733 CO00426-CA0008-P001-W00744 CO00426-CA0008-P001-W00761 CO00426-CA0008-P001-W00770 CO00426-CA0008-P001-W00771 CO00426-CA0008-P001-W00773 CO00426-CA0008-P001-W00775 CO00426-CA0008-P001-W00778 CO00426-CA0008-P001-W00782 CO00426-CA0008-P001-W00784 CO00426-CA0008-P001-W00788 | 4862 | 0.03 | Pg. | 145.86 | -Not Taxable- -Not Taxable- |
| Tiff Conversion--PDF to TIFF (Images Only) | WO#: CO00426-CA0008-P001-W00775 | 17 | 0.035 | Pg. | 0.60 | -Not Taxable- -Not Taxable- |
| Non-Hosted Database Creation Custom | WO#: CO00426-CA0008-P001-W00770  WO#: CO00426-CA0008-P001-W00771  WO#: CO00426-CA0008-P001-W00773  WO#: CO00426-CA0008-P001-W00775  WO#: CO00426-CA0008-P001-W00776  WO#: CO00426-CA0008-P001-W00777  WO#: CO00426-CA0008-P001-W00778  WO#: CO00426-CA0008-P001-W00780  WO#: CO00426-CA0008-P001-W00781  WO#: CO00426-CA0008-P001-W00782  WO#: CO00426-CA0008-P001-W00784  WO#: CO00426-CA0008-P001-W00785  WO#: CO00426-CA0008-P001-W00786  WO#: CO00426-CA0008-P001-W00788  WO#: | 5.25 | 125.00 | hr | 656.25 | -Not Taxable- -Not Taxable- |

| Product or Service | Detailed Description | Qty Billed | Price | Units | Amount | Tax Code |
|---|---|---|---|---|---|---|
| Non-Hosted Database Creation Renumbering | CO00426-CA0008-P001-W00789  WO#: CO00426-CA0008-P001-W00790  WO#: CO00426-CA0008-P001-W00770  WO#: CO00426-CA0008-P001-W00771  WO#: CO00426-CA0008-P001-W00773  WO#: CO00426-CA0008-P001-W00775  WO#: CO00426-CA0008-P001-W00776  WO#: CO00426-CA0008-P001-W00777  WO#: CO00426-CA0008-P001-W00778  WO#: CO00426-CA0008-P001-W00780  WO#: CO00426-CA0008-P001-W00781  WO#: CO00426-CA0008-P001-W00782  WO#: CO00426-CA0008-P001-W00784  WO#: CO00426-CA0008-P001-W00785  WO#: CO00426-CA0008-P001-W00787  WO#: CO00426-CA0008-P001-W00788  WO#: CO00426-CA0008-P001-W00789  WO#: CO00426-CA0008-P001-W00790 | 1.45 | 125.00 | hr | 181.25 | -Not Taxable- -Not Taxable- |
| Custom Requests--Custom Reports | Date: 4/4/2011; Report Name: Folders_NotAccessibleToLogin; WO#: CO00426-CA0008-P001-W00779; Invoice Description: Damien Martinez Can't Access Folders | .25 | 125.00 | hr | 31.25 | -Not Taxable- -Not Taxable- |
| Custom Requests--Custom Reports | Date: 4/25/2011; Report Name: List of active users; WO#: CO00426-CA0008-P001-W00791; Invoice Description: List of Active Relativity Users | 1 | 125.00 | hr | 125.00 | -Not Taxable- -Not Taxable-  -Not Taxable- |

**PLEASE REMIT PAYMENT TO:**
**Encore Discovery Solutions**
**Dept 2651**
**PO Box 122651**
**Dallas, TX  75312-2651**

*Received by: _____*

*Print Name: _____*

Customer Service:
(888) 389-1658

*Date: _____*

*Time: _____*

| | |
|---|---|
| Subtotal | 115,339.25 |
| Shipping (Local) | 0.00 |
| Invoice Total | 115,339.25 |
| AMOUNT DUE | $115,339.25 |

*Invoice# 87752 from Encore Legal Solutions*       Page 3 of 3

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**               Exhibit 8 - Page 521