# EXHIBIT 9



**Your Service Center**

# INVOICE

| Invoice #: | 88105 |
|---|---|
| **Invoice Date** | 5/31/2011 |
| **Terms** | Net 30 |
| **Due Date** | 6/30/2011 |
| **Amt Due** | $112632.63 |

Tax ID # 20-0392563

Your complete satisfaction is very important to us.  If you have any questions or concerns with your order, please contact either your Sales Consultant or Project Manager at your earliest convenience so that we may resolve the matter quickly.

| Bill To | Ship To |
|---|---|
| Jeanine Pisoni, Esq.<br>MGA Entertainment<br>16360 Roscoe Blvd<br>Suite 105<br>Van Nuys CA 91406 | Ms. Rosa Colorado<br>MGA Entertainment<br>16360 Roscoe Blvd.<br>Suite 105<br>Van Nuys CA 91406 |

| Requested By | Client Matter# | Client Case Name | Shipped | Ship Via |
|---|---|---|---|---|
| Jeanine Pisoni Esq | MGA v Mattel | MGA v. Mattel | 6/30/2011 | Local |
| **Sales Consultant** | **Project Manager** | **Tracking Numbers** | | |
| House Account (LA) | Rastello, Kenneth | | | |

| Product or Service | Detailed Description | Qty Billed | Price | Units | Amount | Tax Code |
|---|---|---|---|---|---|---|
| Recurring Monthly Fees --Relativity Logins -- May | Elizabeth Bradley (Added 05/05/2011)<br>Momo Takahashi (Added 05/05/2011) | 2 | 99.00 | Item | 198.00 | -Not Taxable- |
| Recurring Monthly Fees --Relativity Logins -- June | | 128 | 99.00 | Item | 12,672.00 | -Not Taxable-<br>-Not Taxable-<br>-Not Taxable- |
| Recurring Monthly Fees--Relativity Database Hosting -- June | Database Name: MGA Documents Collected / Documents Produced (MGA Mattel 3rd Party) | 6604.175 | 15.00 | GB | 99,062.63 | -Not Taxable- |
| Hosted Database Setup --Relativity User Setup | WO#: CO00426-CA0008-P001-W00793<br>  Date: 5/5/2011; User Name: Elizabeth Bradley;<br>  Date: 5/5/2011; User Name: Momo Takahashi; | 2 | 100.00 | Item | 200.00 | -Not Taxable-<br>-Not Taxable- |
| Hosted Database Maintenance--Relativity - User Security Modification | CO00426-CA0008-P001-W00794<br>  5/11/2011<br>CO00426-CA0008-P001-W00795<br>  5/11/2011 | 4 | 125.00 | hr | 500.00 | -Not Taxable-<br>-Not Taxable-<br><br>-Not Taxable- |

**PLEASE REMIT PAYMENT TO:**
  Encore Discovery Solutions
  Dept 2651
  PO Box 122651
  Dallas, TX  75312-2651

Customer Service:
(888) 389-1658

| | |
|---|---|
| Subtotal | 112,632.63 |
| Shipping (Local) | 0.00 |
| Invoice Total | 112,632.63 |
| AMOUNT DUE | $112,632.63 |

Received by: _____   Date: _____

Print Name: _____   Time: _____

Invoice# 88105 from Encore Legal Solutions

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**     **Exhibit 9 - Page 522**