# EXHIBIT 10

**executive presentations**
TRIAL • VIDEO • GRAPHICS
3345 Wilshire Boulevard, Suite 1234
Los Angeles, CA 90010
tel: 213.480.1644   fax: 213.480.1838
Federal Tax ID 95-4292607

# Invoice 23060

Customer  MGA14

Terms   Net Due Upon Receipt

Bill To:
MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard
Suite 102
Van Nuys, CA 91406

Ship To:
MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard
Suite 102
Van Nuys, CA 91406

Attention:  Jeanine M. Pisoni, Esq.

| Invoice Date | Order Date | Salesperson | Consultant Code | Project / Case | | |
|---|---|---|---|---|---|---|
| 04/30/11 | 04/01/11 | Rick Kraemer | VA | MGA/Bryant v. Mattel | | |
| Quantity Ship | | Description | | Tax | Unit Price | Amount |
| | | ===> Input: 60 | | | | |
| 8.40 | HR | Presentation Project Administration - Alma Hawk  Project Management - Planning, Org & Managing Resources | | Y | 150.00 | 1260.00 |
| 9.50 | HR | Presentation Project Administration - T. White/A. Valerio  Proj Mgmt - Direct Communication w/Trial Team, Database Mgmt | | Y | 150.00 | 1425.00 |
| | | ===> Input: 65 | | | | |
| 17.40 | HR | Presentation On-Site Support - After 8Hrs./Wknd - Troy White  Prelim Closing Graphics, TLs, Charts, Testimony - 88 Slides | | N | 250.00 | 4350.00 |
| 5 | DY | Presentation Technician - Full Day - Troy White  04/01/11, 04/04/11 - 04/07/11 | | N | 2000.00 | 10000.00 |
| | | ===> Input: 66 | | | | |
| 28.30 | HR | Presentation On-Site Support - After 8 Hrs./Wknd - A. Valerio  Prelim Closing Graphics, TLs, Charts, Testimony - 88 Slides | | N | 250.00 | 7075.00 |
| 4 | DY | Presentation Technician - Full Day - Anthony Valerio  04/04/11 - 04/07/11 | | N | 2000.00 | 8000.00 |
| | | ===> Input: 67 | | | | |
| 5.00 | HR | Presentation On-Site Support - Anthony Valerio  MGA Final Closing - 51 Slides | | N | 250.00 | 1250.00 |
| 1 | DY | Presentation Technician - Full Day - Anthony Valerio  04/08/11 - MGA Closing | | N | 2000.00 | 2000.00 |
| | | ===> Input: 68 | | | | |

(Continued)

Page  1

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**   Exhibit 10 - Page 523

# executive presentations
TRIAL • VIDEO • GRAPHICS

3345 Wilshire Boulevard, Suite 1234
Los Angeles, CA 90010

tel: 213.480.1644    fax: 213.480.1838

Federal Tax ID 95-4292607

**Invoice 23060**

**Customer** MGA14

**Terms**    Net Due Upon Receipt

**Bill To:**
MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard
Suite 102
Van Nuys, CA 91406

**Ship To:**
MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard
Suite 102
Van Nuys, CA 91406

**Attention:** Jeanine M. Pisoni, Esq.

| Invoice Date | Order Date | Salesperson | Consultant Code | Project / Case |
|---|---|---|---|---|
| 04/30/11 | 04/01/11 | Rick Kraemer | VA | MGA/Bryant v. Mattel |

| Quantity Ship | | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|
| 2.70 | HR | Presentation On-Site Support - Troy White<br>MGA Final Closing - 51 Slides | N | 250.00 | 675.00 |
| 1 | DY | Presentation Technician - Full Day - Troy White<br>04/08/11 - MGA Closing | N | 2000.00 | 2000.00 |
| | | ===> Input: 69 | | | |
| 56.20 | HR | After Hours/Weekend/Holiday Service | Y | 80.00 | 4496.00 |
| 1 | EA | Reimbursement of Outside Expenses - T. White / A. Valerio<br>Meals & Incidentals, Guest Room Internet, Parking | N | 690.89 | 690.89 |
| | | ===> Input: 80 | | | |
| 6.80 | HR | Presentation/Trial Project Management- Susan Campbell<br>Planning, Organizing, Managing Resources | Y | 150.00 | 1020.00 |
| 14.30 | HR | Digital Trial Project Administration - Mike Stovall<br>Proj Mgmt - Direct Communication w/Trial Team, Database Mgmt | Y | 150.00 | 2145.00 |
| | | ===> Input: 81 | | | |
| 4.10 | HR | Digital Trial Project Admin/Depo - Witness Stills | N | 150.00 | 615.00 |
| | | ===> Input: 82 | | | |
| 1.50 | HR | Digital Trial Project Admin/Depo | N | 150.00 | 225.00 |
| 1.20 | HR | Digital Clip Creation Depo | N | 200.00 | 240.00 |
| 4.40 | HR | Digital Trial Data Management/Depo | N | 200.00 | 880.00 |
| | | ===> Input: 84 | | | |

(Continued)

Page  2

CONFIDENTIAL - ATTORNEYS' EYES ONLY    Exhibit 10 - Page 524

**executive presentations**
TRIAL • VIDEO • GRAPHICS
3345 Wilshire Boulevard, Suite 1234
Los Angeles, CA 90010
tel: 213.480.1644   fax: 213.480.1838
Federal Tax ID 95-4292607

**Invoice 23060**

Customer  MGA14

Terms  Net Due Upon Receipt

Bill To:
MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard
Suite 102
Van Nuys, CA 91406

Ship To:
MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard
Suite 102
Van Nuys, CA 91406

Attention:  Jeanine M. Pisoni, Esq.

| Invoice Date | Order Date | Salesperson | Consultant Code | Project / Case |
|---|---|---|---|---|
| 04/30/11 | 04/01/11 | Rick Kraemer | VA | MGA/Bryant v. Mattel |

| Quantity Ship | | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|
| 13.20 | HR | Digital Trial Data Management | Y | 200.00 | 2640.00 |
| | | ===> Input: 88 | | | |
| 7.20 | HR | Digital Trial Consulting - Mike Stovall | Y | 250.00 | 1800.00 |
| 7.00 | HR | Digital Trial Project Administration - Mike Stovall | Y | 150.00 | 1050.00 |
| 6 | DY | Digital Trial Technician Full Day - Mike Stovall<br>04/01/11, 04/04/11 - 04/08/11 | N | 2000.00 | 12000.00 |
| | | ===> Input: 89 | | | |
| 13.90 | HR | After Hours/Weekend/Holiday Service | Y | 80.00 | 1112.00 |
| 1 | EA | Reimbursement of Outside Expenses - Mike Stoval<br>Meals & Incidentals, Guest Room Internet, Parking | N | 641.38 | 641.38 |
| 1 | EA | Federal Express Delivery - Hotel<br>01/20/11 1 Box | N | 9.01 | 9.01 |
| 1 | EA | Federal Express Delivery - Matthew Hewlett<br>04/26/11 3 Boxes | N | 17.99 | 17.99 |
| | | ===> Input: 92 | | | |
| 1 | EA | Laptop Computer w/Software per Week - Courtroom<br>04/04/11 - 04/08/11 | N | 750.00 | 750.00 |
| 1 | EA | Laptop Computer w/Software per Week - War Room<br>04/04/11 - 04/08/11 | N | 750.00 | 750.00 |
| 1 | EA | 19" Flat Panel Monitor per Week<br>04/04/11 - 04/08/11 | N | 120.00 | 120.00 |

(Continued)

Page  3

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 10 - Page 525

# executive presentations
TRIAL • VIDEO • GRAPHICS

3345 Wilshire Boulevard, Suite 1234
Los Angeles, CA 90010

tel: 213.480.1644   fax: 213.480.1838

Federal Tax ID 95-4292607

**Invoice 23060**

**Customer** MGA14

**Terms** Net Due Upon Receipt

**Bill To:**
MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard
Suite 102
Van Nuys, CA 91406

**Ship To:**
MGA ENTERTAINMENT, INC.
16380 Roscoe Boulevard
Suite 102
Van Nuys, CA 91406

**Attention:** Jeanine M. Pisoni, Esq.

| Invoice Date | Order Date | Salesperson | Consultant Code | Project / Case |
|---|---|---|---|---|
| 04/30/11 | 04/01/11 | Rick Kraemer | VA | MGA/Bryant v. Mattel |

| Quantity Ship | | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | EA | A/V Cart per Week<br>04/04/11 - 04/08/11 | N | 80.00 | 80.00 |
| 1 | EA | Distribution Amp/Switcher per Week<br>04/04/11 - 04/08/11 | N | 120.00 | 120.00 |
| 1 | EA | Audio Mixer per Week<br>04/04/11 - 04/08/11 | N | 120.00 | 120.00 |
| | | ===> Input: 93 | | | |
| 1.0 | EA | Trial System Removal<br>04/11/11 | N | 100.00 | 100.00 |

This invoice represents work done April 1, 2011 through April 30, 2011. Case complete.
Per Agreement *5% Discount <$3,189.78>. Balance Due $68,119.92
*Taxes included (where applicable). Discount does not apply to out-of-pocket costs or after hours charges.

| | |
|---|---|
| NonTaxable Subtotal | 52709.27 |
| Taxable Subtotal | 16948.00 |
| Tax (9.750%) | 1652.43 |
| **Total Order** | **71309.70** |

Page 4

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**          Exhibit 10 - Page 526