# EXHIBIT 11

# 0ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 / Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Copy via email to: rcolorado@mgae.com [Rosa Colorado]

Annette L. Hurst, Esq.  
ORRICK, HERRINGTON SUTCLIFFE LLP  
The Orrick Building  
405 Howard Street  
San Francisco, CA 94105

**Invoice Number:** 1310471  
**Invoice Date:** 04/29/11  
**Client Number:** 031230  
**Matter Number:** 00002

---

Re:   Special Discovery Master - MGA Entertainment

FOR PROFESSIONAL SERVICES RENDERED THROUGH:   31 MARCH 2011

| | |
|---|---|
| Total services for this matter: | $109,823.50 |
| Total expenses for this matter: | $1,813.18 |
| Total services/expenses: | $111,636.68 |
| Total amount of this invoice: | **$111,636.68** |
| Your Share: | $55,818.34 |
| TOTAL DUE OF YOUR SHARE** FOR THIS INVOICE: | $55,818.34 |
| Balance due from prior statements: | $0.00 |
| **TOTAL BALANCE DUE UPON RECEIPT:** | **$55,818.34** |

*As the parties have been informed, the Discovery Master will not send the parties a detailed accounting of time spent on this matter. Such records are maintained for the Honorable Stephen G. Larson.*

**RECEIVED**

MAY 4 - 2011

O. H. S. LLP

CONFIDENTIAL - ATTORNEYS' EYES ONLY                         Exhibit 11 - Page 527

# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 / Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

```
Annette L. Hurst, Esq.                        Invoice Number:   1310471
ORRICK, HERRINGTON SUTCLIFFE LLP              Invoice Date:     04/29/11
The Orrick Building                           Client Number:    031230
405 Howard Street                             Matter Number:    00002
San Francisco, CA   94105
```

----------------------------------------------------------------

## -- REMITTANCE COPY --
## PLEASE SEND WITH CHECK

```
TOTAL AMOUNT OF THIS INVOICE:                           $55,818.34

PREVIOUS BALANCE:                                            $0.00

BALANCE DUE THIS INVOICE:                               $55,818.34
```

PLEASE REMIT PAYMENTS BY CHECK TO THE FOLLOWING ADDRESS:

```
              Arent Fox LLP
              P.O. Box 644672
              Pittsburgh, PA   15264-4672
```

WIRING INSTRUCTIONS (if applicable):

```
Bank:               PNC BANK
Address:            800 Connecticut Avenue NW
                    Washington, DC   20006
ABA #:              031000053
SWIFT CODE:         ▮▮▮▮▮▮▮ (for international use)
Account #:          ▮▮▮▮▮▮▮
Beneficiary Name:   Arent Fox LLP
Beneficiary Address:1050 Connecticut Ave., NW
                    Washington, DC   20036
```

Please reference the following:

```
Client/Matter #:    031230.00002
Client Name:        USDC - Central District of California
Invoice Number:     1310471
```

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              Exhibit 11 - Page 528