# EXHIBIT 12

# ARENT FOX LLP

1050 Connecticut Ave., N.W.  
Washington, D.C. 20036-5339  
Telephone: (202) 857-6000 / Telecopy: (202) 857-6395  
Taxpayer Identification Number: 53-0214923

Copy via email to: rcolorado@mgae.com [Rosa Colorado]

```
Annette L. Hurst, Esq.                    Invoice Number:   1318608
ORRICK, HERRINGTON SUTCLIFFE LLP          Invoice Date:     05/31/11
The Orrick Building                       Client Number:    031230
405 Howard Street                         Matter Number:    00002
San Francisco, CA  94105
```

-------------------------------------------------------------------------

**Re:   Special Discovery Master - MGA Entertainment**

FOR PROFESSIONAL SERVICES RENDERED THROUGH:   30 APRIL 2011

| | |
|---:|---:|
| Total services for this matter: | $27,642.00 |
| Total expenses for this matter: | $2,755.48 |
| Total services/expenses: | $30,397.48 |
| Total amount of this invoice: | **$30,397.48** |
| Your Share: | $15,198.74 |
| TOTAL DUE OF YOUR SHARE** FOR THIS INVOICE: | $15,198.74 |
| Balance due from prior statements: | $0.00 |
| **TOTAL BALANCE DUE UPON RECEIPT:** | **$15,198.74** |

*As the parties have been informed, the Discovery Master will not send the parties a detailed accounting of time spent on this matter. Such records are maintained for the Honorable Stephen G. Larson.*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 12 - Page 529

## ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 / Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

```
Annette L. Hurst, Esq.                    Invoice Number:    1318608
ORRICK, HERRINGTON SUTCLIFFE LLP          Invoice Date:      05/31/11
The Orrick Building                       Client Number:     031230
405 Howard Street                         Matter Number:     00002
San Francisco, CA  94105
```

-------------------------------------------------------------------

## -- REMITTANCE COPY --
## PLEASE SEND WITH CHECK

```
TOTAL AMOUNT OF THIS INVOICE:                      $15,198.74

PREVIOUS BALANCE:                                       $0.00

BALANCE DUE THIS INVOICE:                          $15,198.74
```

PLEASE REMIT PAYMENTS BY CHECK TO THE FOLLOWING ADDRESS:

    Arent Fox LLP
    P.O. Box 644672
    Pittsburgh, PA   15264-4672

WIRING INSTRUCTIONS (if applicable):

```
Bank:                 PNC BANK
Address:              800 Connecticut Avenue NW
                      Washington, DC  20006
ABA #:                031000053
SWIFT CODE:           [redacted] (for international use)
Account #:            [redacted]
Beneficiary Name:     Arent Fox LLP
Beneficiary Address:  1050 Connecticut Ave., NW
                      Washington, DC  20036
```

Please reference the following:

    Client/Matter #:   031230.00002
    Client Name:       USDC - Central District of California
    Invoice Number:    1318608

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    **Exhibit 12 - Page 530**