# EXHIBIT 13

# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 / Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

```
MGA                                          Invoice Number:  1212320-MGA
c/o Thomas J. Nolan, Esq.                    Invoice Date:    08/31/09
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND Client Number:   030126
AFFILIATES                                   Matter Number:   00001
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071
```

---

Re:   *Carter Bryant v. Mattel, Inc.* and Consolidated Actions
      U.S. District Court - Central District, Case No. CV 04-09049 SGL(RNBx)

For Settlement Officer Ambassador Pierre-Richard Prosper's services rendered from July 1, 2009 through July 31, 2009:

```
                  Total services for this matter:    $12,857.50

                  Total expenses for this matter:       $808.42

                        Total services/expenses:     $13,665.92

                                    Your Share:      $6,832.96

        TOTAL DUE OF YOUR SHARE** FOR THIS INVOICE:                  $6,832.96

              Balance due from prior statements:                    $75,513.49

                                         Total:                     $82,346.45

                         Balance due this invoice:                  $82,346.45
```

\* As agreed to with the parties, Settlement Officer will not send a detailed accounting of time spent on this matter in order to preserve the confidentiality of his communications with the parties. Settlement Officer is, however, keeping in the normal course of business a detailed accounting of how his time was spent and will make it available to Judge Larson as necessary or required.

\*\* Pursuant to 01/24/08 Court Order by Judge Larson, fees for services of the Settlement Officer are to be allocated in the same manner as are the fees and costs of the Discovery matter.

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                      **Exhibit 13 - Page 531**

# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 / Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

```
MGA                                          Invoice Number:    1212320-MGA
c/o Thomas J. Nolan, Esq.                    Invoice Date:      08/31/09
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND Client Number:     030126
AFFILIATES                                   Matter Number:     00001
300 South Grand Avenue, Suite 3400
Los Angeles, CA  90071
```

---

## -- REMITTANCE COPY --
## PLEASE SEND WITH CHECK

```
TOTAL AMOUNT OF THIS INVOICE:                          $6,832.96
PREVIOUS BALANCE:                                     $75,513.49
BALANCE DUE THIS INVOICE:                             $82,346.45
```

PLEASE REMIT PAYMENTS BY CHECK TO THE FOLLOWING ADDRESS:

            Arent Fox LLP
            P.O. Box 758670
            Baltimore, Maryland  21275

WIRING INSTRUCTIONS (if applicable):

```
    Bank:                 Wachovia Bank, NA
    Address:              Roanoke, VA
    ABA #:                051400549
    SWIFT CODE:           ▓▓▓▓▓▓ (for international use)
    Account #:            ▓▓▓▓▓▓
    Beneficiary Name:     Arent Fox LLP
    Beneficiary Address:  1050 Connecticut Ave., NW
                          Washington, DC  20036
```

Please reference the following:

```
        Client/Matter #:  030126.00001
        Client Name:      USDC - Central District of California
        Invoice Number:   1212320-MGA
```

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                        Exhibit 13 - Page 532