# EXHIBIT 14

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

**Bill To:**
Jeanine M Pisoni
MGA Entertainment, Inc.
16360 Roscoe Blvd.
#105
Van Nuys, CA 91406

CC:  Annette  Hurst  @ Orrick, Herrington & Sutcliffe, LLP

| | |
|---|---|
| **Invoice Date:** | October 31, 2010 |
| **Invoice No.:** | 64589 |
| **Client/Matter No.:** | 0925:0002 |
| **Matter Name:** | ▓▓▓▓▓ |
| **Engagement Mgr:** | James Aquilina |
| **Terms:** | Due Upon Receipt |

**Please Note:** **COURTESY CLIENT DISCOUNT -- ALL EXPEDITE FEES WAIVED**

## Overview of Account

****Summary of charges for the period ending October 31, 2010, details attached****

| | |
|---|---:|
| Hourly Fees: | $ 161,091.00 |
| Electronic Discovery & Other Fees: | 26,107.10 |
| Expenses: | 965.83 |
| Sales Tax: | 0.00 |
| Retainer and Payments Applied: | - 0.00 |
| **Total charges for the period ending October 31, 2010 (in U.S. Dollars)** | **$ 188,163.93** |

**Please Remit Wire Payments To:**

JP Morgan Chase
ABA/Routing ▓▓▓▓▓
Account No ▓▓▓▓▓
SWIFT Code ▓▓▓▓▓
The Chase Manhattan Bank
214 Broadway
New York, NY 10038
212.935.9935

**Please Remit Check Payments To:**

Stroz Friedberg, LLC
PO Box 975348
Dallas, TX 75397-5348

*We appreciate your business. Should you have any questions, please feel free to contact us.*

Page 1

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit 14 - Page 533

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002
Invoice No: 64589
Invoice Date: October 31, 2010

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

*** Summary of services rendered during the period ending October 31, 2010 ***

### Hourly Fees Summary

| Timekeeper | Hours | Amount |
|---|---|---|
| Work performed by Andy Yun | 5.60 | $1,148.00 |
| Work performed by James Hung | 68.40 | 27,018.00 |
| Work performed by Jason Gonzalez | 6.20 | 3,410.00 |
| Work performed by Kishore Bhatia | 77.10 | 34,309.50 |
| Work performed by Samuel Rubin | 14.60 | 6,862.00 |
| Work performed by Shawn Micheal Kerr | 108.20 | 42,739.00 |
| Work performed by Steve Kim | 6.00 | 3,300.00 |
| Work performed by Thomas Plunkett | 107.10 | 42,304.50 |
| **Subtotal of Above Hours and Fees:** | **393.20** | **$161,091.00** |

### Electronic Discovery and Other Fees

| Narrative | Quantity | Amount |
|---|---|---|
| ███████████████████ | 160.76 | $1,607.60 |
| ███████████████████ | 21.00 | 4,825.00 |
| ███████████████████ | 207.0000 | 19,674.50 |
| **Subtotal of Electronic Discovery and Other Fees:** | | **$26,107.10** |

### Expenses Summary

| Description | Amount |
|---|---|
| Meals | $125.70 |
| Miscellaneous | 280.00 |
| Postage and Delivery | 560.13 |
| **Subtotal of Expenses:** | **965.83** |

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          Exhibit 14 - Page 534

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002  
Invoice No: 64589  
Invoice Date: October 31, 2010

Accounting: 212.981.6540  
Fax: 212.624.0251  
Email: AR@strozfriedberg.com

***Detail of services rendered for the period ending October 31, 2010***

**Fee Details**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/01/10 | A. Yun | [redacted] | 1.10 | $225.50 |
| 10/01/10 | J. Hung | [redacted] | 5.90 | 2,330.50 |
| 10/01/10 | J. Gonzalez | [redacted] | 1.20 | 660.00 |
| 10/01/10 | K. Bhatia | [redacted] | 14.70 | 6,541.50 |
| 10/01/10 | S. Rubin | [redacted] | 1.20 | 564.00 |
| 10/01/10 | S. Kerr | [redacted] | 14.80 | 5,846.00 |
| 10/01/10 | S. Kim | [redacted] | 2.30 | 1,265.00 |

Page 3

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit 14 - Page 535

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002
Invoice No: 64589
Invoice Date: October 31, 2010

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/01/10 | T. Plunkett | [redacted] | 15.30 | 6,043.50 |
| 10/02/10 | J. Hung | [redacted] | 9.20 | 3,634.00 |
| 10/02/10 | J. Gonzalez | [redacted] | 0.20 | 110.00 |
| 10/02/10 | K. Bhatia | [redacted] | 11.20 | 4,984.00 |
| 10/02/10 | S. Rubin | [redacted] | 0.30 | 141.00 |
| 10/02/10 | S. Kerr | [redacted] | 14.20 | 5,609.00 |
| 10/02/10 | T. Plunkett | [redacted] | 11.20 | 4,424.00 |
| 10/03/10 | S. Kerr | [redacted] | 3.60 | 1,422.00 |

Page 4

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**          Exhibit 14 - Page 536

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002  
Invoice No: 64589  
Invoice Date: October 31, 2010

Accounting: 212.981.6540  
Fax: 212.624.0251  
Email: AR@strozfriedberg.com

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/03/10 | T. Plunkett | | 1.90 | 750.50 |
| 10/04/10 | J. Hung | | 6.70 | 2,646.50 |
| 10/04/10 | J. Gonzalez | | 0.60 | 330.00 |
| 10/04/10 | S. Rubin | | 0.30 | 141.00 |
| 10/04/10 | S. Kerr | | 5.60 | 2,212.00 |
| 10/04/10 | S. Kim | | 1.10 | 605.00 |
| 10/04/10 | T. Plunkett | | 7.60 | 3,002.00 |
| 10/05/10 | J. Gonzalez | | 2.10 | 1,155.00 |
| 10/05/10 | K. Bhatia | | 2.90 | 1,290.50 |

Page 5

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002
Invoice No: 64589
Invoice Date: October 31, 2010

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/05/10 | S. Kerr | | 6.50 | 2,567.50 |
| 10/05/10 | T. Plunkett | | 7.30 | 2,883.50 |
| 10/06/10 | A. Yun | | 0.20 | 41.00 |
| 10/06/10 | J. Hung | | 1.20 | 474.00 |
| 10/06/10 | J. Gonzalez | | 0.30 | 165.00 |
| 10/06/10 | K. Bhatia | | 4.10 | 1,824.50 |
| 10/06/10 | S. Kerr | | 5.60 | 2,212.00 |
| 10/06/10 | T. Plunkett | | 2.30 | 908.50 |
| 10/07/10 | A. Yun | | 0.80 | 164.00 |

Page 6

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002  
Invoice No: 64589  
Invoice Date: October 31, 2010

Accounting: 212.981.6540  
Fax: 212.624.0251  
Email: AR@strozfriedberg.com

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/07/10 | J. Hung | [REDACTED] | 2.40 | 948.00 |
| 10/07/10 | J. Gonzalez | [REDACTED] | 0.20 | 110.00 |
| 10/07/10 | K. Bhatia | [REDACTED] | 3.10 | 1,379.50 |
| 10/07/10 | S. Kerr | [REDACTED] | 5.70 | 2,251.50 |
| 10/07/10 | T. Plunkett | [REDACTED] | 5.10 | 2,014.50 |
| 10/08/10 | K. Bhatia | [REDACTED] | 5.90 | 2,625.50 |
| 10/08/10 | S. Rubin | [REDACTED] | 0.30 | 141.00 |
| 10/08/10 | S. Kerr | [REDACTED] | 1.50 | 592.50 |
| 10/08/10 | S. Kim | [REDACTED] | 0.80 | 440.00 |
| 10/08/10 | T. Plunkett | [REDACTED] | 5.10 | 2,014.50 |
| 10/11/10 | J. Gonzalez | [REDACTED] | 0.60 | 330.00 |

Page 7

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                    Exhibit 14 - Page 539

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002  
Invoice No: 64589  
Invoice Date: October 31, 2010

Accounting: 212.981.6540  
Fax: 212.624.0251  
Email: AR@strozfriedberg.com

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/11/10 | K. Bhatia | | 4.10 | 1,824.50 |
| 10/11/10 | T. Plunkett | | 3.60 | 1,422.00 |
| 10/12/10 | J. Hung | | 6.80 | 2,686.00 |
| 10/12/10 | J. Gonzalez | | 0.60 | 330.00 |
| 10/12/10 | K. Bhatia | | 3.90 | 1,735.50 |
| 10/12/10 | S. Rubin | | 0.80 | 376.00 |
| 10/12/10 | S. Kerr | | 5.80 | 2,291.00 |
| 10/12/10 | T. Plunkett | | 4.10 | 1,619.50 |
| 10/13/10 | J. Hung | | 8.10 | 3,199.50 |

Page 8

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**              Exhibit 14 - Page 540

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002  
Invoice No: 64589  
Invoice Date: October 31, 2010

Accounting: 212.981.6540  
Fax: 212.624.0251  
Email: AR@strozfriedberg.com

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/13/10 | K. Bhatia | | 1.90 | 845.50 |
| 10/13/10 | S. Rubin | | 2.50 | 1,175.00 |
| 10/13/10 | S. Kerr | | 2.80 | 1,106.00 |
| 10/13/10 | T. Plunkett | | 0.30 | 118.50 |
| 10/14/10 | J. Hung | | 4.30 | 1,698.50 |
| 10/14/10 | K. Bhatia | | 3.10 | 1,379.50 |
| 10/14/10 | S. Rubin | | 3.80 | 1,786.00 |
| 10/14/10 | S. Kerr | | 4.70 | 1,856.50 |
| 10/14/10 | T. Plunkett | | 4.90 | 1,935.50 |
| 10/15/10 | A. Yun | | 1.70 | 348.50 |
| 10/15/10 | J. Hung | | 7.90 | 3,120.50 |

Page 9

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    Exhibit 14 - Page 541

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002
Invoice No: 64589
Invoice Date: October 31, 2010

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/15/10 | K. Bhatia | [redacted] | 11.90 | 5,295.50 |
| 10/15/10 | S. Rubin | [redacted] | 1.20 | 564.00 |
| 10/15/10 | S. Kerr | [redacted] | 14.40 | 5,688.00 |
| 10/15/10 | S. Kim | [redacted] | 0.50 | 275.00 |
| 10/15/10 | T. Plunkett | [redacted] | 14.40 | 5,688.00 |
| 10/16/10 | S. Kerr | [redacted] | 3.50 | 1,382.50 |
| 10/17/10 | K. Bhatia | [redacted] | 7.60 | 3,382.00 |
| 10/17/10 | S. Kerr | [redacted] | 2.50 | 987.50 |

Page 10

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    Exhibit 14 - Page 542

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002
Invoice No: 64589
Invoice Date: October 31, 2010

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/17/10 | T. Plunkett | | 1.40 | 553.00 |
| 10/18/10 | A. Yun | | 1.80 | 369.00 |
| 10/18/10 | K. Bhatia | | 0.80 | 356.00 |
| 10/18/10 | S. Rubin | | 2.30 | 1,081.00 |
| 10/18/10 | S. Kerr | | 5.20 | 2,054.00 |
| 10/18/10 | T. Plunkett | | 5.10 | 2,014.50 |
| 10/19/10 | J. Gonzalez | | 0.20 | 110.00 |
| 10/19/10 | S. Rubin | | 0.30 | 141.00 |
| 10/19/10 | S. Kerr | | 4.80 | 1,896.00 |
| 10/19/10 | S. Kim | | 1.30 | 715.00 |
| 10/19/10 | T. Plunkett | | 7.80 | 3,081.00 |
| 10/20/10 | J. Hung | | 10.30 | 4,068.50 |
| 10/20/10 | J. Gonzalez | | 0.20 | 110.00 |

Page 11

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002
Invoice No: 64589
Invoice Date: October 31, 2010

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 10/20/10 | K. Bhatia | | 1.90 | 845.50 |
| 10/20/10 | S. Rubin | | 0.30 | 141.00 |
| 10/20/10 | S. Kerr | | 5.80 | 2,291.00 |
| 10/21/10 | J. Hung | | 5.60 | 2,212.00 |
| 10/26/10 | S. Kerr | | 1.20 | 474.00 |
| 10/26/10 | T. Plunkett | | 5.40 | 2,133.00 |
| 10/27/10 | T. Plunkett | | 4.30 | 1,698.50 |
| 10/31/10 | S. Rubin | | 1.30 | 611.00 |
| | | **Subtotal of Fees:** | | **$161,091.00** |

Page 12

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**           Exhibit 14 - Page 544

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002  
Invoice No: 64589  
Invoice Date: October 31, 2010

Accounting: 212.981.6540  
Fax: 212.624.0251  
Email: AR@strozfriedberg.com

***Detail of Services rendered for the period ending October 31, 2010***

**Electronic Discovery and Other Fees**

| Narrative | Quantity | Amount |
|---|---:|---:|
| ▮▮▮▮▮▮▮▮▮▮ | 160.76 | $1,607.60 |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 21.0000 | 4,825.00 |
| ▮▮▮▮▮▮▮ | 207.0000 | 19,674.50 |
| **Subtotal of Electronic Discovery and Other Fees:** | | **$26,107.10** |

Page 13

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002  
Invoice No: 64589  
Invoice Date: October 31, 2010

Accounting: 212.981.6540  
Fax: 212.624.0251  
Email: AR@strozfriedberg.com

***Detail of Services rendered for the period ending October 31, 2010***

**Expenses**

| Description | Amount |
|---|---|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | $33.22 |
| ▮▮▮▮▮▮▮▮▮▮ | 26.97 |
| ▮▮▮▮▮▮▮▮▮▮▮▮ | 65.51 |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 280.00 |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 217.21 |
| ▮▮▮▮▮▮ | 84.00 |
| ▮▮▮▮▮▮ | 36.75 |
| ▮▮▮▮▮▮ | 42.00 |
| ▮▮▮▮▮▮ | 42.00 |
| ▮▮▮▮▮ | 63.00 |
| ▮▮▮▮▮▮ | 56.75 |
| ▮▮▮▮▮▮▮ | 18.42 |
| **Subtotal of Expenses:** | **$965.83** |

Page 14

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 14 - Page 546