# EXHIBIT 15

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 15 - Page 547

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

EIN: ███████
Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

APR 2 6 2011

**Bill To:**

Jeanine M Pisoni
MGA Entertainment, Inc.
16300 Roscoe Blvd.
Suite 150
Van Nuys, CA 91406

CC: Lisa Simpson @ Orrick, Herrington & Sutcliffe, LLP

| | |
|---|---|
| **Invoice Date:** | March 31, 2011 |
| **Invoice No.:** | 66149 |
| **Client/Matter No.:** | 0925:0007 |
| **Matter Name:** | Belair |
| **Engagement Mgr:** | Jason Gonzalez |
| **Terms:** | Due Upon Receipt |

### *Overview of Account*

**\*\*Summary of charges for the period ending March 31, 2011, details attached\*\***

| | | |
|---|---|---:|
| Hourly Fees: | $ | 0.00 |
| Electronic Discovery & Other Fees: | | 85.80 |
| Expenses: | | 0.00 |
| Sales Tax: | | 0.00 |
| Retainer and Payments Applied: | | - 0.00 |
| **Total charges for the period ending March 31, 2011 (in U.S. Dollars)** | **$** | **85.80** |

**\*\*Below is a listing of outstanding invoices as of March 31, 2011\*\***

| | | |
|---|---|---:|
| Invoice No. 64605 – 10/31/10 | $ | 24,760.25 |
| Invoice No. 64863 – 11/30/10 | | 17,185.19 |
| Invoice No. 65260 – 12/31/10 | | 4,409.30 |
| Invoice No. 65355 – 01/31/11 | | 85.80 |
| Invoice No. 65824 – 02/28/11 | | 85.80 |
| Invoice No. 66149 – 03/31/11 (Current) | | 85.80 |
| **Total Balance Due (in U.S. Dollars):** | **$** | **46,612.14** |

**Please Remit Wire Payments To:**

JP Morgan Chase
ABA/Routing No.
Account No.
SWIFT Code
The Chase Manhattan Bank
214 Broadway
New York, NY 10038
212.935.9935

**Please Remit Check Payments To:**

Stroz Friedberg, LLC
PO Box 975348
Dallas, TX 75397-5348

*We appreciate your business. Should you have any questions, please feel free to contact us.*

Page 1

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                     **Exhibit 15 - Page 548**

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0007
Invoice No: 66149
Invoice Date: March 31, 2011

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

## ** Summary of services rendered during the period ending March 31, 2011 **

### Hourly Fees Summary by Timekeeper

| Timekeeper | Hours | Amount |
|---|---|---|
| **Subtotal of Above Hours and Fees:** | **0** | **$0.00** |

### Electronic Discovery and Other Fees Summary

| Narrative | Quantity | Amount |
|---|---|---|
| | 8.58 | $85.80 |
| **Subtotal of Electronic Discovery and Other Fees:** | | **$85.80** |

### Expenses Summary

| Description | Amount |
|---|---|
| **Subtotal of Expenses:** | **$0.00** |

Page 2