# EXHIBIT 16

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

APR 2 6 2011

**Bill To:**
Jeanine M Pisoni
MGA Entertainment, Inc.
16300 Roscoe Blvd.
Suite 150
Van Nuys, CA 91406

CC: Annette Hurst @ Orrick, Herrington & Sutcliffe, LLP

| | |
|---|---|
| **Invoice Date:** | March 31, 2011 |
| **Invoice No.:** | 66050 |
| **Client/Matter No.:** | 0925:0002 |
| **Matter Name:** | Larian Data |
| **Engagement Mgr:** | James Aquilina |
| **Terms:** | Due Upon Receipt |

## Overview of Account

**\*\*Summary of charges for the period ending March 31, 2011, details attached\*\***

| | |
|---|---:|
| Hourly Fees: | $ 11,896.00 |
| Electronic Discovery & Other Fees: | 2,057.60 |
| Expenses: | 1,095.78 |
| Sales Tax: | 0.00 |
| Retainer and Payments Applied: | - 0.00 |
| **Total charges for the period ending March 31, 2011 (in U.S. Dollars)** | **$ 15,049.38** |

**\*\*Below is a listing of outstanding invoices as of March 31, 2011\*\***

| | |
|---|---:|
| Invoice No. 64589 -- 10/31/10 | $ 9,221.24 |
| Invoice No. 64968 -- 11/30/10 | 118,093.36 |
| Invoice No. 65161 -- 12/31/10 | 106,737.96 |
| Invoice No. 65474 -- 01/31/11 | 40,092.30 |
| Invoice No. 65858 -- 02/28/11 | 81,729.13 |
| Invoice No. 66050 -- 03/31/11 (Current) | 15,049.38 |
| **Total Balance Due (in U.S. Dollars):** | **$ 370,923.37** |

**Please Remit Wire Payments To:**

JP Morgan Chase
ABA/Routing No.
Account No.
SWIFT Code
The Chase Manhattan Bank
214 Broadway
New York, NY 10038
212.935.9935

**Please Remit Check Payments To:**

Stroz Friedberg, LLC
PO Box 975348
Dallas, TX 75397-5348

*We appreciate your business. Should you have any questions, please feel free to contact us.*

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 16 - Page 549

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002
Invoice No: 66050
Invoice Date: March 31, 2011

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

**\*\* Summary of services rendered during the period ending March 31, 2011 \*\***

### Hourly Fees Summary by Timekeeper

| Timekeeper | Hours | Amount |
|---|---:|---:|
| Work performed by Abigail Deras | 2.20 | $451.00 |
| Work performed by Jason Gonzalez | 0.80 | 440.00 |
| Work performed by Kishore Bhatia | 3.30 | 1,485.00 |
| Work performed by Samuel Rubin | 0.40 | 210.00 |
| Work performed by Shawn Micheal Kerr | 1.80 | 810.00 |
| Work performed by Thomas Plunkett | 20.00 | 8,500.00 |
| **Subtotal of Above Hours and Fees:** | **28.50** | **$11,896.00** |

### Electronic Discovery and Other Fees Summary

| Narrative | Quantity | Amount |
|---|---:|---:|
| [redacted] | 160.76 | $1,607.60 |
| [redacted] | 1.00 | 50.00 |
| [redacted] | 2.00 | 400.00 |
| **Subtotal of Electronic Discovery and Other Fees:** | | **$2,057.60** |

### Expenses Summary

| Description | Amount |
|---|---:|
| [redacted] | $1,071.00 |
| [redacted] | 24.78 |
| **Subtotal of Expenses:** | **$1,095.78** |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 16 - Page 550

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002  
Invoice No: 66050  
Invoice Date: March 31, 2011

Accounting: 212.981.6540  
Fax: 212.624.0251  
Email: AR@strozfriedberg.com

**\*\*Detail of services rendered for the period ending March 31, 2011\*\***

**Hourly Fees Details**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 03/01/11 | J. Gonzalez | | 0.40 | $220.00 |
| 03/01/11 | S. Kerr | | 0.40 | 180.00 |
| 03/01/11 | T. Plunkett | | 5.30 | 2,252.50 |
| 03/02/11 | A. Deras | | 0.30 | 61.50 |
| 03/02/11 | K. Bhatia | | 2.20 | 990.00 |
| 03/02/11 | T. Plunkett | | 1.80 | 765.00 |
| 03/03/11 | A. Deras | | 0.30 | 61.50 |
| 03/03/11 | T. Plunkett | | 5.30 | 2,252.50 |
| 03/04/11 | K. Bhatia | | 1.10 | 495.00 |
| 03/04/11 | T. Plunkett | | 1.30 | 552.50 |
| 03/06/11 | S. Kerr | | 0.20 | 90.00 |
| 03/07/11 | J. Gonzalez | | 0.40 | 220.00 |
| 03/07/11 | S. Rubin | | 0.40 | 210.00 |

Page 3

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 16 - Page 551

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002  
Invoice No: 66050  
Invoice Date: March 31, 2011

Accounting: 212.981.6540  
Fax: 212.624.0251  
Email: AR@strozfriedberg.com

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 03/07/11 | S. Kerr | | 1.20 | 540.00 |
| 03/07/11 | T. Plunkett | | 3.10 | 1,317.50 |
| 03/08/11 | A. Deras | | 0.30 | 61.50 |
| 03/08/11 | A. Deras | | 0.30 | 61.50 |
| 03/08/11 | T. Plunkett | | 3.20 | 1,360.00 |
| 03/22/11 | A. Deras | | 1.00 | 205.00 |
| | | **Subtotal of Fees:** | | **$11,896.00** |

Page 4

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**       Exhibit 16 - Page 552

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002
Invoice No: 66050
Invoice Date: March 31, 2011

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

**\*\*Detail of Services rendered for the period ending March 31, 2011\*\***

### Electronic Discovery and Other Fees

| Narrative | Quantity | Amount |
|---|---:|---:|
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 160.76 | $1,607.60 |
| | 1.00 | 50.00 |
| | 2.0000 | 400.00 |
| **Subtotal of Electronic Discovery and Other Fees:** | | **$2,057.60** |

Page 5

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 16 - Page 553

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002
Invoice No: 66050
Invoice Date: March 31, 2011

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

**\*\*Detail of Services rendered for the period ending March 31, 2011\*\***

**Expenses**

| Description | Amount |
|---|---|
| | $119.75 |
| | 159.75 |
| | 119.75 |
| | 344.25 |
| | 287.25 |
| | 40.25 |
| | 8.36 |
| | 16.42 |
| **Subtotal of Expenses:** | **$1,095.78** |

Page 6

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 16 - Page 554