# EXHIBIT 17

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013



Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

**Bill To:**
Jeanine M Pisoni
MGA Entertainment, Inc.
16300 Roscoe Blvd.
Suite 150
Van Nuys, CA 91406

MAY 2 0 2011

CC: Lisa Simpson @ Orrick, Herrington & Sutcliffe, LLP

| | |
|---|---|
| **Invoice Date:** | April 30, 2011 |
| **Invoice No.:** | 66426 |
| **Client/Matter No.:** | 0925:0007 |
| **Matter Name:** | Belair |
| **Engagement Mgr:** | Jason Gonzalez |
| **Terms:** | Due Upon Receipt |

## Overview of Account

**\*\*Summary of charges for the period ending April 30, 2011, details attached\*\***

| | | |
|---|---|---|
| Hourly Fees: | $ | 0.00 |
| Electronic Discovery & Other Fees: | | 85.80 |
| Expenses: | | 0.00 |
| Sales Tax: | | 0.00 |
| Retainer and Payments Applied: | | - 0.00 |
| **Total charges for the period ending April 30, 2011 (in U.S. Dollars)** | **$** | **85.80** |

**\*\*Below is a listing of outstanding invoices as of April 30, 2011\*\***

| | | |
|---|---|---|
| Invoice No. 65260 – 12/31/10 | $ | 4,409.30 |
| Invoice No. 65355 – 01/31/11 | | 85.80 |
| Invoice No. 65824 – 02/28/11 | | 85.80 |
| Invoice No. 66149 – 03/31/11 | | 85.80 |
| Invoice No. 66426 – 04/30/11 (Current) | | 85.80 |
| **Total Balance Due (in U.S. Dollars):** | **$** | **4,752.50** |

**Please Remit Wire Payments To:**

JP Morgan Chase
ABA/Routing No.
Account No.
SWIFT Code
The Chase Manhattan Bank
214 Broadway
New York, NY 10038
212.935.9935

**Please Remit Check Payments To:**

Stroz Friedberg, LLC
PO Box 975348
Dallas, TX 75397-5348

*We appreciate your business. Should you have any questions, please feel free to contact us.*

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 17 - Page 555

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0007
Invoice No: 66426
Invoice Date: April 30, 2011

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

**\*\* Summary of services rendered during the period ending April 30, 2011 \*\***

### Hourly Fees Summary by Timekeeper

| Timekeeper | Hours | Amount |
|---|---|---|
| **Subtotal of Above Hours and Fees:** | **0** | **$0.00** |

### Electronic Discovery and Other Fees Summary

| Narrative | Quantity | Amount |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | 8.58 | $85.80 |
| **Subtotal of Electronic Discovery and Other Fees:** | | **$85.80** |

### Expenses Summary

| Description | Amount |
|---|---|
| **Subtotal of Expenses:** | **$0.00** |

Page 2

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit 17 - Page 556