# EXHIBIT 18

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013



Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

RECEIVED MAY 20 2011

**Bill To:**
Jeanine M Pisoni
MGA Entertainment, Inc.
16300 Roscoe Blvd.
Suite 150
Van Nuys, CA 91406

CC: Annette Hurst @ Orrick, Herrington & Sutcliffe, LLP

| | |
|---|---|
| **Invoice Date:** | April 30, 2011 |
| **Invoice No.:** | 66322 |
| **Client/Matter No.:** | 0925:0002 |
| **Matter Name:** | Larian Data |
| **Engagement Mgr:** | James Aquilina |
| **Terms:** | Due Upon Receipt |

## Overview of Account

**\*\*Summary of charges for the period ending April 30, 2011, details attached\*\***

| | | |
|---|---|---|
| Hourly Fees: | $ | 33,909.00 |
| Electronic Discovery & Other Fees: | | 7,952.60 |
| Expenses: | | 153.95 |
| Sales Tax: | | 0.00 |
| Retainer and Payments Applied: | | - 0.00 |
| **Total charges for the period ending April 30, 2011 (in U.S. Dollars)** | **$** | **42,015.55** |

**\*\*Below is a listing of outstanding invoices as of April 30, 2011\*\***

| | | |
|---|---|---|
| Invoice No. 65161 – 12/31/10 | $ | 86,521.85 |
| Invoice No. 65474 – 01/31/11 | | 40,092.30 |
| Invoice No. 65858 – 02/28/11 | | 81,729.13 |
| Invoice No. 66050 – 03/31/11 | | 15,049.38 |
| Invoice No. 66322 – 04/30/11 (Current) | | 42,015.55 |
| **Total Balance Due (in U.S. Dollars):** | **$** | **265,408.21** |

**Please Remit Wire Payments To:**

JP Morgan Chase
ABA/Routing No.
Account No.
SWIFT Code
The Chase Manhattan Bank
214 Broadway
New York, NY 10038
212.935.9935

**Please Remit Check Payments To:**

Stroz Friedberg, LLC
PO Box 975348
Dallas, TX 75397-5348

*We appreciate your business. Should you have any questions, please feel free to contact us.*

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 18 - Page 557

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002
Invoice No: 66322
Invoice Date: April 30, 2011

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

**\*\* Summary of services rendered during the period ending April 30, 2011 \*\***

### Hourly Fees Summary by Timekeeper

| Timekeeper | Hours | Amount |
|---|---|---|
| Work performed by Abigail Deras | 0.30 | $61.50 |
| Work performed by Breandan Gleason | 3.00 | 1,185.00 |
| Work performed by David Varacchi | 0.30 | 90.00 |
| Work performed by Jason Gonzalez | 8.70 | 4,785.00 |
| Work performed by Jennifer Paley | 1.50 | 0.00 |
| Work performed by Jesell Castillo | 3.50 | 875.00 |
| Work performed by Kishore Bhatia | 5.20 | 2,340.00 |
| Work performed by Matthew Sobin | 0.80 | 200.00 |
| Work performed by Samuel Rubin | 1.20 | 630.00 |
| Work performed by Shawn Kerr | 22.80 | 12,960.00 |
| Work performed by Steve Kim | 1.60 | 880.00 |
| Work performed by Thomas Plunkett | 17.30 | 9,902.50 |
| Work performed by Whitney Dugan | 3.50 | 0.00 |
| **Subtotal of Above Hours and Fees:** | **69.70** | **$33,909.00** |

### Electronic Discovery and Other Fees Summary

| Narrative | Quantity | Amount |
|---|---|---|
| ▇▇▇ | 2.00 | $150.00 |
| ▇▇▇ | 2.00 | 700.00 |
| ▇▇▇ | 160.76 | 1,607.60 |
| ▇▇▇ | 1.00 | 175.00 |
| ▇▇▇ | 56.0000 | 5,320.00 |
| **Subtotal of Electronic Discovery and Other Fees:** | | **$7,952.60** |

### Expenses Summary

| Description | Amount |
|---|---|
| ▇▇▇ | $44.20 |
| | 109.75 |
| **Subtotal of Expenses:** | **$153.95** |

Page 2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 18 - Page 558

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002  
Invoice No: 66322  
Invoice Date: April 30, 2011

Accounting: 212.981.6540  
Fax: 212.624.0251  
Email: AR@strozfriedberg.com

**\*\*Detail of services rendered for the period ending April 30, 2011\*\***

**Hourly Fees Details**

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 04/04/11 | B. Gleason | | 3.00 | $1,185.00 |
| 04/04/11 | J. Gonzalez | | 5.50 | 3,025.00 |
| 04/04/11 | K. Bhatia | | 5.20 | 2,340.00 |
| 04/04/11 | S. Rubin | | 1.20 | 630.00 |
| 04/04/11 | S. Kerr | | 6.00 | 2,700.00 |
| 04/04/11 | S. Kerr | | 12.00 | 8,100.00 |
| 04/04/11 | S. Kim | | 1.10 | 605.00 |
| 04/04/11 | T. Plunkett | | 5.30 | 2,252.50 |

Page 3

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 18 - Page 559

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002  
Invoice No: 66322  
Invoice Date: April 30, 2011

Accounting: 212.981.6540  
Fax: 212.624.0251  
Email: AR@strozfriedberg.com

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 04/04/11 | T. Plunkett | | 12.00 | 7,650.00 |
| 04/04/11 | W. Dugan | | 0.50 | 0.00 |
| 04/05/11 | D. Varacchi | | 0.30 | 90.00 |
| 04/05/11 | J. Gonzalez | | 2.00 | 1,100.00 |
| 04/05/11 | J. Paley | | 1.50 | 0.00 |
| 04/05/11 | J. Castillo | | 3.50 | 875.00 |
| 04/05/11 | M. Sobin | | 0.80 | 200.00 |
| 04/05/11 | S. Kerr | | 1.00 | 450.00 |
| 04/05/11 | S. Kim | | 0.50 | 275.00 |
| 04/05/11 | W. Dugan | | 3.00 | 0.00 |
| 04/12/11 | A. Deras | | 0.30 | 61.50 |
| 04/26/11 | J. Gonzalez | | 0.20 | 110.00 |
| 04/26/11 | S. Kerr | | 1.80 | 810.00 |
| 04/27/11 | J. Gonzalez | | 1.00 | 550.00 |

Page 4

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 18 - Page 560

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002  
Invoice No: 66322  
Invoice Date: April 30, 2011

Accounting: 212.981.6540  
Fax: 212.624.0251  
Email: AR@strozfriedberg.com

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 04/27/11 | S. Kerr | ███████████████ | 2.00 | 900.00 |
| | | **Subtotal of Fees:** | | **$33,909.00** |

Page 5

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit 18 - Page 561

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002
Invoice No: 66322
Invoice Date: April 30, 2011

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

**\*\*Detail of Services rendered for the period ending April 30, 2011\*\***

### Electronic Discovery and Other Fees

| Narrative | Quantity | Amount |
|---|---:|---:|
| ▮ | 2.00 | $150.00 |
| ▮ | 2.00 | 700.00 |
| ▮ | 160.76 | 1,607.60 |
| ▮ | 1.0000 | 175.00 |
| ▮ | 56.0000 | 5,320.00 |
| **Subtotal of Electronic Discovery and Other Fees:** | | **$7,952.60** |

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002
Invoice No: 66322
Invoice Date: April 30, 2011

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

**\*\*Detail of Services rendered for the period ending April 30, 2011\*\***

| Expenses | |
|---|---|
| **Description** | **Amount** |
| ▮ | $44.20 |
| ▮ | 109.75 |
| **Subtotal of Expenses:** | **$153.95** |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 18 - Page 563