# EXHIBIT 19

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

**Bill To:**
Jeanine M Pisoni
MGA Entertainment, Inc.
16300 Roscoe Blvd.
Suite 150
Van Nuys, CA 91406

CC: Lisa Simpson @ Orrick, Herrington & Sutcliffe, LLP

| | |
|---|---|
| **Invoice Date:** | May 31, 2011 |
| **Invoice No.:** | 66559 |
| **Client/Matter No.:** | 0925:0007 |
| **Matter Name:** | Belair |
| **Engagement Mgr:** | Jason Gonzalez |
| **Terms:** | Due Upon Receipt |

## Overview of Account

**\*\*Summary of charges for the period ending May 31, 2011, details attached\*\***

| | | |
|---|---|---|
| Hourly Fees: | $ | 0.00 |
| Electronic Discovery & Other Fees: | | 85.80 |
| Expenses: | | 0.00 |
| Sales Tax: | | 0.00 |
| Retainer and Payments Applied: | | - 0.00 |
| **Total charges for the period ending May 31, 2011 (in U.S. Dollars)** | $ | **85.80** |

**\*\*Below is a listing of outstanding invoices as of May 31, 2011\*\***

| | | |
|---|---|---|
| Invoice No. 65260 – 12/31/10 | $ | 4,409.30 |
| Invoice No. 65355 – 01/31/11 | | 85.80 |
| Invoice No. 65824 – 02/28/11 | | 85.80 |
| Invoice No. 66149 – 03/31/11 | | 85.80 |
| Invoice No. 66426 – 04/30/11 | | 85.80 |
| Invoice No. 66559 – 05/31/11 (Current) | | 85.80 |
| **Total Balance Due (in U.S. Dollars):** | $ | **4,838.30** |

**Please Remit Wire Payments To:**

JP Morgan Chase
ABA/Routing No.
Account No.
SWIFT Code
The Chase Manhattan Bank
214 Broadway
New York, NY 10038
212.935.9935

**Please Remit Check Payments To:**

Stroz Friedberg, LLC
PO Box 975348
Dallas, TX 75397-5348

*We appreciate your business. Should you have any questions, please feel free to contact us.*

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 19 - Page 564

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0007  
Invoice No: 66559  
Invoice Date: May 31, 2011

Accounting: 212.981.6540  
Fax: 212.624.0251  
Email: AR@strozfriedberg.com

**\*\* Summary of services rendered during the period ending May 31, 2011 \*\***

*Hourly Fees Summary by Timekeeper*

| Timekeeper | Hours | Amount |
|---|---|---|
| Subtotal of Above Hours and Fees: | 0 | $0.00 |

*Electronic Discovery and Other Fees Summary*

| Narrative | Quantity | Amount |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | 8.58 | $85.80 |
| Subtotal of Electronic Discovery and Other Fees: | | $85.80 |

*Expenses Summary*

| Description | Amount |
|---|---|
| Subtotal of Expenses: | $0.00 |

Page 2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 19 - Page 565