# EXHIBIT 20

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

JUN 2 0 2011

**Bill To:**
Jeanine M Pisoni
MGA Entertainment, Inc.
16300 Roscoe Blvd.
Suite 150
Van Nuys, CA 91406

CC: Annette Hurst @ Orrick, Herrington & Sutcliffe, LLP

| | |
|---|---|
| Invoice Date: | May 31, 2011 |
| Invoice No.: | 66634 |
| Client/Matter No.: | 0925:0002 |
| Matter Name: | Larian Data |
| Engagement Mgr: | James Aquilina |
| Terms: | Due Upon Receipt |

## Overview of Account

**\*\*Summary of charges for the period ending May 31, 2011, details attached\*\***

| | | |
|---|---|---|
| Hourly Fees: | $ | 15,015.50 |
| Electronic Discovery & Other Fees: | | 1,782.60 |
| Expenses: | | 0.00 |
| Sales Tax: | | 0.00 |
| Retainer and Payments Applied: | | - 0.00 |
| **Total charges for the period ending May 31, 2011 (in U.S. Dollars)** | **$** | **16,798.10** |

**\*\*Below is a listing of outstanding invoices as of May 31, 2011\*\***

| | | |
|---|---|---|
| Invoice No. 65161 – 12/31/10 | $ | 13,385.32 |
| Invoice No. 65474 – 01/31/11 | | 40,092.30 |
| Invoice No. 65858 – 02/28/11 | | 81,729.13 |
| Invoice No. 66050 – 03/31/11 | | 15,049.38 |
| Invoice No. 66322 – 04/30/11 | | 42,015.55 |
| Invoice No. 66634 – 05/31/11 (Current) | | 16,798.10 |
| **Total Balance Due (in U.S. Dollars):** | **$** | **209,069.78** |

**Please Remit Wire Payments To:**

JP Morgan Chase
ABA/Routing No.
Account No.
SWIFT Code
The Chase Manhattan Bank
214 Broadway
New York, NY 10038
212.935.9935

**Please Remit Check Payments To:**

Stroz Friedberg, LLC
PO Box 975348
Dallas, TX 75397-5348

*We appreciate your business. Should you have any questions, please feel free to contact us.*

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      Exhibit 20 - Page 566

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002
Invoice No: 66634
Invoice Date: May 31, 2011

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

**\*\* Summary of services rendered during the period ending May 31, 2011 \*\***

### Hourly Fees Summary by Timekeeper

| Timekeeper | Hours | Amount |
|---|---|---|
| Work performed by Abigail Deras | 3.80 | $779.00 |
| Work performed by Jason Gonzalez | 3.30 | 1,815.00 |
| Work performed by Kishore Bhatia | 13.30 | 5,985.00 |
| Work performed by Ricardo Brums | 2.60 | 234.00 |
| Work performed by Shawn Kerr | 3.30 | 1,485.00 |
| Work performed by Thomas Plunkett | 11.10 | 4,717.50 |
| Work performed by Whitney Dugan | 0.30 | 0.00 |
| **Subtotal of Above Hours and Fees:** | **37.70** | **$15,015.50** |

### Electronic Discovery and Other Fees Summary

| Narrative | Quantity | Amount |
|---|---|---|
| ███████████████ | 160.76 | $1,607.60 |
| | 1.00 | 175.00 |
| **Subtotal of Electronic Discovery and Other Fees:** | | **$1,782.60** |

### Expenses Summary

| Description | Amount |
|---|---|
| **Subtotal of Expenses:** | **$0.00** |

Page 2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 20 - Page 567

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002  
Invoice No: 66634  
Invoice Date: May 31, 2011

Accounting: 212.981.6540  
Fax: 212.624.0251  
Email: AR@strozfriedberg.com

**\*\*Detail of services rendered for the period ending May 31, 2011\*\***

### Hourly Fees Details

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 05/06/11 | J. Gonzalez | | 0.30 | $165.00 |
| 05/06/11 | K. Bhatia | | 0.30 | 135.00 |
| 05/09/11 | J. Gonzalez | | 0.30 | 165.00 |
| 05/10/11 | J. Gonzalez | | 0.30 | 165.00 |
| 05/10/11 | K. Bhatia | | 0.20 | 90.00 |
| 05/13/11 | A. Deras | | 0.30 | 61.50 |
| 05/13/11 | J. Gonzalez | | 0.30 | 165.00 |
| 05/13/11 | K. Bhatia | | 4.40 | 1,980.00 |
| 05/16/11 | K. Bhatia | | 3.00 | 1,350.00 |
| 05/18/11 | J. Gonzalez | | 0.20 | 110.00 |
| 05/18/11 | R. Brums | | 0.10 | 9.00 |
| 05/18/11 | S. Kerr | | 0.50 | 225.00 |
| 05/19/11 | K. Bhatia | | 3.20 | 1,440.00 |

Page 3

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

Exhibit 20 - Page 568

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002  
Invoice No: 66634  
Invoice Date: May 31, 2011

Accounting: 212.981.6540  
Fax: 212.624.0251  
Email: AR@strozfriedberg.com

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 05/19/11 | R. Brums | | 1.00 | 90.00 |
| 05/20/11 | J. Gonzalez | | 0.30 | 165.00 |
| 05/20/11 | R. Brums | | 1.50 | 135.00 |
| 05/21/11 | S. Kerr | | 0.50 | 225.00 |
| 05/21/11 | W. Dugan | | 0.30 | 0.00 |
| 05/23/11 | J. Gonzalez | | 0.40 | 220.00 |
| 05/23/11 | S. Kerr | | 1.50 | 675.00 |
| 05/23/11 | T. Plunkett | | 6.10 | 2,592.50 |
| 05/24/11 | A. Deras | | 3.50 | 717.50 |
| 05/24/11 | J. Gonzalez | | 0.30 | 165.00 |
| 05/24/11 | K. Bhatia | | 2.20 | 990.00 |
| 05/24/11 | T. Plunkett | | 5.00 | 2,125.00 |
| 05/26/11 | J. Gonzalez | | 0.40 | 220.00 |
| 05/26/11 | S. Kerr | | 0.40 | 180.00 |
| 05/31/11 | J. Gonzalez | | 0.50 | 275.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY                        Exhibit 20 - Page 569

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002  
Invoice No: 66634  
Invoice Date: May 31, 2011

Accounting: 212.981.6540  
Fax: 212.624.0251  
Email: AR@strozfriedberg.com

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 05/31/11 | S. Kerr | ███████████ | 0.40 | 180.00 |
| | | **Subtotal of Fees:** | | **$15,015.50** |

Page 5

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    **Exhibit 20 - Page 570**

# STROZ FRIEDBERG

32 Avenue of the Americas, 4th Floor, New York, NY 10013

Client/Matter No: 0925:0002
Invoice No: 66634
Invoice Date: May 31, 2011

Accounting: 212.981.6540
Fax: 212.624.0251
Email: AR@strozfriedberg.com

**\*\*Detail of Services rendered for the period ending May 31, 2011\*\***

### Electronic Discovery and Other Fees

| Narrative | Quantity | Amount |
|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 160.76 | $1,607.60 |
|  | 1.0000 | 175.00 |
| **Subtotal of Electronic Discovery and Other Fees:** | | **$1,782.60** |

Page 6