# EXHIBIT 21

# I N V O I C E

A&E Court Reporters
515 South Flower Street
Suite 3600
Los Angeles, CA  90071
Phone:213.955.0070  Fax:213.955.0077

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 293135 | 11/5/2010 | 293639 |
| Job Date | Case No. | |
| 10/26/2010 | CV 04-9049 DOC (RNBX) | |
| Case Name | | |
| Mattel, Inc. v. MGA Entertainment, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Lynn Hall
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
SAN FRANCISCO, CA  94105

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Deposition of Patrick Potgiesser      1,709.80

**TOTAL DUE >>>**     **$1,709.80**

Ordered By     :    Anthony A. De Corso
                   Orrick, Herrington & Sutcliffe LLP
                   777 South Figueroa Street
                   Suite 3200
                   Los Angeles, CA 90017

10EM101

MC/VISA/DISCOVER/AMEX ACCEPTED @ 3% CHARGE

(-) Payments/Credits:     0.00
(+) Finance Charges/Debits:     25.65
(=) New Balance:     **$1,735.45**

**Tax ID:** 95-4638913

*Please detach bottom portion and return with payment.*

Lynn Hall
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
SAN FRANCISCO, CA  94105

Invoice No.     :    293135
Invoice Date     :    11/5/2010
**Total Due**     :    **$1,735.45**

Remit To:    **A&E Court Reporters**
            **515 South Flower Street**
            **Suite 3600**
            **Los Angeles, CA  90071**

Job No.     :    293639
BU ID     :    1-MAIN
Case No.     :    CV 04-9049 DOC (RNBX)
Case Name     :    Mattel, Inc. v. MGA Entertainment, Inc.