# EXHIBIT 22

# I N V O I C E

A&E Court Reporters
515 South Flower Street
Suite 3600
Los Angeles, CA  90071
Phone:213.955.0070  Fax:213.955.0077

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 293428 | 1/7/2011 | 293934 |
| Job Date | Case No. | |
| 12/30/2010 | CV 04-9049 DOC (RNBX) | |
| Case Name | | |
| Mattel, Inc. v. MGA Entertainment, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Lynn Hall
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
SAN FRANCISCO, CA  94105

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Deposition of Ronald Brawer, Volume I                                                 1,845.10

**TOTAL DUE >>>**   $1,845.10

Ordered By   :   William A. Molinski, Esq.
                 Orrick, Herrington & Sutcliffe LLP
                 777 South Figueroa Street
                 Suite 3200
                 Los Angeles, CA 90017

10AE1010-PP

MC/VISA/DISCOVER/AMEX ACCEPTED @ 3% CHARGE

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   27.68
(=) New Balance:   $1,872.78

**Tax ID:** 95-4638913

*Please detach bottom portion and return with payment.*

Lynn Hall
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
SAN FRANCISCO, CA  94105

Invoice No.   :   293428
Invoice Date  :   1/7/2011
**Total Due**   :   **$1,872.78**

Job No.       :   293934
BU ID         :   1-MAIN
Case No.      :   CV 04-9049 DOC (RNBX)
Case Name     :   Mattel, Inc. v. MGA Entertainment, Inc.

Remit To:   **A&E Court Reporters**
            **515 South Flower Street**
            **Suite 3600**
            **Los Angeles, CA  90071**

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                     **Exhibit 22 - Page 573**