# EXHIBIT 23

# I N V O I C E

A&E Court Reporters  
515 South Flower Street  
Suite 3600  
Los Angeles, CA  90071  
Phone:213.955.0070  Fax:213.955.0077

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 293545 | 2/15/2011 | 294103 |
| **Job Date** | **Case No.** | |
| 1/29/2011 | CV 04-9049 DOC (RNBX) | |
| **Case Name** | | |
| Mattel, Inc. v. MGA Entertainment, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Lynn Hall  
ORRICK, HERRINGTON & SUTCLIFFE LLP  
405 Howard Street  
SAN FRANCISCO, CA  94105

1 CERTIFIED COPY OF TRANSCRIPT OF:  
    Deposition of Janice L. Foti                                                         1,198.85

**TOTAL DUE >>>**          **$1,198.85**

Ordered By   :   William A. Molinski, Esq.  
                     Orrick, Herrington & Sutcliffe LLP  
                     777 South Figueroa Street  
                     Suite 3200  
                     Los Angeles, CA 90017

11AE049-PP

MC/VISA/DISCOVER/AMEX ACCEPTED @ 3% CHARGE

(-) Payments/Credits:      0.00  
(+) Finance Charges/Debits:      17.98  
(=) New Balance:      **$1,216.83**

**Tax ID:** 95-4638913

*Please detach bottom portion and return with payment.*

Lynn Hall  
ORRICK, HERRINGTON & SUTCLIFFE LLP  
405 Howard Street  
SAN FRANCISCO, CA  94105

Invoice No.   :   293545  
Invoice Date  :   2/15/2011  
**Total Due**   :   **$1,216.83**

Job No.       :   294103  
BU ID         :   1-MAIN  
Case No.      :   CV 04-9049 DOC (RNBX)  
Case Name     :   Mattel, Inc. v. MGA Entertainment, Inc.

Remit To:   **A&E Court Reporters**  
            **515 South Flower Street**  
            **Suite 3600**  
            **Los Angeles, CA  90071**

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**      **Exhibit 23 - Page 574**