# EXHIBIT 24

# I N V O I C E

A&E Court Reporters
515 South Flower Street
Suite 3600
Los Angeles, CA  90071
Phone:213.955.0070  Fax:213.955.0077

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 293590 | 2/28/2011 | 294178 |
| **Job Date** | **Case No.** | |
| 2/11/2011 | CV 04-9049 DOC (RNBX) | |
| **Case Name** | | |
| Mattel, Inc. v. MGA Entertainment, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Lynn Hall
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
SAN FRANCISCO, CA  94105

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Deposition of Yahuda Bassok, Ph.D., Volume II      1,583.34

**TOTAL DUE  >>>**  $1,583.34

Ordered By   :   William A. Molinski, Esq.
    Orrick, Herrington & Sutcliffe LLP
    777 South Figueroa Street
    Suite 3200
    Los Angeles, CA 90017

11AE074-PP

MC/VISA/DISCOVER/AMEX ACCEPTED @ 3% CHARGE

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   23.75
(=) New Balance:   $1,607.09

**Tax ID:** 95-4638913

Please detach bottom portion and return with payment.

Lynn Hall
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
SAN FRANCISCO, CA  94105

Invoice No.   :   293590
Invoice Date   :   2/28/2011
**Total Due**   :   **$1,607.09**

Job No.   :   294178
BU ID   :   1-MAIN
Case No.   :   CV 04-9049 DOC (RNBX)
Case Name   :   Mattel, Inc. v. MGA Entertainment, Inc.

Remit To:   **A&E Court Reporters**
    **515 South Flower Street**
    **Suite 3600**
    **Los Angeles, CA  90071**