# EXHIBIT 25

# I N V O I C E

A&E Court Reporters
515 South Flower Street
Suite 3600
Los Angeles, CA 90071
Phone:213.955.0070  Fax:213.955.0077

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 293637 | 3/1/2011 | 294202 |
| Job Date | Case No. | |
| 2/14/2011 | CV 04-9049 DOC (RNBX) | |

| Case Name |
|---|
| Mattel, Inc. v. MGA Entertainment, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Lynn Hall
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
SAN FRANCISCO, CA  94105

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Deposition of Steven James Olson     1,201.43

**TOTAL DUE >>>**    **$1,201.43**

Ordered By  :  William A. Molinski, Esq.
    Orrick, Herrington & Sutcliffe LLP
    777 South Figueroa Street
    Suite 3200
    Los Angeles, CA 90017

11AE084-PP

MC/VISA/DISCOVER/AMEX ACCEPTED @ 3% CHARGE

(-) Payments/Credits:    0.00
(+) Finance Charges/Debits:    18.02
(=) New Balance:    **$1,219.45**

**Tax ID:** 95-4638913

*Please detach bottom portion and return with payment.*

Lynn Hall
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
SAN FRANCISCO, CA  94105

Invoice No.  :  293637
Invoice Date  :  3/1/2011
**Total Due**  :  **$1,219.45**

Job No.  :  294202
BU ID  :  1-MAIN
Case No.  :  CV 04-9049 DOC (RNBX)
Case Name  :  Mattel, Inc. v. MGA Entertainment, Inc.

Remit To:    **A&E Court Reporters**
    **515 South Flower Street**
    **Suite 3600**
    **Los Angeles, CA  90071**

CONFIDENTIAL - ATTORNEYS' EYES ONLY      Exhibit 25 - Page 576