# EXHIBIT 26

# I N V O I C E

A&E Court Reporters  
515 South Flower Street  
Suite 3600  
Los Angeles, CA  90071  
Phone:213.955.0070  Fax:213.955.0077

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 293629 | 3/9/2011 | 294255 |
| **Job Date** | **Case No.** | |
| 2/26/2011 | CV 04-9049 DOC (RNBX) | |
| **Case Name** | | |
| Mattel, Inc. v. MGA Entertainment, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Lynn Hall  
ORRICK, HERRINGTON & SUTCLIFFE LLP  
405 Howard Street  
SAN FRANCISCO, CA  94105

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Deposition of Jorge Castilla, Volume II                            1,326.77

**TOTAL DUE >>>**     **$1,326.77**

Ordered By   :   William A. Molinski, Esq.  
                      Orrick, Herrington & Sutcliffe LLP  
                      777 South Figueroa Street  
                      Suite 3200  
                      Los Angeles, CA 90017

11AE099-MH

MC/VISA/DISCOVER/AMEX ACCEPTED @ 3% CHARGE

(-) Payments/Credits:      0.00  
(+) Finance Charges/Debits:      19.90  
(=) New Balance:      **$1,346.67**

**Tax ID:** 95-4638913

*Please detach bottom portion and return with payment.*

Lynn Hall  
ORRICK, HERRINGTON & SUTCLIFFE LLP  
405 Howard Street  
SAN FRANCISCO, CA  94105

Invoice No.    :   293629  
Invoice Date  :   3/9/2011  
**Total Due**     :   **$1,346.67**

Job No.     :   294255  
BU ID       :   1-MAIN  
Case No.    :   CV 04-9049 DOC (RNBX)  
Case Name :   Mattel, Inc. v. MGA Entertainment, Inc.

Remit To:   **A&E Court Reporters**  
                **515 South Flower Street**  
                **Suite 3600**  
                **Los Angeles, CA  90071**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                        Exhibit 26 - Page 577