# EXHIBIT 27

# I N V O I C E

A&E Court Reporters
515 South Flower Street
Suite 3600
Los Angeles, CA  90071
Phone:213.955.0070  Fax:213.955.0077

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 293587 | 3/25/2011 | 294172 |
| **Job Date** | **Case No.** | |
| 2/8/2011 | CV 04-9049 DOC (RNBX) | |
| **Case Name** | | |
| Mattel, Inc. v. MGA Entertainment, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Lynn Hall
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
SAN FRANCISCO, CA  94105

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Deposition of James E. Malackowski, Volume II      1,971.45

**TOTAL DUE  >>>**     **$1,971.45**

Ordered By    :   Mark P. Wine, Esq.
               Orrick, Herrington & Sutcliffe, LLP
               4 Park Plaza
               Suite 1600
               Irvine, CA 92614

11AE070-PP

MC/VISA/DISCOVER/AMEX ACCEPTED @ 3% CHARGE

(-) Payments/Credits:     0.00
(+) Finance Charges/Debits:     29.57
(=) New Balance:     **$2,001.02**

**Tax ID:** 95-4638913

*Please detach bottom portion and return with payment.*

Lynn Hall
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
SAN FRANCISCO, CA  94105

Invoice No.   :   293587
Invoice Date  :   3/25/2011
**Total Due**    :   **$2,001.02**

Job No.     :   294172
BU ID       :   1-MAIN
Case No.    :   CV 04-9049 DOC (RNBX)
Case Name   :   Mattel, Inc. v. MGA Entertainment, Inc.

Remit To:   **A&E Court Reporters**
          **515 South Flower Street**
          **Suite 3600**
          **Los Angeles, CA  90071**