# EXHIBIT 28

# I N V O I C E

A&E Court Reporters
515 South Flower Street
Suite 3600
Los Angeles, CA  90071
Phone:213.955.0070  Fax:213.955.0077

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 293800 | 4/1/2011 | 294497 |
| Job Date | Case No. | |
| 3/30/2011 | CV 04-9049 DOC (RNBX) | |
| Case Name | | |
| Mattel, Inc. v. MGA Entertainment, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Lynn Hall
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
SAN FRANCISCO, CA  94105

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Deposition of Jorge Castilla, Volume III         945.39

**TOTAL DUE >>>**     **$945.39**

Ordered By  :  Frank D. Rorie, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017

11AE200-MH

MC/VISA/DISCOVER/AMEX ACCEPTED @ 3% CHARGE

(-) Payments/Credits:     0.00
(+) Finance Charges/Debits:     14.18
(=) New Balance:     **$959.57**

**Tax ID:** 95-4638913

*Please detach bottom portion and return with payment.*

Lynn Hall
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
SAN FRANCISCO, CA  94105

Invoice No.   :   293800
Invoice Date  :   4/1/2011
**Total Due**  :   **$959.57**

Remit To: **A&E Court Reporters**
**515 South Flower Street**
**Suite 3600**
**Los Angeles, CA  90071**

Job No.     :   294497
BU ID       :   1-MAIN
Case No.    :   CV 04-9049 DOC (RNBX)
Case Name   :   Mattel, Inc. v. MGA Entertainment, Inc.

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                           **Exhibit 28 - Page 579**