# EXHIBIT 29



**First Legal**
**San Francisco Legal Support**
SAN FRANCISCO LEGAL SUPPORT
TAX ID# 20-2513585

Mail Payments to:
San Francisco Legal Support
P. O. Box 34268
Los Angeles, CA 90034

### invoice

| INVOICE NO. | CUSTOMER |
|---|---|
| 76206 | 70075 |// 
| INVOICE DATE | INV. AMOUNT |
| 3/31/11 | 2,761.30 |

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: PARVEEN WADIA
1000 MARSH RD
MENLO PARK, CA 94025

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| CUSTOMER | INVOICE | PERIOD END | AMOUNT | PAGE | |
|---|---|---|---|---|---|
| 70075 | 76206 | 3/31/11 | 2,761.30 | 1 | SAN FRANCISCO LEGAL |

| 3/08/11 | 8045138 | FNP | ORRICK HERRINGTON & SUTCLIFFE LLP<br>1000 MARSH RD<br>MENLO PARK    CA 94025<br>Caller: Abby Ako-Nai<br>CaseNo: CV-04-9049<br>CaseNme: BRYANT V. MATTEL<br>Docs: SUB TO APPEAR<br>Info: CLEINT WOULD LIKE<br>Signed: PERSONAL | TYLER BRADLEY<br>911 BEVINGTON<br>ATLANTA       GA 30328<br>Comment: 2 ADDRESSES<br><br>Ref: 22161-2006 | Base Chg   : 225.00<br>PDF/Ovrnte:   25.00<br>Atmp/Addr :   22.00<br>Adv Fees   : 2263.00<br>Check Chg :  226.30 | 2,761.30 |
|---|---|---|---|---|---|---|
| PROCESS-FORWARD NEXT DAY | | | | | | |

Invoice Amount:     498.30
Fees Advanced:   2,263.00
Total Amount Due:   2,761.30

Please pay→  2,761.30

**INVOICE PAYMENT DUE UPON RECEIPT**

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                    Exhibit 29 - Page 580