# EXHIBIT 30

# INVOICE

**Veritext San Francisco Reporting Co.**
**A Veritext Company**
225 Bush Street Suite 1600
San Francisco, CA 94104
Tel. 866.299.5127  Fax. 213-623-5007

*Dept. 1910*
*C279116*

*APR 2 6 2011*

**Bill To:** Rosa Colorado
MGA
16380 Roscoe Blvd.
Van Nuys, CA 91406

**Invoice #:** SF84789
**Invoice Date:** 04/15/2011
**Balance Due:** $ 807.00

**Case:** Carter Bryant (phase 2) v. Mattel
**Job #:** 71587  |  **Job Date:** 03/01/2011  |  **Delivery:** Daily
**Billing Atty:** Rosa Colorado
**Location:** Orrick Herrington - Satellite Office
404 West Fourth Street | Suite D | Santa Ana, CA 92701

**Client Billing Matter#:** 22161-2006

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Robert Eckert | Video Services | Hour | 4.00 | $175.00 | $700.00 |
| 2 | | Attendance - Night | 1 | 2.00 | $50.00 | $100.00 |
| 3 | | Expenses - parking fees | | 1.00 | $7.00 | $7.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $807.00 |
| **Payment:** | |
| **Credit:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $807.00 |

Fed. Tax ID: 20-3132569          Term: Net 30

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

*Please tear off stub and return with payment.*

Make check payable to: **Veritext**
☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** SF84789
**Job #:** 71587
**Invoice Date:** 04/15/2011
**Balance:** $807.00

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    Exhibit 30 - Page 581