# EXHIBIT 31

# INVOICE

APR 2 6 2011

**Veritext San Francisco Reporting Co.**
**A Veritext Company**
225 Bush Street Suite 1600
San Francisco, CA 94104
Tel. 866.299.5127  Fax. 213-623-5007

Dept. 1910
GL 79116

**Bill To:** Rosa Colorado
MGA
16380 Roscoe Blvd.
Van Nuys, CA 91406

**Invoice #:** SF84792
**Invoice Date:** 04/15/2011
**Balance Due:** $ 987.50

**Case:** Carter Bryant (phase 2) v. Mattel
**Job #:** 72697  |  **Job Date:** 03/19/2011  |  **Delivery:** Daily
**Billing Atty:** Rosa Colorado
**Location:** Orrick Herrington - Satellite Office
404 West Fourth Street | Suite D | Santa Ana, CA 92701

**Client Billing Matter#:** 22161-2006

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Michael Moore | Video Services | Hour | 4.50 | $175.00 | $787.50 |
| 2 | | Attendance-Weekend | 1 | 1.00 | $200.00 | $200.00 |

**Notes:**

| | | |
|---|---|---|
| | Invoice Total: | $987.50 |
| | Payment: | |
| | Credit: | |
| | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | Balance Due: $987.50 |

**TERMS** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

---

Make check payable to: **Veritext**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #                                    Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** SF84792
**Job #:** 72697
**Invoice Date:** 04/15/2011
**Balance:** $987.50

Please remit payment to:
**3090 Bristol Street, Suite 190**
**Costa Mesa, California 92626**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                Exhibit 31 - Page 582