# EXHIBIT 32

# INVOICE

**Veritext San Francisco Reporting Co.**
A Veritext Company
225 Bush Street Suite 1600
San Francisco, CA 94104
Tel. 866.299.5127  Fax. 213-623-5007

MAY - 9 2011

**Bill To:** Rosa Colorado
MGA
16380 Roscoe Blvd.
Van Nuys, CA 91406

**Invoice #:** SF85728
**Invoice Date:** 04/29/2011
**Balance Due:** $ 1,225.00

| | |
|---|---|
| **Case:** | Carter Bryant (phase 2) v. Mattel |
| **Job #:** | 73520  \|  Job Date: 03/30/2011  \|  Delivery: Daily |
| **Billing Atty:** | Rosa Colorado |
| **Location:** | Huseby Court Reporting<br>1230 Peachtree Street \| Promenade II, 19th Floor \| Atlanta, GA 3030 |

**Client Billing Matter#:**

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Tyler Bradley | Attendance - Cancellation | | 1.00 | $225.00 | $225.00 |
| 2 | | Videoconferencing | | 4.00 | $250.00 | $1,000.00 |

**Notes:** Videoconferencing cancellation - reserved 4 hours

**Invoice Total:** $1,225.00
**Payment:**
**Credit:**
**Interest:** $0.00
**Balance Due:** $1,225.00

Fed. Tax ID 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Please tear off stub and return with payment.

Make check payable to: **Veritext**
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

**Invoice #:** SF85728
**Job #:** 73520
**Invoice Date:** 04/29/2011
**Balance :** $1,225.00

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

Please remit payment to:
3090 Bristol Street, Suite 190
Costa Mesa, California 92626

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**          Exhibit 32 - Page 583