# EXHIBIT 33

 **EED, a DTI Company**

# INVOICE

Invoice Number: 585226

Invoice Date: 04/30/11





Bill To:
MGA Entertainment
16830 Roscoe Boulevard
Van Nuys, CA  91406
Jeanine Pisoni

Ship To:
MGA Entertainment
16830 Roscoe Boulevard
Van Nuys, CA  91406

| | |
|---|---|
| Customer ID | 26957 |
| Terms | Net 30 Days |
| SalesPerson | EED HSE |
| SalesPerson 2 | |
| Cust. P.O. | |

| | |
|---|---|
| Job No. | |
| ESI Project No. | 6055-01 |
| Client / Matter No. | MGA Entertainment |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | Monthly Hosting | 1,000.00 | 1,000.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,000.00 |
| Total Sales Tax: | 0.00 |
| Total: | 1,000.00 |

Accepted By: _____

**Remit To:** EED, a DTI Company
P.O. Box 935151
Atlanta, GA  31193-5151

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**      Exhibit 33 - Page 584