# EXHIBIT 34

**EED, a DTI Company**



# INVOICE

Invoice Number: 585227

Invoice Date: 04/30/11

MAY 1 6 2011

Bill To:
MGA Entertainment
16830 Roscoe Boulevard
Van Nuys, CA  91406
Jeanine Pisoni

Ship To:
MGA Entertainment
16830 Roscoe Boulevard
Van Nuys, CA  91406

| | | |
|---|---|---|
| Customer ID | 26957 | Job No. |
| Terms | Net 30 Days | ESI Project No.    6055-02 |
| SalesPerson | EED HSE | Client / Matter No.   MGA Entertainment 2 |
| SalesPerson 2 | | |
| Cust. P.O. | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | Monthly Hosting | 1,000.00 | 1,000.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,000.00 |
| Total Sales Tax: | 0.00 |
| Total: | 1,000.00 |

Accepted By: _____

**Remit To:** EED, a DTI Company
P.O. Box 935151
Atlanta, GA  31193-5151

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 34 - Page 585**