# EXHIBIT 35



**EED, a DTI Company**

# INVOICE

Invoice Number: 590546

Invoice Date: 05/31/11

JUN 1 4 2011

Bill To:
MGA Entertainment
16830 Roscoe Boulevard
Van Nuys, CA  91406
Jeanine Pisoni

Ship To:
MGA Entertainment
16830 Roscoe Boulevard
Van Nuys, CA  91406

Customer ID   26957
Terms         Net 30 Days
SalesPerson   EED HSE
SalesPerson 2
Cust. P.O.

Job No.
ESI Project No.        6055-01
Client / Matter No.    MGA Entertainment

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 1 | Monthly Hosting | 1,000.00 | 1,000.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 1,000.00 |
| Total Sales Tax: | 0.00 |
| Total: | 1,000.00 |

Accepted By: _____

**Remit To:** EED, a DTI Company
P.O. Box 935151
Atlanta, GA  31193-5151

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 35 - Page 586