# EXHIBIT 37



*MGA v. Mattel and consolidated actions, CA No. 04-CV-09049*

## BILLING FOR PROFESSIONAL SERVICES

Invoice Date:		April 30, 2011

Invoice No.:		MGA-12-01-010/4

To:			Jeanine M. Pisoni
			MGA Entertainment, Inc.
			Senior Vice President, General Counsel
			MGA Entertainment, Inc.
			16380 Roscoe Blvd., Suite 102
			Van Nuys, CA 91406

RE:	MGA v. Mattel and consolidated actions
	C.A. No. 04-CV-09049

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬ April 1, 2011                                     $137,715

through April 30, 2011

▬▬▬▬▬▬▬▬▬▬▬▬                                                    $14,080

**Total**                                                        **$151,795**

*Please remit payment to:*
Ocean Tomo, LLC
Accounts Receivable
200 W. Madison, 37th Floor
Chicago, IL 60606
▬▬▬▬▬▬▬▬▬

**Incoming ACH/Wire Instructions  (Please Note This is New Wire Instructions)**
*Send Wires to:*
**First Midwest Bank**
**ABA/Routing #** ▬▬▬▬▬
One Pierce Place
Ste 1500 Itasca, IL 60413 USA
*For Credit to:*
**Ocean Tomo, LLC**
▬▬▬▬▬ ▬▬▬▬

*Payment Terms:  Net 60 days*

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                          Exhibit 37 - Page 588



*MGA v. Mattel and consolidated actions, CA No. 04-CV-09049*

**SUMMARY OF PROFESSIONAL TIME**

| Professional | Rate | Hours | Total |
|---|---|---|---|
| ▉ | $595 | 68.0 | $40,460 |
| ▉ | $425 | 82.0 | 34,850 |
| ▉ | $325 | 66.5 | 21,612 |
| ▉ | $285 | 44.5 | 12,682 |
| ▉ | $175 | 41.5 | 7,262 |
| ▉ | $175 | 22.5 | 3,937 |
| ▉ | $165 | 69.0 | 11,385 |
| ▉ | $165 | 33.5 | 5,527 |
| Total Professional Fees | | | $137,715 |



| | |
|---|---|
| ▉ | $7,576 |
| ▉ | 4,279 |
| ▉ | 1,484 |
| ▉ | 741 |
| ▉ | $14,080 |



*MGA v. Mattel and consolidated actions, CA No. 04-CV-09049*

**DETAIL OF PROFESSIONAL TIME**

