# EXHIBIT 38



*MGA v. Mattel and consolidated actions, CA No. 04-CV-09049*

**BILLING FOR PROFESSIONAL SERVICES**

Invoice Date:         May 31, 2011

Invoice No.:          MGA-12-01-010/5

To:                   Jeanine M. Pisoni
                      MGA Entertainment, Inc.
                      Senior Vice President, General Counsel
                      16380 Roscoe Blvd., Suite 102
                      Van Nuys, CA 91406

RE:      MGA v. Mattel and consolidated actions
         C.A. No. 04-CV-09049

████████████████████████████

████████████████  May 1, 2011                                          $9,589

through May 31, 2011


Out-of-pocket expenses                                                  $0

**Total**                                                              **$9,589**


*Please remit payment to:*
Ocean Tomo, LLC
Accounts Receivable
200 W. Madison, 37ᵗʰ Floor
Chicago, IL 60606
████████████████

**Incoming ACH/Wire Instructions  (Please Note This is New Wire Instructions)**
*Send Wires to:*
**First Midwest Bank**
**ABA/Routing #**████████
One Pierce Place Ste 1500
Itasca, IL 60413 USA
*For Credit to:*
**Ocean Tomo, LLC**
████████████████

*Payment Terms:  Net 60 days*

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    **Exhibit 38 - Page 591**



*MGA v. Mattel and consolidated actions, CA No. 04-CV-09049*

**SUMMARY OF PROFESSIONAL TIME**

| Professional | Rate | Hours | Total |
|---|---|---|---|
| ███████████ | $595 | 4.0 | $2,380 |
| ████████ | $425 | 11.5 | 4,887 |
| ████████ | $325 | 3.5 | 1,137 |
| ████████ | $285 | 3.0 | 855 |
| ████████ | $165 | 2.0 | 330 |
| **Total Professional Fees** | | | $9,589 |



| | |
|---|---|
| | $0 |
| | $0 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    **Exhibit 38 - Page 592**



*MGA v. Mattel and consolidated actions, CA No. 04-CV-09049*

**DETAIL OF PROFESSIONAL TIME**



**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                     **Exhibit 38 - Page 593**