# EXHIBIT 39

**Copier Rental Inc.**
Sales, Service & Rentals — Since 1984

Copier Rental Inc.
7341 Garden Grove Blvd. #C
Garden Grove, CA 92841
Phone: (714) 898-7772   Fax:   (714) 898-7703

www.copierrentalinc.com

### Bill To

Orrick, Herrington & Sutcliffe LLP
Attn: Matthew Hewlett
405 Howard Street
San Francisco CA   94105
Attn:   Accounts Payable

# INVOICE

Invoice number: 7956
Invoice date: 05/04/2011
Payment terms: Net 30
Due date: 06/03/2011
Proposal number: 0503281-00
Ordered by: Matt Hewlett
Ref Group: Orrick, Harrington - (I
Purchase Order:
Billing period start date: 05/04/2011
Billing period end date: 06/03/2011
Meter billing period start date: 04/04/2011
Meter billing period end date: 05/03/2011

### Ship To

Office Buliding
404 West 4th St
Santa Ana CA   92701

| Description | Serial Number | Quantity | Unit Cost | Total |
|---|---|---|---|---|
| Sharp MX 5500N | 65002546 | 1 | $1,704.00 | $1,704.00 |

|   |   |
|---|---|
| Basic contract price: | $1,704.00 |
| Usage charge: |   |
| Additional charges: |   |
| Parts and Supplies: |   |
| Sub total: | $1,704.00 |
| Tax: |   |
| Total amount due: | $1,704.00 |

Please pay $1704.00 by 06/03/2011
Please Return A Copy Of The Invoice With Payment

A service charge or 1.5% per month will be added to all past due amounts. 30 days past due will result in service hold on equipment.
Thank You For Choosing Copier Rental Inc.

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                                                 Exhibit 39 - Page 594