# EXHIBIT 40

# Copier Rental Inc.
*Sales, Service & Rentals*   Since 1984

Copier Rental Inc.
7341 Garden Grove Blvd. #C
Garden Grove, CA 92841
Phone: (714) 898-7772   Fax:   (714) 898-7703

www.copierrentalinc.com

## INVOICE

| | |
|---|---|
| Invoice number: | 8277 |
| Invoice date: | 06/04/2011 |
| Payment terms: | Net 30 |
| Due date: | 07/04/2011 |
| Proposal number: | 0503281-00 |
| Ordered by: | Matt Hewlett |
| Ref Group: | Orrick, Harrington - ( |
| Purchase Order: | |
| Billing period start date: | 06/04/2011 |
| Billing period end date: | 07/03/2011 |
| Meter billing period start date: | 05/04/2011 |
| Meter billing period end date: | 06/03/2011 |

### Bill To
Orrick, Herrington & Sutcliffe LLP
Attn: Matthew Hewlett
405 Howard Street
San Francisco CA   94105
Attn:   Accounts Payable

### Ship To
Office Buliding
404 West 4th St
Santa Ana CA   92701

| Description | Serial Number | Quantity | Unit Cost | Total |
|---|---|---|---|---|
| Sharp MX 5500N | 65002546 | 1 | $1,704.00 | $1,704.00 |

| | |
|---|---|
| Basic contract price: | $1,704.00 |
| Usage charge: | |
| Additional charges: | |
| Parts and Supplies: | |
| Sub total: | $1,704.00 |
| Tax: | |
| Total amount due: | $1,704.00 |



Please pay $1704.00 by 07/04/2011
Please Return A Copy Of The Invoice With Payment

A service charge or 1.5% per month will be added to all past due amounts. 30 days past due will result in service hold on equipment.
Thank You For Choosing Copier Rental Inc.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      Exhibit 40 - Page 595