# EXHIBIT 41



**2372 Morse Avenue**
**Irvine Ca, 92614**
**P:949.756.1001  F:949.756.8464**
**workorder@sabp.com**
**www.sabp.com**

| DATE | INVOICE # |
|------|-----------|
| 5/6/2011 | 186564 |

| CUSTOMER NAME | SHIP TO |
|---------------|---------|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 MARSH ROAD<br>MENLO PARK, CA 94025-1015 | 777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA  90017-5855 |

| CLIENT MATTER | ATTENTION: |
|---------------|------------|
| 22161-2006 POST TRIAL | MANU SALAS |

| P.O. | ACCOUNT EXECUTIVE | ORDER DATE | TERMS | PAYMENT DUE |
|------|-------------------|-----------|-------|-------------|
|  | MICHAEL TRAN | 5/6/2011 | Net 30 | 6/5/2011 |

| Item | Qnty | Description | Unit price | Amount |
|------|------|-------------|-----------|--------|
| EBS<br>LABOR | 26,000<br>45 | EBS<br>Hourly Labor Rate * REDACTING, DOC COMPILING<br><br><br>MATTER:<br><br>EXHIBITS FOR SHULTZ DECL. | 0.02<br>55.00 | 520.00<br>2,475.00 |

**DBE and WBE Certified**
**Thank you and we appreciate your business !**

███████████

ADDITIONAL TERMS:
Unpaid invoices will accrue interest at the rate of 0.75% per month until
paid in full. All costs of collection of this invoice, including ,but not limited
to reasonable attorney fees and costs, shall be recoverable

| | |
|---|---|
| Subtotal | $2,995.00 |
| Sales Tax (8.75%) | $0.00 |
| Total | $2,995.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$2,995.00** |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 41 - Page 596**