# EXHIBIT 42



**2372 Morse Avenue**
Irvine Ca, 92614
P:949.756.1001  F:949.756.8464
workorder@sabp.com
www.sabp.com

| DATE | INVOICE # |
|---|---|
| 5/17/2011 | 186699 |

| CUSTOMER NAME | SHIP TO |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 MARSH ROAD<br>MENLO PARK, CA 94025-1015 | Keller Rackauckas LLP<br>18500 Von Karman Ave # 560<br>Irvine, CA 92612-0540<br>(949) 476-8700 |

| CLIENT MATTER | ATTENTION: |
|---|---|
| 22161-2006 MGA FEE'S | LYNN HALL |

| P.O. | ACCOUNT EXECUTIVE | ORDER DATE | TERMS | PAYMENT DUE |
|---|---|---|---|---|
|  | MICHAEL TRAN | 5/17/2011 | Net 30 | 6/16/2011 |

| Item | Qnty | Description | Unit price | Amount |
|---|---|---|---|---|
| FILE PRINTS | 240 | FILE PRINTS | 0.11 | 26.40 |
| FILE PRINTCOLOR | 3,104 | FILE PRINT-COLOR | 0.55 | 1,707.20 |
| Tabs-Custom | 216 | Custom Tabs | 0.30 | 64.80 |
| Binders 4" | 6 | 4" Binders | 13.75 | 82.50 |

DBE and WBE Certified
Thank you and we appreciate your business !

| | |
|---|---|
| Subtotal | $1,880.90 |
| Sales Tax (8.75%) | $164.58 |
| Total | $2,045.48 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$2,045.48** |

ADDITIONAL TERMS:
Unpaid invoices will accrue interest at the rate of 0.75% per month until
 paid in full. All costs of collection of this invoice, including ,but not limited
to reasonable attorney fees and costs, shall be recoverable