# EXHIBIT 43



**2372 Morse Avenue**
Irvine Ca, 92614
P:949.756.1001  F:949.756.8464
workorder@sabp.com
www.sabp.com

| DATE | INVOICE # |
|---|---|
| 5/17/2011 | 186700 |

| CUSTOMER NAME | SHIP TO |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 MARSH ROAD<br>MENLO PARK, CA 94025-1015 | Orrick, Herrington & Sutcliffe LLP<br>4 PARK PLAZA, SUITE 1600<br>IRVINE, CA 92614 |

| CLIENT MATTER | ATTENTION: |
|---|---|
| 22161-2006 POST TRIAL | MANU SALAS |

| P.O. | ACCOUNT EXECUTIVE | ORDER DATE | TERMS | PAYMENT DUE |
|---|---|---|---|---|
|  | MICHAEL TRAN | 5/12/2011 | Net 30 | 6/16/2011 |

| Item | Qnty | Description | Unit price | Amount |
|---|---|---|---|---|
| FILE PRINTCOLOR | 31,625 | FILE PRINT-COLOR | 0.55 | 17,393.75 |
| Tabs-Custom | 940 | Custom Tabs | 0.30 | 282.00 |
| Binders 4" | 42 | 4" Binders | 13.75 | 577.50 |
| LABOR | 88 | Hourly Labor Rate *<br>* REDACTING, HIGH LIGHTING DOCUMENTS, DATA ENTRY, OVER THE COURSE OF 1 WEEK. | 55.00 | 4,840.00 |
| Scan-Color 8.5 x 11 | 777 | Scan Color 8.5 X 11 - 14 | 0.55 | 427.35 |
| OCR Single Engine | 7,806 | OCR Single Engine | 0.03 | 234.18 |
| Misc. item | 25 | CUSTOM LABELS<br><br>MATTER:<br><br>ATTORNEY BILLING RECORDS<br>POST TRIAL - PURSUANT TO ORDER | 1.50 | 37.50 |

DBE and WBE Certified
Thank you and we appreciate your business !

| | |
|---|---|
| Subtotal | $23792.28 |
| Sales Tax (8.75%) | $1,600.44 |
| Total | $25,392.72 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$25,392.72** |

ADDITIONAL TERMS:
Unpaid invoices will accrue interest at the rate of 0.75% per month until paid in full. All costs of collection of this invoice, including ,but not limited to reasonable attorney fees and costs, shall be recoverable

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    Exhibit 43 - Page 598