# EXHIBIT 44



**2372 Morse Avenue**
Irvine Ca, 92614
P:949.756.1001  F:949.756.8464
workorder@sabp.com
www.sabp.com

| DATE | INVOICE # |
|---|---|
| 5/23/2011 | 186779 |

| CUSTOMER NAME | SHIP TO |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 MARSH ROAD<br>MENLO PARK, CA 94025-1015 | Orrick, Herrington & Sutcliffe LLP<br>4 PARK PLAZA, SUITE 1600<br>IRVINE, CA 92614 |

| CLIENT MATTER | ATTENTION: |
|---|---|
| 22161-2006 HEARING BINDERS | MANU SALAS |

| P.O. | ACCOUNT EXECUTIVE | ORDER DATE | TERMS | PAYMENT DUE |
|---|---|---|---|---|
| | MICHAEL TRAN | 5/23/2011 | Net 30 | 6/22/2011 |

| Item | Qnty | Description | Unit price | Amount |
|---|---|---|---|---|
| FILE PRINTS | 18,568 | FILE PRINTS | 0.11 | 2,042.48 |
| FILE PRINTCOLOR | 11,285 | FILE PRINT-COLOR | 0.55 | 6,206.75 |
| Tabs-Custom | 559 | Custom Tabs | 0.30 | 167.70 |
| Binders 4" | 48 | 4" Binders | 13.75 | 660.00 |

DBE and WBE Certified
Thank you and we appreciate your business !

| | |
|---|---|
| Subtotal | $9,076.93 |
| Sales Tax (8.75%) | $794.23 |
| Total | $9,871.16 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$9,871.16** |

ADDITIONAL TERMS:
Unpaid invoices will accrue interest at the rate of 0.75% per month until paid in full. All costs of collection of this invoice, including ,but not limited to reasonable attorney fees and costs, shall be recoverable