# EXHIBIT 45



**SABP REPROGRAPHICS**

2372 Morse Avenue
Irvine Ca, 92614
P:949.756.1001   F:949.756.8464
workorder@sabp.com
www.sabp.com

| DATE | INVOICE # |
|---|---|
| 5/23/2011 | 186789 |

| CUSTOMER NAME | SHIP TO |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 MARSH ROAD<br>MENLO PARK, CA 94025-1015 | SASO<br>SANTA ANA, CA |

| CLIENT MATTER | ATTENTION: |
|---|---|
| 22161-2006-MAY 24 HEARING | MANU SALAS |

| P.O. | ACCOUNT EXECUTIVE | ORDER DATE | TERMS | PAYMENT DUE |
|---|---|---|---|---|
|  | MICHAEL TRAN | 5/23/2011 | Net 30 | 6/22/2011 |

| Item | Qnty | Description | Unit price | Amount |
|---|---|---|---|---|
| FILE PRINTS | 3,944 | FILE PRINTS | 0.11 | 433.84 |
| FILE PRINTCOLOR | 2,870 | FILE PRINT-COLOR | 0.55 | 1,578.50 |
| Tabs-Custom | 155 | Custom Tabs | 0.30 | 46.50 |
| Binder 3" | 2 | 3" Binders | 9.25 | 18.50 |
| Binders 5" | 5 | 5 " Binders | 32.00 | 160.00 |
| LABELS | 11 | SPECIAL LABELS | 1.50 | 16.50 |

DBE and WBE Certified
Thank you and we appreciate your business !

| | |
|---|---|
| Subtotal | $2,253.84 |
| Sales Tax (8.75%) | $197.21 |
| Total | $2,451.05 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$2,451.05** |

ADDITIONAL TERMS:
Unpaid invoices will accrue interest at the rate of 0.75% per month until paid in full. All costs of collection of this invoice, including ,but not limited to reasonable attorney fees and costs, shall be recoverable

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                  Exhibit 45 - Page 600