# EXHIBIT 46

Hon. James L. Smith (Ret.)
JAMS
500 N. State College Blvd.
Suite 600
Orange, CA  92868
Telephone: (714) 939-1300
Fax: (714) 939-8710

MAY 1 1 2011

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC. A Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., A California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER RE COMPENSATION FOR COURT-APPOINTED E-DISCOVERY CONSULTANT**<br><br>(May 11, 2011) |

The undersigned having been appointed Special Master to hear and submit reports and recommendations to the Court regarding electronic discovery issues hereby submits the following Report and Recommendation.

1

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    Exhibit 46 - Page 601

## REPORT

Pursuant to stipulation of all parties the Court ordered (Order) the Special Master to retain an electronic discovery forensic consultant to serve as a neutral expert in this action pursuant to Federal Rules of Evidence § 706. The Special Master selected International Litigation Services (ILS) to serve in this capacity. The Order also provides the Special Master shall receive and review statements for services rendered by ILS and submit to the Court a report and recommendation regarding payment.

Attached hereto as "Exhibit A" are statements of ILS for services rendered during March and April, 2011, in the total amount of $17,030.00. The Special Master has reviewed these statements and finds the charges contained therein accurately reflect work done at the request of the Special Master pursuant to Court order(s), and the amount of such charges are reasonable. The Special Master will recommend the Court order payment of this amount by Mattel and MGA, each party to pay one-half of the total.

## RECOMMENDATION

The Report of Special Master contained herein is accepted and approved.

Mattel and MGA shall, within 10 days of this order, each pay to International Litigation Services (ILS) the following in compensation for services rendered by ILS in its capacity as Court-appointed electronic discovery forensic consultant:

Mattel:   $8,515.00

MGA:     $8,515.00

Date: May 11, 2011

James L. Smith
Discovery Referee

**IT IS SO ORDERED.**

Date: May _____, 2011

Hon. David O. Carter
Federal District Court Judge

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      Exhibit 46 - Page 602

# Exhibit A

3

May 11, 2011, REPORT AND RECOMMENDATION OF
SPECIAL MASTER RE CONSULTANT COMPENSATION

International Litigation Services, Inc.
65 Enterprise
Aliso Viejo, CA 92656

(888)313-4457

**ILS**

# Invoice

| DATE | INVOICE # |
|---|---|
| 05/03/2011 | 2605 |
| TERMS | DUE DATE |
| Net 10 | 05/03/2011 |

MAY 1 1 2011

**BILL TO**
JAMS
Attn: Judge James Smith

| Contact Name | Reference |
|---|---|
| Judge James Smith | Mattel vs. MGA Entertainment |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 04/30/2011 | Services provided for the month of April | | | |
| 04/30/2011 | Data Hosting fees for maintaining online access to the Brawer Data | 1 | 1,975.00 | 1,975.00 |
| 04/30/2011 | Data Hosting Fees for maintaining processed dataset from Archive One. Processed data size is over 67 GB of data | 67 | 95.00 | 6,365.00 |

Thank you for your Business.

| | TOTAL | $8,340.00 |
|---|---|---|

MGA SHARE
$ 4170.

All past due accounts will be subject to a service charge of 1.5% per month. (18% Annually)

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 46 - Page 604