# EXHIBIT 48

MGA Entertainment, Inc.                                                       June 10, 2011
16360 Roscoe Boulevard                                                    Client No. 22161
Van Nuys, CA 91406                                                     Invoice No. 1311206


Orrick Contact: Annette L. Hurst


FOR SERVICES RENDERED through May 31, 2011 in connection with
the matters described on the attached pages:                    $          880,620.20
    *LESS 15% CLIENT DISCOUNT*                                      *(132,093.03)*
SUBTOTAL                                                         $          748,527.17

DISBURSEMENTS as per attached pages:                                        13,952.09

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**  $      **762,479.26**

Matter(s):  22161/2006 – Phase 2 Defense

## DUE UPON RECEIPT


In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** <br> *ACH& Wire Transfers:* | **OVERNIGHT DELIVERY:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* <br> *Dept 34461* <br> *P.O. Box 39000* <br> *San Francisco, CA  94139* <br> *Reference: 22161/ Invoice: 1311206* | *Wells Fargo* <br> *420 Montgomery Street* <br> *San Francisco, CA  94104* <br> *Account of* <br> *Orrick, Herrington & Sutcliffe LLP* <br> *Account Number: 4123701088* <br> *Reference: 22161/ Invoice: 1311206* | *Orrick, Herrington & Sutcliffe LLP* <br> *c/o Wells Fargo Lockbox* <br> *Attn:  Dept 34461* <br> *3440 Walnut Avenue* <br> *Building A, Window H* <br> *Fremont, CA  94538* <br> *(213) 614-3248* <br> *Reference: 22161/ Invoice: 1311206* |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    **Exhibit 48 – Page 610**

MGA Entertainment, Inc.                                    June 10, 2011
16360 Roscoe Boulevard                                  Client No. 22161
Van Nuys, CA 91406                                    Invoice No. 1311206


Orrick Contact: Annette L. Hurst


For Legal Services Rendered Through May 31, 2011 in Connection With:

**Matter:  2006 - Phase 2 Defense**

| 12/07/10 | A.  Hurst | L250 | | 0.70 | 553.00 |
|---|---|---|---|---|---|
| 12/07/10 | A.  Hurst | L440 | | 0.50 | 395.00 |
| 12/07/10 | A.  Hurst | L250 | | 0.30 | 237.00 |
| 12/07/10 | A.  Hurst | L190 | | 1.00 | 790.00 |
| 12/07/10 | A.  Hurst | L190 | | 3.90 | 3,081.00 |
| 12/07/10 | A.  Hurst | L440 | | 0.30 | 237.00 |
| 12/07/10 | A.  Hurst | L250 | | 1.20 | 948.00 |
| 12/07/10 | A.  Hurst | L250 | | 1.00 | 790.00 |
| 12/15/10 | A.  Hurst | L190 | | 14.50 | 11,455.00 |
| 12/15/10 | A.  Hurst | L190 | | 3.80 | 3,002.00 |
| 12/16/10 | A.  Hurst | L190 | | 12.70 | 10,033.00 |

MGA Entertainment, Inc. - 22161
page 2

June 10, 2011
Invoice No. 1311206

| Date | Name | Code | | Hours | Amount |
|------|------|------|---|-------|--------|
| 04/22/11 | D. Boulankine | L440 | | 4.25 | 956.25 |
| 04/26/11 | D. Boulankine | L460 | | 0.25 | 56.25 |
| 04/28/11 | T. McConville | L460 | | 0.50 | 360.00 |
| 04/29/11 | T. McConville | L460 | | 1.00 | 720.00 |
| 05/01/11 | B. Baker | L460 | | 2.80 | 1,484.00 |
| 05/01/11 | A. Hurst | L460 | | 3.40 | 2,788.00 |
| 05/01/11 | L. Kieckhefer | L460 | | 5.70 | 3,021.00 |
| 05/01/11 | M. Palencia | L460 | | 9.50 | 2,042.50 |
| 05/01/11 | M. Phillips | L460 | | 2.00 | 1,060.00 |
| 05/01/11 | D. Rutowski | L460 | | 2.00 | 1,290.00 |
| 05/01/11 | M. Salas Jr. | L460 | | 8.00 | 1,840.00 |
| 05/02/11 | K. Baumann | L460 | | 6.00 | 1,110.00 |
| 05/02/11 | D. Boulankine | L460 | | 0.50 | 112.50 |
| 05/02/11 | J. Calderon | L460 | | 9.00 | 2,475.00 |
| 05/02/11 | J. Camaya | L460 | | 9.30 | 2,092.50 |

MGA Entertainment, Inc. - 22161
page 3

June 10, 2011
Invoice No. 1311206

| | | | | | |
|---|---|---|---|---|---|
| 05/02/11 | M. DuBois | L120 | | 1.80 | 468.00 |
| 05/02/11 | L. Hall | L460 | | 4.20 | 1,218.00 |
| 05/02/11 | L. Hall | L460 | | 2.70 | 783.00 |
| 05/02/11 | T. Hoye | L190 | | 2.00 | 390.00 |
| 05/02/11 | A. Hurst | L460 | | 0.20 | 164.00 |
| 05/02/11 | A. Hurst | L460 | | 0.50 | 410.00 |
| 05/02/11 | A. Hurst | L460 | | 0.20 | 164.00 |
| 05/02/11 | A. Hurst | L460 | | 3.20 | 2,624.00 |
| 05/02/11 | A. Hurst | L460 | | 0.10 | 82.00 |
| 05/02/11 | A. Hurst | L460 | | 3.20 | 2,624.00 |
| 05/02/11 | L. Kieckhefer | L460 | | 8.80 | 4,664.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 613

MGA Entertainment, Inc. - 22161
page 4

June 10, 2011
Invoice No. 1311206

| Date | Name | Code | | Hours | Amount |
|------|------|------|---|-------|--------|
| 05/02/11 | T.  McConville | L460 | | 1.50 | 1,080.00 |
| 05/02/11 | D.  Mingrone | L100 | | 2.25 | 1,620.00 |
| 05/02/11 | W.  Molinski | L460 | | 2.20 | 1,738.00 |
| 05/02/11 | M.  Palencia | L460 | | 7.00 | 1,505.00 |
| 05/02/11 | W.  Parker | L460 | | 4.00 | 2,620.00 |
| 05/02/11 | W.  Parker | L460 | | 1.00 | 655.00 |
| 05/02/11 | W.  Parker | L460 | | 3.00 | 1,965.00 |
| 05/02/11 | M.  Phillips | L460 | | 5.00 | 2,650.00 |
| 05/02/11 | L.  Polinski | L140 | | 0.50 | 40.00 |
| 05/02/11 | F.  Rorie | L460 | | 10.00 | 6,450.00 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 48 - Page 614**

MGA Entertainment, Inc. - 22161
page 5

June 10, 2011
Invoice No. 1311206

| Date | Name | Code | Hours | Amount |
|---|---|---|---|---|
| 05/02/11 | D. Rutowski | L460 | 11.75 | 7,578.75 |
| 05/02/11 | S. Sabado | L500 | 2.23 | 423.70 |
| 05/02/11 | M. Salas Jr. | L460 | 13.40 | 3,082.00 |
| 05/02/11 | C. Lock | L460 | 3.00 | 1,950.00 |
| 05/02/11 | C. Watson | L460 | 1.00 | 230.00 |
| 05/03/11 | K. Baumann | L460 | 6.50 | 1,202.50 |
| 05/03/11 | D. Boulankine | L460 | 0.50 | 112.50 |
| 05/03/11 | J. Calderon | L460 | 8.50 | 2,337.50 |
| 05/03/11 | J. Camaya | L460 | 9.10 | 2,047.50 |
| 05/03/11 | T. Camilleri | L140 | 3.25 | 471.25 |
| 05/03/11 | M. DuBois | L120 | 0.50 | 130.00 |
| 05/03/11 | L. Hall | L460 | 1.80 | 522.00 |
| 05/03/11 | L. Hall | L460 | 4.90 | 1,421.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 615

MGA Entertainment, Inc. - 22161                                    June 10, 2011
page 6                                                      Invoice No. 1311206

| Date | Name | Code | | Hours | Amount |
|---|---|---|---|---|---|
| 05/03/11 | L. Hall | L190 | | 0.80 | 232.00 |
| 05/03/11 | T. Hoye | L190 | | 1.50 | 292.50 |
| 05/03/11 | A. Hurst | L460 | | 2.10 | 1,722.00 |
| 05/03/11 | A. Hurst | L460 | | 0.20 | 164.00 |
| 05/03/11 | A. Hurst | L460 | | 0.30 | 246.00 |
| 05/03/11 | A. Hurst | L460 | | 0.20 | 164.00 |
| 05/03/11 | A. Hurst | L460 | | 0.50 | 410.00 |
| 05/03/11 | A. Hurst | L460 | | 0.20 | 164.00 |
| 05/03/11 | L. Kieckhefer | L460 | | 14.10 | 7,473.00 |
| 05/03/11 | D. Mingrone | L100 | | 1.00 | 720.00 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                          **Exhibit 48 - Page 616**

MGA Entertainment, Inc. - 22161                                    June 10, 2011
page 7                                                            Invoice No. 1311206

| 05/03/11 | W. Molinski | L460 | | 5.00 | 3,950.00 |
|---|---|---|---|---|---|
| 05/03/11 | B. Murray | L460 | | 9.50 | 2,327.50 |
| 05/03/11 | M. Palencia | L460 | | 9.50 | 2,042.50 |
| 05/03/11 | W. Parker | L460 | | 7.00 | 4,585.00 |
| 05/03/11 | W. Parker | L460 | | 1.00 | 655.00 |
| 05/03/11 | M. Phillips | L460 | | 7.00 | 3,710.00 |
| 05/03/11 | R. Quiban | L460 | | 11.50 | 1,840.00 |
| 05/03/11 | F. Rorie | L460 | | 10.00 | 6,450.00 |
| 05/03/11 | C. Rose | L460 | | 1.80 | 144.00 |
| 05/03/11 | D. Rutowski | L460 | | 9.50 | 6,127.50 |
| 05/03/11 | M. Salas Jr. | L460 | | 13.40 | 3,082.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    **Exhibit 48 - Page 617**

MGA Entertainment, Inc. - 22161
page 8

June 10, 2011
Invoice No. 1311206

| 05/03/11 | L. Santos | L460 | | 7.25 | 2,030.00 |
|---|---|---|---|---|---|
| 05/03/11 | C. Lock | L460 | | 5.50 | 3,575.00 |
| 05/03/11 | C. Watson | L460 | | 7.00 | 1,610.00 |
| 05/03/11 | S. Withouski | L460 | | 7.00 | 1,015.00 |
| 05/03/11 | S. Withouski | L460 | | 0.50 | 72.50 |
| 05/04/11 | K. Baumann | L460 | | 6.00 | 1,110.00 |
| 05/04/11 | D. Boulankine | L460 | | 0.50 | 112.50 |
| 05/04/11 | J. Calderon | L460 | | 8.50 | 2,337.50 |
| 05/04/11 | J. Camaya | L460 | | 9.80 | 2,205.00 |
| 05/04/11 | T. Camilleri | L460 | | 8.90 | 1,290.50 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 48 - Page 618**

MGA Entertainment, Inc. - 22161
page 9

June 10, 2011
Invoice No. 1311206

| 05/04/11 | M. DuBois | L120 | | 1.60 | 416.00 |
|---|---|---|---|---|---|
| 05/04/11 | L. Hall | L460 | | 5.70 | 1,653.00 |
| 05/04/11 | L. Hall | L460 | | 1.80 | 522.00 |
| 05/04/11 | L. Hall | L190 | | 1.30 | 377.00 |
| 05/04/11 | T. Hoye | L190 | | 1.40 | 273.00 |
| 05/04/11 | A. Hurst | L460 | | 0.50 | 410.00 |
| 05/04/11 | A. Hurst | L460 | | 0.10 | 82.00 |
| 05/04/11 | A. Hurst | L460 | | 0.50 | 410.00 |
| 05/04/11 | A. Hurst | L460 | | 0.20 | 164.00 |
| 05/04/11 | A. Hurst | L460 | | 0.20 | 164.00 |
| 05/04/11 | A. Hurst | L460 | | 7.80 | 6,396.00 |
| 05/04/11 | P. Johnsen | L460 | | 4.40 | 1,276.00 |
| 05/04/11 | L. Kieckhefer | L460 | | 8.30 | 4,399.00 |
| 05/04/11 | T. McConville | L460 | | 1.70 | 1,224.00 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**          **Exhibit 48 - Page 619**

MGA Entertainment, Inc. - 22161
page 10

June 10, 2011
Invoice No. 1311206

| Date | Name | Code | | Hours | Amount |
|------|------|------|---|-------|--------|
| 05/04/11 | W. Molinski | L460 | | 6.00 | 4,740.00 |
| 05/04/11 | B. Murray | L460 | | 9.25 | 2,266.25 |
| 05/04/11 | M. Palencia | L460 | | 11.00 | 2,365.00 |
| 05/04/11 | W. Parker | L460 | | 7.50 | 4,912.50 |
| 05/04/11 | M. Phillips | L460 | | 7.00 | 3,710.00 |
| 05/04/11 | L. Polinski | L140 | | 1.10 | 88.00 |
| 05/04/11 | L. Polinski | L460 | | 5.50 | 440.00 |
| 05/04/11 | R. Quiban | L460 | | 2.00 | 320.00 |
| 05/04/11 | R. Quiban | L140 | | 2.00 | 320.00 |
| 05/04/11 | R. Quiban | L460 | | 3.40 | 544.00 |
| 05/04/11 | F. Rorie | L460 | | 10.00 | 6,450.00 |
| 05/04/11 | C. Rose | L460 | | 5.70 | 456.00 |
| 05/04/11 | D. Rutowski | L460 | | 14.25 | 9,191.25 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 620

MGA Entertainment, Inc. - 22161                                    June 10, 2011
page 11                                                            Invoice No. 1311206

| 05/04/11 | M. Salas Jr. | L460 | | 15.40 | 3,542.00 |
| 05/04/11 | L. Santos | L460 | | 5.00 | 1,400.00 |
| 05/04/11 | S. Somasekar | L460 | | 2.60 | 1,482.00 |
| 05/04/11 | S. Sternad | L460 | NA | 7.80 | 2,301.00 |
| 05/04/11 | C. Lock | L460 | | 2.00 | 1,300.00 |
| 05/04/11 | J. Vilardo | L190 | | 4.50 | 787.50 |
| 05/04/11 | C. Watson | L460 | | 2.00 | 460.00 |
| 05/04/11 | S. Withouski | L460 | | 6.00 | 870.00 |
| 05/04/11 | C. Zhu | L460 | | 3.70 | 647.50 |
| 05/05/11 | K. Baumann | L460 | | 2.00 | 370.00 |
| 05/05/11 | K. Baumann | L460 | | 4.00 | 740.00 |
| 05/05/11 | J. Calderon | L460 | | 5.50 | 1,512.50 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    **Exhibit 48 - Page 621**

MGA Entertainment, Inc. - 22161
page 12

June 10, 2011
Invoice No. 1311206

| Date | Name | Code | | Hours | Amount |
|------|------|------|------|-------|--------|
| 05/05/11 | J. Calderon | L460 | | 0.75 | 206.25 |
| 05/05/11 | J. Camaya | L460 | | 12.70 | 2,857.50 |
| 05/05/11 | T. Camilleri | L460 | | 3.30 | 478.50 |
| 05/05/11 | M. DuBois | L120 | | 1.30 | 338.00 |
| 05/05/11 | L. Hall | L460 | | 1.80 | 522.00 |
| 05/05/11 | L. Hall | L460 | | 4.30 | 1,247.00 |
| 05/05/11 | L. Hall | L460 | | 1.30 | 377.00 |
| 05/05/11 | T. Hoye | L190 | | 1.20 | 234.00 |
| 05/05/11 | A. Hurst | L460 | | 1.00 | 820.00 |

MGA Entertainment, Inc. - 22161
page 13

June 10, 2011
Invoice No. 1311206

| 05/05/11 | A. Hurst | L460 | | 7.30 | 5,986.00 |
|---|---|---|---|---|---|
| 05/05/11 | L. Kieckhefer | L460 | | 14.30 | 7,579.00 |
| 05/05/11 | J. McBirney | L460 | | 1.40 | 602.00 |
| 05/05/11 | J. McBirney | L460 | | 1.00 | 430.00 |
| 05/05/11 | T. McConville | L460 | | 5.00 | 3,600.00 |
| 05/05/11 | F. McKeown | L460 | | 0.50 | 120.00 |
| 05/05/11 | W. Molinski | L460 | | 6.00 | 4,740.00 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 48 - Page 623**

MGA Entertainment, Inc. - 22161                                    June 10, 2011
page 14                                                        Invoice No. 1311206

| Date | Name | Code | | Hours | Amount |
|------|------|------|---|-------|--------|
| 05/05/11 | B. Murray | L460 | | 9.50 | 2,327.50 |
| 05/05/11 | M. Palencia | L460 | | 9.50 | 2,042.50 |
| 05/05/11 | W. Parker | L460 | | 5.00 | 3,275.00 |
| 05/05/11 | W. Parker | L460 | | 0.75 | 491.25 |
| 05/05/11 | M. Phillips | L460 | | 7.00 | 3,710.00 |
| 05/05/11 | R. Quiban | L140 | | 2.20 | 352.00 |
| 05/05/11 | R. Quiban | L460 | | 3.70 | 592.00 |
| 05/05/11 | F. Rorie | L460 | | 15.00 | 9,675.00 |
| 05/05/11 | D. Rutowski | L460 | | 13.25 | 8,546.25 |
| 05/05/11 | M. Salas Jr. | L460 | | 16.40 | 3,772.00 |

MGA Entertainment, Inc. - 22161
page 15

June 10, 2011
Invoice No. 1311206

| 05/05/11 | J. Vilardo | L190 | | 3.00 | 525.00 |
|---|---|---|---|---|---|
| 05/05/11 | C. Zhu | L460 | | 4.00 | 700.00 |
| 05/06/11 | K. Baumann | L460 | | 6.00 | 1,110.00 |
| 05/06/11 | J. Camaya | L460 | | 2.70 | 607.50 |
| 05/06/11 | M. DuBois | L120 | | 1.40 | 364.00 |
| 05/06/11 | L. Hall | L460 | | 2.80 | 812.00 |
| 05/06/11 | L. Hall | L460 | | 1.20 | 348.00 |
| 05/06/11 | A. Hurst | L460 | | 4.60 | 3,772.00 |
| 05/06/11 | L. Kieckhefer | L460 | | 0.30 | 159.00 |
| 05/06/11 | J. McBirney | L460 | | 0.90 | 387.00 |
| 05/06/11 | T. McConville | L460 | | 2.20 | 1,584.00 |
| 05/06/11 | W. Molinski | L460 | | 1.70 | 1,343.00 |
| 05/06/11 | B. Murray | L460 | | 7.50 | 1,837.50 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 48 - Page 625**

MGA Entertainment, Inc. - 22161
page 16

June 10, 2011
Invoice No. 1311206

| Date | Name | Code | | Hours | Amount |
|------|------|------|---|-------|--------|
| 05/06/11 | M. Palencia | L460 | | 4.00 | 860.00 |
| 05/06/11 | L. Polinski | L140 | | 2.00 | 160.00 |
| 05/06/11 | R. Quiban | L140 | | 2.00 | 320.00 |
| 05/06/11 | R. Quiban | L460 | | 5.20 | 832.00 |
| 05/06/11 | F. Rorie | L460 | | 5.00 | 3,225.00 |
| 05/06/11 | D. Rutowski | L460 | | 1.50 | 967.50 |
| 05/06/11 | M. Salas Jr. | L460 | | 8.60 | 1,978.00 |
| 05/09/11 | K. Baumann | L460 | | 6.00 | 1,110.00 |
| 05/09/11 | D. Boulankine | L460 | | 0.75 | 168.75 |
| 05/09/11 | J. Camaya | L460 | | 7.10 | 1,597.50 |
| 05/09/11 | D. Colonna | L390 | | 0.20 | 15.00 |
| 05/09/11 | M. Czyzewski | L390 | | 0.50 | 37.50 |
| 05/09/11 | M. DuBois | L120 | | 0.70 | 182.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 626

MGA Entertainment, Inc. - 22161
page 17

June 10, 2011
Invoice No. 1311206

| Date | Name | Code | | Hours | Amount |
|------|------|------|---|-------|--------|
| 05/09/11 | L. Hall | L460 | | 2.80 | 812.00 |
| 05/09/11 | L. Kieckhefer | L460 | | 4.20 | 2,226.00 |
| 05/09/11 | J. McBirney | L460 | | 2.90 | 1,247.00 |
| 05/09/11 | T. McConville | L460 | | 1.55 | 1,116.00 |
| 05/09/11 | D. Mingrone | L460 | | 0.50 | 360.00 |
| 05/09/11 | W. Molinski | L460 | | 2.50 | 1,975.00 |
| 05/09/11 | B. Murray | L460 | | 5.50 | 1,347.50 |
| 05/09/11 | M. Palencia | L460 | | 10.50 | 2,257.50 |
| 05/09/11 | W. Parker | L460 | | 1.00 | 655.00 |
| 05/09/11 | L. Polinski | L140 | | 0.70 | 56.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 627

MGA Entertainment, Inc. - 22161
page 18

June 10, 2011
Invoice No. 1311206

| | | | | | |
|---|---|---|---|---|---|
| 05/09/11 | F.  Rorie | L460 | | 8.00 | 5,160.00 |
| 05/09/11 | D.  Rutowski | L460 | | 10.25 | 6,611.25 |
| 05/09/11 | M.  Salas Jr. | L460 | | 9.00 | 2,070.00 |
| 05/09/11 | M.  Seewald | L390 | | 0.40 | 30.00 |
| 05/09/11 | M.  West | L390 | | 1.67 | 125.25 |
| 05/10/11 | G.  Bernola | L390 | | 4.00 | 320.00 |
| 05/10/11 | D.  Boulankine | L460 | | 11.50 | 2,587.50 |
| 05/10/11 | J.  Camaya | L460 | | 8.70 | 1,957.50 |
| 05/10/11 | D.  Colonna | L390 | | 11.00 | 825.00 |
| 05/10/11 | M.  Czyzewski | L390 | | 6.00 | 450.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 628

MGA Entertainment, Inc. - 22161
page 19

June 10, 2011
Invoice No. 1311206

| 05/10/11 | M. DuBois | L120 | | 1.50 | 390.00 |
| 05/10/11 | R. Galbraith | L390 | | 1.50 | 112.50 |
| 05/10/11 | C. Giles | L390 | | 10.00 | 750.00 |
| 05/10/11 | J. Grant | L390 | | 10.50 | 840.00 |
| 05/10/11 | L. Hall | L460 | | 2.20 | 638.00 |
| 05/10/11 | L. Hall | L460 | | 5.10 | 1,479.00 |
| 05/10/11 | A. Hurst | L460 | | 0.50 | 410.00 |
| 05/10/11 | A. Hurst | L460 | | 0.90 | 738.00 |
| 05/10/11 | P. Johnsen | L460 | | 3.80 | 1,102.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 629

MGA Entertainment, Inc. - 22161                                    June 10, 2011
page 20                                                            Invoice No. 1311206

| 05/10/11 | L. Kieckhefer | L460 | | 3.30 | 1,749.00 |
| 05/10/11 | L. Kieckhefer | L460 | | 10.50 | 5,565.00 |
| 05/10/11 | M. Knutsen | L390 | | 1.50 | 150.00 |
| 05/10/11 | M. Knutsen | L390 | | 3.75 | 375.00 |
| 05/10/11 | L. Lukasik | L390 | | 6.90 | 552.00 |
| 05/10/11 | D. Lyonette | L390 | | 8.25 | 618.75 |
| 05/10/11 | J. McBirney | L460 | | 0.10 | 43.00 |
| 05/10/11 | T. McConville | L460 | | 1.30 | 936.00 |
| 05/10/11 | D. Mingrone | L460 | | 6.00 | 4,320.00 |
| 05/10/11 | W. Molinski | L460 | | 8.50 | 6,715.00 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 48 - Page 630**

MGA Entertainment, Inc. - 22161
page 21

June 10, 2011
Invoice No. 1311206

| 05/10/11 | B. Murray | L460 | 12.00 | 2,940.00 |
| 05/10/11 | M. Palencia | L460 | 10.00 | 2,150.00 |
| 05/10/11 | W. Parker | L460 | 2.00 | 1,310.00 |
| 05/10/11 | W. Parker | L460 | 3.00 | 1,965.00 |
| 05/10/11 | W. Parker | L460 | 3.00 | 1,965.00 |
| 05/10/11 | W. Parker | L460 | 1.50 | 982.50 |
| 05/10/11 | L. Polinski | L140 | 1.40 | 112.00 |
| 05/10/11 | L. Polinski | L390 | 5.90 | 472.00 |
| 05/10/11 | R. Quiban | L460 | 9.50 | 1,520.00 |
| 05/10/11 | O. Rapoport | L320 | 0.50 | 137.50 |
| 05/10/11 | M. Ridenour | L390 | 7.75 | 620.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 631

MGA Entertainment, Inc. - 22161
page 22

June 10, 2011
Invoice No. 1311206

| Date | Name | Code | | Hours | Amount |
|------|------|------|---|-------|--------|
| 05/10/11 | F. Rorie | L460 | | 8.00 | 5,160.00 |
| 05/10/11 | C. Rose | L390 | | 3.20 | 256.00 |
| 05/10/11 | D. Rutowski | L460 | | 10.25 | 6,611.25 |
| 05/10/11 | M. Salas Jr. | L460 | | 15.30 | 3,519.00 |
| 05/10/11 | M. Seewald | L390 | | 10.00 | 750.00 |
| 05/10/11 | S. Somasekar | L460 | | 4.20 | 2,394.00 |
| 05/10/11 | D. Trimmer II | L390 | | 7.10 | 532.50 |
| 05/10/11 | J. Vensel | L390 | | 2.50 | 187.50 |
| 05/10/11 | M. West | L390 | | 8.75 | 656.25 |
| 05/11/11 | K. Baumann | L460 | | 5.00 | 925.00 |
| 05/11/11 | K. Baumann | L140 | | 1.50 | 277.50 |
| 05/11/11 | G. Bernola | L390 | | 4.00 | 320.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 632

MGA Entertainment, Inc. - 22161
page 23

June 10, 2011
Invoice No. 1311206

| Date | Name | Code | Hours | Amount |
|------|------|------|-------|--------|
| 05/11/11 | D. Boulankine | L460 | 11.75 | 2,643.75 |
| 05/11/11 | J. Camaya | L460 | 10.30 | 2,317.50 |
| 05/11/11 | D. Colonna | L390 | 1.60 | 120.00 |
| 05/11/11 | M. Czyzewski | L390 | 5.50 | 412.50 |
| 05/11/11 | M. DuBois | L120 | 1.80 | 468.00 |
| 05/11/11 | R. Galbraith | L390 | 6.00 | 450.00 |
| 05/11/11 | C. Giles | L390 | 10.50 | 787.50 |
| 05/11/11 | J. Grant | L390 | 5.50 | 440.00 |
| 05/11/11 | L. Hall | L460 | 1.70 | 493.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 633

MGA Entertainment, Inc. - 22161
page 24

June 10, 2011
Invoice No. 1311206

| Date | Name | | Hours | Amount |
|---|---|---|---|---|
| 05/11/11 | P. Johnsen | L460 | 3.20 | 928.00 |
| 05/11/11 | L. Kieckhefer | L460 | 13.70 | 7,261.00 |
| 05/11/11 | M. Knutsen | L390 | 3.50 | 350.00 |
| 05/11/11 | L. Lukasik | L390 | 3.20 | 256.00 |
| 05/11/11 | D. Lyonette | L390 | 7.75 | 581.25 |
| 05/11/11 | D. Mingrone | L460 | 6.00 | 4,320.00 |
| 05/11/11 | W. Molinski | L460 | 0.50 | 395.00 |
| 05/11/11 | B. Murray | L460 | 10.50 | 2,572.50 |

Exhibit 48 - Page 634

MGA Entertainment, Inc. - 22161
page 25

June 10, 2011
Invoice No. 1311206

| Date | Name | Code | Hours | Amount |
|---|---|---|---|---|
| 05/11/11 | M. Palencia | L460 | 10.50 | 2,257.50 |
| 05/11/11 | W. Parker | L460 | 9.00 | 5,895.00 |
| 05/11/11 | W. Parker | L460 | 2.50 | 1,637.50 |
| 05/11/11 | L. Polinski | L390 | 5.10 | 408.00 |
| 05/11/11 | R. Quiban | L460 | 6.40 | 1,024.00 |
| 05/11/11 | R. Quiban | L140 | 1.00 | 160.00 |
| 05/11/11 | O. Rapoport | L460 | 1.50 | 412.50 |
| 05/11/11 | F. Rorie | L460 | 8.00 | 5,160.00 |
| 05/11/11 | C. Rose | L390 | 1.40 | 112.00 |
| 05/11/11 | D. Rutowski | L460 | 12.00 | 7,740.00 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 48 - Page 635**

MGA Entertainment, Inc. - 22161
page 26

June 10, 2011
Invoice No. 1311206

| 05/11/11 | M. Salas Jr. | L460 | 16.30 | 3,749.00 |
| 05/11/11 | M. Seewald | L390 | 8.80 | 660.00 |
| 05/11/11 | D. Trimmer II | L390 | 2.40 | 180.00 |
| 05/11/11 | M. West | L390 | 12.00 | 900.00 |
| 05/11/11 | Y. Williams | L390 | 4.70 | 352.50 |
| 05/12/11 | K. Baumann | L460 | 9.00 | 1,665.00 |
| 05/12/11 | D. Boulankine | L460 | 4.00 | 900.00 |
| 05/12/11 | J. Camaya | L460 | 9.30 | 2,092.50 |
| 05/12/11 | C. Giles | L390 | 0.50 | 37.50 |
| 05/12/11 | L. Hall | L460 | 3.60 | 1,044.00 |
| 05/12/11 | L. Kieckhefer | L460 | 8.30 | 4,399.00 |
| 05/12/11 | M. Knutsen | L390 | 1.50 | 150.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 636



MGA Entertainment, Inc. - 22161
page 27

June 10, 2011
Invoice No. 1311206

| Date | Name | Code | | Hours | Amount |
|------|------|------|---|-------|--------|
| 05/12/11 | J.  McBirney | L460 | | 3.80 | 1,634.00 |
| 05/12/11 | T.  McConville | L460 | | 3.75 | 2,700.00 |
| 05/12/11 | D.  Mingrone | L460 | | 10.50 | 7,560.00 |
| 05/12/11 | W.  Molinski | L460 | | 2.00 | 1,580.00 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 48 - Page 637**

MGA Entertainment, Inc. - 22161                                      June 10, 2011
page 28                                                              Invoice No. 1311206

| 05/12/11 | B. Murray | L460 | 11.00 | 2,695.00 |
| 05/12/11 | M. Palencia | L460 | 7.00 | 1,505.00 |
| 05/12/11 | W. Parker | L460 | 10.00 | 6,550.00 |
| 05/12/11 | L. Polinski | L140 | 0.10 | 8.00 |
| 05/12/11 | R. Quiban | L140 | 1.50 | 240.00 |
| 05/12/11 | R. Quiban | L460 | 1.50 | 240.00 |
| 05/12/11 | F. Rorie | L460 | 8.00 | 5,160.00 |
| 05/12/11 | J. Rosenkranz | L120 | 0.90 | 886.50 |
| 05/12/11 | D. Rutowski | L460 | 8.00 | 5,160.00 |
| 05/12/11 | M. Salas Jr. | L460 | 17.80 | 4,094.00 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                            **Exhibit 48 - Page 638**

MGA Entertainment, Inc. - 22161
page 29

June 10, 2011
Invoice No. 1311206

| Date | Name | Code | Hours | Amount |
|---|---|---|---|---|
| 05/12/11 | M. West | L390 | 1.00 | 75.00 |
| 05/12/11 | M. West | L390 | 1.92 | 144.00 |
| 05/13/11 | D. Boulankine | L460 | 0.75 | 168.75 |
| 05/13/11 | J. Camaya | L460 | 7.10 | 1,597.50 |
| 05/13/11 | M. DuBois | L120 | 0.90 | 234.00 |
| 05/13/11 | E. Gressler | L460 | 2.50 | 1,625.00 |
| 05/13/11 | L. Hall | L460 | 2.80 | 812.00 |
| 05/13/11 | J. McBirney | L460 | 1.10 | 473.00 |
| 05/13/11 | T. McConville | L460 | 2.00 | 1,440.00 |
| 05/13/11 | F. McKeown | L460 | 1.20 | 288.00 |
| 05/13/11 | D. Mingrone | L460 | 3.00 | 2,160.00 |
| 05/13/11 | W. Molinski | L460 | 1.30 | 1,027.00 |

MGA Entertainment, Inc. - 22161                                                June 10, 2011
page 30                                                                        Invoice No. 1311206

| Date | Name | Code | | Hours | Amount |
|------|------|------|---|------|--------|
| 05/13/11 | B. Murray | L460 | | 7.50 | 1,837.50 |
| 05/13/11 | M. Palencia | L460 | | 2.00 | 430.00 |
| 05/13/11 | M. Phillips | L460 | | 0.50 | 265.00 |
| 05/13/11 | L. Polinski | L140 | | 2.20 | 176.00 |
| 05/13/11 | R. Quiban | L460 | | 4.50 | 720.00 |
| 05/13/11 | D. Rutowski | L460 | | 5.75 | 3,708.75 |
| 05/13/11 | M. Salas Jr. | L460 | | 11.00 | 2,530.00 |
| 05/16/11 | J. Camaya | L460 | | 2.70 | 607.50 |
| 05/16/11 | M. DuBois | L120 | | 1.20 | 312.00 |
| 05/16/11 | L. Hall | L460 | | 3.40 | 986.00 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                     **Exhibit 48 - Page 640**

MGA Entertainment, Inc. - 22161                                    June 10, 2011
page 31                                                            Invoice No. 1311206

| 05/16/11 | A. Hurst | L460 | | 9.10 | 7,462.00 |
|---|---|---|---|---|---|
| 05/16/11 | A. Hurst | L120 | | 0.80 | 656.00 |
| 05/16/11 | L. Kieckhefer | L460 | | 5.80 | 3,074.00 |
| 05/16/11 | T. McConville | L460 | | 0.50 | 360.00 |
| 05/16/11 | F. McKeown | L460 | | 2.50 | 600.00 |
| 05/16/11 | D. Mingrone | L460 | | 5.25 | 3,780.00 |
| 05/16/11 | W. Molinski | L460 | | 1.90 | 1,501.00 |
| 05/16/11 | B. Murray | L460 | | 7.50 | 1,837.50 |
| 05/16/11 | W. Parker | L460 | | 9.00 | 5,895.00 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                **Exhibit 48 - Page 641**

MGA Entertainment, Inc. - 22161
page 32

June 10, 2011
Invoice No. 1311206

| Date | Name | | Hours | Amount |
|------|------|------|------|------|
| 05/16/11 | M. Phillips | L460 | 0.50 | 265.00 |
| 05/16/11 | L. Polinski | L140 | 0.90 | 72.00 |
| 05/16/11 | D. Rutowski | L460 | 2.00 | 1,290.00 |
| 05/16/11 | M. Salas Jr. | L460 | 2.70 | 621.00 |
| 05/16/11 | M. Salas Jr. | L460 | 4.70 | 1,081.00 |
| 05/16/11 | C. Watson | L460 | 2.50 | 575.00 |
| 05/17/11 | D. Boulankine | L460 | 1.75 | 393.75 |
| 05/17/11 | J. Camaya | L460 | 0.70 | 157.50 |
| 05/17/11 | M. DuBois | L120 | 1.00 | 260.00 |
| 05/17/11 | L. Hall | L460 | 1.70 | 493.00 |
| 05/17/11 | A. Hurst | L460 | 12.20 | 10,004.00 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 48 - Page 642**

MGA Entertainment, Inc. - 22161
page 33

June 10, 2011
Invoice No. 1311206

| 05/17/11 | L. Kieckhefer | L450 | 1.50 | 795.00 |
|---|---|---|---|---|
| 05/17/11 | L. Kieckhefer | L460 | 9.30 | 4,929.00 |
| 05/17/11 | D. Mingrone | L460 | 1.50 | 1,080.00 |
| 05/17/11 | W. Parker | L460 | 7.50 | 4,912.50 |
| 05/17/11 | L. Polinski | L140 | 0.20 | 16.00 |
| 05/17/11 | D. Rutowski | L460 | 7.25 | 4,676.25 |
| 05/17/11 | M. Salas Jr. | L460 | 4.50 | 1,035.00 |
| 05/17/11 | C. Watson | L460 | 1.50 | 345.00 |
| 05/18/11 | D. Boulankine | L460 | 1.00 | 225.00 |
| 05/18/11 | J. Calderon | L460 | 5.50 | 1,512.50 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 643

MGA Entertainment, Inc. - 22161
page 34

June 10, 2011
Invoice No. 1311206

| Date | Name | Code | | Hours | Amount |
|------|------|------|--|-------|--------|
| 05/18/11 | J. Camaya | L460 | | 2.10 | 472.50 |
| 05/18/11 | M. DuBois | L120 | | 1.40 | 364.00 |
| 05/18/11 | L. Hall | L460 | | 3.30 | 957.00 |
| 05/18/11 | A. Hurst | L460 | | 8.10 | 6,642.00 |
| 05/18/11 | L. Kieckhefer | L460 | | 6.50 | 3,445.00 |
| 05/18/11 | D. Mingrone | L460 | | 1.75 | 1,260.00 |
| 05/18/11 | W. Molinski | L460 | | 2.90 | 2,291.00 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**          **Exhibit 48 - Page 644**

MGA Entertainment, Inc. - 22161
page 35

June 10, 2011<br>Invoice No. 1311206

| Date | Name | Code | Hours | Amount |
|------|------|------|-------|--------|
| 05/18/11 | B. Murray | L140 | 7.50 | 1,837.50 |
| 05/18/11 | M. Palencia | L460 | 6.80 | 1,462.00 |
| 05/18/11 | W. Parker | L460 | 3.00 | 1,965.00 |
| 05/18/11 | W. Parker | L460 | 4.00 | 2,620.00 |
| 05/18/11 | L. Polinski | L140 | 0.30 | 24.00 |
| 05/18/11 | D. Rutowski | L460 | 11.75 | 7,578.75 |
| 05/18/11 | M. Salas Jr. | L460 | 5.70 | 1,311.00 |
| 05/18/11 | M. Salas Jr. | L460 | 5.50 | 1,265.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 645

MGA Entertainment, Inc. - 22161
page 36

June 10, 2011
Invoice No. 1311206

| 05/18/11 | C. Watson | L460 | | 5.00 | 1,150.00 |
|---|---|---|---|---|---|
| 05/18/11 | J. Yu | L460 | | 4.90 | 1,617.00 |
| 05/19/11 | D. Boulankine | L460 | | 2.75 | 618.75 |
| 05/19/11 | J. Calderon | L460 | | 1.50 | 412.50 |
| 05/19/11 | J. Camaya | L460 | | 6.00 | 1,350.00 |
| 05/19/11 | M. DuBois | L120 | | 1.70 | 442.00 |
| 05/19/11 | A. Hurst | L460 | | 6.40 | 5,248.00 |
| 05/19/11 | L. Kieckhefer | L460 | | 9.10 | 4,823.00 |
| 05/19/11 | D. Mingrone | L460 | | 8.00 | 5,760.00 |

MGA Entertainment, Inc. - 22161
page 37

June 10, 2011
Invoice No. 1311206

| Date | Name | Code | | Hours | Amount |
|------|------|------|--|-------|--------|
| 05/19/11 | W. Molinski | L460 | | 2.30 | 1,817.00 |
| 05/19/11 | B. Murray | L460 | | 5.90 | 1,445.50 |
| 05/19/11 | W. Parker | L460 | | 4.00 | 2,620.00 |
| 05/19/11 | M. Phillips | L460 | | 1.00 | 530.00 |
| 05/19/11 | M. Phillips | L460 | | 1.50 | 795.00 |
| 05/19/11 | L. Polinski | L140 | | 0.40 | 32.00 |
| 05/19/11 | F. Rorie | L460 | | 6.00 | 3,870.00 |
| 05/19/11 | D. Rutowski | L460 | | 11.50 | 7,417.50 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 48 - Page 647**

MGA Entertainment, Inc. - 22161
page 38

June 10, 2011
Invoice No. 1311206

| Date | Name | | Hours | Amount |
|---|---|---|---|---|
| 05/19/11 | M. Salas Jr. | L460 | 14.40 | 3,312.00 |
| 05/19/11 | C. Watson | L460 | 3.50 | 805.00 |
| 05/19/11 | J. Yu | L460 | 1.90 | 627.00 |
| 05/20/11 | J. Camaya | L460 | 3.40 | 765.00 |
| 05/20/11 | L. Hall | L460 | 2.30 | 667.00 |
| 05/20/11 | J. McBirney | L460 | 0.80 | 344.00 |
| 05/20/11 | T. McConville | L460 | 6.50 | 4,680.00 |
| 05/20/11 | W. Molinski | L460 | 0.20 | 158.00 |
| 05/20/11 | B. Murray | L460 | 3.50 | 857.50 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 648

MGA Entertainment, Inc. - 22161
page 39

June 10, 2011
Invoice No. 1311206

| Date | Name | | Hours | Amount |
|---|---|---|---|---|
| 05/20/11 | L.  Polinski | L140 | 1.20 | 96.00 |
| 05/20/11 | B.  Rofheart | L460 | 5.00 | 1,300.00 |
| 05/20/11 | D.  Rutowski | L460 | 3.50 | 2,257.50 |
| 05/20/11 | M.  Salas Jr. | L460 | 4.00 | 920.00 |
| 05/22/11 | D.  Rutowski | L460 | 2.00 | 1,290.00 |
| 05/22/11 | M.  Salas Jr. | L460 | 7.30 | 1,679.00 |
| 05/23/11 | D.  Boulankine | L460 | 0.75 | 168.75 |
| 05/23/11 | J.  Calderon | L460 | 1.25 | 343.75 |
| 05/23/11 | J.  Camaya | L460 | 2.90 | 652.50 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 649

MGA Entertainment, Inc. - 22161
page 40

June 10, 2011
Invoice No. 1311206



| 05/23/11 | M. DuBois | L120 | | 3.10 | 806.00 |
| 05/23/11 | M. Hewlett | L460 | | 7.50 | 1,612.50 |
| 05/23/11 | T. Hoye | L190 | | 2.00 | 390.00 |
| 05/23/11 | J. McBirney | L460 | | 3.10 | 1,333.00 |
| 05/23/11 | T. McConville | L460 | | 4.00 | 2,880.00 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 48 - Page 650**

MGA Entertainment, Inc. - 22161
page 41

June 10, 2011
Invoice No. 1311206

| | | | | | |
|---|---|---|---|---|---|
| 05/23/11 | D. Mingrone | L450 | | 6.50 | 4,680.00 |
| 05/23/11 | W. Molinski | L460 | | 6.20 | 4,898.00 |
| 05/23/11 | B. Murray | L460 | | 7.50 | 1,837.50 |
| 05/23/11 | M. Palencia | L460 | | 4.50 | 967.50 |
| 05/23/11 | W. Parker | L460 | | 1.50 | 982.50 |
| 05/23/11 | M. Phillips | L460 | | 3.00 | 1,590.00 |
| 05/23/11 | L. Polinski | L140 | | 0.60 | 48.00 |
| 05/23/11 | F. Rorie | L460 | | 5.00 | 3,225.00 |
| 05/23/11 | D. Rutowski | L460 | | 6.00 | 3,870.00 |
| 05/23/11 | M. Salas Jr. | L460 | | 17.00 | 3,910.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 651

MGA Entertainment, Inc. - 22161
page 42

June 10, 2011
Invoice No. 1311206

| Date | Name | Code | | Hours | Amount |
|------|------|------|---|-------|--------|
| 05/23/11 | C. Watson | L460 | | 3.50 | 805.00 |
| 05/23/11 | C. Watson | L460 | | 1.00 | 230.00 |
| 05/24/11 | J. Calderon | L460 | | 5.00 | 1,375.00 |
| 05/24/11 | J. Camaya | L460 | | 4.60 | 1,035.00 |
| 05/24/11 | M. DuBois | L120 | | 2.10 | 546.00 |
| 05/24/11 | M. Hewlett | L460 | | 7.00 | 1,505.00 |
| 05/24/11 | T. Hoye | L190 | | 1.80 | 351.00 |
| 05/24/11 | A. Hurst | L460 | | 8.30 | 6,806.00 |
| 05/24/11 | J. McBirney | L460 | | 0.30 | 129.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 652

MGA Entertainment, Inc. - 22161
page 43

June 10, 2011
Invoice No. 1311206

| 05/24/11 | T. McConville | L460 | 2.00 | 1,440.00 |
| 05/24/11 | D. Mingrone | L140 | 7.50 | 5,400.00 |
| 05/24/11 | W. Molinski | L450 | 1.70 | 1,343.00 |
| 05/24/11 | B. Murray | L460 | 7.50 | 1,837.50 |
| 05/24/11 | M. Palencia | L460 | 4.50 | 967.50 |
| 05/24/11 | W. Parker | L460 | 1.50 | 982.50 |
| 05/24/11 | L. Polinski | L140 | 0.30 | 24.00 |
| 05/24/11 | R. Quiban | L140 | 1.50 | 240.00 |
| 05/24/11 | D. Rutowski | L460 | 8.50 | 5,482.50 |

MGA Entertainment, Inc. - 22161
page 44

June 10, 2011
Invoice No. 1311206

| Date | Name | Code | | Hours | Amount |
|------|------|------|---|-------|--------|
| 05/24/11 | M. Salas Jr. | L460 | | 6.50 | 1,495.00 |
| 05/24/11 | M. Salas Jr. | L460 | | 6.20 | 1,426.00 |
| 05/24/11 | C. Watson | L460 | | 9.00 | 2,070.00 |
| 05/25/11 | J. Camaya | L460 | | 1.60 | 360.00 |
| 05/25/11 | M. DuBois | L120 | | 0.70 | 182.00 |
| 05/25/11 | M. Hewlett | L460 | | 12.50 | 2,687.50 |
| 05/25/11 | T. Hoye | L190 | | 0.50 | 97.50 |
| 05/25/11 | A. Hurst | L460 | | 9.20 | 7,544.00 |
| 05/25/11 | T. McConville | L460 | | 10.50 | 7,560.00 |
| 05/25/11 | D. Mingrone | L460 | | 10.00 | 7,200.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 654

MGA Entertainment, Inc. - 22161
page 45

June 10, 2011
Invoice No. 1311206

| 05/25/11 | W. Molinski | L460 | 12.00 | 9,480.00 |
| 05/25/11 | M. Palencia | L460 | 6.50 | 1,397.50 |
| 05/25/11 | W. Parker | L460 | 2.00 | 1,310.00 |
| 05/25/11 | L. Polinski | L140 | 0.30 | 24.00 |
| 05/25/11 | B. Rofheart | L460 | 1.00 | 260.00 |
| 05/25/11 | F. Rorie | L460 | 10.00 | 6,450.00 |
| 05/25/11 | M. Salas Jr. | L450 | 7.00 | 1,610.00 |
| 05/25/11 | M. Salas Jr. | L460 | 6.20 | 1,426.00 |
| 05/25/11 | C. Watson | L460 | 9.00 | 2,070.00 |
| 05/26/11 | J. Camaya | L460 | 0.80 | 180.00 |
| 05/26/11 | M. DuBois | L120 | 0.50 | 130.00 |
| 05/26/11 | E. Gressler | L190 | 1.20 | 780.00 |
| 05/26/11 | E. Gressler | L460 | 2.10 | 1,365.00 |
| 05/26/11 | L. Hall | L460 | 1.30 | 377.00 |
| 05/26/11 | M. Hewlett | L460 | 9.75 | 2,096.25 |
| 05/26/11 | T. Hoye | L190 | 0.40 | 78.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 655

MGA Entertainment, Inc. - 22161                                    June 10, 2011
page 46                                                            Invoice No. 1311206

| Date | Name | Code | Hours | Amount |
|---|---|---|---|---|
| 05/26/11 | A. Hurst | L460 | 6.40 | 5,248.00 |
| 05/26/11 | J. McBirney | L460 | 4.80 | 2,064.00 |
| 05/26/11 | T. McConville | L460 | 8.00 | 5,760.00 |
| 05/26/11 | W. Molinski | L460 | 0.50 | 395.00 |
| 05/26/11 | B. Murray | L460 | 7.50 | 1,837.50 |
| 05/26/11 | F. Rorie | L460 | 4.00 | 2,580.00 |
| 05/26/11 | M. Salas Jr. | L450 | 4.00 | 920.00 |
| 05/26/11 | M. Salas Jr. | L460 | 5.80 | 1,334.00 |
| 05/26/11 | C. Watson | L460 | 12.00 | 2,760.00 |
| 05/27/11 | M. DuBois | L120 | 4.10 | 1,066.00 |
| 05/27/11 | E. Gressler | L460 | 2.40 | 1,560.00 |
| 05/27/11 | L. Hall | L460 | 2.80 | 812.00 |
| 05/27/11 | J. McBirney | L460 | 2.30 | 989.00 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    **Exhibit 48 - Page 656**

MGA Entertainment, Inc. - 22161
page 47

June 10, 2011
Invoice No. 1311206

| Date | Name | Code | Hours | Amount |
|---|---|---|---|---|
| 05/27/11 | T. McConville | L460 | 3.50 | 2,520.00 |
| 05/27/11 | W. Molinski | L460 | 1.20 | 948.00 |
| 05/27/11 | B. Murray | L460 | 7.50 | 1,837.50 |
| 05/27/11 | M. Palencia | L460 | 4.50 | 967.50 |
| 05/27/11 | L. Polinski | L140 | 0.60 | 48.00 |
| 05/27/11 | F. Rorie | L460 | 3.00 | 1,935.00 |
| 05/27/11 | M. Salas Jr. | L450 | 4.20 | 966.00 |
| 05/27/11 | M. Salas Jr. | L460 | 6.20 | 1,426.00 |
| 05/27/11 | C. Watson | L460 | 5.00 | 1,150.00 |
| 05/28/11 | C. Watson | L460 | 2.00 | 460.00 |
| 05/30/11 | W. Molinski | L460 | 2.70 | 2,133.00 |
| 05/30/11 | M. Salas Jr. | L460 | 6.80 | 1,564.00 |
| 05/31/11 | D. Boulankine | L460 | 1.00 | 225.00 |

MGA Entertainment, Inc. - 22161
page 48

June 10, 2011
Invoice No. 1311206



| 05/31/11 | A. Hurst | L460 | 3.20 | 2,624.00 |
| 05/31/11 | T. McConville | L460 | 0.50 | 360.00 |
| 05/31/11 | W. Molinski | L460 | 1.50 | 1,185.00 |
| 05/31/11 | B. Murray | L460 | 7.50 | 1,837.50 |
| 05/31/11 | L. Polinski | L140 | 0.50 | 40.00 |
| 05/31/11 | M. Salas Jr. | L460 | 7.40 | 1,702.00 |

| | | |
|---|---|---|
| Total Hours | 2,268.97 | |
| Total For Services | | $880,620.20 |
| *Less 15% Client Discount* | | *(132,093.03)* |
| Total Fees | 2,268.97 | $748,527.17 |



| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| **PHASE L100 –** | | | |
| L100 | | 3.25 | 2,340.00 |
| L120 | | 29.00 | 8,640.50 |
| L140 | | 43.25 | 10,682.25 |
| L190 | | 57.50 | 33,168.50 |
| **PHASE L100 –** | | 133.00 | 54,831.25 |
| **PHASE L200 –** | | | |
| L250 | | | |
| | TOTALS | 3.20 | 2,528.00 |

MGA Entertainment, Inc. - 22161                              June 10, 2011
page 49                                                    Invoice No. 1311206

| Task Code | Description | Hours | Billed Amount |
|---|---|---|---|
| PHASE L300 – | ██████████ | | |
| L320 | ████████████ | 0.50 | 137.50 |
| L390 | ██████████ | 198.24 | 15,411.50 |
| PHASE L300 – | ██████████████ | 198.74 | 15,549.00 |
| PHASE L400 – | ████████████████████ | | |
| L440 | ██████████████████ | 5.05 | 1,588.25 |
| L450 | ████████████████████ | 24.90 | 10,314.00 |
| L460 | █████████████████ | 1,901.85 | 795,386.00 |
| PHASE L400 – | ████████████████████ | 1,931.80 | 807,288.25 |
| PHASE L500 – | ██████ | | |
| L500 | ████████ | 2.23 | 423.70 |
| PHASE L500 – | ████████████ | 2.23 | 423.70 |

|  |  |  |
|---|---|---|
| Totals | 2,268.97 | $880,620.20 |
| *Less 15% Client Discount* | | (132,093.03) |
| Total Fees | | $748,527.17 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Bryce Baker | 2.80 | 530.00 | 1,484.00 |
| Katalina Baumann | 52.00 | 185.00 | 9,620.00 |
| Gina Bernola | 8.00 | 80.00 | 640.00 |
| Denis Boulankine | 42.00 | 225.00 | 9,450.00 |
| James  E. Calderon | 45.50 | 275.00 | 12,512.50 |
| John Camaya | 110.90 | 225.00 | 24,952.50 |
| Thomas  J. Camilleri | 15.45 | 145.00 | 2,240.25 |
| Daniel  P. Colonna | 12.80 | 75.00 | 960.00 |
| Michael  J. Czyzewski | 12.00 | 75.00 | 900.00 |
| Matthew  E. DuBois | 27.30 | 260.00 | 7,098.00 |
| Robert  W. Galbraith | 7.50 | 75.00 | 562.50 |
| Christopher  R. Giles | 21.00 | 75.00 | 1,575.00 |
| Jazmine  D. Grant | 16.00 | 80.00 | 1,280.00 |
| Eric  A. Gressler | 8.20 | 650.00 | 5,330.00 |
| Lynn Hall | 67.60 | 290.00 | 19,604.00 |
| Matthew Hewlett | 36.75 | 215.00 | 7,901.25 |
| Timothy  J. Hoye | 10.80 | 195.00 | 2,106.00 |
| Annette  L. Hurst | 39.90 | 790.00 | 31,521.00 |
| Annette  L. Hurst | 101.60 | 820.00 | 83,312.00 |
| Patricia  K. Johnsen | 11.40 | 290.00 | 3,306.00 |
| Laura  K. Kieckhefer | 123.70 | 530.00 | 65,561.00 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    **Exhibit 48 - Page 659**

MGA Entertainment, Inc. - 22161

page 50

June 10, 2011

Invoice No. 1311206

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Mary  E. Knutsen | 10.25 | 100.00 | 1,025.00 |
| Cynthia  L. Lock | 10.50 | 650.00 | 6,825.00 |
| Laura  T. Lukasik | 10.10 | 80.00 | 808.00 |
| Desiree Lyonette | 16.00 | 75.00 | 1,200.00 |
| Jimmy  S. McBirney | 22.50 | 430.00 | 9,675.00 |
| Thomas McConville | 56.00 | 720.00 | 40,320.00 |
| Frances  N. McKeown | 4.20 | 240.00 | 1,008.00 |
| Denise  M. Mingrone | 69.75 | 720.00 | 50,220.00 |
| William Molinski | 68.80 | 790.00 | 54,352.00 |
| Bernadette  M. Murray | 144.15 | 245.00 | 35,316.75 |
| Mystic  X. Palencia | 117.30 | 215.00 | 25,219.50 |
| Warrington  S. Parker | 93.75 | 655.00 | 61,406.25 |
| Melanie  D. Phillips | 34.50 | 530.00 | 18,285.00 |
| Leonard  M. Polinski | 29.80 | 80.00 | 2,384.00 |
| Rina Quiban | 57.90 | 160.00 | 9,264.00 |
| Olga Rapoport | 2.00 | 275.00 | 550.00 |
| Melissa  A. Ridenour | 7.75 | 80.00 | 620.00 |
| Barry  R. Rofheart | 6.00 | 260.00 | 1,560.00 |
| Frank  D. Rorie | 110.00 | 645.00 | 70,950.00 |
| Christina  A. Rose | 12.10 | 80.00 | 968.00 |
| Joshua Rosenkranz | 0.90 | 985.00 | 886.50 |
| Diana  M. Rutowski | 151.00 | 645.00 | 97,395.00 |
| Sherwin Sabado | 2.23 | 190.00 | 423.70 |
| Manuel  A. Salas Jr. | 270.70 | 230.00 | 62,261.00 |
| Linda  C. Santos | 12.25 | 280.00 | 3,430.00 |
| Mark  S. Seewald | 19.20 | 75.00 | 1,440.00 |
| Sugithra Somasekar | 6.80 | 570.00 | 3,876.00 |
| Sara  A. Sternad | 7.80 | 295.00 | 2,301.00 |
| David  C. Trimmer II | 9.50 | 75.00 | 712.50 |
| John  P. Vensel | 2.50 | 75.00 | 187.50 |
| Jennifer  L. Vilardo | 7.50 | 175.00 | 1,312.50 |
| Cheryl  M. Watson | 64.00 | 230.00 | 14,720.00 |
| Margaret  D. West | 25.34 | 75.00 | 1,900.50 |
| Yvette Williams | 4.70 | 75.00 | 352.50 |
| Stanley  J. Withouski | 13.50 | 145.00 | 1,957.50 |
| Jason  K. Yu | 6.80 | 330.00 | 2,244.00 |
| Christina Zhu | 7.70 | 175.00 | 1,347.50 |
| Total All Timekeepers | 2,268.97 | | $880,620.20 |
| | | *Less 15% Client Discount* | *(132,093.03)* |
| | | Total Fees | $748,527.17 |

MGA Entertainment, Inc. - 22161                                          June 10, 2011
page 51                                                          Invoice No. 1311206

Disbursements:

| Date | Description | Amount |
|---|---|---|
| 12/01/10 | Express Delivery | 48.01 |
| 12/01/10 | Express Delivery | 186.71 |
| 12/01/10 | Express Delivery | 59.26 |
| 12/01/10 | Express Delivery | 33.01 |
| 12/01/10 | Express Delivery | 115.11 |
| 12/01/10 | Express Delivery | 33.01 |
| 01/01/11 | Telephone | 428.91 |
| 02/07/11 | Telephone | 1,096.19 |
| 02/16/11 | Litigation Support | 700.00 |
| 02/22/11 | Litigation Support | 60.00 |
| 03/02/11 | Express Delivery | 108.39 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                                    **Exhibit 48 - Page 661**

MGA Entertainment, Inc. - 22161
page 52

June 10, 2011
Invoice No. 1311206

| Date | Description | Amount |
|---|---|---|
| 03/03/11 | Express Delivery | 26.77 |
| 03/07/11 | Express Delivery | 357.58 |
| 03/07/11 | Telephone | 619.32 |
| 03/13/11 | Express Delivery | 173.84 |
| 03/15/11 | Express Delivery | 166.28 |
| 03/15/11 | Express Delivery | 195.57 |
| 03/17/11 | Deposition/Transcript Expenses | 470.00 |
| 03/17/11 | Deposition/Transcript Expenses | 332.50 |
| 03/17/11 | Deposition/Transcript Expenses | 332.50 |
| 03/17/11 | Deposition/Transcript Expenses | 332.50 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 48 - Page 662

MGA Entertainment, Inc. - 22161                                June 10, 2011
page 53                                                        ~e No. 1311206

| 03/30/11 | Litigation Support | 60.00 |
| 04/01/11 | Telephone | 1.74 |
| 04/01/11 | Telephone | 8.79 |
| 04/02/11 | Telephone | 1.88 |
| 04/04/11 | Express Delivery | 111.45 |
| 04/04/11 | Litigation Support | 200.00 |
| 04/06/11 | Outside Services | 4.40 |
| 04/07/11 | Telephone | 2.96 |
| 04/11/11 | Express Delivery | 299.05 |



MGA Entertainment, Inc. - 22161                          June 10, 2011
page 54                                              Invoice No. 1311206

04/11/11    Express Delivery                                      241.55

04/12/11    Express Delivery                                      267.80

04/12/11    Express Delivery                                      172.80

04/13/11    Express Delivery                                      119.05

04/13/11    Litigation Support                                     80.00

04/13/11    Litigation Support                                     60.00

04/13/11    Litigation Support                                     80.00

04/13/11    Litigation Support                                     60.00

04/13/11    Litigation Support                                     60.00

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**              **Exhibit 48 - Page 664**

MGA Entertainment, Inc. - 22161
page 55

June 10, 2011
Invoice No. 1311206

| Date | Description | | Amount |
|------|-------------|---|--------|
| 04/13/11 | Litigation Support |  | 80.00 |
| 04/14/11 | Telephone | | 134.98 |
| 04/15/11 | Litigation Support | | 60.00 |
| 04/15/11 | Litigation Support | | 120.00 |
| 04/15/11 | Litigation Support | | 2,792.10 |
| 04/18/11 | Litigation Support | | 150.00 |
| 04/18/11 | Litigation Support | | 99.00 |
| 04/19/11 | Litigation Support | | 60.00 |
| 04/26/11 | Telephone | | 9.72 |
| 04/27/11 | Deposition/Transcript Expenses | | 277.50 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 48 - Page 665**

MGA Entertainment, Inc. - 22161                                      June 10, 2011
page 56                                                        Invoice No. 1311206

| Date | Description | Amount |
|------|-------------|--------|
| 04/27/11 | Telephone | 8.36 |
| 04/28/11 | Outside Services | 799.00 |
| 04/29/11 | Court Photocopy/Document Retrieval Fee | 69.00 |
| 04/29/11 | Express Delivery | 160.61 |
| 04/29/11 | Online Database | 85.50 |
| 04/30/11 | Outside Services | 116.95 |
| 04/30/11 | Outside Services | 249.90 |
| 05/01/11 | Outside Services | 865.67 |
| 05/01/11 | Outside Services | 770.00 |
| 05/02/11 | Document Reproduction | 0.20 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                         **Exhibit 48 - Page 666**

MGA Entertainment, Inc. - 22161                                    June 10, 2011
page 57                                                      Invoice No. 1311206

| 05/02/11 | Document Reproduction | 0.45 |
| 05/02/11 | Outside Services | 1,039.98 |
| 05/02/11 | Telephone | 0.81 |
| 05/02/11 | Telephone | 0.18 |
| 05/02/11 | Telephone | 0.09 |
| 05/03/11 | Document Reproduction | 0.10 |
| 05/04/11 | Document Reproduction | 0.05 |
| 05/05/11 | Document Reproduction | 0.05 |
| 05/05/11 | Document Reproduction | 0.25 |
| 05/05/11 | Document Reproduction | 2.90 |
| 05/05/11 | Document Reproduction | 0.10 |
| 05/05/11 | Document Reproduction | 0.15 |
| 05/05/11 | Document Reproduction | 1.50 |
| 05/05/11 | Document Reproduction | 0.20 |
| 05/05/11 | Document Reproduction | 0.20 |
| 05/06/11 | Document Reproduction | 0.60 |
| 05/06/11 | Document Reproduction | 5.35 |
| 05/06/11 | Document Reproduction | 0.20 |
| 05/06/11 | Document Reproduction | 0.20 |
| 05/06/11 | Document Reproduction | 0.15 |
| 05/06/11 | Document Reproduction | 0.20 |
| 05/06/11 | Document Reproduction | 0.05 |
| 05/06/11 | Document Reproduction | 0.05 |
| 05/06/11 | Document Reproduction | 0.45 |
| 05/06/11 | Document Reproduction | 0.05 |
| 05/06/11 | Document Reproduction | 0.05 |
| 05/06/11 | Express Delivery | 215.90 |
| 05/06/11 | Postage | 1.88 |
| 05/06/11 | Telephone | 0.09 |

MGA Entertainment, Inc. - 22161                                        June 10, 2011
page 58                                                          Invoice No. 1311206

| Date | Description | Amount |
|---|---|---|
| 05/07/11 | Express Delivery | 195.15 |
| 05/09/11 | Document Reproduction | 0.15 |
| 05/09/11 | Document Reproduction | 0.05 |
| 05/09/11 | Document Reproduction | 0.45 |
| 05/09/11 | Litigation Support | 200.00 |
| 05/09/11 | Telephone | 0.64 |
| 05/10/11 | Document Reproduction | 0.10 |
| 05/10/11 | Document Reproduction | 0.20 |
| 05/10/11 | Service of Process: Personal Service of Subpoena | (7,110.00) |
| 05/10/11 | Telephone | 0.27 |
| 05/11/11 | Court Photocopy/Document Retrieval Fee | 1,408.20 |
| 05/11/11 | Outside Reproduction Services | 742.50 |
| 05/11/11 | Telephone | 1.28 |
| 05/11/11 | Telephone | 0.64 |
| 05/11/11 | Telephone | 0.64 |
| 05/11/11 | Telephone | 1.28 |
| 05/12/11 | Color Document Reproduction | 0.35 |
| 05/12/11 | Color Document Reproduction | 0.10 |
| 05/12/11 | Color Document Reproduction | 0.85 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                **Exhibit 48 - Page 668**

MGA Entertainment, Inc. - 22161                                         June 10, 2011
page 59                                                          Invoice No. 1311206

| 05/12/11 | Color Document Reproduction | 1.90 |
| 05/12/11 | Color Document Reproduction | 2.05 |
| 05/12/11 | Color Document Reproduction | 0.10 |
| 05/12/11 | Document Reproduction | 0.20 |
| 05/12/11 | Document Reproduction | 0.10 |
| 05/12/11 | Document Reproduction | 0.05 |
| 05/12/11 | Express Delivery | 153.75 |
| 05/12/11 | Telephone | 0.18 |
| 05/12/11 | Telephone | 0.64 |
| 05/12/11 | Telephone | 0.64 |
| 05/13/11 | Express Delivery | 115.40 |
| 05/15/11 | Hand Delivery | 25.00 |
| 05/16/11 | Document Reproduction | 0.25 |
| 05/16/11 | Document Reproduction | 0.10 |
| 05/16/11 | Document Reproduction | 0.35 |
| 05/16/11 | Document Reproduction | 0.35 |
| 05/16/11 | Express Delivery | 10.71 |
| 05/17/11 | Document Reproduction | 0.80 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    **Exhibit 48 - Page 669**

MGA Entertainment, Inc. - 22161                                     June 10, 2011
page 60                                                      Invoice No. 1311206

| 05/17/11 | Express Delivery | 15.84 |

| 05/17/11 | Telephone | 0.36 |
| 05/18/11 | Deposition/Transcript Expenses | 2,067.36 |

| 05/18/11 | Deposition/Transcript Expenses | 99.12 |

| 05/18/11 | Document Reproduction | 0.30 |
| 05/18/11 | Outside Services | 60.29 |

| 05/19/11 | Document Reproduction | 1.35 |
| 05/19/11 | Document Reproduction | 1.20 |
| 05/19/11 | Document Reproduction | 1.50 |
| 05/20/11 | Document Reproduction | 0.10 |
| 05/20/11 | Express Delivery | 75.00 |

| 05/23/11 | Document Reproduction | 0.05 |
| 05/23/11 | Express Delivery | 90.20 |

| 05/23/11 | Express Delivery | 73.95 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                     **Exhibit 48 - Page 670**

MGA Entertainment, Inc. - 22161
page 61

June 10, 2011
Invoice No. 1311206

| Date | Description | Amount |
|------|-------------|-------:|
| 05/23/11 | Outside Services | 425.00 |
| 05/23/11 | Telephone | 0.36 |
| 05/24/11 | Document Reproduction | 0.05 |
| 05/24/11 | Telephone | 0.09 |
| 05/25/11 | Color Document Reproduction | 0.20 |
| 05/25/11 | Document Reproduction | 0.60 |
| 05/25/11 | Document Reproduction | 0.45 |
| 05/25/11 | Document Reproduction | 0.20 |
| 05/25/11 | Outside Reproduction Services | (663.38) |
| 05/25/11 | Outside Services | 54.00 |
| 05/25/11 | Telephone | 0.54 |
| 05/25/11 | Telephone | 0.54 |
| 05/26/11 | Color Document Reproduction | 0.05 |
| 05/26/11 | Color Document Reproduction | 0.30 |
| 05/26/11 | Document Reproduction | 0.30 |
| 05/26/11 | Document Reproduction | 0.20 |
| 05/26/11 | Document Reproduction | 0.05 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 48 - Page 671**

MGA Entertainment, Inc. - 22161
page 62

June 10, 2011
Invoice No. 1311206

| 05/27/11 | Color Document Reproduction | 0.60 |
| 05/27/11 | Color Document Reproduction | 0.70 |
| 05/27/11 | Document Reproduction | 0.05 |
| 05/27/11 | Document Reproduction | 0.65 |
| 05/31/11 | Document Reproduction | 0.40 |
| 05/31/11 | Telephone | 0.45 |

Disbursements Total $13,952.09

Disbursements



| | 7.20 |
| | 1,477.20 |
| | 3,911.48 |
| | 24.10 |
| | 3,821.75 |
| | 25.00 |
| | 4,921.10 |
| | 85.50 |
| | 79.12 |
| | 4,385.19 |
| | 1.88 |
| | -7,110.00 |
| | 2,322.57 |

Total  Disbursements $13,952.09

**Total For This Matter** **$762,479.26**

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 48 - Page 672**