# EXHIBIT 49



**JAMS**
THE RESOLUTION EXPERTS®

# INVOICE

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 06/14/2011 | 0002330322-200 |

To: **Warrington Parker III, Esq.**
**Orrick, Herrington & Sutcliffe LLP**
**405 Howard St.**
**The Orrick Building**
**San Francisco, CA 94105**

Reference #: **1200042828** DM
Billing Specialist: **Janell Arceo**
Telephone: **(949) 224-4664**
Employer ID: **68-0542699**

RE: **Mattel, Inc. vs. MGA Entertainment, Inc.**
Representing: **MGA Entertainment, Inc.**
Hearing Type: **Court Reference**

Neutral(s): **Hon. James Smith (Ret.)**

Rep# 3

| Date/Time | Description | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|
| 06/13/2011 | Hon. James Smith (Ret.)<br>Retainer Fees.<br>To be applied to reading, research, preparation of award, etc. NOTE: At the conclusion of the case, any unused portion of this retainer will be refunded. | 6,000.00 | 2 | 3,000.00 |
| | Expenses/Retainers | | | 3,000.00 |
| | Total | | $ | 3,000.00 |
| | Outstanding Balance as of 6/14/2011 | | $ | 3,137.50 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
P.O. Box 512850
Los Angeles, CA 90051-0850
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.

Page 1 of 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY            Exhibit 49 - Page 673