# EXHIBIT 50

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

### AND AFFILIATES

```
MGA Entertainment, Inc. and Isaac Larian        June 16, 2011
16380 Roscoe Boulevard                          Bill No.:  1370609
Van Nuys, California  91406
Attn:  Jeanine Pisoni                            TIN:  ███████
       General Counsel
```

| PLEASE REMIT TO: | | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1370609 |

(112040/9)

    FOR PROFESSIONAL SERVICES rendered in connection with the Retrial Advice matter for the period ending May 31, 2011. ..........................$397,579.50

### CHARGES AND DISBURSEMENTS

```
Computer Legal Research          $421.37*
Reproduction                       69.75
Word Processing                   150.00
Overtime Related Expenses          23.58
Electronic Document Management     36.80
                                   _____

                                 $    701.50


                                 $398,281.00
```

\*    Reflects agreement between MGA and Skadden to bill only 50% of Westlaw and Lexis/Nexis charges.

PAYMENT DUE UPON RECEIPT.
\*\*\*
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.
\*\*\*
PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE BILLED SUBSEQUENTLY.

B71A

652854.01-Los Angeles Server 2A - MSW

CONFIDENTIAL - ATTORNEYS' EYES ONLY        **Exhibit 50 - Page 674**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MGA Entertainment, Inc. and Isaac Larian                June 16, 2011
Page 2                                                  Bill No.:  1370609

### Outstanding Bills for the above-mentioned matter(s)

| Bill Date | Bill Number | Total Bill Amount | Balance Due |
|-----------|-------------|-------------------|-------------|
| 11/17/10  | 1339871     | $  298,947.35     | $   190,049.04 |
| 12/21/10  | 1346452     | $  173,764.03     | $   173,764.03 |
| 01/19/11  | 1349556     | $  319,477.52     | $   319,477.52 |
| 02/23/11  | 1353786     | $  306,615.52     | $   306,615.52 |
| 03/17/11  | 1357280     | $  247,298.42     | $   247,298.42 |
| 04/26/11  | 1363275     | $  379,365.91     | $   379,365.91 |
| 04/29/11  | 1363504     | $  203,726.94     | $   203,726.94 |
|           |             |                   | $1,820,297.38 |

This statement (see above):                              $   398,281.00

Total Amount Due:                                        $2,218,578.38

652854.01-Los Angeles Server 2A - MSW

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                **Exhibit 50 - Page 675**

**TIME SUMMARY**

**MATTER #9 Retrial Advice**
                                  Bill No.: 1370609
                                    Bill Date: 06/16/11

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNERS** | | | |
| THOMAS J. NOLAN | $1,095.00 | 8.30 | $9,088.50 |
| JASON D. RUSSELL | $1,030.00 | 206.00 | 212,180.00 |
| **TOTAL PARTNERS** | | **214.30** | **$221,268.50** |
| **ASSOCIATE** | | | |
| HILLARY A. HAMILTON | $710.00 | 150.10 | $106,571.00 |
| **TOTAL ASSOCIATE** | | **150.10** | **$106,571.00** |
| **LEGAL ASSISTANTS** | | | |
| JODY C. GILBERT | $295.00 | 18.00 | $5,310.00 |
| KAMERAN HEDAYAT | $295.00 | 36.70 | 10,826.50 |
| PHILLIP J. SIGNEY | $295.00 | 59.00 | 17,405.00 |
| ALISSA TURNIPSEED | $295.00 | 2.10 | 619.50 |
| **TOTAL LEGAL ASSISTANT** | | **115.80** | **$34,161.00** |
| **LEGAL ASSISTANT SPECIALISTS** | | | |
| KEVIN J. CHACON | $295.00 | 3.40 | $1,003.00 |
| MURIEL A. LOGAN | $65.00 | 0.50 | 32.50 |
| JOHN C. TYRRELL | $295.00 | 0.70 | 206.50 |
| **TOTAL LEGAL ASSISTANT SPECIALIST** | | **4.60** | **$1,242.00** |
| **LEGAL ASSISTANT SUPPORT** | | | |
| ANGEL G. GARCIA | $85.00 | 12.70 | $1,079.50 |
| DANIEL KRAMER | $190.00 | 60.00 | 11,400.00 |
| CATRIONA LAVERY | $190.00 | 36.40 | 6,916.00 |
| JON E. POWELL | $295.00 | 5.50 | 1,622.50 |
| MOHIB QIDWAI | $190.00 | 48.60 | 9,234.00 |
| CARRIE SIPPLE | $215.00 | 19.00 | 4,085.00 |
| **TOTAL LEGAL ASSISTANT SUPPORT** | | **182.20** | **$34,337.00** |
| **MATTER TOTAL** | | **667.00** | **$397,579.50** |

B71A

652854.01-Los Angeles Server 2A - MSW

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**
                                        **Exhibit 50 - Page 676**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

MGA Entertainment, Inc. and Isaac Larian          Bill Date: 06/16/11
Retrial Advice                                    Bill Number: 1370609

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| NOLAN TJ | 05/04/11 | 1.40 | |
| NOLAN TJ | 05/05/11 | 1.30 | |
| NOLAN TJ | 05/12/11 | 0.60 | |
| NOLAN TJ | 05/13/11 | 1.80 | |
| NOLAN TJ | 05/17/11 | 0.30 | |
| NOLAN TJ | 05/18/11 | 0.60 | |
| NOLAN TJ | 05/19/11 | 0.80 | |
| NOLAN TJ | 05/20/11 | 0.70 | |

B71A

652854.01-Los Angeles Server 2A - MSW

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**          **Exhibit 50 - Page 677**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
<u>PRIVILEGED AND CONFIDENTIAL</u>

| | | |
|---|---|---|
| NOLAN TJ | 05/25/11 | 0.40 |
| NOLAN TJ | 05/26/11 | 0.40 |
| | | **8.30** |
| RUSSELL JD | 04/25/11 | 3.40 |
| RUSSELL JD | 04/26/11 | 7.70 |
| RUSSELL JD | 04/27/11 | 5.60 |
| RUSSELL JD | 05/02/11 | 4.30 |
| RUSSELL JD | 05/03/11 | 9.00 |
| RUSSELL JD | 05/04/11 | 8.00 |
| RUSSELL JD | 05/05/11 | 10.50 |
| RUSSELL JD | 05/06/11 | 7.00 |
| RUSSELL JD | 05/07/11 | 5.00 |
| RUSSELL JD | 05/08/11 | 5.00 |

B71A

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 50 - Page 678**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| RUSSELL JD | 05/09/11 | 3.50 |
| RUSSELL JD | 05/10/11 | 8.50 |
| RUSSELL JD | 05/11/11 | 5.50 |
| RUSSELL JD | 05/12/11 | 10.50 |
| RUSSELL JD | 05/13/11 | 10.50 |
| RUSSELL JD | 05/14/11 | 7.00 |
| RUSSELL JD | 05/15/11 | 8.00 |
| RUSSELL JD | 05/16/11 | 7.50 |
| RUSSELL JD | 05/17/11 | 11.00 |
| RUSSELL JD | 05/18/11 | 12.40 |
| RUSSELL JD | 05/19/11 | 10.60 |
| RUSSELL JD | 05/20/11 | 6.00 |

B71A

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                **Exhibit 50 - Page 679**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| RUSSELL JD | 05/23/11 | 7.00 | |
| RUSSELL JD | 05/25/11 | 11.00 | |
| RUSSELL JD | 05/26/11 | 10.00 | |
| RUSSELL JD | 05/27/11 | 9.00 | |
| RUSSELL JD | 05/30/11 | 2.50 | |
| | | 206.00 | |
| **Total Partner** | | 214.30 | |
| HAMILTON HA | 04/23/11 | 2.60 | |
| HAMILTON HA | 04/26/11 | 2.70 | |
| HAMILTON HA | 04/27/11 | 2.40 | |
| HAMILTON HA | 04/28/11 | 0.80 | |
| HAMILTON HA | 05/02/11 | 0.30 | |
| HAMILTON HA | 05/04/11 | 3.40 | |

B71A

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 50 - Page 680

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
<u>PRIVILEGED AND CONFIDENTIAL</u>

| | | |
|---|---|---|
| HAMILTON HA | 05/05/11 | 8.70 |
| HAMILTON HA | 05/06/11 | 4.00 |
| HAMILTON HA | 05/09/11 | 6.50 |
| HAMILTON HA | 05/10/11 | 6.40 |
| HAMILTON HA | 05/11/11 | 11.20 |
| HAMILTON HA | 05/12/11 | 11.00 |
| HAMILTON HA | 05/13/11 | 8.90 |
| HAMILTON HA | 05/15/11 | 3.50 |

B71A

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 50 - Page 681

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
<u>PRIVILEGED AND CONFIDENTIAL</u>

| | | |
|---|---|---|
| HAMILTON HA | 05/16/11 | 11.90 |
| HAMILTON HA | 05/17/11 | 16.70 |
| HAMILTON HA | 05/18/11 | 8.40 |
| HAMILTON HA | 05/19/11 | 8.50 |
| HAMILTON HA | 05/20/11 | 10.10 |
| HAMILTON HA | 05/21/11 | 0.40 |

B71A

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    **Exhibit 50 - Page 682**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | |
|---|---|---|
| HAMILTON HA | 05/23/11 | 4.60 |
| HAMILTON HA | 05/26/11 | 6.90 |
| HAMILTON HA | 05/27/11 | 4.50 |
| HAMILTON HA | 05/31/11 | 5.70 |
| | | 150.10 |
| **Total Associate** | | **150.10** |
| GILBERT JC | 05/16/11 | 1.00 |
| GILBERT JC | 05/17/11 | 4.00 |
| GILBERT JC | 05/17/11 | 6.00 |
| GILBERT JC | 05/18/11 | 7.00 |
| | | **18.00** |
| HEDAYAT K | 05/12/11 | 1.90 |
| HEDAYAT K | 05/13/11 | 1.20 |

652854.01-Los Angeles Server 2A - MSW

B71A

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 50 - Page 683**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| HEDAYAT K | 05/13/11 | 1.40 | |
| HEDAYAT K | 05/13/11 | 1.30 | |
| HEDAYAT K | 05/13/11 | 1.60 | |
| HEDAYAT K | 05/16/11 | 0.50 | |
| HEDAYAT K | 05/16/11 | 3.30 | |
| HEDAYAT K | 05/17/11 | 4.20 | |
| HEDAYAT K | 05/17/11 | 0.60 | |
| HEDAYAT K | 05/23/11 | 1.70 | |
| HEDAYAT K | 05/24/11 | 3.90 | |
| HEDAYAT K | 05/25/11 | 1.30 | |
| HEDAYAT K | 05/25/11 | 2.80 | |
| HEDAYAT K | 05/25/11 | 0.50 | |
| HEDAYAT K | 05/26/11 | 2.60 | |
| HEDAYAT K | 05/27/11 | 4.30 | |
| HEDAYAT K | 05/27/11 | 0.50 | |
| HEDAYAT K | 05/31/11 | 0.70 | |
| HEDAYAT K | 05/31/11 | 2.40 | |
| | | 36.70 | |

B71A

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 50 - Page 684

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | |
|---|---|---|
| SIGNEY PJ | 05/13/11 | 5.40 |
| SIGNEY PJ | 05/16/11 | 7.00 |
| SIGNEY PJ | 05/17/11 | 8.00 |
| SIGNEY PJ | 05/18/11 | 8.00 |
| SIGNEY PJ | 05/23/11 | 7.50 |
| SIGNEY PJ | 05/24/11 | 1.30 |
| SIGNEY PJ | 05/25/11 | 4.50 |
| SIGNEY PJ | 05/26/11 | 4.40 |
| SIGNEY PJ | 05/27/11 | 4.90 |
| SIGNEY PJ | 05/31/11 | 8.00 |
| | | **59.00** |
| TURNIPSEED A | 04/26/11 | 0.10 |
| TURNIPSEED A | 04/27/11 | 1.50 |
| TURNIPSEED A | 05/06/11 | 0.30 |
| TURNIPSEED A | 05/17/11 | 0.20 |
| | | **2.10** |
| **Total Legal Assistant** | | **115.80** |
| CHACON KJ | 05/10/11 | 0.70 |
| CHACON KJ | 05/12/11 | 0.70 |

B71A

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 50 - Page 685**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | |
|---|---|---|
| CHACON KJ | 05/13/11 | 0.80 |
| CHACON KJ | 05/13/11 | 1.20 |
| | | 3.40 |
| LOGAN MA | 05/27/11 | 0.50 |
| | | 0.50 |
| TYRRELL JC | 05/26/11 | 0.70 |
| | | 0.70 |
| **Total Legal Assist Specialist** | | **4.60** |
| GARCIA AG | 04/25/11 | 0.70 |
| GARCIA AG | 04/29/11 | 5.50 |
| GARCIA AG | 05/06/11 | 1.00 |
| GARCIA AG | 05/09/11 | 2.50 |
| GARCIA AG | 05/13/11 | 1.00 |
| GARCIA AG | 05/18/11 | 1.50 |
| GARCIA AG | 05/23/11 | 0.50 |

B71A

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**                    **Exhibit 50 - Page 686**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
<u>PRIVILEGED AND CONFIDENTIAL</u>

|  |  |  |  |
|---|---|---|---|
|  |  | **12.70** |  |
| KRAMER D | 05/16/11 | 7.00 | |
| KRAMER D | 05/17/11 | 7.00 | |
| KRAMER D | 05/18/11 | 3.00 | |
| KRAMER D | 05/19/11 | 3.00 | |
| KRAMER D | 05/20/11 | 3.00 | |
| KRAMER D | 05/20/11 | 4.00 | |
| KRAMER D | 05/23/11 | 7.00 | |
| KRAMER D | 05/24/11 | 7.00 | |
| KRAMER D | 05/25/11 | 4.00 | |
| KRAMER D | 05/26/11 | 6.00 | |
| KRAMER D | 05/27/11 | 5.50 | |
| KRAMER D | 05/31/11 | 3.50 | |
|  |  | **60.00** | |
| LAVERY C | 05/16/11 | 6.50 | |
| LAVERY C | 05/17/11 | 5.20 | |
| LAVERY C | 05/18/11 | 1.00 | |
| LAVERY C | 05/19/11 | 0.50 | |
| LAVERY C | 05/20/11 | 2.00 | |
| LAVERY C | 05/23/11 | 6.50 | |
| LAVERY C | 05/24/11 | 0.50 | |

B71A

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**Exhibit 50 – Page 687**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | |
|---|---|---|
| LAVERY C | 05/25/11 | 1.50 |
| LAVERY C | 05/26/11 | 6.50 |
| LAVERY C | 05/27/11 | 5.50 |
| LAVERY C | 05/31/11 | 0.70 |
| | | **36.40** |
| POWELL JE | 05/17/11 | 2.50 |
| POWELL JE | 05/21/11 | 3.00 |
| | | **5.50** |
| QIDWAI M | 05/16/11 | 7.00 |
| QIDWAI M | 05/17/11 | 2.00 |
| QIDWAI M | 05/17/11 | 3.00 |
| QIDWAI M | 05/18/11 | 3.80 |
| QIDWAI M | 05/19/11 | 2.50 |
| QIDWAI M | 05/22/11 | 7.00 |
| QIDWAI M | 05/23/11 | 7.00 |
| QIDWAI M | 05/24/11 | 3.00 |
| QIDWAI M | 05/25/11 | 3.00 |
| QIDWAI M | 05/26/11 | 7.20 |
| QIDWAI M | 05/29/11 | 0.80 |
| QIDWAI M | 05/31/11 | 2.30 |
| | | **48.60** |

B71A

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 50 - Page 688

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES
ATTORNEY WORK PRODUCT
PRIVILEGED AND CONFIDENTIAL

| | | | |
|---|---|---|---|
| SIPPLE C | 05/16/11 | 4.00 | |
| SIPPLE C | 05/20/11 | 3.00 | |
| SIPPLE C | 05/26/11 | 3.00 | |
| SIPPLE C | 05/27/11 | 5.50 | |
| SIPPLE C | 05/28/11 | 2.50 | |
| SIPPLE C | 05/29/11 | 1.00 | |
| | | 19.00 | |
| **Total Legal Assist Support** | | 182.20 | |
| **MATTER TOTAL** | | 667.00 | |

652854.01-Los Angeles Server 2A - MSW

B71A

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 50 - Page 689

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Computer Legal Research
Total = $421.37

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 50 - Page 690

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**MGA Entertainment, Inc. and Isaac Larian: Retrial Advice**
**Bill No. 1370609/Bill Date:  June 16, 2011**
**Disbursement Detail**

| Group | Disbursement Group | Disb. | Disbursement Type | Tran. Date | Employee or Department | Vendor | Invoice No. | Billed Amount | Narrative |
|-------|-------------------|-------|-------------------|------------|------------------------|--------|-------------|--------------|-----------|
| 01 | Computer Legal Research | 0113 | Westlaw | 05/18/11 | Powell JE | | | 218.87 | WESTLAW SEARCHED BY: POWELL, JOHN; TIME: 1:04:14 $29.88; DATABASE: 1:04:14 $407.85.<br>27 |
| 01 | Computer Legal Research | 0113 | Westlaw | 05/18/11 | Gilbert JC | | | 202.50 | WESTLAW SEARCHED BY: GILBERT, JODY; TRANSACTIONS: 54 $405.00.<br>28 |
| | | | Westlaw Total | | | | | 421.37 | |
| | | Computer Legal Research Total | | | | | | 421.37 | |
| | | GRAND TOTAL: | | | | | | 421.37 | |

DD09D

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 50 - Page 691

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

In-house Reproduction
Total = $69.75

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Exhibit 50 - Page 692

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**MGA Entertainment, Inc. and Isaac Larian: Retrial Advice**
Bill No. 1370609/Bill Date:  June 16, 2011
Disbursement Detail

| Group | Disbursement Group | Disb. | Disbursement Type | Tran. Date | Employee or Department | Vendor | Invoice No. | Billed Amount | Narrative |
|---|---|---|---|---|---|---|---|---|---|
| 02 | Reproduction | 0102 | In-house Reproduction | 05/03/11 | Copy Center, D | | | 0.15 | 1 pages |
| | | | | | | | | 34 | |
| 02 | Reproduction | 0102 | In-house Reproduction | 05/24/11 | Copy Center, D | | | 69.60 | 464 pages |
| | | | | | | | | 42 | |
| | | In-house Reproduction Total | | | | | | 69.75 | |
| | | Reproduction Total | | | | | | 69.75 | |
| | | GRAND TOTAL: | | | | | | 69.75 | |

DD09D

Exhibit 50 - Page 693

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Word Processing
Total = $150.00

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    Exhibit 50 - Page 694

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**MGA Entertainment, Inc. and Isaac Larian: Retrial Advice**
**Bill No. 1370609/Bill Date: June 16, 2011**
**Disbursement Detail**

| Group | Disbursement Group | Disb. | Disbursement Type | Tran. Date | Employee or Department | Vendor | Invoice No. | Billed Amount | Narrative |
|-------|--------------------|-------|-------------------|------------|------------------------|--------|-------------|---------------|-----------|
| 04 | Word Processing | 0104 | Secretarial Time | 05/20/11 | Sipple C | | | 150.00 | Legal Document Preparation |
| | | | Secretarial Time Total | | | | | 150.00 | |
| | | | Word Processing Total | | | | | 150.00 | |
| | | | GRAND TOTAL: | | | | | 150.00 | |

DD09D

Exhibit 50 - Page 695

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Overtime Related Expenses
Total = $23.58

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    Exhibit 50 - Page 696

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**MGA Entertainment, Inc. and Isaac Larian: Retrial Advice**
**Bill No. 1370609/Bill Date:  June 16, 2011**
**Disbursement Detail**

| Group | Disbursement Group | Disb. | Disbursement Type | Tran. Date | Employee or Department | Vendor | Invoice No. | Billed Amount | Narrative |
|-------|-------------------|-------|-------------------|-----------|------------------------|--------|-------------|---------------|-----------|
| 09 | Overtime Related Expenses | 0134 | Overtime Meals | 03/31/11 | Turnipseed A | Turnipseed A | ER040811 | 8.58 | VENDOR: Turnipseed A INVOICE#: ER040811 DATE: 4/8/2011<br><br>Place: Sancho's; Attendees: 1; Name: Alissa Turnipseed; Title: L/A Intl Prop G; Company: Skadden;<br><br>Business Purpose: Dinner. |
| 09 | Overtime Related Expenses | 0134 | Overtime Meals | 04/05/11 | Turnipseed A | Turnipseed A | ER040811 | 15.00 | VENDOR: Turnipseed A INVOICE#: ER040811 DATE: 4/8/2011<br><br>Place: The Cheesecake Factory; Attendees: 1; Name: Alissa Turnipseed; Title: L/A Intl Prop G; Company: Skadden;<br><br>Business Purpose: Dinner. |
| | Overtime Meals Total | | | | | | | 23.58 | |
| | Overtime Related Expenses Total | | | | | | | 23.58 | |
| | GRAND TOTAL: | | | | | | | 23.58 | |

DD09D

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Electronic Document Management
Total = $36.80

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    Exhibit 50 - Page 698

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

MGA Entertainment, Inc. and Isaac Larian: Retrial Advice
Bill No. 1370609/Bill Date: June 16, 2011
Disbursement Detail

| Group | Disbursement Group | Disb. | Disbursement Type | Tran. Date | Employee or Department | Vendor | Invoice No. | Billed Amount | Narrative |
|---|---|---|---|---|---|---|---|---|---|
| 18 | Electronic Document Management | 0174 | Print Images to Paper (from Electronic Media) | 05/23/11 | Lipsun A | | | 35.60 | 28 |
| 18 | Electronic Document Management | 0174 | Print Images to Paper (from Electronic Media) | 05/23/11 | Lipsun A | | | 1.20 | 29 |
| | | | Print Images to Paper (from Electronic Media) Total | | | | | 36.80 | |
| | | | Electronic Document Management Total | | | | | 36.80 | |
| | | | GRAND TOTAL: | | | | | 36.80 | |

Exhibit 50 - Page 699

Page 1

DD09D