QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  William C. Price (Bar No. 108542)
  (williamprice@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL, INC.'S NOTICE OF MGA'S NON-COMPLIANCE**<br><br>Hearing Date:   TBD<br>Time:   TBD<br>Place:   TBD<br><br>Discovery Cutoff:   October 4, 2010<br>Pre-trial Conference:   January 4, 2010<br>Trial:   January 11, 2011 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Mattel, Inc. hereby provides notice that MGA is out of compliance with the Court's June 30, 2011 Order, Dkt. 10673, as Mattel interprets that Order. Mattel requests that the Court require compliance.

The June 30, 2011 Order provides that "All applications to file under seal documents received after April 25, 2011, are hereby DENIED. Parties are instructed to file on the public docket all requested under seal documents promptly." Mattel complied with the June 30, 2011 Order and filed its notice of compliance on July 6, 2011. Dkt. 10679. In contrast, while MGA has now publicly filed certain documents that it sought to file under seal as ordered, MGA has failed to publicly file others, including most notably the documents that MGA sought to submit *in camera* (for which MGA filed applications to file under seal on some occasions). The Court's Order that the "[p]arties are instructed to file on the public docket all requested under seal documents promptly" encompasses, in Mattel's view, MGA's proposed *in camera* filings. Because MGA has not filed these submissions, Mattel respectfully requests that the Court order MGA to publicly file its proposed *in camera* submissions without redactions.

DATED: July 11, 2011   QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  *Susan R. Estrich*
Susan R. Estrich
Attorney for Mattel, Inc.