# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV 04-9049-DOC(RNBx)                                          Date   July 12, 2011

Title   MATTEL, INC. -V- MGA ENTERTAINMENT, INC., ET AL.

Present: The Honorable   DAVID O. CARTER, U.S. District Judge

| Julie Barrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearances | No Appearance |

Proceedings:   (IN CHAMBERS) ORDER RE: SUBMISSION AND UNSEALING OF DOCUMENTS

    MGA Entertainment, Inc., Isaac Larian, MGA Entertainment (HK) Ltd., MGAE de Mexico SRL de CV (collectively "MGA") shall submit to the Court, for its *in camera* review, all invoices that list, in detail, the fees and costs that are the subject of MGA's "Motion for Attorneys' Fees" [Docket 10542]. MGA Entertainment, Inc. shall also submit to the Court, for its *in camera* review, all invoices that list, in detail, the fees and costs that are the subject of MGA Entertainment, Inc.'s Motion for Attorneys' Fees [Docket 10539]. Due to their likely volume, the courtesy copy of these *in camera* submissions shall be submitted in electronic form only, on a thumb drive that complies with the Court's prior orders directing the electronic submission of voluminous materials. MGA shall separately contact the Clerk of Court to arrange for the *in camera* lodging of such materials in hard copy form. MGA shall comply with the obligations imposed by this Order on or before July 13, 2011.

    The Order Granting MGA's Applications to file these Motions, and supporting papers, under seal [Docket 10617] is VACATED. <u>See</u> Docket 10673. The Clerk shall UNSEAL the Motion and supporting papers [Docket Nos. 10618, 10619, 10620, 10621, and 10622].

:   00

Initials of Preparer   jcb