1   ANNETTE L. HURST (State Bar No. 148738)
    ahurst@orrick.com
2   WARRINGTON S. PARKER III (State Bar No. 148003)
    wparker@orrick.com
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    405 Howard Street
4   San Francisco, CA 94105-2669
    Tel: (415) 773-5700/Fax:(415) 773-5759
5
    WILLIAM A. MOLINSKI (State Bar No. 145186)
6   wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
7   777 South Figueroa Street, Suite 3200
    Los Angeles, CA 90017
8   Tel. (213) 629-2020/Fax: (213) 612-2499

9   THOMAS S. MCCONVILLE (State Bar No. 155905)
    tmcconville@orrick.com
10   ORRICK, HERRINGTON & SUTCLIFFE LLP
    4 Park Plaza, Suite 1600
11   Irvine, CA 92614-2258
    Tel: (949) 567-6700/Fax: (949) 567-6710

12   Attorneys for MGA Parties

13                UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                   SOUTHERN DIVISION

16

17   MATTEL, INC., a Delaware       Case No.  CV 04-9049 DOC (RNBx)
    corporation,                   Consolidated with:
18                       Case Nos. CV 04-9059 & CV 05-2727
         Plaintiff,
19                       **DECLARATION OF MR. LUIS**
        v.                      **ANTONIO SAN MIGUEL BOLEA IN**
20                       **SUPPORT OF ISAAC LARIAN'S**
    MGA ENTERTAINMENT, INC., a   **OPPOSITION TO MATTEL'S**
21   California corporation, et al.,     **APPLICATION FOR AN ORDER**
                      **UNDER 28 U.S.C. § 1782**
22         Defendant.           **COMPELLING ISSUANCE OF**
                      **SUBPOENAS FOR THE TAKING OF**
23                       **TESTIMONY FOR USE IN A**
    AND CONSOLIDATED ACTIONS   **FOREIGN PROCEEDING PURSUANT**
24                       **TO LETTER ROGATORY**

25                       Hearing Date: TBD
                      Time: TBD
26                       Place:  Courtroom 9D

27                       Trial Date:  January 18, 2011

28

## DECLARATION OF LUIS ANTONIO SAN MIGUEL BOLEA

I, Luis Antonio San Miguel Bolea, declare as follows:

1. I am a Mexican attorney with the law firm of Cortina, San Miguel and Associates, S.C. and have been retained by counsel for the MGA Parties in the above-captioned action to opine on Mexican law. I am admitted to practice before all Mexican courts. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath. A true and correct copy of my curriculum vitae is attached as **Exhibit A**.

2. I have been retained as Mexican counsel for "MGAE de Mexico, S. de R.L. de C.V." and I understand that Mattel is seeking the testimony of Isaac Larian, Jahangir Makabi, Daphne Gronich, and Thomas Park regarding a letter rogatory issued in the Mexican cause of action 130/2007-V pending before the Tenth Federal Criminal Court of the Federal District.

3. In my professional experience, and under Constitutional Rights and Criminal Procedure Law in México, any proceeding conducted during a pending criminal investigation, i.e., including the depositions Mattel seeks here, necessarily requires the presence of defense counsel for the defendants— Mariana Trueba Almada and Carlos Gustavo Machado Gomez. This is clearly stated in Article 20 of the Mexican Constitution, which provides that a defendant has the right that his or her attorney be present at every single act of the criminal procedure.

4. The aforementioned constitutional guarantee is also set forth in Article 249 of the Mexican Federal Criminal Procedure Code, which further states that defense counsel has the right to examine and cross-examine witnesses. Thus, in the instant case, were the requested depositions to go forward without the presence of defense counsel, there would be a clear violation of the

- 1 -

SAN MIGUEL DECLARATION

OHS WEST:261217107 1

defendants' Constitutional rights.

5. As to the testimony Mattel seeks of Isaac Larian and Jahangir Makabi as witnesses in the criminal case 130/2007-V, such elicited testimony could be in contravention of Mexican law because they both have the legal and Constitutional right not to declare against their own interests. This is a legitimate concern because I have learned that Isaac Larian and Jahangir Makabi were, at one time, investigated by the Mexican Federal Prosecutor's Office, and the prosecutors requested that arrest warrants issue against Larian and Makabi. The Mexican Court, however, denied such requests.

6. Importantly, although the issuance of arrest warrants was initially denied, my Law firm, Cortina, San Miguel y Asociados has been informed, as attorneys for MGAE de Mexico, S. de R.L. de C.V., by the Law Firm Franco & Franco, that a *current* investigation is taking place where the Mexican Federal Prosecutor's Office is, again, actively considering, as criminal suspects, Mariana Trueba Almada, Carlos Gustavo Machado Gomez, Isaac Larian, and Jahangir Makabi, regarding the same facts from the original criminal case 130/2007-V. In this more recent investigation, however, Mattel is pursuing its criminal claim under a different theory of Property Rights Law. That investigation is number 285/UEIDAPI/2008 at Table 6 of Property Rights Felony Direction A, of the Procuraduria General de la República (PGR) [Mexican Attorney General's Office].

7. The ongoing investigation pertaining to Larian and Makabi is directly related to the criminal cause of action 130/2007-V because when the arrest warrants were denied against Isaac Larian and Jahangir Makabi this more recent investigation conopen. Because of the ongoing investigation targeting Larian and Makabi, neither can be compelled to testify as witnesses according to Article 20 B of the Mexican Constitution. To do otherwise would be a clear

- 2 -

SAN MIGUEL DECLARATION

violation of their right against self-incrimination; this is also set forth in Article 128 of the Mexican Federal Criminal Procedure Code.

8.  As for the questions Mattel proposes to ask of Isaac Larian, Jahangir Makabi, Daphne Gronich and Thomas Park, it is important to note that Mattel is attempting to circumvent recent Mexican Supreme Court precedent relating to the use of email communications as evidence. For example, in the letters rogatory marked as Exhibit 81, there are several emails to and from private individuals involving Machado, Trueba, and Vargas. These series of emails will likely form various lines of questioning. On June 15, 2011, however, the Mexican Supreme Court issued an opinion regarding the gathering of evidentiary proof, particularly in e mails, where the Mexican Supreme Court held that if such communications were obtained without the consent of the parties involved or Court Order to obtain them, and a third party attempts to exhibit them as proof, said communications have *no* evidentiary value. The Mexican Supreme Court stated that such evidentiary use goes against the fundamental right of inviolable private communications and, thus, cannot be considered in due form. Accordingly, as in this case, any questions Mattel asks about these private communications should not be considered evidence in Mexico since they were obtained without the consent of the parties involved in said communications, and there has been no court order to obtain them.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Mexico City, Mexico on the 12th day of July, 2011.

Luis Antonio San Miguel Bolea

- 3 -

SAN MIGUEL DECLARATION

OHS WEST:261213107.1

# Exhibit A

## "CURRÍCULUM VITAE"

<u>NAME</u>: LUIS ANTONIO SAN MIGUEL BOLEA.

<u>BIRHT DATE</u>: MÉXICO DISTRITO FEDERAL, 06 DE SEPTIEMBRE DE 1978.

<u>ESTADO CIVIL</u>: SOLTERO.

<u>CURRENT ADRESS</u>: SANTIAGO 453 A6, COLONIA SAN JERONIMO LIDICE, DELEGACIÓN MAGDALENA CONTRERAS, CÓDIGO POSTAL 10200, EN MÉXICO DISTRITO FEDERAL.

<u>E MAIL</u>: luis@cortinasanmiguel.com

<u>TELEPHONE</u>: (55) 30955673.

<u>EXPERIENCIA LABORAL:</u>

CORTINA, SAN MIGUEL Y ASOCIADOS, S.C., DE SEPTIEMBRE DE 2009 A LA FECHA, SOCIO DEL DESPACHO.

CONSULTORÍA JURÍDICA INTEGRAL, S.C. DE 2006 A 2009, ASOCIADO DEL DESPACHO, ENCARGADO DEL ÁREA ADMINISTRATIVA Y ESPECIALISTA EN LITIGIO PENAL.

PODER JUDICIAL DE LA FEDERACIÓN DEL AÑO 2002 A 2006, DESEMPEÑANDO LOS SIGUIENTES CARGOS:

ACTUARIO JUDICIAL ADSCRITO AL DECIMOTERCER TRIBUNAL COLEGIADO EN MATERIA DE TRABAJO DEL PRIMER CIRCUITO.

AUXILIAR ADMINISTRATIVO EN FUNCIONES DE SECRETARIO PROYECTISTA, ADSCRITO AL JUZGADO TRIGESIMO SEGUNDO DE DISTRITO ITINERANTE.

AUXILIAR ADMINISTRATIVO ADSCRITO AL JUZGADO DÉCIMO DE DISTRITO DE PROCESOS PENALES FEDERALES.

OFICIAL JUDICIAL ADSCRITO AL JUZGADO SEXTO DE DISTRITO EN AMPARO PENAL.

OFICIAL JUDICIAL ADSCRITO AL DECIMOTERCER TRIBUNAL COLEGIADO EN MATERIA DE TRABAJO DEL PRIMER CIRCUITO.

CONSULTORIA JURÍDICA INTEGRAL, S.C. 1999 A 2001, PASANTE DE DERECHO EN EL ÁREA PENAL.

NOTARIAS ASOCIADAS 9 Y 239 DEL DISTRITO FEDERAL 1998 A 1999, PASANTE ATENCIÓN FIRMAS.


<u>PREPARACIÓN PROFESIONAL</u>:


EGRESADO DE LA FACULTAD DE DERECHO DE LA UNIVERSIDAD ANAHUAC DEL SUR, CURSANDO LA CARRERA DE LICENCIADO EN DERECHO DEL AÑO DE 1997 A 2002.

TÍTULO PROFESIONAL OBTENIDO EN EL AÑO 2003, SUSTENTANDO LA TESIS "LAS DEFICIENCIAS DE LA PRESCRIPCIÓN EN MATERIA PENAL", MISMA CON LA QUE SE OBTUVO MENCIÓN HONORIFICA.


<u>OTROS ESTUDIOS</u>:


ESPECIALIDAD EN DERECHO PROCESAL PENAL, INSTITUTO DE CIENCIAS PENALES (TRUNCADA).

CURSO DE FORMACIÓN Y PREPARACIÓN DE SECRETARIOS DEL PODER JUDICIAL DE LA FEDERACIÓN.

ESTUDIOS EN DERECHO CONSTITUCIONAL, PENAL Y COMUNITARIO EN LA FACULTAD DE DERECHO DE LA UNIVERSIDAD FRANCISCO DE VITTORIA EN MADRID, ESPAÑA.

**IDIOMAS:**

**INGLES 90%.**

**LUIS ANTONIO SAN MIGUEL  BOLEA.**

A graduate of Law School of the Anahuac University of the South, he obtained his degree with the thesis "The Deficiencies of Prescription of Penal Matter", with which he obtained honorable mention, likewise, he studied Communitarian Legal Guaranties and Constitutional and Penal Law at the University of Francisco de Vittoria,  in  Madrid,  Spain.

He has work experience from the Judicial Power of the Federation, where he worked in the District Courts, as well as the Collegiate Courts of the Circuit, obtaining the degree of Legal Specialty granted by the Federal Legal Institute, Legal School of the Legal Power of the Federation.

Afterwards he obtained his professional experience in the penal litigation area at the firms of Coello Trejo y Asociados, S.C. and Consultoría Jurídica Integral, S.C.  Law firms in which he was an associate and partner respectively.  In October of 2009 he associates with Santiago Cortina Latapí, creating the Law Firm **CORTINA, SAN MIGUEL Y ASOCIADOS, S.C.**

His experience both as a Federal Public Official and as Candidate Lawyer have taken him to specialize mainly in fiscal, financial and customs crimes; as well

as in Administrative and Constitutional matters.  Is part of the Mexican Bar School of Lawyers.


He has participated in different forums on matters related to Penal Law and Legal Integrated Advise.