1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone:  415-773-5700
   Facsimile:   415-773-5759
6
   WILLIAM A. MOLINSKI (State Bar No. 145186)
7  wmolinski@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  777 South Figueroa Street, Suite 3200
   Los Angeles, CA  90017
9  Telephone:  213-629-2020
   Facsimile:   213-612-2499
10
   THOMAS S. MCCONVILLE (State Bar No. 155905)
11 tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Tel: (949) 567-6700/Fax: (949) 567-6710

14 Attorneys for MGA Parties

15              UNITED STATES DISTRICT COURT
16              CENTRAL DISTRICT OF CALIFORNIA
17                    SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>[PROPOSED] ORDER GRANTING ACCESS TO COURTHOUSE LOADING DOCK<br><br>Judge:  Hon. David O. Carter |
| AND CONSOLIDATED ACTIONS | |

## [PROPOSED] ORDER

Pursuant to the Court's Order of July 12, 2011, mandating that the MGA Parties deliver materials in hard copy form to the Court for *in camera* lodging, it is hereby ORDERED that that counsel for the MGA Parties and their staff shall be permitted access to the loading dock of the U.S. District Courthouse, 411 West Fourth Street, Santa Ana, California 92701, for the purpose of transporting approximately 20 boxes to Judge David O. Carter's Courtroom, 9-D, during normal business hours from 8:30 a.m. to 5:00 p.m. on Wednesday, July 13, 2011.

**IT IS SO ORDERED.**

Dated: July 13, 2011

David O. Carter
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING ACCESS TO
COURTHOUSE LOADING DOCK
CV-04-9049 DOC (RNBx)

OHS WEST:261225673.1