ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with:<br>CV 04-9059<br>CV 05-2727<br><br>ORDER GRANTING ACCESS TO COURTHOUSE LOADING DOCK<br><br>Judge:  Hon. David O. Carter |

**ORDER**

Pursuant to the Court's Order of July 12, 2011, mandating that the MGA Parties deliver materials in hard copy form to the Court for *in camera* lodging, it is hereby ORDERED that that counsel for the MGA Parties and their staff shall be permitted access to the loading dock of the U.S. District Courthouse, 411 West Fourth Street, Santa Ana, California 92701, for the purpose of transporting approximately 20 boxes to Judge David O. Carter's Courtroom, 9-D, during normal business hours from 8:30 a.m. to 5:00 p.m. on Wednesday, July 13, 2011.

**IT IS SO ORDERED.**

Dated: July 13, 2011 _/s/ David O. Carter_
David O. Carter
United States District Judge

- 1 -

ORDER GRANTING ACCESS TO
COURTHOUSE LOADING DOCK
CV-04-9049 DOC (RNBx)