1  ANNETTE L. HURST (State Bar No. 148738)
   ahurst@orrick.com
2  WARRINGTON S. PARKER III (State Bar No. 148003)
   wparker@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105
5  Telephone:  415-773-5700
   Facsimile:   415-773-5759
6
7  WILLIAM A. MOLINSKI (State Bar No. 145186)
   wmolinski@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
9  Los Angeles, CA  90017
   Telephone:  213-629-2020
   Facsimile:   213-612-2499
10
11 THOMAS S. MCCONVILLE (State Bar No. 155905)
   tmcconville@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 4 Park Plaza, Suite 1600
   Irvine, CA 92614-2258
13 Tel: (949) 567-6700/Fax: (949) 567-6710

14 Attorneys for MGA Parties

15                UNITED STATES DISTRICT COURT
16                CENTRAL DISTRICT OF CALIFORNIA
17                    SOUTHERN DIVISION

18 | CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
19 | Plaintiff, | Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727 |
20 | v. | **DECLARATION OF BRYCE BAKER IN SUPPORT OF MGA PARTIES' MOTIONS FOR FEES AND COSTS** |
21 | MATTEL, INC., a Delaware corporation, | |
22 | Defendant. | Judge: Hon. David O. Carter |
23 | | |
24 | AND CONSOLIDATED ACTIONS | |

I, Bryce Baker declare as follows:

1. I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for the MGA Parties in the above-captioned action. I am a member in good standing of the State Bar of California and am admitted to practice before this court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I have personally reviewed the invoices attached as Exhibits 1 through 7 to the Second Supplemental Declaration of Stephen Schultz in Support of the MGA Parties' Motion for Fees and Costs.

3. The costs invoiced by the Mission Inn, enumerated by the documents attached as Exhibits 1 through 5 to Mr. Schultz's declaration, include $26,906.75 for telephone calls, laundry, lounge charges, parking and valet parking, movies, "no-show" room charges, spa charges, and costs associated with the rental of meeting room space, including phone line and equipment rental charges. The MGA Parties do not seek recovery of these costs.

4. The costs invoiced by the Hyatt Regency, enumerated by the documents attached as Exhibits 6 and 7 to Mr. Schultz's declaration, include $693.00 for "no-show" room charges. The MGA Parties do not seek recovery of these costs.

5. Accordingly, the total recovery sought by Mr. Schultz's declaration should be reduced by $27,598.75.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on July 25, 2011 at San Francisco, California.

Bryce W. Baker