QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>SUPPLEMENTAL DECLARATION OF JON COREY IN SUPPORT OF APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 COMPELLING ISSUANCE OF SUBPOENAS FOR THE TAKING OF TESTIMONY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO LETTER ROGATORY<br><br>Hearing Date: TBD<br>Time: TBD<br>Place: TBD<br><br>Trial: January 18, 2011 |

00505.07975/4265230.2

SUPPLEMENTAL COREY DECLARATION ISO APPLICATION PURSUANT TO 28 U.S.C. § 1782

## DECLARATION OF JON COREY

I, Jon Corey, declare as follows:

1. I am a member of the bars of the State of California, the District of Columbia and the State of New York. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel"). I make this declaration in support of the Application For An Order Under 28 U.S.C. § 1782 Compelling Issuance Of Subpoenas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory (the "Application"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I met with a representative from the Mexican Consulate in late February 2011. Since then, I have had regular communications with the same representative in which he has sought information regarding the status of the application for the evidence pursuant to the letter rogatory to report to the Mexican court.

3. Attached as Exhibit A is a true and correct copy of a letter, dated June 30, 2011, from me to Jennifer Keller, Tom McConville and Annette Hurst, counsel for MGA, in which I asked counsel if they could accept service of the Application and supporting papers on behalf of Jahangir Makabi, Daphne Gronich and Tom Park. On July 6, 2011, William Molinksi informed me that he did not know whether counsel for MGA could not accept service on behalf of Mr. Makabi, Ms. Gronich and Mr. Park, but said he would find out. Mr. Molinski never got back to me.

4. I authorized First Legal Support Services to personally serve Mr. Makabi, Ms. Gronich and Mr. Park. I am informed that on multiple occasions individuals appeared to be present at each individual's respective home, but the servers were still unable to serve the individuals. I am further informed that on July 19, 2011, a process server approached an adult male in a car at the residence

1  confirmed to be that of Mr. Makabi. The adult male saw the process server and
2  accelerated rapidly, running over the foot of the process server.
3       5. Attached as Exhibit B is a true and correct copy of an Affidavit
4  of Reasonable Diligence by Daniel Reynolds, dated July 15, 2011.
5       6. Attached as Exhibit C is a true and correct copy of an Affidavit
6  of Reasonable Diligence by Larry P. Chavez, dated July 15, 2011.
7       7. Attached as Exhibit D is a true and correct copy of the Proof of
8  Service, dated July 19, 2011, confirming service of the Application and supporting
9  papers on Jahangir Makabi.
10      8. Attached as Exhibit E is a true and correct copy of the Proof of
11 Service, dated July 18, 2011, confirming service of the Application and supporting
12 papers on Daphne Gronich.
13      9. Attached as Exhibit F is a true and correct copy of the Proof of
14 Service, dated July 15, 2011, confirming service of the Application and supporting
15 papers on Tom Park.
16      10. Attached as Exhibit G is a true and correct copy of excerpts
17 from the trial transcript in which Mr. Larian testifies about his involvement with
18 Machado, Vargas and Trueba in Mexico.
19      I declare under penalty of perjury under the laws of the United States of
20 America that the foregoing is true and correct.
21      Executed on July 27, 2011, at Los Angeles, California.

/s/ Jon Corey
Jon Corey