# EXHIBIT A

**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California  90017-2543 | TEL: (213) 443-3000 FAX: (213) 443-3100

June 23, 2011

VIA ELECTRONIC MAIL

Jennifer Keller, Esq.
Keller Rackauckas LLP
18500 Von Karman, Ste. 560
Irvine, CA  92612

Thomas S. McConville, Esq.
Orrick, Herrington & Sutcliffe, LLP
4 Park Plaza, Suite 1600
Irvine, CA  92614-2558

Annette L. Hurst, Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Re:     Mattel, Inc. v. MGA Entertainment, Inc.

Counsel:

As you are aware, an application seeking the testimony of Isaac Larian, Jahanghir Makabi, Daphne Gronich and Tom Park in pursuant to a letter rogatory issued in the ongoing prosecution of Machado and Trueba was filed earlier today.  Please confirm by close of business tomorrow, July 1, 2011, that you are authorized to accept service on behalf of Mr. Makabi, Ms. Gronich and Mr. Park of the Application For An Order Under 28 U.S.C. § 1782 Compelling Issuance Of

quinn emanuel urquhart & sullivan, llp
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, California  94111-4788 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, California  94065-2139 | TEL (650) 801-5000 FAX (650) 801-5100
CHICAGO | 500 W. Madison Street, Suite 2450, Chicago, Illinois  60661-2510 | TEL (312) 705-7400 FAX (312) 705-7401
LONDON | 16 Old Bailey, London EC4M 7EG, United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100
TOKYO | NBF Hibiya Bldg., 25F, 1-1-7, Uchisaiwai-cho, Chiyoda-ku, Tokyo 100-0011, Japan | TEL +81 3 5510 1711 FAX +81 3 5510 1712
MANNHEIM | Erzbergerstraße 5, 68165 Mannheim, Germany | TEL +49(0) 621 43298 6000 FAX +49(0) 621 43298 6100

Subpoenas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory and supporting papers. Otherwise, Mattel will proceed to serve the papers these individuals personally.

I look forward to hearing from you.

Best Regards,


Jon Corey

# EXHIBIT B

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| JAMES WEBSTER<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 SOUTH FIGUEROA STREET<br>10TH FLOOR<br>LOS ANGELES, CA  90017<br>Telephone No: 213-443-3000    FAX: No: 213-443-3100<br>Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California | |
| Plaintiff: MATTEL, INC. | |
| Defendant: MGA ENTERTAINMENT, INC., ET AL. | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV04-9049 DOC (RNBX) |
|---|---|---|---|---|

1. I, DANIEL REYNOLDS, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JAHANGIR "ELI" MAKABI as follows:

2. **Documents:** Application For An Order Undr 28 U.S.C. § 1782 Compelling Issuance Of Subpeonas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory; Memorandum Of Points And Authorities In Support Of Application For An Order Under 28 U.S.C. § 1782 Compelling Issuance Of Subpoenas For The Taking Of Testimony For Use In A Foreing Proceeding Pursuant To Letter Rogatory; Declaration Of Jon Corey In Support Of Application For An Order Under 28 U.S.C. § 1782 Compelling Issuance Of Subpoenas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory; [Proposed] Order Granting Application For An Order Under 28 U.S.C. § 1782 Compelling Issuance Of Subpeonas For The Taking Of Testimony For Use In A Foreign Proceedings Pursuant To Letter Rogatory; Proof Of Service.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 07/05/11 | 8:10pm | Home | RESIDENCE HERE IS A GATED RESIDENCE I COULD NOT GAIN ACCESS. TWO CARS PARKED IN THE DRIVEWAY. CALLED ON THE INTERCOM AND SPOKE WITH A FEMALE WHO STATED THAT THE SUBJECT WAS NOT HOME, SHE SAID TO COME BACK TOMORROW BETWEEN 7:40-8:00 A.M. Attempt made by: DANIEL REYNOLDS, Registration #2195 Orange County. Attempt at: 156 COPLEY PL.  BEVERLY HILLS CA 90210. |
| Wed | 07/06/11 | 7:35am | Home | CALLED ON THE INTERCOM AND SPOKE WITH A FEMALE WHO STATED THAT THE SUBJECT HAD TO LEAVE EARLY FOR A DOCTOR'S APPOINTMENT, NO ETA GIVEN. SAME CARS PARKED IN THE DRIVEWAY. Attempt made by: DANIEL REYNOLDS. Attempt at: 156 COPLEY PL.  BEVERLY HILLS CA 90210. |
| Wed | 07/06/11 | 7:10pm | Home | THERE WAS NO ANSWER AT THE DOOR. TWO CARS PARKED IN THE DRIVEWAY. Attempt made by: DANIEL REYNOLDS. Attempt at: 156 COPLEY PL.  BEVERLY HILLS CA 90210. |
| Thu | 07/07/11 | 7:30am | Home | THERE WAS NO ANSWER AT THE INTERCOM. SAME CARS PARKED IN THE DRIVEWAY. Attempt made by: DANIEL REYNOLDS. Attempt at: 156 COPLEY PL.  BEVERLY HILLS CA 90210. |
| Thu | 07/07/11 | 7:35pm | Home | THERE WAS NO ANSWER AT THE INTERCOM. SAME CARS PARKED IN THE DRIVEWAY. Attempt made by: DANIEL REYNOLDS. Attempt at: 156 COPLEY PL.  BEVERLY HILLS CA 90210. |
| Fri | 07/08/11 | 8:35pm | Home | THERE WAS NO ANSWER AT THE DOOR. BOTH CARS PARKED IN THE DRIVEWAY. Attempt made by: DANIEL REYNOLDS. Attempt at: 156 COPLEY PL.  BEVERLY HILLS CA 90210. |

Date: Fri, Jul. 15, 2011              AFFIDAVIT OF REASONABLE DILIGENCE              4971614.quiem.377855

| Attorney or Party without Attorney:<br>JAMES WEBSTER<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 SOUTH FIGUEROA STREET<br>10TH FLOOR<br>LOS ANGELES, CA 90017<br>Telephone No: 213-443-3000  FAX: No: 213-443-3100 | Ref. No or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California | | |
| Plaintiff: MATTEL, INC.<br>Defendant: MGA ENTERTAINMENT, INC., ET AL. | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV04-9049 DOC (RNBX) |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 07/09/11 | 12:25pm | Home | THERE WAS NO ANSWER AT THE INTERCOM. BOTH CARS PARKED IN THE DRIVEWAY. Attempt made by: DANIEL REYNOLDS. Attempt at: 156 COPLEY PL. BEVERLY HILLS CA 90210. |
| Sun | 07/10/11 | 11:20am | Home | THERE WAS NO ANSWER AT THE INTERCOM. NO ACTIVITY. Attempt made by: DANIEL REYNOLDS. Attempt at: 156 COPLEY PL. BEVERLY HILLS CA 90210. |
| Thu | 07/14/11 | 5:00pm | Home | Returned Not Served on: JAHANGIR "ELI" MAKABI Home - 156 COPLEY PL. BEVERLY HILLS, CA 90210 |

3. *Person Executing*
   a. DANIEL REYNOLDS



   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone   (213) 250-9111
   Fax         (213) 250-1197
   www.firstlegalnetwork.com

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d.. The Fee for service was:*
*e. I am:* (3) registered California process server
   (i)   Independent Contractor
   (ii)  Registration No.:   2195
   (iii) County:              Orange

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Page Number 2
Fri, Jul. 15, 2011        AFFIDAVIT OF REASONABLE DILIGENCE        (DANIEL REYNOLDS) 4971614.quiem.377855

Exhibit B - Page 6

# EXHIBIT C

| Attorney or Party without Attorney: JAMES WEBSTER QUINN EMANUEL URQUHART & SULLIVAN, LLP 865 SOUTH FIGUEROA STREET 10TH FLOOR LOS ANGELES, CA 90017 Telephone No: 213-443-3000   FAX: No: 213-443-3100 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Central District Of California | | | | | |
| Plaintiff: MATTEL, INC. Defendant: MGA ENTERTAINMENT, INC., ET AL. | | | | | |
| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: CV04-9049 DOC (RNBX) | |

1. I, LARRY P. CHAVEZ, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant TOM PARK as follows:

2. Documents:   Application For An Order Undr 28 U.S.C. § 1782 Compelling Issuance Of Subpeonas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory; Memorandum Of Points And Authorities In Support Of Application For An Order Under 28 U.S.C. § 1782 Compelling Issuance Of Subpoenas For The Taking Of Testimony For Use In A Foreing Proceeding Pursuant To Letter Rogatory; Declaration Of Jon Corey In Support Of Application For An Order Under 28 U.S.C. § 1782 Compelling Issuance Of Subpoenas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory; [Proposed] Order Granting Application For An Order Under 28 U.S.C. § 1782 Compelling Issuance Of Subpeonas For The Taking Of Testimony For Use In A Foreign Proceedings Pursuant To Letter Rogatory; Proof Of Service.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 07/05/11 | 8:34pm | Home | THERE WAS NO ANSWER AT THE DOOR. NO LIGHTS ON. THERE WAS A WHITE RANGE ROVER WITH LICENSE PLATE # L2LU PARKED. SPOKE TO THE NEIGHBOR WHO CALLED THE SUBJECT ON THE PHONE, AFTER CONVERSATION THE NEIGHBOR SAID HE HAD NO MORE INFORMATION AND REFUSED TO HELP. Attempt made by: LARRY P. CHAVEZ, Registration #5464 Los Angeles County. Attempt at: 24236 VALLEY ST.  NEWHALL CA 91321. |
| Wed | 07/06/11 | 8:50am | Home | THERE WAS NO ANSWER AT THE DOOR. SAME CAR PARKED IN THE DRIVEWAY. Attempt made by: LARRY P. CHAVEZ. Attempt at: 24236 VALLEY ST.  NEWHALL CA 91321. |

Page Number 1

Date: Fri, Jul. 15, 2011          **AFFIDAVIT OF REASONABLE DILIGENCE**          4971618.quiem.377852

Exhibit C - Page 7

| Attorney or Party without Attorney: <br> JAMES WEBSTER <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 865 SOUTH FIGUEROA STREET <br> 10TH FLOOR <br> LOS ANGELES, CA 90017 <br> Telephone No: 213-443-3000    FAX: No: 213-443-3100 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Central District Of California | |
| Plaintiff: MATTEL, INC. <br> Defendant: MGA ENTERTAINMENT, INC., ET AL. | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: CV04-9049 DOC (RNBX) |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 07/06/11 | 9:13pm | Home | THERE WAS NO ANSWER AT THE DOOR. SAME CAR PARKED IN THE DRIVEWAY. Attempt made by: LARRY P. CHAVEZ. Attempt at: 24236 VALLEY ST. NEWHALL CA 91321. |
| Thu | 07/07/11 | 8:00am | Home | THERE WAS NO ANSWER AT THE DOOR. NO ACTIVITY. SAME CAR PARKED IN THE DRIVEWAY. Attempt made by: LARRY P. CHAVEZ. Attempt at: 24236 VALLEY ST. NEWHALL CA 91321. |
| Thu | 07/07/11 | 5:48pm | Home | THERE WAS NO ANSWER AT THE DOOR. NO ACTIVITY. SAME CAR PARKED IN THE DRIVEWAY. Attempt made by: LARRY P. CHAVEZ. Attempt at: 24236 VALLEY ST. NEWHALL CA 91321. |
| Fri | 07/08/11 | 6:25pm | Home | THERE WAS NO ANSWER AT THE DOOR. SAME CAR PARKED IN THE DRIVEWAY. Attempt made by: LARRY P. CHAVEZ. Attempt at: 24236 VALLEY ST. NEWHALL CA 91321. |
| Sat | 07/09/11 | 10:36am | Home | THERE WAS NO ANSWER AT THE DOOR. NO ACTIVITY. SAME CAR PARKED IN THE DRIVEWAY. Attempt made by: LARRY P. CHAVEZ. Attempt at: 24236 VALLEY ST. NEWHALL CA 91321. |
| Sun | 07/10/11 | 6:59pm | Home | THERE WAS NO ANSWER AT THE DOOR. NO ACTIVITY. SAME CAR PARKED. Attempt made by: LARRY P. CHAVEZ. Attempt at: 24236 VALLEY ST. NEWHALL CA 91321. |
| Mon | 07/11/11 | 7:12am | Home | THERE WAS NO ANSWER AT THE DOOR. NO ACTIVITY. Attempt made by: LARRY P. CHAVEZ. Attempt at: 24236 VALLEY ST. NEWHALL CA 91321. |

| Attorney or Party without Attorney: <br> JAMES WEBSTER <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 865 SOUTH FIGUEROA STREET <br> 10TH FLOOR <br> LOS ANGELES, CA 90017 <br> Telephone No: 213-443-3000   FAX: No: 213-443-3100 <br> Ref. No or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California

Plaintiff: MATTEL, INC.
Defendant: MGA ENTERTAINMENT, INC., ET AL.

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: CV04-9049 DOC (RNBX) |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 07/11/11 | 7:23am | Home | THERE WAS NO ANSWER AT THE DOOR. HEARD SOME ACTIVITY IN THE GARAGE, KNOCKED ON GARAGE AND GOT NO RESPONSE. WAITED 15 MINUTES NO ONE IN OR OUT. Attempt made by: LARRY P. CHAVEZ. Attempt at: 24236 VALLEY ST. NEWHALL CA 91321. |
| Tue | 07/12/11 | 8:27am | Home | THERE WAS NO ANSWER AT THE DOOR. NO ACTIVITY. Attempt made by: LARRY P. CHAVEZ. Attempt at: 24236 VALLEY ST. NEWHALL CA 91321. |
| Tue | 07/12/11 | 9:33pm | Home | THERE WAS NO ANSWER AT THE DOOR. LIGHT ON UPSTAIRS. Attempt made by: LARRY P. CHAVEZ. Attempt at: 24236 VALLEY ST. NEWHALL CA 91321. |
| Wed | 07/13/11 | 10:10pm | Home | THERE WAS NO ANSWER AT THE DOOR. NO ACTIVITY. Attempt made by: LARRY P. CHAVEZ. Attempt at: 24236 VALLEY ST. NEWHALL CA 91321. |
| Thu | 07/14/11 | 5:00pm | Home | Returned Not Served on: TOM PARK Home - 24236 VALLEY ST. NEWHALL, CA 91321 |

3. *Person Executing*
   a. LARRY P. CHAVEZ
   b. **FIRST LEGAL SUPPORT SERVICES**
      1517 BEVERLY BLVD.
      LOS ANGELES, CA 90026
   c. 213-250-1111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee* for service was:
e. *I am:*  (3) registered California process server
   (i) Independent Contractor
   (ii) *Registration No.:*   5464
   (iii) *County:*   Los Angeles
   (iv) *Expiration Date:*   Sat, Dec. 15, 2012

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Jul. 15, 2011

Page Number 3

AFFIDAVIT OF REASONABLE DILIGENCE (LARRY P. CHAVEZ)

4971618.quiem.377852

Exhibit C - Page 9

# EXHIBIT D

| *Attorney or Party without Attorney:* <br> MELISSA DALZIEL, ESQ., Bar #208724 <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 865 SOUTH FIGUEROA STREET <br> 10TH FLOOR <br> LOS ANGELES, CA 90017 <br> *Telephone No:* 213-443-3000    *FAX No:* 213-443-3100 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* 07975 |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Central District Of California

*Plaintiff:* MATTEL, INC., ET AL.
*Defendant:* MGA ENTERTAINMENT, INC., ET AL.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> CV 04-9049 DOC (RNBX) |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Application For An Order Under 28 U.S.C. 1782 Compelling Issuance Of Subpoenas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory; Memorandum Of Points And Authorities In Support Of Application For An Order Under 28 U.S.C. 1782 Compelling Issuance Of Supoenas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory; Declaration Of Jon Corey In Support Of Application For An Order Under 28 U.S.C. 1782 Compelling Issuance Of Subpoenas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory; [Proposed] Order Granting Application For An Order Under 28 U.S.C. 1782 Compelling Issuance Of Subpoenas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory.

3. a. *Party served:*           JAHANGIR "ELI" MAKABI
   b. *Person served:*          party in item 3. a.

4. *Address where the party was served:*    156 COPLEY DRIVE
                                             BEVERLY HILLS, CA 90201

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 19, 2011 (2) at: 9:34AM

7. *Person Who Served Papers:*                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Kevin Appleton
   b. **FIRST LEGAL INVESTIGATIONS**                 d. *The Fee for Service was:*
      2112 N. MAIN STREET SUITE 220                  e. I am: (3) registered California process server
      SANTA ANA, CA 92706                                 (i) Independent Contractor
   c. (714) 550-1375                                      (ii) *Registration No.:*     4955
                                                          (iii) *County:*              Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Jul. 20, 2011

Judicial Council Form                    PROOF OF SERVICE                    (Kevin Appleton)
Rule 2.150.(a)&(b) Rev January 1, 2007                                       330823   .meldal.381276

**Exhibit D - Page 10**

# EXHIBIT E

| Attorney or Party without Attorney: MELISSA DALZIEL, ESQ., Bar #208724<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 SOUTH FIGUEROA STREET<br>10TH FLOOR<br>LOS ANGELES, CA 90017<br>Telephone No: 213-443-3000   FAX No: 213-443-3100 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 07975 | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Central District Of California | | |
| Plaintiff: MATTEL, INC., ET AL. | | |
| Defendant: MGA ENTERTAINMENT, INC., ET AL. | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: CV 04-9049 DOC (RNBX) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Application For An Order Under 28 U.S.C. 1782 Compelling Issuance Of Subpoenas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory; Memorandum Of Points And Authorities In Support Of Application For An Order Under 28 U.S.C. 1782 Compelling Issuance Of Supoenas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory; Declaration Of Jon Corey In Support Of Application For An Order Under 28 U.S.C. 1782 Compelling Issuance Of Subpoenas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory; [Proposed] Order Granting Application For An Order Under 28 U.S.C. 1782 Compelling Issuance Of Subpoenas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory.

3. a. Party served:  DAPHNE GRONICH
   b. Person served: party in item 3. a.

4. Address where the party was served: SOUTHBOUND ON TEMESCAL CANYON ROAD
   AT PACIFIC COAST HIGHWAY
   PACIFIC PALISADES, CA 90272

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jul. 18, 2011 (2) at: 9:52AM

7. **Person Who Served Papers:**     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Brad Blankenship
   b. **FIRST LEGAL INVESTIGATIONS**
   2112 N. MAIN STREET, SUITE 220
   SANTA ANA, CA 92706
   c. (714) 550-1375

   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 4052
      (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Jul. 19, 2011

   (Brad Blankenship)

Judicial Council Form     PROOF OF SERVICE     330813  .meldal.380812
Rule 2.150.(a)&(b) Rev January 1, 2007

Exhibit E - Page 11

# EXHIBIT F

| Attorney or Party without Attorney:<br>MELISSA DALZIEL, ESQ., Bar #208724<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 SOUTH FIGUEROA STREET<br>10TH FLOOR<br>LOS ANGELES, CA 90017<br>Telephone No: 213-443-3000     FAX No: 213-443-3100 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>07975 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Central District Of California

Plaintiff: MATTEL, INC., ET AL.
Defendant: MGA ENTERTAINMENT, INC., ET AL.

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 04-9049 DOC (RNBX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Application For An Order Under 28 U.S.C. 1782 Compelling Issuance Of Subpoenas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory; Memorandum Of Points And Authorities In Support Of Application For An Order Under 28 U.S.C. 1782 Compelling Issuance Of Supoenas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory; Declaration Of Jon Corey In Support Of Application For An Order Under 28 U.S.C. 1782 Compelling Issuance Of Subpoenas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory; [Proposed] Order Granting Application For An Order Under 28 U.S.C. 1782 Compelling Issuance Of Subpoenas For The Taking Of Testimony For Use In A Foreign Proceeding Pursuant To Letter Rogatory.

3. a. Party served:         TOM PARK
   b. Person served:       party in item 3. a.

4. Address where the party was served:   SERVED AT GUS' CHEVRON:
                                          20500 NEWHALL AVENUE
                                          NEWHALL, CA 91321

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jul. 15, 2011 (2) at: 4:40PM

7. *Person Who Served Papers:*                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Brad Blankenship                              d. *The Fee for Service was:*
   b. **FIRST LEGAL INVESTIGATIONS**                e. I am: (3) registered California process server
      2112 N. MAIN STREET, SUITE 220                     (i)   Independent Contractor
      SANTA ANA, CA 92706                                (ii)  Registration No.:     4052
   c. (714) 550-1375                                     (iii) County:                Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Jul. 19, 2011

                                                         (Brad Blankenship)
   Judicial Council Form            PROOF OF SERVICE     550776  .meldal.380825
   Rule 2.150.(a)&(b) Rev January 1, 2007

Exhibit F - Page 12