QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx) |
| | Consolidated with |
| | Case No. CV 04-09059 |
| Plaintiff, | Case No. CV 05-02727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | MATTEL'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF MR. LUIS ANTONIO SAN MIGUEL BOLEA IN SUPPORT OF ISAAC LARIAN'S OPPOSITION TO MATTEL'S APPLICATION FOR AN ORDER UNDER 28 U.S.C. § 1782 COMPELLING ISSUANCE OF SUBPOENAS FOR THE TAKING OF TESTIMONY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO LETTER ROGATORY |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |
| | Hearing Date:        TBD |
| | Time:                    TBD |
| | Place:                   Courtroom 9D |

1    Mattel, Inc. and Mattel de Mexico, S.A. de C.V. respectfully submit the

2  following Evidentiary Objections to the Declaration of Mr. Luis Antonio San

3  Miguel Bolea.  Evidence submitted to the Court on motion practice must meet all

4  requirements for admissibility of evidence if offered at the time of trial.  Orr v. Bank

5  of Am., 285 F.3d 764, 773 (9th Cir. 2002); Beyene v. Coleman Sec. Services, Inc.,

6  854 F.2d 1179, 1181-82 (9th Cir. 1988).

7    Mattel objects to the Bolea Declaration on the following grounds:

8    1.    Paragraphs 5-7.  The statements contained in those paragraphs are

9    hearsay.  Fed. R. Evid. 802.  The declarant also lacks personal

10   knowledge of the facts in his declaration.  Fed. R. Evid. 602.  As the

11   declarant states in paragraph 6, he simply restates information that he

12   claims lawyers for Machado and Trueba told him.  He does not

13   represent that he has reviewed any of the files about which he is

14   testifying.  For example, the declarant has no factual or evidentiary

15   basis for his representation that the two investigations exist, much less

16   are related.  Because these representations are factual in nature, they

17   must meet admissibility requirements.

18   2.    Paragraph 8.  Mr. Bolea lacks personal knowledge of the matters stated

19   in paragraph 8.  Fed. R. Evid. 602.  Mr. Bolea's statements are pure

20   speculation.  Furthermore, he does not identify, attach, or provide a

21   translation the Mexican Supreme Court opinion on which he is

22   purportedly relying.

23  DATED:  July 27, 2011          QUINN EMANUEL URQUHART &
                                    SULLIVAN. LLP
24

25                                By  /s/ Jon Corey
26                                  Jon Corey
                                    Attorneys for Mattel, Inc., and Mattel de
27                                  Mexico. S.A. de C.V.

28