UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MGA ENTERTAINMENT, INC., et al.<br><br>　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>JUDGMENT |

　　　　Pursuant to the jury's verdict and the Court's orders on the parties' motions for judgment on the pleadings, summary judgment and judgment as a matter of law, it is ORDERED AND ADJUDGED as follows:

　　　　1.　　Judgment is entered for MGA Entertainment, Inc. and against Mattel, Inc. on MGA Entertainment, Inc.'s counterclaim-in-reply for trade secret misappropriation. MGA Entertainment, Inc. is awarded $85 million in compensatory damages, $85 million in exemplary damages, $2,172,000 in attorneys' fees, and $350,000 in costs.

2. Judgment is entered for Mattel, Inc. and against MGA Entertainment, Inc. on MGA Entertainment, Inc.'s claims for common law unfair competition, statutory unfair competition, trade dress infringement, trade dress dilution, violation of 18 U.S.C. § 1962(c), unjust enrichment, and wrongful injunction.

3. Judgment is entered for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de CV, Isaac Larian, Carlos Gustavo Machado Gomez, and IGWT 826 Investments LLC and against Mattel, Inc. and Mattel de Mexico S.A. de CV on Mattel, Inc. and Mattel de Mexico S.A. de CV's claims for copyright infringement, intentional interference with contractual relations, trade secret misappropriation, violation of 18 U.S.C. § 1962(c), violation of 18 U.S.C. § 1962(d), aiding and abetting breach of fiduciary duty, aiding and abetting breach of duty of loyalty, breach of contract, breach of fiduciary duty, breach of duty of loyalty, conversion, unfair competition and declaratory relief. MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian are awarded $105,688,073.00 in attorneys' fees and $31,677,104.00 in costs.

IT IS SO ORDERED.

DATED: August 4, 2011

_____
DAVID O. CARTER
United States District Judge