JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No. CV 04-9049 DOC (RNBx)                                        Date: August 4, 2011

Title: MATTEL, INC. v. MGA ENTERTAINMENT, INC.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                          NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER STRIKING AS MOOT MOTION TO CONFIRM DISMISSAL OF ACTION ENTITLED CV 04-9059

      In light of the entry of judgment against Mattel, Inc. and for MGA Entertainment, Inc. and Isaac Larian on Mattel, Inc.'s claims for aiding and abetting breach of fiduciary duty, aiding and abetting breach of duty of loyalty, intentional interference with contractual relations, and declaratory relief, the Motion to Confirm Pendency of Dismissal of 04-9059 Action [Docket 8922] is STRICKEN AS MOOT.

      The Clerk shall serve this minute order on all parties to the action.