ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:   415-773-5700
Facsimile:   415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:   213-629-2020
Facsimile:   213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**MGA ENTERTAINMENT, INC.'S CONSENT TO REMITTITUR**<br><br>Judge:  Hon. David O. Carter |
| AND CONSOLIDATED ACTIONS | |

1  MGA Entertainment, Inc. hereby notifies the Court that it consents to the
2  Court's remittitur of damages from $88.5 million to $85 million as set forth in this
3  Court's order of August 4, 2011, Dkt. No. 10701.
4
5  Dated: August 5, 2011          Respectfully submitted,
6                                  ORRICK, HERRINGTON & SUTCLIFFE LLP
7
8                                  By:  _____/s/ Warrington S. Parker III_____
                                            Warrington S. Parker III
9                                       Attorneys for MGA ENTERTAINMENT, INC.,
                                        MGA ENTERTAINMENT HK, LTD., MGA de
10                                      MEXICO, S.R.L. de C.V., and ISAAC LARIAN
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28