QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc., and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>NOTICE OF APPEAL<br><br>Hearing Date:   TBD<br>Time:           TBD<br>Place:          Courtroom 9D |

1  Notice is hereby given that plaintiffs and counter-defendants Mattel, Inc. and
2  Mattel de Mexico, S.A. de C.V. hereby appeal to the United States Court of Appeals
3  for the Ninth Circuit from the final judgment entered August 4, 2011, as well as any
4  and all interlocutory rulings, decisions and orders that gave rise to the judgment.  A
5  true and accurate copy of the final judgment is attached as Exhibit A.
6  Pursuant to Ninth Circuit Rule 3-2, a Representation Statement identifying all
7  parties to the action, along with the names, addresses, and telephone numbers of
8  their respective counsel, is attached as Exhibit B.
9  DATED:  August 11, 2011                QUINN EMANUEL URQUHART &
                                           SULLIVAN. LLP
10
11
12              By /s/ John B. Quinn
                   John B. Quinn
                   Attorneys for Mattel, Inc., and Mattel de
13                 Mexico. S.A. de C.V.