# EXHIBIT B

```
 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
 2    (johnquinn@quinnemanuel.com)
      Michael T. Zeller (Bar No. 196417)
 3    (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
 4  Los Angeles, California  90017-2543
    Telephone:  (213) 443-3000
 5  Facsimile:  (213) 443-3100

 6  Attorneys for Mattel, Inc. and Mattel de
    Mexico, S.A. de C.V.
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, et al., | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | **NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Ninth Circuit Rule 3-2 states that "a party filing an appeal shall attach to the notice a Representation Statement that identifies all parties to the action along with the names, addresses and telephone numbers of their respective counsel, if any."

Plaintiffs-Appellants Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively "Mattel") are represented by the following counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn
johnquinn@quinnemanuel.com
Susan R. Estrich
susanestrich@quinnemanuel.com
Michael T. Zeller
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017
Telephone:  (213) 443–3000
Facsimile:   (213) 443–3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kathleen L. Sullivan
kathleensullivan@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York  10010
Telephone:  (212) 849–7000
Facsimile:   (212) 849–7100

Defendants-Appellees MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian (collectively "MGA Parties") are represented by the following counsel:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Thomas J. Nolan
tnolan@skadden.com
Jason D. Russell
jrussell@skadden.com
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687–5000
Facsimile: (213) 687–5600

KELLER RACKAUCKAS, LLP
Jennifer L. Keller
keller@krlawllp.com
18500 Von Karman, Suite 560
Irvine, California 92612
Telephone: (949) 476–8700
Facsimile: (949) 476-0900

ORRICK, HERRINGTON & SUTCLIFFE, LLP
Annette L. Hurst
ahurst@orrick.com
The Orrick Building
405 Howard Street
San Francisco, California 94104
Telephone: (415) 773–5700

| | |
|---|---|
| 1 | Facsimile:   (415) 773–5759 |
| 2 | |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| 4 | William A. Molinski |
| 5 | wmolinski@orrick.com |
| 6 | 777 South Figueroa Street, Suite 3200 |
| 7 | Los Angeles, California  90017 |
| 8 | Telephone:  (213) 629–2020 |
| 9 | Facsimile:   (213) 612–2499 |
| 10 | |
| 11 | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| 12 | Thomas S. McConville |
| 13 | tmcconville@orrick.com |
| 14 | 4 Park Plaza, Suite 1600 |
| 15 | Irvine, California  92614 |
| 16 | Telephone:  (949) 567–6700 |
| 17 | Facsimile:   (949) 567-6710 |
| 18 | |
| 19 | Defendant-Appellee Carlos Gustavo Machado Gomez is represented by the |
| 20 | following counsel: |
| 21 | SCHEPER KIM & HARRIS, LLP |
| 22 | Alexander H. Cote |
| 23 | acote@scheperkim.com |
| 24 | 601 West 5th Street, 12th Floor |
| 25 | Los Angeles, California  90017 |
| 26 | Telephone:  (213) 613–4655 |
| 27 | Facsimile:   (213) 613–4656 |
| 28 | |

| | |
|---|---|
| 1 | |
| 2 | LAW OFFICES OF MARK E. OVERLAND |
| 3 | Mark E. Overland |
| 4 | mark@overlaw.net |
| 5 | 100 Wilshire Boulevard, Suite 950 |
| 6 | Santa Monica, California 90401 |
| 7 | Telephone: (310) 459–2830 |
| 8 | Facsimile: (310) 459–4621 |
| 9 | |
| 10 | Defendants-Appellees Omni 808 Investors, LLC and IGWT 826 Investments, |
| 11 | LLC, are represented by the following counsel: |
| 12 | BINGHAM McCUTCHEN, LLP |
| 13 | Todd E. Gordinier |
| 14 | todd.gordinier@bingham.com |
| 15 | Peter N. Villar |
| 16 | peter.villar@bingham.com |
| 17 | 600 Anton Boulevard, 18th Floor |
| 18 | Costa Mesa, California 92626 |
| 19 | Telephone: (714) 830–0600 |
| 20 | Facsimile: (714) 830–0700 |

DATED: August 11, 2011

QUINN EMANUEL URQUHART & SULLIVAN. LLP

By /s/ John B. Quinn
John B. Quinn
Attorneys for Mattel, Inc., and Mattel de Mexico. S.A. de C.V.

00505.07975/4297724.1

-4-
NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT