QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, et al., | CASE NO. CV 04-9049 DOC (RNBx) |
|---|---|
| Plaintiff, | Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727 |
| vs. | Hon. David O. Carter |
| MGA ENTERTAINMENT, INC., a California corporation, et al., | **NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Ninth Circuit Rule 3-2 states that "a party filing an appeal shall attach to the notice a Representation Statement that identifies all parties to the action along with the names, addresses and telephone numbers of their respective counsel, if any."

Plaintiffs-Appellants Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively "Mattel") are represented by the following counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP

John B. Quinn

johnquinn@quinnemanuel.com

Susan R. Estrich

susanestrich@quinnemanuel.com

Michael T. Zeller

michaelzeller@quinnemanuel.com

865 South Figueroa Street, 10th Floor

Los Angeles, California  90017

Telephone:   (213) 443–3000

Facsimile:    (213) 443–3100


QUINN EMANUEL URQUHART & SULLIVAN, LLP

Kathleen L. Sullivan

kathleensullivan@quinnemanuel.com

51 Madison Avenue, 22nd Floor

New York, New York  10010

Telephone:   (212) 849–7000

Facsimile:    (212) 849–7100

1   Defendants-Appellees MGA Entertainment, Inc., MGA Entertainment (HK)
2  Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian (collectively "MGA
3  Parties") are represented by the following counsel:
4   SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
5   Thomas J. Nolan
6   tnolan@skadden.com
7   Jason D. Russell
8   jrussell@skadden.com
9   300 South Grand Avenue, Suite 3400
10  Los Angeles, California  90071
11  Telephone:   (213) 687–5000
12  Facsimile:   (213) 687–5600
13
14  KELLER RACKAUCKAS, LLP
15  Jennifer L. Keller
16  keller@krlawllp.com
17  18500 Von Karman, Suite 560
18  Irvine, California  92612
19  Telephone:   (949) 476–8700
20  Facsimile:   (949) 476-0900
21
22  ORRICK, HERRINGTON & SUTCLIFFE, LLP
23  Annette L. Hurst
24  ahurst@orrick.com
25  The Orrick Building
26  405 Howard Street
27  San Francisco, California  94104
28  Telephone:   (415) 773–5700

| | |
|---|---|
| 1 | Facsimile:   (415) 773–5759 |
| 2 | |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| 4 | William A. Molinski |
| 5 | wmolinski@orrick.com |
| 6 | 777 South Figueroa Street, Suite 3200 |
| 7 | Los Angeles, California  90017 |
| 8 | Telephone:   (213) 629–2020 |
| 9 | Facsimile:   (213) 612–2499 |
| 10 | |
| 11 | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| 12 | Thomas S. McConville |
| 13 | tmcconville@orrick.com |
| 14 | 4 Park Plaza, Suite 1600 |
| 15 | Irvine, California  92614 |
| 16 | Telephone:   (949) 567–6700 |
| 17 | Facsimile:   (949) 567-6710 |
| 18 | |
| 19 | Defendant-Appellee Carlos Gustavo Machado Gomez is represented by the |
| 20 | following counsel: |
| 21 | SCHEPER KIM & HARRIS, LLP |
| 22 | Alexander H. Cote |
| 23 | acote@scheperkim.com |
| 24 | 601 West 5th Street, 12th Floor |
| 25 | Los Angeles, California  90017 |
| 26 | Telephone:   (213) 613–4655 |
| 27 | Facsimile:   (213) 613–4656 |
| 28 | |

| | |
|---|---|
| 1 | |
| 2 | LAW OFFICES OF MARK E. OVERLAND |
| 3 | Mark E. Overland |
| 4 | mark@overlaw.net |
| 5 | 100 Wilshire Boulevard, Suite 950 |
| 6 | Santa Monica, California 90401 |
| 7 | Telephone: (310) 459–2830 |
| 8 | Facsimile: (310) 459–4621 |
| 9 | |
| 10 | Defendants-Appellees Omni 808 Investors, LLC and IGWT 826 Investments, |
| 11 | LLC, are represented by the following counsel: |
| 12 | BINGHAM McCUTCHEN, LLP |
| 13 | Todd E. Gordinier |
| 14 | todd.gordinier@bingham.com |
| 15 | Peter N. Villar |
| 16 | peter.villar@bingham.com |
| 17 | 600 Anton Boulevard, 18th Floor |
| 18 | Costa Mesa, California 92626 |
| 19 | Telephone: (714) 830–0600 |
| 20 | Facsimile: (714) 830–0700 |
| 21 | |
| 22 | DATED: August 11, 2011    QUINN EMANUEL URQUHART & SULLIVAN. LLP |

By /s/ John B. Quinn
John B. Quinn
Attorneys for Mattel, Inc., and Mattel de Mexico. S.A. de C.V.