QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF H. SCOTT TOPHAM IN SUPPORT OF MATTEL'S *EX PARTE* APPLICATION FOR STAY OF JUDGMENT PENDING APPEAL WITHOUT SUPERSEDEAS BOND OR, ALTERNATIVELY, FOR APPROVAL OF BOND, AND FOR TEMPORARY STAY** |

## DECLARATION OF H. SCOTT TOPHAM

I, H. Scott Topham, declare as follows:

1. I submit this declaration in support of Mattel's *Ex Parte* Application for Stay of Judgment Pending Appeal Without Supersedeas Bond or, Alternatively, For Approval of Bond, and For Temporary Stay in order to place before the Court certain facts and documents cited in the motion. This declaration is based upon personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I am the Senior Vice President and Controller of Mattel, Inc. Given my duties and responsibilities, I am familiar will Mattel's finances and with Mattel's efforts to obtain a supersedeas bond in connection with the judgment entered on August 4, 2011.

3. I understand that on August 4, 2011 this Court entered a judgment in the amount of approximately $310 million in favor of Defendant MGA Entertainment, Inc.

4. I am informed that an appeal is likely to take no more than three years to resolve and that, under 28 U.S.C. § 1961, post-judgment interest accrues at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Federal Reserve for the calendar week preceding the date of the judgment, which for the week preceding August 4, 2011 was 0.21%. I also am informed that on August 5, 2011 Isaac Larian, the President and CEO of MGA Entertainment, Inc., sent an e-mail in which he estimated that the legal fees incurred on appeal would be approximately $2 million for each side. A true and complete copy of that e-mail is attached as Exhibit A.

5. Mattel is capable of readily and expeditiously satisfying the August 4, 2011 judgment as well as any post-judgment interest and attorney's fees incurred on appeal. Mattel is a publicly traded company listed on the NASDAQ Stock Market. As indicated in Mattel's Form 10-K filed with the Securities and Exchange Commission, for the year that ended December 31, 2010, Mattel had net sales of $5.85 billion, total assets exceeding $5.4 billion, and a net worth exceeding $2.6 billion. A true and correct copy of Mattel's Form 10-K for the year that ended December 31, 2010 is attached as Exhibit B.

6. Mattel has had discussions with a number of insurers about obtaining a supersedeas bond covering the judgment. Because of Mattel's financial strength, a number of insurers were willing to provide such a bond, and we were able to obtain very favorable terms for such a bond. In particular, Zurich American Insurance Company has agreed to provide Mattel with a bond at a rate of 35 basis points (or 0.35% per year) without requiring a letter of credit or any other security.

7. Zurich American Insurance Company has drafted a proposed supersedeas bond form based upon the terms and format that it ordinarily employs in connection with supersedeas bonds filed in California. In keeping with its normal practice, an affiliate of Zurich American Insurance Company, Fidelity and Deposit Company of Maryland, is acting as co-surety on this bond A true and correct copy of the proposed bond form drafted by Zurich American Insurance Company is attached as Exhibit C.

8. Even with the favorable rate that Mattel has negotiated, the premium for a supersedeas bond on a judgment of $310 million will be at least $1,085,000 per year.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 11, 2011 at El Segundo, California.

_____
H. Scott Topham