# EXHIBIT A

From: Isaac Larian (President / CEO) [mailto:LarianI1@mgae.com]
Sent: Friday, August 05, 2011 1:21 PM
To: Johnson, Gerrick
Subject: Re: MAT--Bratz Bite Mattel for $310 Million in Damages

Here are the facts:

1- Any appeal has to go before judge Kozinski who doesn't think much of Mattel. The chances of success for Mattel is less than 3%.

2- judge Carter should have given us $170 in punitive and not $85. If they appeal , we will appeal that and I bet we will win another $85.

3-they need to past bond for 1.5 times $310 in cash. We will collect 10% per year in intrest while waiting for appeal. That's $31 million per year. Not a bad return in today's market.

4- if they appeal, their chances of dismissing antitrust goes to zero.

5-the legal fees for each side will be $2 million just for appeal alone. Mattel a lot more because of cost of bond which is 1-3% of the bond.

The best thing for Eckert to do is call me and apologize and try to settle. It will be more than $310 million!

Give him my number !!

Cheers.

Best regards
Isaac Larian
CEO  MGA Entertainment
818-894-3150
" Fortune favors the bold"

On Aug 5, 2011, at 6:03, "gerrick.johnson@bmo.com" <gerrick.johnson@bmo.com> wrote:

Gerrick L. Johnson, CMT, 212-883-5192, BMO Capital Markets
Mattel (MAT): Bratz Bite Mattel for $310 Million in Damages
Rating: Outperform

I
- Event: The judge in the "Bratz Trial," the litigation between Mattel and MGA Entertainment over the ownership of the Bratz doll line, issued his post-trial rulings last night, and the news was not good for MAT.
- Impact: By adding punitive damages and legal fees to an earlier jury award for damages of $88.5 million, Mattel is now facing a $310 million liability owed to MGA. This is a negative outcome for Mattel and virtually assures an appeal, which would extend the life of this case and continue to send legal expense through the income statement. We think it also emboldens MGA to continue to pursue its antitrust case against Mattel.
- Forecasts: We are not changing our estimates. We expect the company to report EPS of $2.15 in 2011 and $2.45 in 2012.
- Valuation: MAT shares trade at just 10x our 2012 EPS estimate of $2.45 and shares carry a 3.7% dividend yield. Our price target of $33 is based on a 13.5x multiple on our 2012 EPS estimate. Risks to this target include further legal setbacks, a decline in consumer demand, or an inability to bring new toys to market on a timely basis.
- Recommendation: We rate shares of Mattel OUTPERFORM. These legal events have little impact on the toy business or the fundamental story at Mattel. Given the strong toy business and solid long-term outlook, if the market does react negatively to this ruling, we think it could present a buy opportunity the stock.

See attached note for more details and important disclosures.
If you have questions or comments, please contact: Gerrick L. Johnson, CMT 212-883-5192.
<MAT080511.pdf>