# EXHIBIT C

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
  Jon D. Corey (Bar No. 185066)
  (joncorey@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation,<br><br>　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>Bond No. _____ |

## SUPERSEDEAS BOND

　　WHEREAS, on August 4, 2011, a judgment (the "Judgment") was entered in the above-captioned action against Plaintiff Mattel, Inc. in the amount of $177,522,000 and against Mattel, Inc., Mattel de Mexico S.A. de CV in the amount of $137,365,177 (Docket No. 10704).

00505.07975/4296860.1

WHEREAS, on _____ ___, 2011, Mattel, Inc. filed a Notice of Appeal of the Judgment (Docket No. _____), to the United States Court of Appeals for the Ninth Circuit, and pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, Defendants wish to stay execution or enforcement of the Judgment pending appeal.

WHEREAS, Mattel Inc., as Principal, and Fidelity and Deposit Company of Maryland and Zurich American Insurance Company, as Co-Sureties, hereby obligate themselves and their successors and assigns, jointly and severally, by this instrument, to _____ _____ under said statutory liability obligations in the sum of _____ _____ Dollars ($ _____ ).

WHEREAS, Fidelity and Deposit Company of Maryland, a Maryland Corporation and Zurich American Insurance Company, a New York Corporation ("Co-Sureties"), are corporations authorized to act as surety under the laws of the State of California which has attached hereto a certified copy of its certificate of authority to do business in California, together with a certified copy of the power of attorney appointing the agent authorized to execute this bond.

NOW, THEREFORE, the condition of this obligation is that if Principal shall prosecute its appeal to full effect and shall satisfy the Judgment in full, together with costs and interest for delay if the appeal is finally dismissed or the Judgment is affirmed or shall satisfy in full such Judgment as modified together with such costs, interest and attorney's fees, if any, as the Court of Appeals may adjudge and award, this obligation shall be void; otherwise it shall remain in full service and effect.

Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure, Fidelity and Deposit Company of Maryland and Zurich American Insurance Company, as Co-Sureties, hereby submit themselves to the jurisdiction of this court in respect to the obligations reflected in this instrument.

SIGNED below by their duly authorized representative this ____ day of August, 2011.

PRINCIPAL

Mattel, Inc.

By:_____

CO-SURETIES

The premium charged for this bond is           Fidelity and Deposit Company of Maryland

_____ Dollars per annum.      By:_____
                                                                       *Attorney-in-Fact*
                                                          Zurich American Insurance Company

                                                          By:_____
                                                                       *Attorney-in-Fact*

The undersigned declares under penalty of perjury under the Laws of the State of California that he/she is an attorney in fact for said sureties and that an unrevoked power of attorney is on file in the Office of the Clerk of the above Court or attached hereto.

_____

**<u>ORDER</u>**

Pursuant to Rule 62(2), Federal Rules of Civil Procedure, the Court approves this bond.

Dated: _____    _____
David O. Carter
United States District Court