# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING MATTEL'S *EX PARTE* APPLICATION FOR TEMPORARY STAY |
| AND CONSOLIDATED ACTIONS | |

1   Before the Court is Mattel's *Ex Parte* Application for Stay Of Judgment Pending Appeal Without Supersedeas Bond Or, Alternatively, for Approval of Bond, and for Temporary Stay.  To afford the Court an opportunity to resolve the application, and Mattel an opportunity to file a supersedeas bond should the Court deny waiver of the bond, the Court GRANTS the *ex parte* application for a temporary stay.

IT IS HEREBY ORDERED that execution of the Court's Judgment entered August 4, 2011 is hereby stayed (i) pending the Court's ruling on Mattel's application; and (ii) for three (3) days after such resolution in the event that, after August 15, 2011, the Court denies waiver of the bond but approves the form and amount of the bond; and (iii) pending appeal of the Court's ruling in the event it denies this application in its entirety.

IT IS SO ORDERED.

Date:_____, 2011        _____
                                     Hon. David O. Carter
                                     United States District Judge

00505.07209/4297630.1

-1-

[PROPOSED] ORDER