UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>[PROPOSED] ORDER GRANTING MATTEL'S *EX PARTE* APPLICATION FOR STAY OF JUDGMENT PENDING APPEAL |

1  Before the Court is Mattel's *Ex Parte* Application for Stay of Judgment
2  Pending Appeal Without Supersedeas Bond or, Alternatively, for Approval of Bond,
3  and for Temporary Stay.  After considering the application, the Court GRANTS the
4  application for a stay pending appeal.

5  IT IS HEREBY ORDERED that:

6  Execution of the Court's Judgment entered August 4, 2011 is hereby stayed
7  pending the final disposition of Mattel's appeal of such Judgment.

8  [And/Or]

9  Mattel's supersedeas bond is approved in the form submitted with the
10 application and in the amount of $315 million.

11

12 IT IS SO ORDERED.

13

14 Date:_____, 2011     _____
15                                    Hon. David O. Carter
                                      United States District Judge