ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone:  415-773-5700
Facsimile:  415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:  213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF MELANIE D. PHILLIPS IN SUPPORT OF MGA PARTIES' OPPOSITION TO MATTEL'S EX PARTE APPLICATION FOR STAY OF JUDGMENT PENDING APPEAL WITHOUT SUPERSEDEAS BOND, FOR APPROVAL OF BOND, AND FOR TEMPORARY STAY** |

I, Melanie D. Phillips, declare:

1.          I am a member of the bar of the State of California, admitted to practice before this Court, and am counsel with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel for the MGA Parties.  I make this declaration based on personal knowledge and if called and sworn as a witness, I could and would testify competently as follows.

2.          Attached hereto as Exhibit A is a true and correct copy of an article entitled "Bye-bye, 'Barbie': After meteoric rise to top, Mattel boss resigns from company in crisis", published by the Gazette (Montreal, Quebec) on February, 2000.

3.          Attached hereto as Exhibit B is a true and correct copy of an article entitled "Morning Briefcase; National and international news at a glance", published by the Dallas Morning News on February 4, 2000.

4.          Attached hereto as Exhibit C is a true and correct copy of an article entitled "Valley of the Dolls (Part 2)" published by The Irish Times on November 20, 1999.

5.          Attached hereto as Exhibit D is a true and correct copy of an article entitled "Barbie Turns 40", published by The Straits Times (Singapore) on May 30, 1999.

6.          Attached hereto as Exhibit E is a true and correct copy of an article entitled "Arthur Spear, Who Led Mattel Through Fiscal Crises, Dies at 75", published by The New York Times on January 4, 1996. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of August, 2011, at Los Angeles, California.

_____

Melanie D. Phillips

DECL. OF MELANIE PHILLIPS ISO MGA PARTIES'
OPPOSITION TO MATTEL'S EX PARTE STAY MOTION
CV-04-9049 DOC (RNBx)

# Exhibit A



Copyright 2000 CanWest Interactive, a division of
CanWest Global Communications Corp.
All Rights Reserved
The Gazette (Montreal, Quebec)

February 28, 2000, Monday, FINAL

**SECTION:** Woman News; E5 / BREAK

**LENGTH:** 1228 words

**HEADLINE:** Bye-bye, 'Barbie': After meteoric rise to top, Mattel boss resigns
from company in crisis

**BYLINE:** PHILIP DELVES BROUGHTON

**DATELINE:** NEW YORK

**BODY:**

When Jill Barad addresses audiences of young girls, she often tells the story
of the bumblebee pin given to her by her mother.

''She told me, 'Aerodynamically, bees shouldn't be able to fly. But they do.
I can say that for you girls anything is possible.' ''

A few weeks ago, the bumblebee plummeted in a story from which little
Barbie-loving girls everywhere could learn.

Barad, 48, head of the world's biggest toy-maker, Mattel, and one of the most
powerful women in America, resigned under pressure from her board and
shareholders. Included in her giant compensation package were the 52 Barbie
dolls that adorned her office.

For the past two decades, Barad has been synonymous with Barbie. With her
unreconstructed beauty-queen hair, stiletto heels, pink Chanel suits and
matching lipstick, she seemed to some to be the living embodiment of the doll
she sold to the world. At her $7- million home in Bel Air, Calif., a 6-foot
model of Barbie stands on the staircase. In the living room is an Andy Warhol
portrait of Barbie.

Only the second woman to run one of America's top 500 companies, Barad
arrived at Mattel in 1981, shortly after the birth of her first child, wearing a
purple miniskirt and matching cowboy boots.

She often boasted of how she succeeded without ever becoming ''a he-woman,''
saying of her generation of woman executives: ''We never gave up on our

Bye-bye, 'Barbie': After meteoric rise to top, Mattel boss resigns from company in crisis The Gazette (Montreal, Quebec) February 28, 2000, Monday, FINAL

femininity. We didn't become little men.  I don't care to get on an equal footing with men.''

Her achievement in transforming the fortunes of Barbie, and simultaneously Mattel, will stand as one of the great business stories of recent years.

Invented in 1959, Barbie was starting to develop wrinkles when Barad took charge of her in 1983. Now, three Barbies are sold every second. Ninety-nine per cent of all American girls own at least one Barbie doll, and the average girl owns eight. Four years after Mattel faced bankruptcy in 1984, its shares quadrupled in value, mostly thanks to Barad. Together with Hasbro, Mattel controls 30 per cent of the American toy business with brands including Fisher-Price, Disney and Hot Wheels.

Now she has fallen, however, many are glad to see the back of her. Barbie sales are slipping and Mattel is a company in crisis. Wall St. has lost confidence in it, blaming Barad for repeatedly over-promising and under-delivering. Her slick presentation and aggression, many feel, were ultimately outweighed by her ill-judged decision to buy an overpriced company, and the long list of those who are alleged to have been scarred by her stiletto style.

At the end of her first financial review as chief executive of Mattel in 1997, she extended her arms to her employees and said: ''I love you. This is my feminine nurturing side.''

The remark was meant to be ironic. Few who crossed Barad ever talked about her nurturing side. More familiar were tales like the one about a secretary asked to get a glass of water for the new boss.  Barad is said to have grabbed it, snapping: ''This better not be tap.''

Among her first acts as chief executive were repainting Mattel's Californian offices in bright colours and lengthening the Christmas holidays to 16 days. Such cosmetic measures, however, could not hide her abrasive manner.

One former Mattel executive told the New York Times: ''When I've seen her at ad and marketing strategy meetings, everything she says improves the quality or the strategy. But as a long-term strategist and as a developer of people? No. An ability to accept an alternative point of view? No.''

Barad was not available for comment for this story.

But Glenn Bozarth, Mattel's spokesman, called the criticisms of her ''unfair and unfounded'' and said that personal reasons rather than professional conflicts had led to the high turnover of staff in the company.

Jill Barad's self-belief came from her parents, Lawrence and Corky Elikann. Her father was a television technician who went on to direct soap operas, including Knot's Landing and Falcon Crest.

As a girl growing up in Queens, N.Y., she would dress up and put on shows, singing songs from musicals. ''I had these little matching hats and purses in yellow patent leather,'' Barad once said, describing her childhood. ''I wore false eyelashes and white lipstick, and I remember thinking how attractive it was - my Woolworth lipstick for 39 cents.''

At 16, she got a summer job modeling bell-bottoms for a company called

Bye-bye, 'Barbie': After meteoric rise to top, Mattel boss resigns from company in crisis The Gazette (Montreal, Quebec) February 28, 2000, Monday, FINAL

Happylegs, and sold makeup to help fund her degree in English, psychology and drama at Queens College. Her ambition to be a doctor was foiled when she fainted the first time she went into an operating room.

Her first job after college was in 1974 playing the role of Miss Italian America in a film called Crazy Joe. Standing around in a slit dress with big hair, however, she said ''seemed superficial.'' So she went into marketing.

''I tell my kids that it's OK not to know what you want to do,'' she has said. ''I think diversity, the idea of trying everything, is important.'' Barbie, under Barad's guidance, became the ultimate multidimensional toy. She took the basic Barbie and created new characters and wardrobes, tapping into every turn of the '80s zeitgeist. There was Doctor Barbie, Dentist Barbie, Astronaut Barbie, Executive Barbie, not to mention dozens of Barbie accessories. Barad coined the advertising slogan ''We can do anything'' for Barbie.

She shot up through Mattel, showing the kind of aggression that men were unused to in female executives. When she wanted a promotion, she threatened to leave. ''Many men hated me,'' she says. ''I think it can be a tough thing for a man to lose to a woman.'' She was never frightened to ask for a pay raise and in the three years up to 1998, her golden years, she was paid more than $35 million in salary and stock. Her feel for what children would buy also earned her the admiration of Bill Gates, who put her on the board of Microsoft.

Sheila Wellington, the president of Catalyst, a group that does research on women in business, said of her: ''She has proven you can work your way up from the bottom, that you can have a family and be a CEO, and that you can be very tough and very feminine.''

Barad married a film producer, Tom Barad, in 1977, when they were both 26. While his wife was working, he did much of the raising of their sons, Alex and Justin, now in their late teens. He provided the stability for his hyperactive wife, who relaxes by doing laundry, but not just any old laundry, ''maybe 25 loads a day.''

The beginning of the end for Barad came last May, when Mattel bought the Learning Co., which makes educational toys. For Chief Executive Barbie, it was one shopping expedition too far. The high price, $6 billion, coupled with poorer than expected sales has left Mattel in a deep hole. The company is now also under threat from more innovative rivals.

For its former chief executive, there should be no shortage of offers. In the meantime, she can console herself with her compensation package: $12 million, $1-million-a-year pension, no repayments on a $5-million mortgage given by Mattel in 1994 and, for a nominal one dollar, her company car and office furnishings.

Soon, however, she will tire of buzzing around at home. As she herself puts it: ''I'm not a good down-time person.''

**GRAPHIC:** P Photo: CP / Jill Barad joined Mattel in 1981. Her hugely successful career was tied to the Barbie doll.

**LOAD-DATE:** February 28, 2000

Exhibit B



Copyright 2000 The Dallas Morning News
The Dallas Morning News

February 4, 2000 THIRD EDITION

**SECTION:** BUSINESS; Pg. 2D; MORNING BRIEFCASE

**LENGTH:** 1032 words

**HEADLINE:** MORNING BRIEFCASE;
National and international news at a glance

**BODY:**

    Ford to give all workers a PC for $ 5 a month

    DETROIT - For $ 5 a month, Ford Motor Co. will offer all of its 350,000 workers worldwide a home computer, color printer and Internet access.

    The offer, available beginning in April, is one of the largest efforts by a company to equip its workers with computers. It might ratchet up pressure on Ford's competitors to match the offer.

    "This program keeps Ford Motor Co. and our worldwide team at the leading edge of e-business technology and skills," Ford president and chief executive officer Jac Nasser said Thursday.

    "We're committed to serving consumers better by understanding how they think and act. Having a computer and Internet access in the home will accelerate the development of these skills."

    The deal, coordinated by PeoplePC Inc., of San Francisco, requires monthly payments of $ 5 for three years, or $ 180 total.

    Hewlett-Packard Co. will build the computers and printers, while Internet service will be provided by UUNET, an MCI WorldCom company based in Fairfax, Va.

    Ford officials would not provide an estimate of how much the deal will cost the company.

    Mattel's chief executive leaves amid new losses

    EL SEGUNDO, Calif. - Jill Barad quit Thursday as chairman and chief executive of Mattel Inc., the world's largest toy maker. Her departure ends a three-year tenure marked by profit shortfalls, sluggish sales and executive departures.

MORNING BRIEFCASE;National and international news at a glance The Dallas Morning News February 4, 2000

The Ms. Barad, 48, who joined El Segundo-based Mattel in 1981 and made its Barbie doll the world's best-selling toy, will be replaced by outside directors until a permanent successor is found.

The maker of Fisher Price, Hot Wheels toys and American Girl dolls reported a surprise $ 18.4 million fourth-quarter loss and said it will take a first-quarter pretax charge of $ 75 million to $ 100 million to restructure its software business.

Mattel, which closed at $ 12.06 on the New York Stock Exchange, fell to $ 10.88 in after-hours trading.

Mexican airline's woes grow

MEXICO CITY - A grounded Mexican airline lurched closer to bankruptcy this week, halting payment of employee salaries and tacitly admitting that it could not produce money needed to start flying again.

The closure of Transportes Aereos Ejecutivos SA, or TAESA, would open opportunities for other carriers on some of Mexico's busiest routes, including flights to the U.S. border.

It is unclear whether that would lead to further consolidation or increased competition in the Mexican airline industry, analysts said Thursday.

The company stopped paying the salaries of its 3,500 employees on Monday, and CEO Alberto Abed encouraged workers to seek other jobs. Mr. Abed could not be reached for comment.

BRIEFLY


Senate confirms Greenspan


WASHINGTON - Hailed as the "greatest central banker in the history of the world," Alan Greenspan overwhelmingly won confirmation Thursday for a fourth term as chairman of the Federal Reserve. The Senate voted 89-4 to approve President Clinton's nomination of Mr. Greenspan, 73, for a four-year term that will run until June 2004.


SFX buys out sports agents


NEW YORK - In a move that will give it control of about one in six Major League Baseball players, SFX Entertainment said Thursday that it had agreed to buy the business of agents Jim Bronner and Bob Gilhooley. Mr. Bronner and Mr. Gilhooley, whose company Speakers of Sport represents the most players of any baseball agent group, currently are negotiating a record $ 140 million, eight-year contract for Detroit outfielder Juan Gonzalez, the 1996 and 1998 American League MVP.


Congress eyes ban on Net taxes

MORNING BRIEFCASE;National and international news at a glance The Dallas Morning News February 4, 2000

WASHINGTON - New state or local taxes that single out the Internet would be permanently banned under bipartisan legislation introduced Thursday in Congress, but the bill would not settle the difficult question of how existing sales taxes should apply to e-commerce. The bill's main sponsors, Sen. Ron Wyden, D-Ore., and Rep. Christopher Cox, R-Calif., said people on both sides of the debate agree that the three-year ban on new Internet taxes should be extended indefinitely.

Financial privacy rules proposed


WASHINGTON - Federal regulators on Thursday proposed new rules spelling out how consumers' personal data will be protected as barriers between banks, investment firms and insurance companies come down. The rules, proposed by the Federal Reserve and a Treasury Department division, will make it tougher for financial companies to share even seemingly innocuous information, such as customers' names, addresses and telephone numbers, with outside marketing firms.


Factory orders surge


WASHINGTON - A surge in factory orders in December gave manufacturers their best year since 1995. Strong demand for airplanes and electronic equipment helped to catapult orders to U.S. factories by 3.3 percent in December and contributed to making 1999 the strongest in four years, the Commerce Department said Thursday.


NOTES


Steven Brill stepped down Thursday as editor in chief of a media watchdog magazine he founded, Brill's Content, a day after announcing a business arrangement with several media companies scrutinized by his publication.

British pharmaceutical merger partners Glaxo Wellcome PLC and SmithKline Beecham PLC said Thursday that Richard Sykes, currently Glaxo chairman, will become nonexecutive chairman of Glaxo SmithKline, and Jean-Pierre Garnier, currently chief executive-elect of SmithKline Beecham, will be chief executive.

Humana Inc., a health insurer for about 6 million people, said Thursday that it had named Michael McCallister, a senior vice president, to be the company's president and chief executive.

VA Linux Systems Inc., a maker of software and computers based on the free Linux operating system, agreed Thursday to buy Web site operator Andover.Net Inc. for about $ 1.04 billion in stock and cash.

Ohio-based Value City Department Stores said Thursday that it was buying legendary discounter Filene's Basement for $ 89 million.

- Compiled by Pam Troboy from special contributor Brendan M. Case and Dow

MORNING BRIEFCASE;National and international news at a glance The Dallas Morning News February 4, 2000

Jones, Associated Press and Bloomberg News reports

**GRAPHIC:** PHOTO(S): (Associated Press) Jill Barad, who turned Barbie and Ken into a $ 1.7 billion business, quit as CEO of Mattel Inc. on Thursday.

**LOAD-DATE:** February 12, 2000

# Exhibit C



Copyright 1999 The Irish Times
The Irish Times

November 20, 1999

**SECTION:** CITY EDITION; WEEKEND; Pg. 60

**LENGTH:** 829 words

**HEADLINE:** Valley of the dolls (Part 2)

**BODY:**

   Experts worry about the dangers of such an early indoctrination into consumerism without any accompanying message about values. "No one ad is so bad. But the combination of 400 ads a day creates in children a combination of narcissism, entitlement, and dissatisfaction," says clinical psychologist Mary Pipher, author of The Shelter of Each Other, a book about family life.

   But there is also a subtler worry about the nature of the toys. Last year 38 per cent of all money spent on toys went to licensed toys, meaning toys that had some tie-in to television or movie characters. Think of Batman, Hercules, Star Wars, Jurassic Park. Where is the role of imagination in all this?

   If a toy comes from TV, a child tends to follow the storyline, Yale University psychologist Dorothy Singer told Businessweek. There is simply less room for creativity, for the essential idea of play and creativity that Winnicott felt was so important.

   And that bring us back to Jill Barad and Barbie. Or as some would put it: the Jill Barad who actually is Barbie.

   Jill Barad is a member of perhaps the most exclusive club in the world; she is the chief executive officer of one of the world's largest corporations, a rung she shares with only a handful of other women in the US.

   Barad, a 47-year-old energetic dynamo who favours high, high heels and Chanel suits, runs Mattel Inc, the world's largest toy company, a $ 4.8 billion ((pounds) 3.7 billion), 25,000 employee-strong powerhouse, from her office complex near the beach in Los Angeles, California.

   Growing up in New York, Barad wanted to be an actress, but abandoned that idea and got a job selling cosmetics. After moving to Los Angeles she took a job at Mattel in 1981 as a product manager for Barbie, the iconic doll that millions of girls had grown up with since its introduction in 1959.

   Who changed who is debatable. "At Mattel I worked on a brand that changed my

Exhibit C - Page 9

Valley of the dolls (Part 2) The Irish Times November 20, 1999

life and her name was Barbie," Barad told a Girls' Club convention last year in New York. "When Barbie is in a little girl's hands, she is a vehicle for dreaming, for imagining what girls can be. My mother gave me a bumblebee when I started work. She said that aerodynamically, bees shouldn't be able to fly. But they do. Remember that. I can say that for you girls, anything is possible." As is typical in response to Jill Barad speeches, the room exploded in applause.

Barad also changed Barbie's life. From a moribund doll that had (pounds) 154 million in international sales in 1982, Barad developed the idea of "play patterns" for Barbie. There would be Dating Barbie, Shopping Barbie, Going to the Beach Barbie. By 1985, Barad would introduce Day to Night Barbie: by day, Barbie was a stylish business executive; by night she was a party girl. Girls would dream and imagine and invent stories.

By 1998, Barbie was a (pounds) 1.5 billion brand that had helped bring Mattel back from the brink of bankruptcy in the mid-1980s. By some estimates, Barbie contributes 38 per cent of all Mattel's sales, and a stunning 55 per cent of its operating profits. The average American girl owns nine Barbie dolls.

And therein may lie the problem and the current crisis that is threatening Mattel. Barbie is not a fad toy. The last two make-or-break Christmas seasons have seen the toy market overtaken by others. And this year, the Pokemon phenomenom - a series of 150 bug-like monsters based on a Japanese game that now includes a TV series, a hit movie, a Nintendo game, trading cards and just about any other tie-in you can imagine - is promising to again eclipse Mattel and Barbie.

The phenomenon could not come at a worse time for Barad. Mattel's stock price has lost 70 per cent of its value in the last 20 months, shaving $ 13.5 billion ((pounds) 10 billion) off the value of the company since March, 1998. Valued at $ 45 a share that month, Mattel is now a paltry $ 13 a share. More than a dozen shareholders have filed lawsuits since September, demanding to know why the company's value is plummeting.

The critics are ridiculing Barad, calling for her head. Where is the magic, the golden imaginative touch that built Mattel? They accuse Barad of relying too heavily on Barbie, of failing to come up with an idea like Pokemon or Furby, a toy that will sell, albeit for a single season.

Instead of battling back as usual, Barad appears to be retreating, last week cancelling an appearance at an important toy conference in New York.

It may be that there is simply no way to respond to critics, because it may be that in a world of video games and television scripted monsters, Barbie's day is over. Perhaps the time of a teddy, or a blanket, or a Barbie has been irretrievably erased by marketers. It is Wall Street and shareholders who will determine the future of Mattel. Indeed they will decide the future of Barad. Stock price will rule, and it will have little to do with fantasy and imagination. But one wonders what Donald Winnicott would say.

**LOAD-DATE:** November 21, 1999

Exhibit C - Page 10

# Exhibit D



Copyright 1999 The Straits Times Press Limited
The Straits Times (Singapore)

May 30, 1999

**SECTION:** Sunday Plus; Sunday Plus; Pg. 2

**LENGTH:** 1127 words

**HEADLINE:** Barbie turns 40

**BYLINE:** Lynn Seah

**BODY:**

LIVING DOLL

Barbie's creator Ruth Handler didn't have a clue that her doll would become a valuable collector's item. Otherwise, she would have kept more of them

THE world's most famous fashion doll, Barbie, first appeared as a gem of an idea in Mattel co-founder Ruth Handler's head in the early '50s.

She was then watching her daughter Barbara play with her paper dolls. "The paper dolls were always adult paper dolls. I got the idea to three-dimensionalise the dolls and the clothing," Mrs Handler, now 82, told Sunday Plus in a telephone interview from her home in Los Angeles.

But it was not until 1959 that she managed to bring the doll to the market, because, at first, nobody believed such a doll could sell. Not her husband Elliot, who co-owned Mattel, nor anyone in its all-male team of designers.

"They all thought I was crazy -an adult doll with breasts and a woman's body. I couldn't convince them."

At that time, Mattel, the toy company formed by the Handlers and a friend, Harold Mattson, in 1945, was doing fine producing dollhouse furniture. The company did not make dolls at that time.

The name Mattel came from the names of the two men in the business -"Matt" from Mattson and "el" from Elliot. "In those days it never occurred to me that a woman could have her name in a business," says Mrs Handler.

She gave up on the idea, until a family vacation in Europe brought her face-to-face with a doll named Lilli, a German doll with a woman's figure. She saw her being sold in Lucerne, Switzerland and in Vienna.

The Straits Times (Singapore) May 30, 1999

Armed with three Lilli dolls, she returned to America. She handed one to a Mattel designer with instructions to find someone to make a similar doll while she looked for someone to make doll outfits.

The whole process took three years and Barbie made her debut at the American Toy Fair in New York City in 1959. Barbie was named after Mrs Handler's daughter, Barbara.

The response at the fair was lukewarm. Like Elliot Handler and Mattel's designers years earlier, many toy-store buyers thought a doll with a woman's body would not sell.

"But the minute the doll was shipped to stores, it just sold like crazy. Shelves were cleaned the minute they arrived," she recalled.

In her debut year, 351,000 Barbies were sold. This year is her 40th anniversary and she is now a US$ 1.9 billion (S$ 3.23 billion) a year industry.

While others may have doubted Barbie's viability at first, Mrs Handler never did. "Barbie fills a very basic need in children. She causes children to actively use their imagination, to dream dreams of growing up. She helps them through the growing up years to project their dreams and their thoughts."

Many of the doll's fans wrote in asking for friends to be created for Barbie. So in 1961, Ken was introduced, named after the Handlers' son, Kenneth.

By Mrs Handler's account, both her children, who were already teenagers by the time the dolls were launched, were highly embarrassed about having dolls named after them.

Kenneth, in particular, had to bear with the debate over whether Ken should be anatomically-correct, with a bulge in his shorts.

The dolls just took the children's names but were not modelled to look like them "I had the theory that I didn't want the doll to look like anyone in particular. I wanted her to be without a specific personality so that little girls could project their dreams through her."

Barbara, now 58, "lives the good life", according to her mother, after selling off her small decorative furnishings business. "She plays golf, she plays bridge," says Mrs Handler.

Kenneth died of brain cancer in 1994.

Mrs Handler too was struck by cancer earlier. She had a mastectomy in 1970.

The '70s were bad years for her. Apart from her cancer, Mattel almost went bankrupt in 1974.

The Handlers were expelled from the company after Mrs Handler was indicted by a federal grand jury for securities fraud.

When asked about the episode, she said: "The company had just grown too big too fast. It started losing money and the banks closed in on us. We were accused of different things relating to falsifying our records and it got very nasty so I just walked out. I resigned, left. I was really pushed out primarily by the banks which were giving us trouble on management, meaning me."

The Straits Times (Singapore) May 30, 1999

Shortly after that, she embarked on a second career in the prosthetic breast business. She had been searching since her 1970 mastectomy for a good artificial breast.

"As I thought about how breasts should be constructed and how women needed these, I decided to go into the breast business."

She brought in some former employees of Mattel, who helped her design a commercial breast, and that was what she did for the next 16 years, marketing and managing her line of custom-made prosthetic breasts, called Nearly Me.

Retired now, she has returned to the Mattel fold, getting hired by it for occasional public relations work -making appearances and signing dolls.

After 40 years, no other adult doll has come close to the success of Barbie. Mrs Handler believes it has to do with the quality of the doll -like her rooted hair and well-made clothes -aggressive marketing, and keeping up with the times.

Barbie's hair, makeup and clothing are changed constantly to reflect what is happening in the real world.

As for the constant criticism that Barbie is a bimbo and a poor role model for girls, she brushes it off: "Oh, people have to have something negative to say about anything successful. I think the bottom line is really the answer to that. The doll has kept going for 40 years and has been immensely successful so I would say that those who criticise negatively are not in touch with reality."

Although she is no longer involved in the running of the business, she believes Barbie is poised to be around for many years more. "Barbie is very well-established. She lasted for 40 years. Perhaps she'll last another 40 years.

"The collectors have added a whole new dimension to the doll so that Barbie now has two markets." And the collectors' market has grown tremendously and does not seem to be slowing down.

This was something she had not foreseen. "If I had, I would have saved a few dolls."

PARTY ON: Barbie

A BARBIE 40th anniversary exhibition will be held at Raffles City from June 1 to 22, 10 am to 10 pm. It will feature:

* 40 Barbie dolls, each representing the best from each of her 40 years. * Sale of Barbie 40th anniversary collectibles. * A charity auction of six limited-edition dolls in aid of the National Kidney Foundation Children's Dialysis Fund. * The launch of a facility for people here to customise their own doll via the Internet. This was previously available only in the United States.

**GRAPHIC**: Watching her daughter play with adult paper dolls gave Ruth Handler the idea to make a 3D doll with a woman's body and costumes.

**LOAD-DATE**: June 1, 1999

Exhibit E



Copyright 1996 The New York Times Company
The New York Times

January 4, 1996, Thursday, Late Edition - Final

**NAME:** Arthur S. Spear

**SECTION:** Section D;   Page 19;   Column 1;   National Desk

**LENGTH:** 504 words

**HEADLINE:** Arthur Spear, Who Led Mattel Through Fiscal Crises, Dies at 75

**BYLINE:** By DAVID CAY JOHNSTON

**BODY:**

Arthur S. Spear, who as chairman of Mattel Inc. led the company, widely known for its line of Barbie dolls, through two crises, died on Sunday at the U.C.L.A. Medical Center in Los Angeles. He was 75.

Mr. Spear, who lived in Santa Monica, Calif., was being treated at the hospital after a series of strokes, his family said.

Mr. Spear was executive vice president of Revlon, the cosmetic company, overseeing its manufacturing operations, when he joined Mattel in 1964 in a similar capacity. In 1973 he was named president. When Mattel's founders, Elliot and Ruth Handler, were forced out in 1975 in a scandal over the company's making false financial statements to securities regulators, Mr. Spear was put in charge.

John Vogelstein, president of E. M. Warburg Pincus & Company, said yesterday that Mr. Spear "inherited the most incredible mess you have ever seen."

Mr. Spear quickly restored Mattel to profitability, and by 1979 he had slashed its debt to $20 million from $118 million.

Mr. Spear also had Mattel finance a doll factory in south-central Los Angeles to create jobs after the Watts riots of 1965. The company, Shindana, which made black dolls, has since folded.

Later Mr. Spear led Mattel into a diversification that included Intellivision, an early electronic game system. But the idea was ahead of the technology and unhappy buyers returned most of the systems, creating a new crisis. By 1984, Mattel had a negative net worth of $150 million, but avoided a bankruptcy filing because of strong cash flow from Barbie and other toys as well as an infusion of cash.

Arthur Spear, Who Led Mattel Through Fiscal Crises, Dies at 75 The New York Times January 4, 1996, Thursday, Late Edition - Final

Mayor Richard J. Riordan of Los Angeles was one of the largest individual shareholders in Mattel and thus stood to lose a fortune in 1984. Yesterday, Mayor Riordan said Mr. Spear's handling of the disaster showed that "he was a fantastic crisis manager."

Mr. Vogelstein said the company survived in part because lenders trusted Mr. Spear. "He was one of the few guys you could leave your wallet with, travel around the world and when you came back it would be there untouched," he said.

Mr. Spear retired at the end of 1986, after the restructuring was completed. Between 1973, when he became president, and his retirement, Mattel's annual sales rose from $281 million to $1 billion.

Mr. Spear was born in Providence, R.I. He graduated from the Massachusetts Institute of Technology, where he studied architecture and engineering, in 1941 and joined the Army Corps of Engineers, serving until 1943. He spent a dozen years at three New England manufacturing companies before joining Revlon.

He is survived by his mother, Esther Spear of Providence; three brothers, Harvey M., of Manhattan, L. William, of Miami and Gerald, of Newport Beach, Calif.; two sons, Stephen, of Bakersfield, Calif., and Arthur Jr., of Redondo Beach, Calif.; a daughter, Carol Frijmersum of Washington; his former wife, Roberta Spear of Santa Monica; three stepsons, Jon, Daniel and Marc Rosenthal; seven grandchildren, and 10 step-grandchildren.

**GRAPHIC:** Photo: Arthur S. Spear. (Frank Bez, 1979)

**LOAD-DATE:** January 4, 1996