UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>ORDER GRANTING IN PART AND DENYING IN PART MATTEL'S *EX PARTE* APPLICATION FOR TEMPORARY STAY |

Before the Court is Mattel's *Ex Parte* Application for Stay of Judgment Pending Appeal Without Supersedeas Bond or, Alternatively, for Approval of Bond, and for Temporary Stay. After considering the application, the Court GRANTS the application for a stay pending appeal, subject to Mattel posting bond.

IT IS HEREBY ORDERED that:

~~Execution of the Court's Judgment entered August 4, 2011 is hereby stayed pending the final disposition of Mattel's appeal of such Judgment.~~

~~[And/Or]~~

Mattel's supersedeas bond is approved in the form submitted with the application and in the amount of $315 million. To afford Mattel an opportunity to file a supersedeas bond, the execution of the Court's judgment entered August 4, 2011 is hereby stayed until August 23, 2011 (JCB for DOC)

IT IS SO ORDERED.

Date: August 16, 2011

*David O. Carter*

Hon. David O. Carter
United States District Judge