ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**MGA'S NOTICE OF APPLICATION TO TAX COSTS PURSUANT TO FED. R. CIV. P. 54 AND LOCAL RULE 54-4**<br><br>Judge: Hon. David O. Carter |

1  The Court has considered and awarded costs to the MGA Parties. The Court did so under the California Uniform Trade Secrets Act, Cal. Civ. Code. § 3426.4, and the Copyright Act, 17 U.S.C. § 505. *See* Dkt. No. 10703. **By filing a Bill of Costs pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54-4, the MGA Parties <u>do not</u> dispute the Court's award of costs and <u>do not</u> seek any additional award of costs from the Court.**

The MGA Parties file the attached Bill of Costs because, were the Court's Order, Dkt. No. 10703, reversed on appeal, the MGA Parties are entitled to an award of costs pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54-4 in the amounts reflected in the Bill of Costs filed concurrently herewith.

The invoices supporting the costs identified in the attached Bill of Costs have previously been provided to the Court. *See* Materials accompanying MGA's Notice of Lodging of Materials for In Camera Inspection Pursuant to July 12, 2011 Court Order, Dkt. No. 10692; *see also* Declaration of Stephen in Support of Motions for Fees and Costs, Dkt. No. 10621; Supplemental Declaration of Stephen Schultz in Support of MGA Parties' Motions for Fees and Costs, Dkt. No. 10683; Second Supplemental Declaration of Stephen Schultz in Support of MGA Parties' Motions for Fees and Costs, Dkt. No. 10684.

Dated: August 18, 2011        Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  */s/ Warrington S. Parker III*
Warrington S. Parker III
Attorneys for MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN