# UNITED STATES DISTRICT COURT
Central District of California

## BILL OF COSTS (LOCAL RULE 54-4)

CARTER BRYANT, an individual, Plaintiff,

v.

MATTEL, INC., a Delaware corporation, Defendant.

Case No. CV 04-9049 DOC (RNBx)

Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727

Judgment having been entered in the above entitled action on August 4, 2011 against Mattel, Inc., the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Filing fees: see L.R. 54-4.1 | 807.53 |
| Fees for service of process: see L.R. 54-4.2 | 2,793.07 |
| United States Marshal's fees: see L.R. 54-4.3 | 0 |
| Clerk's fees: see L.R. 54-4.4 | 0 |
| Report's transcripts: see L.R. 54-4.5 | 213,808.61 |
| Depositions: see L.R. 54-4.6 | 802,842.02 |
| Witness fees (itemize on page 2): see L.R. 54-4.7 | 8,370.54 |
| Interpreter's and translator's fees: see L.R. 54-4.8 | 0 |
| Docket fees: see L.R. 54-4.9 | 0 |
| Masters, commissioners and receivers: see L.R. 54-4.10 | 4,177,686.27 |
| Certification, exemplification and reproduction of documents: see L.R. 54-4.11 | 439,932.40 |
| Premiums on bonds and undertakings: see L.R. 54-4.12 | 0 |
| Other Costs: see L.R. 54-4.13 | 577,647.64 |
| State Court costs: see L.R. 54-4.14 | 0 |
| Costs on appeal: see L.R. 54-5 | 0 |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-6 | 0 |
| Other (please itemize) | 0 |
| TOTAL | 6,223,888.08 |

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or.
☐ Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney: _____
Name of Attorney: Warrington S. Parker III

Costs are taxed in the amount of _____

_____    By: _____    _____
Clerk of Court                      Deputy Clerk                      Date