ANNETTE L. HURST (State Bar No. 148738)
ahurst@orrick.com
WARRINGTON S. PARKER III (State Bar No. 148003)
wparker@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

WILLIAM A. MOLINSKI (State Bar No. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: 213-629-2020
Facsimile: 213-612-2499

THOMAS S. MCCONVILLE (State Bar No. 155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2258
Tel: (949) 567-6700/Fax: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>   Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF WARRINGTON PARKER IN SUPPORT OF MGA'S BILL OF COSTS PURSUANT TO FED. R. CIV. P. 54 AND LOCAL RULE 54-4** |

I, Warrington Parker, declare:

1. I am a member of the bar of the State of California, admitted to practice before this Court, and am counsel with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel for the MGA Parties. I make this declaration based on personal knowledge and if called and sworn as a witness, I could and would testify competently as follows.

2. The MGA Parties previously have provided Court with invoices supporting the costs MGA claims pursuant to Local Rule 54-4.

3. **Local Rule 54-4.1.** The invoices supporting MGA's costs under L.R. 54.4-1 are contained within:

- Dkt. No. 10621, Ex. 1, Invoice Nos. 1202586, 1210280, 1223240, and 1266287.
- Dkt. No. 10621, Ex. 6, Invoice No. 1197247.
- Dkt. No. 10621, Ex. 49, Invoice No. 1492.

4. **Local Rule 54-4.2.** The invoices supporting MGA's costs under L.R. 54.4-2 are contained within:

- Dkt. No. 10621, Ex. 1, Invoice Nos. 122678 and 1227424.
- Dkt. No. 10621, Ex. 2, Invoice Nos. 677508, 692423, 697029, 697434, 701071, 706054, and 711923.

5. **Local Rule 54-4.5.** The invoices supporting MGA's costs under L.R. 54.4-5 are contained within:

- Dkt. No. 10621, Ex. 1, Invoice Nos. 123408, 1233612, 1243908, 1247496, 1268255, 1274999, 1276772, 1281392, 1286722, 1291339, and 1295743.
- Dkt. No. 10621, Ex. 2, Invoice Nos. 694399, 697029, 699942, 701071, and 709839.
- Dkt. No. 10621, Ex. 3, Invoice Nos. 1213710, 1216985, 1224969, and 1229342.

1     • Dkt. No. 10621, Ex. 17, Invoice Nos. LA4654, LA4687, LA5860,
2        LA6098, LA6268, LA6452, LA8582, SF47076, SF48019, SF48368,
3        SF49632, SF64347, SF64828, SF65007, SF65037, SF68381, SF68696,
4        SF69078, SF69205, SF69374, SF69397, and SF69577.
5     • Dkt. No. 10621, Ex. 18, Invoice Nos. 271381, 271592, 271611,
6        271756, and 271962.
7     • Dkt. No. 10621, Ex. 19, Invoice Nos. 101666, 101866, 105311,
8        105315, and 105316.
9     • Dkt. No. 10621, Ex. 20, Invoice Nos. 2012 and 5037.
10     • Dkt. No. 10683, Ex. 2, Invoice Nos. 1300585 and 1305751.
11     • Dkt. No. 10683, Ex. 6, Invoice Nos. 1183266, 1185588, 1197247,
12        1197247, 1198375, and 1213710.
13     • Dkt. No. 10684, Ex. 48, Invoice No. 1311206.

14     6.     **Local Rule 54-4.6.** The invoices supporting MGA's costs under
15 L.R. 54.4-6 are contained within:

16     • Dkt. No. 10621, Ex. 1, Invoice Nos. 1210280, 1212050, 1216985,
17        1227424, 1232408, 1233612, 1243908, 1247496, 1262100, 1267998,
18        1274999, 1276772, 1281392, 1286722, and 1291339.
19     • Dkt. No. 10621, Ex. 2, Invoice Nos. 617373, 620673, 677508, 679410,
20        and 706054.
21     • Dkt. No. 10621, Ex. 3, Invoice Nos. 1213710, 1224969, 1229342,
22        1243307, and 1252098.
23     • Dkt. No. 10621, Ex. 17, Invoice Nos. CA10547, CA10548, CA10550,
24        CA10551, CA12260, CA12262, CA12263, CA12265, CA13113,
25        CA14149, CA14743, CA14745, CA14753, CA15064, CA15156,
26        CA15158, CA15192, CA15518, CA15521, CA15526, CA15528,
27        CA15741, CA15743, CA15820, CA15861, CA15863, CA15865,
28        CA15866, CA16107, CA16139, CA16184, CA16202, CA16367,

| | |
|---|---|
| 1 | CA16385, CA16387, CA16463, CA16465, CA16554, CA16561, |
| 2 | CA16630, CA17464, CA17754, CA17756, CA18581, CA19942, |
| 3 | CA21416, CA21418, LA11431, LA11433, LA11483, LA11585, |
| 4 | LA11586, LA11799, LA11801, LA11929, LA11933, LA12120, |
| 5 | LA12122, LA12123, LA12125, LA12130, LA12132, LA12134, |
| 6 | LA12136, LA12238, LA12240, LA12446, LA12560, LA12887, |
| 7 | LA13115, LA4631, LA5519, LA5521, LA6323, LA6381, LA6397, |
| 8 | LA6398, LA6755, LA6862, LA6864, LA6916, LA6917, LA6945, |
| 9 | LA6946, LA6948, LA6950, LA7076, LA7082, LA7126, LA7128, |
| 10 | LA1797, LA7199, LA7200, LA7202, LA7354, LA7356, LA7382, |
| 11 | LA7384, LA7544, LA7546, LA7775, LA7776, LA8379, LA8380, |
| 12 | 49010, SF49365, SF49951, SF50032, SF50034, SF50293, SF50506, |
| 13 | SF50523, SF50524, SF50528, SF50546, SF50549, SF51508, |
| 14 | SF52465, SF52909, SF53103, SF53131, SF53206, SF53278, |
| 15 | SF53294, SF53437, SF53642, SF53660, SF53662, SF54084, |
| 16 | SF54335, SF54623, SF54628, SF54831, SF54890, SF54982, |
| 17 | SF54984, SF55037, SF55042, SF55105, SF55117, SF55123, |
| 18 | SF55219, SF55378, SF55388, SF55934, SF56027, SF56029, |
| 19 | SF56030, SF56038, SF56286, SF56711, SF56830, SF57264, |
| 20 | SF57931, SF57934, SF58301, SF58308, SF58691, SF59012, |
| 21 | SF59019, SF59047, SF59332, SF59344, SF59457, SF59639, |
| 22 | SF59947, SF60167, SF62681, SF63367, SF63572, SF63718, |
| 23 | SF63741, SF63749, SF69825, SF69970, SF70001, SF70080, |
| 24 | SF70082, SF70387, SF70479, SF71025, SF71031, SF71399, |
| 25 | SF71405, SF71993, SF72079, SF72168, SF74397, SF74582, |
| 26 | SF74585, SF74598, SF74655, SF74816, SF74819, SF74821, |
| 27 | SF74826, SF74883, SF74970, SF74976, SF75042, SF75189, |
| 28 | SF75212, SF75214, SF75217, SF78550, SF78701, SF79137, |

|   |   |
|---|---|
| 1 | SF79230, SF80162, SF81429, SF81729, SF82423, SF82431, and |
| 2 | SF83318. |

- Dkt. No. 10621, Ex. 18, Invoice Nos. 261100, 270121, 271280, 271281, 271458, 271506, 271638, 271744, 271745, 271859, 271865, 271928, 271929, 271950, 271975, 271977, 280380, 281182, 282294, 282324, 290938, 291502, 291508, 291514, 291517, 291520, 291594, 291596, 291606, 291607, 291613, 291616, 291622, 291624, 291652, 291660, 291677, 291624, 291652, 291660, 291677, 291694, 291696, 291769, 291774, 291776, 291782, 291795, 291797, 291804, 291849, 291851, 291917, 291931, 291935, 191937, 292014, 292016, 292035, 292038, 292045, 292136, 292207, 292232, 292239, 292241, 292268, 292270, 292271, 292273, 292274, 292276, 292277, 292279, 292373, 292379, 292382, 292396, 292417, 292473, 292506, 292521, 292569, 292572, 292579, 292585, 292633, 292638, 292640, 292739, 292809, 292826, 292897, 292903, 292916, 299950, 292977, 292979, 293008, 293012, 293038, 293039, 293041, 293109, 193142, 193167, 293220, 293224, 293341, 293343, 293345, 293347, 293352, 293354, 293366, 293375, and 293382.
- Dkt. No. 10621, Ex. 19, Invoice Nos. 62726, 62733, 64628, 64629, and 83935.
- Dkt. No. 10621, Ex. 21, Invoice Nos. 62093 and 62110.
- Dkt. No. 10621, Ex. 56, Invoice Nos. 070119TRC1, 070801PCC1, 070815STC1, 070820STC1, 070830STC1, 070924PCC1, 070925PCC1, 070927SKC1, 070928PCC1, 071004PAC1, 071005PAC1, 071009PAC1, 071009STC1, 071010PAC1, 091209STC1, 100118STC1, 100119STC1, and 100120STC1.
- Dkt. No. 10683, Ex. 2, Invoice No. 1305751.
- Dkt. No. 10683, Ex. 6, Invoice Nos. 1183266, 1191384, 1197247,

|   |   |
|---|---|
| 1 | 1198375, and 1206689. |
| 2 | • Dkt. No. 10684, Ex. 21, Invoice No. 293135. |
| 3 | • Dkt. No. 10684, Ex. 22, Invoice No. 293428. |
| 4 | • Dkt. No. 10684, Ex. 23, Invoice No. 293545. |
| 5 | • Dkt. No. 10684, Ex. 24, Invoice No. 293590. |
| 6 | • Dkt. No. 10684, Ex. 25, Invoice No. 293637. |
| 7 | • Dkt. No. 10684, Ex. 26, Invoice No. 293629. |
| 8 | • Dkt. No. 10684, Ex. 27, Invoice No. 293587. |
| 9 | • Dkt. No. 10684, Ex. 28., Invoice No. 293800. |

10    7.    **Local Rule 54-4.7.**  The invoices supporting MGA's costs under
11 L.R. 54.4-7 are contained within:

12    • Dkt. No. 10621, Ex. 1, Invoice No. 1213710.

13    • Dkt. No. 10621, Ex. 3, Invoice Nos. 1274999, 1286722, and 1291339.

14    8.    **Local Rule 54-4.10.**  The invoices supporting MGA's costs
15 under L.R. 54.4-10 are contained within:

16    • Dkt. No. 10621, Ex. 1, Invoice Nos. 1286722 and 1300585.

17    • Dkt. No. 10621, Ex. 12, Invoice Nos. 1187342, 1187346, 1192092,
18       1195460, 1201761, 1204091, 1209724, 1213804, 1217069, 1223408,
19       1225601, 1230596, 1235922, 123519, 1246984, 1251801, 1257496,
20       1261071, 1266200, 12171423, 1277912, 1282255, 1290958, 1296702,
21       1298202, and 1303760.

22    • Dkt. No. 10621, Ex. 13, Invoice No. Dkt. 5933.

23    • Dkt. No. 10621, Ex. 14,  Invoice Nos. 0001234314-100, 0001242526-
24       100, 0001255789-100, 0001267129-100, 0001291506B-100,
25       0001293945-100, 0001304038-100, 0001315589-100, 0001327746-
26       100, 0001339913-100, 0001350536-100, 0001386401-100,
27       0001399253-100, 0001412330-100, 0001427944-100, 0001447052-
28       100, and 0001470274-100.

- Dkt. No. 10621, Ex. 15, Invoice Nos. 2536, 2550, 2555, 2559, 2560, 2564, 2567, 2573, 2574, 2575, 2581, 2586, 2590, and 2595.
- Dkt. No. 10621, Ex. 55, Invoice Nos. 2008-3005, 2008-3005A, 2008-3054, 2008-3074, 2008-3078, and 2008-3098.
- Dkt. No. 10684, Ex. 14, Invoice No. 1310471.
- Dkt. No. 10684, Ex. 15, Invoice No. 1318608.
- Dkt. No. 10684, Ex. 46, Invoice No. 2605.
- Dkt. No. 10684, Ex. 47, Invoice No. 2610.
- Dkt. No. 10684, Ex. 49, Invoice No. 0002141158-200.

9.   **Local Rule 54-4.11.**  The invoices supporting MGA's costs under L.R. 54.4-11 are contained within:

- Dkt. No. 10621, Ex. 43, Invoice Nos. AAL10-439, AAL10-447, AAL10-448, AAL10-455, and AAL410-467.

10.   **Local Rule 54-4.13.**  The invoices supporting MGA's costs under L.R. 54.4-10 are contained within:

- Dkt. No. 10621, Ex. 54, Invoice Nos. 22776, 22860, 22878, 22932, and 22976.
- Dkt. No. 10684, Ex. 10, Invoice No. 23060.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of August, 2011, at San Francisco, California.

*/s/ Warrington S. Parker III*
Warrington S. Parker III