1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
      John B. Quinn (Bar No. 090378)
2      johnquinn@quinnemanuel.com
      Michael T. Zeller (Bar No. 196417)
3      (michaelzeller@quinnemanuel.com)
    865 South Figueroa Street, 10th Floor
4   Los Angeles, California  90017-2543
    Telephone:   (213) 443-3000
5   Facsimile:    (213) 443-3100

6   Attorneys for Mattel, Inc. and
    Mattel de Mexico, S.A. de C.V.

7

8                 UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11   MATTEL, INC., a Delaware            CASE NO. CV 04-9049 DOC (RNBx)
     corporation, et al.,
12                                       Hon. David O. Carter
             Plaintiffs,
13                                       **MATTEL, INC.'S NOTICE OF**
        vs.                              **LODGING OF SUPERSEDEAS**
14                                       **BOND AND RELATED**
     MGA ENTERTAINMENT, INC., a          **DOCUMENTS**
15   California corporation, et al.
                                         Consolidated with
16           Defendants.                 Case No. CV 04-09059
                                         Case No. CV 05-02727
17
     AND CONSOLIDATED ACTIONS
18

19

20

21

22

23

24

25

26

27

28

                                              NOTICE OF LODGING

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on August 18, 2011, pursuant to the Court's Orders of August 16, 2011 (Dkt. Nos. 10713 and 10715), Mattel lodged a supersedeas bond in the amount of $315,000,000, with the sureties of Fidelity and Deposit Company of Maryland and Zurich American Insurance Company.  Pursuant to the Local Rules, Mattel lodged the bond in the approved amount and with the approved sureties, along with related certificates and declarations, with the Clerk of the Court, and also served counsel with the lodged documents.  See Local Rule 65-2 ("The Clerk is authorized to approve on behalf of the Court all bonds, undertakings and stipulations of security given in the form and amount prescribed by statute, order of the Court or stipulation of counsel, which comply with the requirements of L.R. 65-3, and contain a certificate by an attorney pursuant to L.R. 65-5, except where the approval of a judge is specifically required by law.").

DATED:  August 18, 2011        QUINN EMANUEL URQUHART & SULLIVAN, LLP


By: _____

Michael T. Zeller
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

1