**ORIGINAL**

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     John B. Quinn (Bar No. 090378)
2    johnquinn@quinnemanuel.com
     Michael T. Zeller (Bar No. 196417)
3    (michaelzeller@quinnemanuel.com)
     865 South Figueroa Street, 10th Floor
4    Los Angeles, California 90017-2543
     Telephone: (213) 443-3000
5    Facsimile: (213) 443-3100

6  Attorneys for Mattel, Inc. and
   Mattel de Mexico, S.A. de C.V.


FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 19 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                   SOUTHERN DIVISION

11 | MATTEL, INC., a Delaware corporation, et al., | CASE NO. CV 04-9049 DOC (RNBx)
12 |                                              | Hon. David O. Carter
13 |            Plaintiffs,                       | **ATTORNEY'S CERTIFICATE CONCERNING SUPERSEDEAS BOND PURSUANT TO LOCAL RULE 65-5**
14 | vs.                                          |
15 | MGA ENTERTAINMENT, INC., a California corporation, et al. |
16 |            Defendants.                       | Consolidated with
                                                    Case No. CV 04-09059
                                                    Case No. CV 05-02727
17 | AND CONSOLIDATED ACTIONS


LODGED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 18 2011  2:35 pm
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

00505.07975/4305511.1

CERTIFICATE BY ATTORNEY PURSUANT TO LOCAL RULE 65-5

1  Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") hereby submit the following attorney's certificate pursuant to Local Rule 65-5.

I, B. Dylan Proctor, certify the following:

1. Pursuant to Local Rule 65-6, I have carefully examined the supersedeas bond posted by Mattel. I know the content of the bond and the purpose for which the bond is executed. In my opinion, the bond is in due form. I believe the declarations of qualification and certificates of authority by the sureties Fidelity & Deposit Company of Maryland and Zurich American Insurance Company are true. I have determined whether the bond is required by law to be approved by a Judge.

2. I certify that this bond has been examined pursuant to Local Rule 65 and is recommended for approval. Mattel sought the Court's approval of its proposed supersedeas bond, which Judge David O. Carter approved by written Order dated August 16, 2011. Dkt. 10713, 10715. The bond therefore has been approved by a Judge and is not required by law to be further approved by a Judge.

DATED: August 17, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ B. Dylan Proctor
B. Dylan Proctor
Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

TERRY NAFISI, CLERK, U.S. DISTRICT COURT
Central District of California
By ROLLS ROYCE PASCHAL

00505.07975/4305511.1

1
CERTIFICATE BY ATTORNEY PURSUANT TO LOCAL RULE 65-5