QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MGA ENTERTAINMENT, INC., a California corporation, et al. <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx) <br><br> Hon. David O. Carter <br><br> **SUPERSEDEAS BOND** <br><br> Consolidated with <br> Case No. CV 04-09059 <br> Case No. CV 05-02727 |



QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
johnquinn@quinnemanuel.com
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. CV 04-9049 DOC (RNBx)<br><br>Consolidated with<br>Case No. CV 04-09059<br>Case No. CV 05-02727<br><br>Hon. David O. Carter<br><br>Bond No. 9018269 |

## SUPERSEDEAS BOND

WHEREAS, on August 4, 2011, a judgment (the "Judgment") was entered in the above-captioned action against Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") (Docket No. 10704).

WHEREAS, on August 11, 2011, Mattel filed a Notice of Appeal of the Judgment (Docket No. 10707), to the United States Court of Appeals for the Ninth Circuit, and pursuant to Rule 62(d)

1

of the Federal Rules of Civil Procedure, Mattel wishes to stay execution or enforcement of the Judgment pending appeal.

WHEREAS, on August 11, 2011, Mattel sought the District Court's approval of a proposed supersedeas bond in the amount of Three Hundred Fifteen Million Dollars ($315,000,000) (Docket No. 10709).

WHEREAS, by Order dated August 16, 2011, the District Court approved a supersedeas bond of $315,000,000 as sufficient to effect a stay of execution or enforcement of the Judgment pending appeal (Docket No. 10715).

WHEREAS, Mattel, as Principal, and Fidelity and Deposit Company of Maryland and Zurich American Insurance Company, as Co-Sureties, hereby obligate themselves and their successors and assigns, jointly and severally, by this instrument, to MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian, under said obligations in the sum of Three Hundred Fifteen Million Dollars ($315,000,000).

WHEREAS, Fidelity and Deposit Company of Maryland, a Maryland Corporation and Zurich American Insurance Company, a New York Corporation ("Co-Sureties"), are corporations authorized to act as surety under the laws of the State of California which has attached hereto a certified copy of its certificate of authority to do business in California, together with a copy of the power of attorney appointing the agent authorized to execute this bond.

NOW, THEREFORE, the condition of this obligation is that if Principal shall prosecute its appeal to full effect and shall satisfy the Judgment in full, together with costs and interest for delay if the appeal is finally dismissed or the Judgment is affirmed or shall satisfy in full such Judgment as modified together with such costs, interest and attorney's fees, if any, as the Court of Appeals may adjudge and award, this obligation shall be void; otherwise it shall remain in full service and effect.

Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure, Fidelity and Deposit Company of Maryland and Zurich American Insurance Company, as Co-Sureties, hereby submit themselves to the jurisdiction of this court in respect to the obligations reflected in this instrument.

SIGNED below by their duly authorized representative this 17th day of August, 2011.

PRINCIPAL

Mattel, Inc.

By: _____
H. Scott Topham, SVP, Corp Controller

Mattel de Mexico, S.A. de C.V.

By: _____
Robert Normile, Director

2

CO-SURETIES

The premium charged for this bond is

One Million One Hundred Two Thousand Five Hundred Dollars ($1,102,500.00) per annum.

Fidelity and Deposit Company of Maryland
1400 American Lane, Tower I, 19th Fl.
Schaumburg, IL 60196-1056

By: _____
    Jeffrey Strassner, Attorney-in-Fact

Zurich American Insurance Company
1400 American Lane, Tower I, 19th Fl.
Schaumburg, IL 60196-1056

By: _____
    Jeffrey Strassner, Attorney-in-Fact

The undersigned declares under penalty of perjury under the Laws of the State of California that he/she is an attorney in fact for said sureties and that an unrevoked power of attorney is on file in the Office of the Clerk of the above Court or attached hereto.

_____
Jeffrey Strassner, Attorney-in-Fact

3

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of ____California____

County of ____Los Angeles____

On ____AUG 16 2011____ before me, ____Daravy Mady, Notary Public____

personally appeared, ____Jeffrey Strassner____

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
SIGNATURE OF NOTARY

DARAVY MADY
COMM. #1839912
Notary Public - California
Los Angeles County
My Comm. Expires Mar. 9, 2013

Notary Public Seal

**━━ OPTIONAL ━━**

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**DESCRIPTION OF ATTACHED DOCUMENT:**

**TITLE OR TYPE OF DOCUMENT:** _____

**NUMBER OF PAGES:** _____  **DOCUMENT DATE:** _____

**CAPACITY(IES) CLAIMED BY SIGNER(S)**

| Signer's Name: _____ | Signer's Name _____ |
|---|---|
| ☐ INDIVIDUAL | ☐ INDIVIDUAL |
| ☐ CORPORATE OFFICER<br>Title(s)_____ | ☐ CORPORATE OFFICER<br>Title(s)_____ |
| ☐ PARTNER(S) ☐ LIMITED ☐ GENERAL | ☐ PARTNER(S) ☐ LIMITED ☐ GENERAL |
| ☒ ATTORNEY-IN-FACT | ☐ ATTORNEY-IN-FACT |
| ☐ TRUSTEE(S) | ☐ TRUSTEE(S) |
| ☐ GUARDIAN/CONSERVATOR | ☐ GUARDIAN/CONSERVATOR |
| ☐ OTHER: _____ | ☐ OTHER: _____ |
| **Signer is representing:**<br>NAME OF PERSON(S) OR ENTITY(IES)<br>_____ | **Signer is representing:**<br>NAME OF PERSON(S) OR ENTITY(IES)<br>_____ |

## Power of Attorney
## FIDELITY AND DEPOSIT COMPANY OF MARYLAND
HOME OFFICE, BALTIMORE, MD

KNOW ALL MEN BY THESE PRESENTS: That the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation of the State of Maryland, by C. M. PECOT, JR., Vice-President, and C. W. ROBBINS, Assistant Secretary, in pursuance of authority granted by Article VI, Section 2, of the By-Laws of said Company, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, does hereby nominate, constitute and appoint Jeffrey Strassner of Los Angeles, California......................................................................................

its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: any and all bonds and undertakings......................................................................................

And the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Company, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its office in Baltimore, Md., in their own proper persons.

The said Assistant Secretary does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article VI, Section 2, of the By-Laws of said Company, and is now in force.

IN WITNESS WHEREOF, the said Vice-President and Assistant Secretary have hereunto subscribed their names and affixed the Corporate Seal of the said FIDELITY AND DEPOSIT COMPANY OF MARYLAND, this 20th day of April, A.D. 1994.

ATTEST: (SEAL)    FIDELITY AND DEPOSIT COMPANY OF MARYLAND

_____              By _____
Assistant Secretary                                  Vice-President

STATE OF MARYLAND  } ss:
COUNTY OF BALTIMORE }

On this 20th day of April, A.D. 1994, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, came C. M. PECOT, JR., Vice-President and C. W. ROBBINS, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and they each acknowledged the execution of the same, and being by me duly sworn, severally and each for himself deposeth and saith, that they are the said officers of the Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and that the said Corporate Seal and their signatures as such officers were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

CAROL J. FADER                                         Notary Public

My Commission Expires            August 1, 1996

### CERTIFICATE

I, the undersigned, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the original Power of Attorney of which the foregoing is a full, true and correct copy, is in full force and effect on the date of this certificate; and I do further certify that the Vice-President who executed the said Power of Attorney was one of the additional Vice-Presidents specially authorized by the Board of Directors to appoint any Attorney-in-Fact as provided in Article VI, Section 2, of the By-Laws of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND.

This Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 16th day of July, 1969.

RESOLVED: "That the facsimile or mechanically reproduced signature of any Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed."

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the said Company, this _____ day of AUG 16 2011, ____.

_____
Assistant Secretary

L1428c-012- 2748

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of ___California___

County of ___Los Angeles___

On __AUG 16 2011__ before me, ___Daravy Mady, Notary Public___

personally appeared, ___Jeffrey Strassner___

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____/s/ Mady_____
SIGNATURE OF NOTARY

DARAVY MADY
COMM. #1839912
Notary Public - California
Los Angeles County
My Comm. Expires Mar. 9, 2013

Notary Public Seal

━━━━━━━━━━━━━━━━━━━━ **OPTIONAL** ━━━━━━━━━━━━━━━━━━━━

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**DESCRIPTION OF ATTACHED DOCUMENT:**

**TITLE OR TYPE OF DOCUMENT:** _____

**NUMBER OF PAGES:** _____ **DOCUMENT DATE:** _____

**CAPACITY(IES) CLAIMED BY SIGNER(S)**

| **Signer's Name:** _____ | **Signer's Name** _____ |
|---|---|
| ☐ INDIVIDUAL | ☐ INDIVIDUAL |
| ☐ CORPORATE OFFICER  Title(s) _____ | ☐ CORPORATE OFFICER  Title(s) _____ |
| ☐ PARTNER(S) ☐ LIMITED ☐ GENERAL | ☐ PARTNER(S) ☐ LIMITED ☐ GENERAL |
| ☒ ATTORNEY-IN-FACT | ☐ ATTORNEY-IN-FACT |
| ☐ TRUSTEE(S) | ☐ TRUSTEE(S) |
| ☐ GUARDIAN/CONSERVATOR | ☐ GUARDIAN/CONSERVATOR |
| ☐ OTHER: _____ | ☐ OTHER: _____ |
| **Signer is representing:**  NAME OF PERSON(S) OR ENTITY(IES) | **Signer is representing:**  NAME OF PERSON(S) OR ENTITY(IES) |

**ZURICH AMERICAN INSURANCE COMPANY**
One Liberty Plaza, [30th Floor], New York, New York, 10006
**POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS, that the ZURICH AMERICAN INSURANCE COMPANY, a corporation created by and existing under the laws of the State of New York with its Executive Offices located in Schaumburg, Illinois, does hereby nominate, constitute and appoint **Jeffrey STRASSNER and Christina TURMAN, both of Los Angeles, California,** EACH its true and lawful Attorneys-In-Fact with power and authority hereby conferred to sign, seal, and execute in its behalf, during the period beginning with the date of issuance of this power, **Any and all bonds, undertakings, recognizances or other written obligations in the nature thereof**, and to bind ZURICH AMERICAN INSURANCE COMPANY thereby, and all of the acts of said Attorney[s]-in-Fact pursuant to these presents are hereby ratified and confirmed. This Power of Attorney is made and executed pursuant to and by the authority of the following By-Law duly adopted by the Board of Directors of the Company which By-Law has not been amended or rescinded.

> Article VI, Section 5. "...The President or a Vice President in a written instrument attested by a Secretary or an Assistant Secretary may appoint any person Attorney-In-Fact with authority to execute surety bonds on behalf of the Company and other formal underwriting contracts in reference thereto and reinsurance agreements relating to individual polices and bonds of all kinds and attach the corporate seal. Any such officers may revoke the powers granted to any Attorney-In-Fact."

This Power of Attorney is signed and sealed by facsimile under and by the authority of the following Resolution adopted by the Board of Directors of the ZURICH AMERICAN INSURANCE COMPANY by unanimous consent in lieu of a special meeting dated December 15, 1998

> " RESOLVED, that the signature of the President or a Vice President and the attesting signature of a Secretary or an Assistant Secretary and the seal of the Company may be affixed by facsimile on any Power of Attorney pursuant to Article VI, Section 5 of the By-Laws, and the signature of a Secretary or an Assistant Secretary and the seal of the Company may be affixed by facsimile to any certificate of any such power. Any such power or any certificate thereof with such facsimile signature and seal shall be valid and binding on the Company. Furthermore, such power so executed, sealed and certified by certificate so executed and sealed shall, with respect to any bond or undertaking to which it is attached, shall continue to be valid and binding on the Company."

IN WITNESS WHEREOF, the ZURICH AMERICAN INSURANCE COMPANY has caused these presents to be executed in its name and on its behalf and its Corporate Seal to be hereunto affixed and attested by its officers thereunto duly authorized, this **26th day of March, A.D. 2001.**

WARNING: This Power of Attorney is printed on paper that deters unauthorized copying or faxing.

ZURICH AMERICAN INSURANCE COMPANY

STATE OF MARYLAND } ss:
COUNTY OF BALTIMORE }

T. E. Smith    Secretary         By: Marilyn G. Norman    Senior Vice President

On the 26th day of March, A.D. 2001, before the subscriber, a Notary Public of the State of Maryland and County of Baltimore, duly Notary Public commissioned and qualified, came the above named Vice President and Secretary of ZURICH AMERICAN INSURANCE COMPANY, to me personally known to be the individuals and officers described in and who executed the preceding instrument and they each acknowledged the execution of the same and being by me duly sworn, they severally and each for himself deposed and said that they respectively hold the offices in said Corporation as indicated, that the Seal affixed to the preceding instrument is the Corporate Seal of said Corporation, and that the said Corporate Seal, and their respective signature as such officers, were duly affixed and subscribed to the said instrument pursuant to all due corporate authorization.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above.



Notary Public        My Commission Expires: August 1, 2004

This Power of Attorney limits the acts of those named therein to the bonds and undertaking specifically named therein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

**CERTIFICATE**

I, the undersigned, a Secretary of the ZURICH AMERICAN INSURANCE COMPANY, do hereby certify that the foregoing Power of Attorney is still in full force and effect, and further certify that Article VI, Section 5 of the By-Laws of the Company and the Resolution of the Board of Directors set forth in said Power of Attorney are still in force.
IN TESTIMONY WHEREOF I have hereto subscribed my name and affixed the seal of said Company

AUG 16 2011
the _____ day of _____.

L. L. Goucher        Secretary

POA-Z ZA 012-2748J                                            Serial Number: CF2001March26ZA 012-2748J

STATE OF CALIFORNIA                                          STEVE POIZNER, Insurance Commissioner

**DEPARTMENT OF INSURANCE**
Legal Division, Corporate Affairs Bureau
45 Fremont Street, 24th Floor
San Francisco, CA 94105



October 20, 2009

Ms. Ella Liberman
Zurich North America
1400 American Lane
Schaumburg, IL 60196-1056

SUBJECT:   Certificate of Authority - California
           Permanent No 2479-4*
           **Fidelity and Deposit Company of Maryland**

Dear Ms. Liberman:

Transmitted herewith is the Amended Certificate of Authority No. 08697 issued October 20, 2009 and effective October 20, 2009 and superseded Amended Certificate of Authority No. 4662.

This Certificate of Authority does not permit the writing of any insurance contracts within this State until you are in full compliance with the provisions of Proposition 103 (California Insurance Code §1861 et seq.). It is the licensee's responsibility to obtain prior approval of its rates in accordance with those provisions. The classes of insurance which are exempt from the Proposition 103 rate filing requirements include reinsurance, life, title, marine (certain types), disability, workers' compensation, mortgage and insurance transacted by county mutual life insurers. Proposition 103 rate filing applications must be submitted to the Department of Insurance, Rate Filing Bureau, 45 Fremont Street, San Francisco, CA 94105. Workers compensation, title and certain disability rates are subject to filing or approval under other laws.

California has adopted comprehensive regulations governing claims handling. See Title 10, California Code of Regulations, Section 2695.1 et seq., for insurer duties, which include the training of employees and agents. Additionally, pursuant to Insurance Code Section 1875.20, every insurer admitted to do business in this State shall maintain a Special Investigative Unit ("SIU") to investigate possible fraudulent claims by insureds or by persons making claims for services or repairs against policies held by insureds. Insurers are required to file a written statement with the Department attesting to the existence and maintenance of a SIU within the organization. Failure to comply may subject insurers to fines and penalties. See California Code of Regulations, Section 2698.40, et. seq.

Ms. Ella Liberman
October 20, 2009
Page 2

California insurance regulations may be obtained by calling Barclay's Law Publishers at (800) 888-3600 and ordering a copy of Title 10, Chapter 5, of the California Code of Regulations. California insurance statutes may be obtained by calling West Publishing Company at 1-800-328-9352 and ordering a copy of the California Insurance Code.

<u>If Life, Disability or Workers' Compensation will be written, see the following:</u>

Disability (including "health"), group life, individual life supplemental benefits, variable life and annuity, credit life, credit disability and workers' compensation insurance policy forms must be approved before use. Individual life policies and individual and group annuities with indeterminate premiums, contributions or values must be filed before use; other individual life policies and individual and group annuities are generally exempt from filing. The procedures for filing policy forms are found in Title 10, California Code of Regulations §§2200 through 2218.10; see §2206 for filing locations. Licensees should become familiar with these regulations before submitting forms for approval.

California-based insurers must also receive approval of all separate account pension, retirement or profit-sharing plans.

For newly licensed domestic insurers who are requested to apply for an NAIC company code, please go to http://www.naic.org/docs/CmpnyAppFDR.pdf to use the most current application. This may be updated without notice so please check that website periodically.

Very truly yours,

*Gloria R. Munar*

Gloria R. Munar
Legal Division
(415) 538-4437

\* This is the company's permanent number. It must be used on <u>all</u> correspondence (including "Action Notice") addressed to the Department's License Bureau; otherwise, the computer will reject the notice. Please do not send correspondence to the License Bureau until at least one week after receipt of your Certificate of Authority to allow time for computer processing of the company name.

Enclosure

STATE OF CALIFORNIA
# DEPARTMENT OF INSURANCE
SAN FRANCISCO

N⁰ 08697

# Certificate of Authority
*Amended*

THIS IS TO CERTIFY THAT, *Pursuant to the Insurance Code of the State of California,*

Fidelity and Deposit Company of Maryland

*of*       Maryland       *, organized under the laws of*       Maryland       *, subject to its Articles of Incorporation or other fundamental organizational documents, is hereby authorized to transact within the State, subject to all provisions of this Certificate, the following classes of insurance:*       Fire, Marine, Surety, Plate Glass, Liability, Workers' Compensation, Boiler and Machinery, Burglary, Credit, Sprinkler, Team and Vehicle, Automobile, Aircraft, and Miscellaneous

*as such classes are now or may hereafter be defined in the Insurance Laws of the State of California.*

THIS CERTIFICATE *is expressly conditioned upon the holder hereof now and hereafter being in full compliance with all, and not in violation of any, of the applicable laws and lawful requirements made under authority of the laws of the State of California as long as such laws or requirements are in effect and applicable, and as such laws and requirements now are, or may hereafter be changed or amended.*

IN WITNESS WHEREOF, *effective as of the* ___20th___ *day of* ___October___, ___2009___, *I have hereunto set my hand and caused my official seal to be affixed this* ___20th___ *day of* ___October___, ___2009___.



Steve Poizner
*Insurance Commissioner*

№ 6837

# STATE OF CALIFORNIA
# DEPARTMENT OF INSURANCE
### SAN FRANCISCO

## Certificate of Authority

THIS IS TO CERTIFY, That, pursuant to the Insurance Code of the State of California,

Zurich American Insurance Company

of    New York, New York    , *organized under the* laws of    New York    , *subject to its Articles of Incorporation or other fundamental organizational documents, is hereby authorized to transact within this State, subject to all provisions of this Certificate, the following classes of insurance:* Fire, Marine, Surety, Disability, Plate Glass, Liability, Workers' Compensation, Common Carrier Liability, Boiler and Machinery, Burglary, Credit, Sprinkler, Team and Vehicle, Automobile, Aircraft, and Miscellaneous *as such classes are now or may hereafter be defined in the Insurance Laws of the State of California.*

THIS CERTIFICATE *is expressly conditioned upon the holder hereof now and hereafter being in full compliance with all, and not in violation of any, of the applicable laws and lawful requirements made under authority of the laws of the State of California as long as such laws or requirements are in effect and applicable, and as such laws and requirements now are, or may hereafter be changed or amended.*

IN WITNESS WHEREOF, *effective as of the* 1st *day of* January *,* 19 99 *, I have hereunto set my hand and caused my official seal to be affixed this* 30th *day of* April *,* 19 99 *.*



Chuck Quackenbush
Insurance Commissioner

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

On ___August 17, 2011___ before me, ___Marnie Lynn Bravo, Notary Public___,
       (DATE)                                      (NAME, TITLE OF THE OFFICE)

personally appeared ___Robert Normile___,
                          (NAME OF SIGNER)

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

[Notary Seal: MARNIE LYNN BRAVO, Commission # 1811333, Notary Public - California, Los Angeles County, My Comm. Expires Sep 24, 2012]

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature Of Notary Public

### OPTIONAL

*Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

| CAPACITY CLAIMED BY SIGNER | DESCRIPTION OF ATTACHED DOCUMENT |
|---|---|
| Signer's Name: ___Robert Normile___ | ___Supersedeas Bond___ |
| ☐ Individual | Title Or Type Of Document |
| ☒ Corporate Officer ___Director___ | |
|                              Title | ___3___ |
| ☐ Partner(s)    ☐ Limited | Number Of Pages |
|                   ☐ General | |
| ☐ Attorney-In-Fact | ___August 17, 2011___ |
| ☐ Trustee(s) | Date Of Document |
| ☐ Guardian/Conservator | |
| ☐ Other: _____ | ___N/A___ |
| | Signer(s) Other Than Named Above |

Signer is representing: Mattel de Mexico, S.A.

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

On __August 17, 2011__ before me, __Marnie Lynn Bravo, Notary Public__ ,
(DATE) (NAME, TITLE OF THE OFFICE)

personally appeared __Scott Topham__ ,
(NAME OF SIGNER)

who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

[Notary Seal: MARNIE LYNN BRAVO, Commission # 1811333, Notary Public - California, Los Angeles County, My Comm. Expires Sep 24, 2012]

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_[signature]_
Signature Of Notary Public

## OPTIONAL

*Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

| CAPACITY CLAIMED BY SIGNER | DESCRIPTION OF ATTACHED DOCUMENT |
|---|---|
| Signer's Name: __Scott Topham__ | __Supersedeas Bond__ |
| ☐ Individual | Title Or Type Of Document |
| ☒ Corporate Officer __SVP & Corporate Controller__ | |
| Title | __3__ |
| ☐ Partner(s)    ☐ Limited | Number Of Pages |
|                 ☐ General | |
| ☐ Attorney-In-Fact | __August 17, 2011__ |
| ☐ Trustee(s) | Date Of Document |
| ☐ Guardian/Conservator | |
| ☐ Other: _____ | |
| | __N/A__ |
| Signer is representing: __Mattel, Inc.__ | Signer(s) Other Than Named Above |