1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   John B. Quinn (Bar No. 090378)
2   johnquinn@quinnemanuel.com
   Michael T. Zeller (Bar No. 196417)
3   michaelzeller@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, California 90017–2543
   Telephone: (213) 443–3000
5  Facsimile: (213) 443–3100

6  Attorneys for Mattel, Inc. and
   Mattel de Mexico, S.A. de C.V.



7
                    UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9                        SOUTHERN DIVISION

10
   MATTEL, INC., a Delaware              CASE NO. CV 04–9049 DOC (RNBx)
11 corporation,, et al.,                 Consolidated with
                                         Case No. CV 04–09059
12            Plaintiff,                 Case No. CV 05–02727

13       vs.
                                         **PROOF OF SERVICE**
14 MGA ENTERTAINMENT, INC., a
   California corporation, et al.,
15
              Defendant.
16
   ─────────────────────────────
17 AND CONSOLIDATED ACTIONS

18

19

20

21

22

23

24

25

26

27

28

ORIGINAL

00505.07975/4308680.1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am an associate of Quinn Emanuel Urquhart & Sullivan, LLP; my business address is 865 S. Figueroa St., 10th Floor, Los Angeles, California 90017.

On August 18, 2011, I served true copies of the following documents described as: **SEE ATTACHED DOCUMENT LIST** on the parties in this action as follows:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>Jason Russell<br>Thomas Nolan | **tnolan@skadden.com<br>jrussell@skadden.com** |
| Keller Rackauckas, LLP<br>Jennifer Keller | **keller@krlawllp.com** |
| Orrick, Herrington & Sutcliffe LLP<br>Annette Hurst<br>Tom McConville<br>Bill Molinski | **ahurst@orrick.com<br>tmcconville@orrick.com<br>wmolinski@orrick.com** |
| Law Offices of Mark E. Overland<br>Mark Overland | **mark@overlaw.net** |
| Bingham McCutchen, LLP<br>Todd Gordinier<br>Peter Villar | **todd.gordinier@bingham.com<br>peter.villar@bingham.com** |

[√]   **EMAIL**:

By electronic mail transmission from danposner@quinnemanuel.com on August 18, 2011, by transmitting a PDF format copy of such documents to each such person at the email address listed above. The documents were transmitted by electronic transmission and such transmission was reported complete and without error.

00505.07975/4308680.1

Case No. CV 04-9049 DOC (RNBx)
PROOF OF SERVICE

1    Executed on August 18, 2011, at Los Angeles, California.

2

3

4

5    DAN POSNER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 S. Figueroa St., 10th Floor, Los Angeles, California 90017.

On August 18, 2011, I served true copies of the following documents described as: **SEE ATTACHED DOCUMENT LIST** on the parties in this action.

Defendants-Appellees MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian (collectively "MGA Parties") are represented by the following counsel:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

Thomas J. Nolan

tnolan@skadden.com

Jason D. Russell

jrussell@skadden.com

300 South Grand Avenue, Suite 3400

Los Angeles, California  90071

Telephone:  (213) 687–5000

Facsimile:   (213) 687–5600

KELLER RACKAUCKAS, LLP

Jennifer L. Keller

keller@krlawllp.com

18500 Von Karman, Suite 560

Irvine, California  92612

Telephone:  (949) 476–8700

Facsimile:   (949) 476-0900

1  ORRICK, HERRINGTON & SUTCLIFFE, LLP
2  Annette L. Hurst
3  ahurst@orrick.com
4  The Orrick Building
5  405 Howard Street
6  San Francisco, California 94104
7  Telephone: (415) 773–5700
8  Facsimile: (415) 773–5759
9
10  ORRICK, HERRINGTON & SUTCLIFFE, LLP
11  William A. Molinski
12  wmolinski@orrick.com
13  777 South Figueroa Street, Suite 3200
14  Los Angeles, California 90017
15  Telephone: (213) 629–2020
16  Facsimile: (213) 612–2499
17
18  ORRICK, HERRINGTON & SUTCLIFFE, LLP
19  Thomas S. McConville
20  tmcconville@orrick.com
21  4 Park Plaza, Suite 1600
22  Irvine, California 92614
23  Telephone: (949) 567–6700
24  Facsimile: (949) 567-6710
25
26
27
28

1       Defendant-Appellee Carlos Gustavo Machado Gomez is represented by the
2 following counsel:

3       LAW OFFICES OF MARK E. OVERLAND
4       Mark E. Overland
5       mark@overlaw.net
6       100 Wilshire Boulevard, Suite 950
7       Santa Monica, California 90401
8       Telephone:  (310) 459–2830
9       Facsimile:    (310) 459–4621
10

11       Defendants-Appellees Omni 808 Investors, LLC and IGWT 826 Investments,
12 LLC, are represented by the following counsel:

13       BINGHAM McCUTCHEN, LLP
14       Todd E. Gordinier
15       todd.gordinier@bingham.com
16       Peter N. Villar
17       peter.villar@bingham.com
18       600 Anton Boulevard, 18th Floor
19       Costa Mesa, California 92626
20       Telephone:  (714) 830–0600
21       Facsimile:    (714) 830–0700
22

23       [√]   **BY MAIL:**  I enclosed the foregoing into sealed envelopes addressed
24 as shown above, and I deposited such envelopes in the mail at Los Angeles,
25 California.  The envelope was mailed with postage thereon fully prepaid.
26       I declare that I am employed in the office of a member of the bar of this court
27 at whose direction the service was made.
28

1    Executed on August 18, 2011, at Los Angeles, California.

2

3

4                        JAKLIN AHADI

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **DOCUMENT LIST**

1.    SUPERSEDEAS BOND

2.    SURETY DECLARATIONS

3.    ATTORNEY'S CERTIFICATE CONCERNING SUPERSEDEAS BOND PURSUANT TO LOCAL RULE 65-5

4.    PROOF OF SERVICE