ORIGINAL

1 | DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1400
2 | Los Angeles, California 90067
Telephone: (310) 203-4000
3 | Facsimile: (310) 229-1285
Ryan S. Fife (State Bar No. 235000)
4 | Ryan.fife@dbr.com

5

6 | Attorneys for Intervenors
National Union Fire Insurance Company of
7 | Pittsburgh, PA, Lexington Insurance Company, and
Chartis Specialty Insurance Company

8

9 | MUSICK, PEELER & GARRETT LLP
One Wilshire Boulevard, Suite 2000
10 | Los Angeles, California 90017
Telephone: (213) 629-7600
11 | Facsimile: (213) 624-1376
Susan J. Field (State Bar No. 086200)
12 | s.field@mpglaw.com
Jennifer M. Kokes (State Bar No. 210261)
13 | j.kokes@mpglaw.com

14 | Attorneys for Intervenor
CRUM & FORSTER SPECIALTY INSURANCE COMPANY

15

16 | **UNITED STATES DISTRICT COURT**

17 | **CENTRAL DISTRICT OF CALIFORNIA**

18 | CARTER BRYANT, an individual

Case No. CV -04-9049-DOC (RNBx)

19 | Plaintiff,

Consolidated with Case Nos. CV 04-9059 and CV 05-2727

20 | vs.

21 | MATTEL, INC. a Delaware corporation.

**DECLARATION OF SUSAN J. FIELD IN SUPPORT OF MOTION FOR INTERVENTION**

22 | Defendant.

23

24

25 | AND CONSOLIDATED ACTIONS.

26

27

28

751852.1

BY
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
2011 AUG 26 AM 11: 38
FILED

1    I, Susan J. Field, declare as follows:

2    1.    I am an attorney duly admitted to practice before all the courts in the

3    State of California.  I am a partner with MUSICK, PEELER & GARRETT LLP,

4    attorneys of record for Crum & Forster Specialty Insurance Company.  I have

5    personal knowledge of the facts set forth herein and if called as a witness, I could

6    and would competently testify thereto.

7    2.    Attached as Exhibit E to the Complaint in Intervention is a true and

8    accurate copy of Crum & Forster Policy number GLO 0000222 with an effective

9    period of January 1, 2003 to January 1, 2004.

10    3.    Attached as Exhibit F to the Complaint in Intervention is a true and

11    accurate copy of Crum & Forster Policy number GLO 011079 with an effective

12    period of January 1, 2004 to January 1, 2005.

13    4.    Attached as Exhibit G to the Complaint in Intervention is a true and

14    accurate copy of Crum & Forster Policy number GLO 050151 with an effective

15    period of January 1, 2005 to January 1, 2006

16    5.    Pursuant to the above policies, and with a reservation of all rights under

17    their respective policies and at law, Crum & Forster has made payments in excess of

18    $25 million directly to MGA Entertainment, Inc. ("MGA") in connection with

19    MGA's representation in the consolidated action captioned *Carter Bryant v. Mattel,*

20    *Inc., et al.*, Case No. CV-04-9049-DOC (RNBx).

21    6.    During a meet and confer held on August 12, 2011, counsel for MGA

22    expressly denied recognition of the Member Companies' and Crum Forster

23    Insurance Company's subrogation and reimbursement rights.  Counsel for Mattel

24    took no position on that issue.  Since that date, MGA's counsel has confirmed by

25    email that MGA will not stipulate to intervention.  I have spoken with Dylan

26    Proctor, counsel for Mattel, Inc., who advised that Mattel has not yet taken a

27    / / /

28    / / /

751852.1

1 | position.

2 |      I declare under penalty of perjury under the laws of the United States of

3 | America that the foregoing is true and correct.  Executed August 24, 2011, at Los

4 | Angeles, California.

5 |

6 |

7 |                 Susan J. Field

8 |