**ORIGINAL**

DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1400
Los Angeles, California 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
Ryan S. Fife (State Bar No. 235000)
ryan.fife@dbr.com

Attorneys for Intervenors
National Union Fire Insurance Company of
Pittsburgh, PA, Lexington Insurance Company, and
Chartis Specialty Insurance Company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>                Plaintiff,<br>v.<br>MATTEL, INC., a Delaware corporation,<br><br>                Defendant. | Case No. CV-04-9049-DOC (RNBx)<br><br>Consolidated with Case Nos. CV 04-9059 and CV 05-2727<br><br>**DECLARATION OF MARK D. SHERIDAN IN SUPPORT OF MOTION FOR INTERVENTION** |
| AND CONSOLIDATED ACTIONS | Date: September 26, 2011<br>Time: 8:30 a.m.<br>Dept.: Courtroom 9D |

I, Mark D. Sheridan, declare as follows:

1.    I am an attorney with the law firm of Drinker Biddle & Reath LLP, attorneys of record for the Intervenors National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), Lexington Insurance Company ("Lexington") and Chartis Specialty Insurance ("Chartis Specialty")(formerly American International Specialty Lines Insurance Company) (collectively, the "Member Companies"). I am

admitted to practice law before the Bars of the States of New Jersey and New York. This declaration is based on facts within my own personal knowledge, and if called as a witness, I would and could competently testify thereto.

2. Attached as **Exhibit A** to the Complaint in Intervention is a true and accurate copy of Lexington Policy Number 0308552, with an effective period of January 1, 2006 to January 1, 2007.

3. Attached as **Exhibit B** to the Complaint in Intervention is a true and accurate copy of Lexington Policy Number 0350122, with an effective period of January 1, 2007 to January 1, 2008.

4. Attached as **Exhibit C** to the Complaint in Intervention is a true and accurate copy of National Union Policy Number BE7408285, with an effective period of January 1, 2001 to January 1, 2002.

5. Attached as **Exhibit D** to the Complaint in Intervention is a true and accurate copy of Chartis Specialty Policy Number BE7413666, with an effective period of January 1, 2002 to January 1, 2003.

6. Pursuant to the above policies, and with a reservation of all rights under their respective policies and at law, the Member Companies have made payments in excess of $55 million directly to MGA Entertainment, Inc ("MGA") in connection with MGA's representation in the consolidated action captioned *Carter Bryant v. Mattel, Inc., et al.*, Case No. CV-04-9049-DOC (RNBx).

7. Following a meet and confer held on August 12, 2011, counsel for MGA expressly denied recognition of the Member Companies' and Crum & Forster Insurance Company's subrogation and reimbursement rights. Counsel for Mattel took no position on that issue.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25 day of August, 2011 in Florham Park, New Jersey.

1
2
3
4  _____
    Mark D. Sheridan
5  FP01/ 6561146.1
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28