ORIGINAL

| | |
|---|---|
| 1 | DRINKER BIDDLE & REATH LLP |
| | 1800 Century Park East |
| 2 | Suite 1400 |
| | Los Angeles, CA 90067-1517 |
| 3 | Telephone: (310) 203-4000 |
| | Facsimile: (310) 229-1285 |
| 4 | Ryan S. Fife (SBN #235000) |
| | ryan.fife@dbr.com |
| 5 | |
| | Attorneys for Intervenors |
| 6 | National Union Fire Insurance Company of |
| | Pittsburgh, PA, Lexington Insurance Company, |
| 7 | and Chartis Specialty Insurance Company |
| 8 | MUSICK, PEELER & GARRETT, LLP |
| | One Wilshire Blvd., Suite 2000 |
| 9 | Los Angeles, California |
| | Telephone: (213) 629-7600 |
| 10 | Facsimile: (213) 624-1376 |
| | Susan J. Field (State Bar No. 086200) |
| 11 | s.field@mpglaw.com |
| | Jennifer M. Kokes (State Bar No. 210261) |
| 12 | j.kokes@mpglaw.com |
| 13 | Attorneys for Intervenor |
| | Crum & Forster Specialty Insurance Company |

FILED 2011 AUG 26 AM 11:38 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual | Case No. CV-04-9049-DOC (RNBx) |
| Plaintiff, | [Consolidated with Case Nos. CV 04-9059 and CV 05-2727] |
| v. | |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE OF MOTION TO INTERVENE AND SUPPORTING DOCUMENTS** |
| Defendant. | |
| | Date: September 26, 2011 |
| AND CONSOLIDATED ACTIONS | Time: 8:30 A.M. |
| | Judge: Hon. David O. Carter |

1

PROOF OF SERVICE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1400, Los Angeles, CA 90067.

On **August 26, 2011**, I served the foregoing documents listed below on the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

1. Notice of Motion and Motion to Intervene; Memorandum of Points and Authorities in Support (Complaint in Intervention attached);
2. Declaration of Mark D. Sheridan in support of Motion for Intervention;
3. Declaration of Susan J. Field in support of Motion for Intervention;
4. Intervenors' Rule 7.1 Corporate Disclosure Statement;
5. Intervenors' Notice of Interested Parties;
6. Intervenors' Notice of Related Cases;
7. [Proposed] Order Granting Motion to Intervene;
8. Exhibits to Complaint in Intervention Volume 1; and
9. Exhibits to Complaint in Intervention Volume 2.

| X | **By HAND DELIVERY** |
|---|---|
|   | X    by causing such envelope to be hand delivered by a First Legal Attorney Service messenger or affiliate to the office of the addressee(s). |
| ___ | **By UNITED STATES MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.) |
| ___ | **By OVERNIGHT DELIVERY** by causing such envelope to be delivered to the office of the addressee by overnight delivery via Federal Express or by other similar overnight delivery service (to only the parties with the designation "VIA FED EX"). |
| ___ | **By E-MAIL OR ELECTRONIC TRANSMISSION** |
| X | (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made. |

Executed on **August 26, 2011**, at Los Angeles, California.

Name: MARY AVILA

Signature: /s/ Mary Avila

# SERVICE LIST

Michael J. Bidart
Shernoff Bidart Echevarria LLP
600 South Indian Hill Blvd.
Claremont, CA 91711
Tel: (909) 621-4935
Fax: (909) 625-6915
Email: mbidart@shernoff.com
(Represents MGA in the coverage actions)

Jason D. Russell
Skadden Arps Slate Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600
Email: jrussell@skadden.com
(Represents MGA & Larian)

Jennifer L. Keller
Keller Rackauckas LLP
18500 Von Karman Avenue, Suite 560
Irvine, CA 92612
Tel: (949) 476-8700
Fax: (949) 476-0900
Email: keller@krlawllp.com
(Represents MGA & Larian)

Brett Dylan Proctor
Quinn Emanuel Urquhart Oliver and Hedges
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Tel: (213) 443-3000
Fax: (213) 443-3100
Email: dylanproctor@quinnemanuel.com
(Represents Mattel, Inc.)

Susan J. Field
Jennifer M. Kokes
Music Peeler & Garrett LLP
One Wilshire Boulevard, Suite 2000
Los Angeles, CA 90017-3383
Tel: (213) 629-7600
Fax: (213) 624-1376
Email: s.field@mpglaw.com

Annette L. Hurst
Orrick, Herrington & Sutcliffe, LLP
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
Fax: (415) 773-5759
Email: ahurst@orrick.com
(Represents MGA & Larian)