Ryan S. Fife (Bar No. 235000) ryan.fife@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1400
Los Angeles, California 90067
Telephone: (310) 203-4000  Facsimile: (310) 229-1285

Attorneys for Intervenors
National Union Fire Insurance Company of Pittsburgh, PA,
Lexington Insurance Company, and Chartis Specialty Insurance
Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CARTER BRYANT, an individual<br><br>Plaintiff(s)<br>v.<br><br>MATTEL, INC., a Delaware corporation,<br>Defendant(s). | CASE NUMBER<br><br>CV-04-9049-DOC (RNBx)<br><br>Consolidated with Case Nos. CV 04-9059 and CV 05-2727<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
|---|---|

NOTICE: Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Mark D. Sheridan                                    , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff ☐ Defendant: National Union Fire Insurance Company of Pittsburgh, PA, Lexington Insurance Company, and Chartis Specialty Insurance Company           by whom I have been retained.

My business information is:
DRINKER BIDDLE & REATH LLP
*Firm Name*

500 Campus Dr.
*Street Address*

Florham Park, NJ 07932-1047                    mark.sheridan@dbr.com
*City, State, Zip*                                              *E-Mail Address*
(973) 549-7336                                              (973) 360-9831
*Telephone Number*                                      *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| *Title of Court* | *Date of Admission* |
|---|---|
| Please see attached. | |
| | |
| | |

G–64 (11/10)    **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**    PAGE 1 of 2
LA01/ 1025314.1


American LegalNet, Inc.
www.FormsWorkFlow.com

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 2:10-CV-02355 DOC (RNBx) | Lexington Insurance Company, et al. v. MGA Entertainment, Inc. | May 17, 2010 | Granted |
| 2:10-CV-07697 DOC (RNBx) | Lexington Insurance Company, et al. v. MGA Entertainment, Inc. | March 10, 2011 | Granted |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate   Ryan S. Fife   as local counsel, whose business information is as follows:

DRINKER BIDDLE & REATH LLP
*Firm Name*

1800 Century Park East, Suite 1400
*Street Address*

Los Angeles, California 90067          ryan.fife@dbr.com
*City, State, Zip*                              *E-Mail Address*

(310) 203-4000                              (310) 229-1285
*Telephone Number*                          *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   September 7, 2011          Mark D. Sheridan
                                    *Applicant's Name (please print)*

                                    *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   September 8, 2011          Ryan S. Fife
                                    *Designee's Name (please print)*

                                    *Designee's Signature*

                                    235000
                                    *Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.


American LegalNet, Inc.
www.FormsWorkFlow.com

Applicant: Mark D. Sheridan

All courts before which Applicant has been admitted to practice and is in good standing.

| Date Admitted | Title of Court |
| --- | --- |
| March 7, 2000 | Supreme Court, State of New Jersey |
| April 3, 2000 | United States District Court, District of New Jersey |
| December 5, 2000 | United States District Court, Southern District of New York |
| January 19, 2001 | United States District Court, Western District of Wisconsin |
| October 17, 2002 | United States Court of Appeals, Fourth Circuit |
| May 29, 2008 | United States Court of Appeals, First Circuit |
| December 17, 2009 | United States Court of Appeals, Third Circuit |