Ryan S. Fife (SBN #235000)
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1400
Los Angeles, CA 90067-1517
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
Email: ryan.fife@dbr.com

Attorneys for Intervenors
National Union Fire Insurance Company of
Pittsburgh, PA, Lexington Insurance Company, and
Chartis Specialty Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT,<br><br>              Plaintiff,<br>v.<br>MATTEL, INC., et al,<br><br>              Defendants. | Case No. CV-04-09049-DOC (RNBx)<br><br>[Consolidated with Case Nos. CV-04-9059 and CV-05-2727]<br><br>**NOTICE OF ERRATA** |

On September 8, 2011, an application was electronically filed [docket #10733) on behalf of Mark D. Sheridan seeking permission to appear pro hac vice in this action. Mr. Sheridan's certificate of good standing was inadvertently omitted from the application. Attached as Exhibit A is a true and correct copy of a certificate of good standing in support of his application to appear pro hac vice in this action.

Dated: September 8, 2011      DRINKER BIDDLE & REATH LLP

                              By:   /s/ Ryan S. Fife
                              Attorneys for Intervenors
                              National Union Fire Insurance Company of
                              Pittsburgh, PA, Lexington Insurance Company,
                              and Chartis Specialty Insurance Company

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1800 Century Park East, Suite 1400, Los Angeles, California 90067-1517. On September 8, 2011, I served a copy of the within document(s):

## NOTICE OF ERRATA

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Delivery Service envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Delivery Service agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by electronically filing this document through the Court's CM/ECF system whereby a copy of this document was served by email on each party registered to receive notice.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 8, 2011, at Los Angeles, California.

             /s/ Ryan S. Fife

# EXHIBIT A

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MARK D SHERIDAN** (No. **039961999**) was constituted and appointed an Attorney at Law of New Jersey on **March 07, 2000** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **17TH** day of **August**, 20 **11**.

Clerk of the Supreme Court

-453a-