**FILED**

UNITED STATES COURT OF APPEALS

SEP 06 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTEL, INC., a Delaware corporation; et al.,<br><br>           Plaintiffs - Appellants,<br><br>   v.<br><br>MGA ENTERTAINMENT, INC., a California corporation; et al.,<br><br>          Defendants - Appellees. | No. 11-56357<br><br>D.C. No. 2:04-cv-09049-DOC-RNB<br>Central District of California, Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

SEP - 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

The joint motion for limited remand is denied without prejudice to a renewed motion which conforms with Federal Rule of Appellate Procedure 12.1. The parties are reminded that a motion for limited remand must include the district court's willingness to consider the Rule 60(a) motion.

The current briefing schedule shall remain in effect.

        For the Court:

        MOLLY C. DWYER
        Clerk of Court

        Grace S. Santos
        Deputy Clerk
        Ninth Circuit Rule 27-7/Advisory Note to Rule 27
          and Ninth Circuit 27-10