**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 17 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTEL, INC., a Delaware corporation; et al.,<br><br>          Plaintiffs - Appellants,<br><br> v.<br><br>MGA ENTERTAINMENT, INC., a California corporation; et al.,<br><br>          Defendants - Appellees. | No. 11-56357<br><br>D.C. No. 2:04-cv-09049-DOC<br>Central District of California,<br>Los Angeles<br><br>ORDER |



Appellants' motion to withdraw their emergency motion is granted. The motion is withdrawn.

The briefing schedule established previously shall remain in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kathleen Boergers
Deputy Clerk

KB/MOATT