# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| Ninth Circuit Case No. 11-56357 | C.D. Cal. Case No. 2:04-CV-09049-DOC (lead case) |
|---|---|
| U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER |

| Mattel, Inc. v. MGA Entertainment, Inc. | August 11, 2011 |
|---|---|
| SHORT CASE TITLE | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT |

**SECTION A** - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

HEARING DATE   COURT REPORTER   PROCEEDINGS

| | |
|---|---|
| Please See Attached | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☒ OTHER (PLEASE SPECIFY) |
| Transcript Designation | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |
| And Ordering Form | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |
| Addendum | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |
| | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |
| | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS ☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY) |

ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

| NAME, ADDRESS AND TELEPHONE NUMBER: | DATE TRANSCRIPT ORDERED:   September 12, 2011 |
|---|---|
| Michael T. Zeller<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Phone 213-443-3000, Fax 213-443-3100 | Michael T. Zeller / ISS<br>SIGNATURE<br>ATTORNEY/PRO PER LITIGANT |

**THIS FORM IS DIVIDED INTO FIVE (5) PARTS. IT SHOULD BE USED TO COMPLY WITH THE FEDERAL RULES OF APPELLATE PROCEDURE AND THE LOCAL RULES OF THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING THE DESIGNATION AND ORDERING OF COURT REPORTERS' TRANSCRIPTS.**

**PLEASE NOTE THE SPECIFIC INSTRUCTIONS BELOW. IF THERE ARE FURTHER QUESTIONS, CONTACT THE CLERK'S OFFICE, U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT AT (415) 556-9800**

## SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS

1. Pick up form from District Court Clerk's Office when filing the notice of appeal.
2. Complete **Section A**. Place additional designations on blank paper, if needed.
3. Send **Copy One** to District Court.
4. Send **Copy Four** to opposing counsel. Make additional photocopies, if necessary.
5. Send **Copy Two** and **Copy Three** to court reporter. Contact court reporter to make further arrangements for payment.
6. Continue to monitor progress of transcript preparation.

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

### Transcript Designation and Ordering Form Addendum

Certified copies of all transcripts listed below have been ordered, paid for, and received.  Mattel respectfully requests docketing (under seal if necessary) of those transcripts listed below that are highlighted in grey.

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|---|---|---|---|---|---|---|
| 1/25/2005 | | Kramer, Terry | Hearing re Motion | Block, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 6/26/2006 | | Lanza, Theresa | Hearing re Motions | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 1/8/2007 | | Lanza, Theresa | Hearing re Motion for Leave to Amend | Larson, J. | 4054 | |
| 2/12/2007 | | Lanza, Theresa | Status/Scheduling Conference | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 6/11/2007 | | Lanza, Theresa | Hearing re Motions | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 7/2/2007 | | Lanza, Theresa | Hearing re Motions | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 8/27/2007 | | Lanza, Theresa | Hearing re Motion for Terminating Sanctions | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 10/10/2007 | | Lanza, Theresa | Hearing on Motion to Withdraw | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 10/15/2007 | | Lanza, Theresa | Status Conference | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 10/31/2007 | | Lanza, Theresa | Status Conference | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 11/20/2007 | | Lanza, Theresa | Hearing re Motions | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 12/3/2007 | | Lanza, Theresa | Hearing re Motions | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 1/7/2008 | | Lanza, Theresa | Hearing re Motions | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 2/4/2008 | | Lanza, Theresa | Hearing re Motions | Larson, J. | 5682 | |
| 2/11/2008 | | Cotton, Pamela | Hearing re Motions | Larson, J. | 2349 | |
| 2/25/2008 | | Lanza, Theresa | Hearing re Motions | Larson, J. | 5683 | |
| 2/28/2008 | | Lanza, Theresa | Hearing re Motion | Larson, J. | 5684 | |
| 3/31/2008 | | Lanza, Theresa | Hearing re Motions | Larson, J. | 5685 | |
| 4/7/2008 | | Lanza, Theresa | Hearing re Motion to Disqualify | Larson, J. | 5686 | |
| 4/9/2008 | | Lanza, Theresa | Hearing re Motions | Larson, J. | 5687 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|---|---|---|---|---|---|---|
| 4/14/2008 | | Lanza, Theresa | Hearing re Motions | Larson, J. | 5688 | |
| 4/22/2008 | 1 | Lanza, Theresa | Hearing re Motions for Summary Judgment | Larson, J. | 5689 | |
| 4/22/2008 | 2 | Preston, Phyllis | Hearing re Motions for Summary Judgment | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 5/6/2008 | | Lanza, Theresa | Hearing re Motions | Larson, J. | 5690 | |
| 5/12/2008 | | Lanza, Theresa | Hearing re Motions | Larson, J. | 5691 | |
| 5/14/2008 | | Lanza, Theresa | Hearing re Under Seal Filings | Larson, J. | 5692 | |
| 5/19/2008 | | Cannariato, Christy | Pre-Trial Conference | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 5/20/2008 | AM | Lanza, Theresa | Jury Selection | Larson, J. | 4701 | |
| 5/20/2008 | PM | Schweitzer, Mark | Jury Selection | Larson, J. | 3759 | |
| 5/21/2008 | AM | Lanza, Theresa | Hearing re Motions in Limine | Larson, J. | 4702 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 5/21/2008 | PM | Schweitzer, Mark | Hearing re Motions in Limine | Larson, J. | 3769 | |
| 5/22/2008 | AM | Schweitzer, Mark | Hearing re Motions in Limine | Larson, J. | 5818 | |
| 5/22/2008 | PM | Lanza, Theresa | Hearing re Motions in Limine | Larson, J. | 4703 | |
| 5/23/2008 | | Schweitzer, Mark | Pre-Trial Conference | Larson, J. | 5819 | |
| 5/27/2008 | AM | Lanza, Theresa | Mattel Opening Statement | Larson, J. | 4712 | |
| 5/27/2008 | PM | Schweitzer, Mark | MGA Opening Statement | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 5/28/2008 | AM | Schweitzer, Mark | Trial Testimony | Larson, J. | 5821 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|---|---|---|---|---|---|---|
| 5/28/2008 | PM | Lanza, Theresa | Trial Testimony | Larson, J. | 4713 | |
| 5/29/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 4714 | |
| 5/29/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 5822 | |
| 5/30/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 4715 | |
| 5/30/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 5823 | |
| 6/2/2008 | | Lanza, Theresa | Hearing re Discovery | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 6/3/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 4733 | |
| 6/3/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 5824 | |
| 6/4/2008 | | Lanza, Theresa | Trial Testimony | Larson, J. | 4734 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 6/5/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 4735 | |
| 6/5/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 5825 | |
| 6/5/2008 | Sealed | Schweitzer, Mark | Sidebar Conference | Larson, J. | 5856 | |
| 6/6/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 4736 | |
| 6/6/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 5827 | |
| 6/10/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 4750 | |
| 6/10/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 5828 | |
| 6/10/2008 | Sealed | Lanza, Theresa | In Camera Witness Examination | Larson, J. | n/a | Certified copy already prepared; docketing request submitted; should be docketed under seal. |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 6/11/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 4751 | |
| 6/11/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 5829 | |
| 6/12/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 4752 | |
| 6/12/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 5830 | |
| 6/13/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 4753 | |
| 6/13/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 5831 | |
| 6/17/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 5551 | |
| 6/17/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 5832 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 6/18/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 6/18/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 5833 | |
| 6/20/2008 | AM | Schweitzer, Mark | Trial Testimony | Larson, J. | 5835 | |
| 6/20/2008 | PM | Lanza, Theresa | Trial Testimony | Larson, J. | 5553 | |
| 6/23/2008 | | George, Gary | Hearing re Witnesses | Larson, J. | 5711 | |
| 6/24/2008 | AM | Schweitzer, Mark | Trial Testimony | Larson, J. | 5838 | |
| 6/24/2008 | PM | Lanza, Theresa | Trial Testimony | Larson, J. | 5554 | |
| 7/1/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 5555 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 7/1/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 5956 | |
| 7/2/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 5556 | |
| 7/2/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 5961 | |
| 7/3/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 5557 | |
| 7/3/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 5960 | |
| 7/7/2008 | AM | Lanza, Theresa | Hearing re Motion to Recall Witness | Larson, J. | 5567 | |
| 7/7/2008 | PM | Schweitzer, Mark | Hearing re Jury Instructions | Larson, J. | 5959 | |
| 7/8/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 5568 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 7/8/2008 | PM | Schweitzer, Mark | Hearing re Jury Instructions | Larson, J. | 5962 | |
| 7/9/2008 | | Lanza, Theresa | Hearing re Jury Instructions | Larson, J. | 5569 | |
| 7/10/2008 | AM | Schweitzer, Mark | Mattel Closing Argument | Larson, J. | 6329 | |
| 7/10/2008 | PM | Lanza, Theresa | MGA Closing Argument, Mattel Rebuttal | Larson, J. | 5570 | |
| 7/11/2008 | | Lanza, Theresa | Hearing re Jury Notes | Larson, J. | 5572 | |
| 7/15/2008 | | Lanza, Theresa | Hearing re Jury Notes | Larson, J. | 5573 | |
| 7/16/2008 | | Lanza, Theresa | Hearing re Jury Notes | Larson, J. | 5574 | |
| 7/17/2008 | | Schweitzer, Mark | Reading of Verdict | Larson, J. | 6330 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 7/17/2008 | Sealed | Schweitzer, Mark | In Camera Hearing re Juror Note | Larson, J. | 5857 | |
| 7/18/2008 | | Schweitzer, Mark | Pre-Trial Conference re Phase 1B | Larson, J. | 6331 | |
| 7/21/2008 | | Lanza, Theresa | Pre-Trial Conference re Phase 1B | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 7/23/2008 | AM | Lanza, Theresa | Mattel Opening Statement | Larson, J. | 5576 | |
| 7/23/2008 | PM | Schweitzer, Mark | MGA Opening Statement | Larson, J. | 6333 | |
| 7/24/2008 | 1 (Sealed) | Schweitzer, Mark | Hearing re Jury Instruction | Larson, J. | n/a | Certified copy already prepared; docketing request submitted; should be docketed under seal. |
| 7/24/2008 | 2 (Sealed) | Schweitzer, Mark | Hearing re Jury Instruction | Larson, J. | n/a | Certified copy already prepared; docketing request submitted; should be docketed under seal. |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 7/24/2008 | | Schweitzer, Mark | Hearing re Discovery | Larson, J. | 6335 | |
| 7/25/2008 | | Lanza, Theresa | Hearing re Juror Dismissal | Larson, J. | 5577 | |
| 7/25/2008 | Sealed | Lanza, Theresa | Hearing re Juror Dismissal | Larson, J. | 4691 | |
| 8/4/2008 | | Lanza, Theresa | Hearing re Motion for Mistrial | Larson, J. | 5578 | |
| 8/5/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 5579 | |
| 8/5/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 6336 | |
| 8/5/2008 | Sealed | Lanza, Theresa | Hearing re Evidence | Larson, J. | 4689 | |
| 8/6/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 5580 | |
| 8/6/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 6338 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 8/7/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 5581 | |
| 8/7/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 6339 | |
| 8/8/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 5610 | |
| 8/8/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 6340 | |
| 8/12/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 5611 | |
| 8/12/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 6341 | |
| 8/13/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 5612 | |
| 8/13/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 6342 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 8/14/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | 5613 | |
| 8/14/2008 | PM | Schweitzer, Mark | Hearing re Jury Instructions | Larson, J. | 6343 | |
| 8/15/2008 | Sealed | Lanza, Theresa | Hearing re Evidence | Larson, J. | 4690 | |
| 8/15/2008 | AM | Lanza, Theresa | Trial Testimony | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 8/15/2008 | PM | Schweitzer, Mark | Trial Testimony | Larson, J. | 6344 | |
| 8/18/2008 | | Lee-Green, Kyung | Hearing re Verdict Form | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 8/19/2008 | | Schweitzer, Mark | Hearing re Jury Instructions | Larson, J. | 6345 | |
| 8/20/2008 | AM | Lanza, Theresa | Jury Instructions, Mattel Closing Argument | Larson, J. | 5615 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 8/20/2008 | PM | Schweitzer, Mark | MGA Closing Argument, Mattel Rebuttal | Larson, J. | 6346 | |
| 8/21/2008 | AM | Lanza, Theresa | Hearing re Exhibit Stipulation | Larson, J. | 5616 | |
| 8/21/2008 | PM | Schweitzer, Mark | Hearing re Jury Notes | Larson, J. | 6347 | |
| 8/22/2008 | | Schweitzer, Mark | Hearing re Jury Notes | Larson, J. | 6348 | |
| 8/26/2008 | | Lanza, Theresa | Reading of Verdict | Larson, J. | 5617 | |
| 8/27/2008 | | Lanza, Theresa | Hearing re Post-Trial Proceedings | Larson, J. | 5618 | |
| 8/28/2008 | | Lanza, Theresa | Hearing re Post-Trial Proceedings | Larson, J. | 5619 | |
| 11/10/2008 | | Lanza, Theresa | Hearing on Post-Verdict Motions | Larson, J. | 5637 | |
| 12/30/2008 | | Lanza, Theresa | Hearing on Motion to Stay Permanent Injunction | Larson, J. | 5638 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|---|---|---|---|---|---|---|
| 1/5/2009 | Sealed | Lanza, Theresa | Hearing on Mattel Motion re Receiver | Larson, J. | 5646 | |
| 1/26/2009 | | Lanza, Theresa | Status Conference re Substitution of Counsel | Larson, J. | 5639 | |
| 2/11/2009 | | Lanza, Theresa | Motion for Remittitur | Larson, J. | 5640 | |
| 5/18/2009 | | Lanza, Theresa | Hearing on Mattel Motion to Amend | Larson, J. | 5641 | |
| 6/15/2009 | | George, Gary | Hearing on Accounting and Escrow of Bratz Profits | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 7/6/2009 | | Lanza, Theresa | Hearing re Motions | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 8/31/2009 | | Lanza, Theresa | Hearing re Motions | Larson, J. | 6528/7036 | |
| 9/22/2009 | Sealed | Lanza, Theresa | Hearing in Chambers re Order to Show Cause | Larson, J. | n/a | Certified copy already prepared; docketing request submitted; should be docketed under seal. |
| 9/22/2009 | | Lanza, Theresa | Hearing re Status of Discovery | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 10/23/2009 | | Lanza, Theresa | Settlement Conference | Larson, J. | n/a | Certified copy already prepared; docketing request submitted. |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 11/9/2009 | | Rule, Jane C.S. | Hearing re Case Status | Carter, J. | 7406 | |
| 11/14/2009 | | Parker, Deborah D. | Status Conference | Carter, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 11/16/2009 | | Rule, Jane C.S. | Hearing re Motions | Carter, J. | 7403 | |
| 12/17/2009 | | Parker, Deborah D. | Hearing re Discovery | Carter, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 1/5/2010 | | Rule, Jane C.S. | Hearing re Discovery | Carter, J. | 7461 | |
| 1/6/2010 | | Rule, Jane C.S. | Hearing re Status | Carter, J. | 7462 | |
| 1/7/2010 | 1 | Gale, Debbie | Hearing re Discovery | Carter, J. | 7430 | |
| 1/7/2010 | 2 | Parker, Deborah D. | Hearing re Discovery | Carter, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 1/11/2010 | | Parker, Deborah D. | Hearing re Discovery | Carter, J. | n/a | Certified copy already prepared; docketing request submitted. |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 1/12/2010 | | Rule, Jane C.S. | Hearing re Discovery | Carter, J. | 7463 | |
| 1/19/2010 | 1 | Gale, Debbie | Hearing re Discovery | Carter, J. | 7431 | |
| 1/19/2010 | 2 | Rule, Jane C.S. | Hearing re Discovery | Carter, J. | 7464 | |
| 3/4/2010 | | Seffens, Sharon | Hearing re Discovery | Carter, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 3/9/2010 | 1 | Gale, Debbie | Hearing re Discovery | Carter, J. | 7646 | |
| 3/9/2010 | 2 | Rule, Jane C.S. | Hearing re Discovery | Carter, J. | 7659 | |
| 3/10/2010 | 1 | Gale, Debbie | Hearing re Discovery | Carter, J. | 7647 | |
| 3/10/2010 | 2 | Rule, Jane C.S. | Hearing re Discovery | Carter, J. | 7664 | |
| 3/10/2010 | 3 | Seffens, Sharon | Hearing re Discovery | Carter, J. | n/a | Certified copy already prepared; docketing request submitted. |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 3/11/2010 | 1 | Gale, Debbie | Hearing re Discovery | Carter, J. | 7648 | |
| 3/11/2010 | 2 | Rule, Jane C.S. | Hearing re Discovery | Carter, J. | 7665 | |
| 3/11/2010 | 3 | Seffens, Sharon | Hearing re Discovery | Carter, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 3/12/2010 | 1 | Gale, Debbie | Hearing re Discovery | Carter, J. | 7649 | |
| 3/12/2010 | 2 | Rule, Jane C.S. | Hearing re Discovery | Carter, J. | 8188 | |
| 3/13/2010 | | Seffens, Sharon | Hearing re Discovery | Carter, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 5/28/2010 | 1 | Rule, Jane C.S. | Hearing on Motion to Dismiss | Carter, J. | 8190 | |
| 5/28/2010 | 2 | Parker, Deborah D. | Hearing on Motion to Dismiss | Carter, J. | 9100 | |
| 5/28/2010 | 3 | Seffens, Sharon | Hearing on Motion to Dismiss | Carter, J. | n/a | Certified copy already prepared; docketing request submitted. |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 8/26/2010 | 1 | Parker, Deborah D. | Hearing re Discovery | Carter, J. | 9103 | |
| 8/26/2010 | 2 | Beesley-Dellaneve, Maria | Hearing re Discovery | Carter, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 8/27/2010 | Sealed | Seffens, Sharon | Hearing re Discovery | Carter, J. | n/a | Certified copy already prepared; docketing request submitted; should be docketed under seal. |
| 9/1/2010 | 1 | Beesley-Dellaneve, Maria | Hearing re Discovery | Carter, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 9/1/2010 | 2 | Rule, Jane C.S. | Hearing re Discovery | Carter, J. | 8764 | |
| 9/2/2010 | | Beesley-Dellaneve, Maria | Hearing re Discovery | Carter, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 9/3/2010 | | Rule, Jane C.S. | Hearing re Discovery | Carter, J. | 8826 | |
| 9/4/2010 | | Rule, Jane C.S. | Hearing re Discovery | Carter, J. | 8828 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 9/8/2010 | 1 | Rule, Jane C.S. | Hearing re Discovery | Carter, J. | 8766 | |
| 9/8/2010 | 2 | Parker, Deborah D. | Hearing re Discovery | Carter, J. | 9104 | |
| 9/9/2010 | 1 | Beesley-Dellaneve, Maria | Hearing re Discovery | Carter, J. | n /a | Certified copy already prepared; docketing request submitted. |
| 9/9/2010 | 2 | Parker, Deborah D. | Hearing re Discovery | Carter, J. | 9105 | |
| 9/27/2010 | | Gale, Debbie | Hearing re Discovery | Carter, J. | 9298 | |
| 9/28/2010 | | Parker, Deborah D. | Hearing re Discovery | Carter, J. | 9107 | |
| 9/29/2010 | | Parker, Deborah D. | Hearing re Discovery | Carter, J. | 9109 | |
| 10/4/2010 | | Parker, Deborah D. | Hearing re Discovery | Carter, J. | 9112 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|---|---|---|---|---|---|---|
| 10/6/2010 | | Parker, Deborah D. | Hearing re Discovery | Carter, J. | 9110 | |
| 11/16/2010 | 1 | Gale, Debbie | Hearing re Summary Judgment Motions | Carter, J. | 9523 | |
| 11/16/2010 | 2 | Parker, Deborah D. | Hearing re Summary Judgment Motions | Carter, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 11/17/2010 | 1 | Rule, Jane C.S. | Hearing re Summary Judgment Motions | Carter, J. | 9405 | |
| 11/17/2010 | 2 | Gale, Debbie | Hearing re Summary Judgment Motions | Carter, J. | 9524 | |
| 11/17/2010 | 3 | Parker, Deborah D. | Hearing re Summary Judgment Motions | Carter, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 12/8/2010 | 1 | Rule, Jane C.S. | Hearing re Lead Counsel Designations | Carter, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 12/8/2010 | 2 | Parker, Deborah D. | Hearing re Association of Counsel | Carter, J. | n/a | Certified copy already prepared; docketing request submitted. |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 12/20/2010 | 1 | Gale, Debbie | Hearing re Motion to Disqualify | Carter, J. | 9597 | |
| 12/20/2010 | 1-B (Sealed) | Gale, Debbie | Hearing re Motion to Disqualify | Carter, J. | n/a | Certified copy already prepared; docketing request submitted; should be docketed under seal. |
| 12/20/2010 | 2 | Rule, Jane C.S. | Hearing re Motion for Partial Summary Judgment | Carter, J. | 9549 | |
| 12/20/2010 | 3 | Parker, Deborah D. | Hearing re Motion for Partial Summary Judgment | Carter, J. | 9580 | |
| 12/21/2010 | 1 | Gale, Debbie | Hearing re Motion to Disqualify | Carter, J. | 9598 | |
| 12/21/2010 | 2 | Beesley-Dellaneve, Maria | Hearing re Motion to Disqualify | Carter, J. | n/a | Certified copy already prepared; docketing request submitted. |
| 12/21/2010 | 3 | Parker, Deborah D. | Hearing re Motion to Disqualify | Carter, J. | 9581 | |
| 12/22/2010 | | Parker, Deborah D. | Hearing re Motions for Summary Judgment | Carter, J. | 9566 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 1/3/2011 | 1 | Gale, Debbie | Hearing re Motions in Limine | Carter, J. | 9603 | |
| 1/3/2011 | 2 | Rule, Jane C.S. | Hearing re Motions in Limine | Carter, J. | 9604 | |
| 1/3/2011 | 3 | Beesley-Dellaneve, Maria | Hearing re Motions in Limine | Carter, J. | 9605 | |
| 1/4/2011 | 1 | Gale, Debbie | Hearing re Motions in Limine | Carter, J. | 9606 | |
| 1/4/2011 | 2 | Rule, Jane C.S. | Hearing re Motions in Limine | Carter, J. | 9607 | |
| 1/13/2011 | 1 | Gale, Debbie | Jury Selection | Carter, J. | 9659 | |
| 1/13/2011 | 2 | Beesley-Dellaneve, Maria | Jury Selection | Carter, J. | 9660 | |
| 1/13/2011 | 3 | Paddock, Denise | Jury Selection | Carter, J. | 9661 | |
| 1/14/2011 | 1 | Gale, Debbie | Jury Selection; Hearing re Witness Order | Carter, J. | 9700 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 1/14/2011 | 2 | Paddock, Denise | Hearing re Witness Order | Carter, J. | 9701 | |
| 1/18/2011 | 1 | Gale, Debbie | Mattel Opening Statement | Carter, J. | 9702 | |
| 1/18/2011 | 2 | Rule, Jane C.S. | MGA Opening Statement | Carter, J. | 9703 | |
| 1/19/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 9705 | |
| 1/19/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 9706 | |
| 1/19/2011 | 3 | Parker, Deborah D. | Hearing re Status | Carter, J. | 9708 | |
| 1/20/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 9709 | |
| 1/20/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 9710 | |
| 1/24/2011 | 2 | Rule, Jane C.S. | Hearing re Use of Depositions | Carter, J. | 9722 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 1/25/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 9724 | |
| 1/25/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 9725 | |
| 1/25/2011 | 3 | Beesley-Dellaneve, Maria | Trial Testimony | Carter, J. | 9726 | |
| 1/26/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 9728 | |
| 1/26/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 9729 | |
| 1/26/2011 | 3 | Parker, Deborah D. | Trial Testimony | Carter, J. | 9730 | |
| 1/27/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 9731 | |
| 1/27/2011 | 2 | Beesley-Dellaneve, Maria | Trial Testimony | Carter, J. | 9732 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 1/27/2011 | 3 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 9733 | |
| 1/27/2011 | 4 | Beesley-Dellaneve, Maria | Trial Testimony | Carter, J. | 9734 | |
| 1/28/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 9749 | |
| 1/28/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 9750 | |
| 1/28/2011 | 3 | Parker, Deborah D. | Trial Testimony | Carter, J. | 9751 | |
| 2/1/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 9771 | |
| 2/1/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 9772 | |
| 2/1/2011 | 3 | Seffens, Sharon | Trial Testimony | Carter, J. | 9774 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 2/2/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 9794 | |
| 2/2/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 9795 | |
| 2/2/2011 | 3 | Seffens, Sharon | Trial Testimony | Carter, J. | 9796 | |
| 2/3/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 9797 | |
| 2/3/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 9798 | |
| 2/3/2011 | 3 | Seffens, Sharon | Trial Testimony | Carter, J. | 9799 | |
| 2/4/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 9808 | |
| 2/4/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 9809 | |
| 2/4/2011 | 3 | Seffens, Sharon | Trial Testimony | Carter, J. | 9810 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 2/8/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 9844 | |
| 2/8/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 9845 | |
| 2/8/2011 | 3 | Paddock, Denise | Trial Testimony | Carter, J. | 9846 | |
| 2/9/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 9863 | |
| 2/9/2011 | 2 | Paddock, Denise | Trial Testimony | Carter, J. | 9864 | |
| 2/9/2011 | 3 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 9865 | |
| 2/10/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 9866 | |
| 2/10/2011 | 2 | Parker, Deborah D. | Trial Testimony | Carter, J. | 9867 | |
| 2/10/2011 | 3 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 9868 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 2/10/2011 | 4 | Paddock, Denise | Hearing re Status | Carter, J. | 9869 | |
| 2/11/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 9870 | |
| 2/11/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 9871 | |
| 2/11/2011 | 3 | Beesley-Dellaneve, Maria | Trial Testimony | Carter, J. | 9872 | |
| 2/11/2011 | 4 | Paddock, Denise | Trial Testimony | Carter, J. | 9873 | |
| 2/16/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10024 | |
| 2/16/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10025 / 10026 | |
| 2/16/2011 | 3 | Parker, Deborah D. | Trial Testimony | Carter, J. | 10027 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 2/17/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10028 | |
| 2/17/2011 | 2 | Beesley-Dellaneve, Maria | Trial Testimony | Carter, J. | 10029 | |
| 2/17/2011 | 3 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10030 | |
| 2/17/2011 | 4 | Gale, Debbie | Trial Testimony | Carter, J. | 10031 | |
| 2/18/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10042 | |
| 2/18/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10043 | |
| 2/18/2011 | 3 | Paddock, Denise | Trial Testimony | Carter, J. | 10044 | |
| 2/19/2011 | 1 | Seffens, Sharon | Hearing re Jury Instructions | Carter, J. | 10045 | |
| 2/19/2011 | 2 | Seffens, Sharon | Hearing re Jury Instructions | Carter, J. | 10046 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 2/21/2011 | | Beesley-Dellaneve, Maria | Hearing re Jury Instructions | Carter, J. | 10060 | |
| 2/22/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10061 | |
| 2/22/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10062 | |
| 2/22/2011 | 3 | Beesley-Dellaneve, Maria | Hearing re Witness Order | Carter, J. | 10063 | |
| 2/23/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10087 | |
| 2/23/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10088 | |
| 2/23/2011 | 3 | Beesley-Dellaneve, Maria | Trial Testimony | Carter, J. | 10089 | |
| 2/23/2011 | 4 | Parker, Deborah D. | Hearing re Evidence | Carter, J. | 10090 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 2/24/2011 | 1 | Parker, Deborah D. | Trial Testimony | Carter, J. | 10101 | |
| 2/24/2011 | 2 | Beesley-Dellaneve, Maria | Trial Testimony | Carter, J. | 10102 | |
| 2/24/2011 | 3 | Parker, Deborah D. | Trial Testimony | Carter, J. | 10103 | |
| 2/25/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10104 | |
| 2/25/2011 | 2 | Beesley-Dellaneve, Maria | Trial Testimony | Carter, J. | 10105 | |
| 2/28/2011 | | Parker, Deborah D. | Daubert Hearing re Michael Wagner | Carter, J. | 10114 | |
| 3/1/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10120 | |
| 3/1/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10121 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 3/1/2011 | 3 | Parker, Deborah D. | Daubert Hearing re Michael Wagner | Carter, J. | 10122 | |
| 3/2/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10125 | |
| 3/2/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10126 | |
| 3/2/2011 | 3 | Beesley-Dellaneve, Maria | Trial Testimony | Carter, J. | 10127 | |
| 3/2/2011 | 4 | Parker, Deborah D. | Daubert Hearing re Michael Wagner | Carter, J. | 10128 | |
| 3/3/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10138 | |
| 3/3/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10140 | |
| 3/3/2011 | 3 | Beesley-Dellaneve, Maria | Trial Testimony | Carter, J. | 10142 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 3/3/2011 | 4 | Parker, Deborah D. | Daubert Hearing re Michael Wagner | Carter, J. | 10143 | |
| 3/4/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10144 | |
| 3/4/2011 | 2 | Seffens, Sharon | Trial Testimony | Carter, J. | 10145 | |
| 3/4/2011 | 3 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10146 | |
| 3/4/2011 | 4 | Paddock, Denise | Trial Testimony | Carter, J. | 10147 | |
| 3/6/2011 | 1 | Parker, Deborah D. | Hearing re Jury Instructions | Carter, J. | 10148 | |
| 3/6/2011 | 2 | Beesley-Dellaneve, Maria | Hearing re Jury Instructions | Carter, J. | 10149 | |
| 3/6/2011 | 3 | Parker, Deborah D. | Hearing re Jury Instructions | Carter, J. | 10150 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 3/6/2011 | 4 | Beesley-Dellaneve, Maria | Hearing re Jury Instructions | Carter, J. | 10151 | |
| 3/7/2011 | | Seffens, Sharon | Hearing re Status | Carter, J. | 10161 | |
| 3/8/2011 | 1 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10175 | |
| 3/8/2011 | 2 | Seffens, Sharon | Trial Testimony | Carter, J. | 10176 | |
| 3/9/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10181 | |
| 3/9/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10182 | |
| 3/10/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10183 | |
| 3/10/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10184 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 3/10/2011 | 3 | Seffens, Sharon | Trial Testimony | Carter, J. | 10185 | |
| 3/11/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10191 | |
| 3/11/2011 | 2 | Beesley-Dellaneve, Maria | Trial Testimony | Carter, J. | 10192 | |
| 3/11/2011 | 3 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10193 | |
| 3/11/2011 | 4 | Seffens, Sharon | Trial Testimony | Carter, J. | 10194 | |
| 3/13/2011 | 1 | Rule, Jane C.S. | Hearing re Jury Instructions | Carter, J. | 10195 | |
| 3/13/2011 | 2 | Seffens, Sharon | Hearing re Jury Instructions | Carter, J. | 10196 | |
| 3/13/2011 | 3 | Parker, Deborah D. | Hearing re Status | Carter, J. | 10197 | |
| 3/14/2011 | 1 (Sealed) | Gale, Debbie | Hearing re Discovery | Carter, J. | n/a | Certified copy already prepared; docketing request submitted; should be docketed under seal. |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 3/14/2011 | 2 (Sealed) | Rule, Jane C.S. | Hearing re Discovery | Carter, J. | 10201 | |
| 3/14/2011 | 3 (Sealed) | Parker, Deborah D. | Hearing re Discovery | Carter, J. | 10202 | |
| 3/14/2011 | 3 | Parker, Deborah D. | Hearing re Discovery | Carter, J. | 10203 | |
| 3/15/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10204 | |
| 3/15/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10205 | |
| 3/15/2011 | 3 | Parker, Deborah D. | Trial Testimony | Carter, J. | 10206 | |
| 3/16/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10224 | |
| 3/16/2011 | 2 | Paddock, Denise | Trial Testimony | Carter, J. | 10225 | |
| 3/16/2011 | 3 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10226 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|---|---|---|---|---|---|---|
| 3/16/2011 | 4 [Pages 1-32] | Parker, Deborah D. | Hearing re Expert Witness | Carter, J. | 10227 | |
| 3/16/2011 | 4 [Sealed Pages 33-41] | Parker, Deborah D. | Hearing re Discovery | Carter, J. | 10228 | |
| 3/16/2011 | 4 [Pages [42-57] | Parker, Deborah D. | Hearing re Witnesses | Carter, J. | 10229 | |
| 3/17/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10230 | |
| 3/17/2011 | 2 | Parker, Deborah D. | Trial Testimony | Carter, J. | 10231 | |
| 3/17/2011 | 3 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10232 | |
| 3/18/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10246 | |
| 3/18/2011 | 2 | Parker, Deborah D. | Trial Testimony | Carter, J. | 10247 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 3/18/2011 | 3 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10248 | |
| 3/19/2011 | | Parker, Deborah D. | Daubert Hearing re Malackowski | Carter, J. | 10249 | |
| 3/21/2011 | | Beesley-Dellaneve, Maria | Hearing re Discovery | Carter, J. | 10251 | |
| 3/22/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10258 | |
| 3/22/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10259 | |
| 3/22/2011 | 3 | Beesley-Dellaneve, Maria | Trial Testimony | Carter, J. | 10260 | |
| 3/23/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10269 | |
| 3/23/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10270 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 3/23/2011 | 3 | Seffens, Sharon | Trial Testimony | Carter, J. | 10271 | |
| 3/24/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10283 | |
| 3/24/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10285 | |
| 3/24/2011 | 3 | Beesley-Dellaneve, Maria | Trial Testimony | Carter, J. | 10286 | |
| 3/25/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10288 | |
| 3/25/2011 | 2 | Paddock, Denise | Trial Testimony | Carter, J. | 10289 | |
| 3/26/2011 | 1 | Seffens, Sharon | Hearing re JMOL Motions | Carter, J. | 10299 | |
| 3/26/2011 | 2 | Seffens, Sharon | Hearing re JMOL Motions | Carter, J. | 10300 | |
| 3/28/2011 | 1 | Gale, Debbie | Hearing re Status | Carter, J. | 10322 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 3/28/2011 | 2 | Paddock, Denise | Hearing re Status | Carter, J. | 10323 | |
| 3/29/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10337 | |
| 3/29/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10338 | |
| 3/29/2011 | 3 | Paddock, Denise | Hearing re Status | Carter, J. | 10339 | |
| 3/30/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10346 | |
| 3/30/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10347 | |
| 3/30/2011 | 3 | Paddock, Denise | Daubert Hearing re Malackowski | Carter, J. | 10348 | |
| 3/31/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10370 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 3/31/2011 | 2 | Beesley-Dellaneve, Maria | Trial Testimony | Carter, J. | 10371 | |
| 3/31/2011 | 3 | Paddock, Denise | Hearing re Discovery | Carter, J. | 10372 | |
| 4/1/2011 | 1 | Beesley-Dellaneve, Maria | Trial Testimony | Carter, J. | 10373 | |
| 4/1/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10375 | |
| 4/1/2011 | 3 | Paddock, Denise | Hearing re Discovery | Carter, J. | 10377 | |
| 4/2/2011 | | Paddock, Denise | Hearing re JMOL Motion | Carter, J. | 10378 | |
| 4/3/2011 | | Seffens, Sharon | Daubert Hearing re Malackowski | Carter, J. | 10381 | |
| 4/4/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10395 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|---|---|---|---|---|---|---|
| 4/4/2011 | 2 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10396 | |
| 4/4/2011 | 3 | Paddock, Denise | Trial Testimony | Carter, J. | 10397 | |
| 4/4/2011 | 4 | Beesley-Dellaneve, Maria | Hearing re Evidence | Carter, J. | 10398 | |
| 4/5/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10418 | |
| 4/5/2011 | 2 | Beesley-Dellaneve, Maria | Trial Testimony | Carter, J. | 10419 | |
| 4/5/2011 | 3 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10420 | |
| 4/5/2011 | 4 | Beesley-Dellaneve, Maria | Trial Testimony | Carter, J. | 10421 | |
| 4/5/2011 | 5 | Seffens, Sharon | Trial Testimony | Carter, J. | 10422 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 4/6/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10438 | |
| 4/6/2011 | 2 | Paddock, Denise | Trial Testimony | Carter, J. | 10439 | |
| 4/6/2011 | 3 | Rule, Jane C.S. | Trial Testimony | Carter, J. | 10440 | |
| 4/6/2011 | 4 | Paddock, Denise | Hearing re Schedule | Carter, J. | 10441 | |
| 4/7/2011 | 1 | Gale, Debbie | Trial Testimony | Carter, J. | 10446 | |
| 4/7/2011 | 2 | Beesley-Dellaneve, Maria | Trial Testimony | Carter, J. | 10447 | |
| 4/7/2011 | 3 | Parker, Deborah D. | Hearing re Evidence | Carter, J. | 10448 | |
| 4/8/2011 | 1 | Gale, Debbie | Mattel Closing Argument | Carter, J. | 10449 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 4/8/2011 | 2 | Seffens, Sharon | MGA Closing Argument | Carter, J. | 10450 | |
| 4/8/2011 | 3 | Rule, Jane C.S. | MGA Closing, Mattel Rebuttal | Carter, J. | 10451 | |
| 4/11/2011 | 1 | Gale, Debbie | Hearing re Jury Instruction No. 47 | Carter, J. | 10453 | |
| 4/11/2011 | 2 | Rule, Jane C.S. | Hearing re Jury Note | Carter, J. | 10454 | |
| 4/12/2011 | 1 | Beesley-Dellaneve, Maria | Hearing re Jury Note | Carter, J. | 10467 | |
| 4/12/2011 | 2 | Gale, Debbie | Hearing re Jury Note | Carter, J. | 10468 | |
| 4/12/2011 | 3 | Beesley-Dellaneve, Maria | Hearing re Status | Carter, J. | 10469 | |
| 4/14/2011 | 1 | Gale, Debbie | Hearing re Jury Note | Carter, J. | 10470 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|---|---|---|---|---|---|---|
| 4/14/2011 | 2 | Beesley-Dellaneve, Maria | Readback of Testimony | Carter, J. | 10471 | |
| 4/15/2011 | 1 | Gale, Debbie | Hearing re Verdict Form, Jury Note, Readback of Testimony | Carter, J. | 10472 | |
| 4/15/2011 | 2 | Beesley-Dellaneve, Maria | Hearing re Jury Note | Carter, J. | 10473 | |
| 4/18/2011 | 1 | Gale, Debbie | Hearing re Jury Note | Carter, J. | 10482 | |
| 4/18/2011 | 2 | Beesley-Dellaneve, Maria | Hearing re Jury Note | Carter, J. | 10483 | |
| 4/19/2011 | 1 | Gale, Debbie | Hearing re Jury Note, Readback of Testimony | Carter, J. | 10488 | |
| 4/19/2011 | 2 | Beesley-Dellaneve, Maria | Hearing re Jury Note | Carter, J. | 10489 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|---|---|---|---|---|---|---|
| 4/20/2011 | | Gale, Debbie | Hearing re Jury Note | Carter, J. | 10491 | |
| 4/21/2011 | 1 | Gale, Debbie | Verdict Read | Carter, J. | 10522 | |
| 4/21/2011 | 2 | Rule, Jane C.S. | Verdict Read | Carter, J. | 10523 | |
| 5/25/2011 | 1 | Rule, Jane C.S. | Hearing re Post-Trial Motions | Carter, J. | 10606 | |
| 5/25/2011 | 2 | Parker, Deborah D. | Hearing re Post-Trial Motions | Carter, J. | 10607 | |
| 5/25/2011 | 3 | Beesley-Dellaneve, Maria | Hearing re Post-Trial Motions | Carter, J. | 10608 | |
| 5/25/2011 | 4 | Parker, Deborah D. | Hearing re Post-Trial Motions | Carter, J. | 10609 | |
| 5/26/2011 | 1 | Rule, Jane C.S. | Hearing re Post-Trial Motions | Carter, J. | 10610 | |

| Date | Vol. | Court Reporter | Description | Presiding Judge | Docket | Comments |
|------|------|----------------|-------------|-----------------|--------|----------|
| 5/26/2011 | 2 | Parker, Deborah D. | Hearing re Post-Trial Motions | Carter, J. | 10611 | |
| 5/27/2011 | 1 | Parker, Deborah D. | Hearing re Post-Trial Motions | Carter, J. | 10612 | |
| 5/27/2011 | 2 | Rule, Jane C.S. | Hearing re Post-Trial Motions | Carter, J. | 10613 | |
| 6/1/2011 | 1 | Rule, Jane C.S. | Hearing re Post-Trial Motions | Carter, J. | 10626 | |
| 6/1/2011 | 2 | Beesley-Dellaneve, Maria | Hearing re Post-Trial Motions | Carter, J. | 10627 | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the

Court by using the CM/ECF system on September 12, 2011.  I certify that all

participants in the case who are registered CM/ECF users were served with a copy

of the foregoing by the CM/ECF system.


<u>/s/ Michael T. Zeller</u>
Michael T. Zeller