**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION AT SANTA ANA**

HONORABLE DAVID O. CARTER, JUDGE PRESIDING

```
CARTER BRYANT,                    )
                                  )
         PLAINTIFF,               )
                                  )
     vs.                          ) CV NO. 04-9049-DOC
                                  ) VOLUME II
MATTEL, INC.,                     )
                                  )
         DEFENDANT.               )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

SANTA ANA, CALIFORNIA

THURSDAY, JANUARY 7, 2010

2:17 P.M.

**DEBORAH D. PARKER, CSR 10342**
**OFFICIAL COURT REPORTER**
**UNITED STATES DISTRICT COURT**
**411 WEST FOURTH STREET**
**SUITE 1-053**
**SANTA ANA, CALIFORNIA 92701**
**(714) 542-8409**
**D.PARKER@IX.NETCOM.COM**

```
 1   APPEARANCES OF COUNSEL:

 2       FOR THE INTERVENOR DEFENDANT, MGA ENTERTAINMENT,
         INC.:
 3
                         THOMAS S. MC CONVILLE
 4                       ORRICK HERRINGTON & SUTCLIFFE, LLP
                         4 PARK PLAZA
 5                       SUITE 1600
                         IRVINE, CALIFORNIA 92614
 6                       (949) 567-6700

 7
         FOR THE DEFENDANT, MATTEL, INC.:
 8
                         MICHAEL T. ZELLER
 9                       QUINN EMANUEL URQUHART OLIVER &
                         HEDGES, LLP
10                       865 S. FIGUEROA STREET
                         10TH FLOOR
11                       LOS ANGELES, CALIFORNIA 90017
                         (213) 624-7707
12

13       FOR OMNI 808 INVESTORS:

14                       TODD E. GORDINIER
                         BINGHAM MC CUTCHEN LLP
15                       PLAZA TOWER
                         18TH FLOOR
16                       600 ANTON BOULEVARD
                         COSTA MESA, CALIFORNIA 92626
17                       (714) 830-0622

18

19

20

21

22

23

24

25
```

```
 1    SANTA ANA, CALIFORNIA; THURSDAY, JANUARY 7, 2010; 2:17 P.M.
 2              THE COURT:  Counsel, we're on the record in the
 3    Bratz MGA matter.
 4              And counsel in this matter?
 5              Counsel?
 6              MR. MC CONVILLE:  Tom McConville on behalf of the
 7    MGA parties.
 8              THE COURT:  Okay.
 9              MR. ZELLER:  Mike Zeller for Mattel.
10              THE COURT:  Good afternoon.
11              MR. GORDINIER:  Tom Gordinier for nonparty Omni.
12              THE COURT:  Okay.
13              MR. GORDINIER:  Your Honor, I have good news to
14    report to you.  As you requested, I did have a conversation
15    with Mr. Moinian and asked him if he would do you a favor
16    and work out circumstances which would permit him to be
17    here.
18              THE COURT:  Okay.
19              MR. GORDINIER:  And long story short, the answer
20    is yes.
21              THE COURT:  Thank you.
22              MR. GORDINIER:  He -- what's going to happen is
23    he's got a trip, several things that need to be put
24    together, and he's going to shift that around and talk to
25    people, reschedule, and then make sure he comes to Southern
```

```
 1   California.
 2              I have spoken to Mr. Zeller and Mr. McConville,
 3   and we're -- they're agreeable.
 4              What we're going to do -- obviously he needs to
 5   talk to those people, and so he should know his schedule
 6   pretty firm by next week.  He will definitely be out here in
 7   the next three, four weeks.  And so both Mr. Zeller and
 8   Mr. McConville, I told them I will try to avoid
 9   double-tracking if at all possible.  They said that's not
10   really an issue.
11              So the short answer is, Judge, I did make the
12   request and it's solved, and we are settled and we'll let
13   you go --
14              THE COURT:  That's terrific.  That way I can
15   monitor.
16              Now, both gentlemen have my schedule.  I just
17   don't have that -- there's one period of time that I'm
18   gone -- they'll give that to you -- and that's the one time
19   I can't monitor the case.  And so --
20              MR. GORDINIER:  Okay.  We don't need you to do
21   that.
22              THE COURT:  No.  You two can discuss that
23   informally because it's the next two or three weeks.  But if
24   he's potentially a problematic witness, make sure that I am
25   here so I can answer those questions just as I proposed.
```

```
 1            MR. GORDINIER:  I don't think he is.  I don't
 2   think Mike thinks he is.  But I'll talk to them about --
 3            THE COURT:  What I don't want to run into, and I
 4   think it's for all the deponents' benefit, I don't want
 5   there to be unnecessary questions, harassment, the same
 6   things covered.  By the same token, I want each party who is
 7   deposing that person to walk away with the belief that
 8   they've gotten most of the information.  Then I'm not
 9   inclined to call the person back.
10            MR. GORDINIER:  And as you said this morning -- as
11   I said this morning, we really want to try to do this all in
12   one fell swoop.
13            THE COURT:  Absolutely.
14            MR. GORDINIER:  Thank you, your Honor.
15            THE COURT:  And I want to thank you for coming in.
16   Awfully nice to see you.
17            Counsel?
18            MR. MC CONVILLE:  Your Honor, tomorrow are we back
19   here for -- I don't know that we have anything on, but --
20            THE COURT:  Oh, sure we do.  We're doing something
21   every day.  You two can dream it up, but it's now, here we
22   are.  And just because Mr. Larian's not here Saturday, we're
23   here Saturday, right?  And hopefully we're doing something
24   because I'll meet you Saturday.  We are 24-7 except for
25   Sundays.  And if I have to go to Sundays, I'll go to
```

1   Sundays, but we're working every day.
2           Now, if we're not accomplishing anything, we have
3   to look at each other and say, *Why are we here?* But we're
4   here so --
5           MR. ZELLER: We actually do have two depositions
6   going tomorrow. One is the continuation of Ms. Coleman
7   which, subject to either the Court's approval, will again be
8   in Sherman Oaks.
9           THE COURT: It's subject to my approval, and thank
10  you for telling me. You've got my approval.
11          MR. ZELLER: And then the other one is going to be
12  here. It's a continuation of Mr. Woolard, I believe.
13          THE COURT: Excellent. Thank you very much,
14  gentlemen; we'll see you tomorrow.
15          MR. MC CONVILLE: Ms. Hurst --
16          THE COURT: She doesn't have to be here.
17  Mr. Quinn's not here.
18          MR. MC CONVILLE: Does she have to be here on
19  Saturday?
20          THE COURT: No.
21          MR. MC CONVILLE: Okay.
22          THE COURT: No. As long as I have one of you.
23          MR. MC CONVILLE: All right. Thank you.
24          THE COURT: One of you is sufficient. In fact,
25  one of you is probably too much. I'm just kidding you. One

```
 1  of you is fine.
 2       (At 2:21 p.m., proceedings were adjourned.)
 3
 4                           -oOo-
 5
 6                         CERTIFICATE
 7       I hereby certify that pursuant to Section 753,
 8  Title 28, United States Code, the foregoing is a true and
 9  correct transcript of the stenographically reported
10  proceedings held in the above-entitled matter and that the
11  transcript page format is in conformance with the
12  regulations of the Judicial Conference of the United States.
13
14  Date:  January 12, 2010
15
16
17                          _____
18                          Deborah D. Parker, Official Reporter
19
20
21
22
23
24
25
```