```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3              SOUTHERN DIVISION AT SANTA ANA

 4         HONORABLE DAVID O. CARTER, JUDGE PRESIDING

 5

 6
     CARTER BRYANT, AN INDIVIDUAL,       )
 7                                       )
                   PLAINTIFF,            )
 8                                       )
               VS.                       ) SACV NO. 04-9049-DOC
 9                                       ) STATUS CONFERENCE
     MATTEL, INC., A DELAWARE            )
10   CORPORATION,                        )
                                         )
11                 DEFENDANT.            )
     _____)
12   CONSOLIDATED WITH MATTEL, INC., VS.)
     BRYANT AND MGA ENTERTAINTMENT, INC.)
13   VS. MATTEL, INC.                    )

14

15

16         REPORTER'S TRANSCRIPT OF PROCEEDINGS

17               SANTA ANA, CALIFORNIA

18            SATURDAY, NOVEMBER 14, 2009

19                   12:45 P.M.

20

21          DEBORAH D. PARKER, CSR 10342
               OFFICIAL COURT REPORTER
22          UNITED STATES DISTRICT COURT
               411 WEST FOURTH STREET
23                  SUITE 1-053
            SANTA ANA, CALIFORNIA 92701
24               (714) 542-8409
             D.PARKER@IX.NETCOM.COM
25
```

```
 1   APPEARANCES OF COUNSEL:

 2        FOR THE PLAINTIFF, CARTER BRYANT:

 3                            MICHAEL ZELLER
                              SUSAN ESTRICH
 4                            BRETT DYLAN PROCTOR
                              QUINN EMANUEL URQUHART
 5                            865 SOUTH FIGUEROA STREET
                              10TH FLOOR
 6                            LOS ANGELES, CALIFORNIA 90017
                              (213) 443-3000
 7

 8        FOR THE DEFENDANTS, MGA ENTERTAINMENT, INC.:

 9                            ANNETTE I. HURST
                              WARRINGTON S. PARKER, III
10                            ORRICK, HERRINGTON & SUTCLIFFE, LLP
                              THE ORRICK BUILDING
11                            405 HOWARD STREET
                              SAN FRANCISCO, CALIFORNIA 94105
12                            (415) 773-5740

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            SANTA ANA, CALIFORNIA; SATURDAY, NOVEMBER 14, 2009;
 2                              12:45 P.M.
 3            THE COURT:  WE ARE ON THE RECORD AND THE COURT
 4   APPRECIATES COUNSEL REQUESTING TO MEET WITH THE COURT AT AN
 5   EARLY STAGE CONCERNING THE MATTEL MGA MATTER.
 6            THIS IS THE EARLIEST STAGE THE COURT COULD MEET
 7   AND THE COURT IS APPRECIATIVE OF COUNSEL COMING DOWN FROM
 8   SAN FRANCISCO AND COUNSEL FROM LOS ANGELES.  WITH THE
 9   FREEWAY SYSTEM, THERE IS A CO-EQUAL TIME CONSIDERATION.
10            COUNSEL HAVE BEEN VERY HELPFUL TO THIS COURT AND
11   VERY INFORMATIVE.  I REALLY THINK THAT THROUGH THEIR
12   GUIDANCE AND THE INPUT OF RESPECTIVE COUNSEL, ON BEHALF OF
13   BOTH PARTIES, THAT THIS COURT IS IN A MUCH BETTER POSITION
14   TO START MAKING SOME INITIAL CONSIDERATIONS THAT CERTAINLY
15   WASN'T BEFORE TODAY'S DATE.  YOU HAVE THE COURT'S
16   APPRECIATION.
17            JUDGE SMITH WAS CALLED IN BY THE COURT ABOUT
18   10:00 O'CLOCK AND IS PRESENT.  I SUGGESTED TO COUNSEL THAT
19   WE MIGHT NEED AN -- I'M GOING TO SAY DISCOVERY -- ELECTRONIC
20   DISCOVERY REFEREE?
21            JUDGE SMITH:  SPECIAL MASTER.
22            THE COURT:  SPECIAL MASTER.  SOUNDS BETTER.
23   SPECIAL MASTER.
24            AND THAT I HAVE PROVIDED THE OPPORTUNITY FOR EACH
25   COUNSEL TO MEET WITH JUDGE SMITH PRIVATELY AND TO TAKE INTO
```

```
 1   CONSIDERATION SOME OF THE CONCERNS THAT THEY MIGHT HAVE
 2   WHICH WILL CUT TIME AND COST CONCERNING SOME OF THE
 3   DISCOVERY ISSUES AND GIVE EACH OF THE PARTIES SOME MODICUM
 4   OF ASSURANCE THAT THEY HAVE THE NECESSARY INFORMATION TO GO
 5   FORWARD IN A TIMELY MANNER.
 6            ON BEHALF OF MATTEL, CAN I GET YOUR APPEARANCES
 7   JUST FOR MY RECORD, ALTHOUGH I KNOW WHO YOU ARE?
 8            JOHN, WHY DON'T I START WITH YOU -- I MEAN "MIKE,"
 9   WHY DON'T I START WITH YOU.
10            MR. ZELLER:  MIKE ZELLER FOR MATTEL, INC.
11            THE COURT:  Z-E-L-L-A-R.
12            MR. ZELLER:  E-R, ACTUALLY.
13            THE COURT:  E-R, I'M SORRY.
14            AND JOHN QUINN IS HIS CO-COUNSEL, WHO IS NOT
15   PRESENT.
16            SUSAN?
17            MS. ESTRICH:  SUSAN ESTRICH FOR MATTEL,
18   E-S-T-R-I-C-H.
19            THE COURT:  AND DYLAN?
20            MR. PROCTOR:  YES.  B. DYLAN PROCTOR FOR MATTEL,
21   P-R-O-C-T-O-R.
22            THE COURT:  ON BEHALF OF MATTEL I HAVE THE
23   BLESSING OF HAVING --
24            MR. MOORE:  MICHAEL MOORE.
25            THE COURT:  MICHAEL MOORE PRESENT, M-O-O-R-E.
```

|    |                                                                |
|----|----------------------------------------------------------------|
| 1  | AND ON BEHALF OF MGA, ANNETTE --                               |
| 2  | MS. HURST:  ANNETTE HURST.                                     |
| 3  | THE COURT:  H-U-R-S-T.                                         |
| 4  | TOM MC CONVILLE, M-C C-O-N-V-I-L-L-E, WAS HERE                 |
| 5  | EARLIER AND HAD ANOTHER PERSONAL ENGAGEMENT AND LEFT WITH      |
| 6  | THE CONSENT OF THE COURT.                                      |
| 7  | WARRINGTON PARKER IS HERE, P-A-R-K-E-R.                        |
| 8  | AND MELINDA HAAG IS NOT HERE, WHO IS ALSO COUNSEL,             |
| 9  | BUT SHE'LL BE PRESENT ON FUTURE OCCASIONS.                     |
| 10 | COUNSEL, ARE EACH OF YOU CONSENTING TO JUDGE SMITH             |
| 11 | AS THE ELECTRONIC DISCOVERY SPECIAL MASTER?                    |
| 12 | MR. ZELLER:  ON BEHALF OF MATTEL, YES.                         |
| 13 | MS. HURST:  YES, YOUR HONOR.                                   |
| 14 | THE COURT:  ARE THERE ANY QUESTIONS YOU HAVE OF                |
| 15 | JUDGE SMITH ON THE RECORD BEFORE WE EXCUSE HIM?                |
| 16 | MS. HAAG:  NO, YOUR HONOR.                                     |
| 17 | MR. ZELLER:  NO, YOUR HONOR.                                   |
| 18 | THE COURT:  THANK YOU VERY MUCH.                               |
| 19 | JUDGE SMITH, I APPRECIATE YOUR ATTENDANCE TODAY.               |
| 20 | NOW, LET'S GO OFF THE RECORD FOR A MOMENT.                     |
| 21 | *(DISCUSSION HELD OFF THE RECORD.)*                            |
| 22 | *(AT 12:49 P.M., PROCEEDINGS WERE ADJOURNED.)*                 |
| 23 |                                                                |
| 24 | -OOO-                                                          |
| 25 |                                                                |

*DEBORAH D. PARKER, U.S. COURT REPORTER*

6

```
1                        CERTIFICATE
2            I HEREBY CERTIFY THAT PURSUANT TO SECTION 753,
3    TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND
4    CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED
5    PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE
6    TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE
7    REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.
8
9    DATE:  DECEMBER 3, 2009
10
11
12                          _____
13                          DEBORAH D. PARKER, OFFICIAL REPORTER
14
15
16
17
18
19
20
21
22
23
24
25
```