Ryan S. Fife (Bar No. 235000) ryan.fife@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

Attorneys for Intervenors
National Union Fire Insurance Company of Pittsburgh, PA, Lexington Insurance company, and Chartis Specialty Insurance Company ("Intervenors")

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff(s)<br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant(s). | CASE NUMBER **CV-04-9049-DOC (RNBx)**<br>(Consolidated with Case Nos. CV-04-9059 and CV-05-2727)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of      Mark Sheridan     , of     Drinker Biddle & Reath LLP
       *Applicant's Name*                      *Firm Name / Address*

       (973)549-7336                           mark.sheridan@dbr.com
       *Telephone Number*                      *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff   ☐ Defendant

☒  Intervener or other interested person     Intervenors

and the designation of                  Ryan S. Fife
                            *Local Counsel Designee /State Bar Number*

of     Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1400, Los Angeles, CA 90067
                            *Local Counsel Firm / Address*

       (310) 203-4000                          ryan.fife@dbr.com
       *Telephone Number*                      *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

   X  GRANTED

   ☐ DENIED.  Fee shall be returned by the Clerk.

   ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated  September 16, 2011                    */s/ David O. Carter*
                                             DAVID O. CARTER
                                             U. S. District Judge

G-64 ORDER (11/10)      **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**
LA01/ 1042021.1