Todd E. Gordinier (SBN 82200)
todd.gordinier@bingham.com
Peter N. Villar (SBN 204038)
peter.villar@bingham.com
BINGHAM McCUTCHEN, LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, California 92626
Telephone: (714) 830-0600
Facsimile: (714) 830-0700
Attorneys for Omni 808 Investors, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>            Defendant. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**JOINT MOTION FOR INDICATIVE RULING ON MOTION FOR AMENDED JUDGMENT TO CORRECT CLERICAL MISTAKE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1** |
| AND CONSOLIDATED ACTIONS. | Date:  TBD<br>Time: TBD<br>Dept: Courtroom 9D<br><br>Judge:  Hon. David O. Carter |

A/74523276.1

1    Pursuant to the Ninth Circuit's September 6, 2011 order, Federal Rule of

2    Appellate Procedure 12.1 and Federal Rule of Civil Procedure 62.1, parties Omni

3    808 Investors, LLC ("Omni"), Mattel, Inc. and Mattel de Mexico S.A. de C.V.

4    (collectively, "Mattel"), Isaac Larian ("Larian"), and the MGA Parties ("MGA")

5    respectfully jointly move the Court for an indicative ruling that it will consider a

6    motion requesting this Court amend its August 4, 2001 Judgment in this Action (the

7    "Judgment") as set forth herein.  (Dkt. No. 10704).

8    On August 11, 2011, Mattel filed a Notice of Appeal from the Judgment, "as

9    well as any and all interlocutory rulings, decisions and orders that gave rise to the

10   judgment."  (*Id.*)  After Mattel filed its Notice of Appeal, the parties realized that

11   the Judgment did not name all the parties and did not address all the claims that had

12   been resolved on the merits. Specifically, the parties concluded that the Judgment

13   should be amended because it did not include any disposition of Mattel's claims

14   against Omni, and also omitted mention of the dismissed claims arising from Cal.

15   Civ. Code §§ 3439.04(a)(1), 3439.04(a)(2), 3439.05, 3439.07, and 3439.08, Cal.

16   Corp. Code §§ 501 and 506, breach of constructive trust, and 18 U.S.C. § 1964(c).[1]

17   Because Mattel has appealed the Judgment (Dkt. No. 10707), this Court has

18   been divested of jurisdiction to amend it.  *See* Fed. R. Civ. P. 60(a).  Consequently,

19   on August 24, 2011, Omni, Mattel, and MGA filed a joint motion in the Ninth

20   Circuit, seeking leave for this Court to amend the Judgment in accordance with

21   Rule 60(a). (*See* 9th Cir. Case No. 11-56357, Dkt. No. 8-1). The joint motion was

22   denied without prejudice on September 6, 2011. *Id.*, Dkt. No. 11.  Citing Federal

23   Rule of Appellate Procedure 12.1, the Ninth Circuit directed that the parties'

24   "motion for limited remand must include the district court's willingness to consider

25   the Rule 60(a) motion." *Id.*[2]   Accordingly, based on the foregoing, the parties

26   ──────────────────────────

[1] A redlined version of the Judgment is submitted herewith, which highlights the parties and claims that the parties believe should be added to the Judgment to make it consistent with prior orders entered by the Court.  *See* Declaration of Peter N. Villar, Ex. A.

[2] Federal Rule of Appellate Procedure 12.1(b) states that "[i]f the district court

A/74523276.1

respectfully request an indicative ruling that this Court will consider the joint motion requesting this Court amend its judgment *nunc pro tunc* by (1) adding the name "Omni 808 Investors LLC," on page 2 line 6, between the names "Isaac Larian" and "Carlos Gustavo Machado Gomez"; (2) adding the phrase "violation of 18 U.S.C. § 1964(c)" on page 2 line 10, between "violation of 18 U.S.C. § 1962(c)," and "violation of 18 U.S.C. § 1962(d)"; and (3) adding the phrase "violations of Cal. Civ. Code §§ 3439.04(a)(1), 3439.04(a)(2), 3439.05, 3439.07, and 3439.08, prohibited distributions under Cal. Corp. Code §§ 501 and 506, breach of constructive trust" on page 2 line 13, between "conversion" and "unfair competition."  Dkt. No. 10704.  In making this request and the statements herein, Mattel expressly reserves, and does not waive, Mattel's rights to challenge or contest the dismissal orders or other orders addressing these claims or the amended judgment on appeal or otherwise.

These additions will render the Judgment consistent with the prior orders entered by the Court and avoid any confusion or lack of clarity.  Specifically, the Judgment does not reference Omni at all.  However, on April 12, 2010, Mattel filed its Fourth Amended Answer and Counterclaims in this action, which asserted a number of claims against, among others, Omni.  Dkt. No. 7733.  On August 2, 2010, this Court dismissed all counterclaims against Omni without leave to amend.  Dkt. No. 8423 at 35-40.

The Judgment also makes no reference to Mattel's thirteenth, fourteenth, fifteenth and sixteenth counterclaims asserted against, *inter alia*, MGA and Larian in the Fourth Amended Answer and Counterclaims.  The Thirteenth and Fourteenth Counterclaims in that pleading included claims arising from violations of Cal. Civ. Code §§ 3439.04(a)(1), 3439.04(a)(2), 3439.05, 3439.07, and 3439.08 against IGWT 826, Omni, Larian and MGA.  *Id.*  The Fifteenth Counterclaim asserted a

---

states that it would grant the motion or that the motion raises a substantial issue, the court of appeals may remand for further proceedings[.]"

JOINT MOTION FOR INDICATIVE RULING ON MOTION FOR
AMENDED JUDGMENT
CV-04-9049 DOC (RNBx)

A/74523276.1

1   claim of prohibited distributions under Cal. Corp. Code §§ 501 and 506 against
2   Larian, and the Sixteenth Counterclaim asserted a claim of breach of constructive
3   trust against Larian and MGA.  *Id.*  On August 2, 2010, this Court dismissed the
4   Thirteenth, Fourteenth, Fifteenth and Sixteenth counterclaims without leave to
5   amend. Dkt. No. 8423 at 35-40.

6       The Judgment also references only 18 U.S.C. § 1962(c) and (d) when
7   addressing Mattel's first and second counterclaims, while Mattel also brought those
8   claims pursuant to 18 U.S.C. § 1964(c).  On January 5, 2011, this Court granted
9   summary judgment for MGA and Gustavo Machado on these two counterclaims.
10  *See Mattel Inc. v. MGA Entm't*, No. 04 Civ. 9049, 2011 WL 1114250, at *78-96
11  (C.D. Cal. Jan. 5, 2011) ("Neither the first nor second counter-claims meet section
12  1964(c)'s requirements. MGA and Machado's motions are therefore granted as to
13  both counter-claims.").

14      The parties agree, based on the dismissal and summary judgment orders, that
15  the judgment should reflect judgment in favor of Omni on Mattel's claims against
16  Omni and the dismissal of the Mattel counterclaims described above.  In making
17  this request for *nunc pro tunc* amendment of the Judgment, the parties acknowledge
18  and agree that Mattel's pending appeal of the Judgment (Court of Appeals No. 11-
19  56357) shall be deemed effective to appeal both the Judgment and the Court's
20  amended judgment, should the Court amend the Judgment.  The parties further
21  acknowledge and agree that, should the Court amend its Judgment to reflect the
22  changes proposed herein, no appeals from the Court's amended judgment shall be
23  permitted other than the appeal already filed by Mattel, and that the act of amending
24  the Judgment to reflect the changes proposed herein, or of soliciting the amendment
25  of the Judgment, shall not give rise to a renewed right to appeal on the part of any
26  party who did not timely appeal the Judgment.

27
28

JOINT MOTION FOR INDICATIVE RULING ON MOTION FOR
AMENDED JUDGMENT
CV-04-9049 DOC (RNBx)

A/74523276.1

1

2    Dated: September 21, 2011          Respectfully submitted,
                                         BINGHAM MCCUTCHEN LLP

3

4                                        By:  /s/ Todd E. Gordinier
                                             Todd E. Gordinier
5                                            Attorneys for Omni 808 Investors, LLC

6    DATED:  September 21, 2011

7                                        KELLER RACKAUCKAS LLP

8

9                                        By:  /s/ Jennifer L. Keller
                                             Jennifer L. Keller
10                                           Attorneys for MGA ENTERTAINMENT,
                                             INC., MGA ENTERTAINMENT HK, LTD.,
                                             MGA de MEXICO, S.R.L. de C.V., and
11                                           ISAAC LARIAN

12   DATED:  September 21, 2011          QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
13

14

15                                       By:  /s/ Michael T. Zeller
                                             Michael T. Zeller
16                                           Attorneys for Mattel, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

                                    - 4 -        JOINT MOTION FOR INDICATIVE RULING ON MOTION FOR
                                                            AMENDED JUDGMENT
                                                           CV-04-9049 DOC (RNBx)

A/74523276.1

PROOF OF SERVICE

I am over eighteen years of age, not a party in this action, and employed in the County of Orange, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, California 92626-1924.

On September 21, 2011, I served the attached:

**JOINT MOTION FOR INDICATIVE RULING ON MOTION FOR AMENDED JUDGMENT TO CORRECT CLERICAL MISTAKE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1**

On each interested party in this action, as follows:

☒ (BY ELECTRONIC MAIL) I electronically filed this document through the Court's CM/ECF systems and all parties who are registered with the Court's CM/ECF System received a copy by electronic mail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 21, 2011, at Costa Mesa, California.

                                 /s/ Paul A. McConnell

A/74523276.1