1
2 Todd E. Gordinier (SBN 82200)
todd.gordinier@bingham.com
3 Peter N. Villar (SBN 204038)
peter.villar@bingham.com
4 BINGHAM McCUTCHEN, LLP
600 Anton Boulevard, 18th Floor
5 Costa Mesa, California 92626
Telephone: (714) 830-0600
6 Facsimile: (714) 830-0700
Attorneys for Omni 808 Investors, LLC

7
8
UNITED STATES DISTRICT COURT
9
CENTRAL DISTRICT OF CALIFORNIA
10
SOUTHERN DIVISION
11

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **DECLARATION OF PETER N. VILLAR IN SUPPORT OF JOINT MOTION FOR INDICATIVE RULING ON MOTION FOR AMENDED JUDGMENT TO CORRECT CLERICAL MISTAKE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | |
| | Date: TBD<br>Time: TBD<br>Dept: Courtroom 9D |
| | Judge: Hon. David O. Carter |

A/74523316.1

1    I, Peter N. Villar, hereby declare as follows:

2    1.    I am an attorney licensed to practice law in the State of California and

3    a partner at the law firm of Bingham McCutchen LLP, counsel of record for Omni

4    808 Investors, LLC in the above-captioned matter.   I submit this Declaration in

5    support of the Joint Motion For Indicative Ruling On Motion For Amended

6    Judgment To Correct Clerical Mistake Pursuant To Federal Rule Of Civil

7    Procedure 62.1 (the "Joint Motion").   Unless otherwise stated, I have personal

8    knowledge of the facts set forth below and, if called as a witness, I could and would

9    testify competently thereto.

10   2.    A copy of this Court's Judgment, redlined to reflect the addition of the

11   parties and claims proposed in the Joint Motion, is attached hereto as Exhibit A.

12   I declare under penalty of perjury under the laws of the United States of

13   America that the foregoing is true and correct and that this declaration was executed

14   on September 21, 2011, in Costa Mesa, California.

17   _____
     Peter N. Villar

28

VILLAR DECLARATION ISO JOINT MOTION FOR INDICATIVE RULING
ON MOTION FOR AMENDED JUDGMENT
CV-04-9049 DOC (RNBx)

A/74523316.1

# EXHIBIT A

Redlined Text of Judgment

Pursuant to the jury's verdict and the Court's orders on the parties' motions for judgment on the pleadings, summary judgment and judgment as a matter of law, it is ORDERED AND ADJUDGED as follows:

1. Judgment is entered for MGA Entertainment, Inc. and against Mattel, Inc. on  MGA Entertainment, Inc.'s counterclaim-in-reply for trade secret misappropriation. MGA Entertainment, Inc. is awarded $85 million in compensatory damages, $85 million in exemplary damages, $2,172,000 in attorneys' fees, and $350,000 in costs.

2. Judgment is entered for Mattel, Inc. and against MGA Entertainment, Inc. on MGA Entertainment, Inc.'s claims for common law unfair competition, statutory unfair competition, trade dress infringement, trade dress dilution, violation of 18 U.S.C. § 1962(c), unjust enrichment, and wrongful injunction.

3. Judgment is entered for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de CV, Isaac Larian, Omni 808 Investors, LLC, Carlos Gustavo Machado Gomez, and IGWT 826 Investments LLC and against Mattel, Inc. and Mattel de Mexico S.A. de CV on Mattel, Inc. and Mattel de Mexico S.A. de CV's claims for copyright infringement, intentional interference with contractual relations, trade secret misappropriation, violation of 18 U.S.C. § 1962(c), violation of 18 U.S.C. § 1964(c), violation of 18 U.S.C. § 1962(d), aiding and abetting breach of fiduciary duty, aiding and abetting breach of duty of loyalty, breach of contract, breach of fiduciary duty, breach of duty of loyalty, conversion, violations of Cal. Civ. Code §§ 3439.04(a)(1), 3439.04(a)(2), 3439.05, 3439.07, and 3439.08, prohibited distributions under Cal. Corp. Code §§ 501 and 506, breach of constructive trust,

unfair competition and declaratory relief. MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and Isaac Larian are awarded $105,688,073.00 in attorneys' fees and $31,677,104.00 in costs.

# PROOF OF SERVICE

I am over eighteen years of age, not a party in this action, and employed in the County of Orange, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, California 92626-1924.

On September 21, 2011, I served the attached:

**DECLARATION OF PETER N. VILLAR IN SUPPORT OF JOINT MOTION FOR INDICATIVE RULING ON MOTION FOR AMENDED JUDGMENT TO CORRECT CLERICAL MISTAKE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1**

On each interested party in this action, as follows:

    ☒    (BY ELECTRONIC MAIL) I electronically filed this document through the Court's CM/ECF systems and all parties who are registered with the Court's CM/ECF System received a copy by electronic mail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 21, 2011, at Costa Mesa, California.

/s/ Paul A. McConnell
_____
Paul A. McConnell

- 1 -

JOINT MOTION FOR INDICATIVE RULING ON MOTION FOR
AMENDED JUDGMENT
CV-04-9049 DOC (RNBx)

A/74523316.1