Todd E. Gordinier (State Bar No. 82200)
todd.gordinier@bingham.com
Peter N. Villar (State Bar No. 204038)
peter.villar@bingham.com
BINGHAM McCUTCHEN, LLP
600 Anton Boulevard, 18th Floor
Costa Mesa, California 92626
Telephone: (714) 830-0600
Facsimile: (714) 830-0700

Attorneys for Omni 808 Investors, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**[PROPOSED] INDICATIVE RULING ON MOTION FOR AMENDED JUDGMENT TO CORRECT CLERICAL MISTAKE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1**<br><br>Date: TBD<br>Time: TBD<br>Dept: Courtroom 9D<br><br>Trial Date: January 18, 2011<br>Judge: Hon. David O. Carter |

The Court has considered the Joint Motion For Indicative Ruling On Motion For Amended Judgment To Correct Clerical Mistake Pursuant To Federal Rule Of Civil Procedure 62.1, brought by Omni 808 Investors, LLC ("Omni"), Mattel, Inc. ("Mattel") and Isaac Larian ("Larian") and the MGA Parties ("MGA"), as well as the argument of counsel and the other pleadings and papers on file in this action, and good cause appearing, this Court hereby states that should the Ninth Circuit grant limited remand for the purpose of considering a joint motion to amend the final judgment order (Dkt. No. 10704) to correct a clerical error, this Court would grant the joint motion and amend the Judgment (Dkt. No. 10704) as follows: (1) adding the name "Omni 808 Investors LLC," on page 2 line 6, between the names "Isaac Larian" and "Carlos Gustavo Machado Gomez"; (2) adding the phrase "violation of 18 U.S.C. § 1964(c)" on page 2 line 10, between "violation of 18 U.S.C. § 1962(c)," and "violation of 18 U.S.C. § 1962(d)"; and (3) adding the phrase "violations of Cal. Civ. Code §§ 3439.04(a)(1), 3439.04(a)(2), 3439.05, 3439.07, and 3439.08, prohibited distributions under Cal. Corp. Code §§ 501 and 506, breach of constructive trust" on page 2 line 13, between "conversion" and "unfair competition."

DATED: _____, 2011

Hon. David O. Carter
United States District Court Judge

[PROPOSED] INDICATIVE RULING ON MOTION FOR AMENDED JUDGMENT
CV-04-9049 DOC (RNBx)

A/74523306.1

# PROOF OF SERVICE

I am over eighteen years of age, not a party in this action, and employed in the County of Orange, California at 600 Anton Boulevard, 18th Floor, Costa Mesa, California 92626-1924.

On September 21, 2011, I served the attached:

**[PROPOSED] INDICATIVE RULING ON MOTION FOR AMENDED JUDGMENT TO CORRECT CLERICAL MISTAKE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1**

On each interested party in this action, as follows:

☒ (BY ELECTRONIC MAIL) I electronically filed this document through the Court's CM/ECF systems and all parties who are registered with the Court's CM/ECF System received a copy by electronic mail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 21, 2011, at Costa Mesa, California.

/s/ Paul A. McConnell