```
 1                 UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3                       EASTERN DIVISION

 4                            - - -

 5        HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 6                            - - -

 7  MATTEL, INC.,                      )
                                       )
 8                    Plaintiff,       )
                                       )
 9            vs.                      ) CV 04-09049
                                       ) ED CV 08-00457-SGL
10  MGA, Inc., et. Al.,                )
                                       )
11                    Defendants.      )
    _____) SETTLEMENT CONFERENCE
12                                     )
    MGA INSURANCE CASES,                )
13  _____)

14

15
               REPORTER'S TRANSCRIPT OF PROCEEDINGS
16
                      Riverside, California
17
                   Friday, October 23, 2009
18
                          8:37 A.M.
19

20

21

22

23           THERESA A. LANZA, RPR, CSR
            Federal Official Court Reporter
24           3470 12th Street, Rm. 134
           Riverside, California  92501
25                951-274-0844
              WWW.THERESALANZA.COM
```

```
 1   APPEARANCES:

 2   On Behalf of Mattel, Inc.:

 3                       QUINN EMANUEL
                         BY:  JOHN QUINN
 4                       BY:  MICHAEL T. ZELLER
                         865 S. FIGUEROA STREET,
 5                       10th Floor
                         Los Angeles, California  90017
 6                       213-624-7707

 7
     On Behalf of MGA Entertainment:
 8
                         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 9                       BY:  THOMAS J. NOLAN
                         300 South Grand Avenue
10                       Los Angeles, California  90071-3144
                         213-687-5000
11

12   On Behalf of MGA Entertainment:

13                       SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
                         BY:  MICHAEL J. BIDART
14                       600 South Indian Hill Blvd.
                         Claremont, California  91711
15                       909-621-4935

16
     On Behalf of Lexington, National Union and AISLIC:
17
                         CHARTIS
18                       BY:  JAMES W. SCALISE
                         175 Water Street, 22nd Floor
19                       New York, NY  10038
                         212-458-2644

20

21   On Behalf of National Union and AISLIC

22                       DINKER, BIDDLE & REATH, LLP
                         BY:  MARK D. SHERIDAN
23                       500 Campus Drive,
                         Florham Park, New Jersey  07932-1047
24                       973-549-7336


25
     / / /
```

```
 1   APPEARANCES (Continued):

 2
     On Behalf of Lexington:
 3
                         McCORMICK BARSTOW LLP
 4                       BY:  JAMES P. WAGONER
                         5 River Park Place East
 5                       Fresno, California  93720
                         559-433-1300
 6

 7   On Behalf of Evanston:

 8                       TROUTMAN SANDERS
                         BY:  PAUL L. GALE
 9                       BY:  ERIK M. PRITCHARD
                         5 Park Plaza
10                       Suite 1400
                         Irvine, California  92614-2545
11                       949-622-2722

12
     On Behalf of Evanston:
13
                         MARKEL CLAIMS SERVICE CENTER
14                       BY:  SHARI R. MARKO
                         310 Highway 35 South
15                       Red Bank, New Jersey  07701
                         800-243-6869
16

17   On Behalf of Evanston:

18                       ROPERS MAJESKI KOHN BENTLEY
                         BY:  MARTA ARRIANDIAGA
19                       BY:  KIM KARELIS
                         515 South Flower Street,
20                       Suite 1100
                         Los Angeles, California  90071
21                       213-312-2000

22
     On Behalf of OMNI 808:
23
                         BINGHAM McCUTCHEN LLP
24                       BY:  PETER N. VILLAR
                         600 Anton Boulevard
25                       Costa Mesa, California  92626-1924
                         714-830-0640
```

```
 1   APPEARANCES (Continued):

 2
     On Behalf of CRUM & FORSTER:
 3
                         MUSICK PEELER
 4                       BY:   JENNIFER M. KOKES
                         One Wilshire Boulevard
 5                       Los Angeles, California   90017
                         213-629-7618
 6

 7   ALSO PRESENT:       Bob Eckert, Mattel
                         Bob Normile, Mattel
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X

 2                                              Page

 3   Settlement conference.........................   6
```

```
 1        RIVERSIDE, CALIFORNIA; FRIDAY, OCTOBER 23, 2009; 8:37 A.M.
 2                              -oOo-
 3            THE CLERK:  Calling calendar item number one, MGA             08:36
 4   insurance cases, case number ED CV 08-00457-SGL, and case
 5   number CV 04-09049-SGL, Mattel versus MGA.
 6            May we have counsel please come forward and state
 7   your appearances for the record.
 8            MR. BIDART:  Michael Bidart on behalf of MGA and
 9   Isaac Larian on the insurance cases.
10            MS. HURST:  Annette Hurst for MGA and Isaac Larian,          08:37
11   in the Mattel case.  And I think we're short a few people
12   still, here.
13            MR. GALE:  Paul Gale on behalf of Evanston Insurance
14   Company; and Erik Pritchard also.
15            MS. ARRIANDIAGA:  Marta Arriandiaga, Ropers Majeski,         08:38
16   on behalf of Evanston.
17            MR. WAGONER:  James Wagoner, McCormick Barstow, on
18   behalf of Lexington.
19            MS. KOKES:  Jennifer Kokes, on behalf of Crum &
20   Forster Specialty Company.                                            08:38
21            MR. SHERIDAN:  Mark Sheridan, Drinker Biddle, on
22   behalf of AISLIC and National Union.
23            MR. VILLAR:  Peter Villar with Bingham & McCutchen on
24   behalf of OMNI 808.
25            THE COURT:  Okay.                                            08:38
```

```
 1              I guess we're still waiting for Mattel to show up.
 2              I'll repeat this for everyone's benefit later on, but
 3   I wanted to start with, just to make sure everybody understood,
 4   the ground rules for moving forward here.  The Court has
 5   received and reviewed the settlement position papers that you      08:39
 6   submitted, and I appreciate everyone taking the time and effort
 7   to submit those.  I know a lot of thought has gone into those.
 8   The Court has reviewed those, of course, as well as various
 9   other matters that are pending that are relevant, I think, to
10   trying to resolve the matter today, or the various matters.        08:40
11              One thing that the Court wanted to make clear to
12   everybody was that the settlement conference that takes place
13   today is strictly between this Court and the parties.  What I
14   intend to do at the end of today is take all of the documents
15   that you have submitted to me and shred them.  And, of course,     08:40
16   any discussion that takes place today is strictly between us.
17              I'm going to tell Judge Carter one of two things:
18   Either the case has settled, or portions of the case have
19   settled, or whatever it is, or it's not settled.  And that is
20   it.                                                                08:41
21              I say that because I really hope that people are as
22   frank and honest and candid as they can be.  I don't want there
23   to be any concern that any position that's taken today or any
24   disclosure that is made today or anything that is said today is
25   somehow going to make its way back to Judge Carter or anybody      08:41
```

1  else associated with this case.  I really want the parties and
2  counsel to take an opportunity of the fact that I'm a short-
3  timer on the bench; I'll be going on to other things very
4  quickly here.  Obviously I have a lot of background in these
5  particular matters, and I'm hoping that whatever benefit that                08:41
6  can be for the parties and counsel, great, but beyond that, the
7  Court's interest in the case ends -- or this Court's interest
8  in the case ends; the bigger Court, I suppose, continues to be
9  interested as long as there's a case.  But I really want to
10 emphasize the importance of being as candid as you can today.               08:41
11 And you have my solemn word that nothing will go beyond our
12 proceedings today other than a report on whether or not and to
13 what extent settlement was achieved.
14         There is undoubtedly going to be a lot of down time
15 today because I'm going to be meeting with parties and counsel              08:42
16 individually in chambers; there will be a lot of back and
17 forth; so I ask your patience to bear with me on that.  I trust
18 you all have your Blackberrys and other things, so please feel
19 free to do whatever it is that you want to do in the interim.
20         Good morning, Mr. Quinn.                                            08:42
21     **MR. QUINN:**  Good morning, your Honor.
22         I apologize for being late.
23     **THE COURT:**  In any event, while we're waiting for the
24 rest of the teams to show up, I'd like to start by meeting with
25 some of the insurance entities, and I'd like to start with                  08:42

Friday, October 23, 2009                                    Settlement Conference

```
 1  Evanston.
 2          Mr. Pritchard, Mr. Gale, if there's anybody else
 3  associated with your team that you think should come back, why
 4  don't we start with you.  And then once the Mattel and MGA
 5  teams are fully assembled, please let Ms. Sasse know and we'll          08:43
 6  take it at the top from that point.
 7          **UNIDENTIFIED SPEAKER:**  Should we stay in the
 8  courtroom or can we go in the hallway?
 9          **THE COURT:**  Feel free to go out in the hallway; just
10  be on the floor here someplace.  There's a conference room,            08:43
11  there's two conference rooms in the vestibule of the courtroom
12  here; there is also a couple of ADR rooms, I don't think anyone
13  is using those today; so at least four conference rooms on this
14  floor.
15          If that's still not enough and you want to have a               08:43
16  place where there is more privacy, we can open up some rooms
17  upstairs; just let Ms. Sasse know and we'll try to accommodate
18  you all.
19          **UNIDENTIFIED SPEAKER:**  Thank you.
20          **THE COURT:**  Evanston, if you would come back, please.      08:43
21          (Chambers talks ensue.)
22          (Lunch recess taken.)
23          (Settlement conference concluded at 4:10 P.M.)
24  / / /
25  / / /
```

1       CERTIFICATE

2

3   I hereby certify that pursuant to section 753, title 28, United
    States Code, the foregoing is a true and correct transcript of
4   the stenographically recorded proceedings held in the above-
    entitled matter and that the transcript page format is in
5   conformance with the regulations of the Judicial Conference of
    the United States.

6

7   _____          _____
    THERESA A. LANZA, CSR, RPR                        Date
8   Federal Official Court Reporter

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25