ANNETTE L. HURST (BAR #148738)
ahurst@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
TELEPHONE: (415) 773-5700
FACSIMILE: (415) 773-5759

WILLIAM A. MOLINISKI (BAR #145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE, LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
TELEPHONE: (213) 629-2020
FACSIMILE: (213) 612-2499

THOMAS S. MCCONVILLE (BAR #155905)
tmcconville@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE, LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
TELEPHONE: (949) 567-6700
FACSIMILE: (949) 567-6710

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>**DECLARATION OF FRANK A. CIALONE IN SUPPORT OF MOTION OF ORRICK, HERRINGTON & SUTCLIFFE LLP TO WITHDRAW AS COUNSEL FOR THE MGA PARTIES**<br><br>Date:      October 24, 2011<br>Time:     8:30 a.m.<br>Dept:     Courtroom 9D<br>Judge:   Hon. David O. Carter |

Case No.
CV 04-9049-DOC

DECL. OF FRANK A. CIALONE IN SUPPORT OF ORRICK'S MOTION TO WITHDRAW AS COUNSEL FOR MGA PARTIES

I, Frank A. Cialone, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a Partner at Shartsis Friese LLP, counsel for Orrick, Herrington, & Sutcliffe LLP ("Orrick") related to the fee dispute between Orrick and MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., MGAE de Mexico, S.R.L. de C.V., and Isaac Larian (collectively, "MGA"). I make this Declaration in support of Orrick's Motion to Withdraw as Counsel for the MGA Parties. This Declaration is based on my own personal knowledge, and if called to testify as a witness, I could and would testify truthfully to the facts stated herein, except such facts that are stated on the basis of information and belief, and for such facts, I am informed and believe such facts to be true.

2. On or about August 5, 2011, MGA instituted arbitration proceedings against Orrick with the American Arbitration Association ("AAA") seeking at least $10 million relating to legal services provided by Orrick to MGA in the above-captioned matters (the "Mattel Action"). On September 20, 2011, MGA dismissed the AAA arbitration without prejudice. This dismissal is based on an agreement reached between MGA and Orrick that MGA's claims and Orrick's related fee claims could be arbitrated before JAMS, instead of AAA (the forum selected in the engagement agreement between Orrick and MGA).

3. On September 6, 2011, Orrick advised MGA in writing that it was resigning as counsel for MGA effective immediately and that it would take all actions necessary to give effect to the resignation and to provide for an orderly transition to MGA's designated counsel.

4. I have met and conferred with attorneys from Connor, Fletcher & Williams LLP, counsel representing MGA with respect to its claim against Orrick and the fee dispute with Orrick. In these conversations and letters, including a telephone conversation on September 9, 2011, I indicated that because MGA refused to acknowledge Orrick's resignation, Orrick intended to formalize its resignation as counsel for MGA by seeking leave of the Court to withdraw as counsel in the Mattel Action because, although judgment has been entered and Orrick does not represent MGA for purposes of appeal, there remain certain post-judgment, predominantly procedural, details pending before the District Court and the matter has not yet been administratively closed. Counsel for MGA informed me that MGA will not stipulate to the

1

| Case No. | DECL. OF FRANK A. CIALONE IN SUPPORT OF ORRICK'S |
| CV 04-9049-DOC | MOTION TO WITHDRAW AS COUNSEL FOR MGA PARTIES |

1  withdrawal. Counsel for MGA has also informed me that MGA does not intend to pay the fees and expenses currently due and owing Orrick, or those that will come due in the future.

5. In addition to Orrick, MGA is represented in the Mattel Action by Skadden, Arps, Slate, Meagher & Flom LLP and Keller Rackauckas LLP. Accordingly, Orrick's withdrawal as counsel for MGA will not leave MGA unrepresented in the Mattel Action. However, in order to be in strict compliance with Central District Local Rule 83-2.9.2.3, on September 22, 2011, I informed MGA in writing, through its counsel Connor, Fletcher & Williams LLP, of the consequences of the MGA corporate entities' inability to appear pro se in federal court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 23, 2011 at San Francisco, California.

_____
FRANK A. CIALONE