UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 04-9049 DOC (RNBx)            Date: September 23, 2011

Title: CARTER BRYANT, ET AL  v. MATTEL, ET AL

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

    Dwayne Roberts                                  Not Present
Courtroom Clerk                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER TAKING MATTER UNDER SUBMISSION

      Before the Court is a Motion to Intervene filed by Crum and Forster Specialty Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; and Chartris Specialty Insurance Company (dkt. 10724) in the above-captioned case.  The Court finds this matter appropriate for decision without oral argument.  Fed. R. Civ. P. 78; Local Rule 7-15.

      Accordingly, the hearing set for September 26, 2011at 8:30 a.m. is removed from the calendar.  Parties will be served with the Court's ruling.

      The Clerk shall serve a copy of this minute order on counsel for all parties in this action.