Hon. James L. Smith (Ret.)
JAMS
500 N. State College Blvd.
Suite 600
Orange, CA 92868
Telephone: (714) 939-1300
Fax: (714) 939-8710

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC. A Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., A California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER RE COMPENSATION FOR COURT-APPOINTED E-DISCOVERY CONSULTANT**<br><br>(September 18, 2011) |

The undersigned having been appointed Special Master to hear and submit reports and recommendations to the Court regarding electronic discovery issues hereby submits the following Report and Recommendation.

1

# REPORT

Pursuant to stipulation of all parties the Court ordered (Order) the Special Master to retain an electronic discovery forensic consultant to serve as a neutral expert in this action pursuant to Federal Rules of Evidence § 706. The Special Master selected International Litigation Services (ILS) to serve in this capacity. The Order also provides the Special Master shall receive and review statements for services rendered by ILS and submit to the Court a report and recommendation regarding payment.

Attached hereto as "Exhibit A" is the Statement of ILS for services rendered during August, 2011, in the total amount of $8,340.00. The Special Master has reviewed the Statement and finds the charges contained therein accurately reflect work done at the request of the Special Master pursuant to Court order(s), and the amount of such charges are reasonable. The Special Master will recommend the Court order payment of this amount by Mattel and MGA, each party to pay one-half of the total.

# RECOMMENDATION

The Report of Special Master contained herein is accepted and approved.

Mattel and MGA shall, within 10 days of this order, each pay to International Litigation Services (ILS) the following in compensation for services rendered by ILS in its capacity as Court-appointed electronic discovery forensic consultant:

Mattel:    $4,170.00

MGA:      $4,170.00

Date: September 8, 2011

James L. Smith
Discovery Referee

**IT IS SO ORDERED.**

Date: September _____, 2011

Hon. David O. Carter
Federal District Court Judge

# Exhibit A

September 13, 2010, REPORT AND RECOMMENDATION OF
SPECIAL MASTER RE CONSULTANT COMPENSATION

International Litigation Services, Inc.
65 Enterprise
Aliso Viejo, CA  92656

(888)313-4457



# Invoice

| DATE | INVOICE # |
|---|---|
| 08/31/2011 | 2630 |
| TERMS | DUE DATE |
| Due on receipt | 08/31/2011 |

**BILL TO**
JAMS
Attn: Judge James Smith

| Contact Name | Reference |
|---|---|
| Judge James Smith | Mattel vs. MGA Entertainment |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 08/31/2011 | Services provided for the month of August | 1 | | 0.00 |
| 08/31/2011 | Data Hosting fees for maintaining online access to the Brawer Data | 1 | 1,975.00 | 1,975.00 |
| 08/31/2011 | Data Hosting Fees for maintaining processed dataset from Archive One. Processed data size is over 67 GB of data | 67 | 95.00 | 6,365.00 |

Thank you for your Business.

| | TOTAL | $8,340.00 |
|---|---|---|

All past due accounts will be subject to a service charge of 1.5% per month. (18% Annually)

## PROOF OF SERVICE BY U.S. MAIL

Re: Mattel, Inc. vs. MGA Entertainment, Inc.
Reference No. 1200042828

I, Sue Stockwell, not a party to the within action, hereby declare that on September 26, 2011 I served the attached REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER RE COMPENSATION FOR COURT-APPROVED E-DISCOVERY CONSULTANT on the parties in the within action by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, Orange, CALIFORNIA, addressed as follows:

John B. Quinn Esq.
Michael T. Zeller Esq.
B. Dylan Proctor Esq.
Quinn Emanuel Urquhart, et al.
865 S. Figueroa St.
10th Floor
Los Angeles, CA   90017
    Parties Represented:
    Mattel, Inc.

Thomas S. McConville Esq.
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza
Suite 1600
Irvine, CA   92614
    Parties Represented:
    MGA Entertainment, Inc.

Joseph C. Sarles Esq.
Quinn Emanuel Urquhart, et al.
865 S. Figueroa St.
10th Floor
Los Angeles, CA   90017
    Parties Represented:
    Mattel, Inc.

Diana M. Rutowski Esq.
Ms. Denise Mingrone
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Rd.
Menlo Park, CA   94025

Warrington Parker III Esq.
Annette L. Hurst Esq.
Orrick, Herrington & Sutcliffe LLP
405 Howard St.
The Orrick Building
San Francisco, CA   94105
    Parties Represented:
    MGA Entertainment, Inc.

Alexander Cote Esq.
Scheper Kim & Harris LLP
601 W. Fifth St.
12th Floor
Los Angeles, CA   90071
    Parties Represented:
    Gustavo Machado

Paul B. Rorie Esq.
L/O Paul B. Rorie
18411 Crenshaw Blvd Ste 360
Torrance, CA   90504
    Parties Represented:
    Ron Brawer

Mr. Ketan Parekh
International eDiscovery Experts
350 South Figueroa St.
Ste. 505
Los Angeles, CA   90071

Parties Represented:                              Parties Represented:
Isaac Larian
MGA Entertainment HK
MGA Entertainment, Inc.
MGA de Mexico S.R.L.

I declare under penalty of perjury the foregoing to be true and correct. Executed at Orange, CALIFORNIA, on September 26, 2011.

_____
Sue Stockwell