Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

THE HON. DAVID O. CARTER, JUDGE PRESIDING

```
MATTEL INC.,                        )
                                    )
              Plaintiff,            )
                                    )
       vs.                          ) No. CV 04-9049-DOC
                                    )
MGA ENTERTAINMENT, INC.,            )
                                    )
              Defendant.            )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

SANTA ANA, CALIFORNIA

TUESDAY, DECEMBER 21, 2010

2:30

Maria Beesley-Dellaneve, RPR, CSR 9132
Official Federal Reporter
Ronald Reagan Federal Building, room 1-053
411 West 4th Street
Santa Ana, California 92701
(714) 564-9259

bf176258-6f44-4565-896c-17879b8173c6

```
 1    APPEARANCES OF COUNSEL:

 2    FOR THE PLAINTIFF:    QUINN EMANUEL URQUHART OLVER & HEDGES
                            BY:  MICHAEL ZELLER, ESQ.
 3                          and  JOHN QUINN, ESQ.
                            865 S. FIGUEROA
 4                          10TH FLOOR
                            LOS ANGELES, CALIFORNIA 90017
 5                          (213)443-3000

 6
      FOR THE DEFENDANTS:   ORRICK, HERRINGTON & SUTCLIFFE
 7                          BY:  ANNETTE HURST, ESQ.
                            405 HOWARD STREET
 8                          SAN FRANCISCO, CALIFORNIA 94105
                            (415)773-5700
 9

10
      FOR THE DEFENDANTS:   ORRICK HERRINGTON & SUTCLIFFE
11                          BY:  THOMAS MCCONVILLE, ESQ.
                            4 PARK PLAZA
12                          SUITE 1600
                            IRVINE, CALIFORNIA 92614
13                          (949)567-6700

14
      ALSO PRESENT:         KELLER RACKAUCKAS
15                          BY:  JENNIFER KELLER, AAL
                            18500 VON KARMAN AVENUE
16                          SUITE 560
                            IRVINE, CALIFORNIA 92612
17

18                          GLASER WEIL ET AL LLP
                            BY:  PATRICIA GLASER, AAL
19                          10250 CONSTELLATION BLVD, 19TH FLOOR
                            LOS ANGELES, CA 90067
20

21

22

23

24

25
```

Page 3

```
 1              SANTA ANA, CALIFORNIA; TUESDAY, DECEMBER 21, 2010
 2         THE COURT:  Back on the record with Mattel and MGA.
 3         And counsel?
 4         MS. GLASER:  Patricia Glaser, Your Honor, for the
 5  record.  We are cognizant of Your Honor's order yesterday, ruling
 6  yesterday, and I will be stepping out of the case and Jennifer
 7  Keller will be coming in.
 8         THE COURT:  Okay.  Ms. Keller, welcome.
 9         MS. KELLER:  Thank you, Your Honor.
10         THE COURT:  Why don't you have a seat.
11         And Mr. Larian, is this with your consent?
12         MR. LARIAN:  Yes, Your Honor.
13         THE COURT:  Okay.  You are aware of the trial dates?
14         MS. KELLER:  I am, Your Honor.
15         THE COURT:  I expect to hear -- and before you come into
16  the case, let's have a discussion about that so you have the
17  opportunity of deciding whether you really want to come into the
18  case or not.  Please.
19         MS. KELLER:  Your Honor, I think a couple of things
20  would have to happen before I can have a meaningful discussion
21  with the Court.  I suspect that I would need to know the outcome
22  of the summary judgment motions because that will effect the
23  length of the trial and the amount of preparation.
24         THE COURT:  Depends how much time we take today and
25  tonight.
```

1    **MS. KELLER:** I'm available tonight as late as the Court
2 needs to go. But there are some other issues, Your Honor, that I
3 think would have to be discussed in camera because of
4 attorney-client privilege issues. And I don't know that I'm
5 prepared to do that right now. If the Court wants me to, I can.
6    **THE COURT:** No, I'm not going to pressure you. I just
7 don't know whether to state that you're counsel of record and Ms.
8 Glaser is now out of the case, and Ms. Glaser is still in the
9 case; allowing you to come into the case or not.
10    In other words, Ms. Hurst is still counsel of record.
11    Mr. McConville, apparently you need to come forward
12 also. Welcome back.
13    **MS. HURST:** Your Honor, I think we should request a
14 further in camera hearing at this point. I apologize, but I think
15 it's going to be necessary.
16    **THE COURT:** All right. I know Mattel waits with bated
17 breath, but apparently you'll be waiting out in the hallway. Why
18 don't you go to Starbucks and have a cup of coffee. And remember,
19 I'm ready to hand down the summary judgment ruling that everybody
20 is interested in when I have about another eight hours. But until
21 I have that eight hours, you'll have to bear with me. Because if
22 this is the way we want to spend our time, welcome.
23    Now, in addition to that, I'm not going to hand down the
24 RICO's. In other words, the copyright, etcetera, that we have
25 worked on will come out. But we need time to thoughtfully write

Page 5

1  the RICO, although I've made some tentative decisions on that.  I
2  still want that in written form because by habit I want to write
3  it, look at it, make certain I feel strongly about that, and I'm
4  still undertaking some revisions today.  So that's why.
5          Until I get those eight hours, we'll see you Christmas
6  Eve.  Go to Starbucks and have a nice day.  We'll find you at
7  Starbucks or wherever.
8          Now, how would you like to proceed in camera?  Is
9  Mr. Overland still going to be with us or will he be waiting out
10 in the hallway?  I would think he would be waiting out in the
11 hallway.
12         **MS. HURST:**  I would imagine, Your Honor, that the only
13 people who should be present should be the client and his
14 attorneys.
15         **MR. OVERLAND:**  I'm gone.
16         **THE COURT:**  Thank you very much, Mr. Overland.  You are
17 never gone but you are just in the hallway, and I appreciate your
18 courtesy.
19         What about Mr. McConville?  Should he be excluded?
20         **MS. HURST:**  No, Mr. McConville should remain, Your
21 Honor, as should Mr. Parker.
22         **THE COURT:**  And Mr. Parker, should you be here?
23         **MR. PARKER:**  Understood.
24         **THE COURT:**  How about all the other parties?
25         **MS. HURST:**  Your Honor, I would ask that Ms. Glaser be

1  allowed to remain only because I think she may be necessary to
2  some of the discussions.
3          **THE COURT:**  I'm at your discretion.  I'm not quite
4  certain where we are going, so let me trust your wisdom.
5          **MS. KELLER:**  I don't believe have we have any privilege
6  issues with Ms. Glaser.
7          **THE COURT:**  I don't know.
8          Ms. Glaser, is that acceptable to you?
9          **MS. GLASER:**  Certainly.
10         **THE COURT:**  Ms. Hurst, acceptable to you?
11         **MS. HURST:**  Absolutely.
12         **THE COURT:**  And I don't know why the other parties are
13 present, though.  I think that we want to cut this down to a
14 minimum.  In camera means in camera, and there are too many people
15 who have been talking to the press the last four years about this
16 case.
17         So for your edification, if you want Mr. Larian to
18 remain, so be it.  Beyond that, I think everybody else is
19 excluded.
20         **MS. KELLER:**  And general counsel, Ms. Pisoni, I would
21 like her to remain as well.
22         **THE COURT:**  Counsel, I'll --
23         **MS. HURST:**  I need to take instruction from somebody on
24 behalf of MGA.  So I think that's probably -- Your Honor, I would
25 request that she be permitted to remain.

Page 7

1        **THE COURT:**  If you both agree, I'll bow to your wisdom.
2   All the other persons should remain out in the hallway.
3        Let's look around and identify the people who are
4   present.  Ms. Hurst, Ms. Glaser, Ms. Keller, and Mr. McConville,
5   Mr. Parker, counsel for MGA, and Mr. Larian.
6        Now Mr. Larian, I want to caution you, I don't want to
7   speak to you unless there is a reason.  I don't want to become
8   chatty with you.  I wouldn't do that with Mr. Eckert.
9        It's nice to see you here, sir.  I want you remain
10  silent unless called upon by your counsel, whoever they are.
11    (Whereupon proceedings were held under seal upon order of the
12  Court.)
13                              -oOo-
14                            CERTIFICATE
15
16       I hereby certify that pursuant to Section 753, Title 28,
17  United States Code, the foregoing is a true and correct transcript
18  of the stenographically reported proceedings held in the
19  above-entitled matter.
20
21  Date:  DECEMBER 22, 2010
22
23  _____
24  MARIA DELLANEVE, U.S. COURT REPORTER
    CSR NO. 9132
25