Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

THE HON. DAVID O. CARTER, JUDGE PRESIDING

```
MATTEL INC.,                          )
                                      )
              Plaintiff,              )
                                      )
       vs.                            ) No. CV 04-9049-DOC
                                      )
MGA ENTERTAINMENT, INC.,              )
                                      )
              Defendant.              )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

SANTA ANA, CALIFORNIA

THURSDAY, SEPTEMBER 9 , 2010

VOLUME I

Maria Beesley-Dellaneve, RPR, CSR 9132
Official Federal Reporter
Ronald Reagan Federal Building, room 1-053
411 West 4th Street
Santa Ana, California 92701
(714) 564-9259

9010d67a-ad3f-492e-a58b-e0d7770febbe

```
 1   APPEARANCES OF COUNSEL:

 2   FOR THE PLAINTIFF:   QUINN EMANUEL URQUHART OLVER & HEDGES
                          BY:  MICHAEL ZELLER, ESQ.
 3                        and  SUSAN ESTRICH, AAL.
                          865 S. FIGUEROA
 4                        10TH FLOOR
                          LOS ANGELES, CALIFORNIA 90017
 5                        (213)443-3000

 6
     FOR THE DEFENDANTS:  ORRICK, HERRINGTON & SUTCLIFFE
 7                        BY:  ANNETTE HURST, ESQ.
                          405 HOWARD STREET
 8                        SAN FRANCISCO, CALIFORNIA 94105
                          (415)773-5700
 9

10
     FOR THE DEFENDANTS:  ORRICK HERRINGTON & SUTCLIFFE
11                        BY:  THOMAS MCCONVILLE, ESQ.
                          4 PARK PLAZA
12                        SUITE 1600
                          IRVINE, CALIFORNIA 92614
13                         (949)567-6700

14

15

16

17

18

19

20

21

22

23

24

25
```

9010d67a-ad3f-492e-a58b-e0d7770febbe

1        SANTA ANA, CALIFORNIA; THURSDAY, SEPTEMBER 9, 2010

2                              -OOO-

3            **THE COURT:** The parties are present on MGA and Mattel's

4   matter.

5            And the first issue is the motion to compel production

6   of documents concerning Mattel Mexico's possession of the

7   competitor's information. This involved, of course, the

8   allegation involving Sal Villasenor, amongst other things,

9   sneaking into MGA and trying to allegedly get into their showrooms

10  and other competitors' showrooms.

11           So, counsel, Mr. Zeller?

12           **MS. ESTRICH:** We're arguing the opposition. Did you

13  want us to --

14           **THE COURT:** We'll start, but -- it's always a pleasure

15  to see you.

16           **MS. ESTRICH:** It's pleasure to see you.

17           **THE COURT:** In fact, you brighten my day.

18  Unfortunately, you are not arguing.

19           **MS. ESTRICH:** That's up to you, Your Honor.

20           **THE COURT:** Any agreement -- remember, if I ever get the

21  parties to agree to something, that's fine. But I'm very clear.

22  They reach an accommodation, that's fine, you can come in. But

23  it's mutual then in the future. And I'm a little -- first of all,

24  you are a bright light in the Court's life. It's a pleasure to

25  have you here. I want you on the record. Your arguments are

9010d67a-ad3f-492e-a58b-e0d7770febbe

Page 4

1  excellent.

2  The problem is that I have let everybody either get out
3  or come in. And now since we have been so hard at litigation, and
4  since you both have decided to take a lot of the Court's
5  resources, I'm now taking your resources. Let me say that
6  publicly. Your law firms don't count any longer. Your schedules
7  don't count any longer. Every Saturday belongs to me. Every
8  Labor Day, every holiday if I want it. So therefore, I'm not
9  being abrupt with you.

10  Counsel knew this. And apparently I just received a
11  fax. And what is not fair is that Mr. Quinn was able to argue
12  last night, and wanted to. MGA didn't want to proceed at
13  11:00 o'clock. So that's not fair to Mr. Quinn. But it's not
14  fair also that I'm not notified of that and Mr. Quinn just takes
15  it, if he's a legend in his own mind, to get on a plane.

16  Okay. Now, Mr. Zeller is prepared. And unless there is
17  an accommodation, he is arguing. But you are more than welcome to
18  be present. I appreciate your presence.

19  Counsel on behalf of MGA?

20  **MR. MCCONVILLE:** Thank you, Your Honor. Tom McConville
21  on behalf of MGA.

22  **THE COURT:** Remember this works just the same way in the
23  future. You and Ms. Hurst, and that's it.

24  **MR. MCCONVILLE:** Understood, Your Honor.

25  **THE COURT:** And there won't be a third attorney coming

Page 5

1   into this case.

2   **MR. MCCONVILLE:** Could we have a second, Your Honor?

3   **THE COURT:** You may confer. I think you should confer.

4   (Counsel confer)

5   **THE COURT:** Counsel?

6   **MS. HURST:** We'll agree to the accommodation.

7   **THE COURT:** I'm not sure I will, because then what will
8   happen is that there will be an accommodation on your side and
9   then an accommodation back, and pretty soon I won't have the
10  responsible attorneys involved in the litigation. We'll be right
11  back to associates who are -- could I go off the record for a
12  moment?

13  **MS. HURST:** Sure.

14  **THE COURT:** Because I'm going to say something
15  uncomplimentary. I never want to hurt you in front of your
16  clients. Right? So we're off the record.

17  (Discussion held off the record.)

18

19                           -oOo-

20

21                         CERTIFICATE

22

23      I hereby certify that pursuant to Section 753, Title 28,
24  United States Code, the foregoing is a true and correct transcript
25  of the stenographically reported proceedings held in the

9010d67a-ad3f-492e-a58b-e0d7770febbe

Page 6

1  above-entitled matter.

2

3  Date:   SEPTEMBER 13, 2010

4

5

6  MARIA DELLANEVE, U.S. COURT REPORTER
   CSR NO. 9132