UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., <br>     Plaintiff(s), <br> v. <br> MGA ENTERTAINMENT, INC., <br>     Defendant(s). | CASE NO. CV 04-9049 DOC (RNBx) <br><br> **O R D E R Indicative Ruling on Motion for Amended Judgment** |

    The Court has considered the Joint Motion For Indicative Ruling On Motion For Amended Judgment To Correct Clerical Mistake Pursuant To Federal Rule Of Civil Procedure 62.1, brought by Omni 808 Investors, LLC ("Omni"), Mattel, Inc. ("Mattel") and Isaac Larian ("Larian") and the MGA Parties ("MGA"), as well as the argument of counsel and the other pleadings and papers on file in this action, this Court hereby states that should the Ninth Circuit grant limited remand for the purpose of considering a joint motion to amend the final judgment order (Dkt. No. 10704), this Court would grant as unopposed the joint motion and amend the Judgment (Dkt. No. 10704) as follows: (1)

1  adding the name "Omni 808 Investors LLC," on page 2 line 6, between the names
2  "Isaac Larian" and "Carlos Gustavo Machado Gomez"; (2) adding the phrase
3  "violation of 18 U.S.C. § 1964(c)" on page 2 line 10, between "violation of 18 U.S.C. §
4  1962(c)," and "violation of 18 U.S.C. § 1962(d)"; and (3) adding the phrase "violations
5  of Cal. Civ. Code §§ 3439.04(a)(1), 3439.04(a)(2), 3439.05, 3439.07, and 3439.08,
6  prohibited distributions under Cal. Corp. Code §§ 501 and 506, breach of constructive
7  trust" on page 2 line 13, between "conversion" and "unfair competition."

IT IS SO ORDERED.
DATED: October 13, 2011

_____
DAVID O. CARTER
United States District Judge