UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE DAVID O. CARTER, JUDGE PRESIDING

MATTEL, INC.,
          Plaintiff,
vs.
                            CV-04-9049-DOC
MGA ENTERTAINMENT, INC.,
          Defendant.
_____

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

August 27, 2010

SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(714) 543-0870

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiff:

 3   JOHN QUINN
     MICHAEL ZELLER
 4   QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
     865 Figueroa Street, 10th Floor
 5   Los Angeles, CA  90017
     (213) 443-3180
 6

 7   For the Defendant:

 8   ANNETTE HURST
     ORRICK, HERRINGTON & SUTCLIFFE LLP
 9   The Orrick Building
     405 Howard Street
10   San Francisco, CA  94105
     (415) 773-4585
11

12   THOMAS MCCONVILLE
     ORRICK, HERRINGTON & SUTCLIFFE LLP
13   4 Park Plaza, Suite 1600
     Irvine, CA  92614
14   (949) 567-6700

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   SANTA ANA, CALIFORNIA; FRIDAY, AUGUST 27, 2010; 3:45 P.M.
 2              (Plaintiff's counsel not present.)
 3              (The following proceedings were
 4              in-camera under seal.
 5              (Recess.)
 6              THE COURT:  We are back on the record in MGA
 7   versus Mattel.  Once again I am going to ask the Mattel
 8   entities to remain in the hallway.
 9              (Plaintiff's counsel exit courtroom.)
10              (The following proceedings were
11              in-camera under seal.)
12              THE COURT:  I am going to invite Mattel back into
13   the courtroom.
14              (Plaintiff's counsel enter courtroom.)
15              THE COURT:  Now, this portion is not in-camera.
16   This is with Mattel present.
17              I am going to ask both parties to compile all
18   depositions and trial testimony of Mr. Larian about what he
19   believed about the conception date of Bratz, how he learned
20   about the conception date of Bratz, and all efforts he took
21   to learn about the conception date of Bratz.  Now, I don't
22   propose to get swallowed with voluminous documents of
23   minutia.  Therefore, I don't think that you have answered my
24   question by just dumping three days of testimony on the
25   Court.  You are going to do the work.
```

1       I am going to say it again one more time.  Both
2  parties are ordered to compile all deposition and trial
3  testimony concerning Mr. Larian's testimony -- depositional,
4  trial, including interrogatories if you have them -- about
5  what he believed about the conception date of Bratz, how he
6  learned about the conception date of Bratz, and all efforts
7  he took to learn about the conception date of Bratz.
8       The Court has already spent significant time, and
9  I am not certain I have a complete record.  I think in an
10 adversarial proceeding it's better that counsel feel
11 comfortable that they have submitted these documents to the
12 Court.  I would hate to be in a position of making some
13 decisions I may be making and later have the Circuit say
14 that the Court didn't have an adequate record or didn't have
15 adequate facts at their disposal.
16      How long do you think it will take to compile that
17 from Mattel's perspective?
18      MR. QUINN:  The end of the day Monday.
19      THE COURT:  How long does MGA believe it will take
20 to compile that?
21      MS. HURST:  With a new trial motion due on Monday,
22 it may take us another day or two after that.
23      THE COURT:  Let's say Tuesday by 5:00, and then I
24 will order the parties back into session at 5:00 that
25 evening.  You may be sitting here watching the Court read or

```
 1   in the back.  That's partially what you were doing today.
 2   If I have already read it, it will speed the process.  I may
 3   have already read a good portion of this.  I'm not certain.
 4   I need to go back into an in-camera session again.
 5            I apologize, but if Mattel would wait out in the
 6   hallway, we haven't quite finished yet.
 7            MS. HURST:  Shall I recall Mr. Larian?
 8            THE COURT:  No.  For a moment, let me have Mr.
 9   Larian remain in the hallway, and then if you choose to in
10   light of my question, you can bring the gentleman back in.
11            Mattel is excused to the hallway.
12            (Plaintiff's counsel exits courtroom.)
13            (The following proceedings were
14            in-camera under seal.)
15            THE COURT:  Counsel, why don't we ask Mattel to
16   join us again.  I don't think that there is anything further
17   this evening.
18            (Plaintiff's counsel present.)
19            THE COURT:  I need Mr. Larian back here at 5:00 on
20   Wednesday.  He may be going down the hallway.  Mr.
21   McConville get him.
22            Is there any reason why he can't be here at 5:00
23   Wednesday?
24            MR. ZELLER:  That may be the day that we had
25   scheduled a further session of his 30(b)(6) deposition.
```

1     THE COURT: That's going to take place right here
2 isn't it?
3     MS. HURST: Yes.
4     THE COURT: Then why can't be here at 5:00?
5     MR. ZELLER: We can adjourn. Sure.
6     (Mr. Larian enters courtroom.)
7     THE COURT: Mr. Larian, I am going to order you
8 back at 5:00 p.m. on Wednesday after the 30(b)(6). We are
9 all aware of the 30(b) deposition Wednesday. You are
10 already down here. I think it saves you going up and down
11 the highway, and that gives counsel time to gather the
12 information and try to inconvenience you as little as
13 possible. You are ordered back at 5:00. Thank you very
14 much.
15     All right, Counsel, I look forward to your
16 filings. Depending on whether I have already read that or
17 not, it goes quickly. If I haven't, you will sit while I
18 read just like this morning. Have a nice weekend.
19     MR. MCCONVILLE: Are we coming back Tuesday night,
20 too, Your Honor?
21     MS. HURST: We we're going to come on Tuesday for
22 the argument on all the motions and --
23     THE COURT: Let's vacate Tuesday. If I can get
24 you up and down the freeway as little as possible also --
25 well, just a moment.

```
 1              (Pause in proceedings.)
 2              THE COURT:  Let's vacate Tuesday and just keep
 3    Wednesday and Friday right now.  Would that save you a day?
 4    That would be economical as much as possible, but I need to
 5    get to the bottom of this.  I don't want weeks to go by.  So
 6    let's make that Wednesday evening for all the motions that
 7    are going to be heard and argument on Tuesday, but I need to
 8    get back to this first.  I need to get back to this
 9    in-camera proceeding, but I will be interested in your
10    research.  That could be another night of sitting.
11    Good-night.
12                              -oOo-
13
14
15
16
17
18
19
20
21
22
23
24
25
```

8

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  August 28, 2010

                        Sharon A. Seffens 8/28/10
                        _____
                        SHARON A. SEFFENS, U.S. COURT REPORTER