```
 1  ANNETTE L. HURST (BAR #148738)
    ahurst@orrick.com
 2  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 3  405 Howard Street
    San Francisco, CA  94105-2669
 4  TELEPHONE:  (415) 773-5700
    FACSIMILE:   (415) 773-5759
 5
    WILLIAM A. MOLINISKI (BAR #145186)
 6  wmolinski@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE, LLP
 7  777 South Figueroa Street, Suite 3200
    Los Angeles, CA  90017
 8  TELEPHONE:  (213) 629-2020
    FACSIMILE:   (213) 612-2499
 9
    THOMAS S. MCCONVILLE (BAR #155905)
10  tmcconville@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE, LLP
11  4 Park Plaza, Suite 1600
    Irvine, CA  92614-2558
12  TELEPHONE:  (949) 567-6700
    FACSIMILE:   (949) 567-6710
13
    Attorneys for MGA Parties
14
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>        Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No.  CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059<br>and CV 05-2727<br><br>[PROPOSED] ORDER GRANTING MOTION OF ORRICK, HERRINGTON & SUTCLIFFE LLP TO WITHDRAW AS COUNSEL FOR THE MGA PARTIES<br><br>Date:      October 24, 2011<br>Time:      8:30 a.m.<br>Dept:      Courtroom 9D<br>Judge:     Hon. David O. Carter |

1  ~~The motion of Orrick, Herrington & Sutcliffe LLP ("Orrick") to withdraw as counsel of~~
2  ~~record for MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., MGAE de Mexico, S.R.L.~~
3  ~~de C.V., and Isaac Larian (collectively, "MGA") came on regularly for hearing on October 24,~~
4  ~~2011 at 8:30 a.m. in Courtroom 9D of the above-entitled Court, the Honorable David O. Carter~~
5  ~~presiding. All parties were given notice of the hearing.~~

Having considered all papers filed herein ~~and the oral argument of counsel~~, and good cause appearing:  IT IS HEREBY ORDERED that Orrick's Motion to Withdraw as Counsel for the MGA Parties is ~~hereby~~ GRANTED.

DATED: October 19, 2011

*/s/ David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

---

[~~PROPOSED~~] ORDER GRANTING MOTION OF ORRICK
TO WITHDRAW AS COUNSEL FOR THE MGA PARTIES
Case No. CV 04-9049-DOC