Name Susan J. Field / Jennifer M. Kokes
Address One Wilshire Blvd., Suite 2000
City, State, Zip Los Angeles, CA 90017
Phone (213) 629-7600
Fax (213) 624-1376
E-Mail S.Field@mpglaw.com / J.Kokes@mpglaw.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>PLAINTIFF(S),<br>v.<br>MATTEL, INC., a Delaware Corporation,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 04-9049 DOC (RNBx)<br><br>NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that ____Crum & Forster Specialty Insurance Company____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
on Motion to Intervene, Docket No. 10790

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ____September 26, 2011____. Entered on the docket in this action on ____September 26, 2011____.

A copy of said judgment or order is attached hereto.

Date: 10/24/11

Signature: [signature]
☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On October 24, 2011, I served true copies of the following document(s) described as **NOTICE OF APPEAL** on the interested parties in this action.

☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 24, 2011, at Costa Mesa, California.

/S/ Holli M. Burkett
Holli M. Burkett