**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE: 714-668-2430
FACSIMILE 213-624-1376

Susan J. Field (State Bar No. 086200)
s.field@mpglaw.com
Jennifer M. Kokes (State Bar No. 210261)
j.kokes@mpglaw.com

Attorneys for Intervenor
Crum & Forster Specialty Insurance Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV-04-9049-DOC (RNBx)<br><br>Consolidated with Case Nos.<br>CV 04-9059 and CV 05-2727<br><br>**NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**<br><br>[Filed concurrently with Notice of Appeal] |

759060.1

CV-04-9049-DOC (RNBx)
NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

The undersigned represents Intervenor/Appellant Crum & Forster Specialty Insurance Company in this matter, and no other party.

Ninth Circuit Rule 3-2 states that "a party filing an appeal shall attach to the notice a Representation Statement that identifies all parties in the action along with the names, addresses and telephone numbers of their respective counsel, if any."

Intervenor/Appellant Crum & Forster Specialty Insurance Company is represented by the following counsel:

> MUSICK, PEELER & GARRETT LLP
> Susan J. Field
> s.field@mpglaw.com
> Jennifer M. Kokes
> j.kokes@mpglaw.com
> One Wilshire Boulevard, Suite 2000
> Los Angeles, CA 90017-3383
> Telephone:  (213) 629-7600
> Facsimile:   (213) 624-1376

Intervenors Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, and Chartis Specialty Insurance Company are represented by the following counsel:

> PATTON BOGGS LLP
> Mark D. Sheridan
> msheridan@pattonboggs.com
> Mark Errico
> merrico@pattonboggs.com
> One Riverfront Plaza, The Legal Center, 6th Floor
> Newark, NJ 07102
> Telephone:  (973) 848-5600
> Facsimile:   (973) 848-5601
>
> DRINKER BIDDLE & REATH LLP
> Ryan Fife
> rfife@ertwllp.com
> 1800 Century Park E Ste 1400
> Los Angeles, CA 90067

| | |
|---|---|
| 1 | Telephone: (310) 203-4036 |
| 2 | Facsimile: (310) 229-1285 |

3   Plaintiffs-Appellants Mattel, Inc. and Mattel de Mexico, S.A. de C.V.
4  (collectively "Mattel") are represented by the following counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn
johnquinn@quinnemanuel.com
Michael T. Zeller
michaelzeller@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kathleen L. Sullivan
kathleensullivan@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Defendants-Appellees MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian (collectively "MGA Parties") are represented by the following counsel:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Thomas J. Nolan
t.nolan@skadden.com
Jason D. Russell
j.russell@skadden.com
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

/ / /

/ / /


1 KELLER RACKAUCKAS, LLP
2 Jennifer L. Keller
keller@krlawllp.com
3 18500 Von Karman, Suite 560
Irvine, CA 92612
4 Telephone: (949) 476-8700
5 Facsimile: (949) 476-0900

6

7 SHERNOFF BIDART & ECHEVERRIA
Michael J. Bidart
8 mbidart@shernoff.com
9 Ricardo Echeverria
recheverria@shernoff.com
10 600 S. Indian Hill Blvd.
Claremont, CA 91711
11 T: (909) 621-4935
12

13       Defendant-Appellee Carlos Gustavo Machado Gomez is represented by the
14 following counsel:

15 SCHEPER KIM & HARRIS, LLP
Alexander H. Cote
16 acote@scheperkim.com
17 601 West 5th Street, 12th Floor
Los Angeles, CA 90017
18 Telephone: (213) 613-4655
19 Facsimile: (213) 613-4656

20

21 LAW OFFICES OF MARK E. OVERLAND
Mark E. Overland
22 mark@overlaw.net
23 100 Wilshire Boulevard, Suite 950
Santa Monica, CA 90401
24 Telephone: (310) 459-2830
25 Facsimile: (310) 459-4621

26 / / /
27 / / /
28 / / /

1  Defendants-Appellees Omni 808 Investors, LLC and IGWT 826 Investments,
2  LLC, are represented by the following counsel:
3  BINGHAM McCUTCHEN, LLP
   Todd E. Gordinier
4  Todd.gordinier@bingham.com
5  Peter N. Villar
   Peter.villar@bingham.com
6  600 Anton Boulevard, 18th Floor
7  Costa Mesa, CA 92626
   Telephone: (714) 830-0600
8  Facsimile: (714) 830-0700
9
10 DATED: October 24, 2011        MUSICK, PEELER & GARRETT LLP
11
12                                By: _____
                                      Susan J. Field
13                                    Jennifer M. Kokes
14                                    Attorneys for Intervenor
                                      Crum & Forster Specialty Insurance
15                                    Company

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

759060.1                              5                      CV-04-9049-DOC (RNBx)
                                   NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On October 24, 2011, I served true copies of the following document(s) described as **NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** on the interested parties in this action.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 24, 2011, at Costa Mesa, California.

/s/ *Holli M. Burkett*
Holli M. Burkett