**MUSICK, PEELER & GARRETT** LLP
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE 714-668-2430
FACSIMILE 213-624-1376

Susan J. Field (State Bar No. 086200)
s.field@mpglaw.com
Jennifer M. Kokes (State Bar No. 210261)
j.kokes@mpglaw.com

Attorneys for Intervenor
Crum & Forster Specialty Insurance Company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV-04-9049-DOC (RNBx) |
| Plaintiff, | Consolidated with Case Nos. CV 04-9059 and CV 05-2727 |
| vs. | **NINTH CIRCUIT RULE 3-2 AMENDED REPRESENTATION STATEMENT** |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | |
| AND CONSOLIDATED ACTIONS | |

The undersigned represents Intervenor/Appellant Crum & Forster Specialty Insurance Company in this matter, and no other party.  Crum & Forster Specialty Insurance Company hereby submits the following Amended Representation Statement pursuant to Ninth Circuit Rule 3-2:

Intervenor/Appellant Crum & Forster Specialty Insurance Company is represented by the following counsel:

MUSICK, PEELER & GARRETT LLP
Susan J. Field
s.field@mpglaw.com
Jennifer M. Kokes
j.kokes@mpglaw.com
One Wilshire Boulevard, Suite 2000
Los Angeles, CA 90017-3383
Telephone:  (213) 629-7600
Facsimile:  (213) 624-1376

Intervenors Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, and Chartis Specialty Insurance Company are represented by the following counsel:

PATTON BOGGS LLP
Mark D. Sheridan
msheridan@pattonboggs.com
One Riverfront Plaza, The Legal Center, 6th Floor
Newark, NJ 07102
Telephone:  (973) 848-5600
Facsimile:  (973) 848-5601

DRINKER BIDDLE & REATH LLP
Ryan Fife
ryan.fife@dbr.com
1800 Century Park E Ste 1400
Los Angeles, CA 90067
Telephone:  (310) 203-4036
Facsimile:  (310) 229-1285

1   Plaintiffs-Appellees Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

2   (collectively "Mattel") are represented by the following counsel:

3   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    John B. Quinn
4   johnquinn@quinnemanuel.com
5   Susan R. Estrich
    susanestrich@quinnemanuel.com
6   Michael T. Zeller
7   michaelzeller@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
8   Los Angeles, CA 90017
9   Telephone:  (213) 443-3000
    Facsimile:   (213) 443-3100
10

11  QUINN EMANUEL URQUHART & SULLIVAN, LLP
12  Kathleen L. Sullivan
    kathleensullivan@quinnemanuel.com
13  51 Madison Avenue, 22nd Floor
    New York, New York 10010
14  Telephone:  (212) 849-7000
15  Facsimile:   (212) 849-7100

16
    Defendants-Appellees MGA Entertainment, Inc., MGA Entertainment (HK)
17
    Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian (collectively "MGA
18
    Parties") are represented by the following counsel:
19
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
20  Thomas J. Nolan
21  thomas.nolan@skadden.com
    Jason D. Russell
22  jason.russell@skadden.com
23  300 South Grand Avenue, Suite 3400
    Los Angeles, CA 90071
24  Telephone:  (213) 687-5000
25  Facsimile:   (213) 687-5600

26  / / /

27  / / /

28

1   KELLER RACKAUCKAS, LLP
2   Jennifer L. Keller
    keller@krlawllp.com
3   18500 Von Karman, Suite 560
    Irvine, CA 92612
4   Telephone:   (949) 476-8700
5   Facsimile:    (949) 476-0900
6
7   SHERNOFF BIDART & ECHEVERRIA
    Michael J. Bidart
8   mbidart@shernoff.com
9   Ricardo Echeverria
    recheverria@shernoff.com
10  600 S. Indian Hill Blvd.
11  Claremont, CA 91711
    Telephone:   (909) 621-4935
12  Facsimile:    (909) 625-6915
13
14      Defendant Carlos Gustavo Machado Gomez is represented by the following
15  counsel:
16  SCHEPER KIM & HARRIS, LLP
    Alexander H. Cote
17  acote@scheperkim.com
18  601 West 5th Street, 12th Floor
    Los Angeles, CA 90017
19  Telephone:   (213) 613-4655
20  Facsimile:    (213) 613-4656
21
22  LAW OFFICES OF MARK E. OVERLAND
    Mark E. Overland
23  mark@overlaw.net
    100 Wilshire Boulevard, Suite 950
24  Santa Monica, CA 90401
25  Telephone:   (310) 459-2830
    Facsimile:    (310) 459-4621
26
27  / / /
28  / / /

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

1    Defendants Omni 808 Investors, LLC and IGWT 826 Investments, LLC, are

2  represented by the following counsel:

3    BINGHAM McCUTCHEN, LLP
     Todd E. Gordinier
4    Todd.gordinier@bingham.com
     Peter N. Villar
5    Peter.villar@bingham.com
6    600 Anton Boulevard, 18th Floor
     Costa Mesa, CA 92626
7    Telephone:  (714) 830-0600
     Facsimile:   (714) 830-0700
8

9  DATED: October 25, 2011          MUSICK, PEELER & GARRETT LLP
10

11
                                   By:  /s/ Jennifer Kokes
12                                       Susan J. Field
13                                       Jennifer M. Kokes
                                         Attorneys for Intervenor
14                                       Crum & Forster Specialty Insurance
15                                       Company

16

17

18

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

761084.1

CV-04-9049-DOC (RNBx)

NINTH CIRCUIT RULE 3-2 AMENDED REPRESENTATION STATEMENT

1  **PROOF OF SERVICE**

2  **STATE OF CALIFORNIA, COUNTY OF ORANGE**

3     At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Orange, State of California.  My business
4  address is 650 Town Center Drive, Suite 1200, Costa Mesa, California  92626-1925.

5     On October 25, 2011, I served true copies of the following document(s) described as **NINTH CIRCUIT RULE 3-2 AMENDED REPRESENTATION**
6  **STATEMENT** on the interested parties in this action.

7  ☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I caused said document(s) to be served by means of this Court's electronic transmission of
8  the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the
9  service list obtained from this Court.

10     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office
11  of a member of the bar of this Court at whose direction the service was made.

12     Executed on October 25, 2011, at Costa Mesa, California.

13

14     */s/ Holli M. Burkett*
       Holli M. Burkett

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

761084.1

CV-04-9049-DOC (RNBx)
NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT