# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT DESIGNATION AND ORDERING FORM

| 11-56881 | 2:04-cv-09049-DOC-RNB |
|---|---|
| U.S. COURT OF APPEALS CASE NUMBER | U.S. DISTRICT COURT CASE NUMBER |
| Carter Bryant, ET AL v. Mattel, Inc. | 10/25/11 |
| SHORT CASE TITLE | DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT |

**SECTION A** - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

HEARING DATE   COURT REPORTER   PROCEEDINGS

[ ] VOIR DIRE  [ ] OPENING STATEMENTS  [ ] SETTLEMENT INSTRUCTIONS  [ ] CLOSING ARGUMENTS  [ ] JURY INSTRUCTIONS  [ ] PRE-TRIAL PROCEEDINGS  [ ] OTHER (PLEASE SPECIFY)

(repeated six times)

ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY

[X] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[ ] As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

NAME, ADDRESS AND TELEPHONE NUMBER:

Mark D. Sheridan, Esq.
Patton Boggs, LLP
One Riverfront Plaza
Newark, New Jersey 07102
(973) 848-5681

DATE TRANSCRIPT ORDERED: N/A

SIGNATURE
ATTORNEY/PRO PER LITIGANT

**SECTION B** - TO BE COMPLETED BY COURT REPORTER

I, _____ have received this designation.
SIGNATURE OF COURT REPORTER

[ ] Arrangements for payment were made on _____
[ ] Arrangements for payment have not been made pursuant to F.R.A.P. 10(b).

Approximate number of pages in transcript: _____
Due Date: _____

**NOTE TO COURT REPORTER**

Be sure to notify the court of appeals if suitable arrangements are not made and you do not intend to commence preparation of the transcript.
1. When designation is received, contact attorney regarding payment.
2. Complete this copy and send to court of appeals in compliance with F.R.A.P. 11(b).
3. Complete and file **Copy Three** upon completion of the transcript.

### TRANSCRIPT DESIGNATION AND ORDERING FORM

A-9 (08/97)   CA9-036(10/01/82)                                                                                COPY TWO

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Drinker Biddle & Reath LLP, 1800 Century Park East, Suite 1400, Los Angeles, California 90067.

On November 4, 2011, I served the foregoing document described as: **TRANSCRIPT DESIGNATION AND ORDERING FORM** on the interested parties in this action by transmitting a copy as follows:

__X__  **By ELECTRONIC FILING** (I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel in this action)

_____  **By PERSONAL SERVICE**

  _____ by personally delivering such envelope to the addressee.

  _____ by causing such envelope to be delivered by messenger to the office of the addressee.

_____  **By UNITED STATES MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

_____  **By OVERNIGHT DELIVERY** (by causing such envelope to be delivered to the office of the addressee by overnight delivery via Federal Express or by other similar overnight delivery service.)

_____  **By FAX TRANSMISSION**

_____  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 4, 2011, at Los Angeles, California.

  Ryan S. Fife                                  /s/ Ryan S. Fife
  Name                                          Signature

Drinker Biddle & Reath LLP
Attorneys At Law
Los Angeles