UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 16 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CARTER BRYANT, an individual, | No. 11-56868 |
| Plaintiff, and | D.C. No. 2:04-cv-09049-DOC-RNB U.S. District Court for Central California, Los Angeles |
| MATTEL, INC., a Delaware corporation; MATTEL DE MEXICO S.A. DE CV, | **ORDER** |
| Plaintiffs - Appellees, and | |
| MGA ENTERTAINMENT, INC., a California corporation; et al., | |
| Defendants - Appellees, | |
| v. | |
| CRUM AND FORSTER SPECIALTY INSURANCE COMPANY, | |
| Intervenor - Appellant. | |
| CARLOS GUSTAVO MACHADO GOMEZ; et al., | |
| Defendants, | |
| and | |



RECEIVED
CLERK, U.S. DISTRICT COURT

NOV 16 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA; et al.,

Intervenors.

A review of the docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of this order, appellant shall: Pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or otherwise show cause why the appeal should not be dismissed for failure to prosecute. If appellant fails to comply with this order, this appeal will be dismissed automatically by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Tina S. Price
Deputy Clerk