**FILED**

UNITED STATES COURT OF APPEALS

DEC 15 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTEL, INC., a Delaware corporation; et al.,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>MGA ENTERTAINMENT, INC., a California corporation; et al.,<br><br>    Defendants - Appellees. | No. 11-56357<br><br>D.C. No. 2:04-cv-09049-DOC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 1 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

The joint motion for a limited remand is granted. *See Crateo v. Intermark, Inc.*, 536 F.2d 862 (9th Cir. 1976). This appeal is remanded to the district court for the limited purpose of enabling the district court to consider a motion for amended judgment to correct clerical mistake pursuant to Federal Rule Of Civil Procedure 62.1.

Within 60 days after the filing date of this order or within 7 days after the district court's ruling on the Rule 62.1 motion, whichever occurs first, appellants shall file: (1) a report on the status of district court proceedings and motion for

KB/MOATT

appropriate relief; or (2) the opening brief. The filing of the opening brief or the failure to file a report will terminate the limited remand.

If the opening brief is filed, the answering and optional reply briefs shall be filed in accordance with the time limits set forth in Federal Rule of Appellate Procedure 31(a).