1  Todd E. Gordinier (State Bar No. 82200)
   todd.gordinier@bingham.com
2  Peter N. Villar (State Bar No. 204038)
   peter.villar@bingham.com
3  BINGHAM McCUTCHEN, LLP
   600 Anton Boulevard, 18th Floor
4  Costa Mesa, California 92626
   Telephone: (714) 830-0600
5  Facsimile: (714) 830-0700

6  Attorneys for Omni 808 Investors, LLC

7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10  SOUTHERN DIVISION

| | |
|---|---|
| 11  CARTER BRYANT, an individual | Case No. CV 04-9049 DOC (RNBx) |
| 12         Plaintiff, | Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727 |
| 13     v. | |
| 14  MATTEL, INC., a Delaware corporation, | **[PROPOSED] ORDER GRANTING JOINT MOTION FOR AMENDED JUDGMENT TO CORRECT CLERICAL MISTAKE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1** |
| 15 | |
| 16         Defendant. | |
| 17 | |
| 18  AND CONSOLIDATED ACTIONS | Date: TBD<br>Time: TBD<br>Dept: Courtroom 9D |
| 19 | |
| 20 | Trial Date: January 18, 2011<br>Judge: Hon. David O. Carter |

21

22

23

24

25

26

27

28

1  The Court has considered the Joint Motion For Amended Judgment To
2  Correct Clerical Mistake Pursuant To Federal Rule Of Civil Procedure 62.1,
3  brought by Omni 808 Investors, LLC ("Omni"), Mattel, Inc. ("Mattel") and Isaac
4  Larian ("Larian") and the MGA Parties ("MGA"), as well as the argument of
5  counsel and the other pleadings and papers on file in this action, and good cause
6  appearing, this Court hereby grants the joint motion and amends the Judgment (Dkt.
7  No. 10704) as follows: (1) adding the name "Omni 808 Investors LLC," on page 2
8  line 6, between the names "Isaac Larian" and "Carlos Gustavo Machado Gomez";
9  (2) adding the phrase "violation of 18 U.S.C. § 1964(c)" on page 2 line 10, between
10 "violation of 18 U.S.C. § 1962(c)," and "violation of 18 U.S.C. § 1962(d)"; and (3)
11 adding the phrase "violations of Cal. Civ. Code §§ 3439.04(a)(1), 3439.04(a)(2),
12 3439.05, 3439.07, and 3439.08, prohibited distributions under Cal. Corp. Code §§
13 501 and 506, breach of constructive trust" on page 2 line 13, between "conversion"
14 and "unfair competition."

DATED: _____, 2012

_____
Hon. David O. Carter
United States District Court Judge

- 1 -

[PROPOSED] ORDER GRANTING MOTION FOR AMENDED JUDGMENT
CV-04-9049 DOC (RNBx)

A/74709148.1