# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **MATTEL, INC.,** | Case No.: CV 04-09049 DOC(RNBx) |
| Plaintiff, | |
| vs. | |
| **MGA ENTERTAINMENT, INC.,** | **ORDER AMENDING FINAL JUDGMENT (Dkt. 10704)** |
| Defendant. | |

    This case has been remanded for the limited purpose of amending the judgment pursuant to Federal Rule of Civil Procedure 62.1. *See* Order From Ninth Circuit (Dkt. 10821). On October 13, 2011, this Court stated in an Indicative Ruling that it would grant as unopposed a motion to amend the judgment brought by Omni 808 Investors, LLC ("Omni"), Mattel, Inc. ("Mattel") and Isaac Larian ("Larian") and the MGA Parties ("MGA"). *See* Order Indicative Ruling (Dkt. 10806).

    The Judgment (Dkt. No. 10704) is amended as follows: (1) adding the name "Omni 808 Investors LLC," on page 2 line 6, between the names Isaac Larian" and "Carlos Gustavo

-1-

Machado Gomez"; (2) adding the phrase "violation of 18 U.S.C. § 1964(c)" on page 2 line 10, between "violation of 18 U.S.C. § 1962(c)," and "violation of 18 U.S.C. § 1962(d)"; and (3) adding the phrase "violations of Cal. Civ. Code §§ 3439.04(a)(1), 3439.04(a)(2), 3439.05, 3439.07, and 3439.08, prohibited distributions under Cal. Corp. Code §§ 501 and 506, breach of constructive trust" on page 2 line 13, between "conversion" and "unfair competition."

DATED: January 3, 2012

/s/ David O. Carter
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE