**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 26 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTEL, INC., a Delaware corporation; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> MGA ENTERTAINMENT, INC., a California corporation; et al., <br><br> Defendants - Appellees. | No. 11-56357 <br><br> D.C. No. 2:04-cv-09049-DOC <br> Central District of California, <br> Los Angeles <br><br> ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 2 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

On December 15, 2011, this court granted a joint motion for a limited remand under *Crateo v. Intermark, Inc.*, 536 F.2d 862 (9th Cir. 1976), for the district court to consider a motion for amended judgment.

Appellants have notified the court that the district court has ruled on the motion, and, accordingly, the stay of appellate proceedings is lifted.

Appellants' motion for a 30-day extension of time to file the opening brief is granted. The opening brief and excerpts of record are due February 27, 2012; the answering brief is due March 28, 2012; and the optional reply brief is due within 14 days after service of the answering brief.

KB/MOATT