Name & Address:
Andre De La Cruz
Dickstein Shapiro LLP
2 Park Plaza, Suite 900
Irvine, CA 92614

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Carter Bryant | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:04-cv-09049 |
| v. | |
| Mattel, Inc. | NOTICE OF CHANGE OF ATTORNEY INFORMATION |
| DEFENDANT(S). | |

**The following information must be provided:**

I, Andre De La Cruz            , 245175            , delacruza@dicksteinshapiro.com
    *Name*        *CA Bar ID Number*        *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

MGA Entertainment, Inc.; MGA Entertainment HK Ltd; MGA de Mexico SRL de CV; and Isaac Larian

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☑ TO BE REMOVED FROM THE CASE: **
    ☑ I am ~~the aforementioned attorney from my firm is~~ no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

    ☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____.

    ☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

    ☑ I am ~~the aforementioned attorney is~~ no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,*Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: August 15, 2012

Signature of Attorney of Record / Attorney for the Firm

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**