ORIGINAL

Hon. James L. Smith (Ret.)
JAMS
500 N. State College Blvd.
Suite 600
Orange, CA 92868
Telephone: (714) 939-1300
Fax: (714) 939-8710

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC. A Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., A California corporation, et al.,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>**REPORT AND RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER RE COMPENSATION FOR COURT-APPOINTED E-DISCOVERY CONSULTANT**<br><br>(September 9, 2012) |

The undersigned having been appointed Special Master to hear and submit reports and recommendations to the Court regarding electronic discovery issues hereby submits the following Report and Recommendation.

1

## REPORT

Pursuant to stipulation of all parties the Court ordered the Special Master to retain an electronic discovery forensic consultant to serve as a neutral expert in this action pursuant to Federal Rules of Evidence § 706. The Special Master selected International Litigation Services (ILS) to serve in this capacity. The Court's Order also provides the Special Master shall receive and review statements for services rendered by ILS and submit to the Court a report and recommendation regarding payment.

ILS, in the course of performing its appointed duties herein, acquired and is now storing substantial amounts of electronically stored information (ESI). There are charges for the storage of this ESI which have not been paid by the parties to the action. Attached hereto collectively as "Exhibit A" are ILS statements for services rendered for the months of June and July, 2012. An inventory of the data being held has been included in an earlier report and recommendation. The fees for storage in this manner are $2,500.00/month.

Fees for maintaining this ESI have been paid through May 30, 2012, by both Mattel and MGA. Fees in the amount of $2,500.00 for the month of May, 2012, and $2,500 for the month of June, 2012 are unpaid. The Special Master will recommend the parties be ordered to pay the balance owing in the amounts indicated below:

    Mattel :    $2,500.00

    MGA:    $ 2,500.00

The Special Master also finds all charges discussed herein to be reasonable and necessary.

## RECOMMENDATION

The Report of Special Master contained herein is accepted and approved.

The fees claimed by ILS for the storage of electronically stored information, both in active mode and in offline data storage mode, are found to be reasonable.

The parties shall make the following payments to ILS within 10 days from execution of this Order:

2

September 9, 2012, REPORT AND RECOMMENDATION OF
SPECIAL MASTER RE CONSULTANT COMPENSATION

Mattel: $2,500.00

MGA: $2,500.00

In addition, each party shall pay to ILS the amount of $1,250.00/month for offline storage, payable on or before the last day of each month commencing August, 2012, and continuing until ILS is released from its obligation to store said data by Court Order or stipulation of the parties.

Date: September 9, 2012

James L. Smith
Discovery Referee

**IT IS SO ORDERED.**

Date: September __10__, 2012

Hon. David O. Carter
Federal District Court Judge

# EXHIBIT A

International Litigation Services, Inc.
65 Enterprise
Aliso Viejo, CA  92656

(888)313-4457
www.ilsteam.com



# Invoice

| Date | Invoice # |
|---|---|
| 07/24/2012 | 2698 |
| Terms | Due Date |
| Net 15 | 08/08/2012 |

**Bill To**
James
Attn: Judge James Smith

*Mattel v MGA*

| Contact Name | Reference |
|---|---|
| Judge James Smith | Mattel vs. MGA Entertainment |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 07/01/2012 | Professional Services provided by ILS for the period July 1 to July 31, 2012 | | | |
| 07/31/2012 | Monthly Data Storage Fees for maintaining processed data in an offline mode | 1 | 2,500.00 | 2,500.00 |

| | Total | $2,500.00 |
|---|---|---|

Thank you for your Business.
Please make check payable to:
International Litigation Services, Inc.

All past due accounts will be subject to a service charge of 1.5% per month. (18 % Annually)

International Litigation Services, Inc.
65 Enterprise
Aliso Viejo, CA 92656

(888)313-4457
www.ilsteam.com



# Invoice

| Date | Invoice # |
|---|---|
| 06/30/2012 | 2682 |
| Terms | Due Date |
| Net 15 | 07/15/2012 |

| Bill To |
|---|
| JAMS<br>Attn: Judge James Smith |

| Contact Name | Reference |
|---|---|
| Judge James Smith | Mattel vs. MGA Entertainment |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 06/01/2012 | Professional Services provided by ILS for the period June 1 to June 30, 2012 | | | |
| 06/30/2012 | Monthly Data Storage Fees for maintaining processed data in an offline mode | 1 | 2,500.00 | 2,500.00 |

Thank you for your Business.

| Total | $2,500.00 |
|---|---|

All past due accounts will be subject to a service charge of 1.5% per month. (18 % Annually)

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: Mattel, Inc. vs. MGA Entertainment, Inc.
Reference No. 1200042828

I, Gina Monteiro, not a party to the within action, hereby declare that on September 07, 2012 I served the attached REPORT & RECOMMENDATION OF ELECTRONIC DISCOVERY SPECIAL MASTER RE COMPENSATION FOR COURT-APPOINTED E-DISCOVERY CONSULTANT ( 9/9/12) on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at Orange, CALIFORNIA, addressed as follows:

John B. Quinn Esq.
Michael T. Zeller Esq.
B. Dylan Proctor Esq.
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA   90017
Phone: 213-443-3000
johnquinn@quinnemanuel.com
michaelzeller@quinnemanuel.com
dylanproctor@quinnemanuel.com
    Parties Represented:
    Mattel, Inc.

Thomas S. McConville Esq.
Orrick, Herrington & Sutcliffe LLP
4 Park Plaza
Suite 1600
Irvine, CA   92614
Phone: 949-567-6700
tmcconville@orrick.com
    Parties Represented:
    MGA Entertainment, Inc.

Joseph C. Sarles Esq.
Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St.
10th Floor
Los Angeles, CA   90017
Phone: 213-443-3000
josephsarles@quinnemanuel.com

Warrington Parker III Esq.
Annette L. Hurst Esq.
Orrick, Herrington & Sutcliffe LLP
405 Howard St.
The Orrick Building
San Francisco, CA   94105
Phone: 415-773-5700
wparker@orrick.com
ahurst@orrick.com
    Parties Represented:
    MGA Entertainment, Inc.

Alexander Cote Esq.
Scheper Kim & Harris LLP
601 W. Fifth St.
12th Floor
Los Angeles, CA   90071
Phone: 213-613-4655
acote@obsklaw.com
    Parties Represented:
    Gustavo Machado

Paul B. Rorie Esq.
L/O Paul B. Rorie
18411 Crenshaw Blvd Ste 360
Torrance, CA   90504
Phone: (310) 977-9574
paulrorie@gmail.com
    Parties Represented:

| | |
|---|---|
| Parties Represented:<br>Mattel, Inc. | Ron Brawer |
| Diana M. Rutowski Esq.<br>Ms. Denise Mingrone<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Rd.<br>Menlo Park, CA   94025<br>Phone: 650-614-7400<br>drutowski@orrick.com<br>dmingrone@orrick.com<br>  Parties Represented:<br>  Isaac Larian<br>  MGA Entertainment HK<br>  MGA Entertainment, Inc.<br>  MGA de Mexico S.R.L. | Mr. Ketan Parekh<br>International eDiscovery Experts<br>350 South Figueroa St.<br>Ste. 505<br>Los Angeles, CA   90071<br>Phone: 213-674-4190<br>kparekh@ILSteam.com<br>  Parties Represented: |

I declare under penalty of perjury the foregoing to be true and correct. Executed at Orange, CALIFORNIA on September 07, 2012.

*[signature]*
Gina Monteiro
gmonteiro@jamsadr.com