**FILED**

NOT FOR PUBLICATION

NOV 20 2012

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MATTEL, INC., a Delaware corporation; MATTEL DE MEXICO S.A. DE C.V., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> MGA ENTERTAINMENT, INC., a California corporation; MGA ENTERTAINMENT (HK) LIMITED, a Hong Kong Special Administrative Region business entity; MGAE DE MEXICO, S.R.L. DE C.V., a Mexico business entity; ISAAC LARIAN; CARLOS GUSTAVO MACHADO GOMEZ; OMNI 808 INVESTORS, LLC; IGWT 826 INVESTMENTS, LLC, <br><br> Defendants - Appellees. | No. 11-56357 <br><br> D.C. No. 2:04-cv-09049-DOC-RNB <br><br><br> ORDER <br><br>  |
| CARTER BRYANT, an individual, <br><br> Plaintiff, <br> and <br><br> MATTEL, INC., a Delaware corporation; MATTEL DE MEXICO S.A. DE C.V., | No. 11-56868 <br><br> D.C. No. 2:04-cv-09049-DOC-RNB |

Plaintiffs - Appellees,

and

MGA ENTERTAINMENT, INC., a California corporation; MGA ENTERTAINMENT (HK) LIMITED, a Hong Kong Special Administrative Region business entity; MGAE DE MEXICO, S.R.L. DE C.V., a Mexico business entity; ISAAC LARIAN,

Defendants - Appellees,

v.

CRUM AND FORSTER SPECIALTY INSURANCE COMPANY,

Intervenor - Appellant,

CARLOS GUSTAVO MACHADO GOMEZ; OMNI 808 INVESTORS, LLC; IGWT 826 INVESTMENTS, LLC,

Defendants,

and

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; LEXINGTON INSURANCE COMPANY; CHARTIS SPECIALTY INSURANCE COMPANY,

| | |
|---|---|
| Intervenors. | |
| CARTER BRYANT, an individual, | No. 11-56881 |
| Plaintiff, | D.C. No. 2:04-cv-09049-DOC-RNB |
| MATTEL, INC., a Delaware corporation; MATTEL DE MEXICO S.A. DE C.V., | |
| Plaintiffs - Appellees, | |
| and | |
| MGA ENTERTAINMENT, INC., a California corporation; MGA ENTERTAINMENT (HK) LIMITED, a Hong Kong Special Administrative Region business entity; MGAE DE MEXICO, S.R.L. DE C.V., a Mexico business entity; ISAAC LARIAN, | |
| Defendants - Appellees, | |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; LEXINGTON INSURANCE COMPANY; CHARTIS SPECIALTY INSURANCE COMPANY, | |
| Intervenors - Appellants, | |

page 4

> CARLOS GUSTAVO MACHADO
> GOMEZ; OMNI 808 INVESTORS,
> LLC; IGWT 826 INVESTMENTS,
> LLC,
>
> Defendants,
>
> CRUM AND FORSTER SPECIALTY
> INSURANCE COMPANY,
>
> Intervenor.

Before: **KOZINSKI**, Chief Judge, **TROTT** and **WARDLAW**, Circuit Judges.

Oral argument will take place at 4:00 p.m. on Monday, December 10, 2012, in Pasadena, California. Each side shall have fifteen minutes for case No. 11-56357, and ten minutes for Nos. 11-56868 and 11-56881 combined.