UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JAN 11 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CARTER BRYANT, an individual,

        Plaintiff,

  and

MATTEL, INC., a Delaware
corporation; MATTEL DE MEXICO
S.A. DE CV,

        Plaintiffs - Appellees,

  and

MGA ENTERTAINMENT, INC., a
California corporation; et al.,

        Defendants - Appellees,

  v.

CRUM & FORSTER SPECIALTY
INSURANCE COMPANY,

        Intervenor - Appellant.

_____

CARLOS GUSTAVO MACHADO
GOMEZ; et al.,

        Defendants,

  and

No. 11-56868

D.C. No. 2:04-cv-09049-DOC-RNB
U.S. District Court for Central
California, Los Angeles

**MANDATE**



**RECEIVED**
CLERK, U.S. DISTRICT COURT

1/11/13

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CR_____ DEPUTY

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA; et al.,

        Intervenors.

---

CARTER BRYANT, an individual,

        Plaintiff,

MATTEL, INC., a Delaware
corporation; MATTEL DE MEXICO
S.A. DE CV,

        Plaintiffs - Appellees,

  and

MGA ENTERTAINMENT, INC., a
California corporation; et al.,

        Defendants - Appellees,

  v.

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA; et al.,

        Intervenors - Appellants.

_____

CARLOS GUSTAVO MACHADO
GOMEZ; et al.,

        Defendants,

CRUM & FORSTER SPECIALTY

No. 11-56881

D.C. No. 2:04-cv-09049-DOC-RNB
U.S. District Court for Central
California, Los Angeles

INSURANCE COMPANY,

Intervenor.

The judgment of this Court, entered December 19, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk

FILED

## NOT FOR PUBLICATION

DEC 19 2012

## UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| CARTER BRYANT, an individual, | No. 11-56868 |
| Plaintiff, | D.C. No. 2:04-cv-09049-DOC-RNB |
| and | |
| MATTEL, INC., a Delaware corporation; MATTEL DE MEXICO S.A. DE C.V., | MEMORANDUM* |
| Plaintiffs - Appellees, | |
| and | |
| MGA ENTERTAINMENT, INC., a California corporation; MGA ENTERTAINMENT (HK) LIMITED, a Hong Kong Special Administrative Region business entity; MGAE DE MEXICO, S.R.L. DE C.V., a Mexico business entity; ISAAC LARIAN, | |
| Defendants - Appellees, | |
| v. | |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, | |

---

\* This disposition isn't appropriate for publication and isn't precedent except as provided by 9th Cir. R. 36–3.

page 2

Intervenor - Appellant,

**CARLOS GUSTAVO MACHADO GOMEZ; OMNI 808 INVESTORS, LLC; IGWT 826 INVESTMENTS, LLC,**

Defendants,

and

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; LEXINGTON INSURANCE COMPANY; CHARTIS SPECIALTY INSURANCE COMPANY,**

Intervenors.

---

**CARTER BRYANT, an individual,**

Plaintiff,

**MATTEL, INC., a Delaware corporation; MATTEL DE MEXICO S.A. DE C.V.,**

Plaintiffs - Appellees,

and

**MGA ENTERTAINMENT, INC., a California corporation; MGA ENTERTAINMENT (HK) LIMITED, a**

No. 11-56881

D.C. No. 2:04-cv-09049-DOC-RNB

page 3

**Hong Kong Special Administrative Region business entity; MGAE DE MEXICO, S.R.L. DE C.V., a Mexico business entity; ISAAC LARIAN,**

Defendants - Appellees,

v.

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; LEXINGTON INSURANCE COMPANY; CHARTIS SPECIALTY INSURANCE COMPANY,**

Intervenors - Appellants,

**CARLOS GUSTAVO MACHADO GOMEZ; OMNI 808 INVESTORS, LLC; IGWT 826 INVESTMENTS, LLC,**

Defendants,

**CRUM & FORSTER SPECIALTY INSURANCE COMPANY,**

Intervenor.

Appeal from the United States District Court
for the Central District of California
David O. Carter, District Judge, Presiding

Argued and Submitted December 10, 2012

page 4

Pasadena, California

Before:        **KOZINSKI**, Chief Judge, **TROTT** and **WARDLAW**, Circuit Judges.

"The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982) (per curiam).  The district court's judgment determined the entire action and included an award of attorneys' fees.  Mattel's subsequent notice of appeal divested the district court of its jurisdiction; the district court thus lacked jurisdiction to entertain appellants' motion to intervene.  See Nicol v. Gulf Fleet Supply Vessels, Inc., 743 F.2d 298, 299 (5th Cir. 1984).  We therefore affirm the denial of intervention, but do so on the ground that the district court lacked jurisdiction to entertain any such motion.

        **AFFIRMED.**