

**TERRY NAFISI**
District Court Executive and
Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
U.S. COURTHOUSE
312 NORTH SPRING STREET, ROOM G-8
LOS ANGELES, CA 90012

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## RECORD TRANSMITTAL FORM FOR SEALED DOCUMENTS

Date: 01/22/2013

To: **U.S. Court of Appeals for the Ninth Circuit**
Office of the Clerk
95 Seventh Street
San Francisco, California 94103

Attention:
☐ Civil
☐ Criminal
☐ Docketing
☒ Records Unit

From: **U.S. District Court**
**Central District of California**
312 North Spring Street, Room G-8
Los Angeles, California 90012

D C No. 2:04CV09049-DOC-RNB         Appeals No. 11-56357

Short Title  Mattel, Inc. v. MGA Entertainment, Inc.

Sealed documents in ___48___ envelopes    ☒ under seal
Sealed documents in _____ Boxes        ☐ under seal

Other: Sending Sealed documents to 9th Circuit Court of Appeals, Pasadena, CA.
See attachment for list of documents being sent.

*Note:* Please return sealed documents in same manner as received.

By M. Krause
Deputy Clerk

Acknowledgment: _____    Date: _____

Sealed Documents:

7766, 7899, 7900, 7901, 7902, 7903, 7904, 7905, 7906, 7907, 7908, 7909, 7910, 7911, 7912, 7913, 7914, 7915, 7916, 7917, 7918, 7919, 7920, 7921, 7923, 7924, 7925, 7926, 7927, 7928, 7929, 7930, 7931, 7932, 7933, 7934, 7935, 7936, 7937, 7938, 7939, 8024, 8025, 8241, 8676, 8677, 8683, 8824