

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
U.S. COURTHOUSE
312 NORTH SPRING STREET, ROOM G-8
LOS ANGELES, CA 90012

**TERRY NAFISI**
District Court Executive and
Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

## RECORD TRANSMITTAL FORM

Date: _____

To:   **U.S. Court of Appeals**           **Attention:**   ☐   Civil
      **for the Ninth Circuit**                           ☐   Criminal
      Office of the Clerk                                 ☐   Docketing
      95 Seventh Street                                   ☐   Records Unit
      San Francisco, California 94103

From: **U.S. District Court**
      **Central District of California**
      312 North Spring Street, Room G-8
      Los Angeles, California 90012

D C No. _____   Appeals No. _____

Short Title _____

### Composition of Record

Clerk's files in _____ volumes     ☐ original    ☐ certified copy
Bulky docs. in _____ volumes *(folders)*   Docket No. _____
Reporter's Transcripts in _____ volumes  ☐ original    ☐ certified copy
Exhibits:   in _____   ☐ envelopes   ☐ under seal
            in _____   ☐ boxes       ☐ under seal
Other:

*Note: Please note any document filed under seal are listed on Form A-22.*

By _____
                                       Deputy Clerk

Acknowledgment: _____      Date: _____

A-26 (09/08)                    **APPEALS TRANSMITTAL LETTER**
                                      ORIGINAL FILE(S)