**SHARTSIS FRIESE LLP**
ARTHUR J. SHARTSIS (Bar #51549)
FRANK A. CIALONE (Bar #172816)
LISA A. JACOBS (Bar #230364)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: ashartsis@sflaw.com; fcialone@sflaw.com; ljacobs@sflaw.com

Attorneys for
ORRICK, HERRINGTON & SUTCLIFFE LLP

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
THOMAS S. MCCONVILLE (BAR #155905)
tmcconville@orrick.com
2050 Main Street
Suite 1100
Irvine, California 92614
TELEPHONE: (949) 567-6700
FACSIMILE: (949) 567-6710

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>**PRELIMINARY NOTICE OF PARTIAL FINAL AWARD TO BE ISSUED IN ORRICK V. MGA ARBITRATION**<br><br>Judge:   Hon. David O. Carter |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Orrick, Herrington & Sutcliffe LLP ("Orrick") is the

Claimant in an arbitration against MGA Entertainment, Inc., Isaac Larian, et al. (collectively, "MGA") arising out of MGA's nonpayment of attorneys' fees and expenses. On January 11, 2013, the JAMS Arbitration Panel in the Orrick v. MGA arbitration (JAMS Ref. No. 1200045343) issued a draft Partial Final Award, indicating provisional relief to be awarded to Orrick upon determination of an appropriate undertaking by Orrick. <u>The provisional relief that the Panel will award to Orrick is a $23 million lien on the proceeds of the *Mattel* litigation</u> (the above-captioned matter), including any payments made to MGA from Mattel's appeal bond, or payments made by Mattel in satisfaction of the judgment in MGA's favor. The Panel is expected promptly to determine the appropriate undertaking by Orrick, which was briefed by the parties on January 18, 2013.

DATED: January 24, 2013          SHARTSIS FRIESE LLP

By: /s/ Arthur J. Shartsis
ARTHUR J. SHARTSIS

Attorneys for
ORRICK, HERRINGTON & SUTCLIFFE LLP