**SHARTSIS FRIESE LLP**
ARTHUR J. SHARTSIS (Bar #51549)
FRANK A. CIALONE (Bar #172816)
LISA A. JACOBS (Bar #230364)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: ashartsis@sflaw.com; fcialone@sflaw.com;
ljacobs@sflaw.com

Attorneys for
ORRICK, HERRINGTON & SUTCLIFFE LLP

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
THOMAS S. MCCONVILLE (BAR #155905)
tmcconville@orrick.com
2050 Main Street
Suite 1100
Irvine, California 92614
TELEPHONE: (949) 567-6700
FACSIMILE: (949) 567-6710

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049-DOC (RNBx)<br>Consolidated with Nos. CV 04-9059 and CV 05-2727<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. David O. Carter |

Case No.
CV 04-9049-DOC

PROOF OF SERVICE

## PROOF OF SERVICE

I, Melissa A. Artola, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On January 24, 2013, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, Civil Code of Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**PRELIMINARY NOTICE OF PARTIAL FINAL AWARD TO BE ISSUED IN ORRICK V. MGA ARBITRATION**

[x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

[x] by electronically delivering the document(s) listed above on this date from electronic address martola@sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: (☐ by agreement / ☐ not by agreement)

John B. Quinn, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, Tenth Floor
Los Angeles, CA 90017
Email: johnquinn@quinnemanuel.com

Kathleen M. Sullivan, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Email: kathleensullivan@quinnemanuel.com

Thomas J Nolan, Esq.
Jason D. Russell, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3144
Email: thomas.nolan@skadden.com;
jason.russell@skadden.com

Martin S. Checov, Esq.
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Email: mchecov@omm.com

- 1 -

Case No.
CV 04-9049-DOC

PROOF OF SERVICE

Case 2:04-cv-09049-DOC-RNB   Document 10837   Filed 01/25/13   Page 3 of 3   Page ID #:328938

| | |
|---|---|
| Todd E. Gordinier, Esq.<br>Bingham McCutchen LLP<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106<br>Email: todd.gordinier@bingham.com | Susan J. Field, Esq.<br>Musick Peeler<br>One Wilshire Boulevard, Suite 2000<br>Los Angeles, CA 90017-3383<br>Email: s.field@mpglaw.com |
| Prashant K. Khetan, Esq.<br>Troutman Sanders LLP<br>401 9th Street, NW, Suite 1000<br>Washington, DC 20004-2134<br>Email: prashant.khetan@troutmansanders.com | Ryan S. Fife, Esq.<br>Drinker Biddle & Reath LLP<br>1800 Century Park East, Suite 1400<br>Los Angeles, CA 90067<br>Email: Ryan.Fife@dbr.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 25, 2013, in San Francisco, California.

_____
Melissa A. Artola

- 2 -

Case No. CV 04-9049-DOC

PROOF OF SERVICE