1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
    John B. Quinn (Bar No. 090378)
2 |   (johnquinn@quinnemanuel.com)
    Michael T. Zeller (Bar No. 196417)
3 |   (michaelzeller@quinnemanuel.com)
4 | 865 South Figueroa Street, 10th Floor
  Los Angeles, California  90017-2543
5 | Telephone:  (213) 443-3000
  Facsimile:  (213) 443-3100

6

7 | BAKER MARQUART LLP
    Ryan G. Baker (Bar No. 214036)
8 |   (rbaker@bakermarquart.com)
  10990 Wilshire Blvd., Fourth Floor
9 | Los Angeles, California  90024
  Telephone:  (424) 652-7800
  Facsimile:  (424) 652-7801

10

11 | Attorneys for Mattel, Inc. and
  Mattel de Mexico, S.A. de C.V.

12

13 | UNITED STATES DISTRICT COURT

14 | CENTRAL DISTRICT OF CALIFORNIA

15 | SOUTHERN DIVISION

16 | MATTEL, INC., a Delaware corporation, | CASE NO. CV 04-9049 DOC (RNBx)
17 | and Mattel de Mexico, S.A. de C.V., a | Consolidated with
     Mexico business entity, | Case Nos. CV 04-09059 & CV 05-02727

18

19 |      Plaintiffs, | Hon. David O. Carter

20 |    vs. | **[PROPOSED] ORDER GRANTING MATTEL'S *EX PARTE* APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION**

21 | MGA ENTERTAINMENT, INC., a
22 | California corporation, et al.,

23 |      Defendant.

24

25 | | Date:  TBD
26 | | Time:  TBD
     | Place:  TBD
27

28

00505.07975/5164858.2

[PROPOSED] ORDER GRANTING MATTEL'S EX PARTE APPLICATION

## [Proposed] Order

The Court, having considered the parties' submissions and arguments in support of and in opposition to the *ex parte* application of Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel"), and good cause appearing, hereby GRANTS Mattel's application and Orders as follows:

1.      Within ten (10) court days, Mattel shall file its proposed Interpleader Complaint, which shall be assigned to this Court as a related case, and post an interpleader bond pursuant to 28 U.S.C. § 1335(a) in the amount of $137,807,318;

2.      Defendants MGA Entertainment, Inc., MGA Entertainment (HK), Ltd., MGA de Mexico, S.R.L. de C.V., and Isaac Larian, as well as those third parties who have claimed an interest in some or all the proceeds of the judgment entered by this Court on August 4, 2011 (including as amended on January 3, 2012) (the "Judgment"), and each of them, are hereby permanently ENJOINED and prohibited from instituting or prosecuting any proceeding or asserting any claims in any court or forum, including in any ongoing actions, to enforce or execute upon the Judgment or to collect on the bond Mattel posted on or about August 18, 2011 (the "Appeal Bond"), or asserting any other claims against Mattel with respect to Mattel's payment obligations pursuant to Judgment;

3.      Mattel's Appeal Bond hereby is hereby ordered DISCHARGED and exonerated in full, and Mattel shall have no further liability to any of the Interpleader Defendants with respect to the Judgment or the Appeal Bond, or any portions thereof.

IT IS SO ORDERED.

DATED:  February __, 2013

_____
Hon. David O. Carter
United States District Judge

00505.07975/5164858.2

-1-
[PROPOSED] ORDER GRANTING MATTEL'S EX PARTE APPLICATION