QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

BAKER MARQUART LLP
  Ryan G. Baker (Bar No. 214036)
  (rbaker@bakermarquart.com)
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California  90024
Telephone: (424) 652-7800
Facsimile: (424) 652-7801

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>                          Plaintiffs,<br><br>         vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>                          Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-02727<br><br>Hon. David O. Carter<br><br>**PROOF OF SERVICE OF MATTEL'S *EX PARTE* APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION** |

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 13, 2013, I served true copies of the following documents:

1. **MATTEL'S *EX PARTE* APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION;**

2. **DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL'S *EX PARTE* APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION; and**

3. **[PROPOSED] ORDER GRANTING MATTEL'S *EX PARTE* APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION**

on the following parties to this action and other interested parties:

Susan J. Field
Musick, Peeler & Garrett, LLP
One Wilshire Blvd., Suite 2000
Los Angeles, CA 90017
(213) 629-7886 (phone)
(213) 624-1376 (fax)
s.field@mpglaw.com

Counsel for Crum & Forster Specialty Insurance Company

| | |
|---|---|
| 1 | Sean M. Hanifin |
| | Troutman Sanders, LLP |
| 2 | 401 9th Street, NW, Suite 1000 |
| | Washington, DC 20004 |
| 3 | (202) 662-2026 (phone) |
| | (202) 654-5817 (fax) |
| 4 | sean.hanifin@troutmansanders.com |
| 5 | Counsel for Evanston Insurance Company |
| 6 | Mark D. Sheridan |
| | The Legal Center |
| 7 | One Riverfront Plaza |
| | Newark, NJ 07102 |
| 8 | (973) 848-5600 (phone) |
| | (973) 848-5601 (fax) |
| 9 | msheridan@pattonboggs.com |
| 10 | Counsel for Chartis Specialty Insurance Company, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburg, PA |
| 11 | |
| 12 | Frank A. Cialone |
| | Shartsis Friese, LLP |
| 13 | One Maritime Plaza, 18th Floor |
| | San Francisco, CA 94111 |
| 14 | (415) 421-6500 (phone) |
| | (415) 421-2922 (fax) |
| 15 | fcialone@sflaw.com |
| 16 | Counsel for Orrick Herrington & Sutcliffe, LLP |
| 17 | Jason D. Russell |
| | Skadden, Arps, Slate, Meagher & Flom, LLP |
| 18 | 300 S. Grand Ave., Suite 3400 |
| | Los Angeles, CA 90071 |
| 19 | (213) 687-5000 (phone) |
| | (213) 687-5600 (fax) |
| 20 | jason.russell@skadden.com |
| 21 | Appellate counsel for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian |
| 22 | Jennifer L. Keller |
| | Keller Rackauckas LLP |
| 23 | 18500 Von Karman Ave Suite 560 |
| | Irvine, Ca 92612 |
| 24 | (949) 476-8700 |
| | (949) 476-0900 fax |
| 25 | keller@krlawllp.com |
| 26 | Counsel for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian |
| 27 | |
| 28 | |

1       by electronic mail transmission from ianshelton@quinnemanuel.com, by
2   transmitting PDF format copies of such documents to each such person at the email
3   addresses listed below their addresses.  The documents were transmitted by
4   electronic transmission and such transmission was reported as complete and without
5   error.
6       I declare under penalty of perjury under the laws of the State of California
7   that the foregoing is true and correct.
8       Executed on February 13, 2013, at Los Angeles, California.

                                          /s/ Ian Shelton
                                          Ian Shelton