**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE 213-629-7886
FACSIMILE 213-624-1376

Susan J. Field (State Bar No. 086200)
s.field@mpglaw.com
Jennifer M. Kokes (State Bar No. 210261)
j.kokes@mpglaw.com

Attorneys for Defendant
CRUM & FORSTER SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC. a Delaware corporation.<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV -04-9049-DOC (RNBx)<br><br>Consolidated with Case Nos. CV 04-9059 and CV 05-2727<br><br>**DECLARATION OF SUSAN J. FIELD IN SUPPORT OF OBJECTION OF CRUM & FORSTER SPECIALTY INSURANCE COMPANY TO PRELIMINARY NOTICE OF PARTIAL FINAL AWARD TO BE ISSUED IN ORRICK v. MGA ARBITRATION**<br><br>Dept.: 9-D<br><br>[FILED CONCURRENTLY WITH OBJECTION OF CRUM & FORSTER SPECIALTY INSURANCE] |

I, Susan J. Field, declare as follows:

1. I am an attorney duly admitted to practice before all the courts in the State of California. I am a partner with MUSICK, PEELER & GARRETT LLP,

833768.1

1. attorneys of record for Crum & Forster Specialty Insurance Company ("C&F"). I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. On January 25, 2013, counsel for Orrick advised, by letter, that the Arbitration Panel had issued the "Partial Final Award granting Orrick a $23 million lien on the proceeds of the Mattel litigation, including the proceeds of the appeal bond given by Mattel …." Attached hereto as Exhibit A is a true an correct copy of that letter.

3. Following receipt of the "Preliminary Notice Of Partial Final Award To Be Issued in Orrick v. MGA Arbitration" and the subsequent letter from Orrick's counsel, I asked Orrick's counsel for a copy of the Partial Final Award and of any briefing by the Parties supporting that Award. Counsel declined, citing confidentiality.

4. I also requested those same documents from counsel for MGA.

5. No documents pertaining to the Partial Final Award have been received from either party, nor has any party indicated that they are willing to produce any such documents.

6. Attached hereto as Exhibit B is a true and correct copy of the "Petition to Vacate Partial Final Award and Complaint for Declaratory Relief" field by MGA in the Orange County Superior Court" bearing Case No. 30-2013-00628354-CU-PACJC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed February 14, 2013, at Los Angeles, California.

/S/ *Susan J. Field*
Susan J. Field

833768.1

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

2

DECLARATION OF SUSAN J. FIELD IN SUPPORT OF OBJECTION OF CRUM & FORSTER SPECIALTY INSURANCE COMPANY TO PRELIMINARY NOTICE OF PARTIAL FINAL AWARD TO BE ISSUED IN ORRICK v. MGA ARBITRATION

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is One Wilshire Boulevard, Suite 2000, Los Angeles, California 90017-3383.

On February 14, 2013, I served true copies of the following document(s) described as *DECLARATION OF SUSAN J. FIELD IN SUPPORT OF OBJECTION OF CRUM & FORSTER SPECIALTY INSURANCE COMPANY TO PRELIMINARY NOTICE OF PARTIAL FINAL AWARD TO BE ISSUED IN ORRICK v. MGA ARBITRATION* on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 14, 2013, at Los Angeles, California.

Tamara A. Waters

833768.1

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

DECLARATION OF SUSAN J. FIELD IN SUPPORT OF OBJECTION OF CRUM & FORSTER SPECIALTY INSURANCE COMPANY TO PRELIMINARY NOTICE OF PARTIAL FINAL AWARD TO BE ISSUED IN ORRICK v. MGA ARBITRATION