# EXHIBIT A



# SHARTSIS FRIESE LLP

One Maritime Plaza • Eighteenth Floor
San Francisco, California 94111-3598

Lisa A. Jacobs
ljacobs@sflaw.com

January 25, 2013

*VIA E-MAIL AND U.S. MAIL*

Susan J. Field, Esq.
Musick Peeler
One Wilshire Boulevard, Suite 2000
Los Angeles, CA 90017-3383

      Re: *Orrick, Herrington & Sutcliffe v. MGA Entertainment, Inc., et al.*,
           Notice of Lien

Dear Ms. Field:

    Please take notice that the JAMS Arbitration Panel in the arbitration between Orrick, Herrington & Sutcliffe LLP ("Orrick") and MGA Entertainment, Inc., Isaac Larian, et al. (collectively, "MGA"), today issued a Partial Final Award granting Orrick a $23 million lien on the proceeds of the Mattel litigation, including the proceeds of the appeal bond given by Mattel, should that bond be called, and also any funds Mattel pays directly or indirectly to MGA in satisfaction of a judgment. The lien will take effect upon the posting by Orrick of a bond, which Orrick intends to post on Monday or as soon thereafter as possible.

                                    Very truly yours,

                                      Lisa A. Jacobs

LAJ:maa
cc:     Edmond Connor, Esq. (via email only)