**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 04-9049 DOC (RNBx)  Date: February 14, 2013

Title: MATTEL, INC., V. MGA ENTERTAINMENT, INC., ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Julie Barrera | N/A |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                    None Present

**PROCEEDING (IN CHAMBERS):   ORDER SETTING DATE FOR MGA's REPLY TO MATTEL'S EX PARTE APPLICATION**

On February 13, 2013, Mattel, Inc., and Mattel de Mexico, S.A. de C.V. ("Mattel"), filed an Ex Parte Application For an Order Enjoining Defendants From Instituting or Prosecuting Any Proceeding Affecting the Judgment in This Action and Exonerating Bond on Condition of Institution of Interpleader Action (Dkt. 10838).

In his filing, counsel for Mattel indicated that counsel for MGA Defendants requested until February 18, 2013, to submit their opposition to Mattel's Ex Parte Application, and that Mattel does not object to this request. February 18, 2013, is a court holiday.

Accordingly, the Court ORDERS that MGA Defendants may file their opposition to this Ex Parte Application on or before February 19, 2013, at which point the Court will set a hearing on this matter if it is necessary.

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

MINUTES FORM 11
CIVIL-GEN                                                                                      Initials of Deputy Clerk: jcb