1   William A. Hanssen (State Bar No. 110613)
    William.Hanssen@dbr.com
2   Suzanne V. Stouder (State Bar No. 161077)
    Suzanne.Stouder@dbr.com
3   DRINKER BIDDLE & REATH LLP
    1800 Century Park East, Suite 1400
4   Los Angeles, CA  90067
    Telephone:  (310) 203-4000
5   Facsimile:   (310) 229-1285

6   Attorneys for
    NATIONAL UNION FIRE INSURANCE
7   COMPANY OF PITTSBURGH, Pa.,
    LEXINGTON INSURANCE COMPANY,
8   CHARTIS SPECIALTY INSURANCE
    COMPANY (formerly American International
9   Specialty Lines Insurance)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., et al., <br><br>         Plaintiffs, <br><br> v. <br><br> MGA ENTERTAINMENT, INC., et al., <br><br>         Defendants. | Case No. CV 04-9049 DOC (RNBx) consolidated with <br> Case Nos. CV 04-09059 and CV 05-02727 <br><br> Hon. David O. Carter <br><br> **NOTICE OF JOINDER IN CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S OBJECTIONS TO PRELIMINARY NOTICE OF PARTIAL FINAL AWARD TO BE ISSUED IN ORRICK v. MGA ARBITRATION** <br><br> Dept.:  9D |

National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, and Chartis Specialty Insurance Company (formerly known as American International Specialty Lines Insurance) (collectively, the "Chartis Member Companies") hereby join in Crum & Forster Specialty Insurance Company's Objections (Dkt. 10840) to the "Preliminary Notice of Partial Final Award To Be Issued in Orrick v. MGA Arbitration," filed by Orrick, Herrington & Sutcliffe on January 25, 2013 (Dkt. 10836).

28

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

LA01/ 30302748.1           1

NOTICE OF JOINDER IN CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S OBJECTIONS TO
PRELIMINARY NOTICE OF PARTIAL FINAL AWARD TO BE ISSUED IN ORRICK V. MGA ARBITRATION

1    Dated: February 15, 2013        DRINKER BIDDLE & REATH LLP

2

3                             */s/ Suzanne V. Stouder*

                            William A. Hanssen

4                             Suzanne V. Stouder

                            1800 Century Park East, Suite 1400

5                             Los Angeles, California 90067

                            Telephone:  (310) 203-4000

6                             Facsimile:   (310) 229-1285

                            Suzanne.Stouder@dbr.com

7

8                             Attorneys for

                            NATIONAL UNION FIRE INSURANCE

9                             COMPANY OF PITTSBURGH, PA,

                            LEXINGTON INSURANCE COMPANY,

10                            and CHARTIS SPECIALTY INSURANCE

                            COMPANY (formerly American International

11                            Specialty Lines Insurance)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF JOINDER IN CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S OBJECTIONS TO PRELIMINARY NOTICE OF PARTIAL FINAL AWARD TO BE ISSUED IN ORRICK v. MGA ARBITRATION