JENNIFER L. KELLER
KELLER RACKAUCKAS LLP
18500 Von Karman
Suite 560
Irvine, CA 92612
Telephone: (949) 476-8700
Facsimile: (949) 476-0900

Attorney for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**MGA PARTIES' REQUEST FOR STATUS CONFERENCE**<br><br>Trial Date: January 18, 2011<br>Judge: Hon. David O. Carter |

On January 24, 2013, the Ninth Circuit handed down its opinion in *Mattel, Inc. et al., v. MGA Entertainment, Inc. et al.*, No. 11-56357, finding that "MGA's claim of trade-secret misappropriation was not logically related to Mattel's counterclaim; we therefore reverse the district court's holding that MGA's counterclaim-in-reply was compulsory. Because the district court did not abuse its discretion in awarding fees and costs under the Copyright Act, we affirm that award."

On February 19, 2013, the Ninth Circuit's mandate issued and jurisdiction over this matter returned to this Court.

In light of these developments, the MGA Parties will and hereby do respectfully request that this Court convene a status conference to discuss the next steps in this litigation, on such date and time as the Court may order.

DATED: February 19, 2013

KELLER RACKAUCKAS LLP

By: _____
JENNIFER L. KELLER
Attorney for MGA Parties