# PROOF OF SERVICE
## § 1013A(3) C.C.P.

### STATE OF CALIFORNIA COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 18500 Von Karman Avenue, Suite 560, Irvine, California 92612.

On February 19, 2013, I served the foregoing documents described as follows: **MGA PARTIES' REQUEST FOR STATUS CONFERENCE** on all parties in this matter as follows:

Susan J. Field
Musick, Peeler & Garrett, LLP
One Wilshire Blvd., Suite 2000
Los Angeles, CA 90017
s.field@mpglaw.com
Counsel for Crum & Forster Specialty Insurance Company

Sean M. Hanifin
Troutman Sanders, LLP
401 9th Street, NW, Suite 1000
Washington, DC 20004
sean.hanifin@troutmansanders.com
Counsel for Evanston Insurance Company

Mark D. Sheridan
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
msheridan@pattonboggs.com
Counsel for Chartis Specialty Insurance Company, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburg, PA

Frank A. Cialone
Shartsis Friese, LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
fcialone@sflaw.com
Counsel for Orrick Herrington & Sutcliffe, LLP

Jason D. Russell
Skadden, Arps, Slate, Meagher & Flom, LLP
300 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
jason.russell@skadden.com
Appellate counsel for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

```
 1  John B. Quinn
    Michael T. Zeller
 2  Quinn Emanuel Urquhart, & Sullivan, LLP
    865 South Figueroa Street, 10th Floor
 3  Los Angeles, CA  90017-2543
    johnquinn@quinnemanuel.com
 4  michaelzeller@quinnemanuel.com

 5  Ryan G. Baker
    Baker Marquart LLP
 6  10990 Wilshire Blvd., Fourth Floor
    Los Angeles, CA  90024
 7  rbaker@bakermarquart.com

 8
```

[ ] **BY PERSONAL SERVICE:** I caused the above-referenced document to be personally served on all parties in this action by contract attorney service.

[X] **BY EMAIL:** I personally caused the within document to be transmitted by way of electronic transmission to the individual email addresses listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 19, 2013, at Irvine, California.

_____
Danielle Frederick