SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
ashartsis@sflaw.com
FRANK A. CIALONE (Bar #172816)
fcialone@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Lien Holder
ORRICK HERRINGTON & SUTCLIFFE LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California Corporation, et al.,<br><br>Defendants. | Case No. CV 04-9049 DOC (RNBx)<br><br>[Consolidated with CV-04-09059 & CV 05-0272]<br><br>**PROOF OF SERVICE** |

Case No.
CV 04-9049 DOC
(RNBx) consolidated

PROOF OF SERVICE

## PROOF OF SERVICE

I, Melissa A. Artola, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On February 15, 2013, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, Civil Code of Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**ORRICK HERRINGTON & SUTCLIFFE LLP'S MEMORANDUM IN SUPPORT OF MATTEL'S EX PARTE APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION**

[x] by electronically delivering the document(s) listed above on this date from electronic address martola@sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: (☐ by agreement / ☐ not by agreement)

| | |
|---|---|
| Susan J. Field, Esq.<br>Musick Peeler<br>One Wilshire Boulevard, Suite 2000<br>Los Angeles, CA 90017-3383<br>Phone: (213) 629-7886<br>Fax: (213) 624-1376<br>Email: s.field@mpglaw.com<br><br>Counsel for Crum & Forster Specialty Insurance Company | Sean M. Hanifin, Esq.<br>Troutman Sanders LLP<br>401 9th Street, NW, Suite 1000<br>Washington, DC 20004<br>Phone: (202) 662-2026<br>Fax: (202) 654-5817<br>Email: sean.hanifin@troutmansanders.com<br><br>Counsel for Evanston Insurance Company |

Case No.     1
CV 04-09049 DOC (RNBx) consolidated     PROOF OF SERVICE

| | |
|---|---|
| Jason D. Russell, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>Phone: (213) 687-5000<br>Fax: (213) 687-5600<br>Email: jason.russell@skadden.com<br><br>Appellate Counsel for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian | Jennifer L. Keller, Esq.<br>Keller Rackauckas LLP<br>18500 Von Karman, Suite 560<br>Irvine, CA 92616<br>Phone: (949) 476-8700<br>Fax: (949) 476-0900<br>Email: keller@krlawllp.com<br><br>Counsel for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian |
| Mark D. Sheridan<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Phone: (973) 848-5600<br>Fax: (973) 848-5601<br>Email: msheridan@pattonboggs.com<br><br>Counsel for Chartis Specialty Insurance Company, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburg, PA | Edmond M. Connor, Esq.<br>Connor, Fletcher & Williams LLP<br>2211 Michelson Drive, Suite 1100<br>Irvine, CA 92612<br>Phone: (949) 622-2600<br>Fax: (949) 622-2626<br>Email: EConnor@Businesslit.com<br><br>Counsel for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 15, 2013, in San Francisco, California.

_/s/ Melissa A. Artola_
Melissa A. Artola

Case No.
CV 04-9049 DOC
(RNBx) consolidated

2

PROOF OF SERVICE