| | |
|---|---|
| 1 | PAUL L. GALE (SBN 65873) |
|   | paul.gale@troutmansanders.com |
| 2 | TROUTMAN SANDERS LLP |
|   | 5 Park Plaza, Suite 1400 |
| 3 | Irvine, CA 92614-2545 |
|   | Telephone: 949.622.2700 |
| 4 | Facsimile:  949.622.2739 |
| 5 | SEAN M. HANIFIN, *Admitted Pro Hac Vice* |
|   | sean.hanifin@troutmansanders.com |
| 6 | PRASHANT K. KHETAN, *Admitted Pro Hac Vice* |
|   | prashant.khetan@troutmansanders.com |
| 7 | TROUTMAN SANDERS LLP |
|   | 401 9th Street, N. W., Suite 1000 |
| 8 | Washington, D.C. 20004-2134 |
|   | Telephone: 202.274.2950 |
| 9 | Facsimile:  202.274.2994 |

*Attorneys for*
EVANSTON INSURANCE COMPANY

FILED
2013 FEB 15 PM 3:01
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., et al., | Case No. CV 04-9049-DOC (RNBx) consolidated with CV 04-09059 DOC (RNBx) and CV 05-02727 DOC (RNBx) |
| Plaintiffs, | |
| v. | |
| MGA ENTERTAINMENT, INC., et al., | Related to Case No. SACV 12-0943-DOC (RNBx) and CV 12-05654 DOC (RNBx) |
| Defendants. | Honorable David O. Carter |

**NOTICE OF JOINDER IN CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S OBJECTIONS TO PRELIMINARY NOTICE OF PARTIAL FINAL AWARD TO BE ISSUED IN THE *ORRICK v. MGA* ARBITRATION**

**By Fax**

20291098v1

NOTICE OF JOINDER IN CRUM &FORSTER SPECIALTY INSURANCE COMPANY'S OBJECTIONS TO
PRELIMINARY NOTICE OF PARTIAL FINAL AWARD TO BE ISSUED IN *ORRICK V. MGA* ARBITRATION


ORIGINAL

Evanston Insurance Company hereby joins in Crum & Forster Specialty Insurance Company's Objections (Dkt. 10840) to the "Preliminary Notice of Partial Final Award To Be Issued in Orrick v. MGA Arbitration," filed by Orrick, Herrington & Sutcliffe on January 25, 2013 (Dkt. 10836).

Dated: February 15, 2013

PAUL L. GALE
SEAN M. HANIFIN
PRASHANT K. KHETAN
TROUTMAN SANDERS LLP

By: /s/ Paul L. Gale
Paul L. Gale

*Attorneys for*
EVANSTON INSURANCE COMPANY
20291098v1

- 1 -

NOTICE OF JOINDER IN CRUM &FORSTER SPECIALTY INSURANCE COMPANY'S OBJECTIONS TO PRELIMINARY NOTICE OF PARTIAL FINAL AWARD TO BE ISSUED IN *ORRICK V. MGA* ARBITRATION

## PROOF OF SERVICE

I, Felisa H. Lybarger, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen (18) and not a party to the within action; my business address is 5 Park Plaza, Suite 1400, Irvine, CA 92614-2545.

On February 15, 2013, I served the following document(s) described as:

**NOTICE OF JOINDER IN CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S OBJECTIONS TO PRELIMINARY NOTICE OF PARTIAL FINAL AWARD TO BE ISSUED IN THE *ORRICK V. MGA* ARBITRATION**

[x] **BY MAIL**: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, CA, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY ELECTRONIC MAIL**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses, as last given or submitted on any document which he or she has filed in the case, listed on the attached service list. I did not receive, within reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

On the following parties:

### SEE ATTACHED SERVICE LIST

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on February 15, 2013, at Irvine, California.

_____
Felisa H. Lybarger

1112317v3

## SERVICE LIST

| | |
|---|---|
| John B Quinn<br>Brett Dylan Proctor<br>William C Price<br>Randa A F Osman<br>Rory S Miller<br>Diane C Hutnyan<br>Jon D Corey<br>Stan Karas<br>Shane Heather McKenzie<br>Joseph C Sarles<br>Michael T Zeller<br>Quinn Emanuel Urquhart Oliver and Hedges<br>865 South Figueroa Street, 10th Fl<br>Los Angeles, CA 90017-2543 | Sugithra Somasekar<br>Jason S Angell<br>L Kieran Kieckhefer<br>Denise M Mingrone<br>Diana M Rutowski<br>Theresa A Sutton<br>Orrick Herrington and Sutcliffe<br>1000 Marsh Rd<br>Menlo Park, CA 94025 |
| Marina Vladimir Bogorad<br>Thomas Jerome Nolan<br>Jason D Russell<br>Skadden Arps Slate Meagher & Flom<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144 | Michelle M Campana<br>Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036-6522 |
| Sanford I Weisburst<br>Quinn Emanuel Urquhart & Sullivan LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Warrington S Parker, III<br>Annette L Hurst<br>Jimmy S McBirney<br>Orrick, Herrington & Sutcliffe, LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| William A Molinski<br>Frank D Rorie, Jr<br>Orrick Herrington and Sutcliffe LLP<br>777 South Figueroa Street Suite 3200<br>Los Angeles, CA 90017 | Thomas S McConville<br>Mark P Wine<br>Orrick Herrington & Sutcliffe LLP<br>2050 Main Street<br>Suite 1100<br>Irvine, CA 92614 |
| Lisa T Simpson<br>Orrick Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019 | Matthew C Bousquette<br>Caldwell Leslie & Proctor, PC<br>1000 Wilshire Blvd.<br>Suite 600<br>Los Angeles, CA 90017 |

1112317v3

| | | |
|---|---|---|
| 1 | | |
| 2 | Laurence M Berman<br>Weintraub Genshlea Chediak ALC<br>12400 Wilshire Boulevard Suite 400<br>Los Angeles, CA 90025 | Robyn Aronson<br>116 Kings Road<br>Los Angeles, CA 90048 |
| 3 | | |
| 4 | | |
| 5 | Thomas H Bienert, Jr<br>Bienert Miller & Katzman, PLC<br>903 Calle Amanecer Suite 350<br>San Clemente, CA 92673 | Jeffrey B Valle<br>Valle and Associates<br>11910 San Vicente Boulevard<br>Los Angeles, CA 90049 |
| 6 | | |
| 7 | | |
| 8 | Peter H Bonis<br>Peter H Bonis Law Offices<br>1990 North California Boulevard 8th Floor<br>Walnut Creek, CA 94596 | Douglas Andrew Winthrop<br>Howard Rice Nemerovski Canady Falk & Rabkin<br>3 Embarcadero Center 7th Floor<br>San Francisco, CA 94111-4024 |
| 9 | | |
| 10 | | |
| 11 | Linda M Burrow<br>Caldwell Leslie and Proctor PC<br>725 South Figueroa Street 31st Floor<br>Los Angeles, CA 90017-5524 | Ilan Wisnia<br>Valle Makoff LLP<br>11911 San Vicente Boulevard Suite 324<br>Los Angeles, CA 90049 |
| 12 | | |
| 13 | | |
| 14 | Mark Andrew Byrne<br>Byrne and Nixon<br>800 West 6th Street Suite 430<br>Los Angeles, CA 90017 | Jennifer A Lopez<br>Bingham McCutchen<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106 |
| 15 | | |
| 16 | | |
| 17 | Alexander H Cote<br>Scheper Kim and Harris LLP<br>601 West Fifth Street 12th Floor<br>Los Angeles, CA 90071-2025 | David M Stern<br>Klee Tuchin Bogdanoff & Stern LLP<br>1999 Avenue of the Stars 39th Floor<br>Los Angeles, CA 90067-6049 |
| 18 | | |
| 19 | | |
| 20 | Peter Alan Davidson<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Boulevard<br>9th Floor<br>Beverly HIlls, CA 90212-2974 | Sandra L Tholen<br>Caldwell Leslie and Proctor<br>1000 Wilshire Boulevard Suite 600<br>Los Angeles, CA 90017-2463 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Kevin E Deenihan<br>Klee Tuchin Bogdanoff & Stern<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067 | Kien C Tiet<br>Law Offices of Kien C Tiet<br>4808 Baldwin Avenue Suite 204<br>Temple City, CA 91780 |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1112317v3

| | | |
|---|---|---|
| 1 | | |
| 2 | Blaine H Evanson<br>J Christopher Jennings | Erin R Ranahan<br>Winston & Strawn LLP |
| 3 | Kevin S Rosen<br>Gibson Dunn and Crutcher | 333 South Grand Avenue 38th Floor<br>Los Angeles, CA 90071 |
| 4 | 333 South Grand Avenue<br>Los Angeles, CA 90071 | |
| 5 | | |
| 6 | Luis A Feldstein<br>Berkshire Hathaway Homestates | Larry C Russ<br>Russ August and Kabat |
| 7 | Companies<br>9095 Rio San Diego Drive Suite 400 | 12424 Wilshire Boulevard 12th Floor<br>Los Angeles, CA 90025 |
| 8 | San Diego, CA 92108 | |
| 9 | Susan J Field | David C Scheper |
| 10 | Jennifer Michelle Kokes<br>Musick Peeler and Garrett | Scheper Kim & Harris LLP<br>601 West Fifth Street 12th Floor |
| 11 | One Wilshire Boulevard Suite 2000<br>Los Angeles, CA 90017-3383 | Los Angeles, CA 90071-2025 |
| 12 | | |
| 13 | Patrick A Fraioli, Jr<br>Ervin Cohen and Jessup LLP | Mark D Sheridan<br>Ryan S Fife |
| 14 | 9401 Wilshire Boulevard<br>Ninth Floor | Drinker Biddle & Reath LLP<br>500 Campus Drive |
| 15 | Beverly Hills, CA 90212-2974 | Florham Park, NJ 07932-1047 |
| 16 | Patricia L Glaser | Robert C O Brien |
| 17 | John K Ly<br>Alisa M Morgenthaler | Arent Fox LLP<br>555 West Fifth Street 48th Floor |
| 18 | Glaser Weil Fink Jacobs Howard<br>Avchen & Shapiro LLP | Los Angeles, CA 90013 |
| 19 | 10250 Constellation Boulevard 19th<br>Floor | |
| 20 | Los Angeles, CA 90067 | |
| 21 | Todd Elliot Gordinier | Mark E Overland |
| 22 | Craig A Taggart<br>Peter N Villar | Law Offices of Mark E Overland<br>100 Wilshire Boulevard Suite 950 |
| 23 | Bingham McCutchen LLP<br>600 Anton Boulevard 18th Floor | Santa Monica, CA 90401 |
| 24 | Costa Mesa, CA 92626 | |
| 25 | Matthew C Heyn | Richard M Pachulski |
| 26 | Klee Tuchin Bogdanoff and Stern<br>LLP | James I Stang<br>Pachulski Stang Ziehl Young and Jones |
| 27 | 1999 Avenue of the Stars 39th Floor<br>Los Angeles, CA 90067-6049 | LLP<br>10100 Santa Monica Blvd Suite 1100 |
| 28 | | Los Angeles, CA 90067 |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2543

1112317v3

| | | |
|---|---|---|
| 1 | | |
| 2 | Jennifer L Keller<br>Keller Rackauckas LLP<br>18500 Von Karman Avenue Suite 560<br>Irvine, CA 92612 | Cheryl Plambeck<br>Davis & Gilbert LLP<br>1740 Broadway<br>New York, NY 10019 |
| 3 | | |
| 4 | | |
| 5 | Stephen D Kaus<br>Cooper White & Cooper<br>201 California St<br>17th Fl<br>San Francisco, CA 94111 | Larry W McFarland<br>Keats McFarland & Wilson<br>9720 Wilshire Blvd, Ste PH<br>Beverly Hills, CA 90212 |
| 6 | | |
| 7 | | |
| 8 | Daniel V Nixon<br>Byrne & Nixon<br>800 West Sixth Street Suite 430<br>Los Angeles, CA 90017 | Byron Z Moldo<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Boulevard<br>9th Floor<br>Beverly Hills, CA 90212-2974 |
| 9 | | |
| 10 | | |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2543

1112317v3