FILED
2013 FEB 15 PM 3: 52
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
ashartsis@sflaw.com
FRANK A. CIALONE (Bar #172816)
fcialone@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Lien Holder
ORRICK HERRINGTON & SUTCLIFFE LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California Corporation, et al.,<br><br>Defendants. | Case No. CV 04-9049 DOC (RNBx)<br><br>[Consolidated with CV-04-09059 & CV 05-0272]<br><br>**ORRICK HERRINGTON & SUTCLIFFE LLP'S MEMORANDUM IN SUPPORT OF MATTEL'S *EX PARTE* APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION**<br><br>Date: TBD<br>Time: TBD<br>Place: TBD |

- 1 -

| | |
|---|---|
| Case No.<br>CV 04-9049 DOC<br>(RNBx) consolidated | MEMO IN SUPPORT OF MATTEL'S *EX PARTE* APPLICATION |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Orrick Herrington & Sutcliffe LLP ("Orrick") hereby states its support for Mattel's *ex parte* application, filed on February 13, 2013. As Mattel states in its Application, Orrick's counsel informed Mattel's counsel that Orrick did not in concept oppose the relief sought by the Application or Mattel's filing of an interpleader action, subject to Orrick's review of Mattel's papers filed in support. Orrick has now reviewed those papers and supports the Application fully.

Orrick is currently in an arbitration proceeding against MGA Entertainment, Inc., MGA Entertainment (HK) Ltd., MGA de Mexico, S.R.L. de C.V., and Isaac Larian (the "MGA Parties"). That arbitration proceeding is pending before JAMS, and is set for evidentiary hearings that will conclude in early July, 2013.

Orrick has long been concerned that the MGA Parties, which have sought to delay and frustrate the arbitration proceedings through endless procedural maneuvers, will dissipate the proceeds of the Mattel litigation before the arbitration concludes, in order to deprive Orrick of an effective remedy and to deny Orrick payment for its very successful representation of the MGA Parties.

In light of those concerns, Orrick sought and obtained a Partial Final Award from the JAMS panel granting Orrick a lien against the proceeds of the Mattel litigation. The JAMS panel set the amount of that lien at $23 million, an amount approximately equal to Orrick's unpaid invoices for representing the MGA Parties in the Mattel litigation. (Orrick in fact claims a substantially greater amount, in excess of $30 million.) Orrick intends to file a Petition to Confirm that Partial Final Award in the Superior Court next week.

Orrick believes that allowing Mattel to interplead the funds in question is the correct course of action to ensure that the rights of all parties with claims against those funds are preserved. As noted above, the arbitration proceeding will conclude

1 | in July 2013, so the matter can be resolved as to Orrick in relatively short order.[1]

DATED: February 15, 2013

SHARTSIS FRIESE LLP

By: *[signature]*
ARTHUR J. SHARTSIS

Attorneys for
ORRICK HERRINGTON &
SUTCLIFFE LLP

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

---

[1] Orrick notes that the MGA Parties have sought to delay and disrupt the arbitration proceedings. Among other things, after the JAMS panel issued the Partial Final Award the MGA Parties purported to "rescind" the arbitration agreement. The MGA Parties have also stated that they intend to seek an order from the Superior Court staying the arbitration proceedings. Such maneuvers may substantially delay the resolution of Orrick's claims, but any such delay will be entirely due to the MGA Parties' conduct and should not be a basis for denying Mattel's application.