**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 04-9049 DOC (RNBx)            Date: February 20, 2013

Title: MATTEL, INC. V. MGA ENTERTAINMENT INC., ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Julie Barrera | N/A |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                        None Present

**PROCEEDING (IN CHAMBERS):**     ORDER SETTING DATE FOR HEARING ON MATTEL'S EX PARTE APPLICATION

On February 13, 2013, Mattel, Inc., and Mattel de Mexico, S.A. de C.V. ("Mattel"), filed an Ex Parte Application For an Order Enjoining Defendants From Instituting or Prosecuting Any Proceeding Affecting the Judgment in This Action and Exonerating Bond on Condition of Institution of Interpleader Action (Dkt. 10838).

On February 19, 2013, MGA filed its Opposition (Dkt. 10845), and the Ninth Circuit's mandate issued. The Court hereby schedules a hearing on this matter for **Tuesday, February 26, 2013, at 9:00am**.

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

MINUTES FORM 11
CIVIL-GEN                                                                      Initials of Deputy Clerk: jcb