QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

BAKER MARQUART LLP
  Ryan G. Baker (Bar No. 214036)
  (rbaker@bakermarquart.com)
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California  90024
Telephone:  (424) 652-7800
Facsimile:  (424) 652-7801

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-02727<br><br>Hon. David O. Carter<br><br>**PROOF OF SERVICE OF MATTEL'S REPLY IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION** |

00505.07975/5183093.1

PROOF OF SERVICE OF MATTEL'S REPLY IN SUPPORT OF *EX PARTE* APPLICATION

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543.

On February 21, 2013, I served true copies of the following documents:

1. **MATTEL'S REPLY IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION**

on the following parties to this action and other interested parties:

Susan J. Field  
Musick, Peeler & Garrett, LLP  
One Wilshire Blvd., Suite 2000  
Los Angeles, CA 90017  
(213) 629-7886 (phone)  
(213) 624-1376 (fax)  
s.field@mpglaw.com

Counsel for Crum & Forster Specialty Insurance Company

Sean M. Hanifin  
Troutman Sanders, LLP  
401 9th Street, NW, Suite 1000  
Washington, DC 20004  
(202) 662-2026 (phone)  
(202) 654-5817 (fax)  
sean.hanifin@troutmansanders.com

Counsel for Evanston Insurance Company

Mark D. Sheridan  
The Legal Center  
One Riverfront Plaza  
Newark, NJ 07102  
(973) 848-5600 (phone)  
(973) 848-5601 (fax)  
msheridan@pattonboggs.com

Counsel for Chartis Specialty Insurance Company, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburg, PA

| | |
|---|---|
| 1 | William A. Hanssen<br>Drinker Biddle & Reath, LLP |
| 2 | 1800 Century Park East, Suite 1400<br>Los Angeles, CA 90067 |
| 3 | (310) 203-4000 (phone)<br>(310) 229-1285 (fax) |
| 4 | William.Hanssen@dbr.com |
| 5 | Counsel for Chartis Specialty Insurance Company, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburg, PA |
| 6 | |
| 7 | Frank A. Cialone<br>Shartsis Friese, LLP |
| 8 | One Maritime Plaza, 18th Floor<br>San Francisco, CA 94111 |
| 9 | (415) 421-6500 (phone)<br>(415) 421-2922 (fax)<br>fcialone@sflaw.com |
| 10 | |
| 11 | Counsel for Orrick Herrington & Sutcliffe, LLP |
| 12 | Jason D. Russell<br>Skadden, Arps, Slate, Meagher & Flom, LLP |
| 13 | 300 S. Grand Ave., Suite 3400<br>Los Angeles, CA 90071 |
| 14 | (213) 687-5000 (phone)<br>(213) 687-5600 (fax) |
| 15 | jason.russell@skadden.com |
| 16 | Appellate counsel for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian |
| 17 | Jennifer L. Keller<br>Keller Rackauckas LLP |
| 18 | 18500 Von Karman Ave Suite 560<br>Irvine, Ca 92612 |
| 19 | (949) 476-8700 (phone)<br>(949) 476-0900 (fax) |
| 20 | keller@krlawllp.com |
| 21 | Counsel for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian |
| 22 | |
| 23 | |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

1       by electronic mail transmission from ianshelton@quinnemanuel.com, by
2 transmitting PDF format copies of such documents to each such person at the email
3 addresses listed below their addresses.  The documents were transmitted by
4 electronic transmission and such transmission was reported as complete and without
5 error.
6       I declare under penalty of perjury under the laws of the United States that the
7 foregoing is true and correct.
8       Executed on February 21, 2013, at Los Angeles, California.

                                               /s/ Ian S. Shelton
                                                 Ian S. Shelton