QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-02727<br><br>Hon. David O. Carter<br><br>**MATTEL'S RESPONSE TO MGA PARTIES' REQUEST FOR STATUS CONFERENCE**<br><br>Date:  TBD<br>Time:  TBD<br>Place:  Courtroom 9D |

Mattel, Inc. ("Mattel") respectfully responds to the MGA Parties' request that the Court "convene a status conference to discuss the next steps in this litigation." Dkt. 10844, 10846.[1] Of course, the Court can decide whether a status conference would assist the litigation, but MGA fails to identify what "next steps" it believes should be discussed. Only two aspects of this action were appealed—the trade secrets claims that MGA prevailed on in the district court and the copyright fees judgment. As to the latter, the Court has already scheduled a February 26 hearing regarding Mattel's pending *ex parte* application, which addresses the fees awarded under that judgment. *See* Dkt. 10853. As to the trade secrets that were appealed, the Ninth Circuit has directed what "next steps" are required: "Because MGA's trade-secret claim should not have reached this jury," "[o]n remand, the district court **shall dismiss** MGA's trade-secret claim without prejudice." *Mattel, Inc. v. MGA Entm't, Inc.*, --- F.3d ----, 2013 WL 264645, at *2 (9th Cir. Jan. 24, 2013) (No. 11-56357) (Dkt. 10852) (emphasis supplied). In light of that clear Ninth Circuit directive, there are no "next steps" apart from the required dismissal. In any event, to the extent that MGA wishes to be heard on matters at a status conference or otherwise, it should be required to disclose what those matters are so that Mattel may properly prepare to discuss them.

DATED: February 21, 2013        QUINN EMANUEL URQUHART &
                                SULLIVAN, LLP


                                By /s/ Michael T. Zeller
                                   Michael T. Zeller
                                   Attorneys for Mattel, Inc. and
                                   Mattel de Mexico, S.A. de C.V.

---

[1] MGA's request for status conference was filed twice. The two documents are identical.