SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
ashartsis@sflaw.com
FRANK A. CIALONE (Bar #172816)
fcialone@sflaw.com
LISA A. JACOBS (Bar #230364)
ljacobs@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for
ORRICK, HERRINGTON & SUTCLIFFE LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California corporation; et al.,<br><br>Defendants. | Case No. 2:04-cv-09049-DOC-RNB<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR ORRICK, HERRINGTON & SUTCLIFFE LLP**<br><br>Judge:   Honorable David O. Carter |

1   NOTICE IS HEREBY GIVEN that the following counsel with the law firm

2   of Shartsis Friese LLP, hereby enter their appearance as counsel of record for

3   Orrick, Herrington & Sutcliffe LLP.  Counsel have been admitted to practice in the

4   Central District of California.  Counsel respectfully requests that all pleadings,

5   discovery, orders, notices, correspondence and other material should be served

6   upon counsel at the address referenced below:

>   Arthur J. Shartsis; (SBN 51549
>   Frank A. Cialone; (SBN 172816)
>   Lisa A. Jacobs; (SBN 230364)
>   SHARTSIS FRIESE LLP
>   One Maritime Plaza, 18th Floor
>   San Francisco, CA  94111
>   Telephone: (415) 421-6500
>   Facsimile (415) 421-2922
>   Email:      ashartsis@sflaw.com
>               fcialone@sflaw.com
>               ljacobs@sflaw.com

Respectfully submitted,

DATED: February 23, 2013        SHARTSIS FRIESE LLP

By: */s/ Frank A. Cialone*
         FRANK A. CIALONE

Attorneys for
ORRICK, HERRINGTON &
SUTCLIFFE LLP

---

Case No.                            - 1 -
2:04-cv-09049-    NOTICE OF APPEARANCE OF COUNSEL FOR ORRICK,
DOC-RNB                   HERRINGTON & SUTCLIFFE LLP