SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
ashartsis@sflaw.com
FRANK A. CIALONE (Bar #172816)
fcialone@sflaw.com
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Lien Holder
ORRICK HERRINGTON & SUTCLIFFE LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation; et al., <br><br> Plaintiffs, <br><br> v. <br><br> MGA ENTERTAINMENT, INC., a California Corporation, et al., <br><br> Defendants. | Case No. 2:04-cv-04-09049-DOC-RNB <br><br> **PROOF OF SERVICE** <br><br> Judge: Honorable David O. Carter |

Case No.
2:04-cv-04-09049-DOC-RNB

PROOF OF SERVICE

# PROOF OF SERVICE

I, Melissa A. Artola, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On February 23, 2013, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, Civil Code of Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

**NOTICE OF APPEARANCE OF COUNSEL FOR ORRICK, HERRINGTON & SUTCLIFFE LLP**

**ORRICK, HERRINGTON & SUTCLIFFE LLP'S RESPONSE TO MGA'S OPPOSITION TO MATTEL'S EX PARTE APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION**

**DECLARATION OF FRANK A. CIALONE IN SUPPORT OF ORRICK, HERRINGTON & SUTCLIFFE LLP'S RESPONSE TO MGA'S OPPOSITION TO MATTEL'S EX PARTE APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION**

☒ by electronically delivering the document(s) listed above on this date from electronic address martola@sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: (☐ by agreement / ☐ not by agreement)

Case No.
2:04-cv-04-09049-DOC-RNB

1

PROOF OF SERVICE

Sean M. Hanifin, Esq.
Troutman Sanders LLP
401 9th Street, NW, Suite 1000
Washington, DC  20004
Phone: (202) 662-2026
Fax: (202) 654-5817
Email: sean.hanifin@troutmansanders.com

Counsel for Evanston Insurance Company

Edmond M. Connor, Esq.
Connor, Fletcher & Williams LLP
2211 Michelson Drive, Suite 1100
Irvine, CA 92612
Phone: (949) 622-2600
Fax: (949) 622-2626
Email: EConnor@Businesslit.com

Counsel for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

Ryan G. Baker, Esq.
Baker Marquart LLP
10990 Wilshire Boulevard, Fourth Floor
Los Angeles, CA  90024
Phone: (424) 652-7800
Fax: (424) 652-7801
Email: rbaker@bakermarquart.com

Attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 23, 2013, in San Francisco, California.

_____
Melissa A. Artola

Case No. 2:04-cv-04-09049-DOC-RNB

PROOF OF SERVICE

3