**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 04-9049 DOC (RNBx)            Date: February 26, 2013

Title: MATTEL, INC., V. MGA ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

Julie Barrera            N/A
Courtroom Clerk            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present            None Present

**PROCEEDING (IN CHAMBERS):**    **ORDER GRANTING MGA'S REQUEST FOR RELIEF FROM MEET AND CONFER REQUIREMENTS**

At a hearing before this Court on February 26, 2013, regarding other matters, counsel for the MGA Parties sought leave to file, immediately, a motion arguing that MGA's counterclaims against Mattel, recently held by the Ninth Circuit to be non-compulsory counterclaims, should be allowed to go forward as permissive counterclaims.

Counsel sought relief from Local Rule 7-3, which generally requires that counsel "meet and confer" with opposing counsel at least ten (10) days prior to the filing of the motion. Citing statute of limitations concerns, and acknowledging that this dispute would not be resolved by any conference of counsel prior to the filing of a motion, counsel asked for permission to file MGA's motion immediately.

Finding good cause, the Court hereby GRANTS MGA's request and permits counsel to file its motion immediately.

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

MINUTES FORM 11
CIVIL-GEN            Initials of Deputy Clerk: jcb