UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 04-9049-DOC(RNBx) | Date February 26, 2013 |
| Title MATTEL, INC. -V- MGA ENTERTAINMENT INC. | |

Present: The Honorable DAVID O. CARTER, United States District Judge

| Julie Barrera | Debbie Gale | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present | Attorneys Present |
|---|---|
| Michael Zeller | Jennifer Keller |
| Susan Estrich | Mark Sheridan |
| Ryan Baker | Susan Field |
| | Thomas McConville |
| | Lisa Jacobs |
| | Sean Hanifin |
| | Paul Gale |

Proceedings:   HEARING RE: MATTEL'S EX PARTE APPLICATION FOR AN ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION [10838]

The case is called and counsel make their appearances. The Court confers with counsel. The Court hears argument and the matter is taken under submission.

| | 1 : 41 |
|---|---|
| Initials of Clerk | jcb |