QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-02727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL'S OPPOSITION TO MGA PARTIES' MOTION FOR LEAVE TO AMEND COMPLAINT** *NUNC PRO TUNC*<br><br>Date:  April 1, 2013<br>Time:  8:30 a.m.<br>Place:  Courtroom 9D |

00505.07209/5208926.2

DECLARATION OF MICHAEL T. ZELLER

# DECLARATION OF MICHAEL T. ZELLER

I, Michael T. Zeller, declare as follows:

1. I am a member of the State Bars of California, New York and Illinois and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of the transcript of the oral argument in the Ninth Circuit Court of Appeal in the matter of *Mattel, Inc., et al., v. MGA Entertainment, Inc., et al.*, No. 11-56357, dated December 10, 2012. This courtesy transcript was prepared under my direction by word processing professionals at Quinn Emanuel Urquhart & Sullivan, LLP. I believe it is a true and accurate transcription of the audio recording of the oral argument available on the Ninth Circuit's website.

3. Attached as Exhibit B is a true and correct copy of relevant excerpts of the transcript of the hearing before this Court regarding MGA's request for a status conference, dated February 26, 2013.

4. Attached as Exhibit C is a true and correct copy of relevant excerpts of MGA Entertainment, Inc.'s Notice of Deposition of Mattel, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6), dated September 5, 2007.

5. Attached as Exhibit D is a true and correct copy of an e-mail message from MGA's attorney Paul Eckles to myself and others, dated January 13, 2008.

6. Attached as Exhibit E is a true and correct copy of a letter reflecting Mattel's production to MGA of M0297397-605, "New York Toy Fair 2003 Competitive Review," on January 2, 2008.

7. Attached as Exhibit F is a true and correct copy of the Notice of MGA Entertainment, Inc. of Trade Secret Designation Pursuant to Cal. Code Civ. Proc. § 2019.210, dated August 24, 2010. This document specifically identifies M0297397-

1  605, "New York Toy Fair 2003 Competitive Review," as containing trade secrets
2  allegedly misappropriated from MGA by Mattel.
3      I declare under penalty of perjury of the laws of the United States that the
4  foregoing is true and correct.
5      Executed March 11, 2013, at Los Angeles, California.

By _/s/ Michael T. Zeller_
Michael T. Zeller
Attorney for Mattel, Inc, and Mattel de
Mexico, S.A. de C.V.