Name & Address:
William A. Hanssen (SBN 110613)
Suzanne V. Stouder (SBN 161077)
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 203-4000
Attorneys for
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, Pa., LEXINGTON INSURANCE COMPANY, CHARTIS SPECIALTY INSURANCE COMPANY (formerly American International Specialty Lines Insurance)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MATTEL, INC., et al.,
                                    PLAINTIFF(S)
              v.
MGA ENTERTAINMENT, INC., et al.
                                    DEFENDANT(S).

CASE NUMBER
CV 04-9049 DOC (RNBx)
consolidated with
Case Nos. CV 04-09059 and CV 05-02727

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

**The following information must be provided:**

I, Ryan S. Fife , SBN 235000 , ryan.fife@dbr.com
   *Name*                *CA Bar ID Number*      *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, Chartis Specialty Insurance Company (formerly American International Specialty Lines Insurance)

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☐ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:
   ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
       PROVIDE ONLY THE INFORMATION THAT HAS CHANGED
   Attorney Name changed to _____
   New Firm/Government Agency Name _____
   New Address _____
   New Telephone Number _____  New Facsimile Number _____
   New E-mail address _____

☐ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX
   ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____
   ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

American LegalNet, Inc.
www.FormsWorkFlow.com

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON -RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____   CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____   Facsimile Number _____
New E-mail address _____

☒ TO BE REMOVED FROM THE CASE: **

☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____

☒ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,** *Request for Substitution of Attorney* **and G-01ORDER,** *Order on Request for Substitution of Attorney*. **At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: March 6, 2013                           *s/s Ryan S. Fife* _____
                                              *Signature of Attorney of Record / Attorney for the Firm*
                                              Ryan S. Fife

**PLEASE NOTE: CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**



# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA  )
                     ) ss.:
COUNTY OF LOS ANGELES )

*Mattel, Inc., et al. v. MGA Entertainment, Inc., et al.*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Century Park E, Suite 1400, Los Angeles, CA 90067.

On March 7, 2013, I served on interested parties in said action the within:

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

by placing a true copy thereof in sealed envelope(s) addressed as stated on the attached service list.

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on March 7, 2013, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Elizabeth Woodfork
(Type or print name)                    (Signature)

LA01/ 30305981.1

Case 2:04-cv-09049-DOC-RNB   Document 10870   Filed 03/18/13   Page 4 of 4   Page ID #:329581

# **SERVICE LIST**

*Mattel, Inc., et al. v. MGA Entertainment, Inc., et al.*

| | |
|---|---|
| Cheryl Plambeck<br>DAVIS & GILBERT LLP<br>1740 Broadway<br>New York, NY 10019 | J. Christopher Jennings<br>GIBSON DUNN & CRUTCHER<br>333 S. Grand Ave., 45th Fl.<br>Los Angeles, CA 90071-3197 |
| Kevin E. Deenihan<br>KLEE TUCHIN BOGDANOFF & STERN<br>1999 Avenue of The Stars<br>Los Angeles, CA 90067 | Peter H. Bonis<br>PETER H. BONIS LAW OFFICES<br>1990 N. California Blvd., 8th Fl.<br>Walnut Creek, CA 94596 |
| Stephen D. Kaus<br>COOPER WHITE & COOPER<br>201 California St.<br>17th Fl.<br>San Francisco, CA 94111 | |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

LA01/ 30305981.1