PROOF OF SERVICE
§ 1013A(3) C.C.P.

**STATE OF CALIFORNIA COUNTY OF ORANGE**

I am employed in the County of Orange, State of California.  I am over the age of 18 years and am not a party to the within action; my business address is 18500 Von Karman Avenue, Suite 560, Irvine, California  92612.

On March 18, 2013, I served the foregoing documents described as follows: **CORRECTED REPLY IN SUPPORT OF MGA PARTIES' MOTION FOR LEAVE TO AMEND COMPLAINT *NUNC* PRO *TUNC*** on all parties in this matter listed below as follows:

**Susan J. Field**
**Musick, Peeler & Garrett, LLP**
One Wilshire Blvd., Suite 2000
Los Angeles, CA 90017
s.field@mpglaw.com
Counsel for Crum & Forster Specialty Insurance Company

**Sean M. Hanifin**
**Troutman Sanders, LLP**
401 9th Street, NW, Suite 1000
Washington, DC 20004
sean.hanifin@troutmansanders.com
Counsel for Evanston Insurance Company

**Mark D. Sheridan**
**The Legal Center**
One Riverfront Plaza
Newark, NJ 07102
msheridan@pattonboggs.com
Counsel for Chartis Specialty Insurance Company, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburg, PA

**Frank A. Cialone**
**Shartsis Friese, LLP**
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
fcialone@sflaw.com
Counsel for Orrick Herrington & Sutcliffe, LLP

**Jason D. Russell**
**Skadden, Arps, Slate, Meagher & Flom, LLP**
300 S. Grand Ave., Suite 3400
Los Angeles, CA 90071
jason.russell@skadden.com
Appellate counsel for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian

|    |    |
|----|----|
| 1  | **John B. Quinn** |
| 2  | **Michael T. Zeller** |
|    | **Quinn Emanuel Urquhart, & Sullivan, LLP** |
|    | 865 South Figueroa Street, 10th Floor |
| 3  | Los Angeles, CA  90017-2543 |
|    | johnquinn@quinnemanuel.com |
| 4  | michaelzeller@quinnemanuel.com |
| 5  | **Ryan G. Baker** |
|    | **Baker Marquart LLP** |
| 6  | 10990 Wilshire Blvd., Fourth Floor |
|    | Los Angeles, CA  90024 |
| 7  | rbaker@bakermarquart.com |
| 8  |    |
| 9  | [X]   **BY EMAIL:**  I personally caused the within document to be transmitted by way of electronic transmission to the individual email addresses listed above. |
| 10 |    |
| 11 | **Cheryl Plambeck** |
|    | Davis & Gilbert LLP |
| 12 | 1740 Broadway |
|    | New York, NY 10019 |
| 13 |    |
|    | **J. Christopher Jennings** |
| 14 | Gibson Dunn & Crutcher |
|    | 333 S. Grand Ave., 45th Floor |
| 15 | Los Angeles, CA  90071 |
| 16 | **Kevin E. Dennihan** |
|    | Klee Tuchin Bogdanoff & Stern |
| 17 | 1999 Avenue of the Stars |
|    | Los Angeles, CA  90067 |
| 18 |    |
|    | **Peter H. Bonis** |
| 19 | Peter H. Bonis Law Offices |
|    | 1990 North California Blvd., 8th Floor |
| 20 | Walnut Creek, CA  94596 |
| 21 | **Stephen D. Kaus** |
|    | Cooper White & Cooper |
| 22 | 201 California Street, 17th FL |
|    | San Francisco, CA  94111 |
| 23 |    |
| 24 | [X]   **BY MAIL:**  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service the same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |    |

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2

3  Executed on March 18, 2013, at Irvine, California.

4                           /s/ Danielle Frederick
                             Danielle Frederick
5