UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Case No.  CV 04-9049-DOC(RNBx)                              Date   April 1, 2013

Title   MATTEL INC. -V- MGA ENTERTAINMENT INC.

| Present: The Honorable | DAVID O. CARTER, United States District Judge | |
|---|---|---|
| Julie Barrera | Debbie Gale | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present | | Attorneys Present |
| Michael Zeller | | Jennifer Keller |
| Susan Estrich | | Jason Russell |
| B. Dylan Proctor | | |
| Ian Shelton | | |

Proceedings:   MGA PARTIES' MOTION FOR LEAVE TO AMEND COMPLAINT NUNC PRO TUNC [10863]

    The case is called and counsel make their appearances. The Court confers with counsel. The Court hears argument and the matter is taken under submission.

                                                                                                                     :   42

                                                Initials of Clerk     jcb