```
1   GIBSON, DUNN & CRUTCHER LLP
    KEVIN S. ROSEN, SBN 133304
2   KRosen@gibsondunn.com
    J. CHRISTOPHER JENNINGS, SBN 226464
3   CJennings@gibsondunn.com
    BLAINE H. EVANSON, SBN 254338
4   BEvanson@gibsondunn.com
    333 South Grand Avenue
5   Los Angeles, California 90071-3197
    Telephone: (213) 229-7000
6   Facsimile: (213) 229-7520
7
    Attorneys for Plaintiff/Cross-Defendant,
8   O'MELVENY & MYERS LLP
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTER BRYANT, an individual, | CASE NO. CV 04-09049-DOC (RNBx) |
| Plaintiff, | Consolidated with Case No. 04-9059 and Case No. 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **PROOF OF SERVICE** |
| Defendants. | |
| ---------------------------------------------------------- | Assigned for all purposes to The Hon. David O. Carter |
| AND CONSOLIDATED ACTIONS. | |

**PROOF OF SERVICE**
**§ 1013A(3) C.C.P.**

I, Kathleen Overleese, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071-3197, in said County and State. On April 11, 2013, I served the following document(s):

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

on the parties stated below, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

Stephen D. Kaus
Cooper White & Cooper
201 California St., 17th Floor
San Francisco, CA  94111

Cheryl Plambeck
Davis & Gilbert LLP
1740 Broadway
New York, NY  10019

Peter H. Bonis
Peter H. Bonis Law Offices
1990 North California Blvd., 8th Floor
Walnut Creek, CA  94596

Kevin E. Deenihan
Klee Tuchin Bogdanoff & Stern
1999 Avenue of the Stars
Los Angeles, CA  90067

Jennifer L. Keller
Kay Rackauckas
Allison Shalinsky
Keller Rackauckas LLP
18500 Von Karman Avenue, Suite 560
Irvine, CA  92612

☑ BY MAIL:  I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 11, 2013, at Los Angeles, California.

/s/  Kathleen Overleese
Kathleen Overleese-

Gibson, Dunn & Crutcher LLP

**CERTIFICATE OF SERVICE**