JENNIFER L. KELLER (SBN 84412)
keller@krlawllp.com
KAY RACKAUCKAS (SBN 143480)
krack@krlawllp.com
ALLISON SHALINSKY (SBN 186975)
shalinsky@krlawllp.com
KELLER RACKAUCKAS LLP
18500 Von Karman Avenue, Suite 560
Irvine, CA 92612
Telephone:  (949) 476-8700
Facsimile:   (949) 476-0900

Attorneys for MGA Parties

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**DECLARATION OF JENNIFER L. KELLER IN SUPPORT OF MGA'S NOTICE OF SUPERIOR COURT'S DENIAL OF ORRICK REQUEST TO CONFIRM PARTIAL FINAL AWARD IN *ORRICK V. MGA* ARBITRATION**<br><br>Judge:  Hon. David O. Carter |

I, Jennifer L. Keller, hereby declare as follows:

1. I am an attorney at the law firm of Keller Rackauckas LLP, counsel of record for the MGA parties in the above-captioned matter, and admitted to practice before this Court. I submit this Declaration in support of MGA's Notice Of Superior Court's Denial Of Orrick Request To Confirm Partial Final Award in *Orrick v. MGA* Arbitration. I make this declaration on personal knowledge and, if called as a witness, could and would testify competently to such facts under oath.

2. A true and correct copy of an Order denying Orrick's Petition to Confirm Arbitration Award, dated April 16, 2013, in Orange County Superior Court Case No. 30-2013-00628354-CU-PA-CJC, is attached hereto as **Exhibit 1**.

3. A true and correct copy of excerpts of the certified transcript of the February 26, 2013 hearing before this Court is attached hereto as **Exhibit 2**.

4. A true and correct copy of the Memorandum of Points and Authorities In Support Of Orrick, Herrington & Sutcliffe LLP's Petition To Confirm Partial Final Arbitration Award [Public Redacted Version], dated February 19, 2013, is attached hereto as **Exhibit 3**.

5. A true and correct copy of Orrick's Reply Brief In Support Of Its Petition To Confirm Partial Final Arbitration Award [Public Redacted Version], dated April 9, 2013, is attached hereto as **Exhibit 4**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 22, 2013 in Irvine, California.

                                     */s/ Jennifer L. Keller*
                                       Jennifer L. Keller