**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 04-9049 DOC (RNBx)						Date: May 28, 2013

Title: CARTER BRYANT V. MATTEL, INC., ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | N/A |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present								None Present

**PROCEEDING (IN CHAMBERS):   ORDER REQUESTING ADDITIONAL BRIEFING**

Pending before this Court is Mattel's Ex Parte Application For an Order Enjoining Defendants From Instituting or Prosecuting Any Proceeding Affecting the Judgment in This Action and Exonerating Bond on Condition of Institution of Interpleader Action (Dkt. 10838). That application was opposed by MGA (Dkt. 10845), while documents in support of Mattel's application were filed by interested parties Crum and Forster Specialty Insurance Company (Dkt. 10851), Evanston Insurance Company (Dkt. 10856), and Orrick, Herrington & Sutcliffe LLP (Dkts. 10850, 10859).

At issue is the question of whether or not this Court can properly exercise jurisdiction pursuant to 28 U.S.C. § 1335 to accept Mattel's proposed Complaint in Interpleader, which would allow Mattel to deposit the $137,807,318 currently owed to MGA with the registry of the Court for a determination of all parties' claims to that sum. The issue of interpleader was fully briefed and argued before the Court by all interested parties and has been submitted.

At hearing on February 26, 2013, counsel for Orrick raised an additional issue and suggested that an alternative to interpleader would be for this Court to use its inherent authority to place some or all of the funds into an equitable constructive trust, in light of ongoing but separate disputes between MGA and Orrick in arbitration, and between MGA and its various insurers in this Court. This proposal was raised for the first time during oral arguments without the benefit of briefing.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 04-9049-DOC (RNBx)            Date: May 28, 2013
                                                                             Page 2

The Court requests additional briefing on the question of whether a constructive trust is an appropriate alternative to interpleader. Specifically, briefs of *no more than 10 pages* may be filed, on or before June 12, 2013, addressing the following questions:

     (1)      Does the Court have the authority to create such a trust, setting aside all or part of $137,807,318 in order to preserve it until those parties seeking a portion of it have reduced their claims to a judgment?
     (2)      If this Court does have the authority to create such a trust, how much of the $137,807,318 should be set aside? Be specific as to what portion of the total sum should be set aside in connection to each competing party's claim.

Briefing of no more than 10 pages may be filed on or before June 12, 2013, by those parties that appeared at the February 26, 2013, hearing: MGA, Mattel, Orrick, and the carriers.

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

MINUTES FORM 11
CIVIL-GEN                                                                         Initials of Deputy Clerk: jcb