Name & Address:
Arthur J. Shartsis (Bar #51549)
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco CA  94111
Telephone:  (415) 421-6500

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Delaware corporation; et al.<br><br>PLAINTIFF(S)<br>v.<br>MGA ENTERTAINMENT, INC., a California corporation; et al.<br><br>DEFENDANT(S). | CASE NUMBER: 2:04-cv-09049-DOC-RNB<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

Application to File Under Seal; Proposed Order to File Under Seal; Unredacted Supplemental Brief Regarding Court's Equitable Power to Order that Award; Unredacted Declaration of Joseph V. Mauch in Support of Supplemental Brief

### Document Description:
- [ ] Administrative Record
- [ ] Exhibits
- [ ] Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
- [X] Other Application to File Under Seal; Proposed Order to File Under Seal; Unredacted Supplemental Brief Regarding Court's Equitable Power to Order that Award; Unredacted Declaration of Joseph V. Mauch in Support of Supplemental Brief

### Reason:
- [X] Under Seal
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [ ] Manual Filing required ( *reason* ):

June 12, 2013
Date

Arthur J. Shartsis (Bar #51549)
Attorney Name

Orrick, Herrington & Sutcliffe LLP
Party Represented

*Note:  File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (6/12)  NOTICE OF MANUAL FILING  CCD-G92