1 | William A. Hanssen (State Bar No. 110613)
William.Hanssen@dbr.com
2 | Suzanne V. Stouder (State Bar No. 161077)
Suzanne.Stouder@dbr.com
3 | DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1400
4 | Los Angeles, CA 90067
Telephone: (310) 203-4000
5 | Facsimile: (310) 229-1285

6 | Mark D. Sheridan
Msheridan@pattonboggs.com
7 | Mark C. Errico
Merrico@pattonboggs.com
8 | PATTON BOGGS LLP
One Riverfront Plaza, Suite 600
9 | Newark, NJ 07102
Telephone: (973) 848-5600
10 | Facsimile: (973) 848-5601

11 | Attorneys for
NATIONAL UNION FIRE INSURANCE COMPANY
12 | OF PITTSBURGH, Pa., LEXINGTON INSURANCE
COMPANY, CHARTIS SPECIALTY INSURANCE
13 | COMPANY (formerly American International
Specialty Lines Insurance Company)

14

15 | **UNITED STATES DISTRICT COURT**
16 | **CENTRAL DISTRICT OF CALIFORNIA**

17 | MATTEL, INC., et al.,

Plaintiffs,

v.

MGA ENTERTAINMENT, INC., et al.,

Defendants.

| Case No. CV 04-9049 DOC (RNBx)
consolidated with
Case Nos. CV 04-09059 and CV 05-02727

Hon. David O. Carter

**DECLARATION OF STEVEN A. MUHLSTORCK IN SUPPORT OF RESPONSE TO ORDER REQUESTING ADDITIONAL BRIEFING (Dkt. 10878)**

Hearing Date: TBD
Time:         TBD
Courtroom:    9D

25 | //
26 | //
27 | //
28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

1   I, Steven A. Muhlstock, declare as follows:

2   1.      I am currently employed as a Complex Director for Chartis
3   Claims, Inc. in New York, New York.  I submit this declaration on
4   behalf of National Union Fire Insurance Company of Pittsburgh, Pa.,
5   Lexington Insurance Company, and Chartis Specialty Insurance
6   Company (formerly known as American International Specialty Lines
7   Insurance Company) (collectively, the "Member Companies") in
8   response to this Court's May 28, 2013 Order that "requests additional
9   briefing on the question of whether a constructive trust is an
10  appropriate alternative to interpleader." (Dkt. 10878).

11  2.      This declaration is based on facts within my own personal
12  knowledge, and if called as a witness, I would and could competently
13  testify thereto.

14  3.      The      Member      Companies      have      paid      approximately
15  $43,114,177.89   to   MGA   Entertainment,   Inc.   ("MGA")   for
16  unreimbursed fees and costs incurred by MGA from November 2007
17  to date, in connection with the defense of the Mattel Litigation.  That
18  money was paid subject to a reservation of rights and pursuant to the
19  Member      Companies'      contractual      and      equitable      right      of
20  reimbursement.

21  I declare under penalty of perjury that the foregoing is true and correct.
22  Executed this __12th__ day of June, 2013 in New York, New York.

23
24
25                                               STEVEN A. MUHLSTOCK
26
27
28