PAUL L. GALE (SBN 65873)
paul.gale@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

SEAN M. HANIFIN, *Admitted Pro Hac Vice*
sean.hanifin@troutmansanders.com
PRASHANT K. KHETAN, *Admitted Pro Hac Vice*
prashant.khetan@troutmansanders.com
TROUTMAN SANDERS LLP
401 9th Street, N. W., Suite 1000
Washington, D.C. 20004-2134
Telephone: 202.274.2950
Facsimile: 202.274.2994

*Attorneys for*
*EVANSTON INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., et al.,<br><br>　　　　Defendants. | Case No. CV 04-9049-DOC (RNBx) consolidated with CV 04-09059 DOC (RNBx) and CV 05-02727 DOC (RNBx)<br><br>Related to Case No. SACV 12-0943-DOC (RNBx) and CV 12-05654 DOC (RNBx)<br><br>Honorable David O. Carter<br><br>**DECLARATION OF SHARI MARKO IN SUPPORT OF EVANSTON INSURANCE COMPANY'S BRIEF PURSUANT TO THE COURT'S ORDER REQUESTING ADDITIONAL BRIEFING**<br>**[DKT. NO. 10878]** |

I, Shari Marko, declare as follows:

1. I am a member of the bar of the State of New Jersey. I make this declaration on personal knowledge and, if called as a witness, could testify competently as to the facts set forth in this declaration.

2. I am employed as Claims Counsel by Markel Service, Incorporated. ("MSI"). MSI is the underwriting manager for Evanston Insurance Company ("Evanston"). MSI and Evanston are affiliates in that each is a subsidiary of Markel Corporation.

3. In my capacity as Claims Counsel, I have access to records of payments made by Evanston to or on behalf of MGA Entertainment, Inc. ("MGA") in connection with the action captioned Bryant v. Mattel, Inc., Case No. CV 04-9049 DOC (RNBx) (the "Mattel Action") and appeals of the Mattel Action.

4. Through April 30, 2013, Evanston paid to or on behalf of MGA the sum of $56,728,304 for fees and expenses that MGA claims to have incurred as defense costs in the Mattel Action and appeals of the Mattel Action.

5. MGA continues to submit invoices to Evanston for further payment or reimbursement of claimed defense costs for the Mattel Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of June, 2013 at Red Bank, NJ            .

*/s/ Shari R Marko*
Shari Marko

20524999v1                                    - 1 -
DECLARATION OF SHARI MARKO IN SUPPORT OF EVANSTON INSURANCE COMPANY'S BRIEF PURSUANT TO THE COURT'S ORDER REQUESTING ADDITIONAL BRIEFING