SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
FRANK A. CIALONE (Bar #172816)
LISA A. JACOBS (Bar #230364)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: ashartsis@sflaw.com; fcialone@sflaw.com; ljacobs@sflaw.com

Attorneys for
ORRICK, HERRINGTON & SUTCLIFFE LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,

    Plaintiffs,

v.

MGA ENTERTAINMENT, INC., a California Corporation, et al.,

    Defendants.

Case No. 2:04-cv-09049-DOC-RNB

**APPLICATION FOR ORDER TO FILE UNDER SEAL**

Judge:   Honorable David O. Carter

Case No. 2:04-cv-09049-DOC-RNB     APPLICATION FOR ORDER TO FILE UNDER SEAL

Pursuant to Civil Local Rule 79-5, Orrick, Herrington & Sutcliffe LLP ("Orrick") hereby submit this application for an order to file under seal the following documents:

1. ORRICK'S UNREDACTED SUPPLEMENTAL BRIEF REGARDING COURT'S EQUITABLE POWER TO ORDER THAT AWARD FUNDS BE HELD IN TRUST

2. UNREDACTED DECLARATION OF JOSEPH V. MAUCH IN SUPPORT OF ORRICK'S SUPPLEMENTAL BRIEF REGARDING COURT'S EQUITABLE POWER TO ORDER THAT AWARD FUNDS BE HELD IN TRUST

Orrick's Supplemental Brief Regarding Court's Equitable Power to Order that Award and the Declaration of Joseph V. Mauch in Support of Supplemental Brief reference and/or attach information that is subject to the confidentiality provision contained in the arbitration agreement between Orrick and MGA Entertainment Inc., MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian (collectively, "MGA"), and information that is subject to the attorney-client privilege. Mattel and/or MGA Parties have designated "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the protective order. See Case No. CV 04-9049 SGL (RNBx), Docket Document No. 5565.

A number of the parties to this litigation are not parties to the arbitration between Orrick and MGA and/or are not within the bounds of the attorney-client privilege. Orrick therefore also applies for an order from the Court allowing Orrick to serve unredacted versions of the above-named Supplemental Brief and Declaration only on MGA, and to serve via the Court's electronic filing service redacted versions of the above-named Supplemental Brief and Declaration on all parties.

For the foregoing reasons, Orrick respectfully request that the Court enter the concurrently filed [Proposed] Order granting this request to file the above-referenced documents under seal.

Case No. 2:04-cv-09049-DOC-RNB — APPLICATION FOR ORDER TO FILE UNDER SEAL — - 1 -

| | |
|---|---|
| DATED: June 13, 2013 | SHARTSIS FRIESE LLP<br><br>By: _____<br>ARTHUR J. SHARTSIS<br><br>ORRICK, HERRINGTON & SUTCLIFFE LLP |