```
 1  SHARTSIS FRIESE LLP
    ARTHUR J. SHARTSIS (Bar #51549)
 2  FRANK A. CIALONE (Bar #172816)
    LISA A. JACOBS (Bar #230364)
 3  One Maritime Plaza, Eighteenth Floor
    San Francisco, CA 94111
 4  Telephone: (415) 421-6500
    Facsimile: (415) 421-2922
 5  Email: ashartsis@sflaw.com; fcialone@sflaw.com;
    ljacobs@sflaw.com
 6
 7  Attorneys for
    ORRICK, HERRINGTON & SUTCLIFFE LLP
 8
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity, | Case No. 2:04-cv-09049-DOC-RNB |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER RE: APPLICATION TO FILE UNDER SEAL |
| v. | Judge: Honorable David O. Carter |
| MGA ENTERTAINMENT, INC., a California Corporation, et al., | |
| Defendants. | |

Case No. 2:04-cv-09049-DOC-RNB

[PROPOSED] ORDER REGARDING APPLICATION FOR ORDER TO FILE UNDER SEAL

The Court having considered the application of Orrick Herrington & Sutcliffe LLP ("Orrick") for an order to file under seal, and having found good cause to do so, it is HEREBY ORDERED that said application is GRANTED in its entirety.

The Clerk shall maintain under Seal the following documents:

1. ORRICK'S UNREDACTED SUPPLEMENTAL BRIEF REGARDING COURT'S EQUITABLE POWER TO ORDER THAT AWARD FUNDS BE HELD IN TRUST

2. UNREDACTED DECLARATION OF JOSEPH V. MAUCH IN SUPPORT OF ORRICK'S SUPPLEMENTAL BRIEF REGARDING COURT'S EQUITABLE POWER TO ORDER THAT AWARD FUNDS BE HELD IN TRUST

Orrick shall serve via the Court's electronic filing service redacted versions of the above-named Supplemental Brief and Declaration on all parties. Orrick shall serve unredacted versions of the above-named Supplemental Brief and Declaration only on MGA Entertainment Inc., MGA Entertainment HK, Ltd., MGAE de Mexico S.R.L. de C.V., and Isaac Larian.

It IS SO ORDERED.

Dated: June 17, 2013

_____
HONORABLE DAVID O. CARTER

Case No. 2:04-cv-09049-DOC-RNB

- 1 -

[PROPOSED] ORDER REGARDING APPLICATION FOR ORDER TO FILE UNDER SEAL