SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
FRANK A. CIALONE (Bar #172816)
LISA A. JACOBS (Bar #230364)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: ashartsis@sflaw.com; fcialone@sflaw.com; ljacobs@sflaw.com

Attorneys for
ORRICK, HERRINGTON & SUTCLIFFE LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity, <br><br> Plaintiffs, <br><br> v. <br><br> MGA ENTERTAINMENT, INC., a California Corporation, et al., <br><br> Defendants. | Case No. 2:04-cv-09049-DOC-RNB <br><br> **PROOF OF SERVICE** <br><br> Judge: Honorable David O. Carter |

Case No.
2:04-cv-09049-DOC-RNB

PROOF OF SERVICE

## PROOF OF SERVICE

I, Melissa A. Artola, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On June 12, 2013, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, Civil Code of Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

APPLICATION TO FILE UNDER SEAL

[PROPOSED] ORDER REGARDING APPLICATON TO FILE UNDER SEAL

ORRICK'S UNREDACTED SUPPLEMENTAL BRIEF REGARDING COURT'S EQUITABLE POWER TO ORDER THAT AWARD FUNDS BE HELD IN TRUST

UNREDACTED DECLARATION OF JOSEPH V. MAUCH IN SUPPORT OF ORRICK'S SUPPLEMENTAL BRIEF REGARDING COURT'S EQUITABLE POWER TO ORDER THAT AWARD FUNDS BE HELD IN TRUST

[X] by electronically delivering the document(s) listed above on this date from electronic address martola@sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: (☐ by agreement / ☐ not by agreement)

Edmond M. Connor, Esq.
Matthew J. Fletcher, Esq.
Connor, Fletcher & Williams LLP
2211 Michelson Drive, Suite 1100
Irvine, CA 92612
Phone: (949) 622-2600
Fax: (949) 622-2626
Email: EConnor@Businesslit.com;
mfletcher@businesslit.com

Case No.
2:04-cv-09049-DOC-RNB

- 1 -
PROOF OF SERVICE

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.
3  Executed on June 12, 2013, in San Francisco, California.

*[signature]*
Melissa A. Artola

Case No.
2:04-cv-09049-DOC-RNB

- 2 -

PROOF OF SERVICE