SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
FRANK A. CIALONE (Bar #172816)
LISA A. JACOBS (Bar #230364)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: ashartsis@sflaw.com; fcialone@sflaw.com; ljacobs@sflaw.com

Attorneys for
ORRICK, HERRINGTON & SUTCLIFFE LLP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity, | Case No. 2:04-cv-09049-DOC-RNB |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | Judge: Honorable David O. Carter |
| MGA ENTERTAINMENT, INC., a California Corporation, et al., | |
| Defendants. | |

1   Orrick and MGA Entertainment, Inc., MGA Entertainment HK, Ltd, MGAE
2   de Mexico S.R.L. de C.V., and Isaac Larian have settled their respective claims and
3   Orrick hereby withdraws its joinder and support of Mattel's Motion for Interpleader
4   and Orrick's request for a constructive trust.

7   DATED: July 3, 2013                    SHARTSIS FRIESE LLP

9                                          By: */s/ Frank A. Cialone*
                                                   FRANK A. CIALONE
10                                         ORRICK, HERRINGTON &
                                           SUTCLIFFE LLP

Case No.                                   - 1 -
2:04-cv-09049-             NOTICE OF SETTLEMENT
DOC-RNB