SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
FRANK A. CIALONE (Bar #172816)
LISA A. JACOBS (Bar #230364)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: ashartsis@sflaw.com; fcialone@sflaw.com;
ljacobs@sflaw.com

Attorneys for
ORRICK, HERRINGTON & SUTCLIFFE LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., a California Corporation, et al.,<br><br>Defendants. | Case No. 2:04-cv-09049-DOC-RNB<br><br>**PROOF OF SERVICE**<br><br>Judge:   Honorable David O. Carter |

Case No.
2:04-cv-09049-DOC-RNB

PROOF OF SERVICE

# PROOF OF SERVICE

I, Melissa A. Artola, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On July 3, 2013, at Shartsis Friese LLP located at the above-referenced address, and, pursuant to California Rules of Court, Federal Rules of Civil Procedure, Civil Code of Procedure, and local rules, I served on the interested parties in said cause a copy of the within document(s):

## NOTICE OF SETTLEMENT

[x] by electronically delivering the document(s) listed above on this date from electronic address martola@sflaw.com, and after which transmission I did not receive within a reasonable time any electronic message or other indication that the transmission was unsuccessful, to electronic mail address(es) set forth below: (☐ by agreement / ☐ not by agreement)

Edmond M. Connor, Esq.
Matthew J. Fletcher, Esq.
Connor, Fletcher & Williams LLP
2211 Michelson Drive, Suite 1100
Irvine, CA 92612
Phone: (949) 622-2600
Fax: (949) 622-2626
Email: EConnor@Businesslit.com;
mfletcher@businesslit.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 3, 2013, in San Francisco, California.

_/s/ Melissa A. Artola_
Melissa A. Artola

Case No. 2:04-cv-09049-DOC-RNB

- 1 -
PROOF OF SERVICE