QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

BAKER MARQUART LLP
  Ryan G. Baker (Bar No. 214036)
  (rbaker@bakermarquart.com)
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California  90024
Telephone:  (424) 652-7800
Facsimile:  (424) 652-7801

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiff,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-02727<br><br>Hon. David O. Carter<br><br>**DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL'S SUPPLEMENTAL SUBMISSION REGARDING MATTEL'S *EX PARTE* APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION** |

DECLARATION OF MICHAEL T. ZELLER ISO MATTEL'S SUPPLEMENTAL SUBMISSION

**DECLARATION OF MICHAEL T. ZELLER**

I, Michael T. Zeller, declare as follows:

1. I am a member of the bar of the State of California and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Mattel, Inc. and Mattel de Mexico, S.A. de C.V. ("Mattel"). I make this declaration of personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A in a true and correct copy of the hearing transcript, dated February 26, 2013, containing the argument regarding Mattel's *Ex Parte* Application.

3. Attached hereto as Exhibit B is a transcript of the audio recording of the oral argument before the United States Court of Appeals for the Ninth Circuit in *MGA Entertainment, Inc. v. The Hartford Insurance Group et al.*, No. 12-56069, dated July 25, 2013. This transcript was prepared by the word processing department of my law firm based on the publicly available audio file located on the Ninth Circuit's website, and I believe Exhibit B is a true and accurate transcription of that audio file. The oral argument in No. 12-56069 related to the MGA insurers' duty to defend.

//
//
//
//
//
//
//
//
//
//

4. Attached hereto as Exhibit C is a transcript of the audio recording of the oral argument before the United States Court of Appeals for the Ninth Circuit in *MGA Entertainment, Inc. v. The Hartford Insurance Group et al.*, No. 12-56072, dated July 25, 2013. This transcript was prepared by the word processing department of my law firm based on the publicly available audio file located on the Ninth Circuit's website, and I believe Exhibit C is a true and accurate transcription of that audio file. The oral argument in No. 12-56072 related to equitable contribution among MGA's insurers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 12, 2013, at Los Angeles, California.

By *[signature]*
Michael T. Zeller
Attorney for Mattel, Inc, and Mattel de Mexico, S.A. de C.V.