QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

BAKER MARQUART LLP
  Ryan G. Baker (Bar No. 214036)
  (rbaker@bakermarquart.com)
10990 Wilshire Blvd., Fourth Floor
Los Angeles, California  90024
Telephone:  (424) 652-7800
Facsimile:  (424) 652-7801

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-02727<br><br>Hon. David O. Carter<br><br>**PROOF OF SERVICE OF MATTEL'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION** |

00505.07975/5467967.1

PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the action. My business address is 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On August 12, 2013, I served true copies of the following documents:

1. **MATTEL'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION;**

2. **DECLARATION OF MICHAEL T. ZELLER IN SUPPORT OF MATTEL'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION; and**

3. **EXHIBITS A – C OF THE DECLARATION OF MICHAEL T. ZELLER;**

on the following parties to this action and other interested parties:

Susan J. Field
Musick, Peeler & Garrett, LLP
One Wilshire Blvd., Suite 2000
Los Angeles, CA 90017
(213) 629-7886 (phone)
(213) 624-1376 (fax)
s.field@mpglaw.com

Counsel for Crum & Forster Specialty Insurance Company

00505.07975/5467967.1

| | |
|---|---|
| 1 | Sean M. Hanifin |
| | Troutman Sanders, LLP |
| 2 | 401 9th Street, NW, Suite 1000 |
| | Washington, DC 20004 |
| 3 | (202) 662-2026 (phone) |
| | (202) 654-5817 (fax) |
| 4 | sean.hanifin@troutmansanders.com |
| 5 | Counsel for Evanston Insurance Company |
| 6 | Mark D. Sheridan |
| | Patton Boggs, LLP |
| 7 | One Riverfront Plaza |
| | Newark, NJ 07102 |
| 8 | (973) 848-5600 (phone) |
| | (973) 848-5601 (fax) |
| 9 | msheridan@pattonboggs.com |
| 10 | Suzanne V. Stouder |
| | Drinker Biddle & Reath LLP |
| 11 | 1800 Century Park East, Suite 1400 |
| | Los Angeles, CA 90067 |
| 12 | (310) 203-4000 (phone) |
| | (310) 229-1285 (fax) |
| 13 | Suzanne.Stouder@dbr.com |
| 14 | Counsel for Chartis Specialty Insurance Company, Lexington Insurance |
| 15 | Company, and National Union Fire Insurance Company of Pittsburg, PA |
| 16 | Frank A. Cialone |
| | Shartsis Friese, LLP |
| 17 | One Maritime Plaza, 18th Floor |
| | San Francisco, CA 94111 |
| 18 | (415) 421-6500 (phone) |
| | (415) 421-2922 (fax) |
| 19 | fcialone@sflaw.com |
| 20 | Counsel for Orrick Herrington & Sutcliffe, LLP |
| 21 | Jennifer L. Keller |
| | Keller Rackauckas Umberg Zipser LLP |
| 22 | 18300 Von Karman Ave., Suite 930 |
| | Irvine, CA 92612 |
| 23 | (949) 476-8700 (phone) |
| | (949) 476-0900 (fax) |
| 24 | jkeller@kruzlaw.com |
| 25 | Counsel for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico, S.R.L. de C.V., and Isaac Larian |
| 26 | |
| 27 | |
| 28 | |

1     by electronic mail transmission from ianshelton@quinnemanuel.com, by
2  transmitting PDF format copies of such documents to each such person at the email
3  addresses listed below their addresses.  The documents were transmitted by
4  electronic transmission and such transmission was reported as complete and without
5  error.
6     I declare under penalty of perjury under the laws of the United States that the
7  foregoing is true and correct.
8     Executed on August 12, 2013, at Los Angeles, California.

                                        /s/ Ian S. Shelton
                                          Ian S. Shelton