MUSICK, PEELER & GARRETT LLP
Susan J. Field (State Bar No. 086200)
One Wilshire Boulevard, Suite 2000
Los Angeles, California 90017-3383
Telephone: (213) 629-7600
Facsimile: (213) 624-1376
*s.field@mpglaw.com*

MUSICK, PEELER & GARRETT LLP
Jennifer M. Kokes (State Bar No. 210261)
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925
Telephone: (714) 668-2400
Facsimile: (714) 668-2490
*j.kokes@mpglaw.com*

Attorneys for Crum & Forster Specialty Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., et al.<br><br>Defendants. | Case No. CV-04-9049-DOC (RNBx)<br>Consolidated w/ Case Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S JOINDER IN SUPPORT OF MATTEL'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION (DKT. 10900)** |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that CRUM & FORSTER SPECIALTY INSURANCE COMPANY ("C&F") hereby joins MATTEL, INC.'S Supplemental Submission In Support Of Ex Parte Application For Order Enjoining Defendants From Instituting Or Prosecuting Any Proceeding Affecting The Judgment In This Action And Exonerating Bond On Condition Of Institution Of Interpleader Action (Dkt. 10900). Specifically, C&F joins the request that the Court grant Mattel's request for leave to file its proposed Interpleader Complaint for the reasons stated in the Supplemental Submission (Dkt. 10900) and as supported by the comments made by the Ninth Circuit during the July 25, 2013 oral arguments on the duty to defend and contribution appeals. (See Dkt. 10900-3, pp. 9-10, 19)

DATED: August 14, 2013            MUSICK, PEELER & GARRETT LLP

By: */s/ Susan J. Field*
Susan J. Field
Attorneys for CRUM & FORSTER
SPECIALTY INSURANCE COMPANY

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On August 14, 2013, I served true copies of the following document(s) described as **CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S JOINDER IN SUPPORT OF MATTEL'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION (DKT. 10900)** on the interested parties in this action as follows:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 14, 2013, at Costa Mesa, California.

*/s/ Holli Kiyomi*
Holli Kiyomi