PAUL L. GALE (SBN 65873)
paul.gale@troutmansanders.com
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

SEAN M. HANIFIN, *Admitted Pro Hac Vice*
sean.hanifin@troutmansanders.com
PRASHANT K. KHETAN, *Admitted Pro Hac Vice*
prashant.khetan@troutmansanders.com
TROUTMAN SANDERS LLP
401 9th Street, N. W., Suite 1000
Washington, D.C. 20004-2134
Telephone: 202.274.2950
Facsimile: 202.274.2994

*Attorneys for*
*EVANSTON INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MGA ENTERTAINMENT, INC., et al., <br><br> Defendants. | Case No. CV 04-9049-DOC (RNBx) consolidated with CV 04-09059 DOC (RNBx) and CV 05-02727 DOC (RNBx) <br><br> Related to Case No. SACV 12-0943-DOC (RNBx) and CV 12-05654 DOC (RNBx) <br><br> Honorable David O. Carter <br><br> **EVANSTON INSURANCE COMPANY'S JOINDER IN SUPPORT OF MATTEL'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION (DKT. 10900)** |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Evanston Insurance Company ("Evanston") hereby joins Mattel, Inc.'s Supplemental Submission in Support of Ex Parte application for Order Enjoining Defendants From Instituting or Prosecuting any Proceeding Affecting the Judgment in This Action and Exonerating Bond on Condition of Institution of Interpleader Action (Dkt. 10900). Specifically, Evanston joins the application that the Court grant Mattel's request for leave to file its proposed Interpleader Complaint for the reasons stated in the Supplemental Submission (Dkt. 10900) and as supported by the comments made by the Ninth Circuit Court of Appeals panel during the July 25, 2013 oral arguments on the duty to defend and contribution appeals. (See Dkt. 10900-3, pp. 9-10, 19.)

Dated:  August 15, 2013              Respectfully submitted,

                                     PAUL L. GALE
                                     SEAN M. HANIFIN
                                     PRASHANT K. KHETAN
                                     TROUTMAN SANDERS LLP

                                     By:  /s/ Paul L. Gale
                                           Paul L. Gale

                                     *Attorneys for*
                                     *EVANSTON INSURANCE COMPANY*