William A. Hanssen (State Bar No. 110613)
William.Hanssen@dbr.com
Suzanne V. Stouder (State Bar No. 161077)
Suzanne.Stouder@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

Mark D. Sheridan
Msheridan@pattonboggs.com
Mark C. Errico
Merrico@pattonboggs.com
PATTON BOGGS LLP
One Riverfront Plaza, Suite 600
Newark, NJ 07102
Telephone: (973) 848-5600
Facsimile: (973) 848-5601

Attorneys for
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, Pa., LEXINGTON INSURANCE
COMPANY, CHARTIS SPECIALTY INSURANCE
COMPANY (formerly American International
Specialty Lines Insurance Company)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No. CV 04-9049 DOC (RNBx) consolidated with<br>Case Nos. CV 04-09059 and CV 05-02727<br><br>Hon. David O. Carter<br><br>**MEMBER COMPANIES' JOINDER IN SUPPORT OF MATTEL'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION**<br>**[Dkt. 10900]** |

LA01/ 30333222.1

MEMBER COMPANIES' JOINDER IN SUPPORT OF MATTEL'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF
*EX PARTE* APPLICATION [DKT. 10900]

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, and Chartis Specialty Insurance Company (formerly known as American International Specialty Lines Insurance Company) (collectively, the "Member Companies") hereby join Mattel, Inc.'s Supplemental Submission in Support of *Ex Parte* Application for Order Enjoining Defendants from Instituting or Prosecuting any Proceeding Affecting the Judgment in this Action and Exonerating Bond on Condition of Institution of Interpleader Action. (Dkt. 10900). Specifically, the Member Companies join Mattel's application that this Court grant Mattel's request for leave to file its proposed Interpleader Complaint for the reasons stated in the Supplemental Submission (Dkt. 10900) and as supported by the comments made by the Ninth Circuit Court of Appeals panel during the July 25, 2013 oral arguments on the duty to defend and contribution appeals. (Dkt. 10900-3, at 9-10, 19).

Dated: August 16, 2013

DRINKER BIDDLE & REATH LLP

*/s/ Suzanne V. Stouder*
Suzanne V. Stouder
1800 Century Park East, Suite 1400
Los Angeles, California 90067
Telephone: (310) 203-4000
Facsimile: (310) 229-1285
Suzanne.Stouder@dbr.com

Mark D. Sheridan
Msheridan@pattonboggs.com
Mark C. Errico
Merrico@pattonboggs.com
PATTON BOGGS LLP
One Riverfront Plaza, Suite 600
Newark, NJ 07102
Telephone: (973) 848-5600

Attorneys for
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, LEXINGTON INSURANCE COMPANY, and CHARTIS SPECIALTY INSURANCE COMPANY (formerly American International Specialty Lines Insurance Company)

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

LA01/ 30333222.1

- 2 -

MEMBER COMPANIES' JOINDER IN SUPPORT OF MATTEL'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF
*EX PARTE* APPLICATION [DKT. 10900]