MUSICK, PEELER & GARRETT LLP
Susan J. Field (State Bar No. 086200)
One Wilshire Boulevard, Suite 2000
Los Angeles, California 90017-3383
Telephone: (213) 629-7600
Facsimile: (213) 624-1376
*s.field@mpglaw.com*

MUSICK, PEELER & GARRETT LLP
Jennifer M. Kokes (State Bar No. 210261)
650 Town Center Drive, Suite 1200
Costa Mesa, California 92626-1925
Telephone: (714) 668-2400
Facsimile: (714) 668-2490
*j.kokes@mpglaw.com*

Attorneys for Crum & Forster Specialty Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., et al.<br><br>    Plaintiffs,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., et al.<br><br>    Defendants. | Case No. CV -04-9049-DOC (RNBx)<br>Consolidated w/ Case Nos. CV 04-9059 and CV 05-2727<br><br>Hon. David O. Carter<br><br>**CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S REPLY TO MGA PARTIES' RESPONSE (DKT. 10904) TO MATTEL'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION (DKT. 10900)** |

On August 16, 2013, MGA Entertainment, Inc. and Isaac Larian (collectively "MGA") filed a further Opposition (Dkt. 10904) in response to Mattel's Supplemental Submission In Support Of Ex Parte Application For Order Enjoining Defendants From Instituting Or Prosecuting Any Proceeding Affecting The Judgment In This Action And Exonerating Bond On Condition Of Institution Of Interpleader Action (Dkt. 10900).

MGA's principal argument is that interpleader is now "moot" in light of Orrick's settlement with MGA because Mattel no longer faces a threat of litigation. However, the insurers, including C&F, have also asserted claims to some portion or all of the Fee Award and those claims have not been resolved.  As C&F has repeatedly made clear,  C&F intends to assert a subrogation claim against Mattel relating to the Fee Award once this Court lifts the stay currently in place. (See e.g., Dkt. Nos. 10851, 10884)   Accordingly, contrary to MGA's unsupported assertions, Mattel remains subject to further claims by the insurers .

MGA also asserts that the delay in resolving these issues causes it "financial hardship."  It is that "hardship" that creates the concern that if all funds are paid by Mattel to MGA, they will not be later available to be paid by MGA to the insurers and reinforces the propriety of interpleader.

Finally, MGA argues that the statements made by the Ninth Circuit during oral argument on the insurers' appeals do not support interpleader.  C&F simply notes that the recording available on line and the transcript of the oral argument submitted by Mattel are the best evidence on that issue. (See Dkt. 10900-3, pp. 9-10, 19)

DATED: August 19, 2013

        MUSICK, PEELER & GARRETT LLP
        By: */s/ Susan J. Field*
            Susan J. Field
            Attorneys for CRUM & FORSTER
            SPECIALTY INSURANCE COMPANY

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

860422.1                                   2                     CV -04-9049-DOC (RNBx)
CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S REPLY TO MGA PARTIES' RESPONSE (DKT. 10904) TO MATTEL'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF EX PARTE APPLICATION

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On August 19, 2013, I served true copies of the following document(s) described as **CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S REPLY TO MGA PARTIES' RESPONSE (DKT. 10904) TO MATTEL'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF EX PARTE APPLICATION FOR ORDER ENJOINING DEFENDANTS FROM INSTITUTING OR PROSECUTING ANY PROCEEDING AFFECTING THE JUDGMENT IN THIS ACTION AND EXONERATING BOND ON CONDITION OF INSTITUTION OF INTERPLEADER ACTION (DKT. 10900)** on the interested parties in this action as follows:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 19, 2013, at Costa Mesa, California.

*/s/ Holli Kiyomi*
Holli Kiyomi

---

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW

860422.1

1

CV -04-9049-DOC (RNBx)
CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S REPLY TO MGA PARTIES' RESPONSE (DKT. 10904) TO MATTEL'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF EX PARTE APPLICATION