Case 2:04-cv-09049-DOC-RNB Document 10907 Filed 08/20/13 Page 1 of 2 Page ID #:330126

1 KELLER RACKAUCKAS UMBERG ZIPSER LLP
Jennifer L. Keller (SBN 84412)
2 18300 Von Karman Ave., Suite 930
Irvine, California 92612
3 Telephone: (949) 476-8700
Facsimile: (949) 476-0900
4 Email: jkeller@kruzlaw.com

5
Attorneys for MGA PARTIES
6

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10 SOUTHERN DIVISION

11

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 DOC (RNBx)<br>Consolidated with:<br>Case Nos. CV 04-09059 & CV 05-2727<br><br>Hon. David O. Carter<br><br>**MGA PARTIES' RESPONSE TO CRUM & FORSTER'S REPLY IN SUPPORT OF MATTEL'S *EX PARTE* APPLICATION FOR INTERPLEADER** |

Crum & Forster has no right to suggest that Mattel's interpleader be granted. This Court has already ruled that the insurance carriers, including Crum & Forster, were too late in seeking to intervene in this case. Dkt. 10790. That ruling has been upheld by the Ninth Circuit (Case No. 11-56868, Dkt. 44), and the carriers are pursuing their reimbursement claims against MGA in actions which have nothing to do with Mattel.[1] Those unsecured and unliquidated claims do not justify a prejudgment attachment of MGA's attorneys' fee award. This purported "joinder" is nothing more than an attempt to end-run the Court's previous rulings.

As for Crum & Forster's position that MGA's financial hardship in waiting patiently for its money "creates the concern that if all funds are paid by Mattel to MGA, they will not be later available to be paid by MGA to the insurers and reinforces the propriety of interpleader," that argument has already been rejected by this Court when it denied the carriers' motion to intervene. The carriers maintained that absent intervention, MGA might dissipate any funds received from Mattel, lessening the pot from which they might recover reimbursement if their right to reimbursement were ever determined. Docket 10790 at 2.

It has been eight months since the Ninth Circuit affirmed an attorneys' fee award of approximately $137 million for MGA. With the withdrawal of Orrick's lien assertion, and the uncertain status of the insurance carriers' claims, there are simply no grounds for an interpleader. The Court should order Mattel to pay MGA, and the insurance companies can attempt to establish a right to those proceeds through the pending insurance proceedings.

Dated: August 20, 2013          KELLER RACKAUCKAS UMBERG ZIPSER LLP

                                By:    /s/ Jennifer L. Keller
                                       JENNIFER L. KELLER
                                       Attorneys for MGA Parties

---

[1] The Court dismissed with prejudice Evanston's lone declaratory relief claim against Mattel in its reimbursement action against MGA. Case No. 12-05654, Dkt. 35 at 5-7.