KELLER RACKAUCKAS UMBERG ZIPSER LLP
JENNIFER L. KELLER (SBN 84412)
jkeller@kruzlaw.com
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone: 949 476 8700
Facsimile: 949 476 0900

Attorneys for MGA ENTERTAINMENT, INC.,
MGA ENTERTAINMENT (HK) LIMITED,
MGAE DE MEXICO S.R.L. DE CV,
ISAAC LARIAN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Case No. CV 04-9049 DOC (RNBx)<br>consolidated with<br>Case Nos. CV 04-09059 and CV 05-02727<br><br>Hon. David O. Carter<br><br>**STIPULATION RE SETTLEMENT WITH INSURERS AND PAYMENT OF JUDGMENT AND [PROPOSED] ORDER**<br><br>Hearing Date: TBD<br>Time: TBD<br>Courtroom: 9D |

//
//
//
//
//
//
//
//

1
STIPULATION RE SETTLEMENT WITH INSURERS AND PAYMENT OF JUDGMENT AND [PROPOSED] ORDER

MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de CV, and Isaac Larian (collectively, "MGA"), National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, and Chartis Specialty Insurance Company (formerly known as American International Specialty Lines Insurance) (collectively, the "Member Companies"), Crum & Forster Specialty Insurance Company ("Crum & Forster"), and Evanston Insurance Company ("Evanston") (collectively, the Member Companies, Crum & Forster, and Evanston are referred to as the "Insurers"), and Mattel, Inc., Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") (collectively, the Insurers, MGA, and Mattel are referred to as the "Parties") respectfully submit the following Stipulation re Settlement and Payment of Judgment:

1. In *Mattel, Inc. v. MGA Entertainment, Inc., et al.*, Consolidated Case No. 04-9049-DOC (RNBx), this Court entered, among other things, an award and judgment for attorneys' fees and costs (Dkt. 10703) (the "Fee Award") in favor of MGA and against Mattel, Inc. ("Mattel"), which award was affirmed by the Ninth Circuit Court of Appeals on January 24, 2013 in Case No. 11-56357. Excluding interest, the amount of the Fee Award is $137,365,177.

2. The Insurers asserted rights to and claims against the Fee Award. MGA disputed the Insurers' rights and claims.

3. MGA and the Insurers have reached a settlement of the Insurers' claims to the Fee Award.

4. The Parties agree that on or before close of business on Monday, December 23, 2013, the entire amount of the Fee Award, including interest thereon ($690,236.85 for 873 days) which represents the total amount of **$138,055,413.85,**

shall be paid by Mattel by wire transfer to the Shernoff Bidart Echeverria Bentley LLP Client Trust Account, Union Bank, Account Number 4710020731, ABA Transfer Number 122000496.

5.      Within two (2) business days of the Shernoff Bidart Echeverria Bentley LLP Client Trust Account's receipt of Mattel's payment of the Fee Award and interest thereon as set forth in this Stipulation, MGA will stipulate to an order that exonerates the bond posted by Mattel on or about August 18, 2011.  Such stipulated order exonerating the bond will include the following language: "It is ORDERED that the Supersedeas Bond posted in this case by co-sureties Fidelity and Deposit Company of Maryland and Zurich American Insurance Company, Bond No. CGB 9018269, is hereby cancelled and discharged, and is of no further force and effect, and Fidelity and Deposit Company of Maryland and Zurich American Insurance Company are hereby released from all liability under the terms of the bond."

6.      Mattel reserves all rights as to its entitlement to and the terms of the acknowledgment of satisfaction of judgment to be filed by the judgment creditors Isaac Larian, MGA Entertainment, Inc. and MGA Entertainment (HK) Limited after payment as set forth in this Stipulation.

7.      Within two (2) business days from the date of this Order, MGA and the Insurers shall file: (a) a Notice of Settlement with the Court in *National Union Fire Insurance Company, et al. v. MGA Entertainment, Inc., et al.*, Case No. CV 12-0943 DOC (RNBx) and *Evanston Insurance Company v. MGA Entertainment, Inc., et al.*, Case No. CV 12-05654 (DOC (RNBx); and (b) a motion with the Ninth Circuit Court of Appeals under Federal Rule of Appellate Procedure 42(b) for an

1  Order dismissing the following related pending appeals: Appeal No. 12-56899, No.
2  12-56069, No. 12-56072, and No. 12-56073.

5  Dated: December 20, 2013           Respectfully submitted,

6                                      JENNIFER L. KELLER
                                       KELLER RACKAUCKAS UMBERG
7                                      ZIPSER LLP

8                                      By: /s/ Jennifer L. Keller
9                                          Jennifer L. Keller

10                                     *Attorneys for MGA Entertainment, Inc.,
                                       MGA Entertainment (HK) Limited, MGAE
11                                     de Mexico S.R.L. de CV, and Isaac Larian*

12                                     *Pursuant to L.R. 5-4.3.4, Jennifer L. Keller
                                       hereby attests that all other signatories
13                                     listed, and on whose behalf the filing is
                                       submitted, concur in the filing's content and
14                                     have authorized the filing.*

| | |
|---|---|
| Dated: December 20, 2013 | MGA ENTERTAINMENT, INC.<br><br>By: /s/ Isaac Larian<br>Isaac Larian, CEO<br><br>*In his individual capacity and on behalf of MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de CV, and Isaac Larian* |
| Dated: December 20, 2013 | MICHAEL J. BIDART<br>RICARDO ECHEVERRIA<br>SHERNOFF BIDART ECHEVERRIA, LLP<br><br>By: /s/ Michael J. Bidart<br>Michael J. Bidart<br><br>*Attorneys for MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de CV, and Isaac Larian* |
| Dated: December 20, 2013 | PAUL L. GALE<br>SEAN M. HANIFIN<br>PRASHANT K. KHETAN<br>TROUTMAN SANDERS LLP<br><br>By: /s/ Paul L. Gale<br>Paul L. Gale<br><br>*Attorneys for Evanston Insurance Company, Markel Corporation, and Markel Underwriting Managers, Inc.* |

| | | |
|---|---|---|
| 1 | Dated: December 20, 2013 | MARK D. SHERIDAN |
| 2 | | MARK C. ERRICO |
| | | PATTON BOGGS LLP |
| 3 | | |
| | | By: /s/ Mark D. Sheridan |
| 4 | | Mark D. Sheridan |
| 5 | | *Attorneys for* |
| | | *LEXINGTON INSURANCE COMPANY,* |
| 6 | | *NATIONAL UNION FIRE INSURANCE* |
| | | *COMPANY OF PITTSBURGH, PA.,* |
| 7 | | *CHARTIS SPECIALTY INSURANCE* |
| | | *COMPANY* |
| 8 | | |
| 9 | Dated: December 20, 2013 | SUSAN J. FIELD |
| 10 | | JENNIFER M. KOKES |
| | | MUSICK PEELER AND GARRETT |
| 11 | | |
| 12 | | By: /s/ Susan J. Field |
| | | Susan J. Field |
| 13 | | |
| | | *Attorneys for Crum & Forster Specialty* |
| 14 | | *Insurance* |
| 15 | | |
| 16 | Dated: December 20, 2013 | MICHAEL T. ZELLER |
| | | QUINN EMANUEL URQUHART & |
| 17 | | SULLIVAN, LLP |
| 18 | | |
| | | By: /s/ Michael T. Zeller |
| 19 | | Michael T. Zeller |
| 20 | | *Attorneys for Mattel, Inc. and Mattel de* |
| | | *Mexico, S.A. de C.V.* |
| 21 | | |
| 22 | Dated: December 20, 2013 | MATTEL, INC. |
| 23 | | |
| 24 | | By: |
| | | Bryan Stockton, CEO |
| 25 | | |
| | | *On behalf of Mattel, Inc.* |
| 26 | | |
| 27 | | |
| 28 | | |