1  KELLER RACKAUCKAS UMBERG ZIPSER LLP
   JENNIFER L. KELLER (SBN 84412)
2  jkeller@kruzlaw.com
   18300 Von Karman Avenue, Suite 930
3  Irvine, CA 92612
   Telephone: 949 476 8700
4  Facsimile: 949 476 0900

5  Attorneys for MGA ENTERTAINMENT, INC.,
   MGA ENTERTAINMENT (HK) LIMITED,
6  MGAE DE MEXICO S.R.L. DE CV,
   ISAAC LARIAN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MATTEL, INC., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>MGA ENTERTAINMENT, INC., et al.,<br><br>  Defendants. | Case No. CV 04-9049 DOC (RNBx) consolidated with Case Nos. CV 04-09059 and CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER ON STIPULATION RE SETTLEMENT WITH INSURERS AND PAYMENT OF JUDGMENT**<br><br>Hearing Date: TBD<br>Time:        TBD<br>Courtroom:   9D |
|---|---|

21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1
[PROPOSED] ORDER ON STIPULATION RE SETTLEMENT WITH INSURERS AND PAYMENT OF JUDGMENT

The Court, having considered the Stipulation re Settlement with Insurers and Payment of Judgment, hereby Orders as follows:

MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de CV, and Isaac Larian (collectively, "MGA"), National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, and Chartis Specialty Insurance Company (formerly known as American International Specialty Lines Insurance) (collectively, the "Member Companies"), Crum & Forster Specialty Insurance Company ("Crum & Forster"), and Evanston Insurance Company ("Evanston") (collectively, the Member Companies, Crum & Forster, and Evanston are referred to as the "Insurers"), and Mattel, Inc., Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") (collectively, the Insurers, MGA, and Mattel are referred to as the "Parties") respectfully submitted the following Stipulation re Settlement with Insurers and Payment of Judgment:

1. In *Mattel, Inc. v. MGA Entertainment, Inc., et al.*, Consolidated Case No. 04-9049-DOC (RNBx), this Court entered, among other things, an award and judgment for attorneys' fees and costs (Dkt. 10703) (the "Fee Award") in favor of MGA and against Mattel, Inc. ("Mattel"), which award was affirmed by the Ninth Circuit Court of Appeals on January 24, 2013 in Case No. 11-56357. Excluding interest, the amount of the Fee Award is $137,365,177.

2. The Insurers asserted rights to and claims against the Fee Award. MGA disputed the Insurers' rights and claims.

3. MGA and the Insurers have reached a settlement of the Insurers' claims to the Fee Award.

4. The Parties agree that on or before close of business on Monday, December 23, 2013, the entire amount of the Fee Award, including interest thereon ($690,236.85 for 873 days) which represents the total amount of **$138,055,413.85,** shall be paid by Mattel by wire transfer to the Shernoff Bidart Echeverria Bentley LLP Client Trust Account, Union Bank, Account Number 4710020731, ABA Transfer Number 122000496.

5. Within two (2) business days of the Shernoff Bidart Echeverria Bentley LLP Client Trust Account's receipt of Mattel's payment of the Fee Award and interest thereon as set forth in this Stipulation, MGA will stipulate to an order that exonerates the bond posted by Mattel on or about August 18, 2011. Such stipulated order exonerating the bond will include the following language: "It is ORDERED that the Supersedeas Bond posted in this case by co-sureties Fidelity and Deposit Company of Maryland and Zurich American Insurance Company, Bond No. CGB 9018269, is hereby cancelled and discharged, and is of no further force and effect, and Fidelity and Deposit Company of Maryland and Zurich American Insurance Company are hereby released from all liability under the terms of the bond."

6. Mattel reserves all rights as to its entitlement to and the terms of the acknowledgment of satisfaction of judgment to be filed by the judgment creditors Isaac Larian, MGA Entertainment, Inc. and MGA Entertainment (HK) Limited after payment as set forth in this Stipulation.

7. Within two (2) business days from the date of this Order, MGA and the Insurers shall file: (a) a Notice of Settlement with the Court in *National Union Fire Insurance Company, et al. v. MGA Entertainment, Inc., et al.*, Case No. CV 12-0943 DOC (RNBx) and *Evanston Insurance Company v. MGA Entertainment,*

*Inc., et al.*, Case No. CV 12-05654 (DOC (RNBx); and (b) a motion with the Ninth Circuit Court of Appeals under Federal Rule of Appellate Procedure 42(b) for an Order dismissing the following related pending appeals: Appeal No. 12-56899, No. 12-56069, No. 12-56072, and No. 12-56073.

**IT IS SO ORDERED.**

DATED: December __, 2013

_____
Hon. David O. Carter, U.S.D.J.