QUINN EMANUEL URQUHART & SULLIVAN, LLP
John B. Quinn (Bar No. 090378)
(johnquinn@quinnemanuel.com)
Michael T. Zeller (Bar No. 196417)
(michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-02727<br><br>Hon. David O. Carter<br><br>**STIPULATION REGARDING EXONERATION, RELEASE, AND DISCHARGE OF SUPERSEDEAS BOND AND [PROPOSED] ORDER**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D |

MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de C.V., and Isaac Larian (collectively, "MGA"), National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company, and Chartis Specialty Insurance Company (formerly known as American International Specialty Lines Insurance) (collectively, the "Member Companies"), Crum & Forster Specialty Insurance Company ("Crum & Forster"), Evanston Insurance Company ("Evanston") (collectively, the Member Companies, Crum & Forster, and Evanston are referred to as the "Insurers"), and Mattel, Inc. and Mattel de Mexico, S.A. de C.V. (collectively, "Mattel") (collectively, the Insurers, MGA, and Mattel are referred to as the "Parties") respectfully submit the following Stipulation regarding Exoneration, Release, and Discharge of Supersedeas Bond and [Proposed] Order ("Stipulation"):

1. On August 4, 2011, the Court entered Judgment (Dkt. 10704).

2. On August 19, 2011, Mattel posted a Supersedeas Bond approved by the Court in the amount of $315 million (Dkt. 10721).

3. On December 21, 2013, the Parties filed a Stipulation re Settlement with Insurers and Payment of Judgment and [Proposed] Order (Dkt. 10909).

4. On December 23, 2013, Mattel paid $138,055,413.85 via wire transfer as set forth in the Stipulation re Settlement with Insurers and Payment of Judgment.

5. The Parties stipulate that the Supersedeas Bond posted in this case by co-sureties Fidelity and Deposit Company of Maryland and Zurich American Insurance Company, Bond No. CGB 9018269, is hereby cancelled and discharged, and is of no further force and effect, and Fidelity and Deposit Company of Maryland and Zurich American Insurance Company are hereby released from all liability under the terms of the bond.

6. The Parties consent to and request entry of the proposed order attached to the present Stipulation as an Order of the Court.

1  IT IS SO STIPULATED.

2

3  DATED: December 23, 2013         QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP
4

5

6                                     By /s/ Michael T. Zeller
                                        Michael T. Zeller
7                                       Attorneys for Mattel, Inc. and
                                        Mattel de Mexico, S.A. de C.V.
8

9                                     *Pursuant to L.R. 5-4.3.4, Michael T. Zeller
                                      hereby attests that all other signatories
10                                    listed, and on whose behalf the filing is
                                      submitted, concur in the filing's content and
11                                    have authorized the filing.*

12

13
    DATED: December 23, 2013         KELLER RACKAUCKAS UMBERG
14                                   ZIPSER LLP

15

16                                    By /s/ Jennifer L. Keller
                                        Jennifer L. Zeller
17                                      Attorneys for Isaac Larian, MGA
                                        Entertainment, Inc., MGA Entertainment
18                                      (HK) Limited, and MGAE de Mexico,
                                        S.R.L. de C.V.
19

20

21

22

23

24

25

26

27

28

DATED: December 23, 2013         SHERNOFF BIDART ECHEVERRIA, LLP

By /s/ Michael J. Bidart
Michael J. Bidart
Attorneys for Isaac Larian, MGA Entertainment, Inc., MGA Entertainment (HK) Limited, and MGAE de Mexico, S.R.L. de C.V.

DATED: December 23, 2013         TROUTMAN SANDERS LLP

By /s/ Paul L. Gale
Paul L. Gale
Attorneys for Evanston Insurance Company, Markel Corporation, and Markel Underwriting Managers, Inc.

DATED: December 23, 2013         PATTON BOGGS LLP

By /s/ Mark D. Sheridan
Mark D. Sheridan
Attorneys for Lexington Insurance Company, National Union Fire Insurance Company Of Pittsburgh, Pa., and Chartis Specialty Insurance Company

DATED: December 23, 2013         MUSICK PEELER & GARRETT LLP

By /s/ Susan J. Field
Susan J. Field
Attorneys for Crum & Forster Specialty Insurance