QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>Plaintiffs,<br><br>vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-02727<br><br>Hon. David O. Carter<br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING EXONERATION, RELEASE, AND DISCHARGE OF SUPERSEDEAS BOND**<br><br>Date:  TBD<br>Time:  TBD<br>Place:  Courtroom 9D |

00505.07975/5681695.1

Case No. CV 04-9049 DOC (RNBx)
[PROPOSED] ORDER ON STIPULATION RE EXONERATION, RELEASE, AND DISCHARGE OF SUPERSEDEAS BOND

1  Having considered the Stipulation regarding Exoneration, Release, and
2  Discharge of Supersedeas Bond and [Proposed] Order,
3
4  It is ORDERED that the Supersedeas Bond posted in this case by co-sureties
5  Fidelity and Deposit Company of Maryland and Zurich American Insurance
6  Company, Bond No. CGB 9018269, is hereby cancelled and discharged, and is of
7  no further force and effect, and Fidelity and Deposit Company of Maryland and
8  Zurich American Insurance Company are hereby released from all liability under the
9  terms of the bond.
10
11  IT IS SO ORDERED.
12
13  DATED:                         , 2013  _____
14                                          Hon. David O. Carter
                                            United States District Judge

00505.07975/5681695.1

-1-   Case No. CV 04-9049 DOC (RNBx)
[PROPOSED] ORDER ON STIPULATION RE EXONERATION, RELEASE, AND DISCHARGE OF SUPERSEDEAS BOND