QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  (johnquinn@quinnemanuel.com)
  Michael T. Zeller (Bar No. 196417)
  (michaelzeller@quinnemanuel.com)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation, and Mattel de Mexico, S.A. de C.V., a Mexico business entity,<br><br>              Plaintiffs,<br><br>    vs.<br><br>MGA ENTERTAINMENT, INC., a California corporation, et al.,<br><br>              Defendant. | CASE NO. CV 04-9049 DOC (RNBx)<br>Consolidated with<br>Case Nos. CV 04-09059 & CV 05-02727<br><br>Hon. David O. Carter<br><br>**ORDER ON STIPULATION REGARDING EXONERATION, RELEASE, AND DISCHARGE OF SUPERSEDEAS BOND**<br><br>Date: TBD<br>Time: TBD<br>Place: Courtroom 9D |

00505.07975/5681695.1

Case No. CV 04-9049 DOC (RNBx)
[PROPOSED] ORDER ON STIPULATION RE EXONERATION, RELEASE, AND DISCHARGE OF SUPERSEDEAS BOND

Having considered the Stipulation regarding Exoneration, Release, and Discharge of Supersedeas Bond and [Proposed] Order,

It is ORDERED that the Supersedeas Bond posted in this case by co-sureties Fidelity and Deposit Company of Maryland and Zurich American Insurance Company, Bond No. CGB 9018269, is hereby cancelled and discharged, and is of no further force and effect, and Fidelity and Deposit Company of Maryland and Zurich American Insurance Company are hereby released from all liability under the terms of the bond.

IT IS SO ORDERED.

DATED: December 26, 2013  _____
Hon. David O. Carter
United States District Judge

00505.07975/5681695.1

-1-   Case No. CV 04-9049 DOC (RNBx)
[PROPOSED] ORDER ON STIPULATION RE EXONERATION, RELEASE, AND DISCHARGE OF SUPERSEDEAS BOND