1  KELLER RACKAUCKAS UMBERG ZIPSER LLP
   JENNIFER L. KELLER (SBN 84412)
2  jkeller@kruzlaw.com
   18300 Von Karman Avenue, Suite 930
3  Irvine, CA 92612
   Telephone: 949 476 8700
4  Facsimile: 949 476 0900

5  Attorneys for MGA ENTERTAINMENT, INC.,
   MGA ENTERTAINMENT (HK) LIMITED,
6  MGAE DE MEXICO S.R.L. DE CV,
   ISAAC LARIAN

7

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12

13

14 | MATTEL, INC., et al., | Case No. CV 04-9049 DOC (RNBx) consolidated with |
|---|---|

                            Case Nos. CV 04-09059 and CV 05-
15          Plaintiffs,     02727

16 v.

17 MGA ENTERTAINMENT, INC., et    Hon. David O. Carter
   al.,
18                              **ACKNOWLEDGMENT OF**
          Defendants.         **SATISFACTION OF JUDGMENT**
19

20                              Hearing Date: TBD
                                Time:         TBD
21                              Courtroom:    9D

22 //

23 //

24 //

25 //

26 //

27 //

28 //

MGA Entertainment, Inc., MGA Entertainment (HK) Limited, MGAE de Mexico S.R.L. de CV, and Isaac Larian (collectively, "MGA") acknowledge Satisfaction of Judgment as follows:

1.      On August 4, 2011, the Court entered Judgment in Mattel, Inc. v. MGA Entertainment, Inc., et al., Consolidated Case No. 04-9049-DOC (RNBx). (Dkt. 10704.)  Among other things, the Court entered an award for attorneys' fees and costs (Dkt. 10703) (the "Fee Award") in favor of MGA and against Mattel, Inc. ("Mattel").  This award was affirmed by the Ninth Circuit Court of Appeals on January 24, 2013 in Case No. 11-56357. Excluding interest, the amount of the Fee Award is $137,365,177.

2.      On December 23, 2013, the entire amount of the Fee Award, including interest thereon ($690,236.85 for 873 days), representing the total amount of $138,055,413.85, was paid by Mattel.

3.      The Fee Award and interest thereon has been fully paid.

4.      THEREFORE, full and complete satisfaction of the Judgment as to the Fee Award and interest thereon is hereby acknowledged.

5.      Nothing in this Acknowledgment of Satisfaction of Judgment shall affect MGA's rights with respect to any trade secret misappropriation claims or other claims that were dismissed without prejudice on December 17, 2013 (Dkt. 10908.)

Dated:  December 24, 2013            Respectfully submitted,

                                     JENNIFER L. KELLER
                                     KELLER RACKAUCKAS UMBERG
                                     ZIPSER LLP


                                     By:  /s/ Jennifer L. Keller
                                          Jennifer L. Keller

                                     *Attorneys for MGA Entertainment, Inc.,*
                                     *MGA Entertainment (HK) Limited, MGAE*
                                     *de Mexico S.R.L. de CV, and Isaac Larian*