JENNIFER L. KELLER (SBN 84412)
jkeller@krlawllp.com
KAY RACKAUCKAS (SBN 143480)
kayrack@krlawllp.com
ALLISON SHALINSKY(SBN 186975)
ashalinsky@krlawllp.com
KELLER RACKAUCKAS LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone:   (949) 476-8700
Facsimile:    (949) 476-0900

Attorneys for MGA Parties

JOHN B. QUINN (SBN 90378)
johnquinn@quinnemanuel.com
MICHAEL T. ZELLER (SBN 196417)
michaelzeller@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **STIPULATION AND [PROPOSED] ORDER REGARDING DISPOSAL OF ALL ITEMS LOCATED IN THE JOINT FACILITY** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | Judge:  Hon. David O. Carter |

1

**STIPULATION**

WHEREAS before the 2011 trial in the above entitled action, the Court ordered the parties to store all phase one trial exhibits (hereinafter, "2008 trial exhibits") in an off-site location to be accessed by both parties together at all times; and

WHEREAS the parties fully complied with the Court's order and all 2008 trial exhibits were stored in the parties' joint facility in Santa Ana, California. Such exhibits were introduced into evidence as needed by the parties during the 2011 trial; and

WHEREAS the 2011 trial is concluded and judgment has been entered, and the Court has maintained custody of all exhibits entered into evidence during the 2011 trial such that no trial exhibits remain in the parties' joint facility; and

WHEREAS the parties are paying monthly rent on the joint facility and would like to cease such rent payments and restore the items therein to their respective owners.

THEREFORE, it is hereby stipulated by the parties that:

1.    Representatives from each party shall meet at mutually convenient times to sort through and distribute the items located in the joint facility to their respective owners;

2.    The parties shall maintain an accurate inventory of which items are released to which party;

3.    Each party shall bear its own costs, if any, for removal of its items from the joint facility.

/ / /

/ / /

/ / /

/ / /

/ / /

2

STIPULATION REGARDING JOINT FACILITY

1

2    Dated:  April 10 , 2014       KELLER RACKAUCKAS LLP

3

4                            By: _____/S/___Jennifer L. Keller_____
                                 Jennifer L. Keller

5                              *Attorneys for* MGA ENTERTAINMENT,
                                 INC., MGA ENTERTAINMENT HK,

6                                 LTD., MGA de MEXICO, S.R.L. de C.V.,
                                 and ISAAC LARIAN

7

8    Dated:  April 11 , 2014       QUINN EMANUEL URQUHART &
                                 SULLIVAN, LLP

9

10

11                             By: _____/S/___Dylan Proctor_____
                                 Dylan Proctor

12                              *Attorneys for* MATTEL, INC., and
                               MATTEL de MEXICO, S.A. de C.V.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING JOINT FACILITY