1  JENNIFER L.  KELLER (SBN 84412)
2  jkeller@krlawllp.com
   KAY RACKAUCKAS (SBN 143480)
3  kayrack@krlawllp.com
   ALLISON SHALINSKY(SBN 186975)
4  ashalinsky@krlawllp.com
   KELLER RACKAUCKAS LLP
5  18300 Von Karman Avenue, Suite 930
   Irvine, CA 92612
6  Telephone:   (949) 476-8700
7  Facsimile:    (949) 476-0900

8  Attorneys for MGA Parties

9  JOHN B. QUINN (SBN 90378)
10 johnquinn@quinnemanuel.com
   MICHAEL T. ZELLER (SBN 196417)
11 michaelzeller@quinnemanuel.com
   QUINN EMANUEL URQUHART & SULLIVAN, LLP
12 865 South Figueroa Street, 10th Floor
13 Los Angeles, CA  90017-2543
   Telephone:    (213) 443-3000
14 Facsimile:    (213) 443-3100

15 Attorneys for Mattel, Inc. and
16 Mattel de Mexico, S.A. de C.V.

17           UNITED STATES DISTRICT COURT

18           CENTRAL DISTRICT OF CALIFORNIA

19                 SOUTHERN DIVISION

| 20 | CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx) |
|---|---|---|
| 21 | Plaintiff, | Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727 |
| 22 23 | v. | **STIPULATION AND [PROPOSED]** |
| 24 | MATTEL, INC., a Delaware corporation, | **ORDER TO RELEASE 2011 TRIAL EXHIBITS** |
| 25 26 | Defendant. | Judge:  Hon. David O. Carter |
| 27 28 | AND CONSOLIDATED ACTIONS. | |

1

## STIPULATION

WHEREAS the Court has maintained custody of all exhibits entered into evidence during the 2011 trial in the above referenced case; and

WHEREAS the 2011 trial is concluded and judgment has been entered and there are no pending matters before the Court or the Ninth Circuit Court of Appeals concerning this case; and

WHEREAS the parties would like to be able to access the 2011 trial exhibits for possible use in litigation now pending in Superior Court for the State of California, County of Los Angeles.

THEREFORE, it is hereby stipulated by the parties that:

1.   Representatives from each party shall work with the Court clerk and set up a mutually agreeable time to sort through and return the 2011 trial exhibits to their respective owners;

2.   The parties shall maintain an accurate inventory of which items are released to which party;

3.   Each party shall bear its own costs, if any, for retrieval of its items from the Court's custody.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1   Dated:  April __10__, 2014          KELLER RACKAUCKAS LLP

2

3                                       By: __/S/__ Jennifer L. Keller
                                            Jennifer L. Keller

4                                       *Attorneys for* MGA ENTERTAINMENT,
                                        INC., MGA ENTERTAINMENT HK,
5                                       LTD., MGA de MEXICO, S.R.L. de C.V.,
                                        and ISAAC LARIAN

6   Dated:  April __11__, 2014          QUINN EMANUEL URQUHART &
7                                       SULLIVAN, LLP

8

9                                       By: __/S/__ Dylan Proctor
                                            Dylan Proctor
10

11                                      *Attorneys for* MATTEL, INC., and
                                        MATTEL de MEXICO, S.A. de C.V.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO RELEASE 2011 TRIAL EXHIBITS