JENNIFER L.  KELLER (SBN 84412)
jkeller@krlawllp.com
KAY RACKAUCKAS (SBN 143480)
kayrack@krlawllp.com
ALLISON SHALINSKY(SBN 186975)
ashalinsky@krlawllp.com
KELLER RACKAUCKAS LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone:   (949) 476-8700
Facsimile:    (949) 476-0900

Attorneys for MGA Parties

JOHN B. QUINN (SBN 90378)
johnquinn@quinnemanuel.com
MICHAEL T. ZELLER (SBN 196417)
michaelzeller@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                          Plaintiff,<br><br>        v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                          Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**ORDER REGARDING DISPOSAL OF ALL ITEMS LOCATED IN THE JOINT FACILITY**<br><br>Judge:  Hon. David O. Carter |

1

Based on the stipulation and request of the parties, the Court hereby orders:

1.     Representatives from each party shall meet at mutually convenient times to sort through and distribute the items located in the joint facility to their respective owners;

2.     The parties shall maintain an accurate inventory of which items are released to which party;

3.     Each party shall bear its own costs, if any, for removal of its items from the joint facility.

**IT IS SO ORDERED.**

Dated: April 16, 2014

*David O. Carter*
_____
The Honorable David O. Carter

[PROPOSED ORDER] REGARDING JOINT FACILITY