**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 04-9049-DOC (RNBx)             Date: April 30, 2014

Title: MATTEL, INC., ET AL. -V- MGA ENTERTAINMENT, INC., ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                     None Present

**PROCEEDINGS (IN CHAMBERS):**    **ORDER VACATING PREVIOUS ORDERS RE: EXHIBIT RELEASE AND DISPOSAL [10916] [10917]**

       On April 16, 2014, the Court issued the Order to Release 2011 Trial Exhibits (Dkt. 10916) and the Order Regarding Disposal of All Items Located in the Joint Facility (Dkt. 10917). This was in error and, therefore, the orders are VACATED.

       The Court will not grant a blanket order that releases all exhibits and items. Rather, Parties must resubmit a stipulation that enumerates the exhibits and items that are to be disposed of or released.

       The Clerk shall serve this minute order on the parties.

                                                                               Initials of Deputy Clerk: jcb