JENNIFER L. KELLER (SBN 84412)
jkeller@krlawllp.com
KAY RACKAUCKAS (SBN 143480)
kayrack@krlawllp.com
FRANK RORIE (SBN 223543)
frorie@krlawllp.com
KELLER RACKAUCKAS LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone:  (949) 476-8700
Facsimile:   (949) 476-0900

Attorneys for MGA Parties

JOHN B. QUINN (SBN 90378)
johnquinn@quinnemanuel.com
MICHAEL T. ZELLER (SBN 196417)
michaelzeller@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>       v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**REVISED STIPULATION REGARDING DISPOSAL OF ALL ITEMS LOCATED IN THE JOINT FACILITY**<br><br>Judge:  Hon. David O. Carter |

## STIPULATION

WHEREAS before the 2011 trial in the above entitled action, the Court ordered the parties to store all phase one trial exhibits (hereinafter, "2008 trial exhibits") in an off-site location to be accessed by both parties together at all times; and

WHEREAS the parties fully complied with the Court's order and all 2008 trial exhibits were stored in the parties' joint facility in Santa Ana, California. Such exhibits were introduced into evidence as needed by the parties during the 2011 trial; and

WHEREAS the 2011 trial is concluded and judgment has been entered, and the Court has maintained custody of all exhibits entered into evidence during the 2011 trial such that no trial exhibits remain in the parties' joint facility; and

WHEREAS the parties are paying monthly rent for the joint facility and would like to cease such rent payments and restore the items therein to their respective owners; and

WHEREAS the Court has ordered the parties to identify the items in the joint facility that are to be released [Docket No. 10918]; and

WHEREAS attached hereto as **Exhibit A** is a true and correct copy of a list of items belonging to MGA that MGA reasonably believes are currently located in the joint facility and that MGA would like to be released to MGA pursuant to a court order; and

WHEREAS attached hereto as **Exhibit B** is a true and correct copy of a list of items belonging to Mattel that Mattel reasonably believes are currently located in the joint facility and that Mattel would like to be released to Mattel pursuant to a court order.

/ / /

/ / /

/ / /

THEREFORE, it is hereby stipulated by the parties that:

1. Representatives from each party shall meet at mutually convenient times to sort through and distribute the items located in the joint facility to their respective owners. These items shall include those identified in **Exhibit A** and **Exhibit B** attached hereto;

2. The parties shall maintain an accurate inventory of which items from the joint facility are released to which party and shall annotate that information on a copy of **Exhibit A** and **Exhibit B** attached hereto;

3. Each party shall bear its own costs, if any, for removal of its items from the joint facility.

Dated: June 13, 2014         KELLER RACKAUCKAS LLP

By: /s/ Frank Rorie
     Frank Rorie

*Attorneys for* MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN

Dated: June 13, 2014         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Dylan Proctor
     Dylan Proctor

*Attorneys for* MATTEL, INC., and MATTEL de MEXICO, S.A. de C.V.