| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 1261 | Barbie - Fashion Teens on the City Scene | 20823 | 1 | MGA | |
| 4969 | Musical Trendy Teenies - Girl Doll | 1496 | 43 | MGA | |
| 14002 | Sasha and Icon Bunny Boo | 292609 | 1 | MGA | |
| 14006 | Kidz - Summer Vacation - Sasha | 355588 | 1 | MGA | |
| 14041 | Blind Date Collection (Chloe) | 277903P | 44 | MGA | |
| 14209 | Formal Funk Cameron | 261209 | 44 | MGA | |
| 14210 | Formal Funk | 261216 | 44 | MGA | |
| 14211 | Formal Funk - Eitan Prom | 261223 | 44 | MGA | |
| 14212 | Sun Kissed Summer Dylan | 269595 | 44 | MGA | |
| 14213 | Sun Kissed Summer Koby | 269601 | 44 | MGA | |
| 14214 | Sun Kissed Summer Eitan | 269618 | 45 | MGA | |
| 14215 | Sun Kissed Summer Cade | 269625 | 45 | MGA | |
| 14216 | Wintertime Wonderland Cameron | 277606 | 45 | MGA | |
| 14217 | Wintertime Wonderland Koby | 277637 | 45 | MGA | |
| 14218 | Wintertime Wonderland Cade | 277644 | 45 | MGA | |
| 17246 | August 1998 Issue | | 1 | MGA | |
| 17358 | Nightime Style - Nazalia, Ailani, Zada & Talia | 278221 | 1 | MGA | |
| 17359 | Cloe and Icon Angel | 292586 | 1 | MGA | |
| 17360 | Cloe and Icon Angel (Dup) | 292586 | 1 | MGA | |
| 17361 | Triplets - Adrienne, Brigitte & Janelle | 334279 | 45 | MGA | |
| 17363 | Product came w/o package - unable to describe | | 1 | MGA | |
| 17364 | Product came w/o package - unable to describe | | 1 | MGA | |
| 17365 | Product came w/o package - unable to describe | | 1 | MGA | |
| 17370 | Alexa | 26689 | 1 | MGA | |
| 17371 | Chillin' Out - Chelsea (Dup) | 92059 | 1 | MGA | |
| 17372 | Shopping Spree - Barbie | 104974 | 2 | MGA | |
| 17373 | Shopping Spree - Barbie (Dup) | 104974 | 2 | MGA | |

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 17374 | Club Birthday - Nolee | 174137 | 2 | MGA | |
| 17375 | Club Birthday - Nolee (Dup) | 174137 | 2 | MGA | |
| 17376 | Miami Getaway - Madison | 174199 | 2 | MGA | |
| 17377 | Miami Getaway - Chelsea | 174205 | 2 | MGA | |
| 17378 | Miami Getaway - Nolee | 174212 | 3 | MGA | |
| 17379 | Day & Nite - Madison | 233445 | 3 | MGA | |
| 17380 | Cool Skating - Barbie | 258879 | 3 | MGA | |
| 17381 | Cool Skating - Christie | 262302 | 3 | MGA | |
| 17382 | Cool Skating - Teresa | 262319 | 3 | MGA | |
| 17383 | Diva Starz - Alexa | 274947 | 4 | MGA | |
| 17384 | Tia | 274954 | 4 | MGA | |
| 17385 | Beach Glam - Barbie | 447101 | 4 | MGA | |
| 17387 | Nikki (Dup) | 526886 | 4 | MGA | |
| 17388 | Nikki | 567186 | 5 | MGA | |
| 17389 | Miranda (Dup) | 567193 | 5 | MGA | |
| 17390 | Miranda (Dup) | 567193 | 5 | MGA | |
| 17391 | Miranda | 567193 | 6 | MGA | |
| 17392 | Tia | 567209 | 6 | MGA | |
| 17393 | Fashionz Outfit Packs | 567346 | 6 | MGA | |
| 17394 | Fashionz Outfit Packs (Dup) | 567346 | 6 | MGA | |
| 17395 | Fashionz Outfit Packs | 567353 | 6 | MGA | |
| 17396 | Fashionz Outfit Packs | 156732 | 6 | MGA | |
| 17397 | CD-Rom | 713252 | 6 | MGA | |
| 17398 | Siria | 830033 | 6 | MGA | |
| 17400 | Flirts Doll | 18501 | 7 | MGA | |
| 17401 | Prayer Angels - Bless Me | 247432 | 7 | MGA | |
| 17402 | Prayer Angels - Thank You | 247456 | 7 | MGA | |
| 17403 | Prayer Angels - Thank You | 247456 | 7 | MGA | |
| 17404 | Prayer Angels - Thank You | 247456 | 7 | MGA | |
| 17405 | Prayer Angels - Help Me | 247470 | 8 | MGA | |
| 17406 | Prayer Angels - Help Me | 247449 | 8 | MGA | |
| 17407 | Bratz Annual 2007 | 329985 | 8 | MGA | |

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 17408 | Beauty Bracelet | 238209 | 8 | MGA | |
| 17409 | 4 Milk Chocolate Surprise Eggs | 373117 | 8 | MGA | |
| 17410 | Vals & Candy | 219355 | 8 | MGA | |
| 17411 | Bratz 8 Invitation | 112241 | 8 | MGA | |
| 17412 | 4 Party Purses | 112401 | 8 | MGA | |
| 17413 | 8 Hats - Chapeaux | 112210 | 8 | MGA | |
| 17414 | 8 Paper Cups | | 8 | MGA | |
| 17415 | Bratz Pop Princess Book | 460449 | 8 | MGA | |
| 17416 | Bratz Sweetz Style Book | 460432 | 8 | MGA | |
| 17417 | Spiral Scribe | 394692 | 8 | MGA | |
| 17418 | 4 Purse Note Pads | 112463 | 8 | MGA | |
| 17419 | Nail Stencil Factory | | 8 | MGA | |
| 17420 | Bacup Shoes | 770272 | 9 | MGA | |
| 17421 | Leapster - Multimedia Learning System | 304321 | 9 | MGA | |
| 17422 | Passion 4 Fashion - Box & Flask | 443883 | 9 | MGA | |
| 17423 | Bratz Lunch Box | 141610 | 9 | MGA | |
| 17424 | Camping Chair | 082521 | Oversized | MGA | |
| 17425 | Fashion Passion Shoes | | 9 | MGA | |
| 17426 | Bratz Camping Set w/Rolling Bag | | Oversized | MGA | |
| 17427 | Dress Up | 713258 | 9 | MGA | |
| 17428 | Bratz 24 Stick On Nails - Black | | 9 | MGA | |
| 17429 | Bratz 24 Stick On Nails - Pink | | 9 | MGA | |
| 17430 | Bratz Jewelry Purse w/Perfume | | 10 | MGA | |
| 17431 | Bratz Lunch Pale | | 10 | MGA | |
| 17432 | Bratz Gift Bag | 354 | 10 | MGA | |
| 17433 | Spiral Notebook | 121238 | 10 | MGA | |
| 17434 | Bratz 2 ring Binder | 119503 | 10 | MGA | |
| 17435 | Bratz 4 ring Binder | 741468 | 10 | MGA | |
| 17436 | Bratz Summer Annual Activity Special | 329923 | 10 | MGA | |
| 17437 | Bratz Socks | 92320 | 10 | MGA | |

Exhibit B - Inventory at Joint Facility

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 17438 | Bratz Baby - Delta Kite | 849374 | 10 | MGA | |
| 17439 | Bratz Spinning Straw | 446365 | 10 | MGA | |
| 17440 | Bratz Fashion Pixiez - V. Flash Home Education System | 931605 | 10 | MGA | |
| 17441 | Bratz - Fashion Pixiez Sleeping Bag | 81357 | 10 | MGA | |
| 17442 | Bratz Fashion Pixiez - Watch | 629261 | 10 | MGA | |
| 17443 | Bratz Fashion Pixiez - Magical Beauty Land | 972564 | Oversized | MGA | |
| 17444 | Bratz Forever Diamondz Dazzlin Glamtivity Set | 640771 | 11 | MGA | |
| 17445 | Bratz Diamondz Forever Outfit | | 11 | MGA | |
| 17446 | Bratz Genie Magic Activity Book | 676297 | 11 | MGA | |
| 17447 | Bratz Kidz Scrub-A-Dub Tub Fun | 74097 | 11 | MGA | |
| 17448 | Bratz Kidz Basketball Bath Set | 74059 | 11 | MGA | |
| 17449 | Bratz Kidz - Decorative Pillow | 562306 | 11 | MGA | |
| 17450 | Bratz Kidz Bath Set | 74110 | 11 | MGA | |
| 17451 | Bratz Kidz Spoil Me Spa Set | 74028 | 12 | MGA | |
| 17452 | Bratz Kidz - Bath Crayons & Coloring Book | 74011 | 12 | MGA | |
| 17453 | Bratz - On Ice Dress Up Outfit | 28 | 12 | MGA | |
| 17454 | Bratz On Ice - Holiday Countdown Poster | 691546 | 12 | MGA | |
| 17455 | Edible Icing Image | 10204 | 12 | MGA | |
| 17456 | Bratz Glass w/Straw | | 12 | MGA | |
| 17457 | Bratz Water Bottle | | 12 | MGA | |
| 17458 | Bratz Passion 4 Fashion - Tupperware | | 12 | MGA | |
| 17459 | Bratz Ponyz - Single Duvet Cover w/Pillowcase | 266207 | 12 | MGA | |
| 17460 | Lil Bratz - All Aboard Reading Book | 3998 | 12 | MGA | |
| 17461 | Lil Bratz Watch Gift Set | 644677 | 12 | MGA | |
| 17462 | Lil Bratz Lunch Pale | | 12 | MGA | |

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|------------------|
| 17463 | Lil Bratz Go To The Zoo - Watch and Clock Gift Set | 629438 | 12 | MGA | |
| 17464 | Bratz Mini Inflatable Chair | | 12 | MGA | |
| 17465 | Bratz Vals & Candy | 219355 | 12 | MGA | |
| 17466 | Big Babyz - Katia | 334576 | 13 | MGA | |
| 17467 | Big Babyz - Yasmin & Pretty Princess | 304951 | 13 | MGA | |
| 17468 | Big Babyz - Ponyz | 312956 | 14 | MGA | |
| 17469 | Babyz Boyz - Cameron | 304227 | 15 | MGA | |
| 17470 | Babyz - Hair Flair w/ Sasha | 348955 | 15 | MGA | |
| 17471 | Babyz - Holiday w/ Lela | 101031 | 15 | MGA | |
| 17472 | Babyz - Jade | 292616 | 15 | MGA | |
| 17473 | Babyz - Ponyz, How to Trot | 304296 | 15 | MGA | |
| 17474 | Bratz Boyz - Play Sportz w/ Cade | 348757 | 15 | MGA | |
| 17475 | Bratz Boyz - Play Sportz w/ Dylan | 313199 | 15 | MGA | |
| 17476 | Bratz Boyz - Prince w/ Jaden | 313687 | 15 | MGA | |
| 17477 | Bratz Boyz - Step Off w/ Koby | 302445 | 16 | MGA | |
| 17478 | Kidz - Horseback Fun w/ Yasmin | 354321 | 16 | MGA | |
| 17479 | Kidz - Horseback Fun w/ Sasha | 358145 | 16 | MGA | |
| 17480 | Kidz - Horseback Fun w/ Cloe | 354314 | 16 | MGA | |
| 17481 | Bratz Petz - Catz Super Star Kendall | 305668 | Oversized | MGA | |
| 17482 | Itsy Bitsy - Hair Flair - Sasha R&B Stars | 356998 | 16 | MGA | |
| 17483 | Itsy Bitsy - 4-in-One - Dana, Yasmin, Jade, Cloe | 404286 | 16 | MGA | |
| 17484 | Itsy Bitsy - Itsy City - Vinessa's Pop-eronni Pizza | 325970 | 16 | MGA | |
| 17485 | Itsy Bitsy - Reptile Roller Derby | 321255 | 16 | MGA | |
| 17486 | Lil Angels - Numbered Series: Nos.: 96, 248, 102 - Katia | 372868-W8 | 17 | MGA | |
| 17487 | Lil Angels - Numbered Series: Nos. 98, 250, 104 - Fianna (Dup) | 372875-W8 | 17 | MGA | |

Exhibit B - Inventory Document Facility

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 17488 | Lil Angels - Numbered Series: Nos.: 93, 245, 99 - Yasmin | 372806-W8 | 17 | MGA | |
| 17489 | Lil Boyz - Mikko | 278375 | 17 | MGA | |
| 17490 | Lil Boyz - Colin | 278382 | 17 | MGA | |
| 17491 | Lil Bratz - Funk House - Talia, Ailani, Zada & Nazalia | 312550 | 17 | MGA | |
| 17492 | Forever Diamonds - Cloe | 100478 | 17 | MGA | |
| 17493 | Forever Diamonds - Sharidan | 100515 | 17 | MGA | |
| 17547 | Bratz - Cloe | 248538 | 17 | MGA | |
| 17548 | Bratz - Cloe | 248538 | 17 | MGA | |
| 17549 | The Bratz Pack - Cloe | 248538 | 17 | MGA | |
| 17552 | Bratz - Jade | 248545 | 17 | MGA | |
| 17553 | Bratz - Jade | 248545 | 46 | MGA | |
| 17554 | Jade | 248545 | 17 | MGA | |
| 17555 | Bratz - Sasha | 248520 | 18 | MGA | |
| 17556 | Bratz - Sasha | 248552 | 46 | MGA | |
| 17557 | The Bratz Pack - Sasha | 248552 | 18 | MGA | |
| 17559 | Yasmin | 248569 | 18 | MGA | |
| 17560 | Bratz - Yasmin | 248569 | 18 | MGA | |
| 17562 | Yasmin | 248569 | 18 | MGA | |
| 17584 | Formal Funk - Limited Edition, Prom 2003 - Koby | 261230 | 67 | MGA | |
| 17585 | Sun-Kissed Summer - Cameron | 269588 | 46 | MGA | |
| 17586 | Wintertime Wonderland - Dylan | 277613 | 18 | MGA | |
| 17587 | Catz - Brigitte | 268796 | 46 | MGA | |
| 17588 | Catz - Jolie | 268802 | 46 | MGA | |
| 17589 | Petz Catz - Kendall | 268819 | 46 | MGA | |
| 17590 | Petz Catz - Daphne | 268826 | 47 | MGA | |
| 17591 | Petz Dogz - Shae | 274087 | 47 | MGA | |
| 17592 | Petz Dogz - Kali | 274094 | 47 | MGA | |
| 17593 | Petz Dogz - Pilar | 274100 | 47 | MGA | |
| 17594 | Petz Dogz - Abby | 274117 | 47 | MGA | |

Exhibit B - Inventory Content Facility

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 17595 | Bratz Petz - Easter Bunny - Avery | 272724 | 47 | MGA | |
| 17596 | Bratz Petz - Easter Bunny - Tess | 272731 | 47 | MGA | |
| 17597 | Bratz Petz - Easter Bunny - Tatiana | 272748 | 47 | MGA | |
| 17598 | Bratz Betz - Easter Bunny | | 47 | MGA | |
| 17599 | Bratz Petz - Foxz - Carly | 274131 | 48 | MGA | |
| 17600 | Bratz Petz - Foxz - Reilly | 274148 | 48 | MGA | |
| 17601 | Bratz Petz - Foxz - Shayna | 274155 | 48 | MGA | |
| 17602 | Bratz Petz - Foxz - Bree | 274162 | 48 | MGA | |
| 17608 | Unclothed Doll | | 19 | MGA | |
| 17623 | Bratz Adventure Girlz Boots | 796611 | 19 | MGA | |
| 17624 | Bratz 3 Lipstick with Tattoo of Butterfly (In Spanish) | | 19 | MGA | |
| 17625 | Bratz Mini Bowling Bag w/ pencil .. | 144225 | 19 | MGA | |
| 17626 | Bratz Travel Stationery Pack | 144812 | 19 | MGA | |
| 17627 | Bratz Travel Stationery Pack | 144812 | 19 | MGA | |
| 17628 | Bratz Graph Paper Notebook | 578944 | 19 | MGA | |
| 17629 | 3 Ring Binder | 578951 | 19 | MGA | |
| 17630 | 3 Ring Binder | 119497 | 19 | MGA | |
| 17631 | Small Workman's Carryall | 52805 | 19 | MGA | |
| 17632 | Magnetic - Meygan - Spring 2003 | 169002 | 19 | MGA | |
| 17633 | Rockin Chic' - Secrets Book Set - Spring 2005 | 144072 | 19 | MGA | |
| 17634 | School Pack & Tin | 144096 | 19 | MGA | |
| 17635 | Sticker Extravaganza - Stand-Ups | 148651 | 19 | MGA | |
| 17636 | 64 Blank Pages (Dup) | 119565 | 20 | MGA | |
| 17637 | 64 Blank Pages | 119565 | 8 | MGA | |
| 17638 | Plastic Pencil Case | 132335 | 20 | MGA | |
| 17639 | Sandals | | 20 | MGA | |
| 17640 | Sneakers - Black/Pink - Spring 2005 | 699243 | 20 | MGA | |
| 17641 | Children's Athletic | | 20 | MGA | |
| 17642 | Sticker Extravaganza | 159077 | 20 | MGA | |
| 17643 | Shopping Bag | | 21 | MGA | |

Exhibit B - Inventory Document Facility

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 17644 | Tin and Watch | 132175 | 20 | MGA | |
| 17645 | Pencil Tin | 144201 | 24 | MGA | |
| 17646 | Umbrella | 613756 | Oversized | MGA | |
| 17647 | Deluxe Fuzzy Set - Spring 2007 | 046484 | Oversized | MGA | |
| 17648 | Mega Sticker Kit | 188114 | 20 | MGA | |
| 17649 | Stationary Set - Spring 2006 | 623005 | 20 | MGA | |
| 17650 | Backpack | 361332 | 21 | MGA | |
| 17651 | Backpack | 2304 | 21 | MGA | |
| 17652 | Avon Bag | 485 | 21 | MGA | |
| 17653 | Backpack - Spring 2005 | 361332 | 21 | MGA | |
| 17654 | Polar Fleece Throw | 970446 | 21 | MGA | |
| 17655 | Forever Diamondz - Shopping Bag | 4577 | 21 | MGA | |
| 17656 | Fashion Pixiez - Pixie Purse w/ handy bag clip w/ chocolate egg - Spring 2007 | 10840 | 21 | MGA | |
| 17657 | On Ice - Cool Dress Up | 138841 | 21 | MGA | |
| 17658 | Sneaker Skates - Fall 2006 | 676 | 22 | MGA | |
| 17659 | Packaging in Hebrew - Fall 2006 | 38951 | 22 | MGA | |
| 17660 | Top Sound - Radio / CD Player - Fall 2006 | 550486 | 22 | MGA | |
| 17661 | Orthopedic Bag System | | 23 | MGA | |
| 17662 | Shopping Bag | | 23 | MGA | |
| 17663 | Back Pack - Spring 2006 | | 23 | MGA | |
| 17664 | Back Pack w/ handbag | | 23 | MGA | |
| 17665 | Sweetz - Elastic | 7778 | 23 | MGA | |
| 17666 | Sweetz - Top African - Spring 2006 | | 23 | MGA | |
| 17667 | Forever Diamonds - Fashion Clip-On Purse - Fall 2006 | 4621 | 23 | MGA | |
| 17668 | Forever Diamonds - Body Jewels | 4591 | 23 | MGA | |
| 17669 | Fashion Pixiez - Sup and Snack Canister w/ milk chocolate and cream filled eggs | 6614 | 23 | MGA | |

Exhibit B - Inventory Count Facility

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 17670 | Fashion Pixie - Rubber Boot | 949614 | 24 | MGA | |
| 17671 | Fashion Pixiez - Kids / Girls Footwear - Jogger - Spring 2006 | 972360 | 24 | MGA | |
| 17672 | Fashion Pixiez - Flip Out Sofa | 081654 | Oversized | MGA | |
| 17673 | Genie Magic - Stencil & Sticker Drawing Book - Spring 2006 | 622763 | 24 | MGA | |
| 17674 | Genie Magic - Eraser Set - Spring 2006 | 622800 | 24 | MGA | |
| 17675 | Genie Magic - Address Book | 622862 | 24 | MGA | |
| 17676 | Genie Magic - Fall 2006 | 943186 | 24 | MGA | |
| 17677 | Genie Magic - Pencil Tin | 622855 | 24 | MGA | |
| 17678 | Genie Magic - Secrets Book Set - Spring 2006 | 622954 | 24 | MGA | |
| 17679 | Genie Magic - Stencil & Sticker Drawing Book - Spring 2006 | 622763 | 24 | MGA | |
| 17680 | Genie Magic - Discman Radio FM - Spring 2006 | 550103 | 24 | MGA | |
| 17681 | Genie Magic - Laptop Fashion Bilingue - Spring 2006 | 560287 | 24 | MGA | |
| 17682 | Genie Magic - Body Art | 184934 | 25 | MGA | |
| 17683 | Genie Magic - Bag | 3846 | 25 | MGA | |
| 17684 | Lil Bratz - Shoes | 747789 | 25 | MGA | |
| 17685 | Lil Bratz - Drawstring Bag | | 25 | MGA | |
| 17686 | Lil Bratz - Drawstring Bag -Spring 2006 (Dup) | | 25 | MGA | |
| 17687 | Lil Bratz - Valence - Spring 2005 | 433453 | 25 | MGA | |
| 17688 | Lil Bratz - 3-Piece Twin Sheet Set - Spring 2005 | 433408 | 25 | MGA | |
| 17689 | Funky Activity Pack w/ milk chocolate eggs - Spring 2006 | 10581 | 25 | MGA | |
| 17690 | Lil Bratz - Handbag | 15300 | 25 | MGA | |
| 17691 | Passion 4 Fashion - Flip Out Sofa | 320951 | Oversized | MGA | |

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 17692 | Stylin' Skipping Rope - Spring 2006 | 7754 | 25 | MGA | |
| 17693 | Glam' Elastic - Fall 2006 | 7778 | 25 | MGA | |
| 17694 | A4 Study Kit - Fall 2006 | 133226 | 25 | MGA | |
| 17695 | Mechanical Pencil and Jacket - Fall 2006 | 624118 | 25 | MGA | |
| 17696 | Static Cling - Window Decorations - Fall 2006 | 189548 | 25 | MGA | |
| 17697 | Rock Angels - Fall 2005 | 911 | 25 | MGA | |
| 17698 | Twin Comforter | 433422 | 26 | MGA | |
| 17699 | I Love My Friends - Chelsea and Nolee | 446111 | 26 | MGA | |
| 17716 | Girl Doll - Red Hair, Blue Eyes | | 27 | MGA | |
| 17717 | Diva Starz - Alexia | 285882 | 27 | MGA | |
| 17718 | Girl Doll - Blond Hair, Green Eyes | | 27 | MGA | |
| 17719 | Girl Doll - Brown Hair, Brown Eyes | | 27 | MGA | |
| 17720 | Girl Doll - Blond Hair, Blue Eyes | | 27 | MGA | |
| 17721 | Girl Doll - Red Hair, Green Eyes | | 27 | MGA | |
| 17722 | Girl Doll - Blond Hair, Blue Eyes | | 27 | MGA | |
| 17723 | Girl Doll - Brown Hair, Purple Eyes | | 27 | MGA | |
| 17724 | Girl Doll - Brown Hair, Purple Eyes | | 27 | MGA | |
| 17725 | Alexa | 567179 | 27 | MGA | |
| 17732 | Unclothed Doll | | 27 | MGA | |
| 17734 | Flora | 443240 | 28 | MGA | |
| 17735 | Total Coordinate | 809431 | 28 | MGA | |
| 17737 | Fab Friends - Cassie | 297202 | 28 | MGA | |
| 17738 | Frankie | 326 | 28 | MGA | |
| 17739 | Carol & Rudolph - Xmas SP | 68116 | 28 | MGA | |
| 17740 | Burger King Kids Meal Toys - Product came w/o package -Spring 2006 | | 29 | MGA | |
| 17741 | Ty Girlz - Rockin' Ruby | 22069 | 29 | MGA | |
| 17742 | Ty Girlz - Sizzlin' Sue | 22014 | 29 | MGA | |

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 17743 | Ty Girlz - Sizzlin' Destiny | 22052 | 29 | MGA | |
| 17744 | Ty Girlz - Lovely Lola | 22045 | 29 | MGA | |
| 17745 | Ty Girlz - Sassy Star | 22038 | 29 | MGA | |
| 17746 | Ty Girlz - Punky Penny | 22021 | 29 | MGA | |
| 17748 | Girl Doll - Red Hair, Blue Eyes 1.5 inches tall | | 29 | MGA | |
| 17749 | Small Doll - no identifying product information | | 29 | MGA | |
| 17750 | Furby Babies | 12505 | 29 | MGA | |
| 17751 | Furby - Special Edition | 12758 | 29 | MGA | |
| 17752 | Lisa Frank - Girl Talk - Magnet Set | 721301 | 29 | MGA | |
| 17753 | Book - This is Blythe -photographs by Gina Garan | 828239 | 29 | MGA | |
| 17754 | Book - Plastic Culture - How Japanese Toys Conquered 2006 | 30177 | 29 | MGA | |
| 17755 | Book - The World of Japanese Comics - 1983 | 117527 | 29 | MGA | |
| 17756 | Book - Sixty Years of Japanese Comics - 2004 | 693912 | 29 | MGA | |
| 17757 | Book - Just Above The Mantelpiece - 1988 | 541949 | 29 | MGA | |
| 17758 | Book - Meet Sailor Moon -1995 | 361178 | 29 | MGA | |
| 17759 | May 1997 Issue | 186209 | 29 | MGA | |
| 17760 | November 1997 Issue | | 29 | MGA | |
| 17761 | April 1998 Issue | 186209 | 29 | MGA | |
| 17762 | July 1998 Issue | | 29 | MGA | |
| 17764 | September 1998 Issue | 186203 | 29 | MGA | |
| 17765 | October 1998 Issue | 186204 | 29 | MGA | |
| 17766 | November 1998 Issue | 186204 | 29 | MGA | |
| 17767 | December 1998 Issue | | 29 | MGA | |
| 17768 | The Powerpuff Girls - DVD - The Complete First Season | 674026 | 29 | MGA | |

Exhibit B - Inventory at Current Facility

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 17769 | The Powerpuff Girls - DVD - The Mane Event | 173023 | 29 | MGA | |
| 17771 | Bratz Fabric Swatches | | 30 | MGA | |
| 17773 | Sew Stylin' Sewing Machine | 332893 | Oversized | MGA | |
| 17774 | Lil Angels - Numbered Series: Nos. 146, 152, 272 - Cloe | 372790-W12 | 30 | MGA | |
| 17775 | Fionna and Icon Fragrance | 302469 | 30 | MGA | |
| 17777 | Dynamite Dance - Fashion Pack | 248682 | 30 | MGA | |
| 17778 | Pajama Power - Fashion Pack | 248576 | 30 | MGA | |
| 17779 | Study Hall Style - Fashion Pack | 248583 | 30 | MGA | |
| 17780 | Study Hall Style - Fashion Pack (Dup) | 248583 | 30 | MGA | |
| 17781 | Packaging - Option 1 - Gold Lettering for Bratz | 248538 | 30 | MGA | |
| 17782 | Packaging - Option 2 - Purple Lettering for Bratz | 248538 | 30 | MGA | |
| 17783 | Packaging - Option 3 - Green Lettering for Bratz | 248538 | 30 | MGA | |
| 17784 | Packaging - Option 4 - Pink Lettering for Bratz | 248538 | 30 | MGA | |
| 17785 | Color Drawings - Jade w/outfit and explanation | | Oversized | MGA | |
| 17786 | Color Drawings - Four Girls, No Faces | | Oversized | MGA | |
| 17787 | Black Board w/handwritten note "Yasmin 4/01/01" | | Oversized | MGA | |
| 17788 | Color Drawing - Yasmin | | Oversized | MGA | |
| 17789 | Color Drawing - Yasmin | | Oversized | MGA | |
| 17790 | Color Drawing - Pajama Power! | | Oversized | MGA | |
| 17791 | Color Drawing - Dynamite Dance! | | Oversized | MGA | |
| 17792 | Color Drawing - Study Hall Style! | | Oversized | MGA | |

Exhibit B - Inventory at Front Facility

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 17793 | Black Board w/handwritten note "Yasmin 4/01/01" | | Oversized | MGA | |
| 17794 | Color Drawing - Jade | | Oversized | MGA | |
| 17795 | Color Drawing - Jade | | Oversized | MGA | |
| 17796 | Color Drawing - Sasha | | Oversized | MGA | |
| 17797 | Color Drawing - Sasha | | Oversized | MGA | |
| 17798 | Black Board w/handwritten note "Sasha 4/01/01" | | Oversized | MGA | |
| 17799 | Cloe | 255260 | 30 | MGA | |
| 17800 | The Mini Version - Jade | 251682 | 31 | MGA | |
| 17801 | Sasha | 255307 | 31 | MGA | |
| 17802 | Just Do P.E. - Fashion Pack | 254096 | 31 | MGA | |
| 17803 | Punk 'N' Prep - Fashion Pack | 254119 | 31 | MGA | |
| 17804 | Party Perfection - Fashion Pack | 254102 | 31 | MGA | |
| 17816 | Bratz Fashion Frames Display Board | | Oversized | MGA | |
| 17817 | Bratz Fabric Swatches | | 31 | MGA | |
| 17818 | Bryant | 37852 | 31 | MGA | |
| 18034 | DVD Video - Bratz Starrin & Stylin Animated - 2004 | 224020 | 31 | MGA | |
| 18035 | DVD Video - Bratz - Feature Film - 2007 | 220107 | 31 | MGA | |
| 18036 | DVD Video - Bratz Fashion Pixiez Animated - 2007 | 211464 | 31 | MGA | |
| 18037 | DVD Video - Bratz Babyz, The Movie - Animated - 2006 | 224051 | 31 | MGA | |
| 18038 | DVD Video - Bratz Kidz Fairy Tales - Animated - 2008 | 224693 | 31 | MGA | |
| 18039 | DVD Video - Bratz Kidz Sleep-Over Adventure - Animated - 2007 | 212867 | 31 | MGA | |
| 18475 | Hoppity Bouncy Baby | 247104 | 33 | MGA | |
| 18476 | Hoppity Bouncy Baby | 246749 | 34 | MGA | |

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|------------------|
| 18508 | Beach Adventure - Portable Arcade LCD Game | 231875 | 35 | MGA | |
| 18511 | Commandobot3 - Ultimate Voice Recognition Robot | 247845 | Oversized | MGA | |
| 18555 | Tika | 56419 | 35 | MGA | |
| 18556 | Doll with Red Hair - Dark Green Evening Gown (Redwell) | | 35 | MGA | |
| 18699 | Bratz Display Board Cloe | | Oversized | MGA | |
| 18733 | Wintertime Wonderland - Eitan | 277620 | 35 | MGA | |
| 18734 | Sun-Kissed Summer - Eitan | 269618 | 35 | MGA | |
| 18736 | Sun-Kissed Summer - Eitan | 269618 | 35 | MGA | |
| 18775 | Fashion Pixiez - Sasha | 341338 | 35 | MGA | |
| 18775 | Fashion Pixies -- Sasha | 341338 | 44 | MGA | |
| 18796 | Bratz Play Sportz Foldable Aluminum Scooter | 344643 | Oversized | MGA | |
| 18797 | Genie Magic - Magical Floor Pillow | 323914 | 36 | MGA | |
| 18798 | Skinny MP3 Player | 365242 | 35 | MGA | |
| 18799 | Plugged-In, 35mm Camera | 305156 | 35 | MGA | |
| 18800 | Talk Back Alarm Clock | 366065 | 37 | MGA | |
| 18801 | Rock Angelz - Rockin' Helmet | 308379 | 37 | MGA | |
| 18802 | Bead Yourself | 402312 | 37 | MGA | |
| 18803 | Electric Funk - Phone | 257813 | 37 | MGA | |
| 18804 | Livin' Bratz Neon Hot Clock | 269878 | Oversized | MGA | |
| 18805 | Livin - Groovin' Lamp Shade | 270416 | 38 | MGA | |
| 18806 | Designer Canopy | 333647 | 38 | MGA | |
| 18807 | Heart Pillow | | 38 | MGA | |
| 18808 | Superstyling Skates - Sun-kissed Summer Collection | 272175 | 39 | MGA | |
| 18809 | Livin' Bratz 3 shelf storage unite | 299172 | Oversized | MGA | |
| 18810 | Bratz Luggage | 365624 | Oversized | MGA | |
| 18813 | Clov | 29305 | 39 | MGA | |
| 18814 | Girl Doll | 1137 | 39 | MGA | |

Exhibit B - Inventory at Facility

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 18819 | Book-10th Anniversary Edition-2005 (Bratz featured on Cover) | | 39 | MGA | |
| 18821 | Girlz Really Rock Musical | 10031 | 39 | MGA | |
| 18845 | Bare Doll | | 39 | MGA | |
| 18846 | Unclothed Doll - Redwell Not Produced | | 39 | MGA | |
| 18851 | Unclothed Doll Head - Redwell Not Produced | | 39 | MGA | |
| 18857 | Unfinished prototypes | | 40 | MGA | |
| 18860 | Unfinished prototypes | | 40 | MGA | |
| 18861 | Unfinished prototypes | | 40 | MGA | |
| 18862 | Unfinished prototypes | | 40 | MGA | |
| 18863 | Unfinished prototypes | | 40 | MGA | |
| 18864 | Unfinished prototypes | | 40 | MGA | |
| 18865 | Unfinished prototypes | | 40 | MGA | |
| 18866 | Unfinished prototypes | | 40 | MGA | |
| 18867 | Unfinished prototypes | | 40 | MGA | |
| 18868 | Unfinished prototypes | | 40 | MGA | |
| 18869 | Unfinished prototypes | | 40 | MGA | |
| 18870 | Unfinished prototypes | | 40 | MGA | |
| 18875 | Star Singerz - Cloe DUPE | 355106 | 63 | MGA | |
| 18876 | Kidz - Koby | 365297 | 40 | MGA | |
| 18877 | Kidz - Winter Vacation | 260929 | 41 | MGA | |
| 18878 | Lil Angels - Heavenly Hair - Numbered Series: Nos. 717, 718 and 719 - Dana | 378310 | 41 | MGA | |
| 18922 | Pajama Set - Blue with Space Ships | FPU 80031 | 41 | MGA | |
| 18922 | Pajama Set - White with Pirates | FPU 80022 | 41 | MGA | |
| 17586A | Winter Wonderland - Dylan | 277613 | 18 | MGA | |

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 18457 | Singing Bouncing Baby | 242710 | 32 | MGA | |
| 18852 | Yasmin | 248569 | 40 | MGA | |
| 17638 - no exhibit tag on tangible | Mermaidia | 291131 | 43 | MGA | |
| | Bratz World - Tokyo, Japan - Collector's Edition - Kumi | 283898 | 35 | MGA | |
| | Dottie Loves - Best Friends Forever Sets | 404444 | 42 | MGA | |
| | Magic of the Rainbow, Laverna, Elina, Azura | ASST.K8139, L2088 | 42 | MGA | |
| | Nikki | 508332 | 42 | MGA | |
| | Royal Diana | 400509 | 42 | MGA | |
| | Bloom | 318814 | 43 | MGA | |
| | Storytime Collection - The Little Mermaid | 334965 | 43 | MGA | |
| | Just Like You - 52 | 572499 | 49 | MGA | |
| | Madame Alexander | 508755 | 49 | MGA | |
| | Cowgirlz - Yasmin | 386872 | 50 | MGA | |
| | Funk Out Cloe | 269380 | 50 | MGA | |
| | Holiday - Yasmin | 382904 | 50 | MGA | |
| | My Bling Bling - Bikini - Chelsea | 295337 | 50 | MGA | |
| | My Design Scene - Barbie | 233681 | 50 | MGA | |
| | My Scene - NoLee | 174212 | 50 | MGA | |
| | Totally Charmed - Kennedy | 446579 | 50 | MGA | |
| | STRUT-IT-Jade | 254034 | 51 | MGA | |
| | SUN-KISSED SUMMER-Cloe | 269526 | 51 | MGA | |
| | XPRESS IT-Sasha | 254058 | 51 | MGA | |
| | STRUT IT - Cloe | 257219 | 52 | MGA | |
| | STRUT IT - Meygan | 257257 | 52 | MGA | |

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|------------------|
| | STRUT IT - Yasmin | 257226 | 52 | MGA | |
| | STYLIN IT!-Yasmin | 258292 | 52 | MGA | |
| | XPRESS IT - Meygan | 254065 | 52 | MGA | |
| | FUNK OUT! - Dana (No Doll In Package) | 269410 | 53 | MGA | |
| | SLUMBER PARTY - Sasha | 265559 | 53 | MGA | |
| | STYLIN IT! - Dana | 258315 | 53 | MGA | |
| | STYLIN IT! - Jade | 258308 | 53 | MGA | |
| | STYLIN IT! - Sasha | 258322 | 53 | MGA | |
| | 2003 Fall Limited Item - Dana | 267133 | 54 | MGA | |
| | FUNK OUT - Sasha | 269427 | 54 | MGA | |
| | FUNK OUT - Yasmin | 269397 | 54 | MGA | |
| | FUNK OUT! - Jade | 269403 | 54 | MGA | |
| | WILD LIFE - Meygan | 273486 | 55 | MGA | |
| | WILD LIFE - Nevra | 273462 | 55 | MGA | |
| | WILD LIFE SAFARI - Fianna | 273479 | 55 | MGA | |
| | Girlz Nite Out - Sasha | 269687 | 55 | MGA | |
| | FLASHBACK FEVER - Cloe | 277675 | 56 | MGA | |
| | FLASHBACK FEVER - Yasmin; | 277682 | 56 | MGA | |
| | FLASHBACK FEVER - Yasmin; Roller Boogie 80s | 277682 | 56 | MGA | |
| | NIGHTY-NITE - Fianna | 277491 | 56 | MGA | |
| | i CANDY - Cloe | 291893 | 57 | MGA | |
| | i CANDY - Phoebe | 291930 | 57 | MGA | |
| | LIVE IN CONCERT - Sasha | 291978 | 57 | MGA | |
| | TWINS - Phoebe/Roxie | 277941 | 57 | MGA | |
| | WILD LIFE SAFARI - Yasmin | 284048 | 57 | MGA | |
| | DYNAMITE - Meygan | 303480 | 58 | MGA | |
| | LIVE IN CONCERT - Jade | 297048 | 58 | MGA | |
| | MIDNIGHT DANCE - Fianna | 303671 | 58 | MGA | |
| | PARTY - Phoebe | 303541 | 58 | MGA | |
| | STEP OUT - Cloe | 296980 | 58 | MGA | |

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| | STEP OUT! - Meygan | 297093 | 58 | MGA | |
| | BIRTHDAY - Cloe | 313472 | 59 | MGA | |
| | GENIE MAGIC - Yasmin | 313564 | 59 | MGA | |
| | HOLLYWOOD STYLE - Cloe | 312185 | 59 | MGA | |
| | PLAY SPORTZ - Phoebe | 313182 | 59 | MGA | |
| | ROCK ANGELZ - Jade | 303909 | 59 | MGA | |
| | WILD WILD WEST - Kiana | 309017 | 59 | MGA | |
| | ICE CHAMPIONS - Maribel | 327387 | 60 | MGA | |
| | Girlz Nite Out - Yasmin | 269656 | 60 | MGA | |
| | PLAY SPORTZ – Race Car Driving - Katia | 333715 | 60 | MGA | |
| | PLAY SPORTZ – Skiing - Yasmin | 333708 | 60 | MGA | |
| | PLAY SPORTZ – Soccer - Cloe/Katia | 334262 | 60 | MGA | |
| | PLAY SPORTZ – Softball - Cloe/Yasmin | 337850 | 60 | MGA | |
| | PLAY SPORTZ – Tennis - Cloe/Jade | 325789 | 60 | MGA | |
| | PLAY SPORTZ – Tennis - Yasmin/Meygan | 325802 | 60 | MGA | |
| | RODEO - Cloe | 334002 | 60 | MGA | |
| | RODEO - Sorya | 334019 | 60 | MGA | |
| | SUN-KISSED SUMMER - Sasha | 269564 | 60 | MGA | |
| | Girlz Nite Out - Dana | 269670 | 61 | MGA | |
| | COSTUME PARTY - Lela | 333746 | 61 | MGA | |
| | FASHION PIXIEZ - Dee | 345701 | 61 | MGA | |
| | GOLD METAL GYMNAST - Cloe | 353409 | 61 | MGA | |
| | GOLD METAL GYMNAST - Yasmin | 353416 | 61 | MGA | |
| | GOLD METAL GYMNAST - Yasmin | 353416 | 61 | MGA | |
| | HOLLYWOOD STYLE - Phoebe | 321171 | 61 | MGA | |
| | HOT SUMMER DAYZ - Jade | 348837 | 61 | MGA | |
| | MAGIC HAIR - Jade | 343738 | 61 | MGA | |
| | ON ICE - Vinessa | 334149 | 61 | MGA | |

Exhibit B - Inventory at Consignment Facility

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| | PLAY SPORTZ - Lilee | 333692 | 61 | MGA | |
| | PLAY SPORTZ - Yasmin/Roxxi | 334255 | 61 | MGA | |
| | SLEEP OVER - Leah | 344131 | 61 | MGA | |
| | SLEEPOVER - Jade | 339793 | 61 | MGA | |
| | SWEET HEART - Phoebe | 344100 | 61 | MGA | |
| | SWEETHEART - Yasmin | 344094 | 61 | MGA | |
| | TALKING BRATZ - Cloe | 334187 | 61 | MGA | |
| | TALKING BRATZ - Yasmin | 334194 | 61 | MGA | |
| | BRATZ TWINS - Lela/Krystal | 321118 | 62 | MGA | |
| | GENIE MAGIC - Jade | 313571 | 62 | MGA | |
| | PLAY SPORTZ - Cloe/Yasmin | 324706 | 62 | MGA | |
| | PLAY SPORTZ - Yasmin/Jade | 325703 | 62 | MGA | |
| | SUN-KISSED SUMMER - Jade | 269540 | 62 | MGA | |
| | Girlz Nite Out - Jade | 269663 | 63 | MGA | |
| | HOLLYWOOD STYLE - Katia | 325697 | 63 | MGA | |
| | HOLLYWOOD STYLE - Meygan | 325680 | 63 | MGA | |
| | WINTERTIME WONDERLAND - Sasha | 260394 | 63 | MGA | |
| | WINTERTIME WONDERLAND - Yasmin | 260363 | 63 | MGA | |
| | Wintertime Wonderland Collection Cloe | 260356 | 64 | MGA | |
| | Wintertime Wonderland Collection Dana | 260370 | 64 | MGA | |
| | Wintertime Wonderland Collection Jade | 260387 | 64 | MGA | |
| | Funky Fashion Makeover Meygan | 271420 | 65 | MGA | |
| | Formal Funk Collection Cloe | 260400 | 66 | MGA | |
| | Formal Funk Collection Dana | 260424 | 66 | MGA | |
| | Formal Funk Collection Yasmin | 260417 | 66 | MGA | |
| | Formal Funk Collection Cameron | 261209 | 67 | MGA | |
| | Formal Funk Collection Dylan | 261216 | 67 | MGA | |

Exhibit B - Inventory at Joint Facility

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---|---|---|---|---|---|
| | Formal Funk Collection Eitan | 261223 | 67 | MGA | |
| | Formal Funk Collection Jade | 260431 | 67 | MGA | |
| | Formal Funk Collection Koby | 261230 | 67 | MGA | |
| | Alien Racers - RC G'ROG; | 273714 | 68 | MGA | |
| | Alien Racers - RC G'ROG;(Dup) | 273714 | 68 | MGA | |
| | Alien Racers - RC Ultrox; | 273721 | 68 | MGA | |
| | Alien Racers - RC Ultrox;(Dup) | 273721 | 68 | MGA | |
| | Bratz - Sun-Kissed Summer Dana | 269557 | 68 | MGA | |
| | Sun-Kissed Summer Yasmin | 269533 | 68 | MGA | |
| | Alien Racers - RC GNARL; | 273738 | 69 | MGA | |
| | Alien Racers - RC GNARL;  (Dup) | 273738 | 69 | MGA | |
| | Alien Racers - RC SKRASH; | 273745 | 69 | MGA | |
| | Alien Racers - RC SKRASH; (Dup) | 273745 | 69 | MGA | |
| | Girl Party Brianee & Sana; 4-Ever Best Friends | 277248 | 70 | MGA | |
| | Girl Party Brianee & Calista; 4-Ever Best Friends | 277248 | 70 | MGA | |
| | Girl Party Dianthe & Akire | 277231 | 70 | MGA | |
| | Just Chillin' Brianee & Dianthe | 277217 | 70 | MGA | |
| | Just Chillin' Calista & Noelle | 277224 | 70 | MGA | |
| | 4-Ever-Best Friends Girl Party: Noelle & Callista | 277255 | 71 | MGA | |
| | Girl Party Noelle & Calista; | 277255 | 71 | MGA | |
| | Just Chillin' Akire & Calista | 277262 | 71 | MGA | |
| | Just Chillin' Dianthe & Akire | 277200 | 71 | MGA | |
| | Just Chillin' Noelle & Brianee | 277279 | 71 | MGA | |
| | Girl Party Akire & Brianee | 277293 | 72 | MGA | |
| | Girl Party Brianee & Dianthe | 277309 | 72 | MGA | |
| | Girl Party Calista & Noelle | 277316 | 72 | MGA | |
| | Just Chillin' Calista & Dianthe | 277286 | 72 | MGA | |
| | Birthday Bash - Yasmin | 303527 | 73 | MGA | |
| | Feeling Pretty - Cloe | 313281 | 73 | MGA | |

Exhibit B - Inventory Consignment Facility

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| | Feeling Pretty - Jade | 313304 | 73 | MGA | |
| | Genie Magic - Meygan | 313595 | 73 | MGA | |
| | Feeling Pretty - Yasmin | 313298 | 73 | MGA | |
| | Forever Diamondz Cloe | 334088 | 74 | MGA | |
| | Forever Diamondz Yasmin | 334095 | 74 | MGA | |
| | Funky Fashion Makeover Yasmin | 325611 | 74 | MGA | |
| | Forever Diamondz Jade | 334101 | 75 | MGA | |
| | Forever Diamondz Sharidan | 334118 | 75 | MGA | |
| | Passion 4 Fashion Cloe | 341222 | 75 | MGA | |
| | Passion 4 Fashion Cloe | 341215 | 75 | MGA | |
| | Sleepover - Yasmin | 339786 | 75 | MGA | |
| | Sweetheart - Lilee | 344070 | 76 | MGA | |
| | Fashion Pixiez - Lina | 345718 | 76 | MGA | |
| | Play Sportz Doll Cheerleading Yasmin | 343615 | 76 | MGA | |
| | Play Sportz Doll Soccer Cloe | 350651 | 76 | MGA | |
| | Sweetheart - Lilee | 344087 | 76 | MGA | |
| | My Scene It's a Teen Scene Barbie | 25194 | Oversized | MGA | |
| | Bratz Yasmin Display Board | | Oversized | MGA | |
| 17362 | Bratz Back to School - Yasmin - TANGIBLE ITEM | 337935 | Quinn Emanuel 27 | MGA (Skadden as of 11/2011) | |
| 17368 | Bratz Funk N' Glow Meygan - TANGIBLE ITEM | 255499 | Quinn Emanuel 27 | MGA (Skadden as of 11/2011) | |
| 17494 | Funk Out Sasha - TANGIBLE ITEM | 269427 | Quinn Emanuel 29 | MGA (Skadden as of 11/2011) | |
| 17495 | Bratz Flashback Fever Fianna - TANGIBLE ITEM | 277705 | Quinn Emanuel 29 | MGA (Skadden as of 11/2011) | |

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 17497 | Bratz I-Candy Cloe - TANGIBLE ITEM | 291930 | Quinn Emanuel 29 | MGA (Skadden as of 11/2011) | |
| 17498 | Bratz Tokyo A-Go Go! Collector Doll KUMI - TANGIBLE ITEM | 283898 | Quinn Emanuel 29 | MGA (Skadden as of 11/2011) | |
| 17499 | Blind Date Cloe - TANGIBLE ITEM | 277903P | Quinn Emanuel 44 | MGA (Skadden as of 11/2011) | |
| 17501 | Bratz Treasures! Roxxi - TANGIBLE ITEM | 294214 | Quinn Emanuel 44 | MGA (Skadden as of 11/2011) | |
| 17504 | Bratz Life In Concert Dana - TANGIBLE ITEM | 291985 | Quinn Emanuel 44 | MGA (Skadden as of 11/2011) | |
| 17506 | Bratz Wild Wild West Yasmin - TANGIBLE ITEM | 306474 | Quinn Emanuel 44 | MGA (Skadden as of 11/2011) | |
| 17516 | Bratz S07 Adventure Girlz Jade - TANGIBLE ITEM | 343691 | Quinn Emanuel 32 | MGA (Skadden as of 11/2011) | |
| 17524 | Bratz Fashion Pixiez Doll Yasmin - TANGIBLE ITEM | 341314 | Quinn Emanuel 36 | MGA (Skadden as of 11/2011) | |
| 17525 | Fashion Pixiez - TANGIBLE ITEM | 345718 | Quinn Emanuel 36 | MGA (Skadden as of 11/2011) | |
| 17528 | Bratz Formal Punk Super Stylin' Runway Disco - TANGIBLE ITEM | 257790 | Quinn Emanuel 46 | MGA (Skadden as of 11/2011) | |

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 17533 | Bratz Funk N Glow Makeover Cloe | 225406 | Quinn Emanuel 36 | MGA (Skadden as of 11/2011) | |
| 17534 | Bratz Funky Fashion Makeover - Yasmin - TANGIBLE ITEM | 255413 | Quinn Emanuel 37 | MGA (Skadden as of 11/2011) | |
| 17537 | Genie Magic Sasha - TANGIBLE ITEM | 313601 | Quinn Emanuel 37 | MGA (Skadden as of 11/2011) | |
| 17539 | Bratz Gold Medal Gymnasts Sasha - TANGIBLE ITEM | 353430 | Quinn Emanuel 37 | MGA (Skadden as of 11/2011) | |
| 17541 | Bratz I-Candy Yasmin - TANGIBLE ITEM | 291909 | Quinn Emanuel 23 | MGA (Skadden as of 11/2011) | |
| 17542 | Bratz Doll  (Live N Concert) Cloe - TANGIBLE ITEM | 291954 | Quinn Emanuel 23 | MGA (Skadden as of 11/2011) | |
| 17543 | Bratz S07 Magic Hair Yasmin - TANGIBLE ITEM | 343721 | Quinn Emanuel 23 | MGA (Skadden as of 11/2011) | |
| 17544 | Midnight Dance Jasmin - TANGIBLE ITEM | 303657 | Quinn Emanuel 23 | MGA (Skadden as of 11/2011) | |
| 17545 | Bratz Motorcycle Style! - Cloe - TANGIBLE ITEM | 271444 | Quinn Emanuel 24 | MGA (Skadden as of 11/2011) | |
| 17551 | Bratz First Generation -Jade [TANGIBLE ITEM] | 248545 | Quinn Emanuel 53 | MGA (Skadden as of 11/2011) | |

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---|---|---|---|---|---|
| 17558 | Bratz First Generation - Sasha [TANGIBLE ITEM] | 248552 | Quinn Emanuel 46 | MGA (Skadden as of 11/2011) | |
| 17561 | Bratz First Generation-Yasmin [TANGIBLE ITEM] | 248569 | Quinn Emanuel 23 | MGA (Skadden as of 11/2011) | |
| 17564 | Play Sportz One on One Tennis Cloe & Meygan - TANGIBLE ITEM | 325796 | Quinn Emanuel 23 | MGA (Skadden as of 11/2011) | |
| 17572 | Bratz Style It - Cloe - TANGIBLE ITEM | 258285 | Quinn Emanuel 25 | MGA (Skadden as of 11/2011) | |
| 17573 | Bratz Style It - Dana - TANGIBLE ITEM | 258315 | Quinn Emanuel 25 | MGA (Skadden as of 11/2011) | |
| 17574 | Bratz Stylin Salon N Spa - Version 2 - TANGIBLE ITEM | 264729 | Quinn Emanuel 46 | MGA (Skadden as of 11/2011) | |
| 17575 | Sun Kissed Summer Cloe - TANGIBLE ITEM | 269526 | Quinn Emanuel 25 | MGA (Skadden as of 11/2011) | |
| 17578 | Bratz Special Feature Talking Yasmin - TANGIBLE ITEM | 334194 | Quinn Emanuel 25 | MGA (Skadden as of 11/2011) | |
| 17580 | Bratz Doll (Wild Life Safari) Meygan - TANGIBLE ITEM | 273486 | Quinn Emanuel 26 | MGA (Skadden as of 11/2011) | |
| 17727 | Bratz Doll (Girfriendz Nite Out) Phoebe - TANGIBLE ITEM | 408871 | Quinn Emanuel 30 | MGA (Skadden as of 11/2011) | |

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|------------------|
| 17730 | Bratz Doll (Playz Sportz) Tess - TANGIBLE ITEM | 362357 | Quinn Emanuel 30 | MGA (Skadden as of 11/2011) | |
| 17805 | Bratz Fall 2002 - Yasmin - TANGIBLE ITEM | 254027 | Quinn Emanuel 34 | MGA (Skadden as of 11/2011) | |
| 18290 | Bratz Doll (Dynamite) Cloe - TANGIBLE ITEM | 303446 | Quinn Emanuel 34 | MGA (Skadden as of 11/2011) | |
| 18291 | Bratz Life In Concert Sasha - TANGIBLE ITEM | 291978 | Quinn Emanuel 19 | MGA (Skadden as of 11/2011) | |
| 18512 | Cloe - TANGIBLE ITEM | 257219 | Quinn Emanuel 19 | MGA (Skadden as of 11/2011) | |
| 18513 | Cloe - TANGIBLE ITEM | 269380 | Quinn Emanuel 19 | MGA (Skadden as of 11/2011) | |
| 18652 | Bratz X-Treme Skate Boarding RC Sasha - TANGIBLE ITEM | 353201 | Quinn Emanuel 19 | MGA (Skadden as of 11/2011) | |
| 18654 | Bratz Fashion Pixiez Dee - TANGIBLE ITEM | 345701 | Quinn Emanuel 40 | MGA (Skadden as of 11/2011) | |
| 18661 | Bratz Ice Champions Vinessa - TANGIBLE ITEM | 327387 | Quinn Emanuel 17 | MGA (Skadden as of 11/2011) | |
| 18662 | Bratz Ice Champions Playset w/ Maribel - TANGIBLE ITEM | 343738 | Quinn Emanuel 40 | MGA (Skadden as of 11/2011) | |

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 18663 | Bratz S07 Magic Hair Jade - TANGIBLE ITEM | 303671 | Quinn Emanuel 40 | MGA (Skadden as of 11/2011) | |
| 18664 | Bratz Midnight Dance Fianna - TANGIBLE ITEM | 277491 | Quinn Emanuel 40 | MGA (Skadden as of 11/2011) | |
| 18673 | Playz Sportz Vinessa - TANGIBLE ITEM | 313700 | Quinn Emanuel 38 | MGA (Skadden as of 11/2011) | |
| 18674 | Bratz Princess Sisters Ciara & Diona - TANGIBLE ITEM | 334002 | Quinn Emanuel 38 | MGA (Skadden as of 11/2011) | |
| 18675 | Bratz Rodeo Cloe - TANGIBLE ITEM | 303909 | Quinn Emanuel 38 | MGA (Skadden as of 11/2011) | |
| 18687 | Sweet Heart Lilee - TANGIBLE ITEM | 321118 | Quinn Emanuel 33 | MGA (Skadden as of 11/2011) | |
| 18690 | Fabulous Las Vegas Tiana - TANGIBLE ITEM | 273479 | Quinn Emanuel 39 | MGA (Skadden as of 11/2011) | |
| 18691 | Bratz Wild Life Safari- Fianna - TANGIBLE ITEM | 309017 | Quinn Emanuel 39 | MGA (Skadden as of 11/2011) | |
| 18697 | Bratz Funk Out! Sasha - TANGIBLE ITEM | 269427 | Quinn Emanuel 39 | MGA (Skadden as of 11/2011) | |
| 18701 | Bratz Doll Cloe - TANGIBLE ITEM | 269397 | Quinn Emanuel 39 | MGA (Skadden as of 11/2011) | |

Exhibit B - Inventory at Joint Facility

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 18702 | Bratz Doll Yasmin - TANGIBLE ITEM | 350651 | Quinn Emanuel 39 | MGA (Skadden as of 11/2011) | |
| 18705 | Bratz Doll Genie Magic Yasmin - TANGIBLE ITEM | 352334 | Quinn Emanuel 31 | MGA (Skadden as of 11/2011) | |
| 18706 | Bratz Doll Play Sportz Inline Skating Sasha - TANGIBLE ITEM | 334132 | Quinn Emanuel 31 | MGA (Skadden as of 11/2011) | |
| 18707 | Bratz Doll Ice Champions Dana - TANGIBLE ITEM | 348818 | Quinn Emanuel 31 | MGA (Skadden as of 11/2011) | |
| 18708 | Summer Days Cloe - TANGIBLE ITEM | 343684 | Quinn Emanuel 43 | MGA (Skadden as of 11/2011) | |
| 18710 | Bratz Doll Girlz Night Out Sasha - TANGIBLE ITEM | 343646 | Quinn Emanuel 45 | MGA (Skadden as of 11/2011) | |
| 18711 | Bratz Doll Bday Meygan - TANGIBLE ITEM | 343547 | Quinn Emanuel 45 | MGA (Skadden as of 11/2011) | |
| 18712 | Bratz Doll Kidz Yasmin - TANGIBLE ITEM | 354741 | Quinn Emanuel 45 | MGA (Skadden as of 11/2011) | |
| 18713 | Bratz Doll Passion 4 Fashion Cloe - TANGIBLE ITEM | 277705 | Quinn Emanuel 45 | MGA (Skadden as of 11/2011) | |
| 18715 | Bratz Doll Jade - TANGIBLE ITEM | 258360 | Quinn Emanuel 31 | MGA (Skadden as of 11/2011) | |

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 18716 | Bratz Doll FM Cruiser Jade - TANGIBLE ITEM | 273486 | Quinn Emanuel 45 | MGA (Skadden as of 11/2011) | |
| 18717 | Bratz Doll Safari Meygan - TANGIBLE ITEM | 273486 | Quinn Emanuel 45 | MGA (Skadden as of 11/2011) | |
| 18718 | Bratz Doll Safari Meygan - TANGIBLE ITEM | 325703 | Quinn Emanuel 45 | MGA (Skadden as of 11/2011) | |
| 18720 | Bratz Doll Play Sportz Tennis Jade & Meygan - TANGIBLE ITEM | 325765 | Quinn Emanuel 45 | MGA (Skadden as of 11/2011) | |
| 18721 | Bratz Doll Play Sportz Jade & Yasmin - TANGIBLE ITEM | 325802 | Quinn Emanuel 45 | MGA (Skadden as of 11/2011) | |
| 18722 | Bratz Doll Play Sportz Megan & Yasmin - TANGIBLE ITEM | 325758 | Quinn Emanuel 45 | MGA (Skadden as of 11/2011) | |
| 18723 | Bratz Doll Play Sportz Cloe & Yasmin - TANGIBLE ITEM | 306474 | Quinn Emanuel 45 | MGA (Skadden as of 11/2011) | |
| 18725 | Bratz Doll Play Sportz Skiing Yasmin - TANGIBLE ITEM | 264392 | Quinn Emanuel 20 | MGA (Skadden as of 11/2011) | |
| 18726 | Bratz Doll Funk n Glo Cloe - TANGIBLE ITEM | 255505 | Quinn Emanuel 20 | MGA (Skadden as of 11/2011) | |
| 18729 | Bratz Doll Sleepin in style Sasha - TANGIBLE ITEM | 291961 | Quinn Emanuel 20 | MGA (Skadden as of 11/2011) | |

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 18730 | Bratz Doll Live in Concert Yasmin - TANGIBLE ITEM | 344071 | Quinn Emanuel 20 | MGA (Skadden as of 11/2011) | |
| 18739 | Bratz Doll Midnite Dance Fianna - TANGIBLE ITEM | 353409 | Quinn Emanuel 28 | MGA (Skadden as of 11/2011) | |
| 18742 | Bratz Doll Sunkissed Summer Jade - TANGIBLE ITEM | 269526 | Quinn Emanuel 28 | MGA (Skadden as of 11/2011) | |
| 18744 | Bratz Doll Sunkissed Summer Jade - TANGIBLE ITEM | 303473 | Quinn Emanuel 28 | MGA (Skadden as of 11/2011) | |
| 18745 | Bratz Doll Bratz Dynamite Nevra - TANGIBLE ITEM | 313571 | Quinn Emanuel 28 | MGA (Skadden as of 11/2011) | |
| 18749 | Bratz Doll Wildlife Safari Fianna - TANGIBLE ITEM | 273462 | Quinn Emanuel 42 | MGA (Skadden as of 11/2011) | |
| 18750 | Bratz Doll Wildlife Safari Nevra - TANGIBLE ITEM | 354703 | Quinn Emanuel 42 | MGA (Skadden as of 11/2011) | |
| 18751 | Bratz Doll Bratz Bday Yasmin - TANGIBLE ITEM | 294911 | Quinn Emanuel 42 | MGA (Skadden as of 11/2011) | |
| 18752 | Bratz Doll Bratz Treasures Yasmin - TANGIBLE ITEM | 291930 | Quinn Emanuel 42 | MGA (Skadden as of 11/2011) | |
| 18754 | Bratz Doll Bratz I-Candy Cloe, - TANGIBLE ITEM | 269564 | Quinn Emanuel 53 | MGA (Skadden as of 11/2011) | |

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 18755 | Bratz Doll Sunkissed Summer Sasha - TANGIBLE ITEM | 269557 | Quinn Emanuel 42 | MGA (Skadden as of 11/2011) | |
| 18756 | Bratz Doll Sunkissed Summer Dana - TANGIBLE ITEM | 269333 | Quinn Emanuel 42 | MGA (Skadden as of 11/2011) | |
| 18757 | Bratz Doll Sunkissed Summer Yasmin - TANGIBLE ITEM | 269333 | Quinn Emanuel 42 | MGA (Skadden as of 11/2011) | |
| 18758 | Bratz Doll Sunkissed Summer Yasmin - TANGIBLE ITEM | 303978 | Quinn Emanuel 42 | MGA (Skadden as of 11/2011) | |
| 18759 | Bratz Doll Ooh-la-la Kumi - TANGIBLE ITEM | 255406 | Quinn Emanuel 41 | MGA (Skadden as of 11/2011) | |
| 18760 | Bratz Doll Funky Fashion Makeover Cloe - TANGIBLE ITEM | 271420 | Quinn Emanuel 41 | MGA (Skadden as of 11/2011) | |
| 18761 | Bratz Doll Funky Fashion Makeover Meygan - TANGIBLE ITEM | 269494 | Quinn Emanuel 41 | MGA (Skadden as of 11/2011) | |
| 18762 | Bratz Doll Funky Fashion Makeover Nevra - TANGIBLE ITEM | 534262 | Quinn Emanuel 41 | MGA (Skadden as of 11/2011) | |
| 18764 | Bratz Doll Funky Fashion Makeover Dana - TANGIBLE ITEM | 387858 | Quinn Emanuel 41 | MGA (Skadden as of 11/2011) | |
| 18768 | Bratz Doll Dynamite Meygan - TANGIBLE ITEM | 291954 | Quinn Emanuel 43 | MGA (Skadden as of 11/2011) | |

Exhibit B - Inventory Current Facility

| Exhibit | Description | SKU | Box | RETURN TO | Returned to MGA |
|---------|-------------|-----|-----|-----------|-----------------|
| 18769 | Bratz Doll Live in Concert Cloe - TANGIBLE ITEM | 353416 | Quinn Emanuel 43 | MGA (Skadden as of 11/2011) | |
| 18770 | Bratz Doll Bday Bash Phoebe - TANGIBLE ITEM | 303541 | Quinn Emanuel 43 | MGA (Skadden as of 11/2011) | |
| 18771 | Bratz Doll Gymnastics Gold Medal Yasmin - TANGIBLE ITEM | 313416 | Quinn Emanuel 43 | MGA (Skadden as of 11/2011) | |
| 17536A | Bratz Genie Magic - Megan - TANGIBLE ITEM | 313595 | Quinn Emanuel 37 | MGA (Skadden as of 11/2011) | |