| Exhibit | Description | SKU | Box | RETURN TO | Returned to Mattel |
|---|---|---|---|---|---|
| 13564 | Cabbage Patch Doll [TANGIBLE ITEM] | No SKU listed | Quinn Emanuel 48 | Mattel | |
| 13676 | Jewel Girl Teresa Doll TANGIBLE ITEM | No SKU listed | Quinn Emanuel 48 | Mattel | |
| 13677 | Jewel Girl Barbie Doll TANGIBLE ITEM | No SKU listed | Quinn Emanuel 48 | Mattel | |
| 13678 | Jewel Girl Christie Doll TANGIBLE ITEM | No SKU listed | Quinn Emanuel 48 | Mattel | |
| 13695 | Mini Trendy Teenz doll, Pink Hair - TANGIBLE ITEM | No SKU listed | Quinn Emanuel 53 | Mattel | |
| 13697 | Mini Trendy Teenz doll, Purple Hair - TANGIBLE ITEM | No SKU listed | Quinn Emanuel 53 | Mattel | |
| 13699 | Mini Trendy Teenz doll, Blonde Hair - TANGIBLE ITEM | No SKU listed | Quinn Emanuel 53 | Mattel | |
| 13703 | Trendy Teenz Doll - TANGIBLE ITEM | | Quinn Emanuel 50 | Mattel | |
| 13708 | Funky Tweenz Emily Doll - TANGIBLE ITEM | No SKU listed | Quinn Emanuel 54 | Mattel | |
| 13710 | Funky Tweenz Doll - TANGIBLE ITEM | No SKU listed | Quinn Emanuel 54 | Mattel | |
| 13712 | Funky Tweenz Doll - TANGIBLE ITEM | No SKU listed | Quinn Emanuel 54 | Mattel | |
| 13714 | Funky Tweenz Doll - TANGIBLE ITEM | No SKU listed | Quinn Emanuel 53 | Mattel | |
| 13721 | Scampz Doll - TANGIBLE ITEM | No SKU listed | Quinn Emanuel 52 | Mattel | |
| 14004 | Bratz Hollywood Dana - TANGIBLE ITEM | 312192 | Quinn Emanuel 01 | Mattel | |
| 14007 | Bratz Motorcycle Style! - Meygan - TANGIBLE ITEM | 272977 | Quinn Emanuel 01 | Mattel | |
| 14008 | Bratz Secret Date Meygan - TANGIBLE ITEM | 277521 | Quinn Emanuel 01 | Mattel | |
| 14012 | Bratz FM Cruiser Radio Shack Yasmin - TANGIBLE ITEM | 258377 | Quinn Emanuel 02 | Mattel | |
| 14013 | Bratz FM Cruiser Radio Shack Sasha - TANGIBLE ITEM | 258353 | Quinn Emanuel 02 | Mattel | |
| 14017 | Bratz Tokyo-A-Go Go! Cloe - TANGIBLE ITEM | 277798 | Quinn Emanuel 03 | Mattel | |
| 14019 | Bratz Tokyo-A-Go Go! Yasmin - TANGIBLE ITEM | | Quinn Emanuel 3 | Mattel | |
| 14022 | Bratz Slumber Party - Yasmin - TANGIBLE ITEM | 265535E | Quinn Emanuel 35 | Mattel | |
| 14023 | Bratz Slumber Party - Meygan - TANGIBLE ITEM | 265542 | Quinn Emanuel 35 | Mattel | |
| 14024 | Bratz Slumber Party - Sasha - TANGIBLE ITEM | 265559 | Quinn Emanuel 35 | Mattel | |

Exhibit B - Inventory of Joint Facility

| Exhibit | Description | SKU | Box | RETURN TO | Returned to Mattel |
|---|---|---|---|---|---|
| 14025 | Bratz Slumber Party - Jade - TANGIBLE ITEM | 265528 | Quinn Emanuel 35 | Mattel | |
| 14026 | Bratz Slumber Party - Cloe - TANGIBLE ITEM | 265511 | Quinn Emanuel 35 | Mattel | |
| 14027 | Bratz Secret Date Jade - TANGIBLE ITEM | 277927 | Quinn Emanuel 35 | Mattel | |
| 14028 | Bratz Wintertime Collection Sasha - TANGIBLE ITEM | 277583 | Quinn Emanuel 35 | Mattel | |
| 14029 | Bratz Sleep Over - Sasha - TANGIBLE ITEM | 340911 | Quinn Emanuel 46 | Mattel | |
| 14034 | Bratz Back to School - Pheobe - TANGIBLE ITEM | 337959 | Quinn Emanuel 03 | Mattel | |
| 14039 | Bratz Birthday Sasha - TANGIBLE ITEM | 352310 | Quinn Emanuel 04 | Mattel | |
| 14045 | Bratz X-Treme Skate Boarding RC Cloe - TANGIBLE ITEM | 352358P | Quinn Emanuel 04 | Mattel | |
| 14049 | Bratz Cloe Collector Doll - TANGIBLE ITEM | 277958 | Quinn Emanuel 05 | Mattel | |
| 14051 | Bratz Fashion Pixiez Doll Cloe - TANGIBLE ITEM | 341307 | Quinn Emanuel 08 | Mattel | |
| 14052 | Bratz Fashion Pixiez Doll Jade - TANGIBLE ITEM | 341321 | Quinn Emanuel 08 | Mattel | |
| 14059 | Bratz Flashback Fever Yasmin - TANGIBLE ITEM | 277682 | Quinn Emanuel 06 | Mattel | |
| 14060 | Bratz Flashback Fever Jade - TANGIBLE ITEM | 277699 | Quinn Emanuel 06 | Mattel | |
| 14061 | Bratz Forever Diamondz Sasha - TANGIBLE ITEM | 333944 | Quinn Emanuel 08 | Mattel | |
| 14062 | Bratz Forever Diamondz Cloe - TANGIBLE ITEM | 334088 | Quinn Emanuel 08 | Mattel | |
| 14068 | Bratz Formal Funk Collection - Sasha - TANGIBLE ITEM | 260448 | Quinn Emanuel 07 | Mattel | |
| 14069 | Bratz B59Funk N' Glow - Yasmin - TANGIBLE ITEM | 264408 | Quinn Emanuel 07 | Mattel | |
| 14072 | Bratz Funk N Glow - Dana - TANGIBLE ITEM | 267133 | Quinn Emanuel 07 | Mattel | |
| 14073 | Bratz Funk N' Glow Yasmin - TANGIBLE ITEM | 255475 | Quinn Emanuel 08 | Mattel | |
| 14075 | Bratz Funk N' Glow Meygan - TANGIBLE ITEM | 255499 | Quinn Emanuel 08 | Mattel | |
| 14079 | Bratz Funk Out! Dana - TANGIBLE ITEM | 269410 | Quinn Emanuel 08 | Mattel | |

Exhibit B - Inventory of Joint Facility

| Exhibit | Description | SKU | Box | RETURN TO | Returned to Mattel |
|---|---|---|---|---|---|
| 14080 | Bratz Funk Out! Nevra - TANGIBLE ITEM | 273387 | Quinn Emanuel 08 | Mattel | |
| 14081 | Bratz Funk Out! Fianna - TANGIBLE ITEM | 273394 | Quinn Emanuel 08 | Mattel | |
| 14082 | Bratz Funky Fashion Makeover - Jade - TANGIBLE ITEM | 255420 | Quinn Emanuel 09 | Mattel | |
| 14083 | Bratz Funky Fashion Makeover - Sasha - TANGIBLE ITEM | 255451 | Quinn Emanuel 09 | Mattel | |
| 14084 | Bratz Funky Fashion Makeover - Dana - TANGIBLE ITEM | 263562 | Quinn Emanuel 09 | Mattel | |
| 14085 | Bratz Funky Fashion Makeover - Fianna - TANGIBLE ITEM | 269700 | Quinn Emanuel 10 | Mattel | |
| 14086 | Bratz Funky Fashion Makeover - Dana - TANGIBLE ITEM | 271413 | Quinn Emanuel 10 | Mattel | |
| 14087 | Bratz Funky Fashion Makeover - Nevra - TANGIBLE ITEM | 269694 | Quinn Emanuel 10 | Mattel | |
| 14102 | Bratz Live In Concert Jade - TANGIBLE ITEM | 297048 | Quinn Emanuel 11 | Mattel | |
| 14103 | Bratz Live In Concert Nevra - TANGIBLE ITEM | 297031 | Quinn Emanuel 11 | Mattel | |
| 14104 | Bratz S07 Magic Hair Cloe - TANGIBLE ITEM | 343714 | Quinn Emanuel 11 | Mattel | |
| 14106 | Bratz S07 Magic Hair Sasha - TANGIBLE ITEM | 352297 | Quinn Emanuel 11 | Mattel | |
| 14107 | Bratz Midnight Dance Meygan - TANGIBLE ITEM | 303664 | Quinn Emanuel 12 | Mattel | |
| 14109 | Bratz Motorcycle Style!  Yasmin - TANGIBLE ITEM | 271345 | Quinn Emanuel 12 | Mattel | |
| 14110 | Bratz Motorcycle - Jade - TANGIBLE ITEM | 272960 | Quinn Emanuel 12 | Mattel | |
| 14117 | Bratz P4F Cloe - TANGIBLE ITEM | 341222 | Quinn Emanuel 18 | Mattel | |
| 14119 | Bratz P4F Jade - TANGIBLE ITEM | 333858 | Quinn Emanuel 18 | Mattel | |
| 14121 | Bratz P4F Sasha - TANGIBLE ITEM | 341246 | Quinn Emanuel 18 | Mattel | |
| 14125 | Bratz Play Sportz Meygan Bowling - TANGIBLE ITEM | 294115 | Quinn Emanuel 21 | Mattel | |
| 14126 | Bratz Passion For Fashion Cloe - TANGIBLE ITEM | 333814 | Quinn Emanuel 21 | Mattel | |
| 14127 | Bratz Play Sportz Tennis Fianna - TANGIBLE ITEM | 295587 | Quinn Emanuel 21 | Mattel | |

Exhibit B - Inventory of Joint Facility

| Exhibit | Description | SKU | Box | RETURN TO | Returned to Mattel |
|---|---|---|---|---|---|
| 14129 | Bratz Play Sportz Basketball Dana - TANGIBLE ITEM | 296676 | Quinn Emanuel 21 | Mattel | |
| 14132 | Bratz Play Sportz Cheerleader Cloe - TANGIBLE ITEM | 319795 | Quinn Emanuel 21 | Mattel | |
| 14133 | Play Sportz One on One Basket Ball Jade & Meygan - TANGIBLE ITEM | 325710 | Quinn Emanuel 21 | Mattel | |
| 14134 | Play Sportz One on One Tennis Cloe & Jade - TANGIBLE ITEM | 325789 | Quinn Emanuel 21 | Mattel | |
| 14138 | Bratz Play Sportz Teamz Softball Dana & Cloe - TANGIBLE ITEM | 337867 | Quinn Emanuel 21 | Mattel | |
| 14140 | Bratz Play Sportz Teamz Soccer - Roxxi & Cloe - TANGIBLE ITEM | 337911 | Quinn Emanuel 21 | Mattel | |
| 14142 | Bratz Play Sportz Doll Dance-Fianna - TANGIBLE ITEM | 350644 | Quinn Emanuel 22 | Mattel | |
| 14143 | Bratz Play Sportz Doll Soccer-Cloe - TANGIBLE ITEM | 350651 | Quinn Emanuel 22 | Mattel | |
| 14144 | Bratz World London Pretty 'N' Punk Yasmin - TANGIBLE ITEM | 292029 | Quinn Emanuel 22 | Mattel | |
| 14145 | Bratz World London Pretty 'N' Punk Jade - TANGIBLE ITEM | 292043 | Quinn Emanuel 22 | Mattel | |
| 14146 | Bratz World London Pretty 'N' Punk Meygan - TANGIBLE ITEM | 292050 | Quinn Emanuel 22 | Mattel | |
| 14147 | Bratz Princess - Cloe - TANGIBLE ITEM | 313632 | Quinn Emanuel 22 | Mattel | |
| 14148 | Bratz Princess - Yasmin - TANGIBLE ITEM | 313649 | Quinn Emanuel 22 | Mattel | |
| 14149 | Bratz Princess - Jade - TANGIBLE ITEM | 313656 | Quinn Emanuel 22 | Mattel | |
| 14150 | Bratz Princess - Fianna - TANGIBLE ITEM | 313663 | Quinn Emanuel 22 | Mattel | |
| 14154 | Bratz Rock Angelz Cloe - TANGIBLE ITEM | 303886 | Quinn Emanuel 22 | Mattel | |
| 14156 | Bratz Rock Angelz Sasha - TANGIBLE ITEM | 303916 | Quinn Emanuel 15 | Mattel | |
| 14162 | Bratz Secret Date Yasmin - TANGIBLE ITEM | 277910 | Quinn Emanuel 15 | Mattel | |
| 14164 | Bratz Sleep Over - Yasmin - TANGIBLE ITEM | 339786 | Quinn Emanuel 15 | Mattel | |
| 14167 | Bratz Slumber Party - Jade - TANGIBLE ITEM | 256335 | Quinn Emanuel 15 | Mattel | |
| 14180 | Bratz Sun-Kissed Summer - Yasmin - TANGIBLE ITEM | 269533 | Quinn Emanuel 14 | Mattel | |

4

| Exhibit | Description | SKU | Box | RETURN TO | Returned to Mattel |
|---|---|---|---|---|---|
| 14181 | Bratz Sun-Kissed Summer - Sasha - TANGIBLE ITEM | 269564 | Quinn Emanuel 14 | Mattel | |
| 14187 | Bratz Special Feature Talking Jade - TANGIBLE ITEM | 338390 | Quinn Emanuel 14 | Mattel | |
| 14189 | Bratz Tokyo-A-Go Go! Jade - TANGIBLE ITEM | 277811 | Quinn Emanuel 13 | Mattel | |
| 14190 | Bratz Treasures! Cloe - TANGIBLE ITEM | 294184 | Quinn Emanuel 13 | Mattel | |
| 14191 | Bratz Treasures! Yasmin - TANGIBLE ITEM | 294191 | Quinn Emanuel 13 | Mattel | |
| 14194 | Bratz Fabulous Bratz Cloe - TANGIBLE ITEM | 292074 | Quinn Emanuel 13 | Mattel | |
| 14195 | Bratz Wild Life Safari- Nevra - TANGIBLE ITEM | 273462 | Quinn Emanuel 13 | Mattel | |
| 14197 | Bratz Wild Life Safari- Cloe - TANGIBLE ITEM | 284031 | Quinn Emanuel 13 | Mattel | |
| 14199 | Bratz Wild Wild West Dana - TANGIBLE ITEM | 309000 | Quinn Emanuel 13 | Mattel | |
| 14204 | Bratz Wintertime Collection - Jade - TANGIBLE ITEM | 260387 | Quinn Emanuel 13 | Mattel | |
| 14208 | Bratz Fall 2002 - Meygan - TANGIBLE ITEM | 254065 | Quinn Emanuel 12 | Mattel | |
| 14623 | 27 Yasmin (Girlfriendz Nite Out) - TANGIBLE ITEM | 407980 | Quinn Emanuel 49 | Mattel | |
| 14624 | 2008 Yasmin (Girlz Really Rock) - TANGIBLE ITEM | 379409 | Quinn Emanuel 49 | Mattel | |
| 14628 | 27 Cloe (Star Singerz) - TANGIBLE ITEM | 355106 | Quinn Emanuel 51 | Mattel | |
| 14629 | 2008 Cloe (Magic Hair Color) - TANGIBLE ITEM | 379652 | Quinn Emanuel 51 | Mattel | |

5