JENNIFER L. KELLER (SBN 84412)
jkeller@krlawllp.com
KAY RACKAUCKAS (SBN 143480)
kayrack@krlawllp.com
FRANK RORIE (SBN 223453)
frorie@krlawllp.com
KELLER RACKAUCKAS LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone:  (949) 476-8700
Facsimile:   (949) 476-0900

Attorneys for MGA Parties

JOHN B. QUINN (SBN 90378)
johnquinn@quinnemanuel.com
MICHAEL T. ZELLER (SBN 196417)
michaelzeller@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone:    (213) 443-3000
Facsimile:     (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**REVISED [PROPOSED] ORDER REGARDING DISPOSAL OF ITEMS LOCATED IN THE JOINT FACILITY**<br><br>Judge:  Hon. David O. Carter |

1  Based on the stipulation and request of the parties, the Court hereby orders:

2  1. Representatives from each party shall meet at mutually convenient times to sort through and distribute the items located in the joint facility to their respective owners.  These items shall include those identified in Exhibit A and Exhibit B attached to the parties stipulation filed June 13, 2014;

2. The parties shall maintain an accurate inventory of which items from the joint facility are released to which party and shall annotate that information on a copy of Exhibit A and Exhibit B;

3. Each party shall bear its own costs, if any, for removal of its items from the joint facility.

**IT IS SO ORDERED.**

Dated: June ____, 2014             _____
                                                                  The Honorable David O. Carter