JENNIFER L. KELLER (SBN 84412)
jkeller@krlawllp.com
KAY RACKAUCKAS (SBN 143480)
kayrack@krlawllp.com
FRANK RORIE (223543)
frorie@krlawllp.com
KELLER RACKAUCKAS LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone:   (949) 476-8700
Facsimile:    (949) 476-0900

Attorneys for MGA Parties

JOHN B. QUINN (SBN 90378)
johnquinn@quinnemanuel.com
MICHAEL T. ZELLER (SBN 196417)
michaelzeller@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone:    (213) 443-3000
Facsimile:     (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727 |
| v. | |
| MATTEL, INC., a Delaware corporation, | **REVISED STIPULATION TO RELEASE 2011 TRIAL EXHIBITS** |
| Defendant. | Judge:  Hon. David O. Carter |
| AND CONSOLIDATED ACTIONS. | |

1

## STIPULATION

WHEREAS the Court has maintained custody of all exhibits entered into evidence during the 2011 trial in the above referenced case; and

WHEREAS the 2011 trial is concluded and judgment has been entered and there are no pending matters before the Court or the Ninth Circuit Court of Appeals concerning this case; and

WHEREAS the parties would like to be able to access the 2011 trial exhibits for possible use in litigation now pending in Superior Court for the State of California, County of Los Angeles; and

WHEREAS the Court has ordered the parties to identify with specificity the 2011 trial exhibits to be released [Docket No. 10918]; and

WHEREAS attached hereto as **Exhibit A** is a true and correct copy of a list of the 2011 trial exhibits. Column J identifies the party to whom each exhibit should be returned. These designations have been reviewed by attorneys and paralegals for both parties.

THEREFORE, it is hereby stipulated by the parties, subject to the Court's approval, that:

1. Representatives from each party shall work with the Court clerk and set up a mutually agreeable time to return the 2011 trial exhibits to the parties as set forth in **Exhibit A**;

2. The parties shall maintain an accurate inventory of which items are released to which party and note such information on a copy of **Exhibit A**;

3. Each party shall bear its own costs, if any, for retrieval of its items from the Court's custody.

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: July 17, 2014 | KELLER RACKAUCKAS LLP |
| 2 | | |
| 3 | | By:  /s/ Frank Rorie  <br>Frank Rorie |
| 4 | | *Attorneys for* MGA ENTERTAINMENT, INC., MGA ENTERTAINMENT HK, LTD., MGA de MEXICO, S.R.L. de C.V., and ISAAC LARIAN |
| 7 | Dated: July 17, 2014 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 9 | | By:  /s/ Dylan Proctor  <br>Dylan Proctor |
| 11 | | *Attorneys for* MATTEL, INC., and MATTEL de MEXICO, S.A. de C.V. |