JENNIFER L. KELLER (SBN 84412)
jkeller@krlawllp.com
KAY RACKAUCKAS (SBN 143480)
kayrack@krlawllp.com
FRANK RORIE (SBN 223543)
frorie@krlawllp.com
KELLER RACKAUCKAS LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone:   (949) 476-8700
Facsimile:   (949) 476-0900

Attorneys for MGA Parties

JOHN B. QUINN (SBN 90378)
johnquinn@quinnemanuel.com
MICHAEL T. ZELLER (SBN 196417)
michaelzeller@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                Plaintiff,<br><br>        v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**[PROPOSED] REVISED ORDER TO RELEASE 2011 TRIAL EXHIBITS**<br><br>Judge: Hon. David O. Carter |

1

[PROPOSED] REVISED ORDER TO RELEASE 2011 TRIAL EXHIBITS

1        Based on the stipulation and request of the parties, the Court hereby orders:

2        1.    Representatives from each party shall work with the Court clerk and set up a mutually agreeable time to return the 2011 trial exhibits to the parties as specified in Exhibit A to the stipulation;

       2.    The parties shall maintain an accurate inventory of which items are released to which party and note that information on a copy of Exhibit A to the stipulation;

       3.    Each party shall bear its own costs, if any, for retrieving its items from the Court's custody.

**IT IS SO ORDERED.**

Dated: July _____, 2014        _____
                                         The Honorable David O. Carter