# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## RETURN OF RECORDS TRANSMITTAL FROM 9TH CIRCUIT

Routed to Santa Ana, Southern Division: ☐          Date Received 9/12/2014

Routed to Riverside, Eastern Division: ☐           Time Received _____

Routed to Laguna Niguel, ☐
National Archives & Records Administration:

---

Case File Number:               LA04CV09049-DOC-RNB

Title Case Name:                Mattel, Inc. v. MGA Entertainment, Inc.

Volume Number:                  0     through    0

Transcripts (number received):  0

Other Court Documents:          Sealed documents in 48 envelopes.

See attachment for listing of sealed documents.

Case File Underseal:            ☐ Yes  ☒ No    Case File Restricted:  ☐ Yes  ☒ No

Exhibits Received (number of boxes):    0

Sealed documents routed to      ☐ Yes ☒ No
Exhibits:

Case File routed to Re-file area:   ☐ Yes ☒ No    Transcripts routed to Re-file area:  ☐ Yes ☒ No

Case File routed to NARA:           ☐ Yes ☒ No    Transcripts routed to NARA:          ☐ Yes ☒ No

Case File routed to B-47 area:      ☐ Yes ☒ No    Transcripts routed to B-47 area:     ☐ Yes ☒ No

Received by Records Clerk:      T. Edwards

G-44 (05/04)            RETURN OF RECORDS TRANSMITTAL FROM 9TH CIRCUIT

Sealed Documents:

7766, 7899, 7900, 7901, 7902, 7903, 7904, 7905, 7906, 7907, 7908, 7909, 7910, 7911, 7912, 7913, 7914, 7915, 7916, 7917, 7918, 7919, 7920, 7921, 7923, 7924, 7925, 7926, 7927, 7928, 7929, 7930, 7931, 7932, 7933, 7934, 7935, 7936, 7937, 7938, 7939, 8024, 8025, 8241, 8676, 8677, 8683, 8824