JENNIFER L. KELLER (SBN 84412)
jkeller@krlawllp.com
KAY RACKAUCKAS (SBN 143480)
kayrack@krlawllp.com
FRANK RORIE (223543)
frorie@krlawllp.com
KELLER RACKAUCKAS LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone:   (949) 476-8700
Facsimile:   (949) 476-0900

Attorneys for MGA Parties

JOHN B. QUINN (SBN 90378)
johnquinn@quinnemanuel.com
MICHAEL T. ZELLER (SBN 196417)
michaelzeller@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**STIPULATION AND [PROPOSED] ORDER RE RELEASE OF REMAINING ITEMS IN THE COURT'S CUSTODY**<br><br>Judge:  Hon. David O. Carter |

1

STIPULATION AND [PROPOSED] ORDER RE RELEASE OF
REMAINING ITEMS IN THE COURT'S CUSTODY

## STIPULATION

WHEREAS the Court has maintained custody of certain tangible and non-tangible exhibits, post-trial briefing materials, and deposition transcripts lodged in support of the parties respective motions for summary judgment in the above referenced case; and

WHEREAS the 2011 trial is concluded and judgment has been entered and there are no pending matters before the Court or the Ninth Circuit Court of Appeals concerning this case; and

WHEREAS the parties would like access to these items for possible use in litigation now pending in Superior Court for the State of California, County of Los Angeles; and

WHEREAS the Court has requested the parties to identify with specificity the items to be released; and

WHEREAS attached hereto as **Exhibit A** is a true and correct copy of a list of the remaining items in the Court's custody. Column "Belongs to" identifies the items the party to whom each exhibit should be returned. These designations have been reviewed by attorneys and paralegals for both parties.

THEREFORE, it is hereby stipulated by the parties that:

1.  Representatives from each party shall work with the Court clerk and set up a mutually agreeable time to return the items to the parties as set forth in **Exhibit A**;

2.  The parties shall maintain an accurate inventory of which items are released to which party and note such information on a copy of **Exhibit A**;

/ / /

/ / /

/ / /

3.   Each party shall bear its own costs, if any, for retrieval of its items from the Court's custody.

Dated:  November 10, 2014         KELLER RACKAUCKAS LLP

By: */s/ Frank Rorie*
    Frank Rorie

*Attorneys for* MGA Parties

Dated:  November 10, 2014         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Ian Shelton*
    Ian Shelton

*Attorneys for* MATTEL, INC., and MATTEL de MEXICO, S.A. de C.V.

# Exhibit A

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| N/A | 1 of 8 | Orrick notebook 1 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 08/2004 to 06/2005 | MGA | | |
| N/A | 1 of 8 | Orrick notebook 2 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 07/2005 to 10/2006 | MGA | | |
| N/A | 1 of 8 | Orrick notebook 3 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 11/2006 to 05/2007 | MGA | | |
| N/A | 2 of 8 | Orrick notebook 4 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 06/2007 to 08/2007 | MGA | | |
| N/A | 2 of 8 | Orrick notebook 5 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 09/2007 to 11/2007 | MGA | | |
| N/A | 2 of 8 | Orrick notebook 6 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 12/2007 to 01/2008 | MGA | | |
| N/A | 3 of 8 | Orrick notebook 7 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 02/2008 to 03/2008 | MGA | | |
| N/A | 3 of 8 | Orrick notebook 8 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 04/2008 to 06/2008 | MGA | | |
| N/A | 4 of 8 | Orrick notebook 9 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 07/2008 to 08/2008 | MGA | | |
| N/A | 4 of 8 | Orrick notebook 10 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 09/2008 to 02/2009 | MGA | | |

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| N/A | 4 of 8 | Orrick notebook 11 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 03/2009 to 08/2009 | MGA | | |
| N/A | 5 of 8 | Orrick notebook 12 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 09/2009 to 10/2009 | MGA | | |
| N/A | 5 of 8 | Orrick notebook 13 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 11/2009 to 12/2009 | MGA | | |
| N/A | 6 of 8 | Orrick notebook 14 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 01/2010 to 02/2010 | MGA | | |
| N/A | 6 of 8 | Orrick notebook 15 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 03/2010 to 04/2010 | MGA | | |
| N/A | 6 of 8 | Orrick notebook 16 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 05/2010 to 07/2010 | MGA | | |
| N/A | 7 of 8 | Orrick notebook 17 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 08/2010 to 09/2010 | MGA | | |
| N/A | 7 of 8 | Orrick notebook 18 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 10/2010 to 11/2010 | MGA | | |
| N/A | 8 of 8 | Orrick notebook 19 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 12/2010 to 02/2011 | MGA | | |
| N/A | 8 of 8 | Orrick notebook 20 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 03/2011 to 05/2011 | MGA | | |
| N/A | 1 of 11 | Orrick notebook 1 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 08/2004 to 06/2005 | MGA | | |

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| N/A | 1 of 11 | Orrick notebook 2 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 07/2005 to 01/2007 | MGA | | |
| N/A | 1 of 11 | Orrick notebook 3 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 02/2007 to 06/2007 | MGA | | |
| N/A | 2 of 11 | Orrick notebook 4 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 07/2007 to 09/2007 | MGA | | |
| N/A | 2 of 11 | Orrick notebook 5 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 10/2007 to 12/2007 | MGA | | |
| N/A | 3 of 11 | Orrick notebook 6 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 01/2008 to 02/2008 | MGA | | |
| N/A | 3 of 11 | Orrick notebook 7 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 03/2008 to 04/2008 | MGA | | |
| N/A | 4 of 11 | Orrick notebook 8 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period 05/2008 | MGA | | |
| N/A | 4 of 11 | Orrick notebook 9 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period 06/2008 | MGA | | |
| N/A | 4 of 11 | Orrick notebook 10 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period 07/2008 | MGA | | |
| N/A | 5 of 11 | Orrick notebook 11 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period 08/2008 | MGA | | |
| N/A | 5 of 11 | Orrick notebook 12 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 08/2008 to 12/2008 | MGA | | |
| N/A | 5 of 11 | Orrick notebook 13 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 01/2009 to 07/2009 | MGA | | |
| N/A | 6 of 11 | Orrick notebook 14 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 08/2009 to 10/2009 | MGA | | |
| N/A | 6 of 11 | Orrick notebook 15 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 11/2009 to 12/2009 | MGA | | |
| N/A | 7 of 11 | Orrick notebook 16 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 01/2010 to 02/2010 | MGA | | |
| N/A | 7 of 11 | Orrick notebook 17 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period 03/2010 | MGA | | |

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| N/A | 8 of 11 | Orrick notebook 18 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period 04/2010 | MGA | | |
| N/A | 8 of 11 | Orrick notebook 19 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 05/2010 to 06/2010 | MGA | | |
| N/A | 8 of 11 | Orrick notebook 20 of Cost Invoices submitted in camera pursuant to July 12, 2011 Court Order for the period from 07/2010 to 08/2010 | MGA | | |
| N/A | 9 of 11 | Orrick notebook 21 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 09/2010 to 10/2010 | MGA | | |
| N/A | 9 of 11 | Orrick notebook 22 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 11/2010 to 12/2010 | MGA | | |
| N/A | 10 of 11 | Orrick notebook 23 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period 01/2011 | MGA | | |
| N/A | 10 of 11 | Orrick notebook 24 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period 02/2011 | MGA | | |
| N/A | 11 of 11 | Orrick notebook 25 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period 03/2011 | MGA | | |
| N/A | 11 of 11 | Orrick notebook 26 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 04/2011 to 06/2011 | MGA | | |
| D8733 | Brown A, B, C | Wee 3 Friends ("Splash Splash Splash") tangible, SKU G8453 | Mattel | | |
| N/A | Brown A, B, C | Wee 3 Friends ("Dream Dream Dream") tangible, SKU G8457 | Mattel | | |
| N/A | Brown A, B, C | Wee 3 Friends ("Fun Fun Fun") tangible, SKU G5560 | Mattel | | |
| D8252 | Brown D, E, G | Wee 3 Friends ("Dance Dance Dance") tangible, SKU G6067 | Mattel | | |
| D8807 | Brown D, E, G | Wee 3 Friends ("Snow Snow Snow") tangible, SKU G6066 | Mattel | | |
| N/A | Brown D, E, G | Wee 3 Friends ("Party Party Party") tangible, SKU G5688 | Mattel | | |
| TX14018 | White 1 | Tokyo-A-Go-Go! Sasha tangible | MGA | | |
| TX14047 | White 1 | Campfire Phoebe tangible | MGA | | |
| TX14205 | White 1 | Winter Wonderland Dana tangible | MGA | | |
| TX17565 | White 1 | World London Pretty 'N' Punk Cloe tangible | MGA | | |
| TX17548 | White 2 | First generation Cloe tangible (MGA-TI-00474) | MGA | | |
| TX17552 | White 2 | First generation Jade tangible (MGA-TI-00478) | MGA | | |
| TX17554 | White 2 | First generation Jadea tangible (MGA-TI-00480) (Defendants' exhibit 5091A in *Art Attacks v. MGA*) | MGA | | |

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| TX17555 | White 2 | First generation Sasha tangible (MGA-TI-00481) | MGA | | |
| TX17557 | White 2 | First generation Sasha doll (MGA-TI-00483) (Defendants' exhibit 5088A in *Art Attacks v. MGA*) | MGA | | |
| TX18753 | White 3 | i-Candy Phoebe, 2005 Bratz product in trapezoidal packaging (MGA-TI-000442) | MGA | | |
| TX28782 | White 3 | Rhythmic Gymnastics Sasha, 2008 Bratz product in trapezoidal packaging (MGA-TI-000999) | MGA | | |
| Ex. 1 | White 4 | Diva Starz "Nikki" doll tangible, SKU 27492 (MATDP 000082) | Mattel | | |
| Ex. 2 | White 4 | Bratz "Cloe" doll tangible, SKU 248538 | Mattel | | |
| Ex. 3 | White 4 | Bratz "Cloe" doll, ("Nighty-Nite") tangible, SKU 384762 | Mattel | | |
| Ex. 1 | White 5 | *In Camera* declaration of M. Zeller in support of Mattel's motion to disqualify Glaser Weil lodged 11/12/2010 for 12/20/2010 hearing | Mattel | | |
| Ex. 2 | White 5 | Barbie's Wonder Woman tangible, SKU 24638, 074299 24638 8, lodged 11/12/2010 for 12/20/2010 hearing | Mattel | | |
| TX317 | White 5 | Sheet of logo ideas re Chat Room, Chat Brats, and Chat Girls (M0016482) | Mattel | | |
| N/A | White 5 | 11/11/2010 memo from A. Baum to All Personnel re Ethical Wall re J. Basinger | MGA | | |
| N/A | White 5 | 12/07/2010 letter from A. Baum to MGA re conflict waiver re representation by P. Glaser | MGA | | |
| N/A | White 5 | Spreadsheet of J. Basinger time records for period from 05/16/05 to 10/30/05 | Mattel | | |
| N/A | White 5 | Spreadsheet of J. Basinger time records, and others, for period from 05/13/05 to 06/20/05 | Mattel | | |
| N/A | White 5 | Spreadsheet of J. Basinger time records, and others, for period from 05/2003 to 12/2003 | Mattel | | |
| N/A | White 5 | 12/09/2008 email chain between I. Larian and B. Chan and E. Lee re 06/24/04 Mattel sales memo (MGA2 7442655); attachment: 06/25/2004 memo from R. Rae to Distribution re notes from Target/Mattel Strategic Partnership Meeting (MGA2 7442657-7442699) (Eckert Ex. 2304) | MGA | | |
| D8251 | Oversized White | 4Ever Best Friends "Just Chillin" (Calista & Dianthe) tangible, SKU 277286 | Mattel | | |

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| D8255 | Oversized White | Alien Racers "Grog," tangible, SKU 273714 | Mattel | | |
| D8721 | Oversized White | Bratz Fashion Designer (Yasmin) tangible, SKU 370901 | Mattel | | |
| D8723 | Oversized White | Bratz Magic Hair Color (Leah) tangible, SKU 379645 | Mattel | | |
| D8727 | Oversized White | Bratz Hollywood Style (Phoebe) tangible, SKU 321712 | Mattel | | |
| D8728 | Oversized White | Bratz Welcome to Fabulous (Sasha) tangible, SKU 292098 | Mattel | | |
| D8731 | Oversized White | Bratz Play Sportz Scuba Diving (Katia) tangible, SKU 375876 | Mattel | | |
| D8805 | Oversized White | My Scene Sound Lounge tangible, SKU B5859 | Mattel | | |
| D9072 | Oversized White | My Story 3 Barbie Loves Buzz tangible, SKU R9296 | Mattel | | |
| D9073 | Oversized White | My Story 3 Barbie Loves Woody tangible, SKU R9295 | Mattel | | |
| D9074 | Oversized White | My Story 3 Barbie Loves Alien tangible, SKU R9297 | Mattel | | |
| D9311 | Oversized White | Bratz Costume Party (Cloe) tangible, SKU 384489 | Mattel | | |
| D9315 | Oversized White | My Story Rocket Buzz Lightyear tangible, SKU T2124 | Mattel | | |
| N/A | Oversized White | Wee 3 Friends ("Rain Rain Rain") tangible, SKU G8456 | Mattel | | |
| N/A | Oversized White | Compact Disc "presentation re Mexico" (MGA 3815506) | Mattel | | |
| TX13573 | Loose | Sketch on oversized drawing paper with notation "plaintiff exhibits from first trial, not used at 2nd trial" | Mattel | | |
| TX13574 | Loose | Sketch on oversized drawing paper with notation "plaintiff exhibits from first trial, not used at 2nd trial" | Mattel | | |

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| TX13575 | Loose | Sketch on oversized drawing paper with notation "plaintiff exhibits from first trial, not used at 2nd trial" | Mattel | | |
| TX18544 | Loose | Sketch on oversized drawing paper with notation "plaintiff exhibits from first trial, not used at 2nd trial" | Mattel | | |
| TX13757A | White with yellow label | Original and copy of Certificate of Copyright Registration, Jade drawing, VA 1-218-487 | Mattel | | |
| TX13758A | White with yellow label | Original Certificate of Recordation re Copyright Registration, Carter H. Bryant, Mattel, Inc., effective 01/04/1999, executed 11/06/2006 | Mattel | | |
| TX13759A | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 1, VA 1-378-648 | Mattel | | |
| TX13873 | White with yellow label | Original and copy of Certificate of Copyright Registration, drawing of Doll No. 1, VA 1-378-648 | Mattel | | |
| TX13874 | White with yellow label | Original and copy of Certificate of Copyright Registration, drawing of Doll No. 2, VA 1-378-649 | Mattel | | |
| TX13875 | White with yellow label | Original Certificate of Copyright Registration, group drawing of dolls, VA 1-378-650 | Mattel | | |
| TX13876 | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 3, VA 1-378-651 | Mattel | | |
| TX13877 | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 4, VA 1-378-652 | Mattel | | |
| TX13878 | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 5, VA 1-378-653 | Mattel | | |
| TX13879 | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 6, VA 1-378-654 | Mattel | | |
| TX13880 | White with yellow label | Original and copy of Certificate of Copyright Registration, drawing of Doll No. 7, VA 1-378-655 | Mattel | | |
| TX13881 | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 8, VA 1-378-656 | Mattel | | |
| TX13882 | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 9, VA 1-378-657 | Mattel | | |
| TX13883 | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 10, VA 1-378-658 | Mattel | | |

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| TX13884 | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 11, VA 1-378-659 | Mattel | | |
| TX13885 | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 12, VA 1-378-660 | Mattel | | |
| TX13886 | White with yellow label | Original Certificate of Copyright Registration, body drawing, VAu 715-270 | Mattel | | |
| TX13887 | White with yellow label | Original Certificate of Copyright Registration, drawing of two dolls, VAu 715-271 | Mattel | | |
| TX13888 | White with yellow label | Original Certificate of Copyright Registration, drawing of heads, VAu 715-273 | Mattel | | |
| TX13889 | White with yellow label | Original Certificate of Copyright Registration, doll sculpt drawing, VAu 960-439 | Mattel | | |
| TX13890 | White with yellow label | Original Certificate of Copyright Registration, Bryant Drawings D, VAu 964-304 | Mattel | | |
| TX13891 | White with yellow label | Original Certificate of Copyright Registration, Bryant Drawing C, VAu 964-306 | Mattel | | |
| TX13892 | White with yellow label | Original Certificate of Copyright Registration, Bryant Drawings B, VAu 964-308 | Mattel | | |
| TX13893 | White with yellow label | Original Certificate of Copyright Registration, Bryant Drawings A, VAu 964-309 | Mattel | | |
| TX13894 | White with yellow label | Original Certificate of Copyright Registration, Bryant Bratz Pitch Materials B, VAu 964-310 | Mattel | | |
| TX13895 | White with yellow label | Original Certificate of Copyright Registration, Bryant Bratz Pitch Materials A, VAu 964-311 | Mattel | | |
| TX13896 | White with yellow label | Original Certificate of Copyright Registration, Bryant Drawings E, VAu 964-315 | Mattel | | |
| TX13897 | White with yellow label | Original Certificate of Copyright Registration, Bryant Drawings F, VAu 964-318 | Mattel | | |
| TX13898 | White with yellow label | Original Certificate of Copyright Registration, drawings of heads, VAu 964-319 | Mattel | | |
| TX13899 | White with yellow label | Original Certificate of Copyright Registration, body drawings, VAu 964-320 | Mattel | | |

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| TX13900 | White with yellow label | Original Certificate of Copyright Registration, body and head sculpture, VAu 964-321 | Mattel | | |
| TX13912A | White with yellow label | Original Certificate of Recordation re Copyright Registration, Bryant Bratz Pitch Materials A, VAu 964-311 | Mattel | | |
| TX13913A | White with yellow label | Original Certificate of Recordation re Copyright Registration, doll sculpt drawing, VAu 960-439 | Mattel | | |
| TX00505 | White with yellow label | Copy of Certificate of Registration, Jade drawing, VA 1-218-487 | Mattel | | |
| TX00507 | White with yellow label | Copy of Certificate of Registration, Sasha drawing, VA 1-218-488 | Mattel | | |
| TX00509 | White with yellow label | Copy of Certificate of Registration, Cloe drawing, VA 1-218-490 | Mattel | | |
| TX00511 | White with yellow label | Copy of Certificate of Registration, Yasmin drawing, VA 1-218-491 | Mattel | | |
| N/A | Brown Transcripts | Copy of 09/20/10 deposition transcript of P. Crisanti, Vol. 8 | Mattel | | |
| N/A | Brown Transcripts | Copy of 09/21/10 deposition transcript of P. Crisanti, Vol. 9 | Mattel | | |
| N/A | Brown Transcripts | Copy of 01/28/08 deposition transcript of S. Kuemmerle (non-confidential and confidential volumes) | Mattel | | |
| N/A | Brown Transcripts | Copy of 12/07/09 deposition transcript of S. Kuemmerle, Vol. 1 | Mattel | | |
| N/A | Brown Transcripts | Copy of 12/08/09 deposition transcript of S. Kuemmerle, Vol. 2 | Mattel | | |
| N/A | Brown Transcripts | Copy of 12/09/09 deposition transcript of S. Kuemmerle, Vol. 3 | Mattel | | |
| N/A | Brown Transcripts | Copy of 05/05/10 deposition transcript of S. Kuemmerle, Vol. 7 | Mattel | | |
| N/A | Brown Transcripts | Copy of 07/07/10 deposition transcript of I. Larian, Vol. 7 | Mattel | | |
| N/A | Brown Transcripts | Copy of 12/12/09 deposition transcript of L. Small, Vol. 4 | Mattel | | |

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| N/A | Brown Transcripts | Copy of 01/15/10 deposition transcript of L. Small, Vol. 5 | Mattel | | |
| N/A | Brown Transcripts | Copy of 03/17/10 deposition transcript of L. Small, Vol. 6 | Mattel | | |
| N/A | Brown Transcripts | Copy of 09/25/07 deposition transcript of L. Tonnu, Vol. 3 | Mattel | | |
| | | | | | |

Dated: 2014.11.10