JENNIFER L. KELLER (SBN 84412)
jkeller@krlawllp.com
KAY RACKAUCKAS (SBN 143480)
kayrack@krlawllp.com
FRANK RORIE (223543)
frorie@krlawllp.com
KELLER RACKAUCKAS LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone:  (949) 476-8700
Facsimile:  (949) 476-0900

Attorneys for MGA Parties

JOHN B. QUINN (SBN 90378)
johnquinn@quinnemanuel.com
MICHAEL T. ZELLER (SBN 196417)
michaelzeller@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>                    Plaintiff,<br><br>         v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>                    Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**[PROPOSED] ORDER RE STIPULATION RE RELEASE OF REMAINING ITEMS IN THE COURT'S CUSTODY**<br><br>Judge:  Hon. David O. Carter |

1

[PROPOSED] ORDER RE STIPULATION

1       Based on the stipulation and request of the parties, the Court hereby orders:

2       1.    Representatives from each party shall work with the Court clerk and set up a mutually agreeable time to return the items to the parties as set forth in **Exhibit A**;

      2.    The parties shall maintain an accurate inventory of which items are released to which party and note such information on a copy of **Exhibit A**;

      3.    Each party shall bear its own costs, if any, for retrieval of its items from the Court's custody.

**IT IS SO ORDERED.**

Dated:  November ____, 2014              _____
                                                         The Honorable David O. Carter