JENNIFER L. KELLER (SBN 84412)
jkeller@krlawllp.com
KAY RACKAUCKAS (SBN 143480)
kayrack@krlawllp.com
FRANK RORIE (223543)
frorie@krlawllp.com
KELLER RACKAUCKAS LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone:   (949) 476-8700
Facsimile:   (949) 476-0900

Attorneys for MGA Parties

JOHN B. QUINN (SBN 90378)
johnquinn@quinnemanuel.com
MICHAEL T. ZELLER (SBN 196417)
michaelzeller@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARTER BRYANT, an individual, | Case No. CV 04-9049 DOC (RNBx) |
| Plaintiff, | Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727 |
| v. | **[PROPOSED] ORDER RE STIPULATION RE RELEASE OF REMAINING ITEMS IN THE COURT'S CUSTODY** [10927] |
| MATTEL, INC., a Delaware corporation, | |
| Defendant. | Judge: Hon. David O. Carter |
| AND CONSOLIDATED ACTIONS. | |

1
[PROPOSED] ORDER RE STIPULATION

Based on the stipulation and request of the parties, the Court hereby orders:

1. Representatives from each party shall work with the Court clerk and set up a mutually agreeable time to return the items to the parties as set forth in **Exhibit A**;

2. The parties shall maintain an accurate inventory of which items are released to which party and note such information on a copy of **Exhibit A**;

3. Each party shall bear its own costs, if any, for retrieval of its items from the Court's custody.

**IT IS SO ORDERED.**

Dated: November __14__, 2014       _____
                                                              The Honorable David O. Carter