JENNIFER L. KELLER (SBN 84412)
jkeller@krlawllp.com
KAY RACKAUCKAS (SBN 143480)
kayrack@krlawllp.com
FRANK RORIE (SBN 223543)
frorie@krlawllp.com
KELLER RACKAUCKAS LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone: (949) 476-8700
Facsimile: (949) 476-0900

Attorneys for MGA Parties

JOHN B. QUINN (SBN 90378)
johnquinn@quinnemanuel.com
MICHAEL T. ZELLER (SBN 196417)
michaelzeller@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Mattel, Inc. and
Mattel de Mexico, S.A. de C.V.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARTER BRYANT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATTEL, INC., a Delaware corporation,<br><br>Defendant.<br><br>AND CONSOLIDATED ACTIONS. | Case No. CV 04-9049 DOC (RNBx)<br><br>Consolidated with Case No. CV 04-9059 and Case No. CV 05-2727<br><br>**NOTICE OF COMPLIANCE WITH THE COURT'S ORDER RE RELEASE OF REMAINING ITEMS IN THE COURT'S CUSTODY [Dkt. 10928]**<br><br>Judge: Hon. David O. Carter |

NOTICE OF COMPLIANCE WITH DKT. 10928

In accordance with the Court's November 14, 2014 Order [Dkt. 10928], representatives from each party met, sorted and removed the remaining items from the Court.

The annotated list of the removed items is attached hereto as Exhibit A.

Dated: December 9, 2014     KELLER RACKAUCKAS LLP

By: */s/ Frank Rorie*
Frank Rorie

*Attorneys for* MGA Parties

Dated: December 9, 2014     QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Ian Shelton*
Ian Shelton

*Attorneys for* MATTEL, INC., and MATTEL de MEXICO, S.A. de C.V.

# Exhibit A

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| N/A | 1 of 8 | Orrick notebook 1 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 08/2004 to 06/2005 | MGA | | 12/4/2014 |
| N/A | 1 of 8 | Orrick notebook 2 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 07/2005 to 10/2006 | MGA | | 12/4/2014 |
| N/A | 1 of 8 | Orrick notebook 3 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 11/2006 to 05/2007 | MGA | | 12/4/2014 |
| N/A | 2 of 8 | Orrick notebook 4 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 06/2007 to 08/2007 | MGA | | 12/4/2014 |
| N/A | 2 of 8 | Orrick notebook 5 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 09/2007 to 11/2007 | MGA | | 12/4/2014 |
| N/A | 2 of 8 | Orrick notebook 6 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 12/2007 to 01/2008 | MGA | | 12/4/2014 |
| N/A | 3 of 8 | Orrick notebook 7 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 02/2008 to 03/2008 | MGA | | 12/4/2014 |
| N/A | 3 of 8 | Orrick notebook 8 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 04/2008 to 06/2008 | MGA | | 12/4/2014 |
| N/A | 4 of 8 | Orrick notebook 9 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 07/2008 to 08/2008 | MGA | | 12/4/2014 |
| N/A | 4 of 8 | Orrick notebook 10 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 09/2008 to 02/2009 | MGA | | 12/4/2014 |

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| N/A | 4 of 8 | Orrick notebook 11 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 03/2009 to 08/2009 | MGA | | 12/4/2014 |
| N/A | 5 of 8 | Orrick notebook 12 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 09/2009 to 10/2009 | MGA | | 12/4/2014 |
| N/A | 5 of 8 | Orrick notebook 13 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 11/2009 to 12/2009 | MGA | | 12/4/2014 |
| N/A | 6 of 8 | Orrick notebook 14 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 01/2010 to 02/2010 | MGA | | 12/4/2014 |
| N/A | 6 of 8 | Orrick notebook 15 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 03/2010 to 04/2010 | MGA | | 12/4/2014 |
| N/A | 6 of 8 | Orrick notebook 16 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 05/2010 to 07/2010 | MGA | | 12/4/2014 |
| N/A | 7 of 8 | Orrick notebook 17 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 08/2010 to 09/2010 | MGA | | 12/4/2014 |
| N/A | 7 of 8 | Orrick notebook 18 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 10/2010 to 11/2010 | MGA | | 12/4/2014 |
| N/A | 8 of 8 | Orrick notebook 19 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 12/2010 to 02/2011 | MGA | | 12/4/2014 |
| N/A | 8 of 8 | Orrick notebook 20 of Attorney Fee Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 03/2011 to 05/2011 | MGA | | 12/4/2014 |
| N/A | 1 of 11 | Orrick notebook 1 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 08/2004 to 06/2005 | MGA | | 12/4/2014 |

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| N/A | 1 of 11 | Orrick notebook 2 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 07/2005 to 01/2007 | MGA | | 12/4/2014 |
| N/A | 1 of 11 | Orrick notebook 3 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 02/2007 to 06/2007 | MGA | | 12/4/2014 |
| N/A | 2 of 11 | Orrick notebook 4 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 07/2007 to 09/2007 | MGA | | 12/4/2014 |
| N/A | 2 of 11 | Orrick notebook 5 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 10/2007 to 12/2007 | MGA | | 12/4/2014 |
| N/A | 3 of 11 | Orrick notebook 6 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 01/2008 to 02/2008 | MGA | | 12/4/2014 |
| N/A | 3 of 11 | Orrick notebook 7 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 03/2008 to 04/2008 | MGA | | 12/4/2014 |
| N/A | 4 of 11 | Orrick notebook 8 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period 05/2008 | MGA | | 12/4/2014 |
| N/A | 4 of 11 | Orrick notebook 9 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period 06/2008 | MGA | | 12/4/2014 |
| N/A | 4 of 11 | Orrick notebook 10 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period 07/2008 | MGA | | 12/4/2014 |
| N/A | 5 of 11 | Orrick notebook 11 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period 08/2008 | MGA | | 12/4/2014 |
| N/A | 5 of 11 | Orrick notebook 12 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 08/2008 to 12/2008 | MGA | | 12/4/2014 |
| N/A | 5 of 11 | Orrick notebook 13 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 01/2009 to 07/2009 | MGA | | 12/4/2014 |
| N/A | 6 of 11 | Orrick notebook 14 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 08/2009 to 10/2009 | MGA | | 12/4/2014 |
| N/A | 6 of 11 | Orrick notebook 15 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 11/2009 to 12/2009 | MGA | | 12/4/2014 |
| N/A | 7 of 11 | Orrick notebook 16 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 01/2010 to 02/2010 | MGA | | 12/4/2014 |
| N/A | 7 of 11 | Orrick notebook 17 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period 03/2010 | MGA | | 12/4/2014 |

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| N/A | 8 of 11 | Orrick notebook 18 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period 04/2010 | MGA | | 12/4/2014 |
| N/A | 8 of 11 | Orrick notebook 19 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 05/2010 to 06/2010 | MGA | | 12/4/2014 |
| N/A | 8 of 11 | Orrick notebook 20 of Cost Invoices submitted in camera pursuant to July 12, 2011 Court Order for the period from 07/2010 to 08/2010 | MGA | | 12/4/2014 |
| N/A | 9 of 11 | Orrick notebook 21 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 09/2010 to 10/2010 | MGA | | 12/4/2014 |
| N/A | 9 of 11 | Orrick notebook 22 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 11/2010 to 12/2010 | MGA | | 12/4/2014 |
| N/A | 10 of 11 | Orrick notebook 23 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period 01/2011 | MGA | | 12/4/2014 |
| N/A | 10 of 11 | Orrick notebook 24 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period 02/2011 | MGA | | 12/4/2014 |
| N/A | 11 of 11 | Orrick notebook 25 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period 03/2011 | MGA | | 12/4/2014 |
| N/A | 11 of 11 | Orrick notebook 26 of Cost Invoices submitted *in camera* pursuant to July 12, 2011 Court Order for the period from 04/2011 to 06/2011 | MGA | | 12/4/2014 |
| D8733 | Brown A, B, C | Wee 3 Friends ("Splash Splash Splash") tangible, SKU G8453 | Mattel | 12/4/2014 | |
| N/A | Brown A, B, C | Wee 3 Friends ("Dream Dream Dream") tangible, SKU G8457 | Mattel | 12/4/2014 | |
| N/A | Brown A, B, C | Wee 3 Friends ("Fun Fun Fun") tangible, SKU G5560 | Mattel | 12/4/2014 | |
| D8252 | Brown D, E, G | Wee 3 Friends ("Dance Dance Dance") tangible, SKU G6067 | Mattel | 12/4/2014 | |
| D8807 | Brown D, E, G | Wee 3 Friends ("Snow Snow Snow") tangible, SKU G6066 | Mattel | 12/4/2014 | |
| N/A | Brown D, E, G | Wee 3 Friends ("Party Party Party") tangible, SKU G5688 | Mattel | 12/4/2014 | |
| TX14018 | White 1 | Tokyo-A-Go-Go! Sasha tangible | MGA | | 12/4/2014 |
| TX14047 | White 1 | Campfire Phoebe tangible | MGA | | 12/4/2014 |
| TX14205 | White 1 | Winter Wonderland Dana tangible | MGA | | 12/4/2014 |
| TX17565 | White 1 | World London Pretty 'N' Punk Cloe tangible | MGA | | 12/4/2014 |
| TX17548 | White 2 | First generation Cloe tangible (MGA-TI-00474) | MGA | | 12/4/2014 |
| TX17552 | White 2 | First generation Jade tangible (MGA-TI-00478) | MGA | | 12/4/2014 |
| TX17554 | White 2 | First generation Jadea tangible (MGA-TI-00480) (Defendants' exhibit 5091A in *Art Attacks v. MGA*) | MGA | | 12/4/2014 |

4

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| TX17555 | White 2 | First generation Sasha tangible (MGA-TI-00481) | MGA | | 12/4/2014 |
| TX17557 | White 2 | First generation Sasha doll (MGA-TI-00483) (Defendants' exhibit 5088A in *Art Attacks v. MGA*) | MGA | | 12/4/2014 |
| TX18753 | White 3 | i-Candy Phoebe, 2005 Bratz product in trapezoidal packaging (MGA-TI-000442) | MGA | | 12/4/2014 |
| TX28782 | White 3 | Rhythmic Gymnastics Sasha, 2008 Bratz product in trapezoidal packaging (MGA-TI-000999) | MGA | | 12/4/2014 |
| Ex. 1 | White 4 | Diva Starz "Nikki" doll tangible, SKU 27492 (MATDP 000082) | Mattel | 12/4/2014 | |
| Ex. 2 | White 4 | Bratz "Cloe" doll tangible, SKU 248538 | Mattel | 12/4/2014 | |
| Ex. 3 | White 4 | Bratz "Cloe" doll, ("Nighty-Nite") tangible, SKU 384762 | Mattel | 12/4/2014 | |
| Ex. 1 | White 5 | *In Camera* declaration of M. Zeller in support of Mattel's motion to disqualify Glaser Weil lodged 11/12/2010 for 12/20/2010 hearing | Mattel | 12/4/2014 | |
| Ex. 2 | White 5 | Barbie's Wonder Woman tangible, SKU 24638, 074299 24638 8, lodged 11/12/2010 for 12/20/2010 hearing | Mattel | 12/4/2014 | |
| TX317 | White 5 | Sheet of logo ideas re Chat Room, Chat Brats, and Chat Girls (M0016482) | Mattel | 12/4/2014 | |
| N/A | White 5 | 11/11/2010 memo from A. Baum to All Personnel re Ethical Wall re J. Basinger | MGA | | 12/4/2014 |
| N/A | White 5 | 12/07/2010 letter from A. Baum to MGA re conflict waiver re representation by P. Glaser | MGA | | 12/4/2014 |
| N/A | White 5 | Spreadsheet of J. Basinger time records for period from 05/16/05 to 10/30/05 | Mattel | 12/4/2014 | |
| N/A | White 5 | Spreadsheet of J. Basinger time records, and others, for period from 05/13/05 to 06/20/05 | Mattel | 12/4/2014 | |
| N/A | White 5 | Spreadsheet of J. Basinger time records, and others, for period from 05/2003 to 12/2003 | Mattel | 12/4/2014 | |
| N/A | White 5 | 12/09/2008 email chain between I. Larian and B. Chan and E. Lee re 06/24/04 Mattel sales memo (MGA2 7442655); attachment: 06/25/2004 memo from R. Rae to Distribution re notes from Target/Mattel Strategic Partnership Meeting (MGA2 7442657-7442699) (Eckert Ex. 2304) | MGA | | 12/4/2014 |
| D8251 | Oversized White | 4Ever Best Friends "Just Chillin" (Calista & Dianthe) tangible, SKU 277286 | Mattel | 12/4/2014 | |

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| D8255 | Oversized White | Alien Racers "Grog," tangible, SKU 273714 | Mattel | 12/4/2014 | |
| D8721 | Oversized White | Bratz Fashion Designer (Yasmin) tangible, SKU 370901 | Mattel | 12/4/2014 | |
| D8723 | Oversized White | Bratz Magic Hair Color (Leah) tangible, SKU 379645 | Mattel | 12/4/2014 | |
| D8727 | Oversized White | Bratz Hollywood Style (Phoebe) tangible, SKU 321712 | Mattel | 12/4/2014 | |
| D8728 | Oversized White | Bratz Welcome to Fabulous (Sasha) tangible, SKU 292098 | Mattel | 12/4/2014 | |
| D8731 | Oversized White | Bratz Play Sportz Scuba Diving (Katia) tangible, SKU 375876 | Mattel | 12/4/2014 | |
| D8805 | Oversized White | My Scene Sound Lounge tangible, SKU B5859 | Mattel | 12/4/2014 | |
| D9072 | Oversized White | My Story 3 Barbie Loves Buzz tangible, SKU R9296 | Mattel | 12/4/2014 | |
| D9073 | Oversized White | My Story 3 Barbie Loves Woody tangible, SKU R9295 | Mattel | 12/4/2014 | |
| D9074 | Oversized White | My Story 3 Barbie Loves Alien tangible, SKU R9297 | Mattel | 12/4/2014 | |
| D9311 | Oversized White | Bratz Costume Party (Cloe) tangible, SKU 384489 | Mattel | 12/4/2014 | |
| D9315 | Oversized White | My Story Rocket Buzz Lightyear tangible, SKU T2124 | Mattel | 12/4/2014 | |
| N/A | Oversized White | Wee 3 Friends ("Rain Rain Rain") tangible, SKU G8456 | Mattel | 12/4/2014 | |
| N/A | Oversized White | Compact Disc "presentation re Mexico" (MGA 3815506) | Mattel | 12/4/2014 | |
| TX13573 | Loose | Sketch on oversized drawing paper with notation "plaintiff exhibits from first trial, not used at 2nd trial" | Mattel | 12/4/2014 | |
| TX13574 | Loose | Sketch on oversized drawing paper with notation "plaintiff exhibits from first trial, not used at 2nd trial" | Mattel | 12/4/2014 | |

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| TX13575 | Loose | Sketch on oversized drawing paper with notation "plaintiff exhibits from first trial, not used at 2nd trial" | Mattel | 12/4/2014 | |
| TX18544 | Loose | Sketch on oversized drawing paper with notation "plaintiff exhibits from first trial, not used at 2nd trial" | Mattel | 12/4/2014 | |
| TX13757A | White with yellow label | Original and copy of Certificate of Copyright Registration, Jade drawing, VA 1-218-487 | Mattel | 12/4/2014 | |
| TX13758A | White with yellow label | Original Certificate of Recordation re Copyright Registration, Carter H. Bryant, Mattel, Inc., effective 01/04/1999, executed 11/06/2006 | Mattel | 12/4/2014 | |
| TX13759A | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 1, VA 1-378-648 | Mattel | 12/4/2014 | |
| TX13873 | White with yellow label | Original and copy of Certificate of Copyright Registration, drawing of Doll No. 1, VA 1-378-648 | Mattel | 12/4/2014 | |
| TX13874 | White with yellow label | Original and copy of Certificate of Copyright Registration, drawing of Doll No. 2, VA 1-378-649 | Mattel | 12/4/2014 | |
| TX13875 | White with yellow label | Original Certificate of Copyright Registration, group drawing of dolls, VA 1-378-650 | Mattel | 12/4/2014 | |
| TX13876 | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 3, VA 1-378-651 | Mattel | 12/4/2014 | |
| TX13877 | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 4, VA 1-378-652 | Mattel | 12/4/2014 | |
| TX13878 | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 5, VA 1-378-653 | Mattel | 12/4/2014 | |
| TX13879 | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 6, VA 1-378-654 | Mattel | 12/4/2014 | |
| TX13880 | White with yellow label | Original and copy of Certificate of Copyright Registration, drawing of Doll No. 7, VA 1-378-655 | Mattel | 12/4/2014 | |
| TX13881 | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 8, VA 1-378-656 | Mattel | 12/4/2014 | |
| TX13882 | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 9, VA 1-378-657 | Mattel | 12/4/2014 | |
| TX13883 | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 10, VA 1-378-658 | Mattel | 12/4/2014 | |

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| TX13884 | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 11, VA 1-378-659 | Mattel | 12/4/2014 | |
| TX13885 | White with yellow label | Original Certificate of Copyright Registration, drawing of Doll No. 12, VA 1-378-660 | Mattel | 12/4/2014 | |
| TX13886 | White with yellow label | Original Certificate of Copyright Registration, body drawing, VAu 715-270 | Mattel | 12/4/2014 | |
| TX13887 | White with yellow label | Original Certificate of Copyright Registration, drawing of two dolls, VAu 715-271 | Mattel | 12/4/2014 | |
| TX13888 | White with yellow label | Original Certificate of Copyright Registration, drawing of heads, VAu 715-273 | Mattel | 12/4/2014 | |
| TX13889 | White with yellow label | Original Certificate of Copyright Registration, doll sculpt drawing, VAu 960-439 | Mattel | 12/4/2014 | |
| TX13890 | White with yellow label | Original Certificate of Copyright Registration, Bryant Drawings D, VAu 964-304 | Mattel | 12/4/2014 | |
| TX13891 | White with yellow label | Original Certificate of Copyright Registration, Bryant Drawing C, VAu 964-306 | Mattel | 12/4/2014 | |
| TX13892 | White with yellow label | Original Certificate of Copyright Registration, Bryant Drawings B, VAu 964-308 | Mattel | 12/4/2014 | |
| TX13893 | White with yellow label | Original Certificate of Copyright Registration, Bryant Drawings A, VAu 964-309 | Mattel | 12/4/2014 | |
| TX13894 | White with yellow label | Original Certificate of Copyright Registration, Bryant Bratz Pitch Materials B, VAu 964-310 | Mattel | 12/4/2014 | |
| TX13895 | White with yellow label | Original Certificate of Copyright Registration, Bryant Bratz Pitch Materials A, VAu 964-311 | Mattel | 12/4/2014 | |
| TX13896 | White with yellow label | Original Certificate of Copyright Registration, Bryant Drawings E, VAu 964-315 | Mattel | 12/4/2014 | |
| TX13897 | White with yellow label | Original Certificate of Copyright Registration, Bryant Drawings F, VAu 964-318 | Mattel | 12/4/2014 | |
| TX13898 | White with yellow label | Original Certificate of Copyright Registration, drawings of heads, VAu 964-319 | Mattel | 12/4/2014 | |
| TX13899 | White with yellow label | Original Certificate of Copyright Registration, body drawings, VAu 964-320 | Mattel | 12/4/2014 | |

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| TX13900 | White with yellow label | Original Certificate of Copyright Registration, body and head sculpture, VAu 964-321 | Mattel | 12/4/2014 | |
| TX13912A | White with yellow label | Original Certificate of Recordation re Copyright Registration, Bryant Bratz Pitch Materials A, VAu 964-311 | Mattel | 12/4/2014 | |
| TX13913A | White with yellow label | Original Certificate of Recordation re Copyright Registration, doll sculpt drawing, VAu 960-439 | Mattel | 12/4/2014 | |
| TX00505 | White with yellow label | Copy of Certificate of Registration, Jade drawing, VA 1-218-487 | Mattel | 12/4/2014 | |
| TX00507 | White with yellow label | Copy of Certificate of Registration, Sasha drawing, VA 1-218-488 | Mattel | 12/4/2014 | |
| TX00509 | White with yellow label | Copy of Certificate of Registration, Cloe drawing, VA 1-218-490 | Mattel | 12/4/2014 | |
| TX00511 | White with yellow label | Copy of Certificate of Registration, Yasmin drawing, VA 1-218-491 | Mattel | 12/4/2014 | |
| N/A | Brown Transcripts | Copy of 09/20/10 deposition transcript of P. Crisanti, Vol. 8 | Mattel | 12/4/2014 | |
| N/A | Brown Transcripts | Copy of 09/21/10 deposition transcript of P. Crisanti, Vol. 9 | Mattel | 12/4/2014 | |
| N/A | Brown Transcripts | Copy of 01/28/08 deposition transcript of S. Kuemmerle (non-confidential and confidential volumes) | Mattel | 12/4/2014 | |
| N/A | Brown Transcripts | Copy of 12/07/09 deposition transcript of S. Kuemmerle, Vol. 1 | Mattel | 12/4/2014 | |
| N/A | Brown Transcripts | Copy of 12/08/09 deposition transcript of S. Kuemmerle, Vol. 2 | Mattel | 12/4/2014 | |
| N/A | Brown Transcripts | Copy of 12/09/09 deposition transcript of S. Kuemmerle, Vol. 3 | Mattel | 12/4/2014 | |
| N/A | Brown Transcripts | Copy of 05/05/10 deposition transcript of S. Kuemmerle, Vol. 7 | Mattel | 12/4/2014 | |
| N/A | Brown Transcripts | Copy of 07/07/10 deposition transcript of I. Larian, Vol. 7 | Mattel | 12/4/2014 | |
| N/A | Brown Transcripts | Copy of 12/12/09 deposition transcript of L. Small, Vol. 4 | Mattel | 12/4/2014 | |

Exhibit A - Joint Stipulation re Remaining Items in Court Custody

| Exhibit Number | Box Number | Description | Belongs to | Returned to MATTEL | Returned to MGA |
|---|---|---|---|---|---|
| N/A | Brown Transcripts | Copy of 01/15/10 deposition transcript of L. Small, Vol. 5 | Mattel | 12/4/2014 | |
| N/A | Brown Transcripts | Copy of 03/17/10 deposition transcript of L. Small, Vol. 6 | Mattel | 12/4/2014 | |
| N/A | Brown Transcripts | Copy of 09/25/07 deposition transcript of L. Tonnu, Vol. 3 | Mattel | 12/4/2014 | |
| | | | | | |

Dated: December 12, 2014

*[signature]*